Keith Blanchard
P.O. Box 4552
Scottsdale, Arizona 85261
602-488-9762

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

GRAND CANYON UNIVERSITY,

        Plaintiff,

                                    Case No.: CV21-00177-PHX-SRB

vs

                                    Certificate of Service

PHIL ROSENFELT, in his Official Capacity as
Acting Secretary of the United States Department
of Education, and the United States Department of
Education,

        Defendants.

Keith Blanchard, being duly sworn states: I am qualified to serve process in this cause having been appointed by the Superior Court in Maricopa County. I swear under the penalty of perjury that the following is true and accurate. I received the following documents in this action Summons, Complaint and Civil Cover Sheet from Hannah H. Porter (029842) of GALLAGHER & KENNEDY on February 4, 2021 and in each instance, I personally served a copy of each documents listed above on those named below in the manner, time and place shown:

Service upon: **Phil Rosenfelt, in his Official Capacity as Acting Secretary of the United States Department of Education, and the United States Department of Education,** by leaving one true copy of the above documents with Augustine Arvizo, Administrative Service Specialist (Hispanic male, 30-'s, 5'7", 170 lbs., brown hair, eye glasses) at its usual place of business. Service effected at 40 N. Central Avenue, Suite 1200, Phoenix, AZ 85004. Document served on February 5, 2021 at 12:10 p.m.

I declare under penalty of perjury that the forgoing is true, correct and executed on this date: <u>December 4, 2020</u>.

                                                              Keith Blanchard, Affiant

| | |
|---|---|
| $ 16.00 | Service |
| $ 24.00 (min) | Mileage |
| $ 10.00 | Processing Fee |
| $ 50.00 | Total |