# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Grand Canyon University,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Phil Rosenfelt, et al.,<br><br>　　　　　Defendants. | No. CV-21-00177-PHX-SRB<br><br>**ORDER** |

IT IS ORDERED granting Defendants' consent motion for an extension of time (Doc. 17).

IT IS FURTHER ORDERED that Defendants shall respond to the complaint on or before **April 23, 2021**.

Dated this 12th day of April, 2021.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Susan R. Bolton
　　　　　　　　　　　　　　　　United States District Judge