# EXHIBIT B

J. Henk Taylor, A.Z. Bar #016321
RYAN RAPP UNDERWOOD & PACHECO, P.L.C.
3200 N. Central Avenue, Suite 2250, Phoenix, Arizona 85012
Telephone: (602) 280-1000
htaylor@rrulaw.com

Aaron S. Ament, D.C. Bar #1602164 (*pro hac vice* forthcoming)
Daniel A. Zibel, D.C. Bar #491377 (*pro hac vice* forthcoming)
Maya H. Weinstein*, N.C. Bar #56621 (*pro hac vice* forthcoming)
NATIONAL STUDENT LEGAL DEFENSE NETWORK
1015 15th Street NW, Suite 600, Washington, D.C. 20005
(202) 734-7495
aaron@defendstudents.org
dan@defendstudents.org
maya@defendstudents.org

Brian Galle, N.Y. Bar #419154 (*pro hac vice* forthcoming)
Georgetown University Law Center
600 New Jersey Avenue NW, Washington, D.C. 20001
(202) 662-4039
brian.galle@georgetown.edu

* Admitted to practice law only in North Carolina; Supervised by organizational principals while D.C. Bar application is pending.

*Attorneys for Proposed Intervenor-Defendant Student Defense*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Grand Canyon University,<br><br>    Plaintiff,<br><br>v.<br><br>Miguel Cardona, in his Official Capacity as Secretary of the United States Department of Education, and the United States Department of Education.<br><br>    Defendants,<br><br>    and<br><br>National Student Legal Defense Network,<br><br>    Applicant to Intervene. | No.: 2:21-cv-00177 |

# DECLARATION OF AARON AMENT IN SUPPORT OF APPLICANT'S MOTION TO INTERVENE AS A DEFENDANT

Pursuant to 28 U.S.C. § 1746, I, Aaron Ament, declare:

1. I have served as President of the National Student Legal Defense Network ("Student Defense") since its creation in 2017. I am over 18 years of age and have personal knowledge of the facts stated herein.

2. Student Defense is a non-partisan, non-profit 501(c)(3) organization founded in 2017 by former U.S. Department of Education officials with significant expertise in federal higher education policies, regulations, and other issues that impact students.

3. Student Defense's mission and objectives are to engage in litigation and advocacy work to advance students' rights to educational opportunity and to ensure that higher education provides a launching point for economic mobility. Student Defense frequently represents students who attend for-profit, often online institutions of higher education, such as veterans, students of color, and those with financial hardships.

4. Student Defense represents students who are misled by for-profit college marketing and recruitment practices and has represented numerous students who have been harmed by the ramifications of attempted non-profit conversions and changes in ownership of their institutions of higher education. For example, Student Defense represents students seeking damages after being misled and harmed by the Illinois Institute of Art; its parent companies, Dream Center Education Holdings, Inc. and the Dream Center Foundation; and its executives, in *Dunagan et al. v. Illinois Institute of Art, LLC, et al.*, No. 19-cv-0809 (N.D. Ill.) and in *Digital Media Solutions v. South University*, 1:19-CV-00145 (N.D. Ohio).

5.  In 2018, Student Defense also submitted an extensive comment for the record to the National Advisory Committee on Institutional Quality and Integrity on the need for increased oversight of for-profit institutions converting to nonprofit entities.

For all of the reasons stated above, Student Defense requests permission to intervene in this case as a defendant.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 22nd day of April, 2021, in Silver Spring, Maryland.

Aaron Ament