J. Henk Taylor, A.Z. Bar #016321
RYAN RAPP UNDERWOOD & PACHECO, P.L.C.
3200 N. Central Avenue, Suite 2250, Phoenix, Arizona 85012
Telephone: (602) 280-1000
Facsimile: (602) 265-1495
htaylor@rrulaw.com

Aaron S. Ament, D.C. Bar #1602164 (*pro hac vice* forthcoming)
Daniel A. Zibel, D.C. Bar #491377 (*pro hac vice* forthcoming)
Maya H. Weinstein*, N.C. Bar #56621 (*pro hac vice* forthcoming)
NATIONAL STUDENT LEGAL DEFENSE NETWORK
1015 15th Street NW, Suite 600, Washington, D.C. 20005
(202) 734-7495
aaron@defendstudents.org
dan@defendstudents.org
maya@defendstudents.org

Brian Galle, N.Y. Bar #419154 (*pro hac vice* forthcoming)
Georgetown University Law Center
600 New Jersey Avenue NW, Washington, D.C. 20001
(202) 662-4039
brian.galle@georgetown.edu

Attorneys for Proposed Intervenor-Defendant Student Defense
*Admitted to practice law only in North Carolina; Supervised by organizational principals while D.C. Bar application is pending.

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Grand Canyon University, | No.: 2:21-cv-00177 |
| Plaintiff, | |
| v. | |
| Miguel Cardona, in his Official Capacity as Secretary of the United States Department of Education, and the United States Department of Education. | **CERTIFICATE OF SERVICE** |
| Defendants, | |
| and | |
| National Student Legal Defense Network, | |
| Applicant to Intervene. | |

1

I, Henk Taylor, do hereby certify that true and correct copies of the following documents:

MOTION OF NATIONAL STUDENT LEGAL DEFENSE NETWORK TO INTERVENE AS DEFENDANT (Dkt. 19); and

INTERVENOR-DEFENDANT'S ANSWER (Lodged) (Dkt. 20)

were sent via email on April 22, 2021, and U.S. mail on April 23, 2021, to the following:

Kevin E. O'Malley
Hannah H. Porter
Gallagher & Kennedy
2575 E. Camelback Road, Suite 100
Phoenix, Arizona 85016
Kevin.omalley@gknet.com
Hannah.porter@gknet.com

Steven M. Gombos
David A. Obuchowicz
Gombos Leyton, PC
11350 Random Hills Road #400
Fairfax, Virginia 22030
sgombos@glpclaw.com
dobuchowicz@glpclaw.com

*Counsel for Plaintiff*

James Bickford
U.S. Department of Justice
1100 L Street NW, Room 12304
Washington, D.C. 20005
James.bickford@usdoj.gov

*Counsel for Defendants*

DATED this 27th day of April, 2021.

By   */s/ Henk Taylor*
     Henk Taylor