Kevin E. O'Malley (006420)
Hannah H. Porter (029842)
Gallagher & Kennedy
2575 E. Camelback Road, Suite 1100
Phoenix, Arizona 85016
Telephone: 602.530.8000
Facsimile: 602.530.8500
Email: kevin.omalley@gknet.com
Email: hannah.porter@gknet.com

Steven M. Gombos (*pro hac vice*)
Virginia State Bar No. 30788
David Obuchowicz (*pro hac vice*)
Virginia State Bar No. 82483
Gombos Leyton, PC
11350 Random Hills Road #400
Fairfax, Virginia 22030
Telephone: 703.934.2660
Facsimile: 703.934.9840
Email: sgombos@glpclaw.com
Email: dobuchowicz@glpclaw.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Grand Canyon University,<br><br>   Plaintiff,<br><br>v.<br><br>Miguel Cardona, in his Official Capacity as Secretary of the United States Department of Education, and the United States Department of Education,<br><br>   Defendants. | No. CV-21-00177-SRB<br><br>**PLAINTIFF'S NOTICE OF INTENT TO APPEAR TELEPHONICALLY** |

|  |  |
|---|---|
| 1 | Pursuant to the Court's Order Setting Rule 16 Case Management Conference (ECF Dkt. No. 22), Steven Gombos, Kevin O'Malley, and Hannah Porter, counsel for Plaintiff Grand Canyon University, are providing this notice of intent to appear telephonically during the Case Management Conference scheduled for June 3, 2021 at 11:00 a.m. |

Dated this May 28, 2021.

Respectfully submitted,

_____
Kevin E. O'Malley
Hannah H. Porter
GALLAGHER & KENNEDY
2575 E. Camelback Road, Suite 1100
Phoenix, Arizona 85016

 /s/ Steven M. Gombos
GOMBOS LEYTON, P.C.
11350 Random Hills Road, Suite 400
*Lead Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of May, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ Steven M. Gombos

2