# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Grand Canyon University,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Phil Rosenfelt, et al.,<br><br>　　　　Defendants. | No. CV 21-00177-PHX-SRB<br><br>**CASE MANAGEMENT ORDER** |

The Court enters the following Case Management Order to govern the litigation in this case:

1. The Department of Education shall designate and serve the administrative record no later than **July 27, 2021.**

2. Plaintiff shall file any motion regarding the administrative record or discovery no later than **September 27, 2021.** If no such motion is filed, cross-motions for summary judgment shall be filed.

   A. Plaintiff's Opening Brief shall be filed not later than **October 8, 2021.**

   B. Defendants' Opening Brief shall be filed no later than **November 9, 2021.**

   C. Plaintiff's Reply be filed no later than **December 17, 2021**.

   Dated this 3rd day of June, 2021.

_____
Susan R. Bolton
United States District Judge