# Exhibit A-5

| | |
|---|---|
| **From:** | Bickford, James (CIV) |
| **To:** | Jacob Shorter |
| **Cc:** | Steven Gombos |
| **Subject:** | RE: GCU v. Cardona -- extension request |
| **Date:** | Monday, September 20, 2021 1:54:03 PM |

Jacob,

The Department of Education agrees to supplement the administrative record in this case with the first six numbered attachments to your August 27 letter.  Where the Department has a copy of the document, it will use its own copy for purposes of supplementation; where the Department does not have a copy it will use the version that you have provided.

Thank you for taking the time to lay out GCU's positions and concerns regarding the administrative record, and to meet and confer regarding them.  We will look for the school's motion concerning the record, but do not expect to write any further response to your letter of August 27.

With my best,

James

James Bickford
Trial Attorney, Federal Programs Branch
Civil Division, U.S. Department of Justice
1100 L Street, NW
Washington, DC 20530
(202) 305-7632
James.Bickford@usdoj.gov

This email may contain information that is privileged, confidential, or otherwise protected by applicable law. If the reader of this email is not the intended recipient or the employee or agent responsible for delivery of the email to the intended recipient, you are hereby notified that any dissemination, distribution, copying, or use of this email or its contents is strictly prohibited. If you have received this email in error, please notify the sender immediately and destroy all copies of it.

