# Exhibit B-3



**From:** Mitchell, Ted <Ted.Mitchell@ed.gov>
**Sent:** Wednesday, October 29, 2014 7:17 PM
**To:** Brian Roberts <Brian.Roberts@gcu.edu>
**Cc:** Appel, Jeff <Jeff.Appel@ed.gov>
**Subject:** Re: Grand Canyon University

thanks, Brian!

Sent from my iPad

On Oct 29, 2014, at 3:51 PM, Brian Roberts <Brian.Roberts@gcu.edu> wrote:

> Dr. Mitchell, Mr. Appel – following up on our meeting last month, I wanted to provide you with a copy of the press release and statement that we are making today regarding the potential conversion of GCU back to a not-for-profit entity.  Please let us know if you have any questions.  We look forward to working with you as we move forward with this potential transaction.
>
> **Brian M. Roberts**
> **General Counsel**
> _____
> **Grand Canyon University**
> 3300 W. Camelback Road
> Phoneix, AZ  85017
> T
> M
> F
>
> _____
>
> ```
> This message is private and confidential. If you have received it
> in error, please notify the sender and remove it from your system.
> ```
> <GCU Press Release 102914.pdf>
>
> <Statement - Potential Non-Profit Conversion 102914.pdf>