# Exhibit B-7

**Siegrist, Tricia**

| | |
|---|---|
| **From:** | Siegrist, Tricia |
| **Sent:** | Tuesday, July 16, 2019 8:31 AM |
| **To:** | Wilkins, Timiko |
| **Cc:** | Smith-Gordon, Keonna; Summers, Pennie; Valentine, Ingrid; Claiborne, Bruce; Bennett, Ron; Mangold, Donna |
| **Subject:** | RE: CIO Technical Assistance Procurement |
| **Attachments:** | IGCE - PC Technical Assistance GCU 20190716 v1.xlsx |

I've updated the IGCE with a special tab for Grand Canyon University – please provide to Joyce to supplement our request. Thank you.
Tricia

Tricia Siegrist, PMP | GWCCM
Program Manager | Federal Student Aid
202 377-4044 (office)
202 617-4362 (mobile)

**From:** Siegrist, Tricia
**Sent:** Tuesday, July 16, 2019 8:22 AM
**To:** Wilkins, Timiko <Timiko.Wilkins@ed.gov>
**Cc:** Smith-Gordon, Keonna <Keonna.Smith-Gordon@ed.gov>; Summers, Pennie <Pennie.Summers@ed.gov>; Valentine, Ingrid (Ingrid.Valentine@ed.gov) <Ingrid.Valentine@ed.gov>; Claiborne, Bruce <Bruce.Claiborne@ed.gov>; Ron Bennett <Ron.Bennett@ed.gov>; Mangold, Donna <Donna.Mangold@ed.gov>
**Subject:** RE: CIO Technical Assistance Procurement

See below in RED – Team, please reply all with any corrections or suggestions related to the following:
Thanks.

Tricia Siegrist, PMP | GWCCM
Program Manager | Federal Student Aid
202 377-4044 (office)
202 617-4362 (mobile)

**From:** Wilkins, Timiko <Timiko.Wilkins@ed.gov>
**Sent:** Monday, July 15, 2019 5:07 PM
**To:** Siegrist, Tricia <Tricia.Siegrist@ed.gov>
**Cc:** Smith-Gordon, Keonna <Keonna.Smith-Gordon@ed.gov>; Summers, Pennie <Pennie.Summers@ed.gov>
**Subject:** RE: CIO Technical Assistance Procurement

Tricia:

Couple of items I have after review of the SOW

(b)(5)

Need:
(b)(5)

(b)(5)

**Evaluation Factors**

(b)(5)

(b)(5)

Joyce has the updated SOW however, I haven't heard back from her as of today.

(b)(5)

We are moving forward with the developing the RFQ. Please address the above.

If you have any questions please contact me directly. Thank you

Best Regards,

*Ms. Timiko D. Wilkins*

**Senior Contracting Officer (FAC-C/FAC-COR Level III)**
U.S. Department of Education - Federal Student Aid, Acquisitions (FSA)

Mission Procurement Group (ENSM) – Digital Engagement Team
830 First St. NE, Union Center Plaza Suite 92E4 Washington, DC 20202
202-377-4846 Office
202-740-0358 Work cell
**Gliding Work Schedule (8 hour)**
**Tuesdays/Telework**
Timiko.Wilkins@ed.gov

  PROUD SPONSOR of the AMERICAN MIND™



*Confidentiality Notice:*
*This e-mail is protected by one or more of the Freedom of Information Act (FOIA) Exemptions 2 through 9 identified in 5 USC 552(b) and FAR 3.104-4. Access to this e-mail by anyone other than the intended recipient of this message, any review, disclosure, copying, distribution, or retention of the same is strictly prohibited. If you are not the intended recipient, please immediately notify the sender.*

**From:** Siegrist, Tricia <Tricia.Siegrist@ed.gov>
**Sent:** Monday, July 15, 2019 8:39 AM
**To:** Wilkins, Timiko <Timiko.Wilkins@ed.gov>
**Cc:** Smith-Gordon, Keonna <Keonna.Smith-Gordon@ed.gov>
**Subject:** RE: CIO Technical Assistance Procurement

Hi Timiko – sorry – but, this is just what I was afraid of…it seems Keonna is working from the old version of the SOW (which I already updated based on your input) – here's the most recent version based on the new assumptions we had prior to Friday's meeting. Please confirm you and Joyce are using this version when considering if th (b)(5)

Tricia

Tricia Siegrist, PMP | GWCCM
Program Manager | Federal Student Aid
202 377-4044 (office)
202 617-4362 (mobile)

**From:** Wilkins, Timiko <Timiko.Wilkins@ed.gov>
**Sent:** Friday, July 12, 2019 3:07 PM
**To:** Siegrist, Tricia <Tricia.Siegrist@ed.gov>
**Cc:** Smith-Gordon, Keonna <Keonna.Smith-Gordon@ed.gov>
**Subject:** FW: CIO Technical Assistance Procurement

Tricia:

Here are Keonna's comments from the SOW you addressed that I reviewed prior.

Let us know if you have any questions.

Thank you

Best Regards,

# *Ms. Timiko D. Wilkins*

**Senior Contracting Officer (FAC-C/FAC-COR Level III)**
U.S. Department of Education - Federal Student Aid, Acquisitions (FSA)
Mission Procurement Group (ENSM) – Digital Engagement Team
830 First St. NE, Union Center Plaza Suite 92E4 Washington, DC  20202
202-377-4846 Office
202-740-0358 Work cell
**Gliding Work Schedule (8 hour)**
**Tuesdays/Telework**
Timiko.Wilkins@ed.gov





*Confidentiality Notice:*
*This e-mail is protected by one or more of the Freedom of Information Act (FOIA) Exemptions 2 through 9 identified in 5 USC 552(b) and FAR 3.104-4. Access to this e-mail by anyone other than the intended recipient of this message, any review, disclosure, copying, distribution, or retention of the same is strictly prohibited. If you are not the intended recipient, please immediately notify the sender.*

Grand Canyon IGCE

Program Compliance Technical Assistance for Grand Canyon University Tr:

| Labor Category | Rate | Hours |
|---|---|---|
| Senior Counsel/Partner | (b)(4) | |
| Counsel/Director | | |
| Associate/Analyst | | |

Page 1 of 4                                                                                         Date Printed: 7/24/2020

IDIQ IGCE

| Independent Government Cost Estimate | Source: Donna Mangold, OGC | |
|---|---|---|
| **Program Compliance Technical Assistance** | | |
| | | |
| | | |
| | | |
| Assumptions: | | |
| Number of Cases/Year (5-10) - NTE 10 | | 1 |
| AVERAGE Number of Hours/case | | (b)(5) |
| BLENDED Average Hourly Rate | $ | |
| Total Acquisition Cost - NTE | $ | 80,000 |
| | | |
| Period of Performance | | |
| 8/1/19-12/31-19 | $ | 80,000 |
| Total Contract Cost - NTE | $ | 80,000 |

Page 2 of 4                                                                                                                  Date Printed: 7/24/2020

Market Research

| Labor Category | Estimated Rates | % Billed Assumption | Estimated Rates | % Billed Assumption | Estimated Rates | % Billed Assumption |
|---|---|---|---|---|---|---|
| | (b)(4); (b)(5) | | | | | |
| Sr. Managing Director/Partner | | | | | | |
| Managing Director | | | | | | |
| Staff Analyst | | | | | | |
| | | | | | | |
| Estimated Blended Rate | | | | | | |
| Computed Blended rate (based on labor rates) | | | | | | |
| Average Computed Blended Rate | | | | | | |
| | (b)(4); (b)(5) | | | | | |
| | | | (b)(4); (b)(5) | | (b)(4); (b)(5) | |
| | | | | | | |
| | | | | | | |
| | (b)(4); (b)(5) | | (b)(4); (b)(5) | | | |

Possible Vendor List

| Vendor Name | Vendor Contact Name | Vendor Contact Title | Vendor Contact email | Vendor Phone | Vendor url | |
|---|---|---|---|---|---|---|
| (b)(4) | | | | | | |