# Exhibit B-8

## I. Detailed Issue Briefing: For-Profit to Nonprofit Conversions*

- **Overview**
    - Department regulations (CFR 34 600.31) provide the requirements for changes in ownership resulting in a change in control for private nonprofit, private for-profit, and public institutions. Under the Obama Administration, an increasing number of for-profit schools sought to convert to a nonprofit designation through changes in ownership in order to obtain Internal Revenue Service (IRS) tax-exempt status and benefit from different federal and state regulatory environments. Over the last ten years, the Department has received 61 applications for a for-profit to nonprofit conversion, 49 were submitted during the Obama Administration.
    - Some nonprofit legal experts (e.g., the Century Foundation, Center for American Progress, and other left-center leaning groups) and members of Congress (e.g., Durbin, Warren, and other Democratic HELP members) have raised concerns about the Department's conversion process, noting that some conversions are being approved even though the for-profit characteristics, such as owners' control and financial interest in the institutions, have not been eliminated.
    - In addition to the IRS designation and state authorization, the Department must make an independent determination that the institution is "owned and operated by one or more nonprofit corporations or associations, no part of the net earnings of which benefit any private shareholder or individual." See 34 C.F.R. § 600.2 (definition of nonprofit)
    - The Department has received numerous congressional and media inquiries regarding these conversions, including:
        - the number of conversion approvals since January 2017;
        - the names of Department staff involved in the process, and whether they are a political appointee or a career personnel;
        - the estimated time needed for each step in the process; and
        - a copy of the application and/or any documentation given to parties interested in converting to a nonprofit status.
        - *[Internal Note: FSA provided OLCA responses to the last three example inquiries, listed above, in September 2018 as part of the Questions for the Record from the House Committee on Education and the Workforce. OLCA will have the most updated versions of those responses.]*
    - Federal Student Aid (FSA) receives, processes, and executes change in ownership and conversion applications. Additionally, the Office of the General Counsel (OGC) advises FSA throughout the application review, and where warranted, its subsequent approval. Approvals result in the awarding of a Provisional Program Participation Agreement. All staff members involved in conversions are career employees.

- **Notable Recent School Action**
    - In one case, Stevens Henager College, College America Denver, College America Arizona, and California College San Diego applied for a change of ownership, and

---

*Dream Center covered in-depth in a separate briefing.

*Controlled, unclassified information; not for distribution outside agency*     Page 1 of 6

conversion to nonprofit status, based on the 501(c)(3) status of its new owner, Center for Excellence in Higher Education (CEHE). On August 11, 2016, the Department/FSA initially denied the request. On August 30, 2016, CEHE filed suit against the Department in U.S. District Court seeking the court's intervention in overturning the Department's determination on the continued for-profit status. In an effort to resolve the litigation, CEHE provided the Department with additional documentation. On November 29, 2018, in consultation with the Department of Justice, a settlement was reached and the Department/FSA issued a decision letter to CEHE recognizing their nonprofit status, with the following conditions:
- The Colleges provide quarterly updates to the Department on the status of the prior owner's divestiture of the real property on which the Colleges have campuses.
- The Colleges provide evidence to the Department no later than March 1, 2019, that it is coming into compliance with the accreditor's requirements regarding board members for nonprofit organizations.
  - On November 6, 2017, Zenith Education Group (Zenith) announced that it would cease to enroll new students at 21 of its 24 locations, all of which Zenith acquired from CCi and converted to nonprofit institutions through a change of ownership. Those institutions did not close immediately; instead, Zenith has and is conducting orderly closures at the 21 campuses, impacting approximately 5,100 students.
  - Other notable schools include: Dream Center and Grand Canyon University (GCU). Please see separate briefing for more information regarding Dream Center and see below for more information regarding GCU.

- **Response**
  - In reviewing any change in ownership application, FSA reviews: the type of institution being acquired (publicly traded, closely held, or other), its compliance history, the financial condition of the purchaser, the Title IV history of the purchaser, and the details of the sales transaction. These factors are analyzed to determine if a change in ownership should be approved for Title IV purposes and if so, whether any limitations should be placed on the new company after the institution is purchased. These limitations would only be applicable to the institution's eligibility for receiving and disbursing Title IV funds.
  - CEHE provided the Department with additional information that addressed the issues raised in the Department's 2016 denial decision. CEHE also made changes that met the Department's requirements and agreed to Department conditions. This resulted in the Department's approval of the colleges' conversion to nonprofit status.
  - The Department continues to monitor the Zenith location closing situation closely to ensure that students' rights and taxpayer dollars are protected.

- **Current Action**
  - Over the last ten years, the Department has received 61 applications for a for-profit to nonprofit conversion. Of the 61 applications:
    - 4 were schools acquired by CEHE. (As discussed above, the CEHE application was initially denied but subsequently approved.);
    - 15 were main locations of CCi acquired by Zenith;

- 13 were for the Dream Center Foundation's acquisition of Education Management Corporation locations, only one of which has received a final decision when the Department denied the conversion application for Argosy University in February 2019;
- 35 have been approved in total;
  - 11 of those approvals have occurred since January 20, 2017; 9 of which were for applications received prior to January 20, 2017.
- 8 applications are currently pending (which excludes the Dream Center applications); and
  - GCU's change in ownership application involves a conversion that is still pending. GCU is participating under a month-to-month Temporary Program Participation Agreement following its sale to a nonprofit in July 2018 without the Department's completion of the requested pre-acquisition review.
- Other applications were withdrawn or the institution closed. Thus, the Department did not need to review those withdrawn or closed applications, which may have resulted in a denial.

## II. Talking Points: For-Profit to Nonprofit Conversions

**Issue 1: Members of Congress have expressed concern that the Department's conversion process allows for-profit institutions to be approved that are converting as a tactic to avoid regulatory requirements while also retaining the for-profit incentives, such as owners' control and financial interests in the entities.**

Current status/position or action taken by ED: In reviewing an application, the Department conducts a thorough review of the entity's compliance, financial, and Title IV history, as well as the sales transaction. The Department also makes an independent determination that the institution is owned and operated by non-profit entities and that no net earnings of the institution benefit private individuals.

Reaction (push back/support): Multiple congressional members have requested that the Department approach applications "with extreme caution." In a January 2018 letter to the Department from Senators Warren, Brown, Murray, Durbin, and Blumenthal, they address two "troubling" pending applications, Grand Canyon and Dream Center. The letter states that Grand Canyon's application should be carefully reviewed because "the school unsuccessfully attempted [conversion] in 2015-16" and further states that approving Dream Center's conversions would allow the schools "to skirt for-profit oversight from the Department and continue to operate in a manner that has attracted multiple alleged violations of federal and state laws meant to protect students."

Talking Points:

- It is important to stress that separate and distinct from the IRS's 501(3)(c) designation, the Department makes its own independent determination of an institution's nonprofit status for the purposes of participating in Title IV programs.

- Our review determined that the IRS designation alone was insufficient for making the nonprofit determination for Title IV purposes.

- FSA and the Department's Office of General Counsel worked closely to develop a robust review process.

**Issue 2: After an initial August 2016 denial, in November 2018, the Department approved the conversion for Center for Excellence in Higher Education (CEHE).**

Current status/position or action taken by ED: Based on additional documentation CEHE provided to the Department in August 2018, the Department approved the conversion with the following conditions: the Colleges must provide quarterly updates to the Department on the status of the prior owner's divestiture of the real property on which the Colleges have campuses; and no later than March 1, 2019, must show that it is coming into compliance with the accreditor's requirements regarding board members for nonprofit organizations.

Reaction (push back/support): CEHE was the only conversion application denied during the prior administration and the decision was changed under the current administration.

Talking Points:

- The Department approved CEHE's conversion application after CEHE provided the Department with additional documentations and that approval was contingent on explicit conditions.

- CEHE made the necessary changes to comply with the Department's requirements. The Department's requirements did not change.

- The initial denial and subsequent approval of the CEHE conversion application demonstrates that the Department has a process in place to determine whether or not an entity is truly operating as a non-profit for Title IV purposes.

**Issue 3: In November 2017, Zenith announced that it would be closing 21 of the 24 CCi campuses it had acquired and converted to nonprofit institutions, under the previous administration, in July 2015. The closing of 21 campuses impacted approximately 5,100 students.**

Current status/position or action taken by ED: Zenith notified the Department of the closures and conducted orderly teach outs of the locations. The Department has continued to closely monitor the execution of those closures.

Reaction (push back/support): Media and congressional inquiries have questioned the initial acquisition by Zenith, conversion, and the subsequent closures of these campuses.

Talking Points:

- The Zenith acquisition and conversion was approved by the prior administration.

- Zenith ceased enrolling students and conducted orderly closures, which provided the opportunity for all currently enrolled students to complete their programs.

- This closure was an example of what a responsible entity does when it realizes it is no longer financially feasible to continue to operate an institution.

- The Department continues to monitor these closures. As of this month, there is only one campus still being taught out, which is scheduled to be completed in August 2019. There is one campus with a pending change in ownership application and Zenith continues to successfully operate the three institutions it retained.

## III. Q&As: For-Profit to Nonprofit Conversions

### Issue 1:  The Department's process for reviewing conversion requests

Question: What are you doing to ensure that conversion requests are made in good faith and will ultimately be to the benefit of students and taxpayers?

Proposed Response: We have established a robust process for reviewing conversion requests. FSA works closely with OGC to conduct a thorough review of the institution type and its compliance history, the purchaser's financial condition and Title IV history, and the details of the sales transaction, among other factors.

### Issue 2:  The Department's approval of CEHE's conversion request

Question: CEHE's request for a change of ownership and conversion to nonprofit status were denied under the previous administration. Why did your administration overturn that denial?

Proposed Response: CEHE submitted additional information to the Department as part of their efforts to resolve their lawsuit against us. After reviewing this additional documentation, we granted CEHE's conversion request, provided that the school meets certain conditions.

### Issue 3:  Zenith's closure after the Department approved its conversion to a nonprofit

Question:  What happened to the students impacted by Zenith's closure of 21 of its 24 locations?

Proposed Response: As a reminder, the Zenith conversion was approved by the prior administration. That said, my administration has done everything in our power to work with Zenith on an orderly shutdown and minimize the impacts for students.

### Issue 4:  Grand Canyon University's conversion request

Question: What is the status of Grand Canyon University's conversion application?

Proposed Response: Grand Canyon University's (GCU) application is still pending. GCU is currently participating under a month-to-month Temporary Program Participation Agreement following its sale to a nonprofit in July 2018, before the Department completed a requested pre-acquisition review.

**Issue 5: Argosy's conversion denial and termination of Title IV eligibility**

Question: What options are available for students following the Department's recent denial of Argosy's request to convert from a for-profit to a nonprofit institution and termination of the school's Title IV eligibility?

Proposed Response: We stand ready to assist Argosy students in every way we can. Students can either transfer credits earned at Argosy to another institution with a comparable program or complete teach-outs at other institutions. State authorizing agencies and accreditors are working to provide additional information for students.