**Exhibit B-12**

**Smith, Joseph**

| From: | Smith, Joseph |
|---|---|
| Sent: | Tuesday, October 29, 2019 7:32 PM |
| To: | Fernandez-Rosario, Martina; Valentine, Ingrid |
| Cc: | May, Todd; White, Carolyn; Frola, Michael; Smith, Joseph |
| Subject: | FW: Grand Canyon University - Change in Ownership/Conversion Decision |
| Attachments: | Grand Canyon University - Decision on CIO Final Draft 10.29.19.docx; Grand Canyon University - Staff Summary Sheet 10.29.2019.doc |

Hi Martina and Ingrid,

If I may try to help, I think the team is also seeking your approval / concurrence for escalation for Robin's final pending approval. I updated the routing information on the Staff Summary Sheet to indicate the requested action is successive Approvals up to Robin, and then routing to Joe Lindsey and General Brown for "information only."

(Carol, Todd let me know that Amanda in the Engine Room has seen Staff Summary Sheets escalated for "Information Only" to the General.)

Martina, once you're on-board, I will review the full letter with Ingrid, and pending her approval work with Carol for escalation to Todd for his review with Robin.

Thanks,
-joe

---

**From:** Frola, Michael <Michael.Frola@ed.gov>
**Sent:** Tuesday, October 29, 2019 2:37 PM
**To:** Fernandez-Rosario, Martina <Martina.Fernandez-Rosario@ed.gov>; Valentine, Ingrid <Ingrid.Valentine@ed.gov>
**Cc:** May, Todd <Todd.May@ed.gov>; Smith, Joseph <Joseph.Smith@ed.gov>; White, Carolyn <Carolyn.White@ed.gov>; Frola, Michael <Michael.Frola@ed.gov>
**Subject:** Grand Canyon University - Change in Ownership/Conversion Decision

Hi Martina and Ingrid,

Please see attached Staff Summary Sheet and decision letter for Grand Canyon University CIO/Conversion.

We have determined that Grand Canyon University (GCU) does not qualify as a nonprofit institution for title IV purposes and we request approval to issue the attached decision letter. Also, once the letter is issued we will concurrently issue a new Provisional Program Participation Agreement recognizing GCU as a for-profit institution.

Thanks,
Mike

**Michael Frola**
Director
Multi-Regional and Foreign School Participation Division
Office: (202) 377-3364