# Exhibit C-10

# ONLINE EDUCATION SERVICES AGREEMENT – WORK ORDER
**between**
**ACADEMIC PARTNERSHIPS, LLC**
**and**
**THE UNIVERSITY OF TEXAS AT TYLER**

This Work Order ("Order") is entered into as of the 20th day of January, 2012 (the "Effective Date"), by and between **Academic Partnerships, LLC,** a Delaware limited liability company ("AP") and **The University of Texas at Tyler** (the "UT Institution"). AP and the UT Institution are sometimes referred to herein singularly as a "Party" and collectively as the "Parties".

## RECITALS:

A. AP and The University of Texas System, an agency and institution of higher education established under the laws of the State of Texas ("UT System") are parties to that certain Online Education Services Agreement ("Master Agreement") dated November 16, 2011, whereby AP has agreed to provide certain online education services to the UT System and certain UT Institutions.

B. This Order supplements the Master Agreement, and the terms of the Master Agreement are incorporated into this Order.

C. AP and the UT Institution desire to set forth the scope of Services and the payment for the Services in this Order. To the extent there is a conflict between the Master Agreement and the Order regarding Services and/or payment for Services, the Parties agree that notwithstanding anything stated to the contrary in the Master Agreement that this Order shall govern.

D. Capitalized terms in this Order that are not otherwise defined in this Order shall have the meaning set forth in the Master Agreement.

## AGREEMENT:

For the consideration set forth herein, the Parties hereto agree as follows:

**1. Definitions.**

A. **"AP Program Percentage"** means a percentage of the tuition for each Online Educational Course a Student is enrolled. For the first Program, and to the extent one or more new Programs are added during the Term of this Order, the Parties will enter into an Addendum to this Order, the purpose of which would be to set forth the AP Program Percentage for such new Program. Any such Addendum shall be in the form of **Exhibit A** attached hereto.

B. **"AP Program Revenue"** means the product of multiplying the AP Program Percentage times the Revenue.

C. **"Offline Educational Courses"** means undergraduate, graduate, and post-graduate courses offered by the UT Institution in a traditional classroom setting.

D. **"Online Educational Courses"** means undergraduate, graduate, and post-graduate courses that are offered to Students online, including Program, general or prerequisite courses, for which AP provides services pursuant to the Master Agreement and this Order.

E. **"Curriculum"** means a group of related Online Educational Courses, the successful completion of which results in a degree or other credentialing.

F. **"Developed Materials"** means any ideas, designs, development tools, know-how, concepts, or written materials developed by either Party.

G. **"Faculty"** means persons appointed by the UT Institution to teach Online Educational Courses.

H. **"AP Material"** means (i) AP Resource Services, (ii) Developed Materials created by AP, and (iii) any documentation or other materials associated with the foregoing.

I. **"AP Resource Services"** means the resources and services available to the UT Institution when (i) developing Online Educational Courses, (ii) marketing such Online Educational Courses and (iii) converting the UT Institution's Offline Educational Courses to Online Educational Courses.

J. **"Intellectual Property"** means any and all now known or hereafter existing rights associated with (i) works of authorship, including exclusive rights, copyrights, moral rights and mask works; (ii) trade secret rights; (iii) trademark and trade name rights; (iv) patents, designs and other industrial property rights; (v) other intellectual and proprietary rights of every kind and nature whether arising by operation of law, by contract or license or otherwise; and (vi) all registrations, renewals, extensions, combinations, divisions, or reissues of any of the foregoing.

K. **"Program(s)"** means units of study offered through Online Educational Courses that lead to a degree or other certification.

L. **"Revenue"** means the tuition collected from Students for Online Educational Courses, including Revenue from all general, prerequisite or co-requisite Online Educational Courses.

M. **"Student(s)"** means an individual enrolled in one or more Online Educational Courses.

N. **"UT Institution Material"** means the (i) Curriculum, (ii) lectures, documentation and other materials created by the UT Institution, including Developed Materials created by the UT Institution and (iii) Faculty.

**2. AP Obligations:**

During the Term (defined herein) of this Order, AP shall have the following obligations:

A. **Sales and Marketing.**

(i) Market the Programs using national field sales organization and digital marketing;

(ii) Provide competitive research;

(iii) Work with UT Institution on state or accrediting body regulatory requirements to expand the geographic reach of programs.

**B. Program Implementation.** AP's implementation team will work with the UT Institution to launch the UT Institution's Programs. AP's implementation support will include:

(i) An integration team that works with the UT Institution's personnel (specific to each degree/certificate);

(ii) Facilitation of Program planning sessions (faculty meetings, admission policies, course sequence and calendar);

(iii) Facilitation of operational planning sessions with key UT Institution departments to review existing processes and recommend efficiencies;

(iv) Development of a "Program Guidelines" document;

(v) Facilitation of cross-functional meetings to manage implementation processes; and

(vi) Project management services, including development of a detailed project plan (the "Plan") to drive program implementation activities, and weekly reporting of project progress against the Plan.

**C. Assistance with Student Information System ("SIS") and Learning Management System ("LMS").** The UT Institution will provide AP administrative access to its SIS and LMS. AP will utilize essential data from these systems to (i) create Program prototypes, (ii) assist faculty with curriculum development, (iii) facilitate student matriculation, (iv) assist in improving student retention, (v) monitor Program success and (vi) assist with and facilitate the growth of the UT Institution's Online Educational Courses. Essential SIS data includes, but is not limited to, applicant, student, section and enrollment data.

**D. Curriculum Support Services.** AP will work with faculty and the UT Institution with Program design, including but not limited to:

(i) Program / Course blueprinting and course conversion assistance;

(ii) Assist UT Institution in structuring multiple starts in a way that also assures financial aid eligibility;

(iii) Introduce best practices for online curriculum

**E. Recruiting and Enrollment Specialist Representatives ("ESRs").** ESRs will serve as a primary point of contact for all prospective students for identified degree programs. The ESRs will help educate students about the UT Institution's Programs. AP's responsibilities include:

(i) Providing a team of ESRs to contact potential students once a lead is received;

(ii) Providing a toll free number and website for prospective students;

(iii) Recruiting in compliance with the academic standards of the UT Institution; and

(iv) Inform potential students of the program characteristics and refer potential students to the UT Institution regarding financial aid or academic questions.

AP agrees that in the course of recruitment of Students for enrollment in one or more Online Educational Courses it will not provide any commission, bonus or other incentive payments based directly or indirectly upon success in securing enrollments to any person or entity engaged in any student recruiting or admission activities, or any person directly supervising such person, except in accordance with the provisions of 34 C.F.R. 668.14(b)(22)(2003) and any subsequent amendment thereto, and/or any other requirement of the United States Department of Education or the UT Institution's regional accreditor.

**F. Application Support.**

(i) Inform applicant of all UT Institution application requirements

(ii) Contact applicant regarding upcoming deadlines

(iii) Remind applicant to submit necessary paperwork (transcripts, etc.);

(iv) Once applicant has been admitted by UT Institution, remind student of registration process, registration deadlines and payment deadlines

(v) Refer student to appropriate UT Institution resources if there are further questions about the academic program

**G. Student Services.**

(i) Follow up with student periodically to ensure satisfaction all the way through graduation

(ii) Refer student to UT Institution resources if academic questions persist

(iii) Remind student of upcoming start dates, registration deadlines and payment deadlines.

**H.** **Protection of Student Information.** The UT Institution has informed AP that Student specific information may be protected from disclosure pursuant to the provisions of the Family Educational Rights and Privacy Act (FERPA), (20 U.S.C. § 1232g; 34 CFR Part 99). AP expressly agrees that it shall (i) not disclose any such information to any third parties and (ii) take such measures as are reasonable and prudent to protect such information from inadvertent disclosure.

**3. UT Institution Obligations**

The UT Institution shall maintain the sole authority in the (i) appointment of Faculty, (ii) admission of Students, (iii) delivery of Programs, (iv) the evaluation of Student performance and (v) the decision to award course credit and/or academic credentialing. During the Term of this Agreement, the UT Institution shall have the following obligations:

A. **Regulatory Approvals, Accreditations, and Licenses.** The UT Institution will determine and obtain all necessary regulatory approvals and licenses for the Programs.

B. **Financial/Business Oversight.** The UT Institution will oversee the financial management of the Programs.

C. **Intellectual Property Notices.** The UT Institution will not remove, deface, or obscure any of AP's or its suppliers' copyright or trademark notices and/or legends or other proprietary notices associated with the AP Material.

D. **Access to Data.** The UT Institution will provide adequate access to SIS and LMS data necessary for AP to fulfill its obligations.

4. **License Grants By AP**

A. **AP Resource Services.** During the Term of this Agreement, AP grants the UT Institution a limited, non-exclusive, license to use and modify the AP Resource Services for the specific and limited purpose of developing Programs.

B. **Trademarks.** During the Term of this Agreement, AP grants the UT Institution a limited, nonexclusive license to use such AP trademarks, as are designated in writing by AP, for the specific and limited purpose of marketing the Programs. **Exhibit B** lists the initial AP trademarks that may be used per this Section.

5. **License Grants by the UT Institution**

A. **UT Institution Material.** During the Term of this Agreement, the UT Institution grants AP a limited, non-exclusive license to use and modify the UT Institution Material for the specific and limited purpose of developing Programs.

B. **Trademarks.** During the Term of this Agreement, the UT Institution grants AP a limited, non-exclusive license to such UT Institution trademarks, as designated in writing by the UT Institution, solely for the purpose of marketing the Programs. **Exhibit C** lists the initial UT Institution trademarks that may be used per this Section.

6. **Term**



The term ("Term") of this Order commences on the Effective Date and ends on the fifth (5th) ~~seventh (7th)~~ anniversary of the Effective Date, unless terminated pursuant to the terms of the Master Agreement. The Term shall automatically renew for 5-year periods, unless terminated by either Party in writing 90 days before the expiration of the then current Term.

7. **Payment and Taxes**

A. **AP Program Revenue.** The UT Institution will collect all Revenue and will remit to AP the AP Program Revenue, which shall be due and payable to AP within 15 days of the start of any Online Educational Course.

B. **Taxes.** Each Party will be responsible for any and all taxes due on their portion of Revenues received.

C. **Expenses.** Any expenditure paid by the UT Institution on behalf of AP, such as advertising, may be withheld from AP's portion of the AP Program Revenue provided such costs were approved in writing by AP in advance.

D. **Acknowledgement by the UT Institution.** The UT Institution acknowledges that a significant portion of AP's cost is incurred before a Student enrolls, and that AP's only method of cost recovery is through the continuing payments as a Student progresses through the Program. Therefore, for each Student who AP secures the enrollment of during the Term of this Agreement , the UT Institution will continue to remit payments to AP per Section 7(A) above for so long as the Student continues to take On Line Educational Courses at the UT Institution, even if beyond the termination date of this Agreement ("Recovery Payments").

8. **Notice.** All notices, including notices of address change, required to be sent hereunder or under the Master Agreement shall be in writing and shall be deemed to have been given when mailed by certified mail to:

If to AP:

Academic Partnerships, LLC
Attn: Chief Financial Officer
160 Continental Ave.
Dallas, TX 75207
FAX: 214-210-3997

With copy to:

Academic Partnerships, LLC
Attn: Legal Dept.
2200 Ross Ave., Suite 3800
Dallas, TX 75201
FAX No. 214-438-4133

If to UT Institution:

The University of Texas at Tyler
Attn: Office of Academic Affairs
3900 University Blvd
Tyler, TX 75799
FAX: 903-566-7007

The Parties agree that they each may treat documents faxed and/or email attachments and/or a signature sent electronically by the other Party as original documents; nevertheless, either Party may require the other to exchange original signed documents.

9. **Severability.** In the event any provision of this Order is held to be invalid or unenforceable, the remaining provisions of this Order will remain in full force.

10. **Headings.** The headings appearing in this Order are inserted for convenience only, and will not be used to define, limit or enlarge the scope of this Order or any of the obligations herein.

11. **Counterparts.** This Order may be executed in any number of counterparts, each of which will be an original, and such counterparts together will constitute one and the same instrument.

| **ACADEMIC PARTNERSHIPS, LLC** | **THE UNIVERSITY OF TEXAS AT TYLER** |
|---|---|
| Signature: [signature] | Signature: [signature] |
| Name: Mike Briskey | Name: Rodney H. Mabry |
| Title: CFO | Title: President |
| Date: 2-10-12 | Date: January 20, 2012 |

**EXHIBIT A**

**ADDENDUM**

This Addendum ("Addendum") dated as of January 4, 2012 , is a supplement to that certain Online Education Services Agreement – Work Order ("Order") dated as of January 20, 2012 between Academic Partnerships, LLC, a Delaware limited liability company ("AP"), and **The University of Texas at Tyler** (the "UT Institution") and is fully incorporated therein.

**1. NAME OF PARTICIPATING SCHOOL OR COLLEGE:**

College of Engineering and Computer Science

College of Business and Technology

**2. EFFECTIVE DATE OF PROGRAM:**

August 2012

**3. COURSES TO BE OFFERED, INCLUDING GENERAL, CO-REQUISITE OR PRE-REQUISITE:**

Standard to Master of Science in Civil Engineering

Standard to Master of Science in Mechanical Engineering

Standard to Master of Business Administration with an emphasis in Healthcare Management

**4. PROGRAMS AND/OR DEGREES:**

Master of Science in Civil Engineering

Master of Science in Mechanical Engineering

Master of Business Administration with an emphasis in Healthcare Management

**5. AP PROGRAM PERCENTAGE:** the greater of (a) 50% of the total Program tuition or (b) such percentage that is equal to the result of dividing $4,300 by the total Program tuition.

| ACADEMIC PARTNERSHIPS, LLC | THE UNIVERSITY OF TEXAS AT TYLER |
|---|---|
| Signature: [signature] | Signature: [signature] |
| Name: Mike Biskey | Name: Rodney H. Mabry |
| Title: CFO | Title: President |
| Date: 2-10-12 | Date: Feb. 10, 2012 |

**EXHIBIT B**

(AP Trademarks, including those of its affiliates)

1. ACADEMIC PARTNERSHIPS, LLC
2. AP
3. UNIVERSITY PARTNERS

**EXHIBIT C**

(UT Institution Trademarks)

The University of Texas at Tyler
UT Tyler
"Creating Solutions"

**MBA in Health Management**
36-hour program/12 courses

| Students | TOTAL PROGRAM | | Per Course | | Per Credit Hr | |
|---|---|---|---|---|---|---|
| *Corporate* | Tuition and Fees | | Tuition and Fees | | Tuition and Fees | |
| | $24,500 | | $2,041.67 | | $680.56 | |
| Tuition/Fee breakdown | Tuition | Fees | Tuition | Fees | Tuition | Fees |
| | $23,300.00 | $1,200.00 | $1,941.67 | $100.00 | $647.22 | $33.33 |
| AP | $11,650.00 | | $970.83 | | $323.61 | |
| UTTYLER | $11,650.00 | $1,200.00 | $970.83 | $100.00 | $323.61 | $33.33 |
| *Regular* | Tuition and Fees | | Tuition and Fees | | Tuition and Fees | |
| | $29,500 | | $2,458.33 | | $819.44 | |
| Tuition/Fee breakdown | Tuition | Fees | Tuition | Fees | Tuition | Fees |
| | $28,300.00 | $1,200.00 | $2,358.33 | $100.00 | $786.11 | $33.33 |
| AP | $14,150.00 | | $1,179.17 | | $393.06 | |
| UTTYLER | $14,150.00 | $1,200.00 | $1,179.17 | $100.00 | $393.06 | $33.33 |

**Master's in Civil Engineering (MCE) and Master's in Mechanical Engineering (MME)**
30-hour program/10 courses

| Students | TOTAL PROGRAM | | Per Course | | Per Credit Hr | |
|---|---|---|---|---|---|---|
| *Corporate* | Tuition and Fees | | Tuition and Fees | | Tuition and Fees | |
| | $15,000 | | $1,500.00 | | $500.00 | |
| Tuition/Fee breakdown | Tuition | Fees | Tuition | Fees | Tuition | Fees |
| | $13,800.00 | $1,200.00 | $1,380.00 | $120.00 | $460.00 | $40.00 |
| AP | $6,900.00 | | $690.00 | | $230.00 | |
| UTTYLER | $6,900.00 | $1,200.00 | $690.00 | $120.00 | $230.00 | $40.00 |
| *Regular* | Tuition and Fees | | Tuition and Fees | | Tuition and Fees | |
| | $20,000 | | $2,000.00 | | $666.67 | |
| Tuition/Fee breakdown | Tuition | Fees | Tuition | Fees | Tuition | Fees |
| | $18,800.00 | $1,200.00 | $1,880.00 | $120.00 | $626.67 | $40.00 |
| AP | $9,400.00 | | $940.00 | | $313.33 | |
| UTTYLER | $9,400.00 | $1,200.00 | $940.00 | $120.00 | $313.33 | $40.00 |