**Exhibit C-14**



# TEXAS SOUTHMOST COLLEGE
80 Fort Brown  
Brownsville, Texas 78520

# * * *PRESS RELEASE * * *

FOR IMMEDIATE RELEASE  
OCTOBER 15, 2012

CONTACT: Kim Sanchez  
956-882-6538  
kim.sanchez@tsc.edu

### Texas Southmost College Partners with Pearson to Launch Innovative All-Digital Content Delivery Programs

*Partnership to Support TSC as a New, Independent Community College in Fall 2013*

**Brownsville, Texas** — October 15, 2012 — Texas Southmost College (TSC) has partnered with Pearson to provide digital content, services and technology in support of its transition to an independent, two-year public community college in fall 2013. The new institution will feature digital delivery of all content for 31 associate's degree programs and 25 certificate options offered as on-ground and blended courses. TSC's efforts to provide fully digital course material to students on day one aligns with Secretary Duncan's call for all institutions to move to digital solutions.

Pearson's solutions and support will enable TSC to quickly scale to serve their expected student enrollment in its first year of independent operations. These solutions include eTextbooks; personalized learning such as MyLab and Mastering; Pearson LearningStudio, a cloud-based learning management system with advanced data analytics applications to monitor and analyze trends in student performance, and track their achievement of learning objectives; course development and instructional design services; Smarthinking live, on-demand online tutorial service; and access to the Pearson Instructor Education service for faculty development.

"This is an exciting time for TSC, and we are thrilled to be partnering with Pearson to help us build an institution committed to increasing achievement, while providing affordability and access to the lower Rio Grande Valley communities in which we serve," said Dr. Lily Tercero, President, Texas Southmost College. "Advances in technology are revolutionizing *how* we learn, *where* we learn and *when* we learn. Our students will have access to some of the most innovative learning opportunities available on any college campus across the nation, for use on- and off-campus, and on a 24/7 basis. Through our partnership with Pearson, students will get their required textbooks in a fully digital format, and have access to additional online resources at a very reasonable cost to our students."

"Community colleges play an immensely important role in higher education today, enabling millions of students to achieve their postsecondary educational goals," said Don Kilburn, Vice Chairman of Pearson Higher Education. "Texas Southmost College is a leader among U.S. public institutions in higher education in accelerating its pace to a fully digital course delivery system. Our innovative partnership with TSC is a unique illustration of how we're delivering a 100 percent digital solution for all face-to-face and blended courses, thereby providing increased access for more students and availability of all their learning material immediately at the start of class."

This partnership reflects Texas Southmost College's commitment to its new mission of transforming the communities it serves through innovative learning opportunities. It also supports TSC's commitment to providing an accessible, affordable and high quality college education.

**About Texas Southmost College**

Originally established in 1926, Texas Southmost College has been offering the first two years toward a bachelor's degree along with career and technical education leading to certificates of completion and associate degrees, developmental education to prepare students for college-level work, workforce training, and continuing education through a 20-year contractual arrangement. TSC will, once again, return to its original purpose when it becomes independently operational in fall 2013.

**About Pearson**

Pearson, the world's leading learning company, has global reach and market-leading businesses in education, business information and consumer publishing (NYSE: PSO).  The company provides innovative print and digital education materials, including personalized learning programs such as MyLab/Mastering, education services including custom publishing, and content-independent platforms including the EQUELLA digital repository and Pearson LearningStudio online learning platform.

###