Case 2:21-cv-00177-SRB   Document 38-43   Filed 10/18/21   Page 1 of 5

# Exhibit C-24



# Arizona State University

ASU Improves Student Access with Enhanced Online Learning Offerings

Pearson's high-growth model provides students more opportunities to achieve with online services, globally.

## Overview

Arizona State University (ASU) is a New American University that takes responsibility for the greatest challenges, locally and globally, that we face as a society. These challenges include educational attainment, individual and community opportunity, the environment and health, scientific and technological progress, social justice and human worth.

Online education is fundamental to ASU's vision as a New American University. Ranked among the top 100 universities in the world, ASU provides the knowledge, discovery and creativity necessary to help solve these challenges and build a better future.

ASU Online is ranked among the top ten online bachelor's degree programs in the country by U.S. News and World Report. ASU currently offers more than 70 undergraduate and graduate degrees entirely online, each designed and instructed by its renowned faculty.

*"When it comes to online learning, there is a direct correlation between quality services and student success. Online learning is very demanding… the more support students receive, the better their learning outcomes and overall experience will be."*

Philip Regier
Executive Vice Provost and Dean, ASU Online

ALWAYS LEARNING                                                              PEARSON

## Challenge

Over the last 20 years, there have been nearly 31 million students in the United States that have enrolled in college and left without receiving a degree. Of these students, only four million, or 12 percent, have earned at least two full years of academic credit. Compounding the situation, the nation's unemployment rate – 5.5 percent as of February 2015 – makes it twice as difficult for an adult without a college degree to find employment.

Research has shown repeatedly that a college degree is a key differentiator for success in the 21st century marketplace, yet for many adults, the traditional classroom is no longer a realistic option. Family, work or other life circumstances make the possibility of completing a degree on-campus unlikely. Online learning creates new and unprecedented opportunities for those that would otherwise be unable to complete a degree.

Working adults with a college degree earn $300,000 more in their lifetime, or roughly $15,000 more per year, according to U.S. Bureau of Labor Statistics data.

Adults aged 25 and above who attended some college but don't have a degree have an unemployment rate of nearly twice that of bachelor's degree holders, according to the U.S. Bureau of Labor Statistics.

## Solution

As new model for higher education, ASU is meeting the challenges by providing non-traditional students with high-quality online degree programs that are rigorous, engaging and affordable. In 2010, ASU partnered with Pearson to enhance and rapidly expand its online learning services and resources, contributing to a superior student experience that results in high graduation rates.

In addition, Pearson is providing enrollment services for ASU undergraduate online degree programs, including engagement, retention and student support. Pearson is also employing prospect generation services and admission services to better connect with and engage students at every stage of the enrollment process.

In June of 2014, ASU and Starbucks announced the groundbreaking College Achievement Plan (CAP), which offers eligible Starbucks employees full tuition reimbursement with no obligation to remain with the company following degree completion.  Pearson plays a crucial role in the partnership between ASU and Starbucks with the wide range of student services, which allows for a seamless influx of online students generated by the CAP and ensures that all students experience the same level of service as the program grows and expands.

## Why ASU Partnered with Pearson

The partnership between ASU and Pearson represents a new education delivery model for fully online programs in which Pearson blends the operational and commercial capabilities of a for-profit business with the academic ethos, curriculum and faculty at one of the nation's leading public universities.

Pearson's high-growth, online learning delivery model involves a breadth of meaningful services and resources for online students. These services and resources result in learning outcomes that are, as good as, or better than the classroom, going far beyond the traditional, on-ground college experience, or one-size-fits-all online offerings.

At the onset of ASU Online's program, the Arizona Board of Regents estimated the university will grow from 3,000 to 30,000 online students by 2020. ASU selected Pearson as a partner to fulfill this goal, due to Pearson's unique "High Growth, Rigorous" model that remains unmatched in the industry today.

Our observation is that "high-scale" and "high-intensity" tactics are propelling the education market towards a new type of online learning model. This includes the ability to scale significantly, improve content, effectively use analytics and provide extensive student services, including comprehensive enrollment and retention counseling, thereby providing students with a "best of both worlds" approach to education.

*"ASU not only provided me with the flexibility I needed to continue to work in a job that I love, it is also helping me to relate what I am learning to my work."*

Elizabeth Hernandez
Public Safety Dispatcher,
Ventura County (California) Sheriff's Department

### Here's an actual scenario of how a non-traditional student benefits from the "High Growth, Rigorous" model:

Elizabeth Hernandez is a public safety dispatcher with the Ventura County (California) Sheriff's Department. She is earning her Bachelor of Science in Criminology and Criminal Justice while working full time in a profession she loves.

Elizabeth got her first job in criminal justice as a cadet while attending community college. She took on as many shifts and assignments as her supervisors would allow, which led to recognition and promotions at work. Her success at work translated into even longer hours and atypical schedules, making it difficult for Elizabeth to continue pursuing her degree in a traditional, on-ground setting. Elizabeth knew that in order to continue to progress in her career, she would need to earn her college degree.

She selected ASU because, in her words, "ASU not only provided me with the flexibility I needed to continue to work in a job that I love, it is also helping me to relate what I am learning to my work. I've felt welcomed and supported from the moment I applied, and I know that ASU will support me throughout my career. I am so proud to be a Sun Devil!"



*The New York Times*:
## Starbucks to Provide Free College Education to Thousands of Workers

"Starbucks will provide a free online college education to thousands of its workers, without requiring that they remain with the company, through an unusual arrangement with Arizona State University, the company and the university will announce on Monday.

The program is open to any of the company's 135,000 United States employees, provided they work at least 20 hours a week and have the grades and test scores to gain admission to Arizona State. For a barista with at least two years of college credit, the company will pay full tuition; for those with fewer credits it will pay part of the cost, but even for many of them, courses will be free, with government and university aid.

'Starbucks is going where no other major corporation has gone,' said Jamie P. Merisotis, president and chief executive of the Lumina Foundation, a group focused on education. 'For many of these Starbucks employees, an online university education is the only reasonable way they're going to get a bachelor's degree.'"



## Conclusion

The pioneering model proves that for many students, online learning can be more effective than in the classroom, and will enable thousands of students to earn their degree from one of the country's leading public universities while fulfilling other responsibilities at work and home.

ASU and Pearson's partnership applies real-time assessment and analytics data to measure and evaluate student performance. The result is seen through thousands of student success and graduation stories. **Since partnering with Pearson, ASU Online's enrollment has increased by 325% and more than 4,000 students have completed their degree.**

---

Discover how your institution can provide scalable online learning programs that improve students' lives at:
### pearsononlinelearning.com

©Pearson 2014. All rights reserved.

ALWAYS LEARNING                                                              PEARSON