# Exhibit C-30

# EVERSPRING LAUNCHED TO DEVELOP DISTANCE LEARNING PROGRAMS

**The Office of Continuing and Distance Education** and **Everspring, Inc.** entered into a partnership in November 2013 to develop online programs. Beginning in fall 2014 three new fully online masters degrees will be launched including the online MPA, User Experience Design, and Criminology and Criminal Justice. These fully online master's degree programs will be marketed nationwide. The strategic plan for online learning projects nine more fully online master's degree programs over the next three years.  Everspring will provide support for online marketing and enrollment management as well as student retention services. They will also partner with OCDE to develop fully online faculty training programs and an online student orientation. The partnership will feature a new mobile app for online learners enrolled in the new online master's degree programs.

**BACK TO STORIES (/PROVOST/STRATEGY-6-STORIES-ENHANCING-ACADEMIC-EXCELLENCE-AND-INNOVATION)**

POSTED: TUESDAY, DECEMBER 2, 2014 - 3:11PM

UPDATED: THURSDAY, DECEMBER 4, 2014 - 2:43PM

## Related Articles

Kent State Selects Peggy Shadduck to Serve as New Vice President for Regional Campuses and Dean of the College of Applied and Technical Studies (/kent/news/kent-state-selects-peggy-shadduck-serve-new-vice-president-regional-campuses-and-dean)
Kent State University has named Margaret (Peggy) Shadduck, Ph.D., of Richardson, Texas, as its new vice president for Regional Campuses and dean of…
Kent State Names New Senior Vice President and Provost Following National Search (/kent/news/kent-state-names-new-senior-vice-president-and-provost-following-national-search)
Kent State University President Todd Diacon today announced the appointment of Melody Tankersley, Ph.D., to the position of senior vice president and…
Kent State Selects New Provost (/president/news/kent-state-selects-new-provost)
Dear Members of the Kent State University Community,  I am pleased to announce that Melody Tankersley, Ph.D., has accepted the position of senior…