# Exhibit C-37



Adult charter school prepares students for knowledge-based careers.

Community College Preparatory Academy
SUCCESS STORY »

ALWAYS LEARNING

PEARSON

## School Profile

**City/State:**
Washington, DC

**School Type:**
Adult public charter school

**Enrollment:**
167 students

**Ethnicity:**

- 99.4% African American
- 0.6% Hispanic





## » Community College Preparatory Academy Overview

The Community College Preparatory Academy (CC Prep) is a free adult charter school for Washington, DC, residents. CC Prep helps adult learners develop the skills needed to successfully enter college and gain employment in DC's knowledge-based economy. It offers a wide range of academic subjects, as well as counseling and classes in life- and workforce-skills development. CC Prep students are recruited from traditionally underserved populations, including minorities, female heads of households living at or below the poverty line, and young adults emerging from the foster care system. As a public charter school, CC Prep is required to accept any DC adult resident who applies, but the school employs a rigorous orientation process to ensure that applicants understand the large commitment required of all students. After just one year, CC Prep is seeing positive results.

## » Challenge

Washington, DC, is a city of contrasts. Fifty percent of residents have a bachelor's degree or higher, while thirty-seven percent of residents are functionally illiterate. CC Prep, which opened its doors in the fall of 2013, was created to help address this disparity by preparing underserved adults for college and careers. Connie Spinner, head of school and the founding executive director of CC Prep, explained, "We started with a data-analysis process. We looked at what were the emerging careers in the District of Columbia and in this region. There are half a million jobs in administrative technical areas like Microsoft Office Suite. We are one of the jurisdictions in the nation that is labeled as a knowledge-based economy. That means that we run mental factories here. They are places where you have to bring learning to the job and usually higher-order thinking skills, so it becomes very important that we have a way for adults to bridge to this kind of 21st-century employment that most of our country will ultimately move to."

To prepare its students for knowledge-based careers, CC Prep needed to provide remediation for students who were unable to complete high school, have not worked for many years, or have aspirations for career advancement. Many students enter the school with backgrounds similar to that of Samantha Wallace, a CC Prep student who is interested in getting her Microsoft Office Suite certification. "I have a grade-school level of math and a high-school level of English and writing. So I need to get my math skills brushed up and get a higher level of English and writing to do my job in the future," said Wallace.

## » Solution

CC Prep's school facility, schedule, and curriculum were purposely designed to serve the needs of its adult students, many of whom are single parents and/or work. The building is a relatively small facility of 25,000 square feet because two-thirds of the instruction is online. It is located close to bus and metro lines for easy access. Face-to-face instruction is offered in three-hour blocks, repeated three times a day, so students can choose which block to attend to suit their schedule.

The school undertook an extensive review process to select an online curriculum to meet its needs. "We spent a year and a half looking at software material all over this country," Spinner said. "We wanted to use software that aligned with the credentialing that's available for adults. We wanted to be certain that there was a direct alignment between the software and the new current demands of the high school equivalency examination and college entry exams." In addition to covering the core areas of reading/language arts and mathematics, Spinner also wanted a curriculum that "provided computer literacy because computer literacy is the new literacy and every American is going to have to learn how to use the computer as a learning tool." Ultimately, CC Prep chose Pearson's MyFoundationsLab as its online curriculum, supplemented by Pearson's online Workforce Education courses, the online tutoring service Smarthinking, and mentoring services.

CC Prep reinforces the online curriculum with face-to-face workshops that enable students to apply what they have learned. Mark Purvis, professor of mathematics, explained, "The key with online learning is the MyFoundationsLab piece because in that they are learning the skills in writing. They are learning the skills in math. And the workshop is available to them to reinforce those skills. The number one skill is critical thinking or reasoning. It's more than just the answer. They have to know why they got the answer and why the other answers are incorrect. Those are the types of skills students have to develop, because when they take standardized tests, whether for a job, college, or even to pass their GED, that's the line of questions that's going to be asked of them."

The school employs a variety of specialists to support students and help them reach their goals. Student success specialists serve as academic counselors who meet bi-weekly with students to track progress, provide educational assistance or social-service referrals, and give moral support. Mentors are available via phone if students need additional help with coursework. Lab managers help students navigate the online software and gain confidence in using technology. Online tutoring is available to help students work through specific concepts or assignments. And employment specialists give networking, resume-building, and interviewing advice to students who are ready to look for a job.

*"The world of education is changing in a way that will make it almost a necessity for someone to be able to continue to learn. We're going to have students who are going to drop in and drop out and drop back in to education for most of their lives. That means that they've got to be able to do it at a time and in a place that's comfortable for them. They've got to learn how to learn online."*

— Connie Spinner
Head of School and Founding Executive Director, CC Prep

*"One of the benefits that Community College Preparatory Academy offers is that we bridge the gap for learning in terms of going from high school to college. We have found that a lot of students going into community college have to take remedial classes and are wasting a lot of their money paying for those classes."*

— Monica Jones
Director of Operations, CC Prep





» Results

CC Prep evaluates its success based on four outcomes: Is the school getting people ready to complete the high school equivalency exam, to enter college, to enter knowledge-based careers, and to become lifelong learners? After the school's first year in operation, outcomes are positive. Fifty percent of CC Prep's students passed the GED, all of its college applicants will enter institutions of higher education at the freshman level, eighty percent of students tested passed national certifications, and seventy-five percent of students who applied for jobs are now working (see Figure 1). In addition, all of its students passed computer-basics assessments, which will help prepare them to be lifelong learners.

Toria Parnell, a student at CC Prep and a mother, credited the school with helping her reach her goals. "My overall goal was to receive my GED, which I received, and I'm planning to enroll in college in the fall so I can go to school for radiology." Parnell is preparing for the ACCUPLACER exam and is on track to enroll as a freshman in college, having already earned one college credit. Based on her experience at the school, Parnell concluded, "I really love CC Prep. Everyone is very helpful with my learning experience. I have referred a few people to CC Prep, and I will continue to do so."

FIGURE 1: CC Prep Statistics, 2013–2014



Learn more about how your institution can help prepare students for career success at

**pearsoned.com/transition-to-career**

Copyright ©2015 Pearson Education, Inc. or its affiliate(s). All rights reserved.

ALWAYS LEARNING    PEARSON