**Exhibit C-41**



Contact Us   Investors   Press   GetSmarter   Trilogy

About 2U   Our Approach   Our Partners   Careers   Latest

← Back to Partners



Personal education. Global impact. At Syracuse University, the two go hand in hand. So when the opportunity to do both at scale presented itself in online education, they (and we) were ready to go.



In partnership with Guild Education, we're providing affordable pathways to education for America's workforce.   continue



When we met them, Syracuse University had already made early efforts in online education, but they were interested in scaling their offerings to increase access globally. They partnered with us to realize their vision, and together, we launched a variety of online degree programs and short courses.



"

In partnership with Guild Education, we're providing affordable pathways to education for America's workforce.

continue



Contact Us   Investors   Press   GetSmarter   Trilogy

About 2U   Our Approach   Our Partners   Careers   Latest

than in person. Truly, it's engaging to the core, and that means a lot to us.

— KENT S., CHANCELLOR AND PRESIDENT, SYRACUSE UNIVERSITY





# Programs offered.

Syracuse University delivers a wide variety of online graduate degree programs and short courses in business, communications, data science, engineering, and beyond.

Academic Discipline         Offering Type         Clear All

## Degree Program

Executive Master of Public Administration                             Government

Master of Business Administration                                      Business

In partnership with Guild Education, we're providing affordable pathways to education for America's workforce. continue 

 Contact Us  Investors  Press  GetSmarter  Trilogy

About 2U  Our Approach  Our Partners  Careers  Latest

| Master of Science in Communications | Communications and Design |  |
|---|---|---|
| Master of Science in Communications Management | Communications and Design |  |
| Master of Science in Computer Engineering | Engineering and Computer Science |  |
| Master of Science in Computer Science | Engineering and Computer Science |  |
| Master of Science in Cybersecurity | Engineering and Computer Science |  |
| Master of Science in Entrepreneurship | Business |  |
| Master of Science in Information Management | Library and Information Science |  |
| Master of Science in Information Management for Executives | Library and Information Science |  |
| Master of Science in Library and Information Science | Library and Information Science |  |
| Master of Science in Library and Information Science: School Media (specialization) | Library and Information Science |  |
| Master of Science in Professional | Business |  |


In partnership with Guild Education, we're providing affordable pathways to education for America's workforce. continue 


Contact Us    Investors    Press    GetSmarter    Trilogy
About 2U    Our Approach    Our Partners    Careers    Latest

| | | |
|---|---|---|
| Master of Social Work | Social Work | → |
| Master of Social Work - Advanced Standing | Social Work | → |

## Short Courses

| | | |
|---|---|---|
| Finance for Non-Financial Managers | Business | → |
| Project Management: A Hybrid Approach | Library and Information Science | → |
| Women as Business Leaders | Business | → |

# Learn more about us.

At 2U, we're on a mission—to eliminate the back row in higher education and help universities thrive in the digital age. To learn more about us, follow the links below.

Our Approach    About 2U

| About 2U | Our Approach | Our Partners | Careers | Latest |
|---|---|---|---|---|
| Overview | Overview | Meet Our Partners | Overview | Overview |



In partnership with Guild Education, we're providing affordable pathways to education for America's workforce. continue

Contact Us   Investors   Press   GetSmarter   Trilogy

About 2U   Our Approach   Our Partners   Careers   Latest

Cookie Policy

Copyright 2021 2U. All Rights Reserved.

Contact Us   Investors   Press   GetSmarter   Trilogy