# Exhibit C-42

In partnership with Guild Education, we're providing affordable pathways to education for America's workforce.  Case 2:21-cv-00177-SRB   Document 38-61   Filed 10/18/21   Page 2 of 6   continue



Contact Us   Investors   Press   GetSmarter   Trilogy

About 2U   Our Approach   Our Partners   Careers   Latest

← Back to Partners



Known for excellence, University of North Carolina at Chapel Hill saw a need to help people across the state and the world gain access to a world-class Carolina education. So they partnered with us to bring their vision to life.



Case 2:21-cv-00177-SRB   Document 38-61   Filed 10/18/21   Page 3 of 6

In partnership with Guild Education, we're providing affordable pathways to education for America's workforce.   continue



Contact Us    Investors    Press    GetSmarter    Trilogy

About 2U    Our Approach    Our Partners    Careers    Latest

Together, we've designed a first-of-its-kind partnership that will offer the university incredible flexibility to leverage the full spectrum of 2U's offerings across the CCC to bring its campus-wide digital strategy to life. From degrees to alt credentials, this partnership will allow more people in more places the opportunity to become lifelong learners.

Read the Press Release.



"

**This University-wide partnership will accelerate**

In partnership with Guild Education, we're providing affordable pathways to education for America's workforce.   continue    



Contact Us   Investors   Press   GetSmarter   Trilogy

About 2U   Our Approach   Our Partners   Careers   Latest

quality education online.

— BOB B., EXECUTIVE VICE CHANCELLOR AND PROVOST, UNC CHAPEL HILL





# Programs offered.

UNC Chapel Hill offers a variety of academic programs designed to empower students across the world to solve challenging problems and enrich their communities.

| Academic Discipline | Offering Type | Clear All |

## Boot Camps

| The Coding Boot Camp at UNC-Chapel Hill | Engineering and Computer Science |  |

| The Digital Marketing Boot Camp at UNC-Chapel Hill | Business |  |

In partnership with Guild Education, we're providing affordable pathways to education for America's workforce.

continue

×



Contact Us    Investors    Press    GetSmarter    Trilogy

About 2U    Our Approach    Our Partners    Careers    Latest

| | |
|---|---|
| Management Boot Camp at UNC-Chapel Hill | Business → |

## Degree Program

| | |
|---|---|
| Master of Accounting | Business → |
| Master of Business Administration | Business → |
| Master of Public Administration | Government → |
| Master of Public Health | Health Care → |

# Learn more about us.

At 2U, we're on a mission—to eliminate the back row in higher education and help universities thrive in the digital age. To learn more about us, follow the links below.

Our Approach    About 2U

**About 2U**
Overview
Mission
GetSmarter

**Our Approach**
Overview
CCC
2UOS

**Our Partners**
Meet Our Partners

**Careers**
Overview
All Openings
Internships

**Latest**
Overview
News & Press
Insights

In partnership with Guild Education, we're providing affordable pathways to education for America's workforce.

continue



Contact Us     Investors     Press     GetSmarter     Trilogy

About 2U     Our Approach     Our Partners     Careers     Latest

Copyright 2021 2U. All Rights Reserved.     Contact Us     Investors     Press     GetSmarter     Trilogy