# Exhibit C-45

Login   Search   Market Assessment →

University ▾   Employer ▾   Outcomes   Thought Leadership ▾   About Us ▾   Contact Us ▾

# 100% Online Graduate Programs to Be Offered at Winthrop

🕐 1 minute read

Beginning in the fall of 2018, Winthrop University will begin offering a range of 100% online graduate programs.

The university will start with four degrees: Master of Business Administration, Master of Education in Special Education Intervention, the Master of Social Work, and the Master of Art in Arts Administration.

Winthrop President Dan Mahony said research shows that those seeking advanced degrees want more options and flexibility when it comes to online learning. "As we expand Winthrop's online offerings as part of the Winthrop Plan, we will be able to reach more adult students who want to further their education through a quality program but may not be able to do so in a physical classroom," Mahony said. "We expect fully online graduate programs will be a good fit for some of our prospective graduate students."

In order to deliver a variety of 100% online graduate programs, university officials have entered into a seven-year agreement with Wiley Education Services.

Winthrop faculty and staff will continue to design and deliver the graduate programs and curriculum, as well as evaluate students for admission and provide academic support. With this partnership, however, Winthrop will avoid many of the upfront infrastructure costs associated with fully online programs. Wiley will provide customer service support and significant marketing, advertisement, and recruitment services.

"As a result of this agreement, Winthrop will be able to offer online graduate degrees more quickly and at the high level of educational quality for which Winthrop is well known," said Provost Debra Boyd.

"The first online graduate programs will be available during the 2018 academic year with the potential that options will expand as appropriate, depending on the needs of students and our community," according to Jack DeRochi, dean of the Graduate School.

For more information, contact DeRochi at derochij@winthrop.edu.

Free Resources

RESEARCH REPORT

Insid

Case 2:21-cv-00177-SRB   Document 38-64   Filed 10/18/21   Page 3 of 6



Login | Search | Market Assessment →

University ▾ | Employer ▾ | Outcomes | Thought Leadership ▾ | About Us ▾ | Contact Us ▾



Free Download →

## Recent Articles



**Looking for New Ways to Engage and Attract Students? Try Twitter.**

Read Article →



**Finally, an Online Advising Model That Actually Works**

Read Article →



**Different Learning Methods to Support Students and Faculty**

Read Article →



**Hands-On Learning in a Remote Format**

Read Article →

View All →

## Let's Talk

Complete the form below and we will be in contact soon to discuss your needs. If you have a question about textbooks, please email sscteam@wiley.com

**First Name ***

**Last Name ***

**Title ***

**Organization ***



## University

University Partnerships

University Support Services

- Market Strategy & Program Planning

  Strategic Portfolio Development™

- Marketing and Brand Management

  Connect with Employers

- Student Recruitment & Enrollment
- Student Retention
- Clinical Placement Support
- Program Design & Development

  Faculty Support and Training

- COVID-19 Support Services

K-12 Teacher Professional Development

## Employer

Employer Partnerships

Employer Support Services

- Employee Tuition Management
- Talent Development Solutions
- Workforce Solutions

## Outcomes

## Thought Leadership

Thought Leadership

Resources

- Research Reports
- Infographics
- Articles
- Webinars
- COVID-19 Faculty Support

Faculty Development

## About Us

About Us

Our Mission and Vision

Culture & Values

Leadership Team

Our History

Newsroom

Wiley Fellows

Careers

- Current Openings
- Our Team
- Benefits

Locations

## Contact Us

Contact Us

- RFP Submission
- Register for Wiley eNews

## Follow Wiley Education Services

   



Copyright 2021 | Wiley Education Services Privacy Policy • Sitemap • Terms of Use • DMCA Notification • 407-618-5400