# Exhibit D-1

**Goers, Kelli**

---

| | |
|---|---|
| **From:** | Goers, Kelli |
| **Sent:** | Tuesday, July 16, 2019 10:37 PM |
| **To:** | Powers, Michael E.; Karas, Karen; Harvey, Margery; Arthur, Julie; Scott, Byron; Mecca, Shari; Sikora, Tara; Bowder, Susan; Eldred, Jane; Meadows, Kim; Frola, Michael; Mangold, Donna; Meloon, Lonny; Krob, Regina; Mehr, Benjamin; Puffer, Rhonda; Hicks, John; Bell, Sherrie; Fosker, Erik |
| **Subject:** | RE: CIO Virtual Team Weekly Meeting - Agenda Items |
| **Attachments:** | CIO Workgroup - July 10 2019 - Minutes.docx |

Good evening,

Attached please find the long overdue meeting minutes from the July 10, 2019 meeting. Minutes have also been uploaded onto SharePoint.

Thanks,
Kelli

---

**From:** Goers, Kelli
**Sent:** Wednesday, July 10, 2019 9:50 AM
**To:** Powers, Michael E.; Karas, Karen; Harvey, Margery; Arthur, Julie; Scott, Byron; Mecca, Shari; Sikora, Tara; Bowder, Susan; Eldred, Jane; Meadows, Kim; Frola, Michael; Mangold, Donna; Meloon, Lonny; Krob, Regina; Mehr, Benjamin; Puffer, Rhonda; Hicks, John; Bell, Sherrie; Fosker, Erik
**Subject:** RE: CIO Virtual Team Weekly Meeting - Agenda Items

Good morning,

Attached please find the agenda for today's meeting.

Thanks,
Kelli

---

**From:** Goers, Kelli
**Sent:** Tuesday, July 09, 2019 8:29 AM
**To:** Powers, Michael E.; Karas, Karen; Harvey, Margery; Arthur, Julie; Scott, Byron; Mecca, Shari; Sikora, Tara; Bowder, Susan; Eldred, Jane; Meadows, Kim; Frola, Michael; Mangold, Donna; Meloon, Lonny; Krob, Regina; Mehr, Benjamin; Puffer, Rhonda; Hicks, John; Bell, Sherrie; Fosker, Erik
**Subject:** CIO Virtual Team Weekly Meeting - Agenda Items
**Importance:** High

Good Morning,

Please provide me any agenda items for the July 10, 2019 CIO workgroup meeting by close of business today. Thank you!

Kelli

**Meeting Agenda** 

### Meeting Logistics

| Meeting Title | | Date |
|---|---|---|
| CIO Workgroup | | Wednesday, July 10, 2019 |
| Call-in Number/Conference ID | Time | Location |
| Dial in: 1-202-991-0393<br>Conference ID: 36879935<br>Leader Pin: 84698 (formerly the leader code) | 12:30pm-2:00pm EST | SKYPE Conference Call |
| Meeting Organizer | Meeting Facilitator | Meeting Recorder |
| Arthur, Julie | July – John<br>August - Regina | July – Kelli<br>August - TBD |

### Attendees

Rule: There is no restriction on proceeding with the meeting based on attendance.

| Present | Employee | Present | Employee | Present | Employee |
|---|---|---|---|---|---|
| ☐ | Arthur, Julie | ☒ | Karas, Karen | ☒ | Meloon, Lonny |
| ☒ | Eldred, Jane | ☒ | Krob, Regina | ☒ | Powers, Michael |
| ☐ | Frola, Michael | ☒ | Mangold, Donna | ☒ | Puffer, Rhonda |
| ☒ | Goers, Kelli | ☒ | Mecca, Shari | ☐ | Scott, Byron |
| ☒ | Hicks, John | ☐ | Mehr, Benjamin | ☐ | Sikora, Tara |

**Optional:**

| Present | Employee | Present | Employee | Present | Employee |
|---|---|---|---|---|---|
| ☐ | Bell, Sherrie | ☒ | Fosker, Erik | ☐ | |
| ☐ | Bowder, Susan | ☐ | Meadows, Kim | ☐ | |

### Agenda

**Items**

A. Roll Call

B. Peer Advisory Group on Merger Process (Regina)

   *Jan Brandow has formed a new Merger Peer Advisory Group. The workgroup will offer guidance and respond to policy questions regarding mergers and the money flow process for all regions. The workgroup will have an individualized email account for analysts to email questions. Regina will coordinate between this new workgroup and our own. Donna stressed that the merger workgroup should be especially mindful of mergers where there is a disparity of size between institutions, where there are ongoing government investigations or there are outstanding program reviews or other identified compliance issues.*

C. Case Discussion

   1. Review spreadsheet of cases

**Meeting Agenda** 

Chicago School of Professional Psychology - There has been no new information received from the institution as of 7/10/19.

Ashford University (b)(5)

(b)(5)

SAE Institute - (b)(5)

(b)(5)

D. General Discussion

**Meeting Rotation**

| Month | Meeting Recorder | Meeting Facilitator |
|---|---|---|
| July | Kelli | John |
| August | TBD | Regina |
| September | TBD | TBD |
| October | TBD | TBD |