Kevin E. O'Malley (006420)
Hannah H. Porter (029842)
GALLAGHER & KENNEDY
2575 E. Camelback Road, Suite 1100
Phoenix, Arizona 85016
Telephone: 602.530.8000
Facsimile: 602.530.8500
Email: kevin.omalley@gknet.com
Email: hannah.porter@gknet.com

Steven M. Gombos (*pro hac vice*)
Virginia State Bar No. 30788
David A. Obuchowicz (*pro hac vice*)
Virginia State Bar No. 82483
GOMBOS LEYTON, PC
11350 Random Hills Road #400
Fairfax, Virginia 22030
Telephone: 703.934.2660
Facsimile: 703.934.9840
Email: sgombos@glpclaw.com
Email: dobuchowicz@glpclaw.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Grand Canyon University,<br><br>Plaintiff,<br><br>v.<br><br>Miguel Cardona, in his official capacity as Secretary of Education, *et al.*<br><br>Defendants. | No. CV-21-00177-PHX-SRB<br><br>**DECLARATION OF JACOB SHORTER IN SUPPORT OF PLAINTIFF'S MOTION TO COMPLETE THE ADMINISTRATIVE RECORD AND TAKE LIMITED DISCOVERY** |

I, Jacob Shorter, hereby declare as follows:

1. I am over eighteen years of age and reside in Virginia.

2. I am attorney with the law firm Gombos Leyton PC in Fairfax, Virginia.

3. I have personal knowledge of the facts presented in this declaration. If called as a witness, I could competently testify to these facts.

1

4.      This declaration is offered in support of Plaintiff's Motion to Complete the Administrative Record and Take Limited Discovery (ECF No. 38).

5.      The documents filed as Exhibits A-1 through A-5 are true and correct copies of correspondence between counsel for Plaintiff Grand Canyon University (GCU) and the Department of Education related to the Administrative Record.

6.      The documents filed as Exhibits B-2 through B-4 are true and correct copies of correspondence between GCU and the Department of Education regarding GCU's plan to convert to nonprofit status.

7.      On or about November 27, 2019, I submitted several Freedom of Information Act requests to the Department of Education seeking documents related to its refusal to recognize Grand Canyon University as a nonprofit institution for purposes of the Title IV, HEA programs.

8.      The Department of Education acknowledged receipt of my FOIA requests and issued FOIA tracking numbers for each separate FOIA submission.

9.      Exhibit B-1 to Plaintiff's Motion to Complete the Administrative Record and Take Limited Discovery is a true and correct copy of an email delivered to me by the Department of Education in response to FOIA submission 20-00456-F.

10.      Exhibit B-6 to Plaintiff's Motion to Complete the Administrative Record and Take Limited Discovery is a true and correct copy of an email delivered to me by the Department of Education in response to FOIA submission 20-00464-F.

11.      Exhibit B-7 to Plaintiff's Motion to Complete the Administrative Record and Take Limited Discovery is a true and correct copy of an email delivered to me by the Department of Education in response to FOIA submission 20-00464-F.

12.      Exhibit B-8 to Plaintiff's Motion to Complete the Administrative Record and Take Limited Discovery is a true and correct copy of an email delivered to me by the Department of Education in response to FOIA submission 20-00460-F.

13.    Exhibit B-9 to Plaintiff's Motion to Complete the Administrative Record and Take Limited Discovery is a true and correct copy of an email delivered to me by the Department of Education in response to FOIA submission 20-00464-F.

14.    Exhibit B-10 to Plaintiff's Motion to Complete the Administrative Record and Take Limited Discovery is a true and correct copy of an email delivered to me by the Department of Education in response to FOIA submission 20-00464-F.

15.    Exhibit B-11 to Plaintiff's Motion to Complete the Administrative Record and Take Limited Discovery is a true and correct copy of an email delivered to me by the Department of Education in response to FOIA submission 20-00464-F.

16.    Exhibit B-12 to Plaintiff's Motion to Complete the Administrative Record and Take Limited Discovery is a true and correct copy of an email delivered to me by the Department of Education in response to FOIA submission 20-00464-F.

17.    Exhibit D-1 to Plaintiff's Motion to Complete the Administrative Record and Take Limited Discovery is a true and correct copy of an email delivered to me by the Department of Education in response to FOIA submission 20-00464-F.

18.    Exhibit D-2 to Plaintiff's Motion to Complete the Administrative Record and Take Limited Discovery is what I believe to be a true and correct copy of a Report on Proprietary Institution Conversions submitted by the Department of Education to the House Education and Labor Committee, which is available at https://edlabor.house.gov/media/news/rep-scott-demands-halt-to-for-profit-college-conversions-to-non-profit.

19.    In addition to the FOIA requests submitted on or about November 27, 2019, I previously submitted FOIA requests to the Department of Education seeking documents related to its review of other changes in ownership involving nonprofit conversion. Exhibit B-5 to Plaintiff's Motion to Complete the Administrative Record and Take Limited

Discovery is a true and correct copy of an email delivered to me by the Department of Education in response to FOIA submission 17-01076-F.

      20.    The documents filed as Exhibits C-1 through C-45 are true and correct copies of documents available through embedded links in the spreadsheet GCU provided to the Department. *See* AR-C-1775.

      21.    I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated this October 18, 2021.

Jacob Shorter

**Certificate of Service**

I certify that I filed this Declaration of Jacob Shorter using the Court's CM/ECF system, which will provide notice to all counsel.

*/s/ David A. Obuchowicz*