**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Grand Canyon University, | No. 2:21-cv-00177-SRB |
| Plaintiff, | **[Proposed] Order Granting Plaintiff's Motion to Complete the Administrative Record and Take Limited Discovery** |
| v. | |
| Miguel Cardona, *et al*, | |
| Defendants. | |

**[Proposed] Order Granting Motion to Complete the Administrative Record and Take Limited Discovery**

Having considered Plaintiff Grand Canyon University's Motion to Complete the Administrative Record and Take Limited Discovery, and for good cause shown therein, IT IS HEREBY ORDERED that the Motion is GRANTED.

It is ORDERED that the Defendants complete the Administrative Record within 14 days by adding or otherwise logging all internal materials pertaining to the merits of the Department of Education's decisions to deny Grand Canyon University's nonprofit status.

It is further ORDERED that the Defendants complete the Administrative Record within 14 days by adding Exhibits B-1 through B-14 and C-1 through C-45 to Grand Canyon University's Motion to Complete the Record and Take Limited Discovery.

It is further ORDERED that Grand Canyon University is given leave to take limited discovery to identify information necessary to complete the Administrative Record and to show agency bad faith or bias. The parties shall file a discovery schedule with the Court within 21 days from entry of this order.

Plaintiff's Motion to Complete the Record and Take Limited Discovery is hereby GRANTED.

IT IS SO ORDERED on this _____ day of _____, 2021.

_____
Susan R. Bolton
United States District Judge