# Exhibit 1



January 17, 2020

Mr. Will Gonzalez
Chairman, Board of Trustees
Grand Canyon University
300 West Camelback Road
Phoenix, Arizona 28017

Dear Mr. Gonzalez:

I am writing to provide an update in response to the letter you sent me on January 8, 2020 regarding the revised terms in the negotiated term sheet and Amended and Restated Master Services Agreement.  In the letter, you requested that the Department confirm that these changes will meet the Department's requirements for Grand Canyon University (the University) to be recognized as a nonprofit institution for Title IV, HEA purposes.  Additionally, you asked the Department to confirm whether Grand Canyon Education Inc. (GCE) is, and at all times has been, an "unaffiliated third party" for purposes of the Department's regulations.

First, I would like to thank you for the presentation GCU provided to the Department on December 16, 2019.  The Department recognizes the barriers that GCU has overcome and the positive accomplishments achieved over the past few years.  Although the Department is supportive of GCU's success, these accomplishments are not determinant factors in the evaluation of whether GCU is recognized as a nonprofit institution for Title IV, HEA purposes.

The Department is not able to re-determine its decision regarding GCU's for-profit status for Title IV, HEA purposes based solely on the information in the revised term sheet and the Amended and Restated Master Service Agreement. In your letter, you indicate that an updated transfer pricing study (Updated Study) is forthcoming. The Department must still determine that the revised terms in the agreements do not provide an excessive benefit to GCE. Please note that while the vendor providing the Updated Study may be jointly retained by both GCU and GCE, the Department requires that the Updated Study and the Amended and Restated Agreement be reviewed by an independent expert and that the expert render an opinion regarding the fairness of the Amended Agreement to GCU.  The expert providing that opinion must be retained solely by GCU. The Department will undertake a review of the revised term sheet, the Amended and Restated Master Services Agreement, and the other modifications set forth in the Board memorandum once it receives and analyzes the Updated Study and the independent expert's opinion.

Counsel retained by GCE previously inquired whether GCE is considered an "unaffiliated third party" for purposes of the March 17, 2011 Dear Colleague Letter (GEN-11-05) that addressed the implementation of the program integrity regulations and the incentive compensation ban.  That question is currently under review, and needs to be reviewed in the context of the Amended



Federal **Student** Aid
An OFFICE of the U.S. DEPARTMENT of EDUCATION

Federal Student Aid, Multi-Regional and Foreign School Participation Division
830 First Street NE, Union Center Plaza, 7th Floor, Washington, DC 20202-5340
www.FederalStudentAid.ed.gov

Grand Canyon University Response to 01-08-2020 Letter
Page 2 of 2

Agreement.  The Department will provide the parties with a response on that issue once the review is completed.

The Department remains committed to its continued engagement with GCU regarding the institution's nonprofit status for the purpose of the Title IV programs.

Sincerely,

Michael Frola
Division Director
Multi-Regional and Foreign Schools Participation Division

CC:   Will Gonzalez, Chairman, Board of Trustees Grand Canyon University
      (email:                       )
      Brian Roberts, Chief Administrative Officer & General Counsel, Grand Canyon University
      (email:                      )