IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Grand Canyon University,<br><br>    Plaintiff,<br><br>v.<br><br>Phil Rosenfelt, et al.,<br><br>    Defendants. | No. CV-21-00177-PHX-SRB<br><br>**ORDER** |

On September 20, 2021, this Court issued an Order stating "The Court will enter an order scheduling the deadlines for the parties' cross-motions for summary judgment after ruling on Grand Canyon University's motion regarding the Administrative Record."

IT IS ORDERED that counsel confer and file a proposed schedule for the parties' cross-motions for summary judgment within 14 days from the date of this Order.

Dated this 3rd day of March, 2022.

_____
Susan R. Bolton
United States District Judge