Kevin E. O'Malley (006420)
Hannah H. Porter (029842)
Gallagher & Kennedy
2575 E. Camelback Road, Suite 1100
Phoenix, Arizona 85016
Telephone: 602.530.8000
Facsimile: 602.530.8500
Email: kevin.omalley@gknet.com
Email: hannah.porter@gknet.com

Steven M. Gombos (*pro hac vice*)
Virginia State Bar No. 30788
David A. Obuchowicz (*pro hac vice*)
Virginia State Bar No. 82483
Gombos Leyton, PC
11350 Random Hills Road, Suite 400
Fairfax, Virginia 22030
Telephone: 703.934.2660
Facsimile: 703.934.9840
Email: sgombos@glpclaw.com
Email: dobuchowicz@glpclaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Grand Canyon University,<br>                Plaintiff,<br>v.<br><br>Miguel Cardona, *et al*,<br><br>                Defendants. | No. 2:21-cv-00177-SRB<br><br>**Joint Proposed Briefing Schedule** |

Pursuant to this Court's March 3, 2022 order (ECF Dkt. No. 56), counsel for the parties have met and conferred about a proposed schedule for the parties' cross-motions for summary judgment. The parties propose the following briefing schedule:

| | |
|---|---|
| Plaintiff's Motion for Summary Judgment: | May 16, 2022 |
| Defendants' Opposition and Cross-Motion for Summary Judgment: | June 30, 2022 |
| Plaintiff's Opposition and Reply in Support of Motion for Summary Judgment: | August 1, 2022 |
| Defendants' Reply in Support of Motion for Summary Judgment: | August 25, 2022 |

A proposed Joint Stipulated Scheduling Order is submitted concurrently herewith.

Dated this March 17, 2022.

Respectfully submitted,

Kevin E. O'Malley
Hannah H. Porter
GALLAGHER & KENNEDY
2575 E. Camelback Road, Suite 1100
Phoenix, Arizona 85016

*/s/David A. Obuchowicz*
Steven M. Gombos
David A. Obuchowicz
GOMBOS LEYTON, P.C.
11350 Random Hills Road, Suite 400
Fairfax, VA 22030

*Counsel for Plaintiff*

BRIAN M. BOYNTON

Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
(602) 530-8000

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director
Federal Programs Branch

*/s/ Emily Nestler*
EMILY NESTLER
Trial Attorney (DC Bar No. 973886)
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street NW
Washington, D.C. 20005
Telephone: (202) 305-0167
E-mail: emily.b.nestler@usdoj.gov

*Counsel for Defendants*

**Certificate of Service**

I certify that on March 17, 2022, I electronically filed this reply using the Court's CM/ECF system.

*/s/ David A. Obuchowicz*