## Index of Exhibits to Motion for Summary Judgment

## and Statement of Material Facts

| Number | AR Range | Document Description |
|---|---|---|
| 1. | A-0001-0018 | U.S. Department of Education, Decision Letter Regarding Review of the Change in Ownership and Conversion of Non-Profit Status of Grand Canyon University (November 6, 2019) |
| 2. | A-0019-0037 | U.S. Department of Education, Decision Letter Regarding Reconsideration Review of the Change in Ownership and Conversion to Nonprofit Status of Grand Canyon University (January 12, 2021) |
| 3. | A-0038-0054 | Temporary Provisional Program Participation Agreement (August 20, 2018) |
| 4. | B-0007-0059 | Asset Purchase Agreement (June 29, 2018) (Executed) |
| 5. | B-1279-1354 | Master Services Agreement by and between Grand Canyon Education, Inc. and Gazelle University (July 1, 2018) (Executed) |
| 6. | B-1355-1441 | Credit Agreement among Gazelle University and Grand Canyon Education, Inc. (July 1, 2018) (Executed) |
| 7. | B-2247-2324 | Amended and Restated Master Services Agreement between Grand Canyon University and Grand Canyon Education, Inc. (January 7, 2020) (Redline/Draft) |
| 8. | B-2325-2328 | Amended and Restated Master Services Agreement Terms Sheet – Grand Canyon University (January 7, 2020) |
| 9. | C-0001-0042 | Barclays, Project Gazelle – Materials Prepared for the Board of Directors (April 26, 2018) |
| 10. | C-0057-0098 | Deloitte Gazelle University Transfer Pricing Report for the Fiscal Year Ending December 31, 2018 (August 29, 2018) |
| 11. | C-0099-0140 | Deloitte Gazelle University Transfer Pricing Report for the Fiscal Year Ending December 31, 2018 (March 5, 2018) (Draft) |
| 12. | C-0224-0306 | Deloitte Grand Canyon University Transfer Pricing Planning Report for the Fiscal Year Ending |

|     |             |                                                                                                                                                                      |
| --- | ----------- | -------------------------------------------------------------------------------------------------------------------------------------------------------------------- |
|     |             | December 31, 2018 and for the Fiscal Year Ending December 31, 2019 (April 29, 2020)                                                                                    |
| 13. | C-0316-0334 | BKD Review of Deloitte Transfer Pricing Analysis and Transmittal Letter (May 12, 2020)                                                                                 |
| 14. | C-0335-0397 | BKD Valuation of the Invested Capital of Grand Canyon University (July 1, 2018)                                                                                        |
| 15. | C-0398-0459 | BKD Valuation of the Invested Capital of Grand Canyon University (January 7, 2020)                                                                                     |
| 16. | C-0519-0525 | Johnson Valuation, Inc. Valuation of Phase 1 Tangible Personal Property of the Grand Canyon University campus and related properties (January 19, 2018)                 |
| 17. | C-0526-0546 | Johnson Valuation, Inc. Valuation of Certain Tangible Personal Property Assets of Grand Canyon Education, Inc., Located at Grand Canyon University Campus and Related Properties (July 16, 2018) |
| 18. | C-0547-0636 | RP Valuation Group Valuation of Certain Real Property on the Grand Canyon University campus in Phoenix, Arizona (January 19, 2018)                                      |
| 19. | C-0637-0712 | RP Valuation Group Valuation of Certain Real Property on the Grand Canyon University Campus in Phoenix, Arizona transferred to Gazelle University, Inc. (July 13, 2018) |
| 20. | C-0713-0733 | Excerpt from Hurd & Associates Valuation Narrative Appraisal of Real Property Associated with Grand Canyon University (August 28, 2018)                                 |
| 21. | C-1639-1659 | Barrington Research Initiating Coverage Report on Servicer 2U Inc. (July 25, 2014)                                                                                     |
| 22. | C-1660-1703 | BMO Capital Markets Report on Servicer 2U Inc. (December 1, 2014)                                                                                                      |
| 23. | C-1704-1754 | Baird Equity Research Initiating Coverage Report on 2U Inc. (July 14, 2014)                                                                                            |
| 24. | C-1755-1767 | Barrington Research Report on Education Technology Q4, 2017 Earnings Preview (January 25, 2018)                                                                         |
| 25. | C-1775-1784 | Project Gazelle Survey of Select Service Provider Relationships with Post-Secondary Institutions through November 2017 (Undated/Unattributed)                          |
| 26. | C-1785-1786 | Email - Sally Bednar (Wells Fargo) to Timothy Brown (January 11, 2018)                                                                                                 |
| 27. | E-0070-0075 | Gazelle University and Grand Canyon University Joint Board Meeting Minutes Foundation (June 28, 2018)                                                                   |
| 28. | F-0001-0065 | Excerpt from Gazelle University IRS Form 1023 Application (October 8, 2015)                                                                                            |

| 29. | F-0066-0077 | Excerpt from Gazelle University IRS Form 1023 Application (October 8, 2015) |
| 30. | F-0607-0608 | Gazelle University IRS 501(c)(3) Determination Letter (November 9, 2015) |
| 31. | F-0612-0613 | Grand Canyon University IRS Non-Profit Affirmation Letter (August 31, 2018) |
| 32. | G-0001 | Higher Learning Commission Shared Services Arrangement Guidelines for Institutions and Peer Reviewers (November 2017) |
| 33. | G-0010-0049 | Higher Learning Commission Letter to Grand Canyon University (January 24, 2018) |
| 34. | G-0050-0053 | Higher Learning Commission Letter to Grand Canyon University (June 20, 2018) |
| 35. | H-0022 | Arizona State Board of Private Postsecondary Education Letter to Brian E. Mueller Regarding Supplemental License Application for a Change in Ownership and Control (April 27, 2018) |
| 36. | J-0001-0008 | Brian E. Mueller Letter to Michael J. Frola (January 18, 2018) |
| 37. | J-0013-0017 | Grand Canyon University Response to May 17, 2018 Department of Education Letter (May 18, 2018) |
| 38. | J-0018-0065 | Brian Mueller Letter to Michael J. Frola including Grand Canyon University Post Closing Documents (July 10, 2018) |
| 39. | J-0066-0069 | Brian E. Mueller Cover Letter to Michael J. Frola (August 31, 2018) |
| 40. | J-0070-0072 | Jonathon C. Glass Letter to Michael J. Frola (September 14, 2018) |
| 41. | J-0073-0087 | Jonathon C. Glass Letter to Donna Mangold (October 1, 2018) |
| 42. | J-0088-0091 | William Gonzalez Letter to Michael J. Frola (January 8, 2020) |
| 43. | J-0092-0093 | Michael J. Frola Letter to William Gonzalez (January 17, 2020) |
| 44. | J-0112 | Email from Dennis Cariello to Donna Mangold (May 21, 2018) |
| 45. | J-0127 | Email from Donna Mangold to Dennis Cariello (June 5, 2018) |
| 46. | J-0128-0130 | Email from Dennis Cariello to Donna Mangold (June 19, 2018) |
| 47. | J-0131 | Email from Dennis Cariello to Donna Mangold (June 27, 2018) |
| 48. | J-0176-0178 | Email from Donna Mangold to Jonathon Glass (November 28, 2018) |

| 49. | J-0181-0182 | Email from Jonathon Glass to Donna Mangold (December 13, 2018) |
| 50. | J-0306 | Email from Jonathon Glass to Donna Mangold (December 12, 2019) |
| 51. | J-0316 - 0323 | Letter from Steven Gombos to Michael Frola (August 14, 2020) |
| 52. | J-0324 - 0326 | Exhibit A to Letter from Steven Gombos to Michael Frola (August 14, 2020) |
| 53. | J-0327 - 0329 | Exhibit B to Letter from Steven Gombos to Michael Frola (August 14, 2020) |
| 54. | J-0330 - 0342 | Exhibit C to Letter from Steven Gombos to Michael Frola (August 14, 2020) |
| 55. | J-0348 - 0351 | Letter from Robin Minor to Steven Gombos (August 28, 2020) |
| 56. | K-0001-0015 | Dear Colleague Letter, GEN-11-05, Subject: Implementation of Program Integrity Regulations (March 17, 2011) |
| 57. | L-0001-0028 | Grand Canyon University Change in Ownership Preacquisition Review E-App (January 18, 2018) |
| 58. | L-0029-0053 | Grand Canyon University Change in Ownership E-App (July 2, 2018) |
| 59. | L-0054 | Donna Mangold Email String with Dennis M. Cariello (June 28, 2018) |
| 60. | L-0101-0102 | Under Secretary Mitchell Letter to Congresswoman Rosa L. DeLauro (September 9, 2015) |
| 61. | L-0104-0117 | Grand Canyon University Presentation Powerpoint (December 16, 2019) |
| 62. | M-0001 | Ted Mitchell Email String with Brian Roberts (October 29, 2014) |
| 63. | M-0002 | Brian Mueller Letter to Secretary Arne Duncan (December 17, 2014) |
| 64. | M-0003 | Brian Roberts Email to Jeff Appel (May 18, 2015) |
| 65. | M-0075-0077 | Senators' Letter to Secretary Arne Duncan and Commissioner John Koskinen (October 22, 2015) |
| 66. | M-0078-0081 | Senators' Letter to National Advisory Committee on Institutional Quality and Integrity Leadership (January 11, 2018) |
| 67. | M-0082 | Kathleen Smith Email String with Robin Minor (June 24, 2018) |