





AR-C-0002





AR-C-0004









AR-C-0009





AR-C-0011



AR-C-0012







AR-C-0015





AR-C-0017



AR-C-0018



AR-C-0019





AR-C-0021



AR-C-0022



AR-C-0023





AR-C-0025



AR-C-0026





AR-C-0029



AR-C-0030



AR-C-0031



AR-C-0032



AR-C-0033



AR-C-0034





AR-C-0036



AR-C-0037



AR-C-0038



AR-C-0039





AR-C-0041

