# Deloitte.

Transfer Pricing Services

# Gazelle University

**Transfer Pricing Report**

**For the Fiscal Year Ending December 31, 2018**

**DRAFT – For Discussion Purposes Only**



DRAFT – For Discussion Purposes Only

# Table of Contents

Table of Contents ................................................................................................................... i

Appendices ............................................................................................................................ ii

1. Executive Summary .......................................................................................................... 1

   1.1  Objective of the Report ............................................................................................ 1

   1.2  Scope of Analysis .................................................................................................... 2

   1.3  Work Performed ...................................................................................................... 3

2. Regulatory and Economic Framework .............................................................................. 5

   2.1  Risk Analysis and Control over Risks ..................................................................... 6

   2.2  Operating Leverage ................................................................................................ 7

3. University Background .................................................................................................... 10

   3.1  Business Overview ................................................................................................ 10

4. Industry Analysis ........................................................................................................... 12

   4.1  For-Profit Universities Industry ............................................................................. 12

   4.2  Nonprofit Universities Industry ............................................................................. 14

5. Overview of the Covered Transactions .......................................................................... 17

   5.1  Transaction Background ....................................................................................... 17

   5.2  Overview of the Transaction ................................................................................. 17

6. Functional and Risk Analysis ........................................................................................ 19

   6.1  Functions .............................................................................................................. 19

   6.2  Risks ..................................................................................................................... 26

   6.3  Assets ................................................................................................................... 30

7. Economic Analysis ......................................................................................................... 31

   7.1  Economic Profit Split ............................................................................................ 31

   7.2  Application of the EPS .......................................................................................... 31

   7.3  Reconciliation of the EPS Results with the Company's Market Capitalization ....... 37

DRAFT – For Discussion Purposes Only

# List of Table

Table 1: Student Enrollment .......................................................................11

Table 2: Industry Revenue by Degree Type – For-Profit Universities ..............................12

Table 3: Industry Revenue by Degree Type – Nonprofit Universities .............................15

Table 4: EPS Model Steps...........................................................................32

Table 5: Share of Total Costs as OBSA by Function Group for GCE .................................34

Table 6: Share of Total Costs as Operating Fixed by Function Group for Gazelle and GCE..34

Table 7: Useful Life, Lag Time, and Decay Schedule for OBSA......................................35

Table 8: Consolidated Contribution Margin for GCE....................................................36

Table 9: Share of Fixed Costs for GCE and Gazelle ....................................................36

Table 10: Split of Contribution Margin between GCE and Gazelle...................................36

Table 11: Results of the EPS Analysis for Gazelle and GCE (USD) ..................................37

Table 12: Reconciliation with Market Capitalization Approach........................................37

Table 13: Revenue Split Range (in percentage)..........................................................39

# List of Figures

Figure 1: Education Support Services Transaction Flow ...............................................18

# Appendices

Appendix A: Master Services Agreement

**DRAFT – For Discussion Purposes Only**

# 1. Executive Summary

## 1.1 Objective of the Report

Pursuant to the request of Gazelle University ("Gazelle" or the "University"), Deloitte Tax LLP ("Deloitte Tax," "we,'' or "our") prepared a transfer pricing analysis in connection with the following intercompany transactions (the "Covered Transactions") between Gazelle and its affiliate, Grand Canyon Education, Inc. ("GCE") (collectively referred to as the "Group"):

1. Provision of certain services ("Education Support Services[1]") by GCE to Gazelle during the 20-year period beginning with fiscal year ending December 31, 2018 ("FY 2018"); and

2. Transfer of certain intangible assets and license of the technology platform from Grand Canyon Education, Inc. ("GCE") to Gazelle during FY 2018.

Based on fact-finding interviews and corroborative qualitative analyses, we identified the key economic assets and functions contributing to the revenues of the enterprise, and measured the relative contribution of these economic assets and split of revenues using Economic Profit Split ("EPS") method that is based on well accepted economic and valuation principles. The EPS framework requires the classification of costs into variable and fixed. Throughout this report, when we make reference to "fixed costs", Deloitte Tax is applying the concept of fixed costs as interpreted in the finance/economics context. That is, (economic) fixed costs are costs that do not co-vary with the quantity of goods produced or services provided and hence do not co-vary with the concurrent period revenue.[2] The Economic theory underlying the relationship between fixed costs and risks borne by an enterprise is predicated on the well-recognized principle that higher fixed costs imply higher risks since the presence of such costs exacerbates the volatility of net cash flows (or profits) within the enterprise when there are external shocks faced by the enterprise. Hence, there is a positive relationship between assumption of fixed costs and business risks.  We explain the measurement and impact of the existing fixed costs within GCE's business and the EPS model later in this report.

As a planning analysis, this report does not include an evaluation, opinion, or documentation in accordance with the standards of the transfer pricing penalty regulations, Treas. Reg. §1.6662-6(d)(2) or the standards of other tax administrations.  Therefore, any tax advice included in this written communication was not intended or written to be used, and it cannot be used by the taxpayer, for the purpose of avoiding any transfer pricing penalties that may be imposed by any governmental taxing authority or agency.

---

[1] Education Support Services comprise se vices related to the support of Gazelle's online student body ("Online Education Support Services") and services related to the support of Gazelle's on-ground campus student body ("Ground Education Support Services").  A detailed description of the services can be found in Section 3: Functional and Risk Analysis of this report.

[2] For example, technology development costs are broadly considered to be fixed as research efforts take a while to materialize in revenues and the level of such costs are not likely to impact current period revenue, whereas material costs of production are likely to be correlated to the demand for the products and hence are more variable in nature.

**DRAFT – For Discussion Purposes Only**

## 1.2  Scope of Analysis

The conclusion of our transfer pricing planning report is based on our understanding of information provided about the University's business and the transaction covered by this report.  Any changes in the facts and data provided to us could significantly alter our conclusions.  Our conclusion is based upon:

1.  Information and data provided by the University, the completeness and accuracy of which we did not independently verify;

2.  The assumption that all of the University's representations used in our analysis and all of the originals, copies, and signatures of documents reviewed by us are accurate, true, and authentic;

3.  The assumption that there will be timely execution and delivery of and performance as required by the representations and documents;

4.  The assumption that the University has made a reasonably thorough search for the information that we have requested and that the University is not aware of any other information that would have a material impact on our analysis;

5.  The understanding that our analysis of transactions between the University and third-parties has been limited to information that the University provided to Deloitte Tax;

6.  The law, regulations, cases, and other tax authority in effect as of the date of the report.  If there are any significant changes of the foregoing tax authorities (for which we shall have no responsibility to advise the University), such changes may result in our conclusion being rendered invalid or necessitate (upon request) a reconsideration of the conclusion;

7.  The understanding that our conclusions are applicable only to the taxable year and the transactions specifically covered by our report and that we have assumed all other related party transactions involving the University and its subsidiaries are priced at arm's length;

8.  The understanding that this report is solely for the University's benefit and may not be relied upon by any other person or entity other than the IRS;

9.  The understanding that only the specific U.S. federal income tax issues and tax consequences discussed herein are covered by our conclusions, and no other foreign or U.S. national, state, or local taxes or duties of any kind are covered by our report;

10.  The understanding that this report is limited to the specific tax purpose identified in the report and may not be used for any other purpose, including use as the primary source for the University's accounting records;

11.  The understanding that our conclusions are not binding on the IRS or the courts and should not be considered a representation, warranty, or guarantee that the local tax jurisdictions or the courts will concur with our conclusions; and

12.  The understanding that our review of documents under this report do not constitute the provision of any audit, compilation, review, or attest services as described in the

**DRAFT – For Discussion Purposes Only**

pronouncements on professional standards issued by the American Institute of Certified Public Accountants or the U.S. Public Company Accounting Oversight Board.

## 1.3  Work Performed

As part of our analyses, we performed the following steps:

1. Conducted interviews with key University management to gather information regarding the functions performed and risks borne by the relevant entities in relation to the Covered Transactions;

2. Review and analysis of financial information provided by the GCE for its fiscal year ended December 31, 2013 ("FYE 2013") through its fiscal year ended December 31, 2017 ("FYE 2017");

3. Performed an analysis to document a reasonable range of remuneration for the Covered Transactions, which entailed the following:

   a. We translated accounting-based income statements and balance sheets for all years relevant to the analysis[3] by:

      i. Identifying fixed costs (i.e., costs that do not co-vary with current period revenue) after careful examination of the nature of said costs and discussion with the University's management.

      ii. These fixed costs can be operating in nature (i.e., only affect current period revenues) or affect revenue in future periods. The latter gives rise to Off Balance Sheet Assets ("OBSAs") that are amortized in future periods. For the fixed costs that generate OBSAs, we estimate the lead time and useful lives of these costs to quantify the value of OBSAs and their amortization schedule.

      iii. Imputing notional financing costs, which capture the opportunity cost of carrying each on- and off-balance sheet asset by applying a market-based rate to such respective assets. Since these notional financing costs are tied to the value of the underlying assets, they are also fixed in nature.

   b. Compute consolidated contribution margin (equal to the Group's consolidated revenue minus consolidated variable costs);

   c. Estimate the share of total consolidated fixed costs borne by the University and GCE;

   d. Split consolidated contribution margin based on relative share of fixed costs of the University and GCE; and

   e. Documented a reasonable range of remuneration by Gazelle to GCE for the Education Support Services as a percent of Gazelle's adjusted gross revenue[4];

---

[3] The EPS model requires historical costs data that drive revenue, and profit, in the current period under analysis.

**DRAFT – For Discussion Purposes Only**

4. Prepared this transfer pricing report for to document: (i) the nature of the Covered Transactions; (ii) the functional analysis; (iii) the method and procedures applied in our analysis; and (iv) our results and conclusion.



Gazelle University
Transfer Pricing Report
For the Fiscal Year Ending December 31, 2018
Page 4

AR-C-0105

**DRAFT – For Discussion Purposes Only**

# 2.  Regulatory and Economic Framework

The arm's length principle requires that transactions between related entities are priced as if these entities were independent, operating at arm's length, and engaging in comparable transactions under similar conditions and economic circumstances.[5] In the open market, the compensation in a transaction between independent entities will reflect the functions that each entity performs, the assets each entity employs, and the risks it assumes.[6]

Hence, to perform a transfer pricing analysis, it is essential to have a complete functional analysis, which "is incomplete unless the material risks assumed by each party have been identified and considered since the actual assumption of risks would influence the prices and other conditions of transactions between the associated enterprises. Usually, in the open market, the assumption of increased risk would also be compensated by an increase in the expected return, although the actual return may or may not increase depending on the degree to which the risks are actually realised. The level and assumption of risk, therefore, are economically relevant characteristics that can be significant in determining the outcome of a transfer pricing analysis."[7]

Paragraph 1.60 of the OECD Guidelines indicates that there are six steps necessary to analyze risks and accurately delineate the actual transaction. These six steps are as follows:

1) Identify economically significant risks with specificity;

2) Determine how specific, economically significant risks are contractually assumed by the affiliates under the terms of the transaction;

3) Determine through a functional analysis how the affiliates that are parties to the transaction operate in relation to assumption and management of the specific, economically significant risks, and in particular which affiliate or affiliates perform control functions and risk mitigation functions, which affiliate or affiliates encounter upside or downside consequences of risk outcomes, and which affiliate or affiliates have the financial capacity to assume the risk;

4) Determine whether the contractual assumption of risk is consistent with the conduct of the associated enterprises and other facts of the case by analyzing: (i) whether the associated affiliates follow the contractual terms; and (ii) whether the party assuming risk exercises control over the risk and has the financial capacity to assume the risk;

5) Where the party assuming risk under steps 1-4(i) does not control the risk or does not have the financial capacity to assume the risk, some of the risk (and returns) should be reallocated following the guidance from the OECD Guidelines; and

---

[5] OECD Guidelines, Para. 1.6.
[6] OECD Guidelines, Para. 1.51.
[7] OECD Guidelines, Para. 1.56.

**DRAFT – For Discussion Purposes Only**

6) The actual transaction as accurately delineated by considering the evidence of all the economically relevant characteristics of the transaction should then be priced taking into account the financial and other consequences of risk assumption, as appropriately allocated, and appropriately compensating risk management functions.

## 2.1  Risk Analysis and Control over Risks

The six-step process outlined above, along with the rest of Section D.1.2.1 of the OECD Guidelines indicates that the analysis of economically significant risks is central for the application of the arm's length principle to any transfer pricing analysis.

Paragraph 1.58 of the OECD Guidelines captures the importance of accurately analyzing the risks incurred by different entities in a global company by noting that:

> *"The assumption of risks associated with a commercial opportunity affects the profit potential of that opportunity in the open market, and the allocation of risks assumed between the parties to the arrangement affects how profits or losses resulting from the transaction are allocated at arm's length through the pricing of the transaction. Therefore, in making comparisons between controlled and uncontrolled transactions and between controlled and uncontrolled parties it is necessary to analyze what risks have been assumed, what functions are performed that relate to or affect the assumption or impact of these risks and which party or parties to the transaction assume these risks."*[8]

Furthermore, Paragraph 1.71 adds that:

> *"In all of a company's operations, every step taken to exploit opportunities, every time a company spends money or generates income, uncertainty exists, and risk is assumed...Risk is associated with opportunities, and does not have downside connotations alone; it is inherent in commercial activity, and companies choose which risks they wish to assume in order to have the opportunity to generate profits. No profit-seeking business takes on risk associated with commercial opportunities without expecting a positive return. Downside impact of risk occurs when the anticipated favorable outcomes fail to materialize."*[9]

In a transfer pricing context, risk is considered as the effect of uncertainty on the objectives of the business, and the significance of a risk for the business depends on the likelihood and size of the potential profits or losses arising from the risk.[10] Furthermore, the OECD Guidelines indicate that a relevant framework to characterize risks for transfer pricing purposes is to consider the sources of uncertainty which give rise to risk.[11]

To follow the OECD Guidelines, risks, and their impact to the business, must be described with specificity since "risks which are vaguely described or undifferentiated will not serve the purposes of a transfer pricing analysis seeking to delineate the actual transaction and

---

[8] OECD Guidelines, Para. 1.58.
[9] OECD Guidelines, Para. 1.71.
[10] OECD Guidelines, Para. 1.71.
[11] The source of this uncertainty may be externally driven (e.g. economic environment, natural disasters) or internally driven (e.g. process design, employee deployment).

**DRAFT – For Discussion Purposes Only**

the actual allocation of risk between the parties."[12]

In addition to the identification and analysis of the economically significant risks, Step 4 in the six-step process involves analyzing whether the entities that contractually bear the economically significant risks exercise control over such risks  Paragraph 1.65 of the OECD Guidelines defines "control over risks" as follows:

> "*Control over risk involves (i) the capability to make decisions to take on, lay off, or decline a risk-bearing opportunity, together with the actual performance of that decision-making function and (ii) the capability to make decisions on whether and how to respond to the risks associated with the opportunity, together with the actual performance of that decision-making function. It is not necessary for a party to perform the day-to-day mitigation in order to have control of the risks. Such day-to-day mitigation may be outsourced…However, where these day-to-day mitigation activities are outsourced, control of the risk would require capability to determine the objectives of the outsourced activities, to decide to hire the provider of the risk mitigation functions, to assess whether the objectives are being adequately met, and, where necessary, to decide to adapt or terminate the contract with that provider, together with the performance of such assessment and decision-making. In accordance with this definition of control, a party requires both capability and functional performance as described above in order to exercise control over a risk."[13]*

In summary, the six-step process outlined in the OECD Guidelines involves performing a detailed functional analysis that focuses primarily on how the associated affiliates that are parties to the transaction operate in relation to the assumption and management of the specific, economically significant risks, and in particular which members of the company perform control functions and risk mitigation functions, which affiliate or affiliates encounter upside or downside consequences of risk outcomes, and which affiliate or affiliates have the financial capacity to assume the risk.[14]

## 2.2  Operating Leverage

The OECD Guidelines state that in performing a detailed functional analysis, it is important to understand how value is generated by the company as a whole, the interdependencies of the functions performed by each affiliate with the rest of the group, and the contribution that each affiliate makes to that value creation.[15] While certain parts of a business may be considered routine (i.e., can be benchmarked based on a functional analysis), benchmarking vertically integrated businesses can be challenging and thus make a complete analysis of value creation difficult to perform.

To understand why, we must delve into the economics of vertical integrated supply chains, best summarized by Paul Joskow–

---

[12] OECD Guidelines, Para. 1.72 indicates that "risks which are vaguely described or undifferentiated will not serve the purposes of a transfer pricing analysis seeking to delineate the actual transaction and the actual allocation of risk between the parties."

[13] OECD Guidelines, Para. 1.65.

[14] OECD Guidelines, Para. 1.82

[15] OECD Guidelines, Para. 1.82

**DRAFT – For Discussion Purposes Only**

> *"The conditions under which businesses decide to engage in market-based transactions on a non-exclusive "spot" basis are very different from the conditions under which businesses decide to engage in market based transactions on an exclusive "long-term contractual" basis which in turn are very different from the conditions under which businesses decide to internalize market transactions within the same organization through vertical integration."* [16]

This is a consequence of potential mismatch in the incentives of parties over time that is often referred to as the "hold-up problem".  Joskow further writes – *"The key considerations behind such differing structures rest on the importance of asset specificity, uncertainty, product complexity and the constraints on repeat transactions."* Examples of asset specificity include:

- Site specificity – where the buyer and seller are in a long-term relationship, reflecting ex ante decisions to minimize inventory and transportation costs. Once sited, the assets in place are highly immobile;

- Physical asset specificity – when one or both parties to the transaction make investments in equipment and machinery that involves design characteristics specific to the transaction and which have lower values in alternative uses;

- Human asset specificity – investments in relationship-specific human capital that often arise through a learning-by-doing process; and

- Dedicated assets – general investments by supplier that would not otherwise be made but for the prospect of selling a significant amount of product to a particular customer. If the contract were terminated prematurely it would leave the supplier with significant excess capacity." [17]

An integrated supply chain characterized by a high degree of asset specificity, uncertainty and/or product complexity will be hard to benchmark and, therefore many parts of such a supply chain will be considered non-routine. A contribution analysis following the 2017 PS Draft Guidance may then be a method for analyzing such supply chains or parts thereof. It should be noted that at arm's length, each party to a transaction optimize their own value. However, companies by definition optimize value of the group as a whole.

For a meaningful discussion of value creation, we must at the outset have a common (a) definition of value [18] and (b) understanding of what contributes to such value.

Price must, on average, cover costs of inputs purchased from third parties, wages and salaries of employees, and provide an adequate return to capital adjusted for risks. Value is created by labor and capital.  Capital carries residual risk and return to capital (profit) is the key focus of transfer pricing.  Therefore, to define the appropriate measure of value, we must understand how risks are created.

---

[16] Joskow, Paul, *Vertical Integration*, Handbook of New Institutional Economics, Kluwer, 2003.

[17] Ibid.

[18] One can think of three potential definitions: (1) Price of goods or services sold to third parties; (2) value added or price of goods or services sold to third parties less price of related inputs purchased from third parties; or (3) some measure of profit, e.g., gross profit, operating profit, contribution margin, etc.

DRAFT – For Discussion Purposes Only

Risks of a business come from two main sources[19]:

- Nature of product or service offered: Other things being equal, the more discretionary the demand for the product or service, the higher the risk. For an integrated supply chain, this risk is common for all sub-units of the supply chain; and

- Operating leverage (fixed costs as a percentage of total costs): Other things being equal, the higher the proportion of fixed costs in total costs, the higher is the risk in the business. Unlike the first source of risk, this risk is not common for all sub-units of an integrated supply chain because fixed costs vary between the stages of a supply chain.

Operating leverage not only captures fixed operating costs but also fixed costs of asset (both on and off-balance sheet) usage (i.e., depreciation and amortization).  However, it does not capture the opportunity cost of financing the assets.

Consistent with the effect of operating leverage on risk, for the EPS the consolidated contribution margin for the operations (defined as revenue minus variable costs) is chose as the measure of value for an integrated supply chain. Contribution margin must, on average, cover fixed operating costs and provide an adequate return to debt and equity capital. The EPS is a contribution analysis that splits the consolidated contribution margin of a company using relative assumption of implicit and notional fixed costs, which is a measure of the operating leverage (modified to incorporate opportunity cost of financing assets) of the sub-units of an integrated supply chain. The detailed computation steps is described in section 7.2.

In transactions between unrelated parties, the parties agree ex-ante on their expected respective cost structures, investments and assets, and often agree on revenue sharing arrangements reflecting their relative risks.   This is to counteract the asymmetric information problem that exists in any long-term arrangement between unrelated parties. In related party transactions, this asymmetric information problem is alleviated through centralized management and control. Thus, ex-post contribution margin (or revenue) can be split among the sub-units of an integrated supply chain based on the relative assumption of risk (measured by the fixed costs, following the notion of operating leverage) of the sub-units.

---

[19] See Aswath Damodaran, 1999."Estimating Risk Parameters,",New York University, Leonard N. Stern School Finance Department Working Paper Series 99-019, New York University, Leonard N. Stern School of Business.

DRAFT – For Discussion Purposes Only

# 3.  University Background

## 3.1  Business Overview

### 3.1.1  Background[20]

GCE is a publicly-traded Delaware corporation that owns and operates Grand Canyon University ("GCU").[21]   GCU is a comprehensive regionally accredited university, offering approximately 200 graduate and undergraduate degree programs and certificates across nine colleges both online and in person within its campus located in Phoenix, Arizona, at leased facilities and within facilities owned by third party employers of its students.

GCU, originally named Grand Canyon College, was founded in Prescott, Arizona in 1949 as a traditional, private, non-profit college and moved to its existing campus in Phoenix, Arizona in 1951.  GCU was originally established as a Baptist-affiliated institution with a strong emphasis on religious studies, offering bachelor's degree programs in education. GCU has since then expanded its curricula to include programs in the sciences, nursing, business, music, and arts.

GCU obtained regional accreditation in 1968 from the Commission on Institutions of Higher Education, North Central Association of Colleges and Schools, the predecessor to the Higher Learning Commission, and began offering nursing programs and master's degree programs in education and business in the 1980s.  In 1989, it achieved university status and became Grand Canyon University.  GCU introduced its first distance learning programs in 1997 and launched its first online programs in 2003 in business and education.  In February 2004, a group of investors acquired the assets of the school and converted the school into a for-profit institution.

### 3.1.2  Grand Canyon University[22]

Grand Canyon University is one of the largest for-profit universities in North America, recognizing net revenues and operating income in FY 2017 of $974.1 million and $282.8 million, respectively.

Grand Canyon University utilizes an integrated approach to marketing, recruiting, and retaining both traditional aged students attending on its campus in Phoenix, Arizona, as well as working adult students attending on its campus or at off-site locations in cohorts (referred to as professional studies students) or online, which have enabled the university to increase its enrollment to approximately 90,300 students as of December 31, 2017.  As of FY 2017, 79.1% of its students were enrolled in online programs, and, of its working adult students (both online and professional studies students), 50.5% were pursuing masters or doctoral degrees.

---

[20] Source: Grand Canyon Education, Inc. FY 2017 Form 10-K filing with the Securities Exchange Commission.
[21] *Grand Canyon University – Substantive Change Application submitted to the Higher Learning Commission.*
[22] Source: Grand Canyon Education, Inc. FY 2017 Form 10-K filing with the Securities Exchange Commission.

**DRAFT – For Discussion Purposes Only**

The following table is a summary of the university's student enrollment at December 31, 2017 and 2016 by degree type and by instructional delivery method:

**Table 1: Student Enrollment**

|  | December 31, 2017 | | December 31, 2016 | |
|---|---|---|---|---|
|  | No. of Students | % of Total | No. of Students | % of Total |
| Graduate degree | 37,339 | 41.4% | 33,215 | 40.6% |
| Undergraduate degree | 52,958 | 58.6% | 48,693 | 59.4% |
| Total | 90,297 | 100.0% | 81,908 | 100.0% |

|  | December 31, 2017 | | December 31, 2016 | |
|---|---|---|---|---|
|  | No. of Students | % of Total | No. of Students | % of Total |
| Online | 71,455 | 79.1% | 64,646 | 78.9% |
| Ground | 18,842 | 20.9% | 17,262 | 21.1% |
| Total | 90,297 | 100.0% | 81,908 | 100.0% |

### 3.1.3  Tuition[23]

Based on current tuition rates, tuition for a full program at Grand Canyon University would generally equate to between $15,450 and $37,000 for an online master's program, between $42,600 and $56,400 for a full four-year online bachelor's program, approximately $48,000 for a full doctoral program, and approximately $66,000 for a full four-year bachelor's program taken on its ground campus.  The tuition amounts referred to above assume no reductions for transfer credits or scholarships, which many students utilize to reduce their total program costs.

---

[23] *Ibid.*

DRAFT – For Discussion Purposes Only

# 4.  Industry Analysis

## 4.1  For-Profit Universities Industry[24]

### 4.1.1  Overview

The for-profit universities industry has experienced significant decline in the five-year period to 2017 as a result of increased competition from traditional universities.  Prior to the five-year period, high unemployment encouraged individuals to return to school, bolstering industry revenue growth.  Traditional universities have invested and expanded their online educational programs to provide different learning platforms to potential students.  In addition, rolling admissions is now gaining momentum with traditional universities to provide potential students with more enrollment flexibility. Another factor in the decline of for-profit universities is due to the decline in demand for industry services as the unemployment rate decreased and the economy bounced back, encouraging many consumers to pursue full-time employment instead of enrolling in industry courses.

Many of the industry's largest operators have experienced investigations over the five years to 2017.  In 2016, for example, the Department of Education barred ITT Educational Services ("ITT") from permitting new students to use federal loans to pay tuition.  This decision forced ITT to close more than 100 campuses and fire 800 employees.  As a result of negative publicity, changes in regulation, substantial shifts in the U.S. labor market, and increased competition from traditional universities, total enrollment in industry institutions has plummeted during the five-year period.  Accordingly, industry revenue is estimated to fall at an average annual rate of 7.3% to $18.3 billion over the five years to 2017, including a projected decline of 2.1% in 2017 alone.

Over the five years to 2022, IBISWorld forecasts industry revenue will decrease at an average annual rate of 1.6% to $16.9 billion.  During this period, widespread industry reforms in Title IV funding are expected to deter further declines in industry enrollment, ultimately benefiting the industry.

### 4.1.2  Products and Services

The major services offered by higher education institutions are accredited undergraduate and postgraduate courses.  Many operators in this industry also provide courses that grant certificates; however, the products included in this industry are limited to courses taught at the associate level or higher.

Below is breakdown of industry revenue by degree type according to the National Center for Education Statistics (NCES) as compiled by IBISWorld.

#### Table 2: Industry Revenue by Degree Type – For-Profit Universities

| Degree | Percentage |
| --- | --- |
| Associate's courses | 19.4% |
| Bachelor's | 37.1% |

---

[24] Source: IBISWorld Industry Report 61131B: For-Profit Universities in the US, August 2017.

**DRAFT – For Discussion Purposes Only**

| Degree | Percentage |
|---|---|
| courses | |
| Master's courses | 24.0% |
| Doctorate courses | 19.5% |
| Total | 100.0% |

Operators in the for-profit universities industry derive a significantly greater proportion of their revenue from online course offerings compared to traditional colleges.

For instance, Apollo Education, the largest for-profit university industry operator by total market share (9.5%), notes out of 140,000 students enrolled in the University of Phoenix, a "significant majority" of its population attends classes exclusively online in fiscal year 2016.[25]

### 4.1.3 Competitive Landscape

IBISWorld estimates that the four largest industry operators within the for-profit universities industry account for 25.1% of industry revenue in 2017 and there are approximately 1,292 for-profit institutions in the United States.  The largest of these players, the University of Phoenix, is estimated to have approximately 9.5% market share.

Concentration can be high in specific geographic regions; the number of players competing in a specific geographic market often depends on an area's population and its demographics.   However, the number of campuses from which a for-profit university operates has become less indicative of its overall market strength in the past five years. During this time, revenue from online operations has grown as a proportion of overall revenue.

Globalization within higher education is relatively low, as most universities are principally-domestically owned.   Furthermore, the majority of colleges primarily serve the domestic market.  However, the for-profit universities industry has become increasingly globalized as online education becomes more prevalent.

Grand Canyon University's major competitors include Arizona State University and Liberty University.

The following factors have been reasonably determined to be key factors for industry operators in the for-profit universities industry:[26]

- Accessibility to online users,

- Ability to take advantage of Title IV programs,

- Being an accredited institution,

- Having a good reputation, and

- Ability to respond to students' needs.

---

[25] Source: Apollo Education Group Inc. FY 2016 Form 10-K filing with the Securities Exchange Commission.
[26] Source: IBISWorld Industry Report 61131B: For-Profit Universities in the US, August 2017.

DRAFT – For Discussion Purposes Only

## 4.2  Nonprofit Universities Industry[27]

### 4.2.1  Overview

The nonprofit universities industry includes public and private universities and colleges that offer academic courses and grant baccalaureate or graduate degrees.  The requirement for admission is a high school diploma or equivalent general academic training.  Instruction is typically provided on physical campuses, although online education is increasingly becoming more prevalent.

Over the past five years, the nonprofit universities industry has seen increased revenue.  Recovering funding levels, along with enrollment and tuition increases, are anticipated to drive revenue growth of 4.6% in 2017.  IBISWorld projected in the five years ended 2017, industry revenue will grow at an annualized rate of 3.0% to $463.4 billion.  In the five years to 2022, demand for higher education is expected to remain strong, leading to steady industry growth.  As a result of these trends, industry revenue is forecast to increase at an average annual rate of 2.5% to $525.1 billion over the next five years.

### 4.2.2  Products and Services

Accredited undergraduate and postgraduate degrees are the major products higher education institutions offer.  Degrees are offered in a variety disciplines, including business, sciences and the humanities.  Industry institutions generate revenue by providing education for undergraduate and postgraduate degrees.

#### 4.2.2.1  Bachelor's Degree

Undergraduate courses are taught at the bachelor's degree level and typically require four years of full-time study.  To qualify for admittance, most schools require students to hold a high school diploma or pass the General Educational Development ("GED") test.  Many schools also require a student to take one or several admittance exams, such as the SAT or ACT.  A rising number of high school graduates has caused undergraduate enrollment to increase over the past five years.  According to data from the National Center for Education Statistics, the number of bachelor's degrees earned each year is estimated to increase at an annualized rate of 2.2% in the five years to 2017.  As a result of this growth, this segment's share of total university degrees has increased in recent years.  In 2017, bachelor's degrees are expected to account for 67.6% of total industry revenue.

#### 4.2.2.2  Master's Degree

Master's degrees typically require one to two years of full-time study beyond the bachelor's degree.  In the past five years, master's degrees have decreased as a share of total conferred degrees, and are projected to account for an estimated 25.9% of industry

---

[27] Source: IBISWorld Industry Report 61131A: Colleges & Universities in the US, November 2017.

**DRAFT – For Discussion Purposes Only**

revenue in 2017.  This slight decline is likely the result of increasing tuition costs that deter students from investing in their education beyond a bachelor's degree.

### 4.2.2.3  Doctorate Degree

Doctor's degrees are taught at the highest academic degree level.  Independent scholarly research, such as a thesis, that contributes to field of specialization is often required to receive a doctorate.  The time to complete a doctorate program varies; some programs can be completed in three years while others require more than six years.  Students also often receive scholarships, stipends, and payment for assisting in research and undergraduate instruction.  In the past five years, this segment is expected to marginally decrease to 6.5% of industry revenue.

**Table 3: Industry Revenue by Degree Type – Nonprofit Universities**

| Degree | Percentage |
|---|---|
| Bachelor's courses | 67.6% |
| Master's courses | 25.9% |
| Doctorate courses | 6.5% |
| Total | 100.0% |

### 4.2.3  Competitive Landscape

IBISWorld estimates that the four largest industry operators within the nonprofit universities industry account for less than 10.0% of industry revenue in 2017.  There are an estimated 2,348 public or nonprofit private four-year colleges in the United States in 2017.

Universities are not driven by profit and continue to operate even when facing budget problems.  In 2009 when revenue fell by 21.9%, 17 private nonprofit universities closed their doors.  Consolidations in the industry are infrequent because universities value their academic culture, tradition, and independence.  As a result, market share concentration has not changed over the past five years.

Private colleges can represent a disproportionately large share of industry revenue compared with their enrollment.  This is due to the large endowments that some private schools can have.  For example, Harvard University enrolls about 20,000 students, but its endowment was valued at $36.4 billion in June 2014.  Conversely, Pennsylvania State University has more than ten times as many students, but its endowment is only a fraction of Harvard's, at about $3.0 billion.

The following factors have been reasonably determined to be key factors for industry operators in the nonprofit universities industry:[28]

- Experienced professors,

- Ability to take advantage of government subsidies and other grants,

---

[28] *Ibid.*

**DRAFT – For Discussion Purposes Only**

- Ability to respond to students' needs,

- Having a good reputation,

- Ability to raise revenue from additional sources, and

- Effective cost controls.

### 4.2.3.1  Cost Structure

Unlike for-profit universities, profits, measured as earnings before interest and taxes is not directly applicable to nonprofit universities.  Players within this industry reinvest their surplus revenue into educational services.  Additionally, nonprofit institutions can operate at a loss for an extended period due to historical endowments.

Profit is approximately 8.8% of revenue.  Wages account for approximately 40.2% of revenue.  The remaining 51% is attributed to the following categories in descending order: scholarships & advertising & public service, purchases (catering, accommodation, and educational materials), depreciation, rent & utilities, and marketing.

### 4.2.3.2  Competition Factors

Within the nonprofit university industry, players compete for revenue such as tuition and government funding.  Industry players also compete to hire and retain talented facility members.  Universities compete on the basis of reputation, academic quality, and access to facilities, lower student-to-staff ratios, student services, and tuition prices.  The industry also faces external competition from other academic institutions, such as community colleges, technical and trade schools, and for-profit universities.

DRAFT – For Discussion Purposes Only

# 5.  Overview of the Covered Transactions

## 5.1  Transaction Background[29]

GCU currently operates as a for-profit university.  GCU's for-profit status contributes to the following issues: devaluing of degrees awarded by GCU by some employers, limiting the ability to apply for learning and research grants, limiting financial aid options to students, lacking of tax benefits enjoyed by non-profit institutions, and disadvantaging the school in intercollegiate athletics and activities.[30]  In order to preserve shareholder value, GCU management initially explored a restructuring of its operations into a for-profit, taxable entity (i.e., GCE) and a non-profit, tax-exempt entity (i.e., Gazelle).  GCU management hopes that post-restructuring, GCE will be associated with a different industry group, and, thus, not be affected by the industry-wide weakness of the for-profit education industry.

The University initially submitted the following restructuring summary plan to the Higher Learning Commission ("HLC").[31]  This application was denied by the HLC, in part, based on its view that it did not have the necessary guidelines in place to evaluate the type of shared services agreement that the University proposed.  In May 2017, GCU became aware that the HLC was considering adopting new accreditation guidelines that would allow HLC-accredited institutions to engage in shared services agreements.  Following the HLC's adoption to those guidelines in November, GCU submitted its updated application on December 18, 2017.[32]

Gazelle, an Arizona nonprofit corporation, qualifying as a tax-exempt entity under IRC 501(c)(3), will secure financing to fund the restructuring.  As part of this arrangement, Gazelle will acquire the assets of GCE.  In addition, GCE and Gazelle will enter into a Master Services Agreement ("MSA") for the provision of Education Support Services whereby GCE will provide various Education Support Services for the benefit of Gazelle.  The University is in the process of finalizing the MSA at the time of this analysis.  Please see a copy of the draft MSA in Appendix A.

In exchange for the Education Support Services to be provided by GCE to Gazelle, both GCE and Gazelle are seeking to structure the transaction as a revenue split, which is typical in the educational industry.

## 5.2  Overview of the Transaction

### 5.2.1  Transfer of Certain Intangible Assets

As part of the arrangement between GCE and Gazelle, Gazelle will purchase certain intangible assets, including the university name, education workforce, the curriculum, and goodwill during FY 2018.

---

[29] Based on interview with Dan Bachus, CFO of GCE.
[30] GCU's request for HLC approval application.
[31] Grand Canyon University – Substantive Change Application submitted to the Higher Learning Commission.
[32] Source: https://news.gcu.edu/2018/01/faqs-proposal-re-establish-gcu-non-profit-institution/, January 5, 2018.

**DRAFT – For Discussion Purposes Only**

**5.2.2  Education Support Services**

The following figure summarizes the transaction flows of the Education Support Services.

**Figure 1: Education Support Services Transaction Flow**



GCE performs Education Support Services for the benefit of Gazelle.  The section below provides a detailed description of the functions currently performed by GCE and post-restructuring, the functions to be performed and risks to be borne by GCE and Gazelle in connection with the provision of Education Support Services.

DRAFT – For Discussion Purposes Only

# 6. Functional and Risk Analysis

For this analysis, we reviewed and identified the activities of the various key departments. Deloitte Tax conducted a number of interviews with University personnel from all core functional groups.  The focus of the interviews was to fundamentally understand the risk factors to identify the fixed or variable nature of costs incurred throughout the University's supply chain.

Based on fact finding discussions with key management personnel, the University's key value creating drivers consist of the following functions:



Each of the above functions are described in detail below.

## 6.1 Functions

### 6.1.1 Marketing

#### 6.1.1.1 Overview of the Marketing Department

The Marketing department provides support to enrollment counselors to help build a brand for the University, help potential students understand the programs that are offered, develop a mechanism for people to inquire about the programs, and help connect prospective students to the enrollment counselors.  The department works collaboratively with other groups within the organization (e.g., colleges, enrollment functions, etc.) to develop a marketing strategy and execute it.  Some of the routine marketing functions can be outsourced; however, the functions are highly integrated into other functions at GCE.

The key marketing initiatives include █████████████████████████████



DRAFT – For Discussion Purposes Only



### 6.1.1.2 Key Decisions of the Marketing Department

The key decisions of the marketing department are primarily made by the following personnel:

DRAFT – For Discussion Purposes Only



Gazelle University
Transfer Pricing Report
For the Fiscal Year Ending December 31, 2018
Page 21

AR-C-0122

DRAFT – For Discussion Purposes Only



DRAFT – For Discussion Purposes Only



AR-C-0124

DRAFT – For Discussion Purposes Only



DRAFT – For Discussion Purposes Only



Gazelle University
Transfer Pricing Report
For the Fiscal Year Ending December 31, 2018
Page 25

DRAFT – For Discussion Purposes Only



## 6.2  Risks

As discussed above, the relationship between fixed costs and risks borne by an enterprise is predicated on the well-recognized principle that higher fixed costs imply higher risks. Hence, there is a positive relationship between the assumption of fixed costs and the level of business risks. GCE and the University are subject to several risks factors that affect the business including all those identified in Paragraph 1.72 of the OECD TPG. In order to identify the risks that GCE and the University are exposed to in a way that is consistent with the functions and functional groups within the corporate group, in this section we discuss the risks associated with each of the functions described in the previous sections.



DRAFT – For Discussion Purposes Only



**DRAFT – For Discussion Purposes Only**



DRAFT – For Discussion Purposes Only



DRAFT – For Discussion Purposes Only



## 6.3  Assets

Currently, GCE has developed and owns all marketing, technology, and process intangibles associated with its operations including any trademarks and trade names used by GCE and its affiliates in their operations.  In addition, GCE owns real property (e.g., parcel and building) and personal property (e.g., office supplies, office equipment, furniture, instruments, and computers, among others). Post-restructuring, GCE will own the technology platform necessary to provide services to Gazelle. Gazelle will own all remaining assets, including, the name of the university (i.e., Grand Canyon University), course materials, as well as the school assets related to real and personal property.

DRAFT – For Discussion Purposes Only

# 7. Economic Analysis

## 7.1 Economic Profit Split

The EPS is a tool to perform such a functional analysis tool that follows the guidance from Par. 1.51 of the OECD TPG by:

> "*[seeking] to identify the economically significant activities and responsibilities undertaken, assets used or contributed, and risks assumed by the parties to the transactions.  The analysis focuses on what the parties actually do and the capabilities they provide.  Such activities and capabilities will include decision-making, including decisions about business strategy and risks.*"

Moreover, the analysis presented in the EPS is based on economic and finance principles, in which it identifies the differences in the risks incurred by the entities in a corporate group, and uses the risks assumed by each entity that magnify any market or systematic risk that the integrated supply chain is subject to in order to attribute an appropriate share of the corporate group consolidated contribution margin.  These risks are captured by explicit and notional (implicit) fixed costs.  The approach followed in the EPS results in an arm's length allocation of the consolidated corporate group returns by aligning risks and returns earned by the entities in a Group.[33]

## 7.2 Application of the EPS

The EPS requires a number of steps to arrive at an eventual allocation of profits to each entity in the corporate group based on their relative contribution, measured by the assumption of fixed cost.  Relative contribution of fixed costs is a split factor that aligns risks and return according to economic principles.

To apply an EPS, first, it is necessary to identify all economic assets expected to generate economic value contributed, or expected to be contributed by each party in the controlled transactions, including on-balance sheet operating assets and off-balance sheet assets ("OBSAs") such as self-developed intangible assets. For each on-balance sheet and off-balance sheet asset identified in the analysis the assumption of fixed costs[34] determines a measure of the systematic risk premium (referred to as "market-correlated risk" in the U.S Transfer Pricing Regulations) over a risk-free asset an investor would require at arm's length. Using fixed costs assumed by each participant (the measure of relative assumption of systematic risk by each participant in the controlled transactions discussed above) the EPS splits the contribution margin in the controlled transactions between the participants proportionally to their relative assumption of systematic risk.

---

[33] Although the OECD guidance is not authoritative, the functional analysis performed with the EPS is broadly consistent with the profit split guidance in the 2017 PS Draft Guidance.
[34] The identification of fixed costs is done by examining the nature of the economic costs (variable versus fixed) necessary to be funded by each participant for each asset pursuant to the binding commitments involved in the controlled transactions.

**DRAFT – For Discussion Purposes Only**

**Table 4: EPS Model Steps**

| Step | Description |
|------|-------------|
| 1 | Identification of Economic Risks Associated with the Period Under Analysis from Accounting Information |
| 2 | Calculate Consolidated Group Contribution Margin |
| 3 | Estimate the Share of Total Fixed Costs for each entity in the Group |
| 4 | Split the Contribution Margin based on the Fixed Cost Share of each entity in the Group |
| 5 | Recreate Accounting Income Statement and determine the revenue split between GCE and the University |

### 7.2.1 Identification of Economic Risks Associated with the Period Under Analysis from Accounting Information

A requirement in the EPS analysis is to have a consistent classification and definition of all costs incurred by GCE.  This consistent treatment of costs is required for the analysis to identify and reliably compare the relative share of risks incurred by each entity to reliably split the contribution margin.

Hence, we rely on the categorization and structure of financial data from GCE's Trial Balance ("TB") data to perform the economic analysis.[35]  Also, we included historic TB financial data[36] to capture any fixed costs incurred in the past accounting periods that are tied to the revenue generated in FY 2017.  These are the costs that generate OBSAs.  The TB financial data is used to form the entity-level accounting income statement and balance sheet for the time period covered in the analysis (FY 2013 through FY 2017).  GCE provided the details of each expense line in the TB, and the accounting income statements were provided by the University management.

To complement the quantitative data provided by GCE, Deloitte Tax conducted a number of interviews with GCE and University personnel from all core functional groups.  The focus of the interviews was to fundamentally understand the risk factors to identify the fixed or variable nature of costs incurred throughout the University's supply chain.

The combination of qualitative information accumulated from the interviews and quantitative data from the GCE's financials inform the inputs used in the EPS model.

#### 7.2.1.1 Identification of Fixed Costs

The EPS framework starts with the identification and classification of costs into variable and fixed categories. For purposes of the EPS analysis, the concept of fixed costs is applied as interpreted in the economics/finance context. That is, (economic) fixed costs are costs that do not co-vary with the quantity of goods produced or services provided and hence, do not co-vary with the concurrent period revenue.[37]  The Economic theory underlying the

---

■ ████████████████████████████████████████████████

[36] The TBs for the fiscal years ended December 31, 2013 ("FY 2013") through 2017 ("FY 2017") were considered for purposes of the analysis.

[37] For example, R&D costs are broadly considered to be fixed, as research efforts take a while to materialize in revenues and the level of such costs are not likely to impact current period revenue, whereas material costs of production are likely to be correlated to the demand for the products and hence are more variable in nature.

DRAFT – For Discussion Purposes Only

relationship between fixed costs and risks borne by an enterprise is predicated on the well-recognized principle that higher fixed costs imply higher risks since the presence of such costs exacerbates the volatility of net cash flows (or profits) within the enterprise when there are external shocks faced by the enterprise. Hence, there is a positive relationship between assumption of fixed costs and business risks.

Deloitte Tax, in conjunction with GCE management, classified the TB costs into either fixed or variable costs categories following a careful examination of the nature of each cost and interviews with GCE and University personnel familiar with the functions, risks and assets related to the different cost buckets in the TB.

Next, TB costs categorized as fixed were reviewed and further classified as either costs relating to (i) the construction of an OBSA; or (ii) operating fixed costs, which are costs that do not co-vary with revenue but impact only the current accounting period.

Based on interviews with GCE and University management, the EPS takes an approach where OBSAs are classified into three aggregate groups: (1) Marketing; (2) Technology Development; and (3) Executive Strategy.  Each of these asset classes include all the OBSAs generated from expenditures classified by GCE in certain expense categories. Marketing OBSAs represent an aggregation of all the assets generated by Marketing expenses; Technology Development OBSAs represent an aggregation of all the OBSAs generated by Curriculum Development, Admissions Advisory, Technology, IT, Faculty Services, and Other expenses; and Executive Strategy OBSAs represent an aggregation of all the assets generated by Executive Leadership expenses.  Note that a further refinement of these OBSAs is not as reliable due to the interrelated nature of GCE's business model.[38] Note that an analysis is performed on the costs in the TB for historical data in order to construct the OBSAs and determine their amortization to assess the risks incurred in the past that drive revenue and profit for FY 2017.

Operating fixed costs are those fixed costs that are not adjusted with variations in revenue but do not necessarily generate any assets that will command future profits.  In effect, operating fixed costs only impact current period revenue and generally include amortization of intangible assets, depreciation of tangible property, and other costs related to the day-to-day business activities that are not correlated with the revenue that is being generated.

For the purpose of the EPS, the operating fixed costs were reasonably determined to be on-balance sheet depreciation and amortization ("D&A") expenses since these costs capture the economic benefit for the period of certain assets on the balance sheet.  Moreover, there are some G&A costs that do not generate any OBSAs but are not adjusted with variations in revenue and hence are considered operating fixed (e.g., rent and facilities, operating leases).

Deloitte Tax and GCE reasonably determined the share of fixed costs for GCE and Gazelle based on both the qualitative and quantitative data collected for the analysis.  In the following tables, we present the share of costs related to the building of OBSAs for GCE and the share of costs considered to be operating fixed costs for each entity and cost category used in the EPS analysis.  We understand from the management and from the review of the

---

[38] Note that, in addition, by taking this aggregate approach, and tracking the types of OBSAs based on the category of expenses (following GCE's account reporting systems), it is possible to directly tie the EPS to GCE's financial statements.

DRAFT – For Discussion Purposes Only

financial statements that post restructuring Gazelle will start incurring approximately 25-30 percent of the total fixed costs generating OBSAs.

**Table 5: Share of Total Costs as OBSA by Function Group for GCE**

| Function Group | OBSA Share |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**Table 6: Share of Total Costs as Operating Fixed by Function Group for Gazelle and GCE**

| Function Group | Gazelle | GCE |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

As previously discussed, the costs that generate OBSAs generate revenues across time periods through the build-up and maintenance of the three different asset types.  For costs related to OBSAs, a determination was made with respect to the alignment of costs and respective period of revenue impacted using the useful life, lead time, and decay shape parameters for each asset category.  To appropriately attribute costs that construct OBSAs for all periods to FY 2017, parameters related to the useful life, lead time and decay shape were reasonably determined.[39]   Deloitte Tax, in conjunction with GCE management,

---

[39] Note that for the EPS, this step may include the estimation of a probability of success ("PoS") adjustment for the historical costs.  Following the factual information gleaned from the University, no PoS adjustment was applied to the OBSA generating costs since it was reasonably determined that the OBSA-generating costs are not measured as successful or unsuccessful, and always generate knowledge that is applied to other products regardless of the initial commercial viability of such costs.  In effect, all costs were reasonably determined to be useful in impacting the business.

**DRAFT – For Discussion Purposes Only**

reasonably determined the share of costs related to the generation of FY 2017 revenue by asking two basic questions:

    (i) How long does it take until the costs start supporting revenue?  (i.e., lead or lag time); and

    (ii) How long will these costs support revenue?  (i.e., life and decay function)

The useful life, lag, and decay schedule parameters are shown in the following table.

**Table 7: Useful Life, Lag Time, and Decay Schedule for OBSA**

| Asset | Useful Life | Lag | Decay Schedule |
|-------|-------------|-----|----------------|
| ██████ | ████ | ████ | ████ |
| ██████████ | ████ | ████ | ████ |
| ████████ | ████ | ████ | ████ |

Next, utilizing the useful life, lead time, and decay shape for the three asset types (Marketing, Technology Development, and Executive Strategy), as well as historical costs for FY 2004 through FY 2017 that generate the OBSAs, the stock and amortization of each of the OBSAs for the FY 2017 accounting period are calculated.  The stock of the OBSA refers to the amount of costs that have contributed to the build-up of the respective asset that will generate revenues in the future; and the OBSA amortization related to the amount of the OBSA stock that will generate revenue in the current period.  Next, the OBSA generating costs were capitalized using an appropriate rate of return to account for the timing of the investments. The rate of return used in the EPS analysis was 11.60%, the median industry weighted cost of capital ("WACC") for Standard Industrial Classification ("SIC") code 82.[40]

*7.2.1.2* Identification of Notional Carrying Cost of Assets

For both on and off-balance sheet assets, there are opportunity costs, captured through a notional financing cost that  s associated with carrying both on and off-balance sheet assets. The carrying cost for each asset is calculated by applying a notional charge to on-balance sheet assets including: (i) Current Assets; and (ii) Property, Plant and Equipment ("PPE") from each entity's balance sheet; and also applying the notional charge to the OBSA stock for each asset type.

To calculate the opportunity cost of carrying assets, the stock of all assets (both on-balance sheet assets and OBSA) was multiplied by an appropriate notional rate comparable to the short-term debt rate for the University (i.e., financial cost of carrying an asset over the period under analysis).  The notional rate used in the EPS analysis was 2.67%, the 3-year[41] yield to maturity of U.S. corporate bonds rated AAA per the Eikon database[42], comparable to the University's credit rating of AAA at the time of the analysis.

---

[40] Source: Duff & Phelps, 2017 Valuation Handbook – U.S. Industry Cost of Capital (Quarterly Update 1: data through June 30, 2017).

[41] We also used 5 year and 10 year yield to maturity of U.S. Corporate bonds for sensitivity analysis and the results are noted in later sections of the Report.

[42] AAA Rating USD Domestic Non-Financial Sector Curve, as of February 20, 2018, Thomson Reuters Eikon.

AR-C-0136

**DRAFT – For Discussion Purposes Only**

### 7.2.2  Calculate Consolidated Group Contribution Margin

Deloitte Tax calculated the FY 2017 consolidated contribution margin which is the measure of value split by the EPS. Total variable cost is calculated as GCE's total cost minus the costs identified as FY 2017 OBSA investment minus operating fixed costs.  The consolidated contribution margin is the measure of value we will allocate to the entities based on the risks they assume and functions they control.   The calculation of the consolidated contribution margin related to GCE and the University that was used for our EPS analysis is included in the following table.

**Table 8: Consolidated Contribution Margin for GCE**

| Contribution Margin Calculation (in USD) | FY 2017 |
|---|---|
| Net Revenue | ███ |
| Variable Costs | ███ |
| **Contribution Margin** | ███ |

### 7.2.3  Estimate the Share of Total Fixed Costs

Deloitte Tax estimated the fixed costs incurred at Gazelle and GCE related to the period under analysis and aggregated the fixed costs to determine the total consolidated fixed costs in the system as a measure of the relative risk assumed by each entity.  Using these calculations, we estimated the share of fixed costs in the system for each entity.  This includes not only explicit fixed costs (e.g., depreciation and amortization) but also implicit, opportunity, fixed costs (e.g., financing costs of capital). The table below illustrates the breakdown.

**Table 9: Share of Fixed Costs for GCE and Gazelle**

| Fixed Cost Split Estimate (in USD) | GCE | Gazelle |
|---|---|---|
| Economic Fixed Costs | ███ | ███ |
| Carrying Cost of Assets | ███ | ███ |
| **Total Fixed Costs** | ███ | ███ |
| **Fixed Costs Split** | ██ | ██ |

### 7.2.4  Split Contribution Margin

The consolidated contribution margin for FY 2017 is allocated across Gazelle and GCE based on each entity's relative share of fixed costs.

**Table 10: Split of Contribution Margin between GCE and Gazelle**

| Split Contribution Margin Calculation (in USD) | Total | GCE | Gazelle |
|---|---|---|---|
| Contribution Margin | ███ | ███ | ███ |
| Contribution Margin Split | ██ | ██ | ██ |

### 7.2.5  Recreate Accounting Income Statement

Finally, after the contribution margin is split based on the economic costs incurred in relation to the FY 2017 operations, the FY 2017 accounting income statement is translated

**DRAFT – For Discussion Purposes Only**

by adding back the variable costs incurred by each entity that appear in the FY 2017 accounting income statement to the contribution margin of each entity in order to calculate the relative revenue of each entity.[43]  As a last step we added the total costs and the operating profits to calculate the revenue split.

In FY 2017, the Group earned a system-wide revenue of USD 965.0 million.  The EPS analysis allocates the system-wide revenue based on the level of risk at each entity that is measured by the occurrence and control of fixed costs.  Based on the inputs described above, in the following table we present the results of the analysis for Gazelle and GCE.

**Table 11: Results of the EPS Analysis for Gazelle and GCE (USD)**

| FY 2017 EPS Model Revenue (in USD) | GCE | Gazelle |
|---|---|---|
| Revenue | ██████ | ██████ |
| Revenue Split | ███ | ███ |

## 7.3  Reconciliation of the EPS Results with the Company's Market Capitalization

In reference to the fact that the Company is a publically traded company, whose stock is regularly traded on an established securities market (i.e., traded on the Nasdaq) and whose main post tax value is associated with total assets, as a sanity check we did a reconciliation between the market capitalization of the Company as on December 31, 2017 and the value of the assets.

The market capitalization analysis requires companies to subtract from their respective enterprise value (as determined from multiplying its number of outstanding shares at a given point in time, by the 60-day stock price average back from that given point in time), identifiable assets (including tangible and intangible) to arrive at an implied residual value of that company.  Consequently, in relation to GCE, given that the restructuring will happen in the first quarter of 2018, we computed the Company's implied residual value based on the stock price as on December 31, 2017.

In the table below we present an estimate of the implied intangible value for GCE of USD ████████████.

**Table 12: Reconciliation with Market Capitalization Approach**

| Market Information (Amounts in USD millions) as of December 31, 2017 | | Ref. |
|---|---|---|
| Market Capitalization | █████ | *a* |
| Market Value of Debt | █████ | *b* |
| **Enterprise Value** | █████ | *c=a+b* |
| | | |
| Total Current Assets | █████ | *d* |

---

[43] Note that, due to the timing of investment and the carrying cost of assets, the fixed costs share that drives the split of the contribution margin does not necessarily match the operating profit share from the accounting income statements.

DRAFT – For Discussion Purposes Only

| Market Information (Amounts in USD millions) as of December 31, 2017 | | Ref. |
|---|---|---|
| PPE[44] | ▇ | e |
| Excluded Businesses (High Level Estimate) | ▇ | f |
| **Total** | ▇ | g=d+e+f |
| | | |
| **Implied Intangible Value Estimate** | ▇ | h=c-g |

One observation is that if the company's stock price is volatile, then the result can be subject to large swings based on the precise date used to value the company.  However, even after smoothing out the volatility by using an average stock price over a time period near the restructuring date determining the most reliable stock price to use in such cases is difficult and may still lead to unreliable measures of that company's stock price. Further the stock price is determined by outsiders who are not the best judge of a company's worth, especially if the company has valuable intangibles of uncertain value.  Specifically, the market capitalization analysis will generally result in an over valuation of intangible assets constituting external contributions such as goodwill and going concern value. Irrespective of the above, stock price is nevertheless an independent market assessment of value. Hence, we have estimated approximately ▇ as goodwill out of the implied intangible value in the table above.

---

[44] We have considered the book value of the assets as of December 31, 2017 and to the extent the fair market value of the assets changes the value of the implied intangible value will change.

DRAFT – For Discussion Purposes Only

In the table below, we present the results of our analysis.

### Table 13: Revenue Split Range (in percentage)[45]

| Scenarios | Description | GCE | Gazelle |
|---|---|---|---|
| Scenario 1 | ███████████ of Total assets including OBSAs based on fixed costs incurred by GCE | ■ | ■ |
| Scenario 2 | ███████████ of Total Assets including ███████████ of goodwill belonging to GCE and the OBSAs based on fixed costs incurred by GCE | ■ | ■ |
| Scenario 3 | ███████████ of Total Assets including ███████████ of goodwill belonging to GCE and the OBSAs based on fixed costs incurred by GCE and Gazelle[46] | ■ | ■ |

---

[45] The revenue split presented in Table 14 is based on a notional rate of 2.67%, the 3-year yield to maturity of U.S. corporate bonds rated AAA per Eikon database. The following table presents the revenue split (in percentage) for each scenario if a notional rate of 3.00%, the 5-year yield to maturity of U.S. corporate bonds rated AAA, was used instead.

| Scenarios | GCE | Gazelle |
|---|---|---|
| Scenario 1 | ■ | ■ |
| Scenario 2 | ■ | ■ |
| Scenario 3 | ■ | ■ |

The following table presents the revenue split (in percentage) for each scenario if a notional rate of 3.47%, the 10-year yield to maturity of U.S. corporate bonds rated AAA, was used instead.

| Scenarios | GCE | Gazelle |
|---|---|---|
| Scenario 1 | ■ | ■ |
| Scenario 2 | ■ | ■ |
| Scenario 3 | ■ | ■ |

[46] Based on discussions with management, we understand that Gazelle will incur approximately 25 percent of the total fixed costs generating OBSAs effective restructuring.