

**Valuation of**
**Certain Tangible Personal Property Assets**

of

**Grand Canyon Education, Inc.**
**Located at**
**Grand Canyon University Campus and Related Properties**

As of

**June 30, 2018**

**Prepared For**

**Mr. William Gonzalez**
Chairman of the Board of Directors
Gazelle University, Inc.
3300 W. Camelback Road, Building 26
Phoenix, AZ 85017

**Prepared By**

**Johnson Valuation, Inc.**
558 E. Leadora Ave.
Glendora, CA. 91741
626.914.2846
www.johnval.com

AR-C-0526



## Johnson Valuation, Inc.
MACHINERY & EQUIPMENT VALUATIONS

July 16, 2018

Mr. William Gonzalez
Chairman of the Board of Directors
Gazelle University, Inc.
3300 W. Camelback Road, Building 26
Phoenix, AZ 85017

RE:   Tangible Personal Property Valuation of Grand Canyon Education, Inc., located at the Grand
      Canyon University campus and related properties as of June 30, 2018

Dear Mr. Gonzalez:

This transmittal letter and accompanied report serves to meet the scope requirements as outlined in our November 29, 2017, Johnson Valuation, Inc. ("JVI") letter of engagement. This letter and report reflect our deliverable pertaining to the valuation of certain tangible personal property ("Assets") of Grand Canyon Education, Inc. ("GCE"), located at the Grand Canyon University campus and related properties.

This report has been prepared for the nonprofit organization called Gazelle University, Inc. ("Client" or "Gazelle") on your behalf, the primary intended users and Client. We understand that Gazelle management ("Management") purchased certain school assets of GCE that relate to the operation of Grand Canyon University, with GCE retaining the remaining administrative and service-related assets.

The purpose of the engagement is to provide our opinion of fair market value of the GCE tangible personal property that represent a portion of the school assets as of June 30th, 2018 ("Valuation Date"). It is our understanding that Management and their advisors will use the report and opinion presented herein for tax and internal management purposes with respect to the transaction.

The standard of value for tax reporting purposes is fair market value ("FMV"). FMV is defined in Revenue Ruling 59-60 as:

> *"the price at which the subject property would change hands between a willing buyer and a willing seller when the former is not under any compulsion to buy and the latter is not under any compulsion to sell, both parties having reasonable knowledge of the relevant facts."*

As the Assets are valued as a part of a going concern, they have been valued under the in-use premise.  This premise assumes that the Assets will remain "as-is, where is," and continue to be used at their present location for the continuation of the business operations.

**558 E. Leadora Ave.   Glendora, CA 91741**          **Tel: 626.914.2846   www.johnval.com**

*Mr. William Gonzalez*
*Gazelle University, Inc.*
*July 16, 2018*
*Page 2*

Distribution of the report and reliance thereon is restricted to GCE and Gazelle management, their advisors, and Gallagher & Kennedy, P.A. (Gazelle's legal counsel). This report may also be presented, if requested, to the U.S Department of Education, the Higher Learning Commission of the North Central Association, and the Internal Revenue Service.

We did not investigate any financial data pertaining to the present or prospective earning capacity of the University in which the tangible personal property assets are used. Our conclusion of fair market value assumes that the prospective earnings will provide a fair return on the appraised value of the Assets included in the investigation.

Our work paper files contain the documentation that sets forth our analyses and supports our conclusions. This report is subject to terms and conditions stipulated in our November 29, 2017 letter of engagement, the attached General Assumptions and Limiting Conditions and Appraisal Certification.

We appreciate the opportunity to perform this engagement and be of service to Gazelle University, Inc. Should you have any questions regarding this report deliverable, please email me at mjohnson@johnval.com or phone me at 626.914.2846.

Very truly yours,

Johnson Valuation, Inc.

By

President

Valuation of
Certain Tangible Personal Property Assets

of

Grand Canyon Education, Inc.
Located at
Grand Canyon University Campus and Related Properties

As of

June 30, 2018

TABLE OF CONTENTS

1   ENGAGEMENT OVERVIEW ........................................................ 2
   1.1   Overview ...................................................................... 2
   1.2   Purpose ....................................................................... 2
   1.3   Intended User ................................................................ 2
   1.4   Valuation Date ............................................................... 2
   1.5   Definition of Value .......................................................... 3
   1.6   Scope of Work ................................................................ 3

2   VALUATION APPROACHES ....................................................... 6
   2.1   Cost Approach ................................................................ 6
   2.2   Market Approach .............................................................. 6
   2.3   Income Approach .............................................................. 6

3   VALUATION CONSIDERATIONS ................................................... 8

4   VALUATION METHODOLOGY ...................................................... 9
   4.1   Application of the Cost Approach ............................................. 9
   4.2   Application of the Market Approach .......................................... 12

5   CONCLUSION ................................................................... 13

6   APPENDIX A - Appraisal Certification ........................................ 15

7   APPENDIX B – Appraisers Qualifications ...................................... 16

8   APPENDIX C – General Assumptions and Limiting Conditions .................... 17

# 1    ENGAGEMENT OVERVIEW

## 1.1    Overview

Johnson Valuation, Inc. ("JVI") was engaged by Gazelle University, Inc. ("Client" or "Gazelle") to provide a valuation of certain tangible personal property assets ("Assets").

Gazelle is a nonprofit organization of which Gazelle management ("Management") purchased certain assets of Grand Canyon Education, Inc. ("GCE") that relate to the operation of the Grand Canyon University campus and related properties ("GCU").

GCU is a private Christian university in Phoenix, Arizona. Founded in 1949 as a non-profit liberal arts college, the university was purchased by Grand Canyon Education, Inc. in February 2004.

GCU is growing rapidly with plans for continued expansion. Since 2009, GCU has invested millions into the university to improve the quality of academic offerings and student experiences. This infrastructure includes new classrooms, laboratories, libraries, student support centers, residence halls and recreational facilities. The university also continues to accommodate growing online and evening student communities. GCU has tens of thousands of online students attending class from across the globe.

GCU has also expanded outside of campus to include new properties; the GCU Hotel, located close to campus, and the GCU Golf Course, located in West Phoenix. We understand the Golf Course is part of a 30-year operating agreement with the City of Phoenix.

## 1.2    Purpose

The purpose of the engagement is to provide our opinion of fair market value of the GCE tangible personal property that represent a portion of the school assets as of June 30th, 2018 ("Valuation Date"). It is our understanding that Management and their advisors will use the report and opinion presented herein for tax and internal management purposes with respect to the transaction.

## 1.3    Intended User

Distribution of the report and reliance thereon is restricted to GCE and Gazelle management, their advisors, and Gallagher & Kennedy, P.A. (Gazelle's legal counsel). This report may also be presented, if requested, to the U.S Department of Education, the Higher Learning Commission of the North Central Association, and the Internal Revenue Service.

## 1.4    Valuation Date

The as-of date for this valuation is June 30, 2018.

AR-C-0530

## 1.5   Definition of Value

The standard of value for tax reporting purposes is fair market value ("FMV"). FMV is defined in Revenue Ruling 59-60 as:

> *"the price at which the subject property would change hands between a willing buyer and a willing seller when the former is not under any compulsion to buy and the latter is not under any compulsion to sell, both parties having reasonable knowledge of the relevant facts."*

As the tangible assets are valued as a part of a going concern, they have been valued under the in-use premise. This premise assumes that the Assets will remain "as-is, where is," and continue to be used at their present location for the continuation of the business operations.

We did not investigate any financial data pertaining to the present or prospective earning capacity of the University in which the tangible personal property assets are used. Our conclusion of fair market value assumes that the prospective earnings will provide a fair return on the appraised value of the Assets included in the investigation.

## 1.6   Scope of Work

The scope of this valuation includes the valuation of the Assets based on use of the GCE fixed asset record ("FAR") provided to us as of October 31, 2017. Along with subsequent updates, to include asset additions and disposals through June 30, 2018. We used and relied on the FAR as the primary basis to estimate the Assets FMV.

As of June 30, 2018, the FAR had a total of ▮▮▮▮ asset line items of which ▮▮▮▮ have been identified as tangible personal property asset's. As shown in the FAR, the total Acquired Value of all assets (real property, intangible assets, and personal property) is ▮▮▮▮ having a Net Book Value of ▮▮▮▮. Our valuation of the personal property excluded the real property and capitalized intangible assets. Using our valuation classification procedures, we segregated the real property/intangible assets from the personal property assets. Upon doing this, we note the personal property assets acquired value (historical cost) is ▮▮▮▮ and net book value is ▮▮▮▮

For the purpose of this valuation analysis, we categorized the Assets into various classifications as summarized below:

**Asset Classifications**
- Athletic & Fitness Equipment
- Audio & Video Equipment
- Computer Equipment
- Computer Network Equipment
- Furniture & Fixtures
- General Equipment
- Grounds Equipment
- Headsets
- Hotel Furniture & Fixtures
- Intangible Assets - Not Valued

AR-C-0531

- Intangibles-Course Material
- Laboratory Equipment
- Leasehold Improvements - Boswell
- Leasehold Improvements - Scottsdale Con
- Leasehold Improvements - Tucson Con
- Library Books
- Medical Equipment
- Music Instruments
- Office Trailers
- No Value
- Phone Equipment
- Projectors
- Real Property - Excluded
- Restaurant Equipment
- Scanners
- Software
- Vehicles

The above Asset classifications were assigned by JVI after thorough review of the FAR. Certain classifications shown above, such as: Intangible Assets - Not Valued; Intangible Assets - Course Material; No Value; and Real Property - Excluded, were either excluded from our scope, or identified as assets having no value (assets having negative cost and identified unrecorded retirements).

No other assets (inventories, materials on hand, assets not included in the FAR provided for the valuation, construction in progress (CIP) and intangibles assets) are included in the scope of this valuation.

Our valuation included a representative inspection of the Assets on December 12 through 15, 2017. We inspected the Assets of the GCE main campus located at 3300 West Camelback Road in Phoenix, Arizona, the GCU Hotel, and GCU Golf Course locations. GCE off-site satellite locations have minimal Assets and were valued on a desk-top basis only.

During our inspection, we met with and/or interviewed certain key GCE personnel familiar with the following: Fixed Asset Accounting, Information Technology (software and computer assets), Purchasing, Campus Development, Public Safety, Facilities, (vehicles and maintenance assets), Library assets, GCU Hotel, and the GCU Golf Course assets.

We performed no audit of the FAR and assume that the asset record reasonably represents the Assets, principally located at 3300 W Camelback Rd, in Phoenix, Arizona. That being said, during our inspection, we saw and observed many representative Assets as shown in the FAR. We also reviewed selected Assets invoices to confirm certain Assets descriptions and cost.

Due to the extent of Assets, we employed modeling/mass appraisal techniques using the GCE FAR, relying on the Assets description, historical cost and acquisition dates as the starting basis in the valuation.

AR-C-0532

We interviewed appropriate GCE Management and personnel to clarify questions with regard to: additional descriptive data where needed, identification of any significant unrecorded retirements, normal life cycle of Assets, anticipated remaining useful life, condition, utility, and other factors that may impact value.

The FAR used in the valuation of the Assets has been provided back to the Client in an Excel format, with FMV assigned to each asset line item.  In addition, we also provided estimates of the assets remaining useful life (RUL) on an asset line item basis for informational purposes only.

*Note: As valuation consultants, we do not provide accounting advice.  Since depreciable/amortizable lives are subject to accounting interpretation and may not be the same as remaining life as estimated in our valuation, we recommend that you consult with your auditors and/or tax advisors in making the ultimate determination of the assets lives.*

AR-C-0533

## 2   VALUATION APPROACHES

There are three conventional approaches used to value various classes of assets for tax reporting purposes, which we have considered in the preparation of this report. The three conventional approaches to value are discussed in detail below, but can be summarized as follows:

- Cost Approach
- Market Approach
- Income Approach

### 2.1   Cost Approach

The **Cost Approach** determines the value of an asset as an estimate of the current cost to purchase or replace the asset. This is based upon the principle of substitution. A prudent investor would pay no more for an asset than the amount necessary to replace the asset. Replacement Cost New ("RCN") establishes the highest amount that a prudent investor would pay for an asset. To the extent that the asset being valued provides less utility than the new one, the value of that asset is less than RCN. Accordingly, the RCN is adjusted for losses in value due to physical deterioration and other forms of obsolescence.

### 2.2   Market Approach

The **Market Approach** measures the value of an asset through an analysis of recent sales or offerings of comparable assets. Under the market approach, the fair market value of an asset reflects the price at which comparable assets are purchased under similar circumstances. Use of the market approach requires that comparable transactions be available, which may include:

- The recent sales price of the same or similar asset in an arm's-length transaction; or
- The market price for the same or similar asset to an independent third party.

A major attraction of the market approach is its simple application when a truly comparable transaction is available. This situation is most commonly found when the acquired asset is widely marketed to third parties. Under these circumstances, the market approach represents the most appropriate approach for determining the fair market value of the asset. The primary limitation associated with the market approach is the availability of comparable transactions occurring as of a recent date upon which to establish fair market value.

### 2.3   Income Approach

The **Income Approach** is predicated upon the value of the future cash flows that an asset will generate over its remaining useful life. The first step involves a projection of the cash flows that the asset is expected to generate. This involves an analysis of financial information and discussions with marketing, operations and financial personnel to develop the future income stream attributable to the asset.

Based on the characteristics of the subject Assets, we selected the cost and market approach (in certain instances) as the appropriate approach to value the subject assets. We believe that these approaches most accurately reflect the fair market value of the subject assets.

AR-C-0534

We also considered the income approach.  However, we believe it is not feasible to attribute income to the individual subject assets, since the assets contribute earnings in concert with one another and all other economic factors of the operation.  Therefore, the Income Approach was not applied.

In using these approaches, we recognize, as applicable, the contributory value associated with necessary installation, set-up, and delivery costs related to the installed assemblage of equipment. Because the underlying premise of value is *in-use*, these soft costs are considered in the valuation.

AR-C-0535

## 3    VALUATION CONSIDERATIONS

In arriving at our opinion of fair market value, we considered the following:

- Performed a representative inspection of the Assets on December 12 through 15, 2017.
- Use of the fixed asset list and information on assets as of June 30, 2018 relying on the assets description, historical cost and acquisition dates as the starting basis in the valuation;
- Interviewed appropriate GCE personnel to clarify questions regarding additional descriptive data where needed, life cycle of assets, anticipated remaining life, discuss and understand capitalized cost, condition, utility, capacity, and other factors that may impact value;
- The estimated cost new, where applicable, less an allowance for depreciation;
- The estimated used cost, where applicable; and
- Valuation analysis of the subject assets utilizing the appropriate valuation methodology.

Our due diligence processes included but were not limited to: confirmation of certain Assets in the provided asset listing based on discussions with GCE personnel, assessment of the general condition and utility of the subject Assets and determining the Asset classification for valuation purposes.  These considerations helped form the basis of our fair market value estimates.

AR-C-0536

## 4    VALUATION METHODOLOGY

As mentioned previously, we relied primarily on the cost and market approaches to value the subject assets.

### 4.1  Application of the Cost Approach

The cost approach is based upon the assumption that a prudent investor would pay no more for an asset than the amount for which he could replace or reproduce it.   Historical costs are often used to estimate the current cost of replacing the asset valued. Replacement cost new (RCN) is typically estimated using the indirect or direct method of the cost approach. The indirect method applies specific indices to the historical cost of an asset to estimate current RCN, which is often referred to as the reproduction cost new.

- *Reproduction Cost New - is the cost of reproducing a new replica of a property on the basis of current prices with the same or closely similar materials, as of a specific date[1].*

The direct method involves using published sources and cost estimating techniques to estimate current replacement cost new of the stated asset.

- *Replacement Cost New - is the current cost of a similar new property having the nearest equivalent utility as the property being appraised, as of a specific date.*

To estimate RCN, we used the indirect method of the cost approach. In applying the indirect method, trend factors were developed from producer price index (PPI) industry data published by the United States Bureau of Labor Statistics (BLS). The appropriate trend is based upon the nature of the Assets class.  BLS indexes used in this valuation included the following industries:

- Analytical laboratory instrument mfg.
- Audio & video equipment mfg.
- Books printing
- Computer & peripheral equipment mfg.
- Food product machinery mfg.
- Furniture & related product mfg.
- Lawn and garden equipment mfg.
- Medical equipment & supplies mfg.
- Motor vehicle manufacturing
- Musical instrument manufacturing
- New school building construction
- Other general-purpose machinery manufacturing
- Software publishers
- Sporting & athletic goods mfg.
- Telephone apparatus mfg.

---

[1] *Source: Machinery & Technical Specialties Committee of the American Society of Appraisers – July 25, 2010 (Applies to both Reproduction Cost New and Replacement Cost New)*

AR-C-0537

The trend factors were then applied to the Assets historical cost, based on the Assets assigned classification and vintage, to estimate the assets RCN.

The direct method was considered. However, as the majority of assets are relatively new (87% of the Assets were acquired since 2012), and review of the BLS Producer Price Indexes reflect modest inflation, we believe the indirect cost method is reasonable to estimate the Assets RCN.

After RCN was obtained, adjustments were then made and deducted, as applicable, from the RCN to account for physical deterioration, functional and economic obsolescence.

### *Depreciation*

Because the subject assets have been in use over varying periods of time, it is not unreasonable to assume that the subject asset values are less than their RCNs. Therefore, consideration was made for physical depreciation, functional, and economic obsolescence, defined as follows:

- *Physical Depreciation* – the decline in value caused by wear and tear, decay, deterioration due to age, and loss not prevented by current maintenance.

- *Functional Obsolescence* – the decline in value caused by a lack of desirability or loss of utility in terms of design or production deficiencies resulting from technological innovations.

- *Economic Obsolescence* – the adverse conditions external to the property such as poor market demand for the product, industrial reorientation, unavailability of transportation and excessive governmental regulations.

### *Physical Depreciation*

Our estimate of depreciation considers our experience of valuing these types of Assets. Physical depreciation estimates were based upon the Assets classification, normal useful life (NUL), remaining useful life (RUL) estimates, age, condition, and quality of the subject assets.

Depreciation is calculated based on an age/life method. Depreciation factors were derived from the relationship between the tangible assets estimated NUL, the estimated effective age of the assets, and the estimated RUL.

Our estimates of the Assets NUL's are as shown on the follow page:

AR-C-0538

| Asset Classification | NUL |
|---|---|
| Athletic & Fitness Equipment | 10 |
| Audio & Video Equipment | 6 |
| Computer Equipment | 4 |
| Computer Network Equipment | 7 |
| Furniture & Fixtures | 10 |
| General Equipment | 10 |
| Grounds Equipment | 7 |
| Headsets | 4 |
| Hotel Furniture & Fixtures | 7 |
| Intangible Assets - Not Valued | 0 |
| Intangibles-Course Material | 0 |
| Laboratory Equipment | 10 |
| Leasehold Improvements - Boswell | 12 |
| Leasehold Improvements - Scottsdale Con | 12 |
| Leasehold Improvements - Tucson Con | 12 |
| Library Books | 10 |
| Medical Equipment | 10 |
| Music Instruments | 10 |
| Office Trailers | 3 |
| No Value | 0 |
| Phone Equipment | 7 |
| Projectors | 5 |
| Real Property - Excluded | 0 |
| Restaurant Equipment | 10 |
| Scanners | 5 |
| Software | Various |
| Vehicles | 5 |

NUL's were estimated based upon discussions with GCE, our experience with similar assets, and review of NUL guidelines as complied by the Machinery & Technical Specialty Committee of the American Society of Appraisers. Software takes into consideration discussion with the GCE Chief Information Officer.

As previously mentioned, the above Asset classifications were assigned for valuation purposes by JVI after thorough review of the FAR. Certain classifications shown above, such as: Intangible Assets - Not Valued; Intangible Assets - Course Material; No Value; and Real Property - Excluded, were either excluded from our scope, or identified as assets having no value (assets with negative cost and identified unrecorded retirements). No FMV's were assigned to these asset classifications.

RULs were estimated based upon our discussions with GCE personnel and considers the assets current condition and anticipated time frame before major overhaul or rebuilds are necessary or replacement of the asset is needed. The depreciation factors were then applied to each asset's RCN to arrive at its estimate of fair market value.

11 | P a g e

The leasehold improvements were depreciated and valued based on the estimated useful life of those assets or the lease terms, whichever is shorter.

***Functional & Economic Obsolescence***

Functional obsolescence was considered but was not applied in valuing the subject assets. We did not identify any excess operating cost of other significant levels of functional obsolescence.

Economic obsolescence was considered and was not applied in valuing the subject assets. We understand that that the University is profitable, operating at capacity, and anticipate continued growth in revenue and demand for their products and services.

## 4.2   Application of the Market Approach

The market approach was considered primarily as a basis to test the reasonableness of the cost approach, or directly estimate the FMV of certain assets.  The following types of Assets were valued using the market approach: certain computers, medical equipment, projectors, vehicles, and scanners. This approach estimates value through analysis of recent sales of comparable property.  Similar assets recently sold or offered for sale in the current market were analyzed and compared with the property being valued.

We considered various resources to estimate the fair market value of Assets using the market approach. The following resources were used and/or considered in estimating fair market values using market approaches:

- ebay.com (computers, golf carts, mowers, etc.)
- Kelly Blue Book (vehicles)
- Truck & Trailer Blue Book (dump truck)
- VIN Decoder (Used to identify vehicle description using VIN)
- Top Bid (Forklifts)

AR-C-0540

## 5   CONCLUSION

As of June 30, 2018, the total concluded fair market value of the tangible personal property is ███████████████ as summarized below:

**Grand Canyon University**
**File Listing Report**
**Fair Market Value of Personal Property Assets**
**As of June 30, 2018**

| Asset Class | Sum of Acquired Value | Sum of Net Book Value | Sum of Fair Market |
|---|---|---|---|


Excludes CIP

**NOTE:** Due to the volume of asset detail, the detailed schedule showing the individual Assets assigned fair market value and estimated remaining useful life was provided to GCE in a separate electronic file and is not included in this report.

AR-C-0541

Our conclusion of value is based on these assets operating in continued use as a going entity. Accordingly, we express no assurance that these amounts can be realized upon the sale of these assets in the open market for any alternate use or in a piecemeal disposition.

Based upon the age of the Assets and our discussions with GCE personnel, the Assets range from good to excellent condition for their age overall.

AR-C-0542

## 6    APPENDIX A - Appraisal Certification

I hereby, to our best knowledge and belief, certify the following statements regarding this opinion:

1.  The statements of fact contained in this report are true and correct.
2.  The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and is our personal, impartial, unbiased professional analyses, opinions, and conclusions.
3.  I have no present or prospective interest in the property that is the subject of this report, and we have no personal interest with respect to the parties involved.
4.  I have no bias with respect to the subject matter of this report or to the parties involved with this engagement.
5.  My compensation for this engagement is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the Company, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this report.
6.  My engagement for the provision of services was not contingent upon developing or reporting predetermined results.
7.  My analyses, opinions, and conclusions were developed, and this report has been prepared in conformity with, generally accepted standards and are subject to the requirements of the code of professional ethics and standards of professional conduct of the professional appraisal organizations of which I am a member.
8.  I am in compliance with the certification programs of the professional appraisal organization of which we are members.
9.  My analyses, opinions, or conclusions were developed, and this report has been prepared, in conformity with the *Uniform Standards of Professional Appraisal Practice*.
10. I have performed no services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.
11. No one provided significant personal property assistance to the person signing this certification.
12. I have made a personal inspection of the assets and significant locations specified in this report.  Certain minor locations/assets were not inspected and valued based on using desktop techniques.

Mark S. Johnson, ASA
Machinery & Technical Specialties
American Society of Appraisers

AR-C-0543

## 7   APPENDIX B – Appraisers Qualifications



**MARK S. JOHNSON, ASA**
*President*

Johnson Valuation, Inc.
558 E. Leadora Ave.
Glendora, CA 91741

Phone :
Cell:

Email :
johnjohnson@johnval.com
Web:   www.johnval.com

### Specialization

▪ Tangible Asset Valuations (Machinery and Equipment)
▪ Specialize in unique and one-of-kind assets
▪ Specialize and valuation of unique improvements
▪ Development of property records
▪ Inventory and tagging of assets

### Education & Certifications

▪ BA degree, Industrial Arts, California State University at Los Angeles
▪ Accredited Senior Appraiser (ASA) of the American Society of Appraisers (Machinery and Technical Specialties)

### Background

Mark Johnson, ASA is President of Johnson Valuation, Inc. (JVI). He has over 37 years of machinery, equipment, specialized tangible asset appraisal and consulting experience. He is responsible for and involved in a wide range of valuation engagements for financial reporting purposes including: ASC 805, ASC 350, and ASC 360 (SFAS 141, 142, and 144); tax filings; audit-assist appraisal reviews; fresh-start accounting; asset-based financing; litigation support; condemnation proceedings; insurance placement; and a variety of other appraisal-related services.

Prior to starting JVI, Mark worked for KPMG where he served as managing director in KPMG's Economic and Valuation Services group. Additional experience includes Arthur Andersen's Valuation Services Group and Deloitte Financial Advisory Services, LLP where he led the firm's Pacific Southwest tangible asset valuation and fixed asset management consulting group.

### Professional and Industry Experience

▪ Mr. Johnson teams with business valuation and real property valuation appraisers to coordinate all aspects of valuations for financial reporting purposes. He has been involved in hundreds of valuation reviews for financial reporting of small and large publicly traded companies.

▪ He has supervised and conducted machinery and equipment and construction valuations within a diverse group of industries including: Agriculture, Automotive, Broadcasting, Construction, Distribution, Entertainment, Financial, Food Processing, Gaming, Healthcare, Hospitality, Manufacturing and Metal Working, Mining, Petroleum, Pharmaceuticals, Plastic, Power Generation, Publishing, Pulp & Paper, Retail and Service, Semiconductor, Steel and Heavy Industrial, Tele-communications, Textiles, Timber and others

▪ Has conducted hundreds of valuations on numerous small business to large corporations throughout the United States as well as multiple international assignments including: Canada, the former Yugoslavia, France, China, Peru, Thailand, Singapore, Mexico, and Puerto Rico

▪ Has testified as an expert witness in California, Kansas, and Missouri

▪ Has extensive experience with assisting clients "clean up" and maintain accurate property records through fixed asset management and inventory services

▪ Has developed replacement costs, fair value, fair market value, and liquidation values estimates for all types of assets using individual assets and mass appraisal techniques, production capacities considerations, and cost engineering techniques.

▪ Performed useful and remaining life studies taking into consideration physical deterioration, and obsolescence due to functional and/or economic conditions.

▪ Has previously served the ASA in numerous capacities including: member, Board of Governors (Region 9 - Southern California and Nevada, 1999-2003); Chair, ASA International Performance Evaluation Committee Member; ASA Publications and Editorial Review Board; President, Vice President, Treasurer and Examiner Chairman, for the Los Angeles Chapter. Currently serves as a Member of the American Society of Appraisers International Board of Examiners Committee.

AR-C-0544

## 8    APPENDIX C – General Assumptions and Limiting Conditions

This appraisal report is subject to the following general assumptions and limiting conditions:

1. This is an Appraisal Report in a summary format. As such, it might not include full discussions of the data, reasoning, and analyses that were used in the appraisal process to develop the appraiser's opinion of value. Supporting documentation concerning the data, reasoning, and analyses is retained in the appraiser's file. The information contained in this report is specific to the needs of the client and for the intended use stated in this report. The appraiser is not responsible for unauthorized use of this report.

2. No investigation has been made of, and no responsibility is assumed for, the legal description of the property being valued or legal matters, including title or encumbrances. Title to the property is assumed to be good and marketable unless otherwise stated. The property is further assumed to be free and clear of any liens, easements or encumbrances unless otherwise stated, and all improvements are assumed to lie within property boundaries.

3. Information furnished by others, upon which all or portions of this appraisal is based, is believed to be reliable, but has not been verified in all cases. No warranty is given as to the accuracy of such information.

4. It is assumed that all required licenses, certificates of occupancy, consents or other legislative or administrative authority from any local, state, or national government or private entity or organization have been, or can readily be, obtained or renewed for any use on which the value estimate contained in this report is based.

5. Full compliance with all applicable federal, state and local zoning, use, occupancy, environmental and similar laws and regulations is assumed, unless otherwise stated.

6. No responsibility is taken for changes in market conditions and no obligation is assumed to revise this report to reflect events or conditions that occur subsequent to the appraisal date thereof.

7. The opinion of value is predicated on the financial structure prevailing as of the date of this appraisal.

8. Responsible ownership and competent property management are assumed.

9. Areas and dimensions of the property were obtained from sources believed to be reliable. Maps or sketches included in this report are only to assist the reader in visualizing the property and no responsibility is assumed for their accuracy. No independent surveys were conducted.

10. No soil analysis or geological studies were ordered or made in conjunction with this report, nor was an investigation made of any water, oil, gas, coal, or other subsurface mineral and use rights or conditions. It is assumed that there are no hidden or unapparent conditions of the property, subsoil, or structures that render it more or less valuable. No responsibility is assumed for such conditions or for arranging engineering studies that may be required to discover them.

AR-C-0545

11. Unless otherwise stated in this report, no hazardous material, which may or may not be present on or near the property, was observed. We have no knowledge of the existence of such materials on, or in, the property; however, we are not qualified to detect such substances. The presence of potentially hazardous substances such as asbestos, urea-formaldehyde foam insulation, or industrial wastes may affect the value of the property. The value estimate herein is predicated on the assumption that there is no such material on, in, or near the property that would cause a loss in value. No responsibility is assumed for any such conditions or for any expertise or engineering knowledge required to discover them. The client should retain an expert in this field if further information is desired.

12. Neither Johnson Valuation, Inc. nor any individual signing or associated with this report shall be required by reason of this report to give further consultation, provide testimony, or appear in court or other legal proceedings unless specific arrangements therefore have been made.

13. This report has been made only for the purpose and valuation date stated and shall not be used for any other purpose or date. Neither this report nor any portions thereof (including, without limitation, any conclusions, the identity of Johnson Valuation, Inc. or any individuals signing or associated with this report, or the professional associations or organizations with which they are affiliated) shall be disseminated to third parties by any means without the prior written consent and approval of Johnson Valuation, Inc.

14. The date of value to which the opinion expressed in this report applies is set forth in the opinion letter at the front of this report. Our value opinion is based on the purchasing power of the United States dollar as of that date.

15. This appraisal has been made in conformance with the Uniform Standards of Professional Appraisal Practice of The Appraisal Foundation.

16. This appraisal report is considered a fractional appraisal in that there is no consideration for business goodwill, royalties, licensing or any other type of intangible assets associated with the business wherein the respective tangible assets are located unless otherwise stipulated in the report.

17. This appraisal is the property of both client and Johnson Valuation, Inc. It is understood by all parties that Johnson Valuation, Inc. reserves the right to retain and reuse the information in this appraisal at its sole discretion without any further approval.

18. The appraiser's opinion of machinery and equipment condition is derived from a limited visual inspection and/or discussion with management, maintenance personnel or operators, if available. The equipment was not tested under power for defects. The values reported assume the equipment is operational and serviceable unless otherwise stated in the report.

19. The allocation in this report of the total valuation among components of the property applies only to the program of utilization stated in this report. The separate values for any components may not be applicable for any other purpose and must not be used in conjunction with any other appraisal.

20. This report may not be included or referred to in any Securities and Exchange Commission filing or other public document.