# A NARRATIVE APPRAISAL REPORT OF:

**The Existing 259.568± Acres Of Underlying Land**
**6,868± Seat, 137,500± Square Foot Event Center – Arena**
**12 On-Campus Residence Halls (Dormitories)**
**9 On-Campus Student Housing Apartment Buildings**
**Associated With Grand Canyon University**
**Located At 3300 W Camelback Road**
**Phoenix, Arizona 85017**

## EFFECTIVE DATE OF VALUE

**May 25, 2018 (Land And Arena)**
**And**
**July 23, 2018 (Residence Halls And Student Housing)**

## DATE OF REPORT

**August 28, 2018**

## PREPARED FOR:

**Grand Canyon University**
**Attn: Mr. William Gonzalez**
**Chairman Of The Board**
**3300 W Camelback Road, Building 26**
**Phoenix, Arizona 85017**

## PREPARED BY:

**Hurd And Associates, Inc.**
**6928 E Orange Blossom Lane**
**Paradise Valley, Arizona 85253**
**Hurd File # C18-05-01**

# HURD AND ASSOCIATES, INC.

**Professional Real Estate Appraisers and Consultants**
**6828 East Orange Blossom Lane**
**Paradise Valley, Arizona   85253**
**602-549-8870**

August 28, 2018

Grand Canyon University
Attn: Mr. William Gonzalez
Chairman Of The Board
3300 W Camelback Road, Building 26
Phoenix, Arizona 85017

**Re:**   ***An Appraisal Report of the existing 259.568± acres of underlying land ("As If Vacant" and available for development); 6,868± seat, 137,500± square foot Event Center – Arena; 12 on-campus Residence Halls (Dormitories); and 9 on-campus Student Housing Apartment Buildings; all associated with Grand Canyon University, located at 3300 W Camelback Road, Phoenix, Arizona 85017***

Dear Mr. Gonzalez:

At your request, a real estate appraisal report of the above identified property has been prepared. The purpose of this appraisal is to develop an opinion of the "As Is" Fair Market Value of the Fee Simple Interest of ***1.)*** the existing 259.568± acres of Underlying Land "As If Vacant" and available for development (***Valuation Section 1***); ***2.)*** the 6,868± seat, 137,500± square foot Event Center - Arena, exclusive of the underlying land (***Valuation Section 2***); ***3.)*** 12 on-campus Residence Halls (Dormitories) totaling 1,908 suites/7,418 beds, exclusive of the underlying land (***Valuation Section 3***); and ***4.)*** 9 on-campus Student Housing Apartment Buildings totaling 1,455 suites/5,042 beds, exclusive of the underlying land (***Valuation Section 4***).   All components are associated with Grand Canyon University.   The appraised properties were inspected on May 25, 2018 (land and event center) and July 23, 2018 (Residence Halls and Student Housing Apartment Buildings), which represents the effective dates of the respective "As Is" Market Values.   This report is intended to be an Appraisal Report, prepared in conformance with USPAP Standard 2-2(a).   The intended use of this report is to assist the nonprofit organization referred to as "Grand Canyon University." in obtaining the above referenced real estate from Grand Canyon Education, Inc. (GCE), with GCE retaining all administrative and service related assets.   The intended user is ***Grand Canyon University.   Any distribution of this appraisal is restricted to Grand Canyon University, Grand Canyon Education, Inc., and/or Gallagher & Kennedy, P.A., legal counsel for Grand Canyon University.***

This report has been prepared in compliance with:   the Uniform Standards of Professional Appraisal Practice (effective date January 1, 2018).

The subject property represents the underlying 259.568± acres of land owned by and associated with the Grand Canyon University, including both the current educational related buildings, in addition to parcels to be utilized for future expansion.   Notably, not all parcels are contiguous, with a number still being improved with non-university related improvements.   Zoning ranges from PUD, which was initiated by the university, to commercial and multifamily.   The valuation of the underlying land for the overall site was broken down into economic components based on size (contiguous areas), zoning and location.   Each of these land parcels has been valued to their Highest And Best Use (H&BU), and discounted to reflect a single purchase buyer.

*Mr. William Gonzalez*
*August 28, 2018*
*Hurd File # C18-05-01*
*Page 2*

In addition, we have provided a valuation for the existing 6,868±seat, 137,500± square foot, Event Center - Arena.   This building was originally constructed in 2007 with roughly 4,016 seats, and was expanded by 2,852 seats in 2014.   We have also provided individual Market Values of the 12 on-campus Residence Halls (Dormitories) totaling 1,908 suites/7,418 beds.   These buildings range from 116 to 196 suites and were constructed between 2010 and 2016.   Finally, we have provided individual Market Values of the 9 on-campus Student Housing Apartment Buildings which total 1,455 suites/5,042 beds.   These buildings range from 54 to 237 suites and were mostly constructed between 2010 and 2018.   Notably, the North Rim Apartments were constructed in the late 1970's or early 1980's; however, the school renovated the 167 suites in 2011.   As it is part of a larger campus, no public records are available to provide a construction date.

After considering all facts available, subject to the underlying assumptions and limiting conditions included, it was concluded the individual Market Value of various land components, as of May 25, 2018, were as shown in the following tables:

## Schedule Of Values – Residential Land

| New Group | Parcel No. | Zoning | Size-SF | Size-Acs | MV/SF | Total MV | Rounded |
|---|---|---|---|---|---|---|---|
| **Residential Land - New Combined Parcels** | | | | | **Market Values** | | |
| 1 | 153-17-212 | PUD | 1,089,000 | 25.00 | | | |
| | | PUD | 1,089,000 | 25.00 | | | |
| | | PUD | 1,089,000 | 25.00 | | | |
| | | PUD | 1,089,000 | 25.00 | | | |
| | | PUD | 1,089,000 | 25.00 | | | |
| | | PUD | 1,089,000 | 25.00 | | | |
| | | PUD | 489,832 | 11.24 | | | |
| 5 | 153-19-126 | PUD | 275,804 | 6.33 | | | |
| 7 | 153-19-127 | PUD | 610,441 | 14.01 | | | |
| 9 | 153-28-051 | PUD | 405,555 | 9.31 | | | |
| 10 | 153-18-129 | PUD | 90,601 | 2.08 | | | |
| 16 | 153-19-128 | R-3 | 24,795 | 0.57 | | | |
| 17 | 153-28-052 | PUD | 33,657 | 0.77 | | | |
| 22 | 153-28-053 | R-4 | 150,340 | 3.45 | | | |
| **Aggregate Sub-Totals *** | | | 8,615,025 | 197.77 | | | |

| Group | Parcel Nos. | Zoning | Size-SF | Size-Acs | MV/SF | Total MV | Rounded |
|---|---|---|---|---|---|---|---|
| **Original Parcels** | | | | | | | |
| A | 153-18-Various | PUD | 776,292 | 17.82 | | | |
| B | 153-18-027,028A | R-3,PUD | 78,785 | 1.81 | | | |
| C | 153-19-027 | R1-6 | 8,495 | 0.20 | | | |
| D | 153-19-032, 033 | R-3 | 22,284 | 0.51 | | | |
| E | 153-19-043, 044, 045C | R-3 | 24,628 | 0.57 | | | |
| F | 153-19-047 | R1-6 | 8,202 | 0.19 | | | |
| G | 153-28-001A | PUD | 40,812 | 0.94 | | | |
| H | 153-28-047 | R-3 | 8,418 | 0.19 | | | |
| **Aggregate Sub-Totals *** | | | 967,916 | 22.22 | | | |
| **Aggregate Totals *** | | | 9,582,941 | 219.99 | | | |

*\* Aggregate is the toal of all retail value and does not represent a "Bulk" value to a single buyer*

*Mr. William Gonzalez*
*August 28, 2018*
*Hurd File # C18-05-01*
*Page 3*

## Schedule Of Values – Commercial Land

| New Group | APN(s) | Current Zoning | Size-SF | Size-Acs | MV/SF | Total MV | Rounded |
|---|---|---|---|---|---|---|---|
| **Commercial Land - New Combined Parcels** | | | | | **Market Values** | | |
| 3 | 153-27-014 | PUD | 255,169 | 5.86 | | | |
| **Aggregate Sub-Totals *** | | | **255,169** | **5.86** | | | |
| **Original Parcels** | | | | | | | |
| **Group** | **APN(s)** | | **Size-SF** | **Size-Acs** | | | |
| I | 153-17-001A | C-1 | 14,918 | 0.34 | | | |
| J | 153-19-010, 013 | C-3 | 26,215 | 0.60 | | | |
| K | 153-20-029E | PUD | 148,487 | 3.41 | | | |
| L | 153-27-003C | PUD | 426,721 | 9.80 | | | |
| M | 153-27-007B | PUD | 131,290 | 3.01 | | | |
| N | 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 | PUD | 282,153 | 6.48 | | | |
| O | 153-27-013 | PUD | 372,602 | 8.55 | | | |
| P | 153-28-009D | C-3 | 7,658 | 0.18 | | | |
| Q | 153-28-033A | C-3 | 20,492 | 0.47 | | | |
| R | 153-28-037B | PUD | 38,115 | 0.88 | | | |
| **Aggregate Sub-Totals *** | | | **1,468,651** | **33.72** | | | |
| **Aggregate Totals *** | | | **1,723,820** | **39.57** | | | |

*\* Aggregate is the toal of all retail values and does not represent a "Bulk" value to a single buyer*

Also, subject to the underlying assumptions and limiting conditions included, it was concluded the Market Value of existing Event Center – Arena, exclusive of underlying land, as of May 25, 2018, was:



*Mr. William Gonzalez*
*August 28, 2018*
*Hurd File # C18-05-01*
*Page 4*

Further considering all facts available, subject to the underlying assumptions and limiting conditions included, it was concluded the individual Market Values of various Residence Halls (Dormitories), exclusive of underlying land, as of July 23, 2018, are as follows:

## Schedule Of Values - Residence Halls*

| "As Is" Market Value | Units | Beds | Property Rights | Date Of Value | Concluded | % Of Total |
|---|---|---|---|---|---|---|
| **Acacia Hall** | | | **Fee Simple** | **July 23, 2018** | | **100%** |
| *Real Property Value* | | | | | | 98% |
| *Furniture, Fixtures & Equipment †* | | | | | | 2% |
| **Camelback Hall** | | | **Fee Simple** | **July 23, 2018** | | **100%** |
| *Real Property Value* | | | | | | 97% |
| *Furniture, Fixtures & Equipment †* | | | | | | 3% |
| **Canyon Hall** | | | **Fee Simple** | **July 23, 2018** | | **100%** |
| *Real Property Value* | | | | | | 97% |
| *Furniture, Fixtures & Equipment †* | | | | | | 3% |
| **Chaparral Hall** | | | **Fee Simple** | **July 23, 2018** | | **100%** |
| *Real Property Value* | | | | | | 97% |
| *Furniture, Fixtures & Equipment †* | | | | | | 3% |
| **Cypress Hall** | | | **Fee Simple** | **July 23, 2018** | | **100%** |
| *Real Property Value* | | | | | | 97% |
| *Furniture, Fixtures & Equipment †* | | | | | | 3% |
| **Ironwood Hall** | | | **Fee Simple** | **July 23, 2018** | | **100%** |
| *Real Property Value* | | | | | | 98% |
| *Furniture, Fixtures & Equipment †* | | | | | | 2% |
| **Juniper Hall** | | | **Fee Simple** | **July 23, 2018** | | **100%** |
| *Real Property Value* | | | | | | 97% |
| *Furniture, Fixtures & Equipment †* | | | | | | 3% |
| **Ocotillo Hall** | | | **Fee Simple** | **July 23, 2018** | | **100%** |
| *Real Property Value* | | | | | | 98% |
| *Furniture, Fixtures & Equipment †* | | | | | | 2% |
| **Prescott Hall** | | | **Fee Simple** | **July 23, 2018** | | **100%** |
| *Real Property Value* | | | | | | 97% |
| *Furniture, Fixtures & Equipment †* | | | | | | 3% |
| **Saguaro Hall** | | | **Fee Simple** | **July 23, 2018** | | **100%** |
| *Real Property Value* | | | | | | 98% |
| *Furniture, Fixtures & Equipment †* | | | | | | 2% |
| **Sedona Hall** | | | **Fee Simple** | **July 23, 2018** | | **100%** |
| *Real Property Value* | | | | | | 97% |
| *Furniture, Fixtures & Equipment †* | | | | | | 3% |
| **Willow Hall** | | | **Fee Simple** | **July 23, 2018** | | **100%** |
| *Real Property Value* | | | | | | 98% |
| *Furniture, Fixtures & Equipment †* | | | | | | 2% |
| **Aggregate Values √** | | | | | | |
| *Real Property Values* | | | | | | |
| *Furniture, Fixtures & Equipment †* | | | | | | |

*\* Exclusive of unerlying land; † Rounded; √ Aggregate is the toal of all retail values and does not represent a "Bulk" value to a single buyer*

*Mr. William Gonzalez*
*August 28, 2018*
*Hurd File # C18-05-01*
*Page 5*

Finally, considering all facts available, subject to the underlying assumptions and limiting conditions included, it was concluded the individual Market Values of various on-campus Student Housing Apartment Buildings, exclusive of underlying land, as of July 23, 2018, are as follows:

## Schedule Of Values - Apartments*

| "As Is" Market Value | Units | Beds | Property Rights | Date Of Value | Concluded | % Of Total |
|---|---|---|---|---|---|---|
| **Agave Apartments** | | | **Fee Simple** | **July 23, 2018** | | **100%** |
| *Real Property Value* | | | | | | *98%* |
| *Furniture, Fixtures & Equipment †* | | | | | | *2%* |
| **Cactus Apartments** | | | **Fee Simple** | **July 23, 2018** | | **100%** |
| *Real Property Value* | | | | | | *98%* |
| *Furniture, Fixtures & Equipment †* | | | | | | *2%* |
| **Diamondback Apartments** | | | **Fee Simple** | **July 23, 2018** | | **100%** |
| *Real Property Value* | | | | | | *98%* |
| *Furniture, Fixtures & Equipment †* | | | | | | *2%* |
| **Encanto Apartments** | | | **Fee Simple** | **July 23, 2018** | | **100%** |
| *Real Property Value* | | | | | | *98%* |
| *Furniture, Fixtures & Equipment †* | | | | | | *2%* |
| **Jerome Apartments** | | | **Fee Simple** | **July 23, 2018** | | **100%** |
| *Real Property Value* | | | | | | *98%* |
| *Furniture, Fixtures & Equipment †* | | | | | | *2%* |
| **Roadrunner Apartments** | | | **Fee Simple** | **July 23, 2018** | | **100%** |
| *Real Property Value* | | | | | | *98%* |
| *Furniture, Fixtures & Equipment †* | | | | | | *2%* |
| **Papago North - Bld 47** | | | **Fee Simple** | **July 23, 2018** | | **100%** |
| *Real Property Value* | | | | | | *98%* |
| *Furniture, Fixtures & Equipment †* | | | | | | *2%* |
| **Papago South - Bld 48** | | | **Fee Simple** | **July 23, 2018** | | **100%** |
| *Real Property Value* | | | | | | *98%* |
| *Furniture, Fixtures & Equipment †* | | | | | | *2%* |
| **North Rim Apartments** | | | **Fee Simple** | **July 23, 2018** | | **100%** |
| *Real Property Value* | | | | | | *98%* |
| *Furniture, Fixtures & Equipment †* | | | | | | *2%* |
| **Aggregate Values√** | | | | | | |
| *Real Property Values* | | | | | | |
| *Furniture, Fixtures & Equipment †* | | | | | | |

*\* Exclusive of unerlying land; † Rounded; √ Aggregate is the toal of all retail values and does not represent a "Bulk" value to a single buyer*

All three of the traditional approaches to value were considered for the various components of this appraisal.   In consideration of the underlying land component, only the Sales Comparison Approach was utilized.   With respect to the Event Center - Arena, only the Cost Approach was considered applicable for this type of specialized improvement.   Notably, to provide support for our value conclusion, the appraisers' did consider a number of improved sales.

*Mr. William Gonzalez*
*August 28, 2018*
*Hurd File # C18-05-01*
*Page 6*

## **Extraordinary Assumptions**

- The respective individual Market Values of the underlying land parcels assumed that they are vacant and available to be developed to their current H&BU, and that the subject University does not exist.

- Current surveys of the individual subject land parcels were not provided, therefore the appraisers utilized public records to estimate the subject parcel sizes and frontages. We assume this data is correct.

- Building plans for the Event Center - Arena by Future Cities, LLC of Tempe, Arizona, were provided by the ownership and assumed to be accurate.

- Original and expansion construction costs for the Event Center - Arena were provided by the ownership and assumed to be accurate.

- The valuation of the Event Center - Arena represents both the building and site improvements, exclusive of the underlying land.

- Partial building plans for the 12 on-campus Residence Halls (Dormitories) and 9 on-campus Student Housing Apartment Buildings were provided by the ownership and assumed to be accurate.  These included floor plans for the common building types. The appraisers made every effort to accurately delineate the gross building area of each building from the plans provided, utilizing the common plans and discussions with representatives of the ownership as to which plans pertained to each building. This information is assumed to be accurate.  Notably, no information was available for the apartment complex known as North Rim.

- Original construction costs for the 12 on-campus Residence Halls (Dormitories) and 8 of the 9 (excludes North Rim) on-campus Student Housing Apartment Buildings were provided by the ownership and assumed to be accurate.   The renovation costs for the North Rim Student Housing Apartment Building was provided by the ownership and assumed to be accurate.

- The suite and bed counts for each of the 12 on-campus Residence Halls (Dormitories) and 9 on-campus Student Housing Apartment Buildings were provided by the owner and assumed to be correct in the absence of individual plans for each building.

- The "Dorm Profitability Analysis" which provides the forecasted 2018/2019 annualized revenue per building is believed to be based on current rates, and supported by either leases, and/or prior year(s) revenues.   This information was provided by the ownership and assumed to be accurate.

- The valuation of the 12 on-campus Residence Halls (Dormitories) and 9 on-campus Student Housing Apartment Buildings represents both the building and site improvements, exclusive of the underlying land.

- It is an extraordinary assumption that all on-site housing buildings, including both the Apartments and Residence Halls, could be legally sub-divided from the main site, openly marketed, and sold to a qualified party.  This also assumes that Grand Canyon University will continue to utilize these buildings as their primary student housing.

*Mr. William Gonzalez*
*August 28, 2018*
*Hurd File # C18-05-01*
*Page 7*

- It is an extraordinary assumption that all amenities associated with any of the on-campus Residence Halls and/or Apartments may be utilized by any resident of the on-campus housing and the financial burden to operate the respective amenities be equitability distributed between all 21 student housing projects.

- The subject property will be a non-profit educational entity, and thus will be exempt from real estate taxes.  Therefore, this appraisal assumes that all 259.568± acres of underlying land, as well as all vertical improvements will be exempt from real estate taxes.

*The use of these Extraordinary Assumptions might have affected the assignment results.*

### Hypothetical Condition

- The subject student housing buildings, apartments and residence halls, are all located on a single legal parcel, part of the main campus of Grand Canyon University.  It is a Hypothetical Condition of this report that each of the subject buildings is on a legally subdivided parcel of land at the estimated land sizes herein and is available for sale or ground lease at the Market Value estimated herein.

- It is a Hypothetical Condition of this report that both the Cactus and Jerome Apartment were 100% complete.

*The use of these Hypothetical Conditions might have affected the assignment results.*

Based on the exposure periods of the comparable sales employed in this analysis, and discussions with brokers and market participants active in both the *vacant land* and *student housing* markets, an exposure time of one year, or less, has been estimated for the subject properties if adequately marketed at a prices consistent with the various Market Value opinion.   Additionally, a marketing time of one year, or less, is projected for the subject property properties on anticipated market conditions over the next one-year period.   Notably, this marketing and exposure period is for the underlying land parcels as described as well as the 12 on-campus Residence Halls (Dormitories) and 9 on-campus Student Housing Apartment Buildings.

No market and exposure time has been estimated for the Event Center – Arena as it is part of a larger university campus and represent an amenity which is not typically sold.

Sincerely,

*Barott G. Hurd*
*President*
*Hurd And Associates, Inc.*
*State of Arizona Certified*
*General Real Estate Appraiser #30577*

*Stephen L. Mastorakos*
*State of Arizona Certified*
*General Real Estate Appraiser #30446*

# TABLE OF CONTENTS

## PREFACE

EXECUTIVE SUMMARY ....................................................................................................1
PROPERTY IDENTIFICATION ..........................................................................................10
EXTRAORDINARY ASSUMPTIONS ...................................................................................11
HYPOTHETICAL CONDITIONS ........................................................................................12
LEGAL DESCRIPTION .....................................................................................................13
PURPOSE OF THE APPRAISAL AND PROPERTY RIGHTS APPRAISED ............................13
INTENDED USE / INTENDED USER .................................................................................13
MARKET VALUE AS DEFINED .........................................................................................14
OTHER DEFINITIONS ......................................................................................................14
OWNERSHIP HISTORY OF THE SUBJECT PROPERTY .....................................................15
SCOPE OF WORK ...........................................................................................................15
THE APPRAISAL PROCESS .............................................................................................16

## INTRODUCTION

PHOENIX METROPOLITAN OVERVIEW .............................................................................19
NEIGHBORHOOD ANALYSIS ...........................................................................................28
OVERALL SITE ANALYSIS ...............................................................................................35
ZONING ..........................................................................................................................44
IMPROVEMENT ANALYSIS
    EVENT CENTER - ARENA ...........................................................................................53
    EVENT CENTER - ARENA PHOTOGRAPHS ..................................................................69
    ON-CAMPUS STUDENT HOUSING ..............................................................................73
    ON-CAMPUS STUDENT HOUSING PHOTOGRAPHS .....................................................82
TAXES AND ASSESSMENTS ...........................................................................................98
HIGHEST AND BEST USE ...............................................................................................99

## VALUATION ANALYSIS

SECTION ONE - 259.568± ACRES OF UNDERLYING LAND COMPONENT - SALES COMPARISON
    MULTIFAMILY AND/OR RESIDENTIAL DESIGNATED LAND
        GROUP 7.............................................................................................................119
        GROUP 1.............................................................................................................128
        GROUP 5.............................................................................................................129
        GROUP 9.............................................................................................................129
        GROUP 22...........................................................................................................129
        GROUP A.............................................................................................................129
        GROUP D.............................................................................................................130
        GROUP 10...........................................................................................................137
        GROUP 16...........................................................................................................137
        GROUP 17...........................................................................................................137
        GROUP B.............................................................................................................137
        GROUP C.............................................................................................................137
        GROUP E.............................................................................................................137
        GROUP F.............................................................................................................137
        GROUP G.............................................................................................................138

# TABLE OF CONTENTS (CONTINUED)

COMMERCIAL DESIGNATED LAND
    GROUP 3 ............................................................................................. 140
    GROUP K ............................................................................................. 149
    GROUP L ............................................................................................. 149
    GROUP M ............................................................................................. 149
    GROUP N ............................................................................................. 150
    GROUP O ............................................................................................. 150
    GROUP R ............................................................................................. 150
    GROUP I ............................................................................................. 158
    GROUP J ............................................................................................. 158
    GROUP P ............................................................................................. 158
    GROUP Q ............................................................................................. 158

SECTION TWO - ENTERTAINMENT / ATHLETIC FACILITY COMPONENT
    COST APPROACH ..................................................................................... 161

SECTION THREE - RESIDENCE HOUSING (DORMITORIES)
    ACACIA HALL .......................................................................................... 166
        SALES COMPARISON APPROACH .......................................................... 168
        INCOME APPROACH ......................................................................... 179
        RECONCILIATION AND FINAL VALUE ESTIMATE ......................................... 190

    CAMELBACK HALL .................................................................................... 191
        SALES COMPARISON APPROACH .......................................................... 193
        INCOME APPROACH ......................................................................... 199
        RECONCILIATION AND FINAL VALUE ESTIMATE ......................................... 204

    CANYON HALL ........................................................................................ 205
        SALES COMPARISON APPROACH .......................................................... 207
        INCOME APPROACH ......................................................................... 213
        RECONCILIATION AND FINAL VALUE ESTIMATE ......................................... 218

    CHAPARRAL HALL .................................................................................... 219
        SALES COMPARISON APPROACH .......................................................... 221
        INCOME APPROACH ......................................................................... 227
        RECONCILIATION AND FINAL VALUE ESTIMATE ......................................... 232

    CYPRESS HALL ........................................................................................ 233
        SALES COMPARISON APPROACH .......................................................... 235
        INCOME APPROACH ......................................................................... 241
        RECONCILIATION AND FINAL VALUE ESTIMATE ......................................... 246

    IRONWOOD HALL ..................................................................................... 247
        SALES COMPARISON APPROACH .......................................................... 249
        INCOME APPROACH ......................................................................... 255
        RECONCILIATION AND FINAL VALUE ESTIMATE ......................................... 260

# TABLE OF CONTENTS (CONTINUED)

JUNIPER HALL..........................................................................................................261
   SALES COMPARISON APPROACH.....................................................................263
   INCOME APPROACH......................................................................................269
   RECONCILIATION AND FINAL VALUE ESTIMATE ................................................274

OCOTILLO HALL ....................................................................................................275
   SALES COMPARISON APPROACH.....................................................................277
   INCOME APPROACH......................................................................................283
   RECONCILIATION AND FINAL VALUE ESTIMATE ................................................288

PRESCOTT HALL.....................................................................................................289
   SALES COMPARISON APPROACH.....................................................................291
   INCOME APPROACH......................................................................................297
   RECONCILIATION AND FINAL VALUE ESTIMATE ................................................302

SAGUARO HALL......................................................................................................303
   SALES COMPARISON APPROACH.....................................................................305
   INCOME APPROACH......................................................................................311
   RECONCILIATION AND FINAL VALUE ESTIMATE................................................316

SEDONA HALL........................................................................................................317
   SALES COMPARISON APPROACH.....................................................................319
   INCOME APPROACH......................................................................................325
   RECONCILIATION AND FINAL VALUE ESTIMATE ................................................330

WILLOW HALL .......................................................................................................331
   SALES COMPARISON APPROACH .....................................................................333
   INCOME APPROACH......................................................................................339
   RECONCILIATION AND FINAL VALUE ESTIMATE................................................344

*SECTION FOUR - STUDENT HOUSING APARTMENT BUILDINGS*
AGAVE APARTMENTS................................................................................................346
   SALES COMPARISON APPROACH.....................................................................348
   INCOME APPROACH......................................................................................359
   RECONCILIATION AND FINAL VALUE ESTIMATE................................................370

CACTUS APARTMENTS .............................................................................................371
   SALES COMPARISON APPROACH .....................................................................373
   INCOME APPROACH......................................................................................379
   RECONCILIATION AND FINAL VALUE ESTIMATE................................................384

DIAMONDBACK APARTMENT S .................................................................................371
   SALES COMPARISON APPROACH.....................................................................373
   INCOME APPROACH......................................................................................379
   RECONCILIATION AND FINAL VALUE ESTIMATE ................................................384

ENCANTO APARTMENTS ..........................................................................................399
   SALES COMPARISON APPROACH .....................................................................401
   INCOME APPROACH......................................................................................407
   RECONCILIATION AND FINAL VALUE ESTIMATE................................................412

# TABLE OF CONTENTS (CONTINUED)

JEROME APARTMENTS ............................................................................ 413
    SALES COMPARISON APPROACH ...................................................... 415
    INCOME APPROACH ........................................................................ 421
    RECONCILIATION AND FINAL VALUE ESTIMATE ................................ 426

ROADRUNNER APARTMENTS ................................................................. 427
    SALES COMPARISON APPROACH ...................................................... 429
    INCOME APPROACH ........................................................................ 435
    RECONCILIATION AND FINAL VALUE ESTIMATE ................................ 440

PAPAGO NORTH APARTMENTS .............................................................. 441
    SALES COMPARISON APPROACH ...................................................... 443
    INCOME APPROACH ........................................................................ 449
    RECONCILIATION AND FINAL VALUE ESTIMATE ................................ 454

PAPAGO SOUTH APARTMENTS............................................................... 455
    SALES COMPARISON APPROACH ...................................................... 457
    INCOME APPROACH ........................................................................ 463
    RECONCILIATION AND FINAL VALUE ESTIMATE ................................ 468

NORTH RIM APARTMENTS ..................................................................... 469
    SALES COMPARISON APPROACH ...................................................... 471
    INCOME APPROACH ........................................................................ 476
    RECONCILIATION AND FINAL VALUE ESTIMATE ................................ 481

EXPOSURE AND MARKETING PERIOD..................................................... 482
UNDERLYING ASSUMPTIONS AND LIMITING CONDITIONS ............................. 483
CERTIFICATION ................................................................................... 485

*ADDENDA*

***EXHIBIT A*** – LETTER OF ENGAGEMENT
***EXHIBIT B*** – RESIDENTIAL LAND SALES
***EXHIBIT C*** – COMMERCIAL LAND SALES
***EXHIBIT D*** – STUDENT HOUSING SALES
***EXHIBIT E*** – QUALIFICATIONS AND STATE CERTIFICATION

# EXECUTIVE SUMMARY

| | |
|---|---|
| **Property Type:** | The 259.568± acres of underlying Grand Canyon University owned land; 6,868±seat, 137,500± square foot Event Center – Arena; 12 on-campus Residence Halls (Dormitories) totaling 1,908 suites/7,418 beds; and 9 on-campus Student Housing Apartment Buildings totaling 1,455 suites/5,042 beds; all of which are located on the Grand Canyon University campus. |
| **Property Address:** | 3300 W Camelback Road, Phoenix, Arizona 85017 |
| **Owner Of Record:** | Grand Canyon University |
| **Property Rights Appraised:** | Fee Simple |
| **Date Of Inspection:** | May 25, 2018 and July 23, 2018 |
| **Date of Market Value:** | May 25, 2018 and July 23, 2018 |
| **Date Of Report:** | August 28, 2018 |
| **Purpose And Intended Use:** | The purpose of this appraisal is to develop an opinion of the "As Is" Fair Market Value of the Fee Simple Interest of *1.)* the existing 259.568± acres of Underlying Land "As If Vacant" and available for development (**Valuation Section 1**); *2.)* the 6,868± seat, 137,500± square foot Event Center - Arena, exclusive of the underlying land (**Valuation Section 2**); *3.)* 12 on-campus Residence Halls (Dormitories) totaling 1,908 suites/7,418 beds, exclusive of the underlying land (**Valuation Section 3**); and *4.)* 9 on-campus Student Housing Apartment Buildings totaling 1,455 suites/5,042 beds, exclusive of the underlying land (**Valuation Section 4**).  All components are associated with Grand Canyon University.  The appraised properties were inspected on May 25, 2018 (Land and Event Center) and July 23, 2018 (Residence Halls and Student Housing Apartment Buildings), which represents the effective dates of the respective "As Is" Market Values.  This report is intended to be an Appraisal Report, prepared in conformance with USPAP Standard 2-2(a).  The intended use of this report is to assist the nonprofit organization referred to as "Grand Canyon University." in obtaining the above referenced real estate from Grand Canyon Education, Inc. (GCE), with GCE retaining all administrative and service related assets.  The intended user is **Grand Canyon University.  *Any distribution of this appraisal is restricted to Grand Canyon University, Grand Canyon Education, Inc., and/or Gallagher & Kennedy, P.A., legal counsel for Grand Canyon University.*** |

AR-C-0725

# EXECUTIVE SUMMARY (CONTINUED)

## Assessor's Parcel Numbers:

| No | Group | Parcel No. | Description | Size-SF | Acres | Zoning | Current Use |
|---|---|---|---|---|---|---|---|
| | | | **New Parcels** | | | | |
| 1 | 1 | 153-17-212 | Main Campus | 7,023,832 | 161.24 | PUD | School campus/dorms |
| 2 | 3 | 153-27-014 | Commercial Land | 255,169 | 5.86 | C-2 | Vacant land |
| 3 | 5 | 153-19-126 | Residential Land | 275,804 | 6.33 | C-3, PUD | Mixed Use |
| 4 | 7 | 153-19-127 | Residential Land | 610,441 | 14.01 | PUD | Vacant Land |
| 5 | 9 | 153-28-051 | Commercial/Residential Land | 405,555 | 9.31 | PUD | Mixed Use |
| 6 | 10 | 153-18-129 | Residential Land | 90,601 | 2.08 | PUD | Vacant Land |
| 7 | 16 | 153-19-128 | Residential Land | 24,795 | 0.57 | R-3 | SFR and Vacant Land |
| 8 | 17 | 153-28-052 | Residential Land | 33,657 | 0.77 | PUD | MFR |
| 9 | 22 | 153-28-053 | Residential Land | 150,340 | 3.45 | R-4 | MFR |
| | **Sub-Total** | | | **8,870,194** | **203.63** | | |

| No | Group | Parcel No. | Description | Size-SF | Acres | Zoning | Current Use |
|---|---|---|---|---|---|---|---|
| | | | **Original Parcels** | | | | |
| 10 | I | 153-17-001A | Commercial Pad | 14,918 | 0.34 | C-1 | Commercial Building |
| 11 | A | 153-18-001B | Former SFR Project | 6,278 | 0.14 | PUD | Vacant Land |
| 12 | A | 153-18-002C | Former SFR Project | 9,036 | 0.21 | PUD | Vacant Land |
| 13 | A | 153-18-003A | Former SFR Project | 8,520 | 0.20 | PUD | Vacant Land |
| 14 | A | 153-18-004A | Former SFR Project | 3,550 | 0.08 | PUD | Vacant Land |
| 15 | A | 153-18-004B | Former SFR Project | 8,520 | 0.20 | PUD | Vacant Land |
| 16 | A | 153-18-005A | Former SFR Project | 8,520 | 0.20 | PUD | Vacant Land |
| 17 | A | 153-18-005B | Former SFR Project | 8,520 | 0.20 | PUD | Vacant Land |
| 18 | A | 153-18-005C | Former SFR Project | 8,378 | 0.19 | PUD | Vacant Land |
| 19 | A | 153-18-006A | Former SFR Project | 19,170 | 0.44 | PUD | Vacant Land |
| 20 | A | 153-18-006B | Former SFR Project | 8,520 | 0.20 | PUD | Vacant Land |
| 21 | A | 153-18-007F | Former SFR Project | 9,125 | 0.21 | PUD | Vacant Land |
| 22 | A | 153-18-007G | Former SFR Project | 9,125 | 0.21 | PUD | Vacant Land |
| 23 | A | 153-18-007J | Former SFR Project | 13,765 | 0.32 | PUD | Vacant Land |
| 24 | A | 153-18-007P | Former SFR Project | 11,975 | 0.27 | PUD | Vacant Land |
| 25 | A | 153-18-007Q | Former SFR Project | 9,211 | 0.21 | PUD | Vacant Land |
| 26 | A | 153-18-007R | Former SFR Project | 9,930 | 0.23 | PUD | Vacant Land |
| 27 | A | 153-18-007S | Former SFR Project | 10,659 | 0.24 | PUD | Vacant Land |
| 28 | A | 153-18-007T | Former SFR Project | 10,659 | 0.24 | PUD | Vacant Land |
| 29 | A | 153-18-008B | Former SFR Project | 24,500 | 0.56 | PUD | Vacant Land |
| 30 | A | 153-18-008C | Former SFR Project | 14,075 | 0.32 | PUD | Vacant Land |
| 31 | A | 153-18-008D | Former SFR Project | 10,500 | 0.24 | PUD | Vacant Land |
| 32 | A | 153-18-008F | Former SFR Project | 7,920 | 0.18 | PUD | Vacant Land |
| 33 | A | 153-18-008H | Former SFR Project | 7,920 | 0.18 | PUD | Vacant Land |
| 34 | A | 153-18-008J | Former SFR Project | 8,790 | 0.20 | PUD | Vacant Land |
| 35 | A | 153-18-008K | Former SFR Project | 8,769 | 0.20 | R-3 | Vacant Land |
| 36 | A | 153-18-127 | Former SFR Project | 7,606 | 0.17 | PUD | Vacant Land |
| 37 | A | 153-18-128 | Former SFR Project | 37,048 | 0.85 | PUD | Vacant Land |
| 38 | A | 153-18-130 | Former SFR Project | 19,498 | 0.45 | R-3 | Vacant Land |
| 39 | A | 153-18-016A | Former Condo Project | 46,996 | 1.08 | PUD | Vacant Land |
| 40 | A | 153-18-016B | Former Condo Project | 46,996 | 1.08 | PUD | Vacant Land |

AR-C-0726

# EXECUTIVE SUMMARY (CONTINUED)

| No | Group | Parcel No. | Description | Size-SF | Acres | Zoning | Current Use |
|----|-------|-----------|-------------|---------|-------|--------|-------------|
| 41 | A | 153-18-019 | Former Condo Project | 14,944 | 0.34 | PUD | Vacant Land |
| 42 | A | 153-18-020 | Former Condo Project | 31,204 | 0.72 | PUD | Vacant Land |
| 43 | A | 153-18-021 | Former Condo Project | 22,417 | 0.51 | PUD | Vacant Land |
| 44 | A | 153-18-025B | Former Condo Project | 23,536 | 0.54 | R-3 | Vacant Land |
| 45 | A | 153-18-025D | Former Condo Project | 21,274 | 0.49 | PUD | Vacant Land |
| 46 | A | 153-18-025E | Former Condo Project | 12,969 | 0.30 | PUD | Vacant Land |
| 47 | A | 153-18-025F | Former Condo Project | 8,278 | 0.19 | PUD | Vacant Land |
| 48 | A | 153-18-026E | Former Condo Project | 23,476 | 0.54 | R-3 | Vacant Land |
| 49 | B | 153-18-027 | Former Condo Project | 40,194 | 0.92 | R-3 | Vacant Land |
| 50 | B | 153-18-028A | Former Condo Project | 38,591 | 0.89 | PUD | Vacant Land |
| 51 | A | 153-18-055 | Former Condo Project | 594 | 0.01 | PUD | Vacant Land |
| 52 | A | 153-18-056 | Former Condo Project | 585 | 0.01 | PUD | Vacant Land |
| 53 | A | 153-18-057 | Former Condo Project | 612 | 0.01 | PUD | Vacant Land |
| 54 | A | 153-18-058 | Former Condo Project | 599 | 0.01 | PUD | Vacant Land |
| 55 | A | 153-18-059 | Former Condo Project | 42,123 | 0.97 | PUD | Vacant Land |
| 56 | A | 153-18-060 | Former Condo Project | 578 | 0.01 | PUD | Vacant Land |
| 57 | A | 153-18-061 | Former Condo Project | 617 | 0.01 | PUD | Vacant Land |
| 58 | A | 153-18-062 | Former Condo Project | 603 | 0.01 | PUD | Vacant Land |
| 59 | A | 153-18-063 | Former Condo Project | 596 | 0.01 | PUD | Vacant Land |
| 60 | A | 153-18-064 | Former Condo Project | 592 | 0.01 | PUD | Vacant Land |
| 61 | A | 153-18-065 | Former Condo Project | 611 | 0.01 | PUD | Vacant Land |
| 62 | A | 153-18-066 | Former Condo Project | 579 | 0.01 | PUD | Vacant Land |
| 63 | A | 153-18-067 | Former Condo Project | 595 | 0.01 | PUD | Vacant Land |
| 64 | A | 153-18-068 | Former Condo Project | 626 | 0.01 | PUD | Vacant Land |
| 65 | A | 153-18-069 | Former Condo Project | 603 | 0.01 | PUD | Vacant Land |
| 66 | A | 153-18-070 | Former Condo Project | 578 | 0.01 | PUD | Vacant Land |
| 67 | A | 153-18-071 | Former Condo Project | 605 | 0.01 | PUD | Vacant Land |
| 68 | A | 153-18-072 | Former Condo Project | 607 | 0.01 | PUD | Vacant Land |
| 69 | A | 153-18-073 | Former Condo Project | 600 | 0.01 | PUD | Vacant Land |
| 70 | A | 153-18-074 | Former Condo Project | 603 | 0.01 | PUD | Vacant Land |
| 71 | A | 153-18-075 | Former Condo Project | 624 | 0.01 | PUD | Vacant Land |
| 72 | A | 153-18-076 | Former Condo Project | 601 | 0.01 | PUD | Vacant Land |
| 73 | A | 153-18-077 | Former Condo Project | 602 | 0.01 | PUD | Vacant Land |
| 74 | A | 153-18-078 | Former Condo Project | 583 | 0.01 | PUD | Vacant Land |
| 75 | A | 153-18-079 | Former Condo Project | 574 | 0.01 | PUD | Vacant Land |
| 76 | A | 153-18-080 | Former Condo Project | 598 | 0.01 | PUD | Vacant Land |
| 77 | A | 153-18-081 | Former Condo Project | 593 | 0.01 | PUD | Vacant Land |
| 78 | A | 153-18-082 | Former Condo Project | 614 | 0.01 | PUD | Vacant Land |
| 79 | A | 153-18-083 | Former Condo Project | 609 | 0.01 | PUD | Vacant Land |
| 80 | A | 153-18-084 | Former Condo Project | 633 | 0.01 | PUD | Vacant Land |
| 81 | A | 153-18-085 | Former Condo Project | 651 | 0.01 | PUD | Vacant Land |
| 82 | A | 153-18-086 | Former Condo Project | 610 | 0.01 | PUD | Vacant Land |
| 83 | A | 153-18-087 | Former Condo Project | 616 | 0.01 | PUD | Vacant Land |
| 84 | A | 153-18-088 | Former Condo Project | 590 | 0.01 | PUD | Vacant Land |
| 85 | A | 153-18-089 | Former Condo Project | 611 | 0.01 | PUD | Vacant Land |

Table title: Original Parcels

# EXECUTIVE SUMMARY (CONTINUED)

| No | Group | Parcel No. | Description | Size-SF | Acres | Zoning | Current Use |
|----|-------|-----------|-------------|---------|-------|--------|-------------|
| | | | **Original Parcels** | | | | |
| 86 | A | 153-18-090 | Former Condo Project | 609 | 0.01 | PUD | Vacant Land |
| 87 | A | 153-18-091 | Former Condo Project | 612 | 0.01 | PUD | Vacant Land |
| 88 | A | 153-18-092 | Former Condo Project | 609 | 0.01 | PUD | Vacant Land |
| 89 | A | 153-18-093 | Former Condo Project | 79,989 | 1.84 | PUD | Vacant Land |
| 90 | A | 153-18-094 | Former Condo Project | 620 | 0.01 | PUD | Vacant Land |
| 91 | A | 153-18-095 | Former Condo Project | 610 | 0.01 | PUD | Vacant Land |
| 92 | A | 153-18-096 | Former Condo Project | 579 | 0.01 | PUD | Vacant Land |
| 93 | A | 153-18-097 | Former Condo Project | 611 | 0.01 | PUD | Vacant Land |
| 94 | A | 153-18-098 | Former Condo Project | 615 | 0.01 | PUD | Vacant Land |
| 95 | A | 153-18-099 | Former Condo Project | 613 | 0.01 | PUD | Vacant Land |
| 96 | A | 153-18-100 | Former Condo Project | 597 | 0.01 | PUD | Vacant Land |
| 97 | A | 153-18-101 | Former Condo Project | 623 | 0.01 | PUD | Vacant Land |
| 98 | A | 153-18-102 | Former Condo Project | 601 | 0.01 | PUD | Vacant Land |
| 99 | A | 153-18-103 | Former Condo Project | 615 | 0.01 | PUD | Vacant Land |
| 100 | A | 153-18-104 | Former Condo Project | 916 | 0.02 | PUD | Vacant Land |
| 101 | A | 153-18-105 | Former Condo Project | 934 | 0.02 | PUD | Vacant Land |
| 102 | A | 153-18-106 | Former Condo Project | 937 | 0.02 | PUD | Vacant Land |
| 103 | A | 153-18-107 | Former Condo Project | 902 | 0.02 | PUD | Vacant Land |
| 104 | A | 153-18-108 | Former Condo Project | 953 | 0.02 | PUD | Vacant Land |
| 105 | A | 153-18-109 | Former Condo Project | 926 | 0.02 | PUD | Vacant Land |
| 106 | A | 153-18-110 | Former Condo Project | 889 | 0.02 | PUD | Vacant Land |
| 107 | A | 153-18-111 | Former Condo Project | 988 | 0.02 | PUD | Vacant Land |
| 108 | A | 153-18-112 | Former Condo Project | 954 | 0.02 | PUD | Vacant Land |
| 109 | A | 153-18-113 | Former Condo Project | 872 | 0.02 | PUD | Vacant Land |
| 110 | A | 153-18-114 | Former Condo Project | 906 | 0.02 | PUD | Vacant Land |
| 111 | A | 153-18-115 | Former Condo Project | 867 | 0.02 | PUD | Vacant Land |
| 112 | A | 153-18-116 | Former Condo Project | 938 | 0.02 | PUD | Vacant Land |
| 113 | A | 153-18-117 | Former Condo Project | 927 | 0.02 | PUD | Vacant Land |
| 114 | A | 153-18-118 | Former Condo Project | 920 | 0.02 | PUD | Vacant Land |
| 115 | A | 153-18-119 | Former Condo Project | 929 | 0.02 | PUD | Vacant Land |
| 116 | A | 153-18-120 | Former Condo Project | 888 | 0.02 | PUD | Vacant Land |
| 117 | A | 153-18-121 | Former Condo Project | 908 | 0.02 | PUD | Vacant Land |
| 118 | A | 153-18-122 | Former Condo Project | 34,334 | 0.79 | PUD | Vacant Land |
| 119 | A | 153-18-123 | Former Condo Project | 895 | 0.02 | PUD | Vacant Land |
| 120 | A | 153-18-124 | Former Condo Project | 884 | 0.02 | PUD | Vacant Land |
| 121 | A | 153-18-125 | Former Condo Project | 930 | 0.02 | PUD | Vacant Land |
| 122 | J | 153-19-010 | Commercial Land | 10,080 | 0.23 | C-3 | Commercial |
| 123 | J | 153-19-013 | Commercial Land | 16,135 | 0.37 | C-3 | Commercial |
| 124 | C | 153-19-027 | Vacant Residential Land | 8,495 | 0.20 | R1-6 | SFR |
| 125 | D | 153-19-032 | Vacant Residential Land | 11,142 | 0.26 | R-3 | SFR |
| 126 | D | 153-19-033 | Vacant Residential Land | 11,142 | 0.26 | R-3 | SFR |
| 127 | E | 153-19-043 | Vacant Residential Land | 8,212 | 0.19 | R-3 | SFR |
| 128 | E | 153-19-044 | Vacant Residential Land | 8,209 | 0.19 | R-3 | SFR |
| 129 | E | 153-19-045C | Vacant Residential Land | 8,207 | 0.19 | R1-6 | SFR |
| 130 | F | 153-19-047 | Vacant Residential Land | 8,202 | 0.19 | R1-6 | SFR |

# EXECUTIVE SUMMARY (CONTINUED)

| No | Group | Parcel No. | Description | Size-SF | Acres | Zoning | Current Use |
|----|-------|-----------|-------------|---------|-------|--------|-------------|
| | | | **Original Parcels** | | | | |
| 131 | K | 153-20-029E | Vacant Residential Land | 148,487 | 3.41 | PUD | Residential Land |
| 132 | L | 153-27-003C | Commercial Land | 426,721 | 9.80 | PUD | Office Building |
| 133 | M | 153-27-007B | Commercial Land | 131,290 | 3.01 | PUD | Hotel |
| 134 | N | 153-27-012 | Commercial Land | 282,153 | 6.48 | PUD | Office Building |
| 135 | O | 153-27-013 | Commercial Land | 372,602 | 8.55 | PUD | Office Building |
| 136 | G | 153-28-001A | Vacant Residential Land | 40,812 | 0.94 | PUD | MFR |
| 137 | P | 153-28-009D | Vacant Commercial Land | 7,658 | 0.18 | C-3 | Commercial |
| 138 | Q | 153-28-033A | Vacant Commercial Land | 20,492 | 0.47 | C-3 | Commercial |
| 139 | R | 153-28-037B | Vacant Commercial Land | 38,115 | 0.88 | PUD | Commercial |
| 140 | H | 153-28-047 | Vacant Residential Land | 8,418 | 0.19 | R-3 | MFR |
| | **Sub-Total** | | | 2,436,567 | 55.94 | | |
| | **Totals** | | | 11,306,761 | 259.57 | | |

**Site Area:**              259.568± acres; 11,306,761 square feet

**Flood Zone:**             Zone X; FEMA Insurance Rate Map Number 04013C1720L, effective date October 16, 2013.   The subject is not located in a flood hazard area.

**Zoning:**                 Primarily PUD, Planned Unit Development; and R1-6, SFR; R-3, R-4A and R-5, MFR; and C-1, C-2, and C-3, Commercial

**2017 Property Taxes:**    The analysis is based on the subject property's (Grand Canyon University) new status as a non-profit University.   As such, it is an Extraordinary Assumption of this report that all 259.568± acres of underlying land, as well as all vertical improvements will be exempt from real estate taxes.

**Highest and Best Use:**

   As If Vacant:            Hold as a speculative land investment for future retail and residentially-oriented development, as demand dictates for each parcel.

   As Improved:            Continued use as mixed-use parcels intended to support the on-going university.

# EXECUTIVE SUMMARY (CONTINUED)

## Schedule Of Values – Residential Land

| New Group | Parcel No. | Zoning | Size-SF | Size-Acs | | MV/SF | Total MV | Rounded |
|---|---|---|---|---|---|---|---|---|
| **Residential Land - New Combined Parcels** | | | | | | **Market Values** | | |
| 1 | 153-17-212 | PUD | 1,089,000 | 25.00 | | | | |
| | | PUD | 1,089,000 | 25.00 | | | | |
| | | PUD | 1,089,000 | 25.00 | | | | |
| | | PUD | 1,089,000 | 25.00 | | | | |
| | | PUD | 1,089,000 | 25.00 | | | | |
| | | PUD | 1,089,000 | 25.00 | | | | |
| | | PUD | 489,832 | 11.24 | | | | |
| 5 | 153-19-126 | PUD | 275,804 | 6.33 | | | | |
| 7 | 153-19-127 | PUD | 610,441 | 14.01 | | | | |
| 9 | 153-28-051 | PUD | 405,555 | 9.31 | | | | |
| 10 | 153-18-129 | PUD | 90,601 | 2.08 | | | | |
| 16 | 153-19-128 | R-3 | 24,795 | 0.57 | | | | |
| 17 | 153-28-052 | PUD | 33,657 | 0.77 | | | | |
| 22 | 153-28-053 | R-4 | 150,340 | 3.45 | | | | |
| **Aggregate Sub-Totals \*** | | | **8,615,025** | **197.77** | | | | |

| Group | Parcel Nos. | Zoning | Size-SF | Size-Acs | | MV/SF | Total MV | Rounded |
|---|---|---|---|---|---|---|---|---|
| **Original Parcels** | | | | | | | | |
| A | 153-18-Various | PUD | 776,292 | 17.82 | | | | |
| B | 153-18-027,028A | R-3,PUD | 78,785 | 1.81 | | | | |
| C | 153-19-027 | R1-6 | 8,495 | 0.20 | | | | |
| D | 153-19-032, 033 | R-3 | 22,284 | 0.51 | | | | |
| E | 153-19-043, 044, 045C | R-3 | 24,628 | 0.57 | | | | |
| F | 153-19-047 | R1-6 | 8,202 | 0.19 | | | | |
| G | 153-28-001A | PUD | 40,812 | 0.94 | | | | |
| H | 153-28-047 | R-3 | 8,418 | 0.19 | | | | |
| **Aggregate Sub-Totals \*** | | | **967,916** | **22.22** | | | | |
| **Aggregate Totals \*** | | | **9,582,941** | **219.99** | | | | |

*\* Aggregate is the toal of all retail value and does not represent a "Bulk" value to a single buyer*

AR-C-0730

# EXECUTIVE SUMMARY (CONTINUED)

## Schedule Of Values – Commercial Land

| Commercial Land - New Combined Parcels | | | | | Market Values | | | |
|---|---|---|---|---|---|---|---|---|
| **New Group** | **APN(s)** | **Current Zoning** | **Size-SF** | **Size-Acs** | **MV/SF** | **Total MV** | **Rounded** | |
| 3 | 153-27-014 | PUD | 255,169 | 5.86 | | | | |
| **Aggregate Sub-Totals \*** | | | **255,169** | **5.86** | | **$3,572,366** | **$3,570,000** | |
| **Original Parcels** | | | | | | | | |
| **Group** | **APN(s)** | | **Size-SF** | **Size-Acs** | | | | |
| I | 153-17-001A | C-1 | 14,918 | 0.34 | | | | |
| J | 153-19-010, 013 | C-3 | 26,215 | 0.60 | | | | |
| K | 153-20-029E | PUD | 148,487 | 3.41 | | | | |
| L | 153-27-003C | PUD | 426,721 | 9.80 | | | | |
| M | 153-27-007B | PUD | 131,290 | 3.01 | | | | |
| N | 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 | PUD | 282,153 | 6.48 | | | | |
| O | 153-27-013 | PUD | 372,602 | 8.55 | | | | |
| P | 153-28-009D | C-3 | 7,658 | 0.18 | | | | |
| Q | 153-28-033A | C-3 | 20,492 | 0.47 | | | | |
| R | 153-28-037B | PUD | 38,115 | 0.88 | | | | |
| **Aggregate Sub-Totals \*** | | | **1,468,651** | **33.72** | | | | |
| **Aggregate Totals \*** | | | **1,723,820** | **39.57** | | | | |

*\* Aggregate is the toal of all retail values and does not represent a "Bulk" value to a single buyer*

## Event Center – Arena, exclusive of underlying land



# EXECUTIVE SUMMARY (CONTINUED)

## Schedule Of Values - Residence Halls*

| "As Is" Market Value | Units | Beds | Property Rights | Date Of Value | Concluded | % Of Total |
|---|---|---|---|---|---|---|
| **Acacia Hall** | ■ | ■ | **Fee Simple** | **July 23, 2018** | ■ | **100%** |
| *Real Property Value* | | | | | | *98%* |
| *Furniture, Fixtures & Equipment †* | | | | | | *2%* |
| **Camelback Hall** | ■ | ■ | **Fee Simple** | **July 23, 2018** | ■ | **100%** |
| *Real Property Value* | | | | | | *97%* |
| *Furniture, Fixtures & Equipment †* | | | | | | *3%* |
| **Canyon Hall** | ■ | ■ | **Fee Simple** | **July 23, 2018** | ■ | **100%** |
| *Real Property Value* | | | | | | *97%* |
| *Furniture, Fixtures & Equipment †* | | | | | | *3%* |
| **Chaparral Hall** | ■ | ■ | **Fee Simple** | **July 23, 2018** | ■ | **100%** |
| *Real Property Value* | | | | | | *97%* |
| *Furniture, Fixtures & Equipment †* | | | | | | *3%* |
| **Cypress Hall** | ■ | ■ | **Fee Simple** | **July 23, 2018** | ■ | **100%** |
| *Real Property Value* | | | | | | *97%* |
| *Furniture, Fixtures & Equipment †* | | | | | | *3%* |
| **Ironwood Hall** | ■ | ■ | **Fee Simple** | **July 23, 2018** | ■ | **100%** |
| *Real Property Value* | | | | | | *98%* |
| *Furniture, Fixtures & Equipment †* | | | | | | *2%* |
| **Juniper Hall** | ■ | ■ | **Fee Simple** | **July 23, 2018** | ■ | **100%** |
| *Real Property Value* | | | | | | *97%* |
| *Furniture, Fixtures & Equipment †* | | | | | | *3%* |
| **Ocotillo Hall** | ■ | ■ | **Fee Simple** | **July 23, 2018** | ■ | **100%** |
| *Real Property Value* | | | | | | *98%* |
| *Furniture, Fixtures & Equipment †* | | | | | | *2%* |
| **Prescott Hall** | ■ | ■ | **Fee Simple** | **July 23, 2018** | ■ | **100%** |
| *Real Property Value* | | | | | | *97%* |
| *Furniture, Fixtures & Equipment †* | | | | | | *3%* |
| **Saguaro Hall** | ■ | ■ | **Fee Simple** | **July 23, 2018** | ■ | **100%** |
| *Real Property Value* | | | | | | *98%* |
| *Furniture, Fixtures & Equipment †* | | | | | | *2%* |
| **Sedona Hall** | ■ | ■ | **Fee Simple** | **July 23, 2018** | ■ | **100%** |
| *Real Property Value* | | | | | | *97%* |
| *Furniture, Fixtures & Equipment †* | | | | | | *3%* |
| **Willow Hall** | ■ | ■ | **Fee Simple** | **July 23, 2018** | ■ | **100%** |
| *Real Property Value* | | | | | | *98%* |
| *Furniture, Fixtures & Equipment †* | | | | | | *2%* |
| **Aggregate Values √** | | | | | ■ | |
| *Real Property Values* | | | | | | |
| *Furniture, Fixtures & Equipment †* | | | | | | |

*\* Exclusive of unerlying land; † Rounded; √ Aggregate is the toal of all retail values and does not represent a "Bulk" value to a single buyer*

# EXECUTIVE SUMMARY (CONTINUED)

## Schedule Of Values - Apartments*

| "As Is" Market Value | Units | Beds | Property Rights | Date Of Value | Concluded | % Of Total |
|---|---|---|---|---|---|---|
| **Agave Apartments** | ■ | ■ | Fee Simple | July 23, 2018 | ■ | 100% |
| *Real Property Value* | | | | | | *98%* |
| *Furniture, Fixtures & Equipment †* | | | | | | *2%* |
| **Cactus Apartments** | ■ | ■ | Fee Simple | July 23, 2018 | | 100% |
| *Real Property Value* | | | | | | *98%* |
| *Furniture, Fixtures & Equipment †* | | | | | | *2%* |
| **Diamondback Apartments** | ■ | ■ | Fee Simple | July 23, 2018 | | 100% |
| *Real Property Value* | | | | | | *98%* |
| *Furniture, Fixtures & Equipment †* | | | | | | *2%* |
| **Encanto Apartments** | ■ | ■ | Fee Simple | July 23, 2018 | | 100% |
| *Real Property Value* | | | | | | *98%* |
| *Furniture, Fixtures & Equipment †* | | | | | | *2%* |
| **Jerome Apartments** | ■ | ■ | Fee Simple | July 23, 2018 | | 100% |
| *Real Property Value* | | | | | | *98%* |
| *Furniture, Fixtures & Equipment †* | | | | | | *2%* |
| **Roadrunner Apartments** | ■ | ■ | Fee Simple | July 23, 2018 | | 100% |
| *Real Property Value* | | | | | | *98%* |
| *Furniture, Fixtures & Equipment †* | | | | | | *2%* |
| **Papago North - Bld 47** | ■ | ■ | Fee Simple | July 23, 2018 | | 100% |
| *Real Property Value* | | | | | | *98%* |
| *Furniture, Fixtures & Equipment †* | | | | | | *2%* |
| **Papago South - Bld 48** | ■ | ■ | Fee Simple | July 23, 2018 | | 100% |
| *Real Property Value* | | | | | | *98%* |
| *Furniture, Fixtures & Equipment †* | | | | | | *2%* |
| **North Rim Apartments** | ■ | ■ | Fee Simple | July 23, 2018 | | 100% |
| *Real Property Value* | | | | | | *98%* |
| *Furniture, Fixtures & Equipment †* | | | | | | *2%* |
| **Aggregate Values√** | | | | | | |
| *Real Property Values* | | | | | | |
| *Furniture, Fixtures & Equipment †* | | | | | | |

*\* Exclusive of unerlying land; † Rounded; √ Aggregate is the toal of all retail values and does not represent a "Bulk" value to a single buyer*

**Exposure And Market Times:** One year, or less (Land, Residence Halls, and Student Housing Apartment Buildings)

AR-C-0733