

**BARRINGTON Research**™

INVESTMENT RESEARCH • INSTITUTIONAL BROKERAGE • INVESTMENT BANKING

July 25, 2014

Initiating Coverage Report

# 2U, Inc. (TWOU-NASDAQ)

### Initiating Coverage with OUTPERFORM Rating and $20 Price Target

## Investment Highlights

- **We are initiating coverage of 2U, Inc. (TWOU) with an OUTPERFORM investment rating and a $20 price target.** Based in Landover, Maryland, 2U, Inc. is a SaaS-based education company which partners with high-quality colleges and universities to bring their programs online and deliver their education programs to students around the world. Through its nine college and university partners (USC, Georgetown, UNC-Chapel Hill, Washington University, American University, George Washington University, Simmons College, University of California-Berkeley, and Syracuse University), the company currently offers 12 programs (with three more programs expected in late 2014 and early 2015) ranging from undergraduate degrees to doctoral programs.

- **Growing, highly-visible revenue model.** Since a significant portion of 2U's revenue is attributable to returning students, the predictability and recurring nature of its business model is enhanced. Since 2011, revenues have grown at a 64% CAGR, from $29.7 million in 2011 to $83.1 million in 2013, and we project $105.4 million in 2014. By February of each year, management has visibility into more than 75% of full-year revenue.

- **Attractive long-term model.** 2U's first launch cohort was EBITDA positive in 2013. If all first cohort programs had launched at the same time in 2009, management estimates they would have a combined adjusted EBITDA margin in the mid-20% range. The company is committed to at least four program launches per year to drive continued growth – 2014 launch schedule filled, 2015 schedule 50% complete, and it has a strong pipeline of additional opportunities. The long-term model calls for adjusted EBITDA margins at steady-state to be in the mid-30% range, as compared to negative 26% in 2013.

- **Compelling relative valuation.** We are valuing 2U shares on an EV/Sales basis as the company, like its SaaS peer group, is early in its lifecycle and will continue to generate losses for the next several years. Based on this data, the vertical-focused SaaS group average for the EV/Sales ratio comes out to 5.1x and 4.0x consensus 2014 and 2015 estimates, respectively, compared to 2U at 4.1x and 3.1x currently. We believe that the growth trajectory and total potential market opportunity of the 2U story warrants a similar multiple to those most highly valued in the peer group and could, in fact, warrant a premium multiple. Nevertheless, using a multiple of 5.0x our 2015 revenue estimate, we have an initial price target of $20 a share, which represents an upside potential of roughly 48% from current levels.

## Rating Information

| | |
|---|---|
| Opinion | **OUTPERFORM** |
| Suitability/Risk | Aggressive |
| Price Target (12 mo) | $20 |
| Upside to Price Target | 48% |
| LT EPS Growth Rate | 30% |

## Market Data

| | |
|---|---|
| Price | $13.56 |
| 52-Wk High | $17.58 |
| 52-Wk Low | $10.52 |
| Market Cap (mil) | $545 |
| Enterprise Value (mil) | $439 |
| Shares Outstanding (mil) | 39.7 |
| Insider Ownership | 42% |
| Institutional Ownership | 6% |
| Average Daily Volume | 201,031 |

## Financial / Valuation

| | |
|---|---|
| Return on Equity (LTM) | NM |
| LT Debt/Capital | 0.0% |
| EV/Sales (2014E) | 4.1x |
| EV/Sales (2015E) | 3.1x |
| Dividend | $0.00 |
| Dividend Yield | Nil |

## Analyst(s)

**Alexander Paris, Jr., CFA**
(312) 634-6352
aparis@brai.com

**Joe Janssen**
(312) 634-6343
jjanssen@brai.com

## Price Performance Chart



Source: FactSet Research Systems

**NOTE: Please refer to page 20 of this report for important disclosures.**

| | Revenue ($ mil)(est. in bold) | | | | EPS ($)(est. in bold) | | |
|---|---|---|---|---|---|---|---|
| FY: Dec | 2013 | 2014 | 2015 | | 2013 | 2014 | 2015 |
| Q1 | 19.1 | 26.3 | **32.9** | | -0.12 | -0.23 | **-0.16** |
| Q2 | 18.7 | **23.8** | **31.4** | | -0.29 | **-0.27** | **-0.23** |
| Q3 | 20.5 | **26.0** | **34.3** | | -0.33 | **-0.19** | **-0.19** |
| Q4 | 24.8 | **29.2** | **35.7** | | -0.17 | **-0.17** | **-0.16** |
| Full Year | 83.1 | **105.4** | **134.2** | | -0.92 | **-0.80** | **-0.74** |
| | | | | | | | |
| Growth Rate | 48.8% | 26.8% | 27.4% | | NM | NM | NM |
| EV/Sales | 5.3x | 4.1x | 3.1x | P/E | NM | NM | NM |

❖ **Barrington Research**                                              *July 25, 2014*

## Key Investment Points

**Large market undergoing transformation.** The global higher education industry is huge and undergoing a significant transition. In the U.S. alone, total revenue for all degree-granting postsecondary institutions topped $550 billion in the 2010-2011 academic year, according to the U.S. National Center for Education Statistics (published May 2013), with postsecondary enrollment in the U.S. growing 37%, from 15.3 million to 21.0 million, in the decade ending 2010. The market for online postsecondary education has grown more rapidly than the overall postsecondary market and now accounts for over two million enrollments, or approximately 12% of total U.S. postsecondary enrollment, driven by the increased acceptance of online programs among students, academic institutions and employers, and its greater flexibility and convenience.

**Market leader with premier clients and proven results.** We view 2U's track record of successful implementations for leading nonprofit colleges and universities, including such well-known and respected institutions as USC, University of California-Berkeley, Georgetown, and UNC-Chapel Hill, as creating a significant competitive advantage. From its inception through March 31, 2014, a total of 9,568 unique individuals have enrolled as students in 2U's clients' programs, and 82% of students who have ever entered these programs either have graduated or remain enrolled.

**Disruptive SaaS platform.** An increasing number of colleges and universities will implement online learning strategies to extend their reach and remain relevant to the needs of students. 2U's cloud-based SaaS solutions, which help its clients implement and scale high quality online degree programs, provide nonprofit colleges and universities with the ability to capitalize on the disruptive forces of online education while extending the academic reach of their programs.

**Growing, highly-visible revenue model.** Since a significant portion of 2U's revenue is attributable to returning students, the predictability and recurring nature of its business model is enhanced. Since 2011, revenues have grown at a 64% CAGR, from $29.7 million in 2011 to $83.1 million in 2013, and we project $105.4 million in 2014. By February of each year, management has visibility into more than 75% of full-year revenue. Retention is high at 88% of first semester students enroll in a second semester, and the overall retention rate is 83%. As its programs expand, the base of returning students grows driving even higher visibility earlier in the year.

**Attractive long-term model.** 2U's first launch cohort was EBITDA positive in 2013. If all first cohort programs had launched at the same time in 2009, management estimates they would have a combined adjusted EBITDA margin in the mid-20% range. The company is committed to at least four program launches per year to drive continued growth – 2014 launch schedule filled, 2015 schedule 50% complete, and it has a strong pipeline of additional opportunities. The long-term model calls for adjusted EBITDA margins at steady-state to be in the mid-30% range, as compared to negative 26% in 2013.

**Strong and experienced management team.** The management team includes members with extensive experience within the education and technology sectors. The company's Chief Executive Officer, Chip Paucek, has been the company's CEO since January 2013, and a Director since March 2012. He was President and COO from the company's founding in April 2008 until December 2011. Prior to co-founding 2U with John Katzman, the founder and former CEO of The Princeton Review, Mr. Paucek served as the CEO of Smarterville, Inc., the parent company of *Hooked on Phonics*, from 2007-2008. From 2004 to 2007, Mr. Paucek served as Vice President of Business Development and President of Educate Products for Educate, Inc. Robert Cohen, President of 2U since November 2013, and COO since April 2012, had previously served as the company's CFO from inception until April 2012. Prior to the founding of 2U, Mr. Cohen had served in various positions at The Princeton Review, a company he joined in 2001, including EVP of Strategic Development.

AR-C-1640

❖ **Barrington Research**

*July 25, 2014*

## Key Risks

**Limited operating history.** 2U Inc. was incorporated in 2008 and launched its first client program in 2009. As a result of its limited operating history, management's ability to forecast future operating results, including revenue, cash flows and profitability, is limited and subject to a number of uncertainties.

**Incurred significant net losses since inception.** The company has historically generated sizable operating losses – net losses of $24.9 million, $23.1 million, and $28.0 million in 2011, 2012, and 2013, respectively – and it had an accumulated deficit of $99.8 million as of December 31, 2013. This is mostly attributable to the large marketing expenses associated with getting students into a program, and the sizable lead time before revenues are able to be recognized on student enrollment. The operating losses are expected to continue as the company continues to add programs and new client schools. As the company gains scale, this is expected to fall as a percentage of revenues.

**Technology platform failure.** The performance and reliability of 2U's platform is critical to its operations, reputation, and ability to attract new college and university clients, as well as its student acquisition and retention efforts. Its college and university clients rely on 2U'S technology solutions to offer their programs online, and students access the platform on a frequent basis as an important part of their educational experience. Any disruptions or performance problems with the platform could damage 2U's and its clients' reputations, decrease student satisfaction and retention, and impact 2U's ability to attract new students, clients and programs.

**Customer concentration.** 2U is currently engaged by eight colleges and universities to enable 12 existing programs and three additional programs with one existing client and two with new clients that are expected to commence later in 2014 or in 2015. Its two longest running programs, launched in 2009 and 2010, are with the University of Southern California. For the years ended December 31, 2011, 2012, and 2013, approximately 94%, 78%, and 69% of its total revenue, respectively, was derived from these two programs. As a result of the small number of programs, the material underperformance of any one program could have a disproportionate effect on 2U's business. Additionally, the loss of any single client program, or the failure of any client to renew its agreement with 2U upon expiration, could impair 2U's ability to pursue its growth strategy and ultimately to become profitable.

**Execution given rapid growth.** The company has achieved significant growth in a relatively short period of time. For the years ended December 31, 2011, 2012, and 2013, 2U's revenue was $29.7 million, $55.9 million, and $83.1 million, respectively. 2U's rapid growth will continue to place a significant strain on its administrative and operational infrastructure, facilities and other resources, and will require it to expand its program marketing and sales personnel, technology team, finance and administration teams, as well as its facilities and infrastructure.

**Regulation of clients.** Under the Higher Education Act (HEA) of 1965, as amended, institutions offering postsecondary education must comply with certain laws and related regulations promulgated by the DOE in order to participate in the Title IV federal student financial assistance programs. All of 2U's clients participate in the Title IV programs. The upcoming 2014 re-authorization of the HEA (as well as ongoing rulemaking) could alter the regulatory landscape of the higher education industry, and thereby impact the manner in which 2U conducts business and serves its clients. Although 2U is not considered an institution of higher education and it does not directly participate in Title IV programs, the company is required to comply with certain regulations as a result of its role as a service provider to institutions that do participate in Title IV programs, including, for example, regulations governing student privacy and program integrity rules, such as the Incentive Compensation (the DOE allows for revenue sharing under the "bundled services rule") and Misrepresentation Rules.

*July 25, 2014*

## Company Description

Based in Landover, Maryland, 2U, Inc. is a software-as-a-service-based (SaaS) education company which partners with well-known, nonprofit colleges and universities to bring their programs online and deliver their high-quality education programs to students around the world. The company's technology platform provides the comprehensive operating infrastructure that colleges and universities need to attract, enroll, educate, support and graduate their students. Through its eight college and university partners (USC, Georgetown, UNC-Chapel Hill, Washington University, American University, George Washington University, Simmons College, and University of California-Berkeley), the company currently offers 10 programs ranging from undergraduate degrees to doctoral programs. These college and university clients offer high quality educational content, instructor-led classes (averaging 10 students per session) in a live and engaging setting, and a rich social networking experience, accessible through a proprietary web-based and mobile application.

Of the 10 graduate programs that have launched and in which students have enrolled, five were launched in 2013 and three have launch launched so far in 2014.  2U currently has agreements to expand within its current clients, under which four new programs will be added – three of which are scheduled to begin later in 2014 and one program is scheduled to commence in the fall of 2015. 2U recently contracted with a ninth university (Syracuse University) to enable a new graduate program that is also expected to launch in 2015, subject to the program receiving necessary university, state and accreditation approvals.

The company has long-term contracts with its college and university clients, under which 2U receives a 60-70% share of tuition charged to students in exchange for delivering various components of the programs, such as marketing to new students and developing the technology platform. The initial terms of these contracts are between 10 and 15 years in length, with the 10-year contracts including significant non-renewal penalties in the event that the client wishes to discontinue the relationship. The long-term basis of the contracts gives the company ample time to develop and grow the platform for the specific program, and eventually demonstrate the value proposition to the client colleges and universities.

There is significant global demand for college education that the company aims to satisfy. The students that enroll in a program operated by 2U are enrolling in top-tier colleges and universities, and are admitted at the discretion of the college and university clients. For both the client colleges and universities, and the prospective students, the brand and reputation of the university's program is of utmost importance, and it is imperative for the university that the reputation is maintained. Students enrolled in the 2U online programs have similar retention and placement rates to their peers that take the more traditional route of attending the program on campus.

The company, which was founded in 2008 as 2Tor Inc., changed its name in 2012 to 2U, Inc. to more accurately reflect the role the company plays in supporting and collaborating with its university partners – 2U doesn't "tutor" students and, unlike some of its competitors, it doesn't create the courses (the university partners create the content and 2U is responsible for the production). 2U contracted with the University of Southern California's Rossier School of Education in April 2009 to launch its first program. It added three other programs by the end of 2011: the USC School of Social Work, Georgetown University's School of Nursing and Health Studies, and the University of North Carolina at Chapel Hill's Kenan-Flagler Business School. This first cohort of four programs account for the vast majority of the company's enrollments today due to the fact that they have been in the system the longest and the company forecasts a significant length of time before each program reaches profitable enrollment levels. Within that first cohort of programs, the company continues to see significant growth, with platform revenue retention, which measures the retention of revenue from programs that have been launched for more than one year compared to a year ago, well over 100%.

❖ **Barrington Research**™                                                 *July 25, 2014*

The program offerings fall into a diverse set of educational verticals. In addition to Teaching, Social Work, Nursing, and Business, the company offers programs through its client universities in the fields of Law, Public Administration, Public Health, International Relations, and Information and Data Science. Currently, it has agreements to launch programs in existing verticals and the additional vertical of Communications. Adding programs within existing verticals greatly reduces the costs associated with ramping up the program to profitability. The time necessary to grow a second vertical to profitability is also significantly reduced.

| College/University | School | 2U-Enabled Program | Program Launch Date | Program Offerings |
|---|---|---|---|---|
| University of Southern California | Rossier School of Education | USC Rossier Onlin | Apr-09 | Master of Arts in Teaching |
| | | | | Master of Arts in Teaching, TESOL |
| | | | | Master of Education in Teacher Leadership |
| | | | Early 2015E | Doctor of Education |
| University of Southern California | School of Social Work | MSW@USC | Oct-10 | Master of Social Work, Master of Social Work-Advanced Standing |
| | | | Late 2015E | Doctor of Social Work |
| Georgetown University | School of Nursing and Health Studies | Nursing@Georgetown | Mar-11 | Master of Science in Nursing |
| University of North Carolina at Chapel Hill | Kenan-Flagler Business School | MBA&UNC | Jul-11 | Master of Business Administration |
| | | | Mid 2015E | Master of Accounting |
| Washington University in St. Louis | School of Law | @WashULaw | Jan-13 | Master of Laws in U.S. Laws |
| | | | Late 2014E | Dual Master of Laws (LL.M.) with Tecnologico de Monterrey |
| University of North Carolina at Chapel Hill | School of Government | MPA@UNC | Jan-13 | Master of Public Administration |
| American University | School of International Service | International Relations Online | May-13 | Master of Arts in International Relations |
| The George Washington University | School of Public Health and Health Services | MPH@GW | Jun-13 | Master of Public Health |
| | | MHA@GW | Apr-14 | Executive Master of Health Administration |
| Simmons College | School of Nursing and Health Sciences | Nursing@Simmons | Oct-13 | Master of Science in Nursing |
| | | | Oct-14 | RN to Bachelor of Science in Nursing |
| | | | | RN to Master of Science in Nursing |
| University of California, Berkeley | School of Information | DataScience@Berkeley | Jan-14 | Master of Information and Data Science |
| Simmons College | School of Social Work | SocialWork@Simmons | Jul-14 | Master of Social Work |
| Syracuse University | Martin J. Whitman School of Management | MBA@Syracuse | Early 2015E | Master of Business Administration |
| Syracuse University | S.I. Newhouse School of Public Communications | Communications@Syracuse | 2015E | Master of Communications |

On April 2, 2014, the company completed an initial public offering of 9.175 million shares at $13.00 a share. Of the total, approximately 8.0 million shares were primary (8.626 million shares including the partial exercise of the underwriters' overallotment option), yielding proceeds to the company, net of underwriting fees, of $110.4 million, and 1.175 million shares were sold by selling shareholders (1.610 million including the partial exercise of the underwriters' overallotment option). The principal purposes of the offering was to create a public market for its common stock and to facilitate future access to the public equity markets, as well as to obtain additional capital to fund program marketing and sales expenses to drive new student enrollments in its clients' programs, as well as to fund technology and content development expenses to support those programs and ongoing spending on services and support. After the offering, officers and directors, including its private equity backers, continued to own 17.3 million shares, or approximately 42% of the outstanding.

## Industry Discussion

The global higher education industry is huge and undergoing a significant transition. In the U.S. alone, total revenue for all degree-granting postsecondary institutions topped $550 billion in the 2010-2011 academic year, according to the U.S. National Center for Education Statistics (May 2013). In recent years, public higher education institutions in the U.S. and other countries have faced decreased governmental financial support, due primarily to macroeconomic conditions, and experienced greater



❖ **Barrington Research**™                                    *July 25, 2014*

volatility in graduate enrollment rates. Notwithstanding, however, we believe the long-term growth prospects of the global higher education industry are strong, as governments, corporations, and individuals are increasingly recognizing the importance of education in a knowledge-based economy.

In addition, online learning is reshaping how institutions deliver and how individuals access education. As a result of rising rates of internet penetration, the rapid proliferation of mobile devices and the growth in cloud-based services, colleges and universities are beginning to incorporate technology-enabled offerings into their long-term growth strategies to expand their academic reach on a cost-effective basis. The market for online postsecondary education has grown more rapidly than the overall postsecondary market as a result of increased acceptance of online programs by students, academic institutions and employers, and the greater flexibility and convenience that online programs offer.

## Operating Model

From a business-model perspective, 2U generates revenues by sharing in the tuition charged to students by its university partners, which include some of the best universities in the world such as USC, UNC-Chapel Hill, Georgetown, and George Washington University. While 2U works to acquire qualified students upfront, it receives 60-70% of the lifetime value of the student as they study and take their courses.

2U handles all technology, student and faculty support, in-program placement, job placement, content creation and student acquisition, making it both profitable and mission-driven for its university partners. Its university partner handles everything else including admission, financial aid, accreditation and, most importantly, faculty instruction.



| 2U, Inc. - Timeline of student engagement | |
|---|---|
| **Time before Enrollment**<br>Usually about 7 months<br>Sizable student acquisition costs<br>Content development for new programs | **Time Enrolled**<br>About 2-3 years<br>Period when the company is generating revenues<br>Student and faculty support a key expense |

The company finds students through a variety of processes. Of the potential students the company reaches out to, only about 1-2% enter the partner's program. The process of revenue generation entails significant expenditures related to content development and student acquisition. The company estimates that the time from identifying a potential student to when the company is able to generate revenues is about seven months if the student successfully enters the program.

| 2U, Inc. | | | | |
|---|---|---|---|---|
| | **2011** | **2012** | **2013** | **2014E** |
| Revenues | 100.0% | 100.0% | 100.0% | 100.0% |
| Servicing and Support | 41.4% | 26.7% | 27.3% | 27.1% |
| Technology and content development | 17.2% | 14.9% | 23.4% | 23.9% |
| Program marketing and sales | 108.0% | 81.2% | 65.1% | 61.2% |
| General and Administrative | 17.2% | 18.5% | 17.9% | 17.4% |
| **Operating (EBIT) Income** | **-83.8%** | **-41.3%** | **-33.7%** | **-29.7%** |

In launching a new program, which is time consuming and costly, 2U integrates its platform with the various student information and other operating systems its college and university clients use to manage functions within their institutions. In addition, 2U's content development staff works

AR-C-1644

❖ **Barrington Research**

*July 25, 2014*

closely with that client's faculty members to produce engaging online coursework and content, and 2U begins student acquisition activities. The company investment begins about nine months before they launch. Over the next three to four years, 2U will invest, on average, between $4 million and $9 million in a new program.

Because 2U is paid a fixed percentage of the tuition that its college and university clients receive from the students enrolled in their programs, 2U only begins to recover these costs once students are enrolled and begin paying tuition. While the time that it takes for 2U to recover its investment depends on a variety of factors, including student acquisition costs and the rate of growth in student enrollment in the program, management estimates that it takes four to five years on average after engagement with a client to breakeven. Until that time, it operates at a loss.

In the company's investor presentation, the following chart on investment and return is presented:



Since the company has significantly expanded the number of existing partnerships over the past few years, operating losses have expanded in recent quarters, though are expected to improve on a full-year basis in 2014 compared to 2013. Operating profits will likely be pressured for some time as the new programs continue to develop. Recent expenses related to program marketing have come down as a percentage of revenues due to the continued expansion of the first four programs. Since the company did not add any programs in 2012, this was the likely cause of content development expenses declining. The single largest expense, program marketing, is expected to have a steady state level of nearly 33% of revenues. Management is confident in this projection for a number of reasons. As the company gains scale, and has programs in the same fields at multiple universities, it will be generating leads for students in those programs that could fit multiple institutions. In addition, the company will have a better understanding of the type of students that they should target, and how to approach those students. All this will have the effect of significantly reducing per-student acquisition costs, and easing the process of finding students. It will also increase the pool of applicants to the extent that perhaps their university partners are still top tier, but of slightly varying reputation.

❖ **Barrington Research**                                                                    *July 25, 2014*

## Growth Strategy

Management intends to continue to build on its industry leadership as a provider of cloud-based, SaaS solutions that enable leading non-profit colleges and universities to deliver education online. The principal elements of its strategy are as follows:

- **Grow its Client Base.** The company plans to expand beyond its existing client base through a two-tiered approach:

  o **Add Programs in New Academic Disciplines.** Management believes there is a substantial opportunity to increase the size of its client base by adding graduate programs in new academic disciplines within its core market of selective non-profit colleges and universities. According to the U.S. Department of Education, U.S. institutions of higher education offered graduate degrees in 1,000 separate disciplines during the 2011-2012 academic year.

  o **Expand Within Existing Academic Disciplines.** There is also the opportunity to add new graduate-level clients in academic disciplines where it already has existing programs. This approach should enable 2U to leverage its program marketing investments across multiple client programs within specific academic disciplines, allowing for a higher number of students to access high-quality educations while significantly decreasing student acquisition costs within those disciplines.

- **Increase Enrollment and Add Programs with Existing Clients.** Management's plan calls for a continued increase in student enrollments within the existing programs it enables for its clients. It has also been able to expand its relationships with clients by adding degree programs at the same university. For example, it has added programs from client institutions including the University of Southern California, the University of North Carolina at Chapel Hill, and The George Washington University.

- **Grow International, Undergraduate and Doctoral Presence.** 2U's existing client programs serve students in over 50 countries. Management's believes there is significant market demand for its solutions as colleges and universities seek to extend their brands by accessing the growing global market for higher education. There is also a real opportunity to provide high-quality online education experiences to both undergraduate students and to expand its graduate offerings into doctoral programs.

- **Continue to Innovate and Extend its Technological Leadership.** Central to 2U's growth and success has been their ability to deliver innovative technology to its clients. In order to maintain and extend its technological leadership, management intends to increase the functionality of the platform and continue their investment in the development of new applications. 2U's application is developed and supported by salesforce.com and hosted through Amazon Web Services (AWS).

| 2U, Inc. - Attractive Long-Term Model | 2011 | 2012 | 2013 | Steady-State Target |
|---|---|---|---|---|
| Serving & Support | 41% | 26% | 27% | 15-17% |
| Technology & Content Development | 13% | 10% | 19% | 11-13% |
| Program Marketing & Sales | 107% | 81% | 65% | 31-33% |
| G&A | 15% | 17% | 16% | 6-7% |
| Adjusted EBITDA Margin | -76% | -34% | -26% | Mid-30% |

AR-C-1646

**Key Business and Financial Performance Metrics**

In addition to Adjusted EBITDA, management uses **Platform Revenue Retention Rate** and **Full Course Equivalent (FCE) Enrollments** to evaluate its business, measure its performance, identify trends affecting its business, formulate financial projections, and make strategic decisions.

**Platform Revenue Retention Rate:** Platform revenue retention is calculated by first identifying the group of programs that its client universities launched before the beginning of the prior-year comparable period, then comparing the revenue recognized for this group of programs in the reporting period to the revenue they recognized for the same group of programs in the prior-year period, expressed as a percentage of the revenue that was recognized for the group in the prior-year period. As can be seen in the accompanying table, the platform revenue retention rate was greater than 100% because no programs terminated and full course equivalent enrollments in these programs increased.

**Full Course Equivalent (FCE) Enrollments:** Full course equivalent enrollments in its university clients' programs is determined by taking the number of students enrolled in a course (for each of the courses offered during a particular period) and multiplying by the percentage of the course completed during the period (as many courses straddle two or more fiscal quarters). Average revenue per FCE enrollment is the weighted average revenue per course across the mix of courses being offered in its university clients' programs during a period. This number is calculated by taking its total revenue for a period divided by the number of FCE enrollments during that same period.

| 2U, Inc. Key Operating Metrics | Year Ended December 31, | | | | | |
|---|---|---|---|---|---|---|
| | 2011 | 2012 | 2013 | 2014E | 2015E | 2016E |
| Platform revenue retention rate | 127.1% | 157.0% | 144.4% | | | |
| Number of programs include in comparison | 1 | 2 | 4 | | | |
| | | | | | | |
| Full course equivalent enrollments | 14,099 | 22,532 | 31,338 | 39,641 | 49,758 | 59,709 |
| Average revenue per FCE enrollment | $2,109 | $2,480 | $2,653 | $2,726 | $2,836 | $2,978 |
| **YOY Growth Rate:** | | | | | | |
| Full course equivalent enrollments | | 59.8% | 39.1% | 26.5% | 25.5% | 20.0% |
| Average revenue per FCE enrollment | | 17.6% | 7.0% | 2.7% | 4.1% | 5.0% |

It should be noted that 2U's average revenue per FCE enrollment could decline over time as management is actively targeting new graduate-level clients in academic disciplines for which it has existing programs. These additional programs will generally have lower tuition than the initial program in that discipline. This approach, however, is expected to allow 2U to leverage program marketing investments across multiple client programs within specific academic disciplines, significantly decreasing student acquisition costs within those disciplines, and more than offsetting any decline in average revenue per FCE enrollment.

**Value Proposition**

**Value to Colleges:** The partnering colleges and universities receive from 2U a for-profit (read "efficient") company committed to maintaining the strong reputation of the client's program. 2U offers to take on many of the high-cost tasks involved in developing an online platform. It develops the technology platform as well as finds new students for the graduate and undergraduate programs, which is the company's largest expense item. 2U also is responsible for student and faculty support. Developing the program content is a task performed jointly by the university and 2U. The university is still responsible for admissions and financial aid decisions with regard to each applicant. Management has indicated that placement and retention rates for

❖ **Barrington Research**                                                          *July 25, 2014*

students enrolled online through 2U are comparable to their on-campus peers. Additionally, the average class size is slightly more than 10 students per class.

2U also takes on the task of partnering with other institutions for non-classroom components of certain programs. The company affiliates with over 9,800 placement sites that fulfill the non-classroom requirements of its various programs. For many of the programs, such as nursing, social work, and others, the placement site experience is paramount to ensuring the quality of the education is up to the standards of the client school. By taking on these and other items, the company is able to drive additional enrollment for the university. 2U receives a 60-70% share of revenues in exchange for its investment in developing the online program. While there has not been any opportunity to date for client universities to renew or end their agreements with 2U, the USC Rossier school of Education extended their initial agreement, which had been for eight years, to get it into the 10-15 year range for the other programs.



*Source: Company Presentation*

**Value to Students:** The difficulty for 2U is convincing high-caliber students to enroll in an online-based program of a top tier university as opposed to enrolling in the on-campus program. The company is able to significantly reduce the cost of education by leveraging its technology platform. This is done by eliminating the necessity for students to move to a different location in order to enroll, which will frequently involve the significant opportunity cost of leaving a current place of employment. This provides further leverage for the post-graduation earnings increase that graduates typically receive, about 25% according the company's recently released impact study, maximizing the student's return on educational investment.

The company's tagline for its offering is "No Back Row." This emphasizes the active engagement that students will receive as part of the program, which is intimately linked with the client university. With the high cost of obtaining an education, it is imperative that students are actively engaged in the process. Due to the small class sizes, it can be almost immediately apparent when a student is unprepared. The more than 9,800 placement sites where students can receive practice-based learning is an additional benefit to the student. While lectures can be brought online, the out-of-class components require this extensive network in order to ensure the students truly benefit from the significant investment that they are making in their education.

## Competition

2U's primary competitors include *EmbanetCompass*, acquired by Pearson PLC (PSON:London), and *Deltak*, that was acquired by John Wiley & Sons (JW.A:NYSE), both of which are now part of large, publicly-traded education and publishing companies.

**EmbanetCompass:** Founded in 1995 and headquartered in Elk Grove, Illinois, EmbanetCompass was acquired by Pearson PLC in November 2012, from an investor group led by Technology Crossover Ventures and Knowledge Universe, for $650 million. At the time of the transaction, EmbanetCompass was expected to post 2012 revenue of $130 million. EmbanetCompass partners with leading non-profit colleges and universities in North America to provide fully-online learning solutions for more than 100 university programs. By our count, EmbanetCompass has 34 such partners including Boston University, Kent State, and Wake Forest. It provides a full range of services including: program design and development; marketing and student recruitment; faculty

❖ **Barrington Research**™                                                                    *July 25, 2014*

training and support; data-driven student retention and learning analytics; student services (counseling, tutoring, mentoring); technology support; and launch funding.

**Deltak:** Founded in 1997 and headquartered in Oak Brook, Illinois, Deltak was acquired by John Wiley & Sons in October 2012 for $220 million. For the year ended September 30, 2012, Deltak generated $54 million in revenue. Deltak provides technology platforms and services offerings for online and hybrid programs including market research, validating program demand, instructional design, marketing, and student recruitment and retention services to leading national and regional colleges and universities throughout the United States. Deltak now counts 26 schools as partners, including institutions such as Purdue University, Case Western, and Butler University, and has more than 9,000 students enrolled in 100 degree programs.

In addition to EmbanetCompass and Deltak, there are a number of smaller competitors including: *Academic Partnerships* (14 institutional clients including Florida International University), *Bisk Education* (12; Notre Dame), *Educators Serving Educators* (7; American International College), *LearningHouse* (5; Albany State University), and *Colloquy* (4; George Mason University).

## Management Team

The management team includes members with extensive experience within the education and technology sectors, particularly Messrs. Paucek and Cohen. A brief description of the employment histories of the executive teams follows:

| Name | Age | Current Position(s) | Education | Employment History | | |
|---|---|---|---|---|---|---|
| | | | | Firm | Title | Dates |
| Christopher J. Paucek | 43 | CEO | The George Washington University B.A. | 2U, Inc. | CEO | January 2012 to Present |
| | | | | 2U, Inc. | President and COO | 2008 to 2011 |
| | | | | Smarterville, Inc. | CEO | 2007 to 2008 |
| | | | | Educate Products for Educate, Inc. | President | 2004 to 2007 |
| | | | | Cerebellum Corporation | Co-CEO | 1993 to 2003 |
| Robert L. Cohen | 48 | President COO | Princeton University | 2U, Inc. | President | November 2013 to Present |
| | | | | 2U, Inc. | COO | April 2012 to Present |
| | | | | 2U, Inc. | CFO | April 2008 to April 2012 |
| | | | | The Princeton Review | Various | 2001 to 2008 |
| Catherine A. Graham | 53 | CFO | University of Maryland B.A. Loyola College of Maryland M.B.A. | 2U, Inc. | CFO | April 2012 to Present |
| | | | | Online resources Corporation | CFO | 2002 to April 2012 |
| | | | | VIA NET.WORKS, Inc. | CFO | 1998 to 2002 |
| Jeff C. Rinehart | 38 | CMO | East Carolina University B.S. Economics | 2U, Inc. | CMO | March 2011 to Present |
| | | | | Capital One Financial Corporation | Various | 2000 to 2011 |
| James Kenigsberg | 37 | CTO | Hunter College | 2U, Inc. | CTO | July 2010 to Present |
| | | | | 2U, Inc. | CIO | September 2008 to June 2010 |
| | | | | The Princeton Review | Various | 2004 to 2008 |
| | | | | Ogilvy & Mathers | Project Manager | 2000 |

**Christopher J. Paucek:** Mr. Paucek has been the company's Chief Executive Officer since January 2013, and a Director since March 2012. He was President and COO from the company's founding in April 208 until December 2011. Prior to co-founding 2U, Mr. Paucek served as the CEO of Smarterville, Inc., the parent company of *Hooked on Phonics*, from 2007-2008. From 2004 to 2007, Mr. Paucek served as vice president of business development and president of Educate Products for Educate, Inc. Mr. Paucek co-founded Cerebellum Corporation, a media company that produced education content, and led the company as Co-CEO until 2003. Mr. Paucek is currently enrolled in 2U's MBA@UNC program at the UNC Kenan-Flager Business School.

**Robert L. Cohen:** Mr. Cohen has been President of 2U since November 2013, and COO since April 2012. He had previously served as the company's CFO from inception until April 2012. Prior to the founding of 2U, Mr. Cohen had served in various positions at The Princeton Review, a company he joined in 2001, including EVP of strategic development. He had previously operated a franchise of the Princeton Review from 1985 until 2001 when the franchise was sold back to the company.

AR-C-1649

**Catherine A. Graham:** Ms. Graham has been the company's CFO since April 2012. She joined following her roughly 10-year tenure (2002-April 2012) as CFO at Online Resources Corporation, a financial technology company that was publicly traded until it was acquired by ACI Worldwide in March 2013. She was also CFO of the internet services and web hosting provider, VIA NET.WORKS, Inc. from 1998 until 2002.

**Jeff C. Rinehart:** Mr. Rinehart has been the company's Chief Marketing Officer since March 2011. Prior to joining 2U, Mr. Rinehart had served in various roles at Capital One Corporation within its Marketing and Analytics division, culminating in the role of vice President of Marketing Strategy for the company's consumer credit card division.

**James Kenigsberg:** Mr. Kenigsberg has been the company's Chief Technology Officer since July 2010. Previously, he had served as the company's Chief Information Officer, beginning his tenure in that role in 2008. From 2000 to 2008, he served in various positions at The Princeton Review, serving as Vice President of Application development and product development from 2004 until 2008. He had previously served at WPP Group's Ogilvy & Mathers as a product engineer, and as product engineer at Thomson Reuters from 1998 to 2000.

The **Board of Directors** is equally impressive. In addition to representatives of 2U's private equity backers (Redpoint Ventures, GSV Capital and Bessemer Venture Partners), other Board members include Mark Chernis (SVP of Strategic Partnerships and Investments at Pearson plc), Sallie Krawcheck (former CEO of Smith Barney), Jack Larson (founder and former CEO of Career Education Corporation) and Earl Lewis (President of The Andrew W. Mellon Foundation, a philanthropic organization committed to advancing higher education, the arts and civil society).

## Recent Financial Performance

The company incurs significant expenses to scale operations of new programs; this involves spending on marketing for the program, developing the technology platform and other steps in the process of development, some performed jointly with the university client. The company has found that it takes about five years for a new program in a specific vertical to become profitable, so as 2U adds new programs, like the four added in 2013, it is reasonable to expect sizable headwinds to operating profitability for some time.

Revenues increased 38% to $26.3 million in the first quarter compared to $19.1 million in Q1/13. The company had significantly increased the number of programs offered, though the 2013 cohort of programs are still in the very early stages of enrollment, and are not expected to be profitable for some time.

Revenue growth was driven by increases in full-course equivalent enrollments (FCEs) and, to a lesser extent, in average revenue per FCE. In the first quarter, FCEs increased by 28% YOY due both to growth in existing programs and to the addition of new programs and program offerings in 2013 and in Q1/14. Average revenue per FCE increased 7%, compared with the prior year, due primarily to a 5% weighted average increase in its partner's tuition rates, with the balance attributable to an increase in credits per course during the quarter. The company also saw enrollment increases in its comparable year-ago programs, where platform revenue retention at those programs was 122%.

At of March 31, 2014, 2U's partner programs had enrolled 9,568 students inception-to-date. Management has now surpassed 10,000 students inception-to-date during the second quarter.

❖ Barrington Research™                                                        *July 25, 2014*

| 2U, Inc.<br>(In Thousands) | First Quarter Ended March 31 | | | Twelve Months Ended December 31 | | |
|---|---|---|---|---|---|---|
| | 2014 | 2013 | Y/Y Δ% | 2013 | 2012 | Y/Y Δ% |
| **Revenues** | **$26,332** | **$19,135** | **37.6%** | **$83,127** | **$55,879** | **48.8%** |
| Service and support | 6,248 | 5,018 | 24.5% | 22,718 | 14,926 | 52.2% |
| Technology and content development | 5,674 | 3,235 | 75.4% | 19,472 | 8,299 | 134.6% |
| **Gross income** | **14,410** | **10,882** | **32.4%** | **40,937** | **32,654** | **25.4%** |
| Program marketing and sales | 15,241 | 11,770 | 29.5% | 54,103 | 45,390 | 19.2% |
| General and administrative | 5,436 | 2,871 | 89.3% | 14,840 | 10,342 | 43.5% |
| **Operating income (loss)** | **(6,267)** | **(3,759)** | **66.7%** | **(28,006)** | **(23,078)** | **21.4%** |
| Interest expense | 784 | (8) | NM | (27) | 73 | NM |
| Interest income | 1 | 6 | | 26 | 38 | |
| **Pretax income (loss)** | **(7,050)** | **(3,745)** | **88.3%** | **(27,953)** | **(23,113)** | **20.9%** |
| Income Taxes | 0 | 0 | NM | 0 | 0 | NM |
| Tax Rate | 0.0% | 0.0% | | 0.0% | 0.0% | |
| **Net Income (loss)** | **(7,050)** | **(3,745)** | **88.3%** | **(27,953)** | **(23,113)** | **20.9%** |
| Preferred stock accretion | (87) | (86) | 1.2% | (347) | (339) | 2.4% |
| **Net Income (loss) attributable to** | **(7,137)** | **(3,831)** | **86.3%** | **(28,300)** | **(23,452)** | **20.7%** |
| **Diluted EPS (LPS)** | **(0.88)** | **(0.51)** | **74.6%** | **(3.76)** | **(3.28)** | **14.5%** |
| Diluted Average Shares | 7,969 | 7,387 | 7.9% | 7,432 | 7,037 | 5.6% |
| **Percent of Sales** | **Q1/14** | **Q1/13** | | **2013** | **2012** | |
| **Gross income** | 54.7% | 56.9% | | 49.2% | 58.4% | |
| Program marketing and sales | 57.9% | 61.5% | | 65.1% | 81.2% | |
| General and administrative | 20.6% | 15.0% | | 17.9% | 18.5% | |
| **Operating income (loss)** | **-23.8%** | **-19.6%** | | **-33.7%** | **-41.3%** | |
| Pretax income (loss) | -26.8% | -19.6% | | -33.6% | -41.4% | |
| **Net Income (loss) attributable to** | **-27.1%** | **-20.0%** | | **-34.0%** | **-42.0%** | |

Servicing and support expenses increased 25% from a year ago and accounted for nearly 24% of revenues, related to increased personnel expenses. Technology and development expenses increased 75%, partly due to headcount increases to support the launch of new client programs. Program marketing and sales costs increased 30% due to marketing more programs aimed at increasing overall enrollment, including lead generation and staff headcount. This is the company's largest operating item, and accounted for 65% of revenues on a full-year basis in 2013, and nearly 60% in the first quarter. General and administrative costs increased 89% due to higher stock-based compensation expenses, as well as other corporate items.

| 2U, Inc.<br>Cash Flow Data ($000): | Q1/14 | Q1/13 | Y/Y Δ% | 2013 | 2012 | Y/Y Δ% |
|---|---|---|---|---|---|---|
| Depreciation & amortization | 1,283 | 926 | 38.6% | 4,335 | 2,869 | 51.1% |
| Stock-based comp expense | 1,195 | 436 | 174.1% | 2,426 | 1,395 | 73.9% |
| **Adjusted EBITDA** | **(3,789)** | **(2,397)** | **58.1%** | **(21,245)** | **(18,814)** | **12.9%** |
| Adjusted EBITDA as % of revenue | -14.4% | -12.5% | | -25.6% | -33.7% | |
| Cash flow from operations | 2,474 | 899 | 175.2% | (15,652) | (20,185) | -22.5% |
| Capital expenditures | 2,621 | 1,561 | 67.9% | 2,367 | 2,275 | 4.0% |
| Capital exp as % of revenue | 10.0% | 8.2% | | 2.8% | 4.1% | |
| **Free cash flow** | **(147)** | **(662)** | **-77.8%** | **(18,019)** | **(22,460)** | **-19.8%** |
| FCF as % of revenue | -0.6% | -3.5% | | -21.7% | -40.2% | |

The adjusted EBITDA loss was $(3.8) million, compared to $(2.4) million in the first quarter of 2013. The net loss attributable to common stockholders, on a GAAP basis, was $(7.1) million, or $(0.93) per share, compared to $(3.8) million, or $(0.52) per share, in Q1/13. The pro forma net loss per share was $(0.20).

2U continues to build its portfolio of new programs and offerings in existing programs for launch during the remainder of 2014 and in 2015. New developments include:

AR-C-1651

- Dual Master of Laws (LL.M.) degree between Tecnologico de Monterrey, a leading university in Latin America, and the Washington University in St. Louis School of Law. This is the company's first degree with a non-U.S. university, expected to launch in 2014.

- Two doctorate degrees with the University of Southern California, including a Doctor of Education with the Rossier School of Education and a Doctor of Social Work with the USC School of Social Work, each expected to launch in 2015.

- Master of Business Administration degree with Syracuse University's Martin J. Whitman School of Management, expected to launch in 2015. This will be 2U's second MBA program.

- Master of Accounting with University of North Carolina Chapel Hill's Kenan-Flagler Business School, expected to launch in 2015, pending university approval.

## Financial Position

Pro forma for the completion of the company's IPO, which occurred in early April 2014, cash and equivalents were $106.2 million, compared to $5.7 million at the end of the March fiscal quarter, and $7.0 million at the end of the year ended December 31, 2013. The company issued 8.0 million shares (8.626 million with the shoe) at $13.00 per share, and preferred shares converted to common equity, resulting in an additional 23.5 million shares outstanding.

The company has historically generated sizable operating losses on an annual basis. This is mostly attributable to the large marketing expenses associated with getting students into the program, and the sizable lead time before revenues are able to be recognized on student enrollment. The operating losses are expected to continue as the company continues to add programs and new client schools. As the company gains scale, this is expected to fall as a percentage of revenues. Relative to income statement expenses, capital expenses are comparably small as a percentage of revenues, and are mostly associated with the development of courses for their clients' programs.

## Outlook & Estimates

**Outlook:** Management issued the following guidance in its Q1/14 earnings press release, which calls for revenues of $104.5-107.5 million for the full year, reflecting a seasonal step-up in quarterly revenue during the second half of the year.

Revenue for the second quarter is expected to be between $23.3-24.1 million, up 27% at the midpoint of this range but a sequential decline (both seasonal and anticipated). Due to the academic calendar, 2U's partner programs generally have more days out of session during Q2 than any other quarter, which impacts the timing of revenue recognition. Of the second half revenue, they expect that 48-49% will be recognized in the third quarter and 51-52% will be recognized in the fourth quarter.

The net loss for the full year is expected in a range of $31.0-33.3 million. Based on our management's current forecast for shares, this equates to a basic loss of between $1.04 and $0.97 per share and a pro forma loss of between $0.85 and $0.79 per share.

❖ **Barrington Research**                                     *July 25, 2014*

| 2U, Inc. Guidance   (in millions except per share data) | Q2/14E | 2014E | 2013A |
|---|---|---|---|
| Revenue | $23.3 - $24.1 | $104.5 - $107.5 | $83.1 |
| Net Loss Attributable to Common Stockholders | $(11.9) -$(11.2) | $(33.3) - $(31.0) | $(28.0) |
| *Weighted Average Common Shares* | *39.7* | *32.0* | *7.4* |
| Net Loss per Common Share | $(0.30) - $(0.28) | $(1.04) - $(0.97) | $(3.81) |
| *Pro Forma Weighted Average Common Shares* | *40.0* | *38.0* | |
| Pro Forma Net Loss per Common Share | $(0.30) - $(0.28) | $(0.85) - $(0.79) | |
| Adjusted EBITDA | $(8.3) - $(7.7) | $(19.7) - $(17.7) | $(23.7) |
| *Equity Compensation Expense* | *$2.2 - $2.3* | *$7.7 -$8.0* | |

**Our estimates:** Looking forward, we believe 2U will continue to execute on its organic expansion, leading to growth in revenue. We also believe that adjusted EBITDA losses will continue to shrink and cross over to profitability, as the business model is highly scalable.

For 2014, our full-year estimates call for total revenues of $105.4 million (26.8% growth from prior year) and an adjusted EBITDA loss of $18.1 million (a 9.9% improvement from prior year).

For 2015, our full-year estimates call for total revenues of $134.2 million (27.4% growth from prior year) and an adjusted EBITDA loss of $13.9 million (a 23.2% improvement from prior year).

For 2016, our full-year estimates call for total revenues of $164.3 million (22.4% growth from prior year) and an adjusted EBITDA loss of $8.8 million (a 36.8% improvement from prior year).

## Valuation

**DCF analysis:** Our methodology blends "Slower Growth," "Base Case," and "Higher Growth" scenarios. This reflects the reality that a range of potential outcomes is particularly wide as the pace of growth and margin profile in the outer year are difficult to predict. We weight the "Slower Growth" case at 30%, the "Base Case" at 60%, and the "Higher Growth" case at 10%. We skew to the slower and base cases to be conservative.  Based on our blended-scenario analysis, we derive a $18.40 per share price.

We summarize our DCF assumptions for our three scenarios below:

**Slower Growth Case – Implies $14.81 Stock Price**

- 2013-2023E revenue CAGR of 20.0% and 2019E-2023E unlevered free cash flow CAGR of 39.9% (forecast negative unlevered free cash flow 2014E-2017E).
- A WACC of 11.7%.
- A terminal EBITDA multiple of 11.0x.
- A terminal unlevered free cash flow growth rate of 3.9%.

**Base Case – Implies $19.60 Stock Price**

- 2013-2023E revenue CAGR of 23.9% and 2018E-2023E unlevered free cash flow CAGR of 47.6% (forecast negative unlevered free cash flow 2014E-2017E).
- A WACC of 11.7%.
- A terminal EBITDA multiple of 11.0x.
- A terminal unlevered free cash flow growth rate of 3.9%.

**Higher Growth Case – Implies $21.79 Stock Price**

- 2013-2023E revenue CAGR of 25.4% and 2017E-2023E unlevered free cash flow CAGR of 50.5% (forecast negative unlevered free cash flow 2014E-2017E).

AR-C-1653

**❖ Barrington Research**

*July 25, 2014*

- A WACC of 11.7%.
- A terminal EBITDA multiple of 11.0x.
- A terminal unlevered free cash flow growth rate of 3.9%.

**2U, Inc. (Base Case)**
Discounted Cash Flow (*$M, except per share price*)

| | 2013A | 2014E | 2015E | 2016E | 2017E | 2018E | 2019E | 2020E | 2021E | 2022E | 2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | $83.1 | $105.4 | $134.3 | $164.4 | $205.5 | $256.8 | $321.0 | $391.7 | $477.8 | $582.9 | $711.2 |
| % growth | NA | 26.8% | 27.4% | 22.4% | 25.0% | 25.0% | 25.0% | 22.0% | 22.0% | 22.0% | 22.0% |
| EBITDA | ($21.2) | ($25.9) | ($22.7) | ($18.2) | $8.6 | $32.1 | $44.9 | $66.6 | $95.6 | $122.4 | $163.6 |
| % margin | (25.6%) | (24.6%) | (16.9%) | (11.1%) | 4.2% | 12.5% | 14.0% | 17.0% | 20.0% | 21.0% | 23.0% |
| EBIT | ($28.0) | ($31.2) | ($29.3) | ($26.5) | ($1.4) | $21.8 | $32.1 | $50.9 | $76.5 | $99.1 | $135.1 |
| % margin | (33.7%) | (29.6%) | (21.8%) | (16.1%) | (0.7%) | 8.5% | 10.0% | 13.0% | 16.0% | 17.0% | 19.0% |
| Taxes | | | | | | | | | | | |
| EBIAT | ($28.0) | ($31.2) | ($29.3) | ($26.5) | ($1.4) | $21.8 | $32.1 | $50.9 | $76.5 | $99.1 | $135.1 |
| Plus: Depreciation & Amortization | 4.3 | 5.3 | 6.6 | 8.2 | 10.1 | 10.3 | 12.8 | 15.7 | 19.1 | 23.3 | 28.4 |
| % margin | 5.2% | 5.0% | 4.9% | 5.0% | 4.9% | 4.0% | 4.0% | 4.0% | 4.0% | 4.0% | 4.0% |
| Less: Capital Expenditures | 7.6 | 11.6 | 13.4 | 13.1 | 12.3 | 12.8 | 12.8 | 15.7 | 19.1 | 23.3 | 28.4 |
| % margin | 9.1% | 11.0% | 10.0% | 8.0% | 6.0% | 5.0% | 4.0% | 4.0% | 4.0% | 4.0% | 4.0% |
| Plus:Δ Net Working Capital | 5.0 | 2.0 | 1.0 | | | | | | | | |
| Unlevered Free Cash Flow | ($26.3) | ($35.5) | ($35.1) | ($31.4) | ($3.7) | $19.3 | $32.1 | $50.9 | $76.5 | $99.1 | $135.1 |
| WACC | 11.7% | | | | | | | | | | |
| Discount Period | | 1.0 | 2.0 | 3.0 | 4.0 | 5.0 | 6.0 | 7.0 | 8.0 | 9.0 | 10.0 |
| Discount Factor | | 0.90 | 0.80 | 0.72 | 0.64 | 0.58 | 0.52 | 0.46 | 0.41 | 0.37 | 0.33 |
| Present Value of Free Cash Flow | | ($31.8) | ($28.2) | ($22.5) | ($2.4) | $11.1 | $16.6 | $23.5 | $31.6 | $36.7 | $44.8 |

| Enterprise Value | |
|---|---|
| Cumulative Present Value of FCF | $79.4 |
| Terminal Value | |
| Terminal Year EBITDA (2023E) | $163.6 |
| Exit Multiple | 11.0x |
| Terminal Value | $1,799.3 |
| Discount Factor | 0.33 |
| Present Value of Terminal Value | $596.7 |
| % of Enterprise Value | 88.3% |
| Enterprise Value | $676.1 |

| Implied Equity Value and Share Price | |
|---|---|
| Enterprise Value | $676.1 |
| Less: Total Debt | - |
| Plus: Cash and Cash Equivalents | 106.0 |
| Implied Equity Value | $782.1 |
| Shares Out | 39.9 |
| Implied Share Price | $19.60 |

| Implied Perpetuity Growth Rate | |
|---|---|
| Terminal Year Free Cash Flow | $135.1 |
| WACC | 11.7% |
| Terminal Value | $1,799.3 |
| Implied Perpetuity Growth Rate | 3.9% |

| WACC | |
|---|---|
| Cost of Equity (CAPM) | 11.7% |
| Cost of Debt | 0% |
| WACC | 11.7% |

**Comparable companies approach:** We have performed a comparable valuation analysis on shares of 2U using two comparable groups. The first is comprised of vertical-focused SaaS companies and the other is online-focused education services providers to reflect the similarities in the business model shared with both peer groups. Clearly, the educational/training software group has higher growth rates (like 2U) and hence the higher multiples (as well as lower regulatory issues that currently face the for-profit education companies) and should be the basis of comparison. We present the tables below as the basis for this analysis (using our estimates for 2U and the rest of the group using consensus data from FactSet).

| | | | | | | | | EV/SALES | | | EV/EBITDA | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Comparative Valuation Table** | | | | | | | | | | | | | |
| Company | Ticker | Recent Price | YTD Change | 52 Week High | 52 Week Low | Market Cap | Enterprise Value | 2013 | 2014 | 2015 | 2013 | 2014 | 2015 |
| **2U, Inc.** | TWOU | $13.56 | 4.3% | $17.58 | $10.52 | $545 | $439 | 5.3x | 4.1x | 3.1x | NM | NM | NM |
| **Vertical Focused Saas Companies** | | | | | | | | | | | | | |
| Ellie Mae, Inc. | ELLI | $28.81 | 7.9% | $33.24 | $22.46 | $810 | $735 | 5.7x | 4.9x | 4.0x | 18.6x | 18.3x | 12.9x |
| Envestnet, Inc. | ENV | $46.62 | 14.7% | $50.38 | $24.58 | $1,587 | $1,546 | 6.4x | 4.6x | 3.8x | 40.3x | 29.2x | 20.7x |
| RealPage, Inc. | RP | $16.48 | -29.7% | $26.34 | $15.40 | $1,298 | $1,207 | 3.2x | 3.0x | 2.7x | 13.5x | 16.2x | 13.0x |
| SciQuest, Inc. | SQI | $15.23 | -47.2% | $32.69 | $14.61 | $418 | $387 | 4.3x | 3.7x | 3.2x | 23.7x | 23.3x | 16.8x |
| SPS Commerce, Inc. | SPSC | $53.42 | -17.4% | $79.98 | $43.84 | $866 | $731 | 7.0x | 5.8x | 4.8x | 52.9x | 42.1x | 32.8x |
| Textura Corp. | TXTR | $25.91 | -18.4% | $47.25 | $13.80 | $645 | $572 | 16.1x | 8.9x | 5.9x | NM | NM | 49.3x |
| **Mean** | | | -15.0% | | | | | 7.1x | 5.1x | 4.1x | 28.9x | 25.9x | 24.2x |
| **Median** | | | | | | | | 6.0x | 4.7x | 3.9x | 19.2x | 23.7x | 18.7x |
| **Online Focused Education Services Provider Peer Group:** | | | | | | | | | | | | | |
| American Public Education, Inc. | APEI | $34.49 | -20.6% | $46.69 | $32.51 | $603 | $503 | 1.5x | 1.4x | 1.4x | 6.1x | 6.3x | 5.8x |
| Bridgepoint Education, Inc. | BPI | $12.50 | -28.7% | $20.33 | $12.16 | $565 | $249 | 0.3x | 0.4x | 0.4x | 2.6x | 4.8x | 3.4x |
| Capella Education Company | CPLA | $59.20 | -10.7% | $73.00 | $44.63 | $728 | $607 | 1.5x | 1.4x | 1.4x | 7.1x | 7.0x | 6.6x |
| Grand Canyon Education, Inc. | LOPE | $45.15 | 4.9% | $51.12 | $32.39 | $2,106 | $1,943 | 3.2x | 2.9x | 2.6x | 11.6x | 9.6x | 8.4x |
| K12 Inc. | LRN | $22.37 | 2.5% | $38.14 | $17.15 | $885 | $699 | 0.8x | 0.8x | 0.7x | 6.8x | 6.9x | 5.7x |
| **Mean** | | | -10.5% | | | | | 1.5x | 1.4x | 1.4x | 6.9x | 6.9x | 6.0x |
| **Median** | | | -10.5% | | | | | 1.5x | 1.4x | 1.4x | 6.8x | 6.9x | 5.8x |

We are valuing 2U shares on the EV/Sales basis as the company, like the SaaS peer group, is relatively early in its lifecycle and will continue to generate losses for the next several years.

Based on this data, the vertical-focused SaaS group average for the EV/Sales ratio comes out to 5.1x and 4.0x consensus 2014 and 2015 estimates, respectively, compared to 2U at 4.1x and 3.1x currently. We believe that the growth trajectory and total potential market opportunity of the 2U story warrants a similar multiple to those most highly valued in the peer group and could, in fact, warrant a premium multiple. Nevertheless, using a multiple of 5.0x our 2015 revenue estimate, leads us to a price target of approximately $20, which represents an upside potential of roughly 48% from current levels.

*NOTE: Alexander Paris, the senior investment analyst responsible for this report, and Barrington Research would like to offer their special thanks to Patrick Sholl for his assistance with this report.*

**Business Description:** 2U, Inc. provides cloud-based software-as-a-service solutions for nonprofit colleges and universities to deliver education to qualified students. The company's cloud-based SaaS platform solutions include an online campus, an online learning platform that enables its clients to offer educational content together with instructor-led classes in a live, intimate, and engaging setting through proprietary Web-based and mobile applications; and content management system, which enables its clients to author, review, and deploy asynchronous content into their online programs. Its platform solutions also comprise application processing portal that automates the online application process for prospective students of its clients' programs; and customer relationship management deployments, which serve as the data hub for scheduling, student acquisition, student application, faculty admissions review, enrollment, and student support for each program. The company offers a suite of technology-enabled services, including content development, student acquisition, and state authorization services, as well as application advising, student and faculty support, and in-program student field placements that support the lifecycle of a higher education program or course. 2U was co-founded by Christopher Paucek in April 2008 and is headquartered in Landover, MD.

AR-C-1655

❖ **Barrington Research**™                                          *July 25, 2014*

| Balance Sheet | *Pro Forma* | | | |
|---|---|---|---|---|
| *(In Thousands of Dollars, Except Per Share Data)* | **Q1/14** | **Q1/14** | **2013** | **2012** |
| **Assets:** | | | | |
| Cash and cash equivalents | 106,190 | 5,699 | 7,012 | 25,190 |
| Accounts receivable | 632 | 632 | 1,835 | 248 |
| Advance to clients, current | 324 | 324 | 581 | 498 |
| Prepaid expenses | 2,871 | 2,871 | 1,763 | 823 |
| **Current Assets** | 110,017 | 9,526 | 11,191 | 26,759 |
| Net PP&E | 5,662 | 5,662 | 5,231 | 4,871 |
| Capitalized content development costs | 9,680 | 9,680 | 8,904 | 6,608 |
| Other non-current assets | 5,211 | 5,211 | 3,326 | 1,639 |
| **Total Assets** | 130,570 | 30,079 | 28,652 | 39,877 |
| **Liabilities and Equity:** | | | | |
| Accounts Payable | 9,264 | 9,264 | 5,089 | 2,964 |
| Accrued Expenses and other current liabilities | 9,378 | 9,378 | 12,025 | 6,037 |
| Deferred revenue | 5,777 | 5,777 | 1,266 | 736 |
| Refunds payable | 2,040 | 2,040 | 1,831 | 1,228 |
| **Current Liabilities** | 26,459 | 26,459 | 20,211 | 10,965 |
| Long-term debt | - | - | - | - |
| Rebate reserve | 1,574 | 1,574 | 1,571 | 1,891 |
| Other non-current liabilities | 747 | 1,561 | 847 | 611 |
| **Total Liabilities** | 28,780 | 29,594 | 22,629 | 13,467 |
| **Total Stockholder's Equity** | 101,790 | 485 | 6,023 | 26,410 |
| **Total Liabilities & Stockholder's Equity** | 130,570 | 30,079 | 28,652 | 39,877 |

| Cash Flow Statement | | | | | |
|---|---|---|---|---|---|
| *(In Thousands of Dollars, Except Per Share Data)* | **2014E** | **LTM** | **2013** | **2012** | **2011** |
| **Operating Activities:** | | | | | |
| Net Income | (32,105) | (31,257) | (27,953) | (23,113) | (24,878) |
| Depreciation & amortization | 5,333 | 4,692 | 4,335 | 2,869 | 1,551 |
| Stock-based compensation expense | 7,795 | 3,185 | 2,426 | 1,395 | 839 |
| Interest expense incurred in connection with convertible debt | - | - | - | - | 19 |
| Amortization of deferred financing costs | - | - | - | 74 | - |
| Change in fair value of Series D redeemable convertible warrant | 688 | 663 | (33) | (22) | - |
| Loss on impairment of long lived assets | 813 | 813 | 811 | - | - |
| Change in working capital | 5,000 | 7,827 | 4,762 | (1,388) | 3,857 |
| **Net cash provided (used) by operating activities** | (12,476) | (14,077) | (15,652) | (20,185) | (18,612) |
| **Investing activities:** | | | | | |
| Expenses for property, equipment, and internally developed software | (2,367) | (2,693) | (2,367) | (2,275) | (2,512) |
| Capitalized content expenditures | (5,213) | (5,947) | (5,213) | (2,578) | (3,656) |
| Other | - | (73) | (56) | (362) | (90) |
| **Net cash provided (used) by investing activities** | (7,580) | (8,713) | (7,636) | (5,215) | (6,258) |
| **Financing activities:** | | | | | |
| Proceeds from issuance of common stock | 96,720 | - | - | - | - |
| Payment of deferred offering costs | (1,411) | (1,411) | - | - | - |
| Proceeds from exercise of stock options | 262 | 587 | 325 | 611 | - |
| Repurchase of common shares | - | (179) | (179) | - | - |
| Proceeds from issuance of Series C preferred stock | - | - | - | - | 31,510 |
| Proceeds from issuance of Series D preferred stock | - | - | 4,994 | 26,021 | - |
| Proceeds from issuance of convertible debt | - | - | - | - | 750 |
| | | | - | - | - |
| **Net cash provided (used) by financing activities** | 95,571 | (1,003) | 5,140 | 26,632 | 32,260 |

AR-C-1656

❖ **Barrington Research**™                                                                 *July 25, 2014*

**2U, Inc.**                              **FINANCIAL DATA**                          Barrington Research
TWOU - NASDAQ                        (in thousands, except per share data)
*FY: December*

| | REV $ | YR/YR REV CHG % | ADJ EBITDA $ | ADJ EBITDA MGN % | OPER (EBIT) INC $ | OPER (EBIT) MGN % | PRE TAX INC $ | PRE TAX MGN % | TAX RATE % | NET INC $ | NET MGN % | GAAP EPS $ | EPS CHG % | SHARES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **F2011A** | 29,733 | NA | (22,514) | -75.7 | (24,904) | (83.8) | (24,878) | (83.7) | 0.0% | (25,192) | (84.7) | (3.77) | NA | 6,680 |
| **F2012A** | 55,879 | 87.9 | (18,814) | -33.7 | (23,078) | (41.3) | (23,113) | (41.4) | 0.0% | (23,113) | (41.4) | (3.33) | -11.6 | 7,037 |
| **2013-1QA** | 19,134 | 46.0 | (2,398) | -12.5 | (3,760) | (19.7) | (3,746) | (19.6) | 0.0% | (3,746) | (19.6) | (0.12) | NA | 30,886 |
| **2QA** | 18,691 | 39.8 | NA | NA | (8,910) | (47.7) | (8,895) | (47.6) | 0.0% | (8,895) | (47.6) | (0.29) | NA | 30,886 |
| **3QA** | 20,499 | 57.9 | NA | NA | (10,137) | (49.5) | (10,133) | (49.4) | 0.0% | (10,133) | (49.4) | (0.33) | NA | 30,886 |
| **4QA** | 24,803 | 51.1 | NA | NA | (5,199) | (21.0) | (5,179) | (20.9) | 0.0% | (5,266) | (21.2) | (0.17) | NA | 30,886 |
| **F2013A** | 83,127 | 48.8 | (21,245) | -25.6 | (28,006) | (33.7) | (27,953) | (33.6) | 0.0% | (27,953) | (33.6) | (0.92) | -72.5 | 30,886 |
| **2014-1QA** | 26,332 | 37.6 | (3,789) | -14.4 | (6,267) | (23.8) | (7,050) | (26.8) | 0.0% | (7,137) | (27.1) | 0.23 | 84.3 | 31,200 |
| **2QE** | 23,832 | 27.5 | (7,224) | -30.3 | (10,724) | (45.0) | (10,719) | (45.0) | 0.0% | (10,719) | (45.0) | (0.27) | -7.2 | 39,700 |
| **3QE** | 26,048 | 27.1 | (4,004) | -15.4 | (7,554) | (29.0) | (7,549) | (29.0) | 0.0% | (7,549) | (29.0) | (0.19) | -42.8 | 39,897 |
| **4QE** | 29,153 | 17.5 | (3,105) | -10.7 | (6,705) | (23.0) | (6,700) | (23.0) | 0.0% | (6,700) | (23.0) | (0.17) | -1.5 | 39,897 |
| **F2014E** | 105,365 | 26.8 | (18,122) | -17.2 | (31,250) | (29.7) | (32,018) | (30.4) | 0.0% | (32,105) | (30.5) | (0.80) | -12.2 | 39,897 |
| **2015-1QE** | 32,915 | 25.0 | (2,554) | -7.8 | (6,254) | (19.0) | (6,249) | (19.0) | 0.0% | (6,336) | (19.2) | (0.16) | -30.6 | 39,897 |
| **2QE** | 31,358 | 31.6 | (5,294) | -16.9 | (9,094) | (29.0) | (9,089) | (29.0) | 0.0% | (9,089) | (29.0) | (0.23) | -15.6 | 39,897 |
| **3QE** | 34,274 | 31.6 | (3,640) | -10.6 | (7,540) | (22.0) | (7,535) | (22.0) | 0.0% | (7,535) | (22.0) | (0.19) | -0.2 | 39,897 |
| **4QE** | 35,684 | 22.4 | (2,423) | -6.8 | (6,423) | (18.0) | (6,418) | (18.0) | 0.0% | (6,418) | (18.0) | (0.16) | -4.2 | 39,897 |
| **F2015E** | 134,230 | 27.4 | (13,911) | -10.4 | (29,311) | (21.8) | (29,291) | (21.8) | 0.0% | (29,378) | (21.9) | (0.74) | -8.5 | 39,897 |
| **F2016E** | 164,302 | 22.4 | (8,788) | -5.3 | (26,288) | (16.0) | (26,268) | (16.0) | 0.0% | (26,268) | (16.0) | (0.66) | -10.6 | 39,897 |

**BALANCE SHEET DATA**

| | | Q1'14P | Q1'14 | 2013 | 2012 |
|---|---|---|---|---|---|
| Total Assets | (mil$) | 130.6 | 30.1 | 28.7 | 39.9 |
| Cash & Investments | (mil$) | 106.2 | 5.7 | 7.0 | 25.2 |
| Receivables | (mil$) | 0.6 | 0.6 | 1.8 | 0.2 |
| Current Assets | (mil$) | 110.0 | 9.5 | 11.2 | 26.8 |
| Current Liabilities | (mil$) | 26.5 | 26.5 | 20.2 | 11.0 |
| Working Capital | (mil$) | 83.6 | (16.9) | (9.0) | 15.8 |
| Long-Term Debt | (mil$) | 0.0 | 0.0 | 0.0 | 0.0 |
| Shrhlds Equity | (mil$) | 101.8 | 0.5 | 6.0 | 26.4 |
| Debt/Capital | (%) | 0.0 | 0.0 | 0.0 | 0.0 |

**SELECTED DATA**

| | | | | | |
|---|---|---|---|---|---|
| Book Value | ($/Share) | 2.55 | 0.02 | 0.20 | 3.75 |
| Cash | ($/Share) | 2.66 | 0.18 | 0.23 | 3.58 |
| Cash Flow (Ops) | ($/Share) | (0.45) | (0.45) | (0.5) | (2.87) |
| Free Cash Flow | ($/Share) | (0.56) | (0.56) | (0.43) | 16.75 |
| EBITDA | ($/Share) | (0.73) | (0.73) | (0.69) | (2.67) |
| FCE Enrollment | | 9,809 | 9,809 | 9,065 | 9,332 |
| Return on Equity | (%) | NM | NM | NM | NM |

❖ **Barrington Research**                                    *July 25, 2014*



**EQUITY RATING SYSTEM:**

| | | |
|---|---|---|
| **(1)** | **OUTPERFORM** | Expected to outperform the market (S&P 500) over the next 12 months. Sound or improving company fundamentals. Potential exists for a near-term catalyst. Undervalued at current levels. |
| **(2)** | **MARKET PERFORM** | Expected to perform roughly in line with the market (S&P 500) over the next 12 months. Long-term potential exists, but no near-term catalyst apparent. Fairly valued at current levels. |
| **(3)** | **UNDERPERFORM** | Expected to underperform the market (S&P 500) over next 12 months. Company fundamentals may be deteriorating. Fully valued or over-valued at current levels |

**PRICE TARGET METHOD/RISKS:**  In developing a price target for this company, we used EV/Revenue. There are, however, risks that our target price will not be achieved. These include, but are not limited to, failure of the company to meet our revenue or earnings estimates.

**DISTRIBUTION OF RATINGS:**  The following is a list of ratings for companies covered by Barrington Research Associates, Inc., as of June 30, 2014: The number of companies rated OUTPERFORM was 109 and represented 73% of all companies on the coverage list. The number of companies rated MARKET PERFORM was 41 and represented 27% of all companies on the coverage list. The number of companies rated UNDERPERFORM was 0 and represented 0% of all companies on the coverage list. Also, as of June 30, 2014, Barrington Research Associates, Inc., has provided investment banking services, within the last 12 months, to 14% (15 of 109) of the companies that had OUTPERFORM ratings, 0% (0 of 41) of the companies that had MARKET PERFORM ratings, and 0% (0 of 0) of the companies that had UNDERPERFORM ratings.

**Analyst Certification:** The research analyst responsible for the preparation of this research report, Alexander Paris Jr., CFA hereby certifies that his views about the companies and their securities expressed in this report accurately reflect his personal opinions. The analyst also certifies that no part of his compensation is directly or indirectly related to the specific recommendations or views contained in this report. Research analysts, including those involved in the preparation of this report, received no direct compensation in connection with the firm's investment banking activities. Analyst compensation, which is made up of salary and bonus, is based upon numerous factors including stock price performance, quality of analysis, and investor client feedback, as well as the overall profitability of the firm, which is impacted by all of the firm's business activities and includes, among other things, institutional equity trading and investment banking services. Investment banking services, as defined under NASD Rule 2711, includes, among other things, acting as an underwriter in or as a member of the selling group in a securities underwriting. The analyst responsible for this report, Alexander Paris, Jr., CFA, or a member of the analyst's household doesn't own shares of the common stock of this company. The analyst who contributed to his report, Joe Janssen or a member of his household does not own shares of the common stock of this company. NASD Regulation has adopted rules that prohibit research analysts from trading in securities of covered companies during specified time periods before and after the publication of research reports.

Barrington Research Associates, Inc. is a full-service financial services firm that offers a wide variety of services and products to its clients. Investors should assume that Barrington Research is seeking or will seek investment banking or other business relationships with the companies under its research coverage. Barrington Research has not received investment banking-related compensation from this company within the past 12 months nor does it expect to within the next three months.

AR-C-1658

❖ **Barrington Research**™                                         *July 25, 2014*

---

***Barrington Research Associates, Inc.***                      *Main:  (312) 634-6000*
*161 N. Clark Street, Suite 2950*                         *Trading:  (800) 233-6205*
*Chicago, IL 60601*                                          *Fax:  (312) 634-6350*

---

### INVESTMENT RESEARCH

| | | |
|---|---|---|
| Matthew Gall | mgall@brai.com | (312) 634-6365 |
| James C. Goss, CFA | jcg@brai.com | (312) 634-6355 |
| Rudolf A. Hokanson, CFA | rhokanson@brai.com | (312) 634-6338 |
| Jeffrey L. Houston, CFA | jhouston@brai.com | (312) 634-6390 |
| Joe Janssen | jjanssen@brai.com | (312) 634-6343 |
| Charley R. Jones, CPA | cjones@brai.com | (312) 634-6344 |
| Kristine Koerber | kkoerber@brai.com | (312) 634-6330 |
| Ted Moreau, Jr. | tmoreau@brai.com | (312) 634-6331 |
| Alexander Paris, Jr., CFA | aparis@brai.com | (312) 634-6352 |
| Gary Prestopino, CFA | gprestopino@brai.com | (312) 634-6369 |
| Patrick Sholl | psholl@brai.com | (312) 634-6391 |
| Milan Stanic (Editorial) | mstanic@brai.com | (312) 634-6000 |
| Kevin Steinke, CFA | ksteinke@brai.com | (312) 634-6392 |

### INSTITUTIONAL SALES

| | | |
|---|---|---|
| Julie Byrne | jbyrne@brai.com | (312) 634-6339 |
| Craig E. Christensen | cec@brai.com | (312) 634-6356 |
| Frank P. Clarke | fclarke@brai.com | (212) 350-4754 |
| Angela Fabiano | afabiano@brai.com | (312) 634-6349 |
| Jim Fitzgerald | jfitzgerald@brai.com | (312) 634-6333 |
| John Foley | jfoley@brai.com | (312) 634-6387 |
| Michael Hutchison | mh@brai.com | (312) 634-6354 |
| Christopher J.P. Cottrell | cjpcottrell@brai.com | (312) 634-6382 |
| Mike Stalilionis | mstalilionis@brai.com | (312) 634-6353 |

### TRADING  (800) 233-6205

| | | |
|---|---|---|
| Michael Hutchison | mh@brai.com | (312) 634-6374 |
| Brendan McGlyn | bmcglyn@brai.com | (312) 634-6347 |
| Alice M. Somodji | ams@brai.com | (312) 634-6375 |

---

#### INSTITUTIONAL EQUITY TRADING INSTRUCTIONS

Barrington Research Associates, Inc. is a FINRA-registered broker/dealer and clears through J.P. Morgan Clearing Corp. on a fully disclosed basis. For the convenience of our clients, we offer several ways for our clients to facilitate payment for our investment research services:

*TRADE WITH BARRINGTON RESEARCH – Orders may be placed with our trading desk at (800) 233-6205 or (312) 634-6374. Our traders are Michael Hutchison (Head Trader), Brendan McGlyn and Alice Somodji. Their email addresses are mh@brai.com; bmcglyn@brai.com; ams@brai.com. Instant messenger addresses are brrrmh; bmcglyn@brai.com; brrrams.*

*TRADE WITH ANY BROKER – Trades may also be "Stepped-In" to Barrington Research from trades executed at other brokers.*

*COMMISSION SHARING ARRANGEMENTS - Barrington has commission sharing agreements with numerous brokers on Wall Street. For a complete list of commission sharing programs in which Barrington Research participates, please contact your salesperson or our trading desk.*

The following list provides Barrington Research's trading, allocation and settlement ID's: DTC Code (0352), Broker Dealer (58453), NSCC Symbol (BRRR), Alert OCCD ID BARRE; BSBEAR, OASYS Terminal ID (BRRR).

If you have any further questions on trading, setting up accounts or related information, please call our trading department.

---

#### ADDITIONAL INFORMATION ON COMPANIES MENTIONED IN THIS REPORT ARE AVAILABLE UPON REQUEST.

The information contained herein has been obtained from sources believed to be reliable, but we do not guarantee its accuracy or completeness. The opinions and estimates reflect our best judgment as of the report date and are subject to change without notice. This report is intended for informational purposes only and does not constitute an offer or solicitation to buy or sell any securities. Barrington Research Associates, Inc., its affiliates, officers, analysts, or employees may, from time to time, have positions in any security referred to herein. Barrington Research Associates, Inc. may act as principal or as agent for both the buyer or the seller with the purchase or sale of any security mentioned in this report. Barrington Research Associates, Inc. may have provided, or may seek to provide, investment banking services to any company mentioned in this report. This report may not be reproduced in any form without prior written consent. © 2014 Barrington Research Associates, Inc. All rights reserved. Member FINRA/SIPC.

---

AR-C-1659