**Education**

**BMO** Capital Markets

# 2U
(TWOU-NASDAQ)

**Stock Rating:** **Outperform**
**Industry Rating:** **Market Perform**

December 1, 2014

**Jeffrey M. Silber**  212-885-4063
BMO Capital Markets Corp.
jeff.silber@bmo.com

Henry Sou Chien  212-885-4138
BMO Capital Markets Corp.
henry.chien@bmo.com

## Initiating Coverage of Leading Online Enabler With Outperform Rating

### Investment Thesis

2U is one of the postsecondary industry's largest "online enablers," providing a proprietary, cloud-based technology platform, bundled with technology-enabled services that allow leading colleges and universities to deliver online degree programs. We believe the company has already established itself as a leader in this sector, particularly with the quality of its partnerships and programs. Management has been methodical in 2U's growth to date, focusing on top-ranked programs in specific verticals, but has recently accelerated the company's growth by adding lower-ranked programs to leverage its fixed costs and prior investments. This is still a fairly underpenetrated market, in our view; by management's estimates, the company can achieve at least $1 billion in annual "steady state" revenues, which pales in comparison to the nearly $110 million in revenues we project for 2U in 2014 and the roughly $22.1 billion we estimate will be spent on online higher education overall in the U.S. this year. In addition, there could be future opportunities by expanding into online bachelors programs (added its first in October 2014) and internationally.

### Forecast & Valuation

We forecast revenues will increase at roughly a 24% CAGR to nearly $320 million in 2019 from nearly $110 million in 2014 and that the company will become adjusted EBITDA positive in 2017 and free cash flow positive one year later. Our target price is based on an average of two methodologies: forward-looking enterprise value (EV)/revenues and discounted cash flow. TWOU closed on Friday at 4.6x EV/NTM (2015) revenues of nearly $141 million (estimated through December 31, 2014) versus 4.1x for its peer group median.

### Recommendation

We are initiating coverage of 2U (TWOU) with an Outperform rating and a 12-month price target of $22.

| **Price (28-Nov)** | $18.08 | **52-Week High** | $20.20 |
|---|---|---|---|
| **Target Price** | $22.00 | **52-Week Low** | $10.52 |



Last Data Point: November 28, 2014

| (FY-Dec.) | 2013A | 2014E | 2015E | 2016E |
|---|---|---|---|---|
| EPS | - $0.85 | - $0.57 | - $0.43 | - $0.28 |
| P/E | | na | na | na |
| CFPS | - $0.77 | - $0.70 | - $0.64 | - $0.51 |
| P/CFPS | | na | na | na |
| Rev. ($mm) | $83 | $110 | $141 | $177 |
| EV ($mm) | $651 | $651 | $651 | $651 |
| EBITDA ($mm) | -$21 | -$16 | -$13 | -$7 |
| EV/EBITDA | na | na | na | na |

| Quarterly EPS | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|
| 2013A | na | na | na | na |
| 2014E | -$0.20a | -$0.22a | -$0.13a | -$0.07 |
| 2015E | -$0.09 | -$0.22 | -$0.09 | -$0.03 |

| Dividend | $0.00 | Yield | 0.0% |
|---|---|---|---|
| Book Value | $2.21 | Price/Book | 8.2x |
| Shares O/S (mm) | 40.3 | Mkt. Cap (mm) | $728 |
| Float O/S (mm) | 40.3 | Float Cap (mm) | $728 |
| Wkly Vol (000s) | 1,144 | Wkly $ Vol (mm) | $17.3 |
| Net Debt ($mm) | -$81 | Next Rep. Date | na |

**Notes:** All values in US$
**First Call Mean Estimates:** 2U INC (US$)  2014E: -$0.58; 2015E: -$0.50; 2016E: -$0.36

## Exhibit 1. 2U Key Financial and Operational Data (2011-2019E)

| | 2011 | 2012 | 2013 | 2014E | 2015E | 2016E | 2017E | 2018E | 2019E |
|---|---|---|---|---|---|---|---|---|---|
| Revenue | $29.7 | $55.9 | $83.1 | $109.5 | $140.5 | $177.3 | $219.1 | $266.4 | $319.9 |
| Annual % change | N.A. | 87.9% | 48.8% | 31.7% | 28.3% | 26.2% | 23.6% | 21.6% | 20.1% |
| Adjusted EBITDA | ($22.5) | ($18.8) | ($21.2) | ($15.8) | ($13.0) | ($6.9) | $2.1 | $12.4 | $26.6 |
| Adjusted EBITDA margin | -75.7% | -33.7% | -25.6% | -14.4% | -9.2% | -3.9% | 1.0% | 4.6% | 8.3% |
| Adjusted net income/(loss) | N.A. | N.A. | ($25.7) | ($21.7) | ($17.6) | ($11.5) | ($2.4) | $7.2 | $21.3 |
| Pro forma earnings/(loss) per share | N.A. | N.A. | ($0.85) | ($0.57) | ($0.43) | ($0.28) | ($0.06) | $0.17 | $0.50 |
| Full course equivalent enrollments | 14,099 | 22,532 | 31,338 | 40,443 | 51,657 | 63,905 | 77,460 | 92,340 | 108,693 |
| % annual change | N.A. | 59.8% | 39.1% | 29.1% | 27.7% | 23.7% | 21.2% | 19.2% | 17.7% |
| Revenues per full course equivalent enrollments | 2,109 | 2,480 | 2,653 | 2,707 | 2,720 | 2,774 | 2,829 | 2,885 | 2,943 |
| % annual change | N.A. | 17.6% | 7.0% | 2.1% | 0.5% | 2.0% | 2.0% | 2.0% | 2.0% |

N.A. – Not Available. Source: BMO Capital Markets and company reports.

# Key Investment Considerations

- **We are initiating coverage of 2U (TWOU) with an Outperform rating.** 2U is one of the postsecondary industry's largest "online enablers," providing a proprietary, cloud-based technology platform, bundled with technology-enabled services that allow leading colleges and universities to deliver high-quality online degree programs, extending their reach and distinguishing their brands.

- **Secular market opportunity.** We believe that 2U's target market has a number of long-term drivers that include: 1) employee-driven demand for advanced skills and related degrees; 2) the increasing acceptance and growth of online education; and 3) a growing need for online strategy for non-profit higher education providers. In addition, as much of the company's focus is on graduate programs, that sector – though smaller than the undergraduate sector – has generated steadier growth, and we believe is better positioned to use online education (less of a need for a traditional campus-based environment).

- **Leading online enabling platform.** We believe that 2U's online campus product and its technology-enabled services comprise a best-in-class suite of comprehensive solutions for higher education providers. The spending on each program – $9-10 million for the first program in a new vertical and $4-5 million for additional programs in each vertical – is among the highest in the industry and reflects the quality of its offerings, in our view.

- **Solid growth so far.** 2U's first program was launched in 2009. Since then, many programs have been added. In 2015, the company is expected to partner with 12 colleges and universities to operate 17 programs across 13 verticals (this includes four new programs expected to launch that year. Management has not officially announced a fifth program in 2015 but has indicated it is likely to do so).

- **Quality client base.** The initial programs in each vertical have been with very recognizable institutions, such as the masters of education program from the Rossier School of Education at USC (eighteenth ranked graduate education program in 2014 by US News and World Report), the masters of law in U.S law program with the School of Law at Washington University in St. Louis (eighteenth ranked law school in 2014 by US News and World Report), and the MBA program at the Kenan-Flagler Business School at the University of North Carolina at Chapel Hill (nineteenth ranked MBA program in 2014 by US News and World Report). Over the past year, management has begun to implement a strategy of adding new programs in each vertical

at lower-ranked schools. We believe this to be a solid approach as the company should be able to leverage some of its initial investments and accelerate growth.

- **Currently underpenetrated.** Using The Parthenon Group's estimates, 2U had roughly 8% share of the online enabler market in 2011 (latest data available). We believe the company has significantly expanded its share, with revenues increasing at an estimated 54% CAGR through 2012. 2U's management estimates there are roughly 140 graduate degree verticals in the U.S. with sizable enrollments (over 1,000 in graduates) that the company could potentially target (this excludes potentially new degreed programs). Ideal target programs tend to be located in large population centers, have regional employer demand for degree graduates, and are operated under a well-known university brand. Management estimates that if 2U develops programs in 30 verticals, with two schools each, the company can achieve at least $1 billion in annual "steady state" revenue. This pales in comparison to the nearly $110 million in revenues we project for 2U in 2014 and the roughly $22.1 billion we estimate will be spent on U.S. online higher education overall this year; we forecast the latter will grow roughly 6.9% CAGR through 2020, reaching over $33 billion. In addition, there could be future opportunities by expanding into online bachelors programs (added its first in October 2014) and abroad. It is estimated that over $1 trillion is spent annually on higher education worldwide.

- **Stable revenue growth and visibility.** We believe that 2U's operating model provides for a "sticky" product that is evident in its long-term contracts (10 years or more). Its revenue share agreements (averaging 65% of revenues) should provide for a high degree of visibility with stable, long-term revenue growth.

- **Solid revenue growth.** We forecast revenues will increase at a 24% CAGR to nearly $320 million in 2019 from an estimated nearly $110 million in 2014. Management has already guided to a 28%-31% annual increase in 2015, which we believe is highly likely given the visibility it has on its contracts. This includes at least four new programs already slated to begin in 2015, with the potential for a fifth program in the year. Management's long-term goal is to add four new programs annually - something we believe is very doable as the company expands within existing verticals.

- **Margin expansion potential.** As its existing client programs ramp up, 2U should being to see margin expansion from a high degree of recurring revenue from large pool of returning students and lower operating costs as it realizes efficiencies in its program marketing and sales expenses, driving long-term growth in profitability. In addition, as it adds additional programs in each vertical, the company should be able to minimize its cash outlays and more rapidly expand its margins.

- **Expected to be adjusted EBITDA positive in 2017 and free cash flow positive by 2018.** When 2U went public (March 2014), management stated a goal to be adjusted EBITDA positive "within three to five years." Recently, management has stated expectations that the company is now at the low end of this time range (say 2017), with the caveat that if the company were to significantly accelerate its program launch schedule, it could take a bit longer. We have forecast the company reaching that level by 2017, with annual positive free cash flow generation one year later.

- **Solid management team.** 2U's management brings a wide variety of experience to the company, in our view.

- **Our $22 price target is based on an average of two methodologies**: forward-looking EV/revenue multiple and discounted cash flow. While there are no true "publicly held peers," in our view, the stock trades fairly close to its peer group of other SAAS stocks with a specific vertical focus.

- **Competition and (low) adoption of online are key risks, in our view.**

## Investment Conclusion

We are launching coverage of 2U with an Outperform rating and $22 target price. We believe the company has already established itself as a leading online enabler, helping nonprofit colleges and universities expand their reach by adding online components to their well-recognized programs. Management has been methodical in 2U's growth to date, focusing on top-ranked programs in specific verticals, but has recently accelerated the company's growth by adding lower-ranked programs to leverage its fixed costs and prior investments. We forecast revenues will increase at roughly a 24% CAGR to nearly $320 million in 2019 from an expected nearly $110 million in 2014 and that the company could become adjusted EBITDA positive by 2017 and free cash flow positive one year later.

## Company Overview

*History of 2U*

2U, Inc. (TWOU) was founded as 2Tor Inc. in April 2008 and changed its name to 2U, Inc. in October 2012. 2U provides a proprietary, cloud-based technology platform, bundled with technology-enabled services under long-term agreements that allow leading colleges and universities to deliver high quality online degree programs, extending their reach and distinguishing their brands.

2U's first program – a Masters of Education from the Rossier School of Education at USC - was launched in 2009. Since then, many programs have been added; in 2015, the company is expected to partner with 12 colleges and universities to operate 17 programs across 13 verticals (this includes four new programs expected to launch that year; management has not officially announced a 5th program in 2015 but has indicated it is likely to do so).

*Projected CAGR of about 24% in revenue from 2014 through 2019; becoming adjusted EBITDA positive by 2017*

The company has generated strong growth in recent years – something we expect to continue. From 2011 to 2014 (estimated), revenues increased at over a 54% CAGR reaching nearly $110 million in 2014. We project nearly 24% CAGR in revenues through 2019, when we forecast the company will generate nearly $320 million in revenues. Over that time, we project the company will generate positive adjusted EBITDA (potentially as early as 2017) with margins reaching 8.3% in 2019, up from the estimated *negative* 14.4% in 2014 (see Exhibit 2).

AR-C-1663

**Exhibit 2. 2U Revenue and Adjusted EBITDA Margins (2011-2019E)**



Source: BMO Capital Markets estimates and company reports.

## Industry Overview

*2U operates in the postsecondary market*

2U operates in the large and well-established market for postsecondary education (commonly referred to as "higher education"), which includes programs offered by colleges, universities, and similar facilities. The schools tend to be grouped under three distinct categories:

- Public not-for-profit schools (e.g., Penn State University)

- Private not-for-profit schools (e.g., University of Pennsylvania)

- Private for-profit schools (e.g., Apollo Education Group's University of Phoenix)

Per the National Center of Education Statistics (NCES), 20.6 million students enrolled in degree-granting postsecondary institutions during the 2012-2013 school year (latest data available) in the U.S. Enrollment fell by roughly 1.7% from the prior school year – the worst y/y decline since the 1984-1985 school year. While the NCES had projected that enrollment in degree-granting postsecondary institutions would grow at roughly a 1.2% annual rate from the 2011-2012 to 2022-2023 school years, it had assumed only some minimal decline in growth (0.1%) in that first year – something that did not occur.

*Postsecondary enrollment could decline slightly for the next few years*

Using data and projections from the Parthenon Group, we believe U.S. postsecondary enrollment will decline until the 2016-2017 school year, decreasing at an 0.8% rate and reaching just under 20 million students that year (see Exhibit 3). After that period, we project some improvement, with growth eventually approaching its long-term 1.5% annual rate.

**Exhibit 3. U.S. Postsecondary Degree Granting Enrollment (1967-1968 to 2022-2023E School Years)**



Note: Shaded areas represent U.S. recessionary periods. Source: BMO Capital Markets estimates based on projections from The Parthenon Group and U.S. Department of Education National Center for Education Statistics.

*Graduate enrollment has grown faster and is less volatile when compared with undergraduate enrollment*

Historically, post baccalaureate or graduate programs (i.e., master's and above, including first professional degrees) have grown at a faster rate when compared to undergraduate programs (i.e., associate's and bachelor's). While the latter still comprise the lion's share of postsecondary enrollment (about 86% or 17.7 million) during the 2012-2013 school year (latest data available), US undergraduate enrollment has grown at a 2.5% CAGR since the 1967-68 school year. US graduate programs reached roughly 2.9 million students (14% of the total) in the 2012-2013 school year (latest data available), growing at a 2.7% CAGR over that time, with annual growth not declining as much during the sector's recent downturn (see Exhibit 4).

### Exhibit 4. U.S. Postsecondary Degree Granting Enrollment by Degree Type (1967-1968 to 2012-2013 School Years)





Source: U.S. Department of Education National Center for Education Statistics.

*U.S. postsecondary expenditures have had a 7.6% CAGR for over 40 years, though growth has slowed in recent years*

Postsecondary is the second largest of the country's four education segments (behind K-12). It generated roughly $496 billion in revenue in the 2012-2013 school year (latest data available), according to the NCES. This level of spending represented roughly 3% of the U.S. annual gross domestic product that year. Since the 1969-1970 school year, the amount spent on postsecondary education has increased at a 7.6% average annual rate, although the rate has slowed to low-single digits in recent years. It is estimated that more than $1 trillion is spent annually on higher education worldwide.

**BMO** 🔴 Capital Markets

AR-C-1666

*We conservatively forecast 3% annual growth in U.S. postsecondary expenditures through 2022-2023*

While we project U.S. postsecondary enrollment will decline for the next two years, we expect some growth thereafter. In addition, tuition rates will likely continue to be pressured, although over the long term, we expect some pricing power to return (assumed to be in the 2%-plus range, roughly in line with inflation). Thus, we project U.S. postsecondary expenditures should grow by roughly 3% annually, reaching an estimated $670 billion in the 2022-2023 school year (see Exhibit 5). This is much slower than the sector's historical average, which we believe benefited from a strong increase in college participation, especially in the 1980s. In addition, we believe annual growth will be somewhat sluggish early in this period, as it typically lags in an economic recovery.

**Exhibit 5. U.S. Postsecondary Expenditures (1969-1970 to 2022-2023E School Years)**



Note: Shaded areas represent U.S. recessionary periods.
Source: BMO Capital Markets estimates and U.S. Department of Education National Center for Education Statistics.

## Growth Drivers

We believe a number of longer-term secular drivers exist for continued growth of the U.S. postsecondary education market:

*Unemployment rate for those with less than a high school diploma skyrocketed during the Great Recession and remains relatively high*

**Increasing demand for skilled professionals.** While it was apparent before, the Great Recession had a more significant impact on the job prospects for the lesser educated, in our view. As shown in Exhibit 6, unemployment rates for those with less than a high school diploma skyrocketed well above historical rates. While this rate has fallen from the 15.9% record high reached in November 2010, the 7.9% rate as of October 2014 was well above the rates for high school graduates with no college (5.7%), those with less than a bachelor's degree (4.8%), and for college graduates (3.1%).

BMO Capital Markets

## Exhibit 6. Unemployment Rate by Education Type (1992-2014YTD)



Note: Data are seasonally adjusted. Shaded area represents recessionary period. Source: Bureau of Labor Statistics, National Bureau of Economic Research, and BMO Capital Markets.

*Employers need more educated workers; jobs requiring a graduate degree are expected to be among the fastest-growing categories*

As a result of technological advances and the continued globalization of the economy, we believe that higher education (advanced degrees in particular) will become a prerequisite for many positions. The Bureau of Labor Statistics (BLS) projects that, by 2022, roughly 22.8% of those employed will be required to have a bachelor's degree or higher, up from 22.3% in 2012.

Jobs for this segment of the population are expected to increase by 13% over this period (1.2% CAGR) – faster than the overall employment market, which is expected to increase at a 10.8% rate (1% CAGR). Jobs requiring graduate education – 2U's specialty – are projected to be among the fastest-growing categories (e.g., jobs requiring a master's degree, up 18.4% or 1.7% CAGR) (see Exhibit 7).

## Exhibit 7. Employment by Education and Training Category (2012-2022E)

| Education Level | Number (in 000's) 2012 | 2022E | 2012-2022E % Chg. | % of workforce 2012 | 2022E |
|---|---|---|---|---|---|
| Doctoral or professional degree | 4,002 | 4,641 | 16.0% | 2.8% | 2.9% |
| Master's degree | 2,432 | 2,881 | 18.4% | 1.7% | 1.8% |
| Bachelor's degree | 26,033 | 29,177 | 12.1% | 17.9% | 18.1% |
| **Bachelor's degree or higher** | **32,468** | **36,698** | **13.0%** | **22.3%** | **22.8%** |
| Associate degree | 5,955 | 7,001 | 17.6% | 4.1% | 4.3% |
| Postsecondary nondegree award | 8,554 | 9,891 | 15.6% | 5.9% | 6.1% |
| **Some postsecondary (below bachelor's)** | **14,509** | **16,892** | **16.4%** | **10.0%** | **10.5%** |
| Some college, no degree | 1,987 | 2,212 | 11.3% | 1.4% | 1.4% |
| High school diploma or equivalent | 58,264 | 62,895 | 10.9% | 26.2% | 26.3% |
| Less than high school | 38,128 | 42,286 | 10.9% | 26.2% | 26.3% |
| **Total** | **145,356** | **160,984** | **10.8%** | **100.0%** | **100.0%** |

Source: BMO Capital Markets and Bureau of Labor Statistics Employment Outlook, 2012-2022.

*Advanced degrees have high return on investment*

**Potential earnings premium.** The income premium associated with a postsecondary education has been widely documented, and we believe it has not gone unnoticed by the public. According to a 2006 paper by economists at the Federal Reserve Bank of Chicago, for each additional year of completed schooling, an individual's earnings increase, on average, by roughly 11%. We believe this relationship still holds though the percentage may be smaller. This correlation between education and income is highlighted in Exhibit 8. In 2013, the median weekly earnings of U.S. employees with a bachelor's degree was significantly higher than the median weekly earnings for those with only a high school

BMO Capital Markets

Case 2:21-cv-00177-SRB   Document 59-23   Filed 05/16/22   Page 10 of 44

**BMO Capital Markets** ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ **2U**

education ($1,108 versus $651). Jobs with advanced degrees – 2U's specialty – generate by far the highest median weekly earnings.

## Exhibit 8. Median Weekly Earnings by Education Category (2013)



Source: BMO Capital Markets and Bureau of Labor Statistics.

*Income gap has, for the most part, expanded over time*

The income gap between high school graduates and those with additional education has, for the most part, been expanding over time, especially for workers who have obtained a bachelor's degree or higher. In 2012 (latest data available), the average annual earnings (per Census Bureau data) for an individual with a bachelor's degree and one with an advanced degree were, respectively, 84% and 174% higher than a person with only a high school diploma. By comparison, the same ratios were only 57% and 113% in 1975 (see Exhibit 9).

## Exhibit 9. Average Annual Earnings Relative to Average Annual Earnings of High School Graduates (1975-2012)



Source: BMO Capital Markets and U.S. Census Bureau.

**BMO** 🔴 Capital Markets

*Students aged 25 or older have grown at faster rate than "traditional" students; this trend is expected to continue, albeit at slower rates – should help 2U's growth*

**Influx of "older" students.** While thoughts of postsecondary education may bring back memories of a leafy campus and fraternity initiations, much of the growth in the sector in recent years has been driven by nontraditional students. In addition, we believe nontraditional students are more likely to utilize online learning services, as they have less need for a traditional campus-based environment and more restrictions on movement (i.e., greater familial or employer needs).

As shown in Exhibit 10, according to the NCES, the number of 25- to 44-year-old students grew from 4.9 million in fall 1987 to 8.3 million in fall 2012 (latest data available), a total increase of roughly 71.3% (2.4% CAGR), above the roughly 58.6% increase (2% CAGR) in the total number of postsecondary students over that timeframe.

The NCES forecasts that, in the future, an increasing percentage of this age cohort will attend college, as more "working adults" see the benefits of postsecondary education. The number of students aged 25-44 are expected to increase by 21% (1.7% CAGR), reaching 10.1 million in fall 2022, relative to the expected 12.2% increase (1% CAGR) for all postsecondary students. We believe this is especially important for 2U's growth, given the company's graduate education focus.

### Exhibit 10. Number of 25- to 44-Year-Old Students and as Percentage of Population (Fall 1987-2022E)



Source: BMO Capital Markets and U.S. Department of Education National Center for Education Statistics.

## U.S. Online Postsecondary Market

We believe online higher education continues to gain acceptance among students, schools, regulators, and employers, and is increasingly becoming a part of mainstream education – and it is growing faster than the overall postsecondary market. We believe this, along with improving technology, internet access, demand for flexible education alternatives, and pressure to reduce costs, will continue to drive demand for online or blended learning models in the postsecondary sector.

*Online classifications*

The Online Learning Consortium (formerly known as the Sloan Consortium), an educational research group, defines the online postsecondary market as shown in Exhibit 11. 2U's service enables its clients to offer degree programs in the fully online category.

## Exhibit 11. Delivery Method Classifications

| Proportion of Content Delivered Online | Type of Course | Typical Description |
|---|---|---|
| 0% | Traditional | Course with no online technology used — content is delivered in writing or orally. |
| 1% - 29% | Web Facilitated | Course which uses web-based technology to facilitate what is essentially a face-to-face course. May use a course management system (CMS) or web pages to post the syllabus and assignments. |
| 30% - 79% | Blended/Hybrid | Course that blends online and face-to-face delivery. Substantial proportion of the content is delivered online, typically uses online discussions, and typically has a reduced number of face-to-face meetings. |
| 80+% | Online | A course where most or all of the content is delivered online. Typically have no face-to-face meetings. |

Source: "Class Differences: Online Education in the United States," Online Learning Consortium 2010.

***Projected 6.9% CAGR in online enrollment for 2014-2020, though mostly back-end loaded***

Eduventures estimates nearly 3.4 million students were enrolled in fully online postsecondary programs in 2014 (2013-2014 school year), or about 16.5% of all students enrolled in degree-granting postsecondary institutions in the U.S. that year, by our estimates. This share is up significantly from approximately 1.2% in the 1999-2000 school year. Eduventures projects that U.S. postsecondary online enrollment will increase by roughly 6.9% annually to more than 5 million students in 2020 (2019-2020 school year), which would represent nearly 25% of total postsecondary enrollment in that year (see Exhibit 12).

However, much of that forecast is back-end loaded. Possible headwinds to these forecasted growth projections are a hardened opposition to online education by schools that do not currently offer it or a decreasing unemployment rate, which increases the opportunity cost of prospective students that would otherwise consider furthering their education. Still, we believe that online enrollment growth rates should continue to be above that of the overall postsecondary market.

## Exhibit 12. U.S. Postsecondary Online Schools Enrollment (2000-2020E)



Source: BMO Capital Markets estimates and Eduventures.

***Projected 6.9% CAGR in U.S. online postsecondary revenues for 2014-2020***

We have estimated postsecondary online schools revenue using prior Eduventures data as a base and updating it based on its most recent enrollment forecast. We estimate that roughly $22.1 billion was spent on U.S. online higher education in the 2013-2014 school year (or 2014) and forecast this market will grow at roughly a 6.9% CAGR through 2020 (2019-2020 school year), reaching just over $33 billion in revenues that year (see Exhibit 13). Online higher education would represent about 5.8% of the estimated $573 billion expected to be spent on postsecondary education in the U.S. that year.

AR-C-1671



### Exhibit 13. U.S. Postsecondary Online Schools Revenue (2000–2020E)



Source: BMO Capital Markets estimates and Eduventures.

*A disproportionate number of graduate students are fully online*

According to the U.S. Department of Education (ED), more than 2.6 million students were exclusively enrolled in distance education ("fully online") in fall 2012. Of those, graduate students were the most likely to be fully online, representing 24.2% of all such students, relative to their 14% proportion of all postsecondary students as of fall 2012 (latest data available; see Exhibit 14). However, the bulk of fully online students (nearly 69%) are degree/certificate-seeking undergraduates.

### Exhibit 14. Delivery Market Share by Credential (Fall 2012)



Source: Eduventures.

Benefits of online learning are shown in Exhibit 15.

2U

---

### Exhibit 15. Benefits of Online vs. Traditional Postsecondary Schools

| | |
|---|---|
| **Users** | Cost benefits – saves travel-related and opportunity costs from time saved |
| | Personalized – can tailor content and delivery to virtually each individual learner |
| | Convenience – can learn on your own time, "anytime, anywhere" |
| | Real-time updates – can make learning experience more relevant |
| | Self-paced – can review until information is fully grasped without "holding up" the class; asynchronous platform reaches students that may not respond to synchronous learning |
| | Efficient - potentially faster and higher completion rates, according to some anecdotal evidence |
| | Expands community – can interact with others in different geographic locations and enroll in programs that may not be available at local schools |
| | Greater oversight – via better tracking and management capabilities |
| **Providers** | Scalability – offers cost-effective way of increasing potential revenue base |
| | Penetrate new markets – can offer access to services beyond geographic boundaries |
| | Consistent quality – although customizable, quality may improve through consistency |
| | Brand exposure – increases marketing reach of institutions beyond traditional channels |
| | Cost savings – enables schools to automate many tasks associated with teaching and to leverage curriculum across a wider student base |

---

Source: BMO Capital Markets.

***Perceptions of online learning improving***

We believe the perception of quality for online education remains somewhat controversial, although less so as online programs gain acceptance. In fact, it appears that the general U.S. public is becoming more comfortable with the quality of online education, as over the past two years (2012 and 2013; latest data available) according to annual Gallup surveys, a higher percentage of the public agrees with rather than disagrees with the statement that "online college and universities offer high-quality education" (see Exhibit 16).



### Exhibit 16. Do Online Colleges and Universities Offer High-Quality Education? (2011-2013 Surveys)



Source: Gallup surveys.

*Most academic leaders still "neutral" on online education's value and legitimacy*

Data from an Online Learning Consortium survey of educators reflect their subtly changing views on online education. In Exhibit 17, academic leaders were asked if their faculty accept the value and legitimacy of an online education. As shown, results have changed only mildly, with the percentage agreeing growing to 32% in 2012 from 28% in 2002. The majority is still "neutral" and has been each year surveyed.

### Exhibit 17. Faculty Acceptance of Value and Legitimacy of Online Learning Programs (2002-2012 Surveys)



Note: This question was not asked in every survey. Source: Online Learning Consortium.

*Most see outcomes of online learning as the same as or superior to face to face, with the trendline improving*

As shown in Exhibit 18 most school administrators believe the learning outcomes for online learning are the same as or superior to those for face-to-face learning, with the trendline showing an increased acceptance.

## Exhibit 18. Learning Outcomes Online vs. Face to Face (2003-2013 Surveys)

| Learning Outcomes Online vs Face-to-Face | All Institutions | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 2003 | 2004 | 2006 | 2009 | 2010 | 2011 | 2012 | 2013 |
| Same or Superior | 57.2% | 61.6% | 61.9% | 67.5% | 66.0% | 67.6% | 76.9% | 74.1% |
| Somewhat inferior | 32.1% | 28.4% | 30.3% | 23.0% | 24.3% | 22.7% | 17.7% | 18.2% |
| Inferior | 10.7% | 10.1% | 7.8% | 9.5% | 9.8% | 9.7% | 5.3% | 7.7% |
| At least some inferiority | 42.8% | 38.5% | 38.1% | 32.5% | 34.1% | 32.4% | 23.0% | 25.9% |

Note: This question was not asked in every survey. Source: Online Learning Consortium.

*Analysis of empirical research favors online education*

A study released in June 2009 by the ED compiled the results of empirical research dating back to 1996 and drew positive conclusions about the effectiveness of online education. The analysis found that "students who took all or part of their class online performed better, on average, than those taking the same course through traditional face-to-face instruction." However, we note a July 2010 paper by the Community College Research Center at Columbia University's Teachers College refuted some of these findings and cited flaws with the study.

*Online learning increasingly part of school strategy*

Regardless of whether educators agree over the outcomes of online education, we believe it is clearly becoming an increasing part of school strategy. Although the Online Learning Consortium study found a slight reduction the percentage of educators who believe that online education is important to their school's long-term strategy (from 69% in 2012 to 66% in 2013), the authors of the study highlight that most of this decrease is attributable to educators who do not currently have online platforms becoming increasingly disagreeable to it. For that group, 72% of respondents (vs. 56% in 2012) reported that they believed online education was inferior to traditional education (see Exhibit 19).

## Exhibit 19. Importance of Online Education to Long-Term Strategy (Fall 2002-Fall 2013)



Source: Online Learning Consortium and BMO Capital Markets.

*Why students take online courses*

In the most recent Aslanian survey, 1,500 individuals who have enrolled or plan to take a fully online program were asked about their primary motivation goal in enrolling. Not surprisingly, it was career-oriented, although most of the responses related to one's current career – not changing careers – given the "working adult" nature of most online students (see Exhibit 20).

BMO Capital Markets

### Exhibit 20. Primary Motivation for Students Taking Online Courses (2014)

| Primary Motivation for Enrollment | Percent of Respondents | |
|---|---|---|
| | Undergrad | Graduate |
| I wanted a career in a new field | 26% | 19% |
| The satisfaction of completing my education | 19% | 22% |
| I was unemployed/underemployed and needed more education to get a new job | 17% | 9% |
| I wanted to keep up to date with the skills and requirements of my current job | 10% | 13% |
| I was re-entering the job market and needed more education | 7% | 7% |
| I was seeking a promotion/ new position in my field | 6% | 23% |
| It was a requirement by my employer/profession | 6% | 6% |
| I had just finished high school/GED | 6% | <1% |
| Other personal reasons not related to career | 3% | 1% |

Source: Aslanian Market research and The Learning House, Inc. spring 2014 survey.

*Important factors for students when choosing online programs*

An annual Noel-Levitz survey (shown in Exhibit 21) has tracked the top reasons student attended online programs at not-for-profit schools. While the top three reasons – convenience, flexible pacing, and work schedule – have remained the top three each year, we note financial assistance, reputation, and cost have moved up in recent surveys.

### Exhibit 21. Important Factors for Students When Choosing Online Programs (2004-2013; ranked by 2013 survey)

| Enrollment Factors | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 |
|---|---|---|---|---|---|---|---|---|---|---|
| Convenience | 6.8 | 6.8 | 6.8 | 6.8 | 6.8 | 6.8 | 6.7 | 6.8 | 6.8 | 6.8 |
| Flexible pacing for completing a program | 6.6 | 6.6 | 6.6 | 6.6 | 6.6 | 6.6 | 6.6 | 6.6 | 6.6 | 6.7 |
| Work schedule | 6.6 | 6.6 | 6.6 | 6.6 | 6.6 | 6.6 | 6.6 | 6.6 | 6.6 | 6.6 |
| Program requirements | 6.4 | 6.4 | 6.4 | 6.4 | 6.4 | 6.4 | 6.4 | 6.4 | 6.5 | 6.5 |
| Reputation of institution | 6.1 | 6.2 | 6.2 | 6.3 | 6.3 | 6.3 | 6.3 | 6.3 | 6.3 | 6.4 |
| Financial assistance available | 5.9 | 6.0 | 6.0 | 6.2 | 6.2 | 6.2 | 6.3 | 6.3 | 6.3 | 6.4 |
| Cost | 6.1 | 6.2 | 6.2 | 6.2 | 6.2 | 6.3 | 6.3 | 6.3 | 6.3 | 6.3 |
| Future employment opportunities | 6.0 | 6.0 | 6.1 | 6.1 | 6.1 | 6.2 | 6.2 | 6.2 | 6.2 | 6.2 |
| Ability to transfer credits | 6.2 | 6.2 | 6.2 | 6.2 | 6.3 | 6.3 | 6.2 | 6.2 | 6.2 | 6.2 |
| Distance from campus | 5.5 | 5.5 | 5.5 | 5.5 | 5.5 | 5.5 | 5.5 | 5.4 | 5.3 | 5.3 |
| Recommendations from employer | 4.5 | 4.7 | 4.7 | 4.8 | 4.8 | 4.9 | 4.9 | 4.9 | 5.0 | 5.1 |

Note: Ranking based on a 1-7 scale, with 7 being very important and 1 being not important. Data ranked by latest survey.
Source: Annual National Online Learners Priorities Report survey conducted by Noel Levitz.

*Employer perception of online education is improving*

There is limited empirical research on how employers view job candidates with online degrees versus those from a traditional education setting. In addition, given how much the technology has changed in recent years, the available research and surveys are relatively outdated. While initial views of online degrees were likely more negative in the early and mid-2000s, we believe the mainstreaming of online education in recent years is slowly having a more positive effect on perceptions of online education.

Findings from a 2010 survey of hiring managers by the Society for Human Resource Management (SHRM) survey of hiring managers titled *Hiring Practices and Attitudes: Traditional vs. Online Degree Credentials* included:

1. 34% reported that job candidates with online degrees were viewed as favorably as those with traditional degrees. 49% viewed them less favorably.

2. 87% agreed or strongly agreed with the statement that online degrees are viewed more favorably today than they were five years ago.



3.  55% indicated that if two job applicants with the same job experience were applying, **it would make no difference** whether their degrees were obtained through an online or traditional degree program.

4.  43% indicated that an online degree credential is acceptable for an entry-level position, but only 15% indicated that an online degree is acceptable for an executive-level position.

5.  79% of organizations indicated that they had hired a job applicant with an online degree in the past 12 months.

This survey also asked participants their views of online degrees by school type. As shown in Exhibit 22, participants generally had a less favorable view of degrees from for-profit and 100% online schools.

## Exhibit 22. HR Managers Views of Online Degrees by Type (July-August 2010)

| School type | Very unfavorable | Somewhat unfavorable | Neither more nor less favorable | Somewhat favorable | Very favorable |
|---|---|---|---|---|---|
| Public not-for-profit that also offers online education | 2% | 7% | 57% | 17% | 18% |
| Private not-for-profit that also offers online education | 3% | 14% | 58% | 16% | 9% |
| Private for-profit that also offers online education | 6% | 21% | 51% | 14% | 9% |
| 100% distance learning university | 17% | 41% | 34% | 6% | 2% |

Source: Society for Human Resource Management.

A 2013 Drexel University study found that employers view online degrees as favorably as their traditional counterparts if they have these characteristics:

- **Accreditation:** 100% of employers surveyed said that accreditation is a major factor in determining the degree's credibility.

- **Traditional campus:** 92% of hiring managers in the study stated that they have a favorable view of an online degree's credentials if it is a brick and mortar university offering the online learning (vs. 42% if it is an online only university).

- **Established brand:** Name recognition of the school bestowing the degree was influential in determining the degree's relevance.

*But general public still believes employers do not like online degrees*

A fall 2013 Gallup poll found that this issue resulted in a 36% discrepancy between perceptions toward online and traditional education (see Exhibit 23). Other concerns include a lack of quality instructors and the rigor of testing and grading.

## Exhibit 23. Americans' Views of Online vs. Traditional Classroom-Based Education

| | Online Better | Same | Online Worse | Net Better |
|---|---|---|---|---|
| Provides a range of options for curriculum | 33% | 39% | 23% | 10 |
| Provides good value for the money | 33% | 34% | 27% | 6 |
| Provides a format students can succeed in | 23% | 42% | 30% | -7 |
| Provides tailored instruction | 23% | 31% | 41% | -18 |
| Provided by well-qualified instructors | 15% | 37% | 43% | -28 |
| Provides rigorous testing and grading | 11% | 39% | 45% | -34 |
| Degree viewed positively by employers | 13% | 33% | 49% | -36 |

Source: BMO Capital Markets.



## Online Enabler Market

Many "online enablers" similar to 2U have emerged in recent years that specialize in helping colleges and universities transform proprietary curriculum into an online courses and offer many services including IT support, recruiting, and marketing. While these traditional schools were at one time reluctant to move their programs online, a combination of financial pressures and greater acceptance of online learning has spurred increased adoption of this format.

We believe the online enabler market is highly fragmented, rapidly evolving, and very sensitive to changing technology, shifting student and educator need, and introduction of new methods of education. Most models work on a revenue-sharing basis, which is attractive to the more risk-averse not-for-profit postsecondary community.

*Online enablers market grew at a 17% CAGR from 2003-2011*

Unfortunately, there is very limited data available on this market. The Parthenon Group estimates the online enabler market grew from $105 million in 2003 to $360 million in 2011, a 17% CAGR (latest data available). Besides 2U, some key players in this business include the following:

- Academic Partnerships
- Altius
- Bisk Education
- Deltak (acquired for $220 million by John Wiley & Sons [JWA] in October 2012)
- EmbanetCompass (acquired by Pearson [PSO] for $650 million in October 2012)
- Everspring
- HotChalk
- Plattform
- Orbis Education
- Synergis Education

The roots of many of these competitors are from a marketing services angle, while 2U believes its strengths lie as an education-as-a-service provider, similar to a SaaS model.

*Enablers complete on multiple services points*

We believe the principal competitive factors for the online enabler market include:

- Brand awareness and reputation;
- Robustness of technology offering/breadth and depth of service;
- Ability to invest/finance program start-up costs;
- Expertise in program marketing, student acquisition, and retention;
- Quality of user experience;
- Ease of deployment and use of solutions;
- Level of customization, security, scalability, and reliability; and



*Services, assessment, and support staff are top issues for school administrators*

• Quality of client base and track record of performance.

The Instructional Technology Council (ITC) has surveyed administrators of distance learning programs at community colleges annually since 2004. As shown in Exhibit 24, the top issues in recent years have been adequate student services for distance learning, adequate assessment, and support staff for training and technical assistance. We believe the concerns across all postsecondary institutions are fairly similar.

## Exhibit 24. Greatest Challenges for Administrators of Distance Education Programs (2004-2013)

| Challenge | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 |
|---|---|---|---|---|---|---|---|---|---|---|
| Adequate student services for distance education students | 2 | 5 | 3 | 2 | 2 | 2 | 3 | 1 | 1 | 1 |
| Adequate assessment of distance education classes | | | | | | 3 | 2 | 2 | 2 | 4 |
| Support staff needed for training and technical assistance | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 7 | 3 | 2 |
| Operating and equipment budgets | 3 | 2 | 2 | 3 | 3 | 4 | 4 | 4 | 4 | 5 |
| Adequate administrative authority | 5 | 4 | 4 | 5 | 4 | 5 | 5 | 8 | 5 | 3 |
| State authorization regulations | | | | | | | | 11 | 6 | 6 |
| Student authentication | | | | | | | | 10 | 7 | 9 |
| Compliance with new financial aid attendance requirements | | | | | | | | 3 | 8 | 8 |
| Adequate space for training and technical assistance | 7 | 7 | 6 | 6 | 6 | 7 | 6 | 9 | 9 | 10 |
| Faculty acceptance | 4 | 3 | 5 | 4 | 5 | 6 | 7 | 5 | 10 | 7 |
| Organizational acceptance | 6 | 6 | 7 | 7 | 7 | 8 | 8 | 6 | 11 | 11 |
| Student acceptance | 8 | 8 | 8 | 8 | 8 | 10 | 10 | 12 | 12 | 12 |
| Compliance with HEOA requirements for distance education | | | | | | 9 | 9 | | | |

Source: Annual survey conducted by Instructional Technology Council.

*Not-for-profits are key target for online enablers*

We believe that nonprofit schools represent a unique opportunity for online enablers. Nonprofit institutions have the most long-term advantages when it comes to launching online programs, in our view; however, they are most disadvantaged (compared to the for-profit colleges) in the implementation of online learning. Hence, we believe that nonprofits should continue to be a long-term source of growth for companies like 2U.

Nonprofit advantages in online learning:

• Brand name: provides benefits in marketing programs to adult learners in advanced degrees.

• Public subsidies: can take the long view as they are not under pressure to be immediately profitable as are for-profit schools.

• Less regulatory scrutiny: nonprofit schools are not subject to the same regulatory requirements as for-profit schools (i.e., gainful employment).

Nonprofit challenges in developing online learning programs include:

• Less experience running profitable online programs: while not-for-profit schools have had online courses for some time, fully online programs are relatively new.

• Cost and technology demands: online programs require more faculty training and the build-out of online infrastructure, including investments in technology, help desk, and administrative functions.

• Less marketing experience: in contrast to for-profits, many nonprofit schools have limited experience marketing online programs and reaching targeted audiences.

BMO Capital Markets

AR-C-1679

## 2U's Addressable Market

*8% share in 2011 has likely expanded significantly*

Using The Parthenon Group's estimate, 2U, with just under $30 million in 2011 revenues, would have had roughly 8% share of the online enabler market that year. While no comparable data exists, we believe the company has gained share over that time, with revenues increasing at over a 54% CAGR through 2014 (estimated), significantly faster than the industry grew from 2003-2011 (17% CAGR).

*Addressable market: management envisions at least $1 billion in "steady state" revenues*

2U's management estimates there are currently roughly 140 graduate degree verticals in the U.S. with sizable enrollments (over 1,000 in graduates) that the company could potentially target. This excludes new degreed programs yet to be developed. Ideal target programs for 2U tend to be located in large population centers, have regional employer demand for degree graduates, and are operated under a well-known university brand. Management estimates that if the 2U develops programs in 30 verticals, with two schools each, the company can achieve at least $1 billion in annual "steady state" revenues, a tiny slice of the over $1 trillion spent on higher education worldwide.

Other potential markets in the U.S. include doctoral programs and undergraduate degrees (the company added its first bachelor's degree program in October 2014). Outside the U.S., management plans to initially target English-speaking countries (such as Canada, U.K., and Australia). 2U entered the international market in January 2013, with a dual master of law degree program from the Washington University School of Law and the Tecnológico de Monterrey's Escuela de Gobierno y Transformación Pública (the Graduate School of Government and Public Transformation in Mexico).

## 2U's Service Offerings

*What 2U provides*

2U's clients are nonprofit colleges and universities, which use the company's platform to offer degreed programs online. These students receive the same degree or credit as on-campus students (where one exists) and generally pay equivalent tuition. 2U provides a suite of technology services that include program marketing, student acquisition, content development, and faculty student and support services. These include technical training and support, non-academic student advising and academic progress monitoring, and career services. The company also facilitates student experiences such as in-program field placements and student immersions.

2U provides a cloud-based software as a solution (SaaS) that enables nonprofit colleges and universities to offer full degree programs online. Revenue is generated through revenue-sharing arrangements with clients where 2U receives a contractually specified percentage of tuition and fees from students enrolled in the online programs it enables. The company's online learning platform and its "technology-enabled" services provide a comprehensive operating infrastructure for colleges and universities to attract, enroll, educate, support, and graduate students in an online degree.

*Who does what*

As the company classifies the universities it works as partners, in terms of "who does what":

- 2U funds the course development

- The university and 2U jointly develop the course content

- 2U supplies the technology platform and handles "student acquisition"

- The university handles admissions decisions and the financial aid process

- The university supplies the faculty

- The university and 2U jointly provide student faculty and support

- The university grants the degree

In 2015, the company is expected to provide 17 programs across 13 verticals to 12 university partners (an additional program has already been announced for 2016). We have summarized these program offerings in Exhibit 25.

## Exhibit 25. Overview of 2U Programs Offered

| College / University | Degree (s) | Program Launch |
|---|---|---|
| University of Southern California - Rossier School of Education | Master of Arts in Teaching<br>Master of Arts in Teaching, TESOL<br>Master of Education in Advanced Instruction | Apr-09 |
| University of Southern California - School of Social Work | Master of Social Work | Oct-10 |
| Georgetown University - School of Nursing and Health Studies | Master of Science in Nursing | Mar-11 |
| University of North Carolina at Chapel Hill - Kenan-Flagler Business School | Master of Business Administration | Jul-11 |
| Washington University in St. Louis - School of Law | Master of Laws in U.S. Law | Jan-13 |
| University of North Carolina at Chapel Hill - School of Government | Master of Public Administration | Jan-13 |
| The George Washington University - School of Public Health and Health Services | Master of Public Health | Jun-13 |
| American University - School of International Service | Master of Arts in International Relations | May-13 |
| Simmons College - School of Nursing and Health Sciences | Master of Science in Nursing | Oct-13 |
| University of California, Berkeley - School of Information | Master of Information and Data Science | Jan-14 |
| The George Washington University - School of Public Health and Health Services | Executive Master of Health Administration | Apr-14 |
| Simmons College - School of Social Work | Master of Social Work | Jul-14 |
| Simmons College - School of Nursing and Health Sciences | Bachelor of Science in Nursing | Oct-14 |
| Syracuse University - S.I. Newhouse School of Public Communications | Master of Communication | 2015 |
| Syracuse University - Martin J. Whitman School of Management | Master of Business Administration<br>Masters of Science in Accounting | 2015 |
| Southern Methodist University | Masters of Science in Data Science | 2015 |
| Northwestern University - The Family Institute | Masters of Arts in Counselling | 2015 |
| Syracuse University - Martin J. Whitman School of Management | Master of Science in Business Analytics | 2016 |

Source: Company reports and BMO Capital Markets.

There are a number of components to 2U's offerings:

*Classes are live*          **Proprietary, cloud-based Saas platform.** 2U's online learning platform, the "Online Campus" enables clients to offer educational content through instructor-led classes in a live session, averaging about ten students a session, with social networking capabilities for interaction and collaboration. Service components of the Online Campus include:

- **Virtual, live classes and groups.** Live, small-group class session online, with a video and audio feed of the instructors and each student. The platform allows instructors to lead group



discussions, customize the class to individual styles, and display a variety of media such as documents, images, charts, notes, and videos. Students can collaborate and interact during class sessions or face-to-face online; this enables group discussions and shared work projects.

- **Delivery of high quality content.** 2U and its client collaborate to create public and deliver video and other asynchronous content, interactive course lectures, individual group assignments, and assessments. This includes technology solutions to augment content delivery, such as the 'Bi-Directional Online Learning Tool."

- **Dynamic social networking.** The Online Campus provides a social interface that connects students to an extended network of faculty, students, researchers, and administrators in the university community. Some clients grant lifelong access to online campus for students to review course content and class sessions. Users have customizable social profiles, multimedia postings, and dynamic communication and notification tools.

**Content management system.** Clients can author, review, and deploy asynchronous content into their online programs. This includes a set of project management and collaboration tools for clients to integrate faculty work with support from 2U's course production and content development staff.

**Application processing portal.** The Online Application and Recommendation System (OARS) helps automate the online application process for prospective students. This is integrated with the marketing site for each program, funneling prospective students into the application process and providing tools to automate the workflow for the application process.

**Customer relationship management.** The customer relationships management deployment serves as a data hub for scheduling, student acquisition, student application, admission review, and enrollment and student support for each program.

**Technology-enabled services for the "Client Program Lifecycle."** 2U offers a comprehensive suite of technology-enabled services to support the lifecycle of a program or course. These include the following:

- **Content development.** The content development staff works with client faculty to produce high-quality, engaging online content. This includes scripted videos in studio or on location, interactive content and customized online course material to deliver through the Online Campus.

- **Student acquisition.** Dedicated marketing services to drive applications for client programs. The program-specific teams develop creative assets, such as websites related to the client programs, and execute campaigns to acquire students. The search engine optimization team supports prospect generation efforts.

*High level of services provided to students*

**Dedicated "white glove service."** This refers to a suite of student and faculty support services, which we have summarized below:

- **Application advising.** Program dedicated teams work with prospective students as they consider and apply to client programs. Once a student submits an application it is routed to and reviewed by the university admission office.

- **Student and faculty support**. 2U assigns an advisor to each student to provide ongoing, individualized, nonacademic support. In addition, a dedicated support team supports and

AR-C-1682

trains university administration and faculty to use Online Campus and other components of the platform.

- **In-program student field placements.** The field placement team is dedicated to finding placement opportunities for students in relevant client programs, and it works closely with faculty to identify and approve sites that meet curriculum requirements. The company has facilitated in-program field placements across more than 13,000 organizations, resulting in over 20,000 placements to date.

- **State authorization services.** Each online program on the platform must comply with state authorization requirements in each state where the student enrolled in the program reside. 2U will work with most of its clients to identify and satisfy these state authorization requirements.

**Services built to scale.** The SaaS platform uses open-source technology combined with custom development of instructional design tools and learning components. The technology stack is fully cloud based and hosted on Amazon Web Services, where it can manage hundreds of server instances through its automated deployment technologies. The application programming interface (API) provides a standardized way to provision, manage, engage, and deliver content to students, faculty and administrators – it supports advanced analytics to search and analyze student usage data and evaluate course content.

*Typical contracts are 10-15 years*

**Overview of client contracts.** 2U client's contracts generally have initial terms of 10-15 years that do not permit either party to terminate for convenience. Most contracts impose liquidated damages for a client's nonrenewal unless terminated for uncured breach. Most of the leads generated for the client programs are owned by 2U, while the academic content that 2U helps co-develop is owned by clients.

*Revenue sharing – 2U typically gets 65%*

All contracts are revenue-sharing, with the company averaging around 65% (while earlier contracts were at 60% some recent contracts have been at higher than average rates). Certain contracts contain multiple specified percentages.

Client contracts typically carry varying degrees of limitations for 2U to offer competitive programs, although most of the company's recent contracts carry few, if any, restrictions. In general, any limitation on competitive programs is inapplicable if the client refuses to scale the program to accommodate qualified students or raises program admission standards. Similarly most contracts prohibit clients from offering any online competitive program.

## Growth Strategy

*Key drivers of revenue growth*

Substantially all of 2U's revenues are derived from revenue-share arrangements with clients. Thus, the main driver of its revenue growth is the number of student course enrollments in these programs. A number of factors that drive this metric.

*Goal to add no fewer than four new programs annually*

**Adding new programs.** Growth is driven through expanding its client base or number of client programs. New clients and programs are largely generated through a direct approach by senior management to selected colleges and universities. Management has a goal of adding no fewer than four new programs per year.

2U's two longest-running programs with University of Southern California (USC) accounted for 56% of revenues in 3Q14. In addition, its program with Georgetown University School of

**BMO** 🔴 Capital Markets

Nursing and Health Studies accounted for 15% of revenues that quarter. We expect the contributing percentage from these schools to decline as the company ramps up new programs and increases its number of clients.

***How 2U chooses which partners to add***

New clients and programs are generated through a direct approach by senior management to selected colleges and universities. 2U uses a proprietary program selection algorithm to develop a pipeline of target clients. This model uses a combination of internally generated, publicly available and purchased data on degree programs, student demographics, job market trends, school selectivity and competition, in addition to other factors to identify combinations of colleges and universities programs that it believes will have the best prospects of long-term success. Using correlation analyses, management believes it can forecast enrollments by program for every postsecondary school in the country, which in turn helps guide decision making for the allocation of capital and resources into new programs.

***No longer provided "exclusive" programs by vertical***

For the early part of its history, the company chose to partner with one university per vertical (e.g., USC for education, Georgetown fur nursing). Most of these locations were in larger population centers. Beginning in 2013, that changed with the addition of a nursing program at Simmons College. We expect much of the company's future growth will come from these additional programs.

***Program economics improve as additional programs added in existing verticals***

The program economics improve as the company adds additional programs within a specific vertical. 2U generally invests $9-10 million in capital per program in a new vertical and $4-5 million for additional programs. Start-up costs per program include content development costs (around $1.5 million) and technology and software development ($300K to $500K) expensed 6-9 months prior to a program launch. The actual content is developed over about 24-27 months and technology over 9-12 months.

A new program is typically cash flow negative for the first three years from its launch, at which point the program is expected to turn profitable (adjusted EBITDA positive). This is based on management's experience with prior programs and expected initial growth rate of 400-500 new student enrollments per program per year. A new program is expected to reach "steady state" after five to six years from launch. Second programs in a degree vertical are expected to turn profitable and reach steady state at a faster rate, primarily from program and marketing efficiencies (see Exhibit 26).

### Exhibit 26. New Program Economics

|                                | 1st program      | 2nd program      |
|--------------------------------|------------------|------------------|
| Total start-up expense         | $9-$10 million   | $4-$5 million    |
| Timeline to adj. EBITDA positive | 3 years        | 2.5 years        |
| "Steady-state" period          | After 5-6 years  | After 4-5 years  |

Source: Company reports and BMO Capital Markets.



**BMO Capital Markets**                                                                                    **2U**

*First programs*     We have provided a list of school rankings for each of the programs currently offered by 2U and
*are with highly*   those in development. While we advise taking these ratings "with a grain of salt," we note that
*ranked*          almost all of the company's "first programs" are generally ranked within the top 50 programs in
*institutions*      their respective disciplines, with many receiving fairly high scores (see Exhibit 27).

## Exhibit 27. 2U Programs and Their Rankings

| College / University | Degree (s) | Program | Ranking |
|---|---|---|---|
| University of Southern California - Rossier School of Education | Master of Arts in Teaching<br>Master of Arts in Teaching, TESOL | 1st | US News and World Report: #18 in Graduate Education (2014) |
| University of Southern California - School of Social Work | Master of Social Work | 1st | US News and World Report: #11 in Graduate Social Work (2012) |
| Georgetown University - School of Nursing and Health Studies | Master of Science in Nursing | 1st | US News and World Report: #36 in Graduate Nursing (2011) |
| University of North Carolina at Chapel Hill - Kenan-Flagler Business School | Master of Business Administration | 1st | US News and World Report: #19 in Graduate Business (2014) |
| Washington University in St. Louis - School of Law | Master of Laws in U.S. Law | 1st | US News and World Report: #18 in Graduate Law (2014) |
| University of North Carolina at Chapel Hill - School of Government | Master of Public Administration | 1st | US News and World Report: #23 in Graduate Public Affairs (2012) |
| The George Washington University - School of Public Health and Health Services | Master of Public Health | 1st | US News and World Report: #21 in Graduate Health Care Management (2011) |
| American University - School of International Service | Master of Arts in International Relations | 1st | Foreign Policy Magazine (2012)<br>#8 Graduate Programs (MA programs) |
| Simmons College - School of Nursing and Health Sciences | Master of Science in Nursing | 2nd | US News and World Report: #127 in Graduate Nursing (2011) |
| University of California, Berkeley - School of Information | Master of Information and Data Science | 1st | |
| The George Washington University - School of Public Health and Health Services | Executive Master of Health Administration | 1st | US News and World Report: #21 in Graduate Health Care Management (2011) |
| Simmons College - School of Social Work | Master of Social Work | 2nd | US News and World Report: #33 in Graduate Social Work (2012) |
| Simmons College - School of Nursing and Health Sciences | Bachelor of Science in Nursing | 1st | |
| Syracuse University - S.I. Newhouse School of Public Communications | Master of Communication | 1st | NewsPro-RTDNA Top Journalism Schools: #4 (2013) |
| Syracuse University - Martin J. Whitman School of Management | Master of Business Administration<br>Masters of Science in Accounting | 2nd/1st | Bloomberg Businessweek: # 69 in fulltime MBA programs (2014) |
| Southern Methodist University | Masters of Science in Data Science | 1st | |
| Northwestern University - The Family Institute | Masters of Arts in Counselling | 1st | |
| Syracuse University - Martin J. Whitman School of Management | Master of Science in Business Analytics | 1st | Bloomberg Businessweek: # 69 in fulltime MBA programs (2014) |

Source: US News and World Report, school websites and BMO Capital Markets.

**Acquiring more students.** This depends on 2U's ability to identify and acquire qualified students for clients' online programs. While clients make all the admissions decisions, the number of students enrolled is significantly dependent on the company's student acquisition activities. This is an ongoing resource expense to generate a continuous pipeline of new enrollments.

The company has developed internet-based program marketing and student acquisition capabilities. Prospective students are identified between three months and two or more years before they are enrolled. For students currently enrolled and those that have graduated, the average time from initial lead acquisition to initial enrollment was seven months. As of December 31, 2013, 2U had 265 staff focused on program marketing and sales.

As the schools themselves handle admissions, 2U has no control over those decisions. However, management believes that the admit rate for its online programs are similar to what the schools have for similar campus-based programs.

**Retaining more students.** For students that have graduated, the average time from initial enrollment to graduation at the time of its IPO was 16 months (based on a small number of

**BMO Capital Markets**

AR-C-1685

graduates). However, based on student retention rates and patterns in client programs, management believes the average time from initial enrollment to graduation for current programs will be 2.5 years.

***Platform revenue
retention rate
("same program"
growth)***

The company discloses a "platform revenue retention rate," which is calculated using the revenue from the group of programs that clients launched before the beginning of the prior comparative year. This rate measures the revenues recognized for these programs of the current comparative year as a percentage of prior period revenues. This is comparable to "same-store sales growth" or "comparable store sales metrics" in other industries. Platform revenue retention increased to 144% in 2013 from 127% in 2011, driven by increase in course enrollments and no program terminations (see Exhibit 28). In 2014 year to date, this metric has been 128%, although we believe it could skew seasonally higher in 4Q14.

**Exhibit 28. 2U Platform Revenue Retention Rate (2011 to 2013)**



Source: company reports

***High graduation
rates***

Management estimates the graduation rates for its programs are in the 82%-84% range. While we were unable to obtain average graduation for graduate programs, the average graduation rate for four-year institutions was 55.7% per the National Center for Education Statistics (for cohort year 2006; latest data available). Per management, job placement rates are also solid, in the high 80%/low 90% range.

## Management

We believe 2U's management team brings extensive management expertise and industry experience to the company.

**Christopher Paucek** is one of 2U's co-founders and has served as the chief executive officer since January 2012 and as a member of the board of directors since March 2012. He previously served as the president and chief operating officer from April 2008 through December 2011. Prior to 2U, Mr. Paucek served as the chief executive officer of Smarterville, Inc., the parent company of Hooked on Phonics, from 2007 until 2008. From 2004 to 2007, Mr. Paucek served as vice president of business development and president of Educate Products for Educate, Inc. In 2004, Mr. Paucek served as deputy campaign manager for the successful reelection campaign of U.S. Senator Barbara Mikulski. Mr. Paucek began his career in 1993 by co-founding Cerebellum

AR-C-1686

Corporation, the media company behind the award winning educational Standard Deviants television program and video series, and he led Cerebellum as co-chief executive officer until 2003. Mr. Paucek holds a B.A. from The George Washington University and is currently enrolled in 2U's MBA@UNC program at the UNC Kenan- Flagler Business School of the University of North Carolina at Chapel Hill.

**Robert Cohen** has served as the company's president since November 2013 and as the chief operating officer since April 2012. He previously served as the chief financial officer from the inception in 2008 until April 2012. From 2001 to 2008, Mr. Cohen held a number of senior roles at The Princeton Review, including as executive vice president of strategic development and executive vice president and general manager of K12 Services. From 1985 to 2001, Mr. Cohen founded and operated a franchise of The Princeton Review, before selling the franchise back to that company. Mr. Cohen attended Princeton University.

**Catherine Graham** has served as 2U's chief financial officer since April 2012. Prior to that, she served as chief financial officer for Online Resources Corporation, a publicly held financial technology company, from 2002 to April 2012; the company was sold to ACI Worldwide in 2013. Before that, she served as chief financial officer for VIA NET.WORKS, Inc., a publicly held internet services and web hosting provider, from 1998 to 2002. Previously, she served in senior financial positions with Yurie Systems, a telecommunications equipment manufacturer, and other public companies, as well as with several commercial banks. Ms. Graham holds a B.A. from the University of Maryland and an M.B.A. from Loyola College of Maryland.

**Jeff Rinehart** has served as the company's chief marketing officer since March 2011. Prior to joining 2U, from 2000 to 2011, Mr. Rinehart worked for Capital One Financial Corporation, a financial services company in a series of progressively more senior leadership roles in its Marketing and Analysis division, including most recently as vice president of marketing strategy for Capital One's consumer credit card division. Mr. Rinehart holds a B.S. and a master's degree in Economics from East Carolina University.

## Financial Analysis and Forecast

### Annual Income Statement

On November 4, 2014, management provided the following guidance for CY2014:

- Revenues of $109.2-109.7 million (31-32% growth over 2013)

- Adjusted EBITDA loss of $(15.8)-(15.4) million, implying margins of (14.5)% to (14)%

- Adjusted net loss per share of $(0.57)-$(0.58)

In addition, the company provided the following "initial look" for CY2015:

- Revenue growth of 28-31% with annual growth in 1Q15 in the low 20%, although annual growth for the first half of the year in the range of full-year expectations.

- Adjusted EBITDA margins of (9)% to (10)%, with higher losses in the first half of the year due to costs associated with a second January 2015 program launch.



We have provided our annual forecast in Exhibit 29. We project roughly a 24% CAGR growth in revenues, reaching nearly $320 million in 2019, up from an estimated nearly $110 million in 2014. Over that time, we expect the company's profitability to improve, moving from an estimated adjusted EBITDA loss of roughly $16 million in 2014 (-14.4% margins) to positive adjusted EBITDA of nearly $27 million (8.3% in 2019). Pro forma EPS is expected to improve from an estimated $(0.57) to a positive $0.50 over the same period.

## Exhibit 29. 2U Annual Income Statement (2011 to 2019E)

| (Millions, except per-share data) | 2011 | 2012 | 2013 | 2014E | 2015E | 2016E | 2017E | 2018E | 2019E |
|---|---|---|---|---|---|---|---|---|---|
| Revenue | $29.7 | $55.9 | $83.1 | $109.5 | $140.5 | $177.3 | $219.1 | $266.4 | $319.9 |
| **Cost and expenses** | | | | | | | | | |
| Servicing and support | 12.3 | 14.9 | 22.7 | 26.5 | 32.8 | 39.9 | 47.7 | 56.0 | 65.6 |
| Technology and content development | 5.1 | 8.3 | 19.5 | 25.0 | 30.8 | 37.3 | 44.5 | 52.1 | 59.4 |
| Program marketing and sales | 32.1 | 45.4 | 54.1 | 63.9 | 79.6 | 97.1 | 115.6 | 135.2 | 156.0 |
| General and admininstrative | 5.1 | 10.3 | 14.8 | 23.3 | 29.1 | 33.7 | 38.3 | 41.3 | 44.0 |
| Total operating expenses | 54.6 | 79.0 | 111.1 | 138.7 | 172.4 | 208.0 | 246.1 | 284.6 | 325.0 |
| Income/(loss) from operations | (24.9) | (23.1) | (28.0) | (29.2) | (31.9) | (30.7) | (27.0) | (18.2) | (5.1) |
| Other income/(expense), net: | | | | | | | | | |
| Interest (expense) | (0.0) | (0.1) | 0.0 | (1.1) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Interest income | 0.0 | 0.0 | 0.0 | 0.1 | 0.8 | 0.7 | 0.7 | 0.4 | 0.5 |
| Total interest and other expense, net | 0.0 | 0.0 | 0.1 | (1.0) | 0.8 | 0.7 | 0.7 | 0.4 | 0.5 |
| Income/(loss) before income taxes | (24.9) | (23.1) | (28.0) | (30.2) | (31.1) | (30.0) | (26.3) | (17.8) | (4.6) |
| Income tax expense | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.1 |
| **Net income/(loss)** | **($24.9)** | **($23.1)** | **($28.0)** | **($30.2)** | **($31.1)** | **($30.0)** | **($26.3)** | **($17.4)** | **($4.5)** |
| Preferred stock accretion | (0.3) | (0.3) | (0.3) | (0.1) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Net income/(loss) attributable to common shareholders** | **($25.2)** | **($23.5)** | **($28.3)** | **($30.3)** | **($31.1)** | **($30.0)** | **($26.3)** | **($17.4)** | **($4.5)** |
| Earnings/(loss) per share (GAAP) | N.A. | N.A. | ($0.93) | ($0.80) | ($0.76) | ($0.73) | ($0.63) | ($0.42) | ($0.11) |
| **Adjusted net income/(loss)** | **N.A.** | **N.A.** | **($25.7)** | **($21.7)** | **($17.6)** | **($11.5)** | **($2.4)** | **$7.2** | **$21.3** |
| **Pro forma earnings/(loss) per share** | **N.A.** | **N.A.** | **($0.85)** | **($0.57)** | **($0.43)** | **($0.28)** | **($0.06)** | **$0.17** | **$0.50** |
| Diluted shares outstanding | N.A. | N.A. | 30.4 | 37.8 | 40.7 | 41.1 | 41.5 | 41.9 | 42.3 |
| **Adjusted EBITDA** | **($22.5)** | **($18.8)** | **($21.2)** | **($15.8)** | **($13.0)** | **($6.9)** | **$2.1** | **$12.4** | **$26.6** |
| **Margin/% of Revenues:** | | | | | | | | | |
| Servicing and support | 41.4% | 26.7% | 27.3% | 24.2% | 23.4% | 22.5% | 21.8% | 21.0% | 20.5% |
| **Gross margin** | **58.6%** | **73.3%** | **72.7%** | **75.8%** | **76.6%** | **77.5%** | **78.2%** | **79.0%** | **79.5%** |
| Technology and content development | 17.2% | 14.9% | 23.4% | 22.8% | 21.9% | 21.1% | 20.3% | 19.6% | 18.6% |
| Program marketing and sales | 108.0% | 81.2% | 65.1% | 58.4% | 56.6% | 54.7% | 52.7% | 50.7% | 48.7% |
| General and admininstrative | 17.2% | 18.5% | 17.9% | 21.3% | 20.7% | 19.0% | 17.5% | 15.5% | 13.8% |
| **Adjusted EBITDA margin** | **-75.7%** | **-33.7%** | **-25.6%** | **-14.4%** | **-9.2%** | **-3.9%** | **1.0%** | **4.6%** | **8.3%** |
| Operating margin | -83.8% | -41.3% | -33.7% | -26.6% | -22.7% | -17.3% | -12.3% | -6.8% | -1.6% |
| Pretax margin | -83.7% | -41.4% | -33.6% | -27.6% | -22.1% | -16.9% | -12.0% | -6.7% | -1.4% |
| Tax rate | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 2.0% | 2.0% |
| **Net margin** | **-83.7%** | **-41.4%** | **-33.6%** | **-27.6%** | **-22.1%** | **-16.9%** | **-12.0%** | **-6.5%** | **-1.4%** |
| **Percentage Change:** | | | | | | | | | |
| **Revenues** | **N.A.** | **87.9%** | **48.8%** | **31.7%** | **28.3%** | **26.2%** | **23.6%** | **21.6%** | **20.1%** |
| Servicing and support | N.A. | 21.3% | 52.2% | 16.6% | 23.9% | 21.6% | 19.5% | 17.4% | 17.2% |
| **Gross profit** | **N.A.** | **134.9%** | **47.5%** | **37.4%** | **29.7%** | **27.6%** | **24.8%** | **22.8%** | **20.8%** |
| Technology and content development | N.A. | 62.2% | 134.6% | 28.2% | 23.5% | 21.1% | 19.2% | 17.1% | 13.9% |
| Program marketing and sales | N.A. | 41.3% | 19.2% | 18.2% | 24.4% | 22.0% | 19.1% | 17.0% | 15.3% |
| General and admininstrative | N.A. | 102.6% | 43.5% | 56.8% | 25.2% | 15.5% | 13.9% | 7.7% | 6.7% |
| **Adjusted EBITDA** | **N.A.** | **-16.4%** | **12.9%** | **25.6%** | **18.0%** | **46.9%** | **130.3%** | **492.0%** | **115.3%** |
| Operating income | N.A. | 7.3% | -21.4% | -4.2% | -9.2% | 3.6% | 12.0% | 32.6% | 71.8% |
| Pretax income | N.A. | -7.1% | 20.9% | 8.0% | -2.9% | 3.4% | 12.4% | 32.4% | 74.0% |
| **Net income** | **N.A.** | **-7.1%** | **20.9%** | **8.0%** | **-2.9%** | **3.4%** | **12.4%** | **33.8%** | **74.0%** |
| EPS (GAAP) | N.A. | N.A. | N.A. | N.A. | 4.6% | 4.4% | 13.2% | 34.4% | 74.3% |
| **EPS (pro forma)** | **N.A.** | **N.A.** | **N.A.** | **32.2%** | **24.8%** | **35.0%** | **79.3%** | **394.0%** | **194.3%** |
| **Operating metrics:** | | | | | | | | | |
| Full course equivalent enrollments | 14,099 | 22,532 | 31,338 | 40,443 | 51,657 | 63,905 | 77,460 | 92,340 | 108,693 |
| % annual change | N.A. | 59.8% | 39.1% | 29.1% | 27.7% | 23.7% | 21.2% | 19.2% | 17.7% |
| Revenues per full course equivalent enrollments | $2,109 | $2,480 | $2,653 | $2,707 | $2,720 | $2,774 | $2,829 | $2,885 | $2,943 |
| % annual change | N.A. | 17.6% | 7.0% | 2.1% | 0.5% | 2.0% | 2.0% | 2.0% | 2.0% |

N.M. – Not Meaningful. N.A. – Not Available. Source: BMO Capital Markets estimates and corporate reports.



*Projected revenue growth of nearly 24% CAGR from 2014 through 2019*

As shown in Exhibit 30, we project roughly a 24% CAGR growth in revenues, reaching nearly $320 million in 2019, up from an estimated nearly $110 million in 2014.

### Exhibit 30. 2U Revenues (2011 to 2019)



Source: Company reports and BMO Capital Markets.

*Strong revenue visibility*

We believe the company has strong revenue visibility based on the number of students that start a course and its expectations for completion. Future revenue growth is expected to be driven by a number of operating metrics:

*Projected nearly 22% CAGR growth in FCE's from 2014 to 2019*

- **Growth in full-time course equivalents (FCE).** The FCE is determined for each course offered by the number of students enrolled in that course, multiplied by the percentage of the course completed in that period (this is done because many courses often straddle two or more fiscal quarters). We project nearly a 22% CAGR increase in FCE, reaching roughly 108,700 at the end of 2019 from an estimated 40,443 at the end of 2014. This is about half the estimated 42.1% CAGR growth the company has generated in this metric since 2011 (see Exhibit 31).

### Exhibit 31. 2U Full-Time Course Equivalents (2011 to 2019E)



Source: Company reports and BMO Capital Markets.

BMO Capital Markets

*Projected revenue per FCE growth of 1.7% CAGR through 2019*

- **Growth in revenue per FCE.** From 2011 through 2014 (estimated), revenues per FCE increased at an 8.7% CAGR rate, reaching an estimated $2,706 in 2014. As the company adds new programs within an existing vertical, these programs typically have lower tuition rates than the initial program in that discipline, putting some pressure on average revenue per FCE over time. We have reflected this in our model, projecting a 1.7% CAGR through 2019, reaching roughly $2,943 that year (see Exhibit 32). However, management believes this strategy will enable it to leverage program marketing investments across multiple client programs, offsetting the decrease in revenue per FCE with lower student acquisition costs.

## Exhibit 32. Revenue per FCE (2011 to 2019E)



Source: Company reports and BMO Capital Markets.

*Margin expansion potential*

We believe there are a number of levers the company can use to improve margins over time.

- Servicing and support are the costs related to program management and operations, as well as costs for platform technical support and faculty and student support. While most of these costs are variable by student, some are somewhat fixed (e.g., establishing placement contracts for clinical positions).

- Technology and content development are the costs related to improving and maintaining the technology platform and content. These are semi-variable with about 80% of the costs capitalized and generally written off from three (technology) to five years (content).

- Program marketing and sales are the company's student acquisition costs. These costs typically begin as soon as the company enters into an engagement with a new client, which can be as much as nine months before the start of a new program. Thus, this expense could be seen as an investment to generate revenue in future periods. Management believes these costs will decline as multiple programs are launched within a degree vertical, due to marketing synergies spread across multiple programs. The lifetime revenue of a program as a multiple of student acquisition expense has grown from 2.4x to above 3.2x, per management, as second programs are added to degree verticals.

- General and administrative are mostly fixed costs.

Management believes margins will improve significantly as the company expands and reaches its "steady state" growth rate, primarily due to leverage from program and marketing expenses (see Exhibit 33).

### Exhibit 33. Long-Term Margin Targets

|  | 2011 | 2012 | 2013 | Steady-State Target |
|---|---|---|---|---|
| Servicing & Support | 41% | 26% | 27% | 15-17% |
| Technology & Content Development | 13% | 10% | 19% | 11-13% |
| Program & Marketing Sales | 107% | 81% | 65% | 31-33% |
| General & Administrative | 15% | 17% | 16% | 6-7% |
| Adj. EBITDA Margin | -76% | -34% | -26% | Mid-30s% |

Source: Company reports and BMO Capital Markets.

*Could be adjusted EBITDA positive as early as 2017*

The company calculates adjusted EBITDA by removing stock-based compensation and one-time charges. When 2U went public (March 2014), management stated a goal to be adjusted EBITDA positive "within three to five years." Recently, management has stated expectations that the company is now at the low end of this time range (say 2017), with the caveat that if the company were to significantly accelerate its program launch schedule, it could take a bit longer. Nevertheless, we believe the company is well on its way. We forecast adjusted EBITDA will increase from an estimated negative $(15.8) million in 2014 to a positive $26.6 million in 2019, with EBITDA margins expanding from an estimated negative (14.4)% in 2014 to 8.3% in 2019 and the company potentially turning adjusted EBITDA positive in 2017 (see Exhibit 34).

### Exhibit 34. 2U Adjusted EBITDA and Margins (2011-2019E)



Source: Company reports and BMO Capital Markets.

*Cash flow should follow close to the same trajectory*

Free cash flow should follow close to the same trajectory. We forecast free cash flow will increase from an estimated $(26.5) million in 2014 to $12.1 million in 2019, with the company turning free cash flow positive in 2018 (see Exhibit 35).

AR-C-1691

### Exhibit 35. 2U Free Cash Flow and Free Cash Flow per Share (2011 to 2019E)



Source: Company reports and BMO Capital Markets.

*Pro forma EPS (excluding stock-based compensation and one-time items) positive beginning in 2018*

The company calculates adjusted net income by removing stock-based compensation and one-time charges on an after-tax basis. The company has a sizeable amount of net operating losses (federal NOLs of $86 million and state NOLs of $73.1 million as of December 31, 2013) and does not expect to book any GAAP tax expense for the foreseeable future. We forecast adjusted net income will increase from an estimated $(21.7) million in 2014 to just over $21 million in 2019. This would equate to pro forma EPS rising from an estimated $(0.57) in 2014 to $0.50 in 2019 (see Exhibit 36).

### Exhibit 36. 2U Adjusted Net Income and EPS (2013 to 2019E)



Note: Adjusted net income and EPS not available for 2011 and 2012. Source: Company reports and BMO Capital Markets.

## Quarterly Income Statement

*Quarterly variability*

2U's client programs usually start classes for new and returning students an average of four times per year. Class starts are not necessarily evenly spaced throughout the year, nor do they correspond to the traditional academic calendar and can vary year to year. Hence, the number of



**BMO Capital Markets**                                                                 **2U**

classes in session and number of students enrolled will vary quarter to quarter. In addition, program semesters often straddle two fiscal quarters and clients pay once they have billed tuition and fees to students, which is typically early in the semester.

Our quarterly income statement is shown in Exhibit 37. We project annual revenue growth of roughly 21% in 4Q14 (quarter ending December 31) to $30 million from $24.8 million in 4Q13. We project an adjusted EBITDA loss of $(1.6) million versus $(3.2) million in 4Q13, generating adjusted EBITDA margins of (5.3)%, up from (13)%. In addition, we forecast a pro forma EPS loss of $(0.07) for the quarter.

## Exhibit 37. 2U Quarterly Income Statement (2013- 2016E)

| (Millions, except per-share data) | 1Q13 | 2Q13 | 3Q13 | 4Q13 | 2013 | 1Q14A | 2Q14A | 3Q14A | 4Q14 | 2014E | 1Q15 | 2Q15 | 3Q15 | 4Q15 | 2015E | 1Q16 | 2Q16 | 3Q16 | 4Q16 | 2016E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | $19.1 | $20.7 | $20.5 | $24.8 | $83.1 | $26.3 | $24.7 | $28.4 | $30.0 | $109.5 | $31.8 | $33.6 | $36.5 | $38.6 | $140.5 | $37.3 | $44.9 | $46.2 | $48.8 | $177.3 |
| Cost and expenses |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Servicing and support | 5.0 | 5.7 | 5.8 | 6.2 | 22.7 | 6.7 | 6.6 | 6.6 | 6.6 | 26.5 | 7.4 | 9.2 | 8.1 | 8.2 | 32.8 | 8.3 | 11.8 | 9.9 | 9.9 | 39.9 |
| Technology and content development | 3.2 | 4.6 | 5.1 | 6.5 | 19.5 | 5.7 | 5.8 | 5.7 | 7.8 | 25.0 | 6.7 | 7.6 | 7.0 | 9.6 | 30.8 | 7.5 | 9.7 | 8.4 | 11.7 | 37.3 |
| Program marketing and sales | 11.8 | 13.7 | 15.4 | 13.2 | 54.1 | 15.2 | 16.7 | 17.0 | 15.0 | 63.8 | 17.9 | 22.0 | 21.1 | 18.5 | 79.6 | 20.3 | 28.5 | 25.8 | 22.5 | 97.1 |
| General and administrative | 2.9 | 3.7 | 4.3 | 4.0 | 14.8 | 5.4 | 5.7 | 6.3 | 5.8 | 23.3 | 6.9 | 7.4 | 7.7 | 7.1 | 28.1 | 7.4 | 9.1 | 9.0 | 8.1 | 33.7 |
| Total operating expenses | 22.9 | 27.6 | 30.6 | 30.0 | 111.1 | 32.6 | 35.2 | 35.6 | 35.2 | 138.7 | 38.9 | 46.1 | 44.0 | 43.4 | 172.4 | 43.5 | 59.2 | 53.1 | 52.2 | 208.0 |
| Income/(loss) from operations | (3.8) | (6.9) | (10.1) | (5.2) | (28.0) | (6.3) | (10.5) | (7.2) | (5.2) | (29.2) | (7.1) | (12.6) | (7.4) | (4.8) | (31.9) | (6.2) | (14.3) | (6.8) | (3.4) | (30.7) |
| Other income/(expense), net: |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Interest (expense) | 0.0 | 0.0 | (0.0) | 0.0 | 0.0 | (0.8) | (0.1) | (0.2) | 0.0 | (1.1) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Interest income | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.1 | 0.0 | 0.1 | 0.2 | 0.2 | 0.2 | 0.1 | 0.8 | 0.3 | 0.2 | 0.1 | 0.1 | 0.7 |
| Total interest and other expense, net | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (0.8) | (0.1) | (0.1) | 0.0 | (1.0) | 0.2 | 0.2 | 0.2 | 0.1 | 0.8 | 0.3 | 0.2 | 0.1 | 0.1 | 0.7 |
| Income/(loss) before income taxes | (3.7) | (6.9) | (10.1) | (5.2) | (28.0) | (7.1) | (10.6) | (7.3) | (5.2) | (30.2) | (6.8) | (12.3) | (7.2) | (4.6) | (31.1) | (6.0) | (14.1) | (6.7) | (3.2) | (30.0) |
| Income tax expense | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Net income/(loss) | ($3.7) | ($6.9) | ($10.1) | ($5.2) | ($28.0) | ($7.1) | ($10.6) | ($7.3) | ($5.2) | ($30.2) | ($6.8) | ($12.3) | ($7.2) | ($4.6) | ($31.1) | ($6.0) | ($14.1) | ($6.7) | ($3.2) | ($30.0) |
| Preferred stock accretion | (0.1) | (0.0) | (0.0) | --- | (0.3) | (0.0) | --- | --- | --- | (0.1) |  |  |  |  |  |  |  |  |  |  |
| Net income/(loss) attributable to common shareholder | ($3.8) | ($9.0) | ($10.1) | ($5.2) | ($28.3) | ($7.1) | ($10.6) | ($7.3) | ($5.2) | ($30.3) | ($6.8) | ($12.3) | ($7.2) | ($4.6) | ($31.1) | ($6.0) | ($14.1) | ($6.7) | ($3.2) | ($30.0) |
| Earnings/(loss) per share (GAAP) | ($0.52) | ($1.21) | ($1.37) | ($0.70) | ($3.56) | ($0.25) | ($0.27) | ($0.18) | ($0.13) | ($0.80) | ($0.17) | ($0.30) | ($0.18) | ($0.11) | ($0.76) | ($0.15) | ($0.34) | ($0.16) | ($0.08) | ($0.73) |
| Adjusted net income/(loss) | ($3.3) | ($8.3) | ($9.5) | ($4.5) | ($25.7) | ($5.2) | ($8.5) | ($5.1) | ($2.9) | ($21.7) | ($3.8) | ($8.8) | ($3.7) | ($1.1) | ($17.6) | ($1.9) | ($9.3) | ($1.9) | $1.5 | ($11.5) |
| Pro forma earnings/(loss) per share | N.A. | N.A. | N.A. | N.A. | N.A. | ($0.20) | ($0.22) | ($0.13) | ($0.07) | ($0.57) | ($0.09) | ($0.22) | ($0.09) | ($0.03) | ($0.43) | ($0.05) | ($0.23) | ($0.05) | $0.04 | ($0.28) |
| Diluted shares outstanding | 7.4 | 7.4 | 7.4 | 7.4 | 30.4 | 31.2 | 39.3 | 40.3 | 40.4 | 37.8 | 40.5 | 40.6 | 40.7 | 40.8 | 40.7 | 40.9 | 41.0 | 41.1 | 41.2 | 41.1 |
| Adjusted EBITDA | ($2.4) | ($7.3) | ($8.4) | ($3.2) | ($21.2) | ($5.2) | ($8.7) | ($5.1) | ($3.4) | ($1.6) | ($8.2) | ($7.7) | ($2.6) | $0.1 | ($13.0) | ($0.9) | ($8.2) | ($0.7) | $2.8 | ($6.9) |
| Margin/% of Revenues: |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Servicing and support | 26.2% | 30.3% | 28.5% | 25.0% | 27.3% | 23.7% | 28.3% | 23.2% | 22.1% | 24.2% | 23.2% | 27.3% | 22.2% | 21.1% | 23.4% | 22.3% | 26.4% | 21.3% | 20.2% | 22.5% |
| Gross margin | 73.8% | 69.7% | 71.5% | 75.0% | 72.7% | 76.3% | 71.7% | 76.8% | 77.9% | 75.8% | 76.8% | 72.7% | 77.8% | 78.9% | 76.6% | 77.7% | 73.6% | 78.7% | 79.8% | 77.5% |
| Technology and content development | 16.9% | 24.6% | 24.9% | 26.3% | 23.4% | 21.5% | 23.5% | 20.2% | 25.8% | 22.8% | 21.0% | 22.5% | 19.2% | 24.8% | 21.9% | 20.1% | 21.6% | 18.3% | 23.9% | 21.1% |
| Program marketing and sales | 61.5% | 73.3% | 75.2% | 53.3% | 65.1% | 57.9% | 67.5% | 59.7% | 50.0% | 58.4% | 56.4% | 65.5% | 57.7% | 48.0% | 56.6% | 54.4% | 63.5% | 55.7% | 46.0% | 54.7% |
| General and administrative | 15.0% | 19.5% | 20.8% | 16.3% | 17.9% | 20.6% | 23.1% | 22.2% | 19.4% | 21.3% | 21.6% | 22.1% | 21.2% | 18.4% | 20.7% | 19.9% | 20.3% | 19.4% | 16.7% | 19.0% |
| Adjusted EBITDA margin | -12.5% | -38.9% | -40.8% | -13.0% | -25.6% | -14.4% | -28.6% | -11.8% | -5.3% | -14.4% | -8.8% | -23.0% | -7.0% | 0.3% | -9.2% | -2.3% | -18.2% | -1.5% | 5.8% | -3.9% |
| Operating margin | -19.7% | -47.7% | -49.5% | -21.0% | -33.7% | -23.8% | -42.4% | -25.3% | -17.4% | -26.6% | -22.3% | -37.4% | -20.3% | -12.4% | -22.7% | -16.7% | -31.9% | -14.8% | -6.7% | -17.3% |
| Pretax margin | -19.6% | -47.6% | -49.4% | -20.9% | -33.6% | -26.8% | -42.8% | -25.8% | -17.4% | -27.6% | -21.5% | -36.7% | -19.8% | -12.0% | -22.1% | -16.1% | -31.3% | -14.5% | -6.7% | -16.9% |
| Income tax rate | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Net margin | -19.6% | -47.6% | -49.4% | -20.9% | -33.6% | -26.8% | -42.8% | -25.8% | -17.3% | -27.6% | -21.5% | -36.7% | -19.8% | -12.0% | -22.1% | -16.1% | -31.3% | -14.5% | -6.7% | -16.9% |
| Percentage Change: |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Revenues | 46.0% | 39.8% | 57.9% | 51.1% | 48.8% | 37.6% | 32.4% | 38.6% | 21.0% | 31.7% | 20.6% | 35.7% | 28.7% | 28.7% | 28.3% | 17.4% | 33.7% | 26.5% | 26.5% | 26.2% |
| Servicing and support | 60.9% | 49.7% | 61.5% | 40.6% | 52.2% | 24.5% | 23.8% | 12.9% | 7.1% | 16.6% | 18.1% | 30.9% | 23.1% | 22.9% | 23.5% | 12.8% | 29.3% | 21.4% | 21.1% | 21.6% |
| Gross profit | 41.3% | 35.9% | 56.5% | 54.9% | 47.5% | 42.3% | 42.3% | 36.1% | 48.8% | 25.6% | 37.4% | 21.4% | 37.6% | 30.3% | 30.3% | 29.7% | 18.7% | 35.3% | 28.0% | 28.0% | 27.6% |
| Technology and content development | 76.4% | 153.6% | 145.9% | 153.6% | 134.6% | 75.4% | 26.6% | 12.0% | 18.7% | 28.2% | 17.9% | 29.9% | 22.3% | 23.7% | 23.5% | 12.0% | 28.3% | 20.6% | 21.9% | 21.1% |
| Program marketing and sales | 14.3% | 20.4% | 20.2% | 21.4% | 19.2% | 29.5% | 22.0% | 10.1% | 13.5% | 18.2% | 17.5% | 31.7% | 24.4% | 23.5% | 24.4% | 13.2% | 29.6% | 22.2% | 21.3% | 22.0% |
| General and administrative | 21.7% | 57.6% | 93.6% | 16.9% | 43.5% | 89.3% | 56.2% | 47.6% | 44.0% | 56.8% | 26.5% | 29.8% | 22.9% | 22.0% | 25.2% | 7.9% | 23.1% | 16.1% | 14.1% | 15.5% |
| Adjusted EBITDA | -46.8% | 22.9% | 8.0% | 389.7% | 12.9% | 58.0% | -2.4% | -59.8% | -50.7% | 25.6% | 26.1% | -8.8% | 23.5% | 106.4% | 18.0% | 60.1% | -6.0% | 73.3% | -2679.6% | 46.9% |
| Operating income | 16.5% | -50.8% | -31.0% | 5.6% | -21.4% | -66.7% | -17.8% | 29.1% | 0.5% | -4.2% | -13.0% | -19.7% | -3.3% | 8.3% | -9.2% | -11.9% | -13.8% | 8.0% | -30.1% | 3.6% |
| Pretax margin | 16.8% | -50.4% | -30.5% | 5.1% | -20.9% | 88.2% | 19.1% | -27.6% | 0.3% | 8.0% | -3.0% | -16.3% | 1.2% | -10.7% | -2.9% | 12.5% | -14.1% | 7.7% | -30.0% | 3.4% |
| Net income | -16.8% | 50.4% | 30.5% | 5.1% | 20.9% | 88.2% | 19.1% | -27.6% | 0.3% | 8.0% | -3.0% | -16.3% | 1.2% | 10.7% | -2.9% | 12.5% | -14.1% | 7.7% | 30.0% | 3.4% |
| EPS (GAAP) | N.A. | N.A. | N.A. | N.A. | N.A. | N.A. | N.A. | N.A. | N.A. | 14.0% | 26.2% | -12.6% | 2.3% | 11.5% | 4.6% | 13.3% | -12.9% | 8.6% | 30.7% | 4.4% |
| EPS (pro forma) | N.A. | N.A. | N.A. | N.A. | N.A. | N.A. | N.A. | N.A. | N.A. | 32.2% | 52.6% | 0.0% | 27.2% | 60.9% | 24.8% | 51.4% | -4.1% | 49.6% | 232.9% | 35.0% |
| Operating metrics: |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Full course equivalent enrollments | 7,650 | 6,950 | 7,673 | 9,065 | 31,338 | 9,809 | 9,331 | 10,389 | 10,914 | 40,443 | 11,776 | 12,602 | 13,304 | 13,978 | 51,657 | 15,136 | 16,515 | 16,504 | 17,338 | 63,905 |
| % annual change | 37.1% | 25.8% | 50.5% | 43.2% | 39.1% | 28.2% | 34.3% | 35.4% | 20.4% | 29.1% | 20.1% | 35.1% | 28.1% | 28.1% | 27.7% | 15.1% | 31.1% | 24.1% | 24.1% | 23.7% |
| Revenues per full course equivalent enrollments | $2,501 | $2,689 | $2,672 | $2,736 | $2,653 | $2,685 | $2,652 | $2,734 | $2,749 | $2,707 | $2,698 | $2,664 | $2,747 | $2,762 | $2,720 | $2,752 | $2,718 | $2,802 | $2,818 | $2,774 |
| % annual change | 6.5% | 11.1% | 4.9% | 5.5% | 7.0% | 7.3% | -1.4% | 2.3% | 0.5% | 2.1% | 0.5% | 0.5% | 0.5% | 0.5% | 0.5% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% |

Source: Company reports and BMO Capital Markets.

AR-C-1693

**BMO** Capital Markets

## Balance Sheet and Cash Flow Statement

Exhibits 38 and 39 present our annual balance sheet and cash flow projections through 2019. The company raised just over $100 million as part of its March 2014 IPO. It currently has no debt but has a $37 million available line of credit.

### Exhibit 38. 2U Condensed Annual Balance Sheet (12/31/12–12/31/19E)

| (Millions, except per-share data) | 12/31/12 | 12/31/13 | 12/31/14E | 12/31/15E | 12/31/16E | 12/31/17E | 12/31/18E | 12/31/19E |
|---|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | | |
| Current assets: | | | | | | | | |
| Cash & cash equivalents | $25.2 | $7.0 | $82.0 | $56.1 | $35.2 | $24.6 | $26.8 | $39.0 |
| Accounts receivables, net | 0.2 | 1.8 | 2.2 | 2.8 | 3.6 | 4.4 | 5.4 | 6.5 |
| Other current assets: | 1.3 | 2.3 | 2.1 | 2.6 | 3.1 | 3.6 | 4.2 | 4.7 |
| Total current assets | 26.8 | 11.2 | 86.3 | 61.5 | 41.9 | 32.6 | 36.4 | 50.2 |
| Property and equipment, net | 4.9 | 5.2 | 5.5 | 6.2 | 6.9 | 7.5 | 8.0 | 8.4 |
| Capitalized content development costs | 6.6 | 8.9 | 13.8 | 20.0 | 26.7 | 34.2 | 42.6 | 51.8 |
| Related party receivables | 0.3 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Advance to clients, noncurrent | 0.5 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Other non-current assets | 0.9 | 3.3 | 4.0 | 5.2 | 6.6 | 8.1 | 9.8 | 11.8 |
| **Total assets** | **$39.9** | **$28.7** | **$109.6** | **$92.9** | **$82.0** | **$82.5** | **$96.9** | **$122.2** |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | | | | | | | |
| Current liabilities: | | | | | | | | |
| Accounts payable | $3.0 | $5.1 | $6.0 | $9.6 | $14.4 | $21.2 | $29.3 | $36.6 |
| Accrued expenses and other current liabilities | 6.0 | 12.0 | 14.1 | 22.6 | 34.0 | 50.1 | 69.1 | 86.6 |
| Deferred revenue | 0.7 | 1.3 | 1.5 | 2.6 | 4.1 | 6.3 | 9.1 | 12.1 |
| Refunds payable | 1.2 | 1.8 | 2.5 | 3.3 | 4.1 | 5.1 | 6.2 | 7.4 |
| Line of credit | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Total current liabilities | 11.0 | 20.2 | 24.2 | 38.0 | 56.6 | 82.6 | 113.7 | 142.7 |
| Rebate reserve | 0.0 | 1.6 | 0.7 | 0.9 | 1.1 | 1.4 | 1.7 | 2.0 |
| Debt obligations, noncurrent | 1.9 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Other non-current liabilities | 0.6 | 0.8 | 1.0 | 1.3 | 1.7 | 2.1 | 2.5 | 3.0 |
| Total liabilities | 13.5 | 22.6 | 25.9 | 40.2 | 59.3 | 86.0 | 117.9 | 147.7 |
| Stockholders' equity | 26.4 | 6.0 | 83.7 | 52.7 | 22.7 | (3.6) | (21.0) | (25.5) |
| **Total Liabilities and Stockholders' Equity** | **$39.9** | **$28.7** | **$109.6** | **$92.9** | **$82.0** | **$82.5** | **$96.9** | **$122.2** |
| Days' Sales Outstanding | 1.4 | 6.8 | 6.7 | 6.7 | 6.7 | 6.7 | 6.7 | 6.7 |
| Net Cash / (Debt) | $23.3 | $7.0 | $82.0 | $56.1 | $35.2 | $24.6 | $26.8 | $39.0 |
| Book Value Per Share | N.A. | $0.81 | $2.07 | $1.29 | $0.55 | ($0.09) | ($0.50) | ($0.60) |
| Net Cash/ (Debt) Per Share | N.A. | $0.95 | $2.03 | $1.38 | $0.85 | $0.59 | $0.64 | $0.92 |

Source: BMO Capital Markets estimates and corporate reports.

**BMO Capital Markets**                                                                                          **2U**

---

## Exhibit 39. 2U Condensed Annual Cash Flow Statement (2011–2019E)

| | **2011** | **2012** | **2013** | **2014** | **2015** | **2016** | **2017** | **2018** | **2019** |
|---|---|---|---|---|---|---|---|---|---|
| **Cash flows from operating activities** | | | | | | | | | |
| Net income/(loss) | ($24.9) | ($23.1) | ($28.0) | ($30.2) | ($31.1) | ($30.0) | ($26.3) | ($17.4) | ($4.5) |
| Depreciation and amortization expense | 1.6 | 2.9 | 4.3 | 5.6 | 5.4 | 5.4 | 5.2 | 5.1 | 5.3 |
| Stock based compensation expense | 0.8 | 1.4 | 2.4 | 7.8 | 13.5 | 18.5 | 23.9 | 25.1 | 26.3 |
| Interest expense incurred in connnection with convertible debt | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Amortization of deferred financing costs | 0.0 | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Change in fair value of Series D warrants | 0.0 | (0.0) | (0.0) | 0.7 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Provision for bad debts | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Other non-operating and non-cash items | 0.0 | 0.0 | 0.8 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Changes in operating assets and liabilities | 3.9 | (1.4) | 4.7 | 0.4 | (1.4) | (2.0) | (0.1) | 3.5 | (0.1) |
| **Net cash (used in)/provided by operating activities** | **(18.6)** | **(20.2)** | **(15.7)** | **(15.7)** | **(13.6)** | **(8.1)** | **2.7** | **16.3** | **27.0** |
| **Cash flows from investing activities** | | | | | | | | | |
| Expenditures of property, equipment and internally developed so | (2.5) | (2.3) | (2.4) | (2.8) | (3.2) | (3.6) | (4.0) | (4.4) | (4.7) |
| Capitalized content cost expenditures | (3.7) | (2.6) | (5.2) | (8.0) | (9.1) | (9.2) | (9.4) | (9.7) | (10.2) |
| Other investing activities | (0.1) | (0.4) | (0.1) | (0.0) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Net cash (used in)/provided by investing activities** | **(6.3)** | **(5.2)** | **(7.6)** | **(10.8)** | **(12.3)** | **(12.8)** | **(13.4)** | **(14.1)** | **(14.9)** |
| **Free cash flow** | **(24.8)** | **(25.0)** | **(23.3)** | **(26.5)** | **(25.9)** | **(20.9)** | **(10.6)** | **2.2** | **12.1** |
| **Cash flows from financing activities** | | | | | | | | | |
| Proceeds from/(payments for) debt | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Proceeds from/(payments for) equity | 32.3 | 26.6 | 5.1 | 101.5 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Net cash (used in)/provided by financing activities** | **32.3** | **26.6** | **5.1** | **101.5** | **0.0** | **0.0** | **0.0** | **0.0** | **0.0** |
| **Net change in cash and cash equivalents** | **7.4** | **1.2** | **(18.2)** | **75.0** | **(25.9)** | **(20.9)** | **(10.6)** | **2.2** | **12.1** |
| Cash and Cash Equivalents, Beginning of Period | 16.6 | 24.0 | 25.2 | 7.0 | 82.0 | 56.1 | 35.2 | 24.6 | 26.8 |
| Cash and Cash Equivalents, End of Period | **$24.0** | **$25.2** | **$7.0** | **$82.0** | **$56.1** | **$35.2** | **$24.6** | **$26.8** | **$39.0** |

Source: BMO Capital Markets estimates and corporate reports.

## Valuation

Our $22 12-month target price is based on an average of two methodologies: forward-looking enterprise value (EV)/revenues and discounted cash flow. While the company has no true publicly held peers, we have provided the metrics for a comparable group of companies that operate in a SAAS model with a specific industry vertical (see Exhibit 40).

**BMO** Capital Markets

AR-C-1695

**BMO Capital Markets**                                                                2U

## Exhibit 40. Operational and Financial Metrics: TWOU vs. Peer Group

| | athenahealth ATHN | Benefitfocus BNFT | Cvent CVT | Channel Advisor ECOM Market | Fleetmatcis Group FLTX | Marin Software MRIN | Medidata Solutions MDSO | Real Page RP | Textura TXTR | Veeva Systems VEEV | GROUP MEDIAN | 2U TWOU |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Rating** | N.A. | N.A. | N.A. | Perform | N.A. | N.A. | N.A. | N.A. | N.A. | N.A. | | Outperform |
| **Target Price** | N.R. | N.R. | N.R. | $19 | N.R. | N.R. | N.R. | N.R. | N.R. | N.R. | | $22 |
| **Operating Performance** | | | | | | | | | | | | |
| FY End | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 9 | 1 | | 12 |
| LTM Qtr. End | 09/14 | 09/14 | 09/14 | 09/14 | 09/14 | 09/14 | 09/14 | 09/14 | 09/14 | 07/14 | | 12/14E |
| Revenue ($MM) | $711.0 | $127.5 | $133.6 | $81.6 | $161.2 | $94.2 | $320.4 | $395.6 | $57.1 | $260.2 | | $109.5 |
| Gross Profit ($MM) | 362.3 | 44.4 | 93.5 | 58.3 | 120.5 | 59.4 | 238.9 | 213.9 | 45.1 | 160.3 | | 83.0 |
| EBITDA ($MM) | 92.8 | (44.8) | 12.4 | (30.3) | 38.6 | (25.9) | 20.8 | 31.2 | (21.2) | 53.8 | | (15.8) |
| EBIT ($MM) | 5.3 | (54.7) | 3.2 | (35.8) | 22.2 | (34.1) | 11.0 | (8.2) | (30.2) | 50.3 | | (29.2) |
| Pretax Income ($MM) | 0.2 | (57.8) | 3.2 | (36.4) | 21.2 | (34.4) | (4.2) | (9.9) | (28.4) | 50.3 | | (30.2) |
| Net Income ($MM) | 1.3 | (57.8) | 9.3 | (36.6) | 23.2 | (32.4) | 1.2 | (8.2) | (27.4) | 29.2 | | (30.2) |
| Free Cash Flow ($MM) | 73.3 | (24.1) | 2.9 | (28.2) | 6.5 | (26.8) | 34.8 | 27.8 | (7.3) | 30.2 | | (26.5) |
| Gross Margins (in %) | 51.0% | 34.8% | 70.0% | 71.4% | 74.8% | 63.0% | 74.6% | 54.1% | 79.0% | 61.6% | 66.5% | 75.8% |
| EBITDA (in %) | 13.1% | -35.2% | 9.3% | -37.2% | 24.0% | -27.5% | 6.5% | 7.9% | -37.2% | 20.7% | 7.2% | -14.4% |
| EBIT (in %) | 0.7% | -42.9% | 2.4% | -43.9% | 13.8% | -36.3% | 3.4% | -2.1% | -52.9% | 19.3% | -0.7% | -26.6% |
| Pretax Income (in %) | 0.0% | -45.3% | 2.4% | -44.6% | 13.1% | -36.5% | -1.3% | -2.5% | -49.7% | 19.3% | -1.9% | -27.6% |
| Net Income (in %) | 0.2% | -45.3% | 2.4% | -44.9% | 14.4% | -34.4% | 0.4% | -2.1% | -47.9% | 11.2% | -0.9% | -27.6% |
| Free Cash Flow Yield (in %) | 10.3% | -18.9% | 2.1% | -34.6% | 4.1% | -28.4% | 10.9% | 7.0% | -12.8% | 11.6% | 3.1% | -24.2% |
| ROIC: LTM | 0.2% | -65.7% | 1.9% | -36.0% | 12.4% | -27.1% | 0.3% | -2.4% | -19.8% | 14.3% | -1.1% | -58.7% |
| | | | | | | | | | | | | |
| **Valuation Metrics** | | | | | | | | | | | | |
| FY End | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 9 | 1 | | 12 |
| LTM Qtr. End | 09/14 | 09/14 | 09/14 | 09/14 | 09/14 | 09/14 | 09/14 | 09/14 | 09/14 | 07/14 | | 12/14E |
| Price (11/28/14) | $117.30 | $27.09 | $26.92 | $17.60 | $35.19 | $8.62 | $42.71 | $20.56 | $23.96 | $32.85 | | $18.08 |
| Shares Outstanding (MM) | 38.1 | 25.6 | 41.3 | 24.9 | 37.7 | 35.0 | 54.3 | 78.7 | 25.5 | 52.0 | | 40.5 |
| Market Cap ($MM) | $4,468.5 | $692.3 | $1,112.5 | $438.1 | $1,328.3 | $301.5 | $2,317.1 | $1,618.7 | $610.2 | $1,707.6 | | $733.0 |
| Net Debt/(Cash) ($MM) | 107.6 | (18.9) | (183.1) | (80.1) | (108.7) | (71.8) | (20.1) | (73.1) | (65.3) | (350.2) | | (82.0) |
| Enterprise Value ($MM) | $4,576.1 | $673.4 | $929.4 | $358.0 | $1,219.6 | $229.6 | $2,297.0 | $1,545.5 | $545.0 | $1,357.4 | | $651.0 |
| **CY Revenue ($ millions):** | | | | | | | | | | | | |
| 2013A | $595.0 | $128.6 | $111.1 | $68.0 | $177.4 | $77.3 | $276.8 | $377.0 | N.A. | $210.2 | | $83.1 |
| 2014E | 750.3 | 133.7 | 139.7 | 85.7 | 230.1 | 96.1 | 340.2 | 402.7 | $63.0 | 297.0 | | 109.5 |
| 2015E | 925.6 | 171.4 | 176.8 | 111.5 | 288.0 | 117.2 | 410.3 | 444.1 | 89.3 | 392.5 | | 140.5 |
| Two-Year CAGR | 24.7% | 15.5% | 26.1% | 28.1% | 27.4% | 23.1% | 21.7% | 8.5% | N.A. | 36.7% | 24.7% | 30.0% |
| **EV/sales** | | | | | | | | | | | | |
| 2013A | 7.7x | 5.2x | 8.4x | 5.3x | 6.9x | 3.0x | 8.3x | 4.1x | N.A. | 6.5x | 6.5x | 7.8x |
| 2014E | 6.1 | 5.0 | 6.7 | 4.2 | 5.3 | 2.4 | 6.8 | 3.8 | 8.6x | 4.6 | 5.2 | 5.9 |
| 2015E | 4.9 | 3.9 | 5.3 | 3.2 | 4.2 | 2.0 | 5.6 | 3.5 | 6.1 | 3.5 | 4.1 | 4.6 |
| **CY EPS:** | | | | | | | | | | | | |
| 2013A | $0.02 | N/A | N/A | N/A | $0.75 | ($1.21) | $0.59 | $0.59 | N/A | N/A | | N/A |
| 2014E | 1.04 | ($2.57) | $0.00 | ($1.05) | 0.84 | (0.97) | 0.77 | 0.40 | N/A | N/A | | ($0.66) |
| 2015E | 1.27 | (2.20) | 0.12 | (0.82) | 1.28 | (0.57) | 0.92 | 0.47 | $0.20 | $0.41 | | (0.51) |
| Two-Year CAGR | 743.5% | N.A. | N.A. | N.A. | 30.8% | -31.8% | 24.2% | -11.1% | N.A. | N.A. | 24.2% | N.A. |
| **P/E:** | | | | | | | | | | | | |
| 2013A | 6571.4x | N.A. | N.A. | N.A. | 47.0x | N.M. | 72.0x | 34.6x | N.A. | N.A. | 59.5x | N.A. |
| 2014E | 113.0 | N.M. | N.M. | N.M. | 41.7 | N.M. | 55.5 | 51.9 | N.M. | N.A. | 53.7 | N.M. |
| 2015E | 92.4 | N.M. | 224.3x | N.M. | 27.5 | N.M. | 46.7 | 43.7 | 118.6x | 80.1x | 80.1 | N.M. |
| EV/EBITDA (LTM) | 49.3 | N.M. | 75.1 | N.M. | 31.6 | N.M. | 110.2 | 49.5 | N.M. | 25.2 | 49.4 | N.M. |
| EV/EBIT (LTM) | 871.1 | N.M. | 289.7 | N.M. | 54.9 | N.M. | 208.5 | N.M. | N.M. | 27.0 | 208.5 | N.M. |
| EV/Free Cash Flow (LTM) | 62.5 | N.M. | 325.4 | N.M. | 186.7 | N.M. | 66.0 | 55.7 | N.M. | 45.0 | 64.2 | N.M. |

N.A. – Not Available. N.M. – Not Meaningful. Source: Thomson Reuters and BMO Capital Markets.

**Forward-looking EV/revenues approach.** As of November 28, 2014, TWOU was valued at 5.9x EV/TTM revenues of nearly $110 million (estimated through December 31, 2014) versus 5.2x for its peer group. We conservatively assume that 12 months hence, TWOU will trade at its same multiple using TTM revenues through December 31, 2015 (which we project will be roughly $141 million). This methodology yields a 12-month price of about $23. We note that the stock's premium narrows when using 2015E revenue (4.6x versus 4.1x), given TWOU's expected faster growth rate.

**Discounted cash flow approach.** Our second valuation methodology applies a 10-year discounted cash flow (DCF) approach with the following assumptions:

- Free cash flow (cash flow from operations less capital expenditures) will grow at a slower annual rate after 2016 before normalizing at 10% thereafter;

**BMO** Capital Markets

- Discount rate of 20%; and

- A multiple of 5x for terminal value.

Based on these assumptions, we calculate TWOU is currently worth roughly $20 per share and our 12-month future fair-value estimate is about $22 (using one less discounting period).

In sum, we believe TWOU will be worth roughly $22 per share over the next 12 months, the average of these methodologies (see Exhibit 41).

**Exhibit 41. Summary of Valuation Methodologies**

| Methodology: | Est. TWOU Stock Price |
|---|---|
| Forward - looking EV/revenue multiple | $23 |
| Discounted cash flow | $22 |
| **Average** | **$22** |

Source: BMO Capital Markets estimates.


# Risks

- **Client concentration.** Given the small number of programs it provides, any material underperformance from a single program (limited student enrollments, decline in program rankings, reputation impairment) could drive a disproportionate effect on overall business. The negative impact on 2U's reputation could also impair the company's growth strategy. We note that in 3Q14, 56% of the company's revenues were derived from its two initial programs with USC and 15% from its program with the Georgetown University School of Nursing.

- **Student acquisition and retention.** Growth is dependent on the ability of the company to acquire qualified students for its clients' programs. Several risk factors to enrollment growth outside management's control include: 1) negative perception of online learning; 2) ineffective program marketing; 3) lack of interest in the degree program; 4) client admission standards; and 5) inability to secure student funding. To generate ongoing revenue, 2U's clients must retain enrolled students over the lifetime of the program. Without ongoing support to students (including educational, technological, and logistical support), these students could withdraw from the program. Risks to retention include: 1) reduced support from clients; 2) lack of support from faculty members; and 3) student dissatisfaction.

- **Limited market.** The nature of its contracts and client relationships could reduce the company's overall revenue potential. 2U markets its degree programs to a limited number of selective nonprofit colleges and universities. These agreements generally contain limitations for the company to contract with other institutions that offer the same degree program. The need to maintain positive client relations may make it less likely for management to approach institutions even when it can do so. The long-term nature of client contracts and relationships also prevents "switching" to more profitable competitive programs.

- **Negative perceptions of online learning.** Underperformance of online graduate degree programs (from 2U's clients, other competitors, or new entrants) could create the perception

AR-C-1697

that online programs are an ineffective way to educate students. Students may be reluctant to enroll for potential fears such as: 1) substandard learning experience; 2) averse employer hiring attitudes; and 3) limited recognition from organizations that grant professional licenses/certifications. In addition, negative perceptions of online for-profit postsecondary institutions may cause all online learning programs to be viewed unfavorably by the public and policy makers.

- **High startup costs.** Management spends substantial resources on new program sales efforts, and the sales cycle for a new degree program spans one year or longer. The process of identifying good fit graduate degrees and negotiating contracts with potential clients is complex and time consuming. To launch a new program, significant resources are needed (e.g., system integration, content development, marketing, student services). Management estimates it takes four to five years after an engagement to recoup its investment costs. Unexpected events could prevent these investments from being profitable.

- **Competition.** Several of 2U's direct and potential competitors may have significantly greater resources. They may develop more compelling service offerings to potential clients, establish cooperative relationships with third parties to expand, or use aggressive pricing. Increased competition could lead a number of factors that would negatively affect revenue growth: pricing pressure; longer and more complex sales cycles; and a decrease in market share among its potential client base.

- **Regulatory issues.** 2U's business model and share of tuition revenue as payment has been validated by the Department of Education's (ED) "dear colleague" letter to allow bundled services (not in violation of the incentive compensation rule). As this is not codified by statute or regulation, there is risk it could be altered or removed with little notice. The legal weight of the letter is also uncertain in litigation in court. Any revision or change by Congress, the ED, or court would require a change in business model. Other potential issues could arise from violations of the misrepresentation rule and The Family Education Rights and Privacy Act (FERPA) related to regulation around marketing activities and student information disclosure, respectively. In addition, the company's clients are bound by other regulations within the Higher Education Act, which tend to be onerous.

## The Bear Case

We envision several potentially bearish cases: 1) the company loses one of its major clients or programs; 2) 2U's competitors gain share at the expense of the company's growth; or 3) online learning growth slows due to negative perceptions and lack of adoption.

**Other companies mentioned in this report (priced as of the close on November 28, 2014):**

Apollo Education Group (APOL, $31.22, Outperform)
athenahealth (ATHN, $117.30, Not Rated)
Benefitfocus (BNFT, $27.09, Not Rated)
Cvent (CVT, $26.92, Not Rated)
ChannelAdvisor (ECOM, $17.60, Market Perform; covered by Edward Williams)
Fleetmatcis Group (FLTX, $35.19, Not Rated)
John Wiley & Sons (JW'A, $59.72; Not Rated)
Marin Software (MRIN, $8.62 Not Rated)
Medidata Solutions (MDSO, $42.71 Not Rated)
Pearson PLC (PSO, $19.31 Not Rated)
Real Page (RP, $20.56, Not Rated)
Textura (TXTR, $23.96, Not Rated)
Veeva Systems (VEEV, $32.85, Not Rated)

**BMO Capital Markets**                                                                                   **2U**

## 2U (TWOU)



| FYE (Dec.) | EPS US$ | P/E Hi - Lo | DPS US$ | Yield% Hi - Lo | Payout % | BV US$ | P/B Hi - Lo | ROE % | |
|---|---|---|---|---|---|---|---|---|---|
| Range* | | na    na | | NC | | | >15   >15 | | TWOU - Rating as of 24-Nov-14 = NR |
| Current* | ND | na | 0.00 | 0.0 | na | 2.2 | 8.2 | na | |

\* Current EPS is the 4 Quarter Trailing to Q3/2014.
\* Valuation metrics are based on high and low for the fiscal year.
\* Range indicates the valuation range for the period presented above.

Last Price ( November 28, 2014): $ND
Sources: IHS Global Insight, Thomson Reuters, BMO Capital Markets.

**BMO** Capital Markets

AR-C-1700

**BMO Capital Markets**                                                                                                    **2U**

## IMPORTANT DISCLOSURES

**Analyst's Certification**
I, Jeffrey M. Silber, hereby certify that the views expressed in this report accurately reflect my personal views about the subject securities or issuers.  I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this report.

Analysts who prepared this report are compensated based upon (among other factors) the overall profitability of BMO Capital Markets and their affiliates, which includes the overall profitability of investment banking services.  Compensation for research is based on effectiveness in generating new ideas and in communication of ideas to clients, performance of recommendations, accuracy of earnings estimates, and service to clients.

Analysts employed by BMO Nesbitt Burns Inc. and/or BMO Capital Markets Limited are not registered as research analysts with FINRA (exception: Alex Arfaei). These analysts may not be associated persons of BMO Capital Markets Corp. and therefore may not be subject to the NASD Rule 2711 and NYSE Rule 472 restrictions on communications with a subject company, public appearances and trading securities held by a research analyst account.
**Company Specific Disclosure**
18 - A redacted draft of this report was previously shown to the issuer (for fact checking purposes) and changes were made to the report before publication.

**Methodology and Risks to Price Target/Valuation**
**Methodology**: EV/Rev, DCF
**Risks**: Client concentration, high start-up costs, negative perceptions of online learning

**Distribution of Ratings (September 30, 2014)**

| Rating Category | BMO Rating | BMOCM US Universe* | BMOCM US IB Clients** | BMOCM US IB Clients*** | BMOCM Universe**** | BMOCM IB Clients***** | Starmine Universe |
|---|---|---|---|---|---|---|---|
| Buy | Outperform | 44.3% | 18.0% | 60.3% | 43.9% | 56.5% | 56.0% |
| Hold | Market Perform | 52.5% | 9.7% | 38.5% | 51.6% | 42.1% | 39.1% |
| Sell | Underperform | 3.2% | 5.3% | 1.3% | 4.5% | 1.4% | 4.9% |

\*      Reflects rating distribution of all companies covered by BMO Capital Markets Corp. equity research analysts.
\*\*     Reflects rating distribution of all companies from which BMO Capital Markets Corp. has received compensation for Investment Banking services as percentage within ratings category.
\*\*\*    Reflects rating distribution of all companies from which BMO Capital Markets Corp. has received compensation for Investment Banking services as percentage of Investment Banking clients.
\*\*\*\*   Reflects rating distribution of all companies covered by BMO Capital Markets equity research analysts.
\*\*\*\*\*  Reflects rating distribution of all companies from which BMO Capital Markets has received compensation for Investment Banking services as percentage of Investment Banking clients.

**Rating and Sector Key (as of April 5, 2013):**
We use the following ratings system definitions:
OP = Outperform - Forecast to outperform the analyst's coverage universe on a total return basis
Mkt = Market Perform - Forecast to perform roughly in line with the analyst's coverage universe on a total return basis
Und = Underperform - Forecast to underperform the analyst's coverage universe on a total return basis
(S) = speculative investment;
NR = No rating at this time;
R = Restricted – Dissemination of research is currently restricted.

BMO Capital Markets' seven Top 15 lists guide investors to our best ideas according to different objectives (CDN Large Cap, CDN Small Cap, US Large Cap, US Small cap, Income, CDN Quant, and US Quant have replaced the Top Pick rating).

**Prior BMO Capital Markets Ratings System (January 4, 2010–April 4, 2013):**
http://researchglobal.bmocapitalmarkets.com/documents/2013/prior_rating_system.pdf

**Other Important Disclosures**
For    Other    Important    Disclosures    on    the    stocks    discussed    in    this    report,    please    go    to
http://researchglobal.bmocapitalmarkets.com/Public/Company_Disclosure_Public.aspx or write to Editorial Department, BMO Capital Markets, 3 Times Square, New York, NY  10036 or Editorial Department, BMO Capital Markets, 1 First Canadian Place, Toronto, Ontario, M5X 1H3.

BMO Capital Markets

**BMO Capital Markets**                                                                                                **2U**

**Dissemination of Research**
BMO     Capital     Markets     Equity     Research     is     available     via     our     website     https://research-ca.bmocapitalmarkets.com/Public/Secure/Login.aspx?ReturnUrl=/Member/Home/ResearchHome.aspx. Institutional clients may also receive our research via Thomson Reuters, Bloomberg, FactSet, and Capital IQ. Research reports and other commentary are required to be simultaneously disseminated internally and externally to our clients.

**General Disclaimer**
BMO Capital Markets" is a trade name used by the BMO Investment Banking Group, which includes the wholesale arm of Bank of Montreal and its subsidiaries BMO Nesbitt Burns Inc., BMO Capital Markets Limited in the U.K. and BMO Capital Markets Corp. in the U.S. BMO Nesbitt Burns Inc., BMO Capital Markets Limited and BMO Capital Markets Corp are affiliates. Bank of Montreal or its subsidiaries ("BMO Financial Group") has lending arrangements with, or provide other remunerated services to, many issuers covered by BMO Capital Markets. The opinions, estimates and projections contained in this report are those of BMO Capital Markets as of the date of this report and are subject to change without notice. BMO Capital Markets endeavours to ensure that the contents have been compiled or derived from sources that we believe are reliable and contain information and opinions that are accurate and complete. However, BMO Capital Markets makes no representation or warranty, express or implied, in respect thereof, takes no responsibility for any errors and omissions contained herein and accepts no liability whatsoever for any loss arising from any use of, or reliance on, this report or its contents. Information may be available to BMO Capital Markets or its affiliates that is not reflected in this report. The information in this report is not intended to be used as the primary basis of investment decisions, and because of individual client objectives, should not be construed as advice designed to meet the particular investment needs of any investor. This material is for information purposes only and is not an offer to sell or the solicitation of an offer to buy any security. BMO Capital Markets or its affiliates will buy from or sell to customers the securities of issuers mentioned in this report on a principal basis. BMO Capital Markets or its affiliates, officers, directors or employees have a long or short position in many of the securities discussed herein, related securities or in options, futures or other derivative instruments based thereon. The reader should assume that BMO Capital Markets or its affiliates may have a conflict of interest and should not rely solely on this report in evaluating whether or not to buy or sell securities of issuers discussed herein.

**Additional Matters**
To Canadian Residents: BMO Nesbitt Burns Inc. furnishes this report to Canadian residents and accepts responsibility for the contents herein subject to the terms set out above. Any Canadian person wishing to effect transactions in any of the securities included in this report should do so through BMO Nesbitt Burns Inc.
The following applies if this research was prepared in whole or in part by Andrew Breichmanas, Iain Reid, Tony Robson, David Round, Edward Sterck or Brendan Warn: This research is not prepared subject to Canadian disclosure requirements. This research is prepared by BMO Capital Markets Limited and subject to the regulations of the Financial Conduct Authority (FCA) in the United Kingdom. FCA regulations require that a firm providing research disclose its ownership interest in the issuer that is the subject of the research if it and its affiliates own 5% or more of the equity of the issuer. Canadian regulations require that a firm providing research disclose its ownership interest in the issuer that is the subject of the research if it and its affiliates own 1% or more of the equity of the issuer that is the subject of the research. Therefore BMO Capital Markets Limited will disclose its and its affiliates' ownership interest in the subject issuer only if such ownership exceeds 5% of the equity of the issuer.
To U.S. Residents: BMO Capital Markets Corp. furnishes this report to U.S. residents and accepts responsibility for the contents herein, except to the extent that it refers to securities of Bank of Montreal. Any U.S. person wishing to effect transactions in any security discussed herein should do so through BMO Capital Markets Corp.
To U.K. Residents: In the UK this document is published by BMO Capital Markets Limited which is authorised and regulated by the Financial Conduct Authority. The contents hereof are intended solely for the use of, and may only be issued or passed on to, (I) persons who have professional experience in matters relating to investments falling within Article 19(5) of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005 (the "Order") or (II) high net worth entities falling within Article 49(2)(a) to (d) of the Order (all such persons together referred to as "relevant persons"). The contents hereof are not intended for the use of and may not be issued or passed on to retail clients.

Unauthorized reproduction, distribution, transmission or publication without the prior written consent of BMO Capital Markets is strictly prohibited.

Click here for data vendor disclosures when referenced within a BMO Capital Markets research document.

**BMO** Capital Markets

**BMO Capital Markets**                                                                                              **2U**

**ADDITIONAL INFORMATION IS AVAILABLE UPON REQUEST**

BMO Financial Group (NYSE, TSX: BMO) is an integrated financial services provider offering a range of retail banking, wealth management, and investment and corporate banking products. BMO serves Canadian retail clients through BMO Bank of Montreal and BMO Nesbitt Burns. In the United States, personal and commercial banking clients are served by BMO Harris Bank N.A. (Member FDIC). Investment and corporate banking services are provided in Canada and the US through BMO Capital Markets.

BMO Capital Markets is a trade name used by BMO Financial Group for the wholesale banking businesses of Bank of Montreal, BMO Harris Bank N.A. (Member FDIC), BMO Ireland Plc, and Bank of Montreal (China) Co. Limited and the institutional broker dealer businesses of BMO Capital Markets Corp. (Member SIPC) and BMO Capital Markets GKST Inc. (Member SIPC) in the U.S., BMO Nesbitt Burns Inc. (Member Canadian Investor Protection Fund) in Canada, Europe and Asia, BMO Capital Markets Limited in Europe and Australia, and BMO Advisors Private Limited in India.

Nesbitt Burns" is a registered trademark of BMO Nesbitt Burns Corporation Limited, used under license. "BMO Capital Markets" is a trademark of Bank of Montreal, used under license. "BMO (M-Bar roundel symbol)" is a registered trademark of Bank of Montreal, used under license.

® Registered trademark of Bank of Montreal in the United States, Canada and elsewhere.
TM Trademark Bank of Montreal

**©COPYRIGHT 2014 BMO CAPITAL MARKETS CORP**

A member of **BMO** 🔘 **Financial Group**



AR-C-1703