

January 25, 2018

### Industry Research

| Ticker | Current Price | Mkt Cap ($Mil) | Rating |
|---|---|---|---|
| *Ed Tech Coverage Companies* | | | |
| TWOU | $72.84 | $3,804 | OP |
| CHGG | $16.75 | $1,816 | OP |
| INST | $34.00 | $1,012 | OP |
| LRN | $16.65 | $688 | OP |
| RST | $12.39 | $276 | OP |
| | | | |
| *Non-Coverage Related Companies* | | | |
| BNED | $7.29 | $342 | - |
| HMHC | $8.70 | $1,073 | - |
| JW.A | $67.85 | $3,239 | - |
| PSO | $9.77 | $5,486 | - |
| SCHL | $39.22 | $1,304 | - |

**Ratings Legend**
**OP = OUTPERFORM**
**MP = MARKET PERFORM**

### Education Performance Chart



*Barrington Research Ed Tech Index*

### Analyst(s)

*Alexander Paris, Jr., CFA*
(312) 634-6352
aparis@brai.com

*Chris Howe*
(312) 634-6343
ch@brai.com

*NOTE: Please refer to page 12 of this report for important disclosures.*

## Education Technology (Ed Tech): Q4/17 Earnings Preview

- The education landscape has changed dramatically over the last decade, though we believe we are still in the early stages of a broader evolution regarding the way we learn. Technology has been a major catalyst, though broad acceptance among the traditional education platforms remains in its infancy and there is significant runway ahead for new business models and technologies to shape the way our society will share and pass on knowledge for decades to come.

- It is estimated that approximately $1.7 trillion is spent annually on educational services in the United States, with overall education spending growing at a 4% CAGR since 2010. Growth in this industry has been relatively stable for many decades, exhibiting a 4.2% CAGR since 1960. More recently, technology-enabled products and services have been revolutionizing the education space and creating material shifts in spend allocation, driven largely by growing adoption of online programs and cloud-based learning tools. Academic institutions and employers are attracted to the increased flexibility and convenience that these products offer, as evidenced by an outsized 25% CAGR in online higher education spend from 2012 to 2017. The Center for Digital Education estimates that higher ed institutions will spend $12.8 billion in 2018, while K-12 instututions are expected to spend $14 billion.

- The competitive landscape is vast and some would argue overly crowded and prime for consolidation as the Ed Tech testing ground shakes out the winners and losers. The leading companies driving growth among customers, schools and students are largely still private, though increasingly well-funded by leading venture capital firms. **2U, Inc.** (TWOU), **Chegg, Inc.** (CHGG) and **Instructure** (INST), all have become public companies over the last several years, while many legacy education providers (content publishers) have been acquiring or internally developing technology-based products whose growth is expected to far outpace their traditional models. Significant growth in venture capital attention and dollars suggest many more companies will enter the public markets and allow investors to participate in the Ed Tech sector.

- In the following pages, we provide a background on the Ed Tech industry as well as a discussion of key trends driving its growth. We also provide fourth quarter earnings previews on the publicly-traded Ed Tech companies on our coverage list, including **2U, Inc. (TWOU), Chegg, Inc. (CHGG), Instructure (INST), K12 Inc. (LRN)** and **Rosetta Stone (RST).**

**Ed Tech: Background and Opportunity**

The education landscape has changed dramatically over the last decade, though we believe we are still in the early stages of a broader evolution regarding the way we learn. Technology has been a major catalyst, though broad acceptance among the traditional education platforms remains in its infancy and there is significant runway ahead for new business models and technologies to shape the way our society will share and pass on knowledge for decades to come. The shift towards digital and online learning is redefining the classroom as well as the method of instruction and materials implemented across all levels of the educational ecosystem. Coursework is becoming more personalized, increasingly adaptive to changing learning environments, and more accurately measured with respect to efficacy. This changing landscape requires new products and tools, which has opened the door for a large number of new entrants to the industry. The market stands ready for the Ed Tech sector to lead this charge, as major players make the leap from the testing ground to fully implemented learning services.

Ed Tech is certainly a broad category comprising a vast array of sub-segments, each of which seems to have its own marketable acronyms, including but not limited to:

- Learning Management Systems (LMS) – Canvas (Instructure), Desire2Learn, Blackboard
- Online Program Management (OPM) – 2U, Embanet (Pearson), Deltak (Wiley), K12 (LRN)
- Massive Open Online Courses (MOOCs) – Coursera, edX, Canvas Network (Instructure)
- Adaptive Learning Systems (ALS) – Knewton, Dreambox Learning
- Open Educational Resources (OER) – Course Hero, LearnZillion
- Content Management Systems (CMS) – Campus Suite, Ingeniux

In addition to the services and platforms, the broader Ed Tech space is also home to additional endeavors including but not limited to: open low-cost degree alternatives (i.e., bootcamps) and certification, language learning technologies (**Rosetta Stone** and **Duolingo**), student lifecycle management tools, educational gaming, online tutoring, Ed Tech consulting firms, and peer to peer collaboration tools.

**Education Spending in the United States and Globally**

|  | United States Market Size ($MM) | | | Global Market Size ($MM) | | |
|---|---|---|---|---|---|---|
|  | 2017 | 2020E | CAGR | 2017 | 2020E | CAGR |
| Childcare and Pre-K | $ 53,375 | $ 61,608 | 4% | $ 210,802 | $ 249,131 | 4% |
| K-12 | $ 746,563 | $ 837,343 | 3% | $ 3,129,169 | $ 3,679,961 | 4% |
| Post-Secondary | $ 629,186 | $ 690,357 | 2% | $ 1,628,863 | $ 1,872,843 | 4% |
| Lifelong Learning (Non-Degree) | $ 386 | $ 838 | 21% | $ 589 | $ 1,496 | 26% |
| Corporate | $ 263,267 | $ 309,793 | 4% | $ 375,578 | $ 466,580 | 6% |
| **Total** | **$ 1,692,777** | **$ 1,899,939** | **3%** | **$ 5,345,002** | **$ 6,270,010** | **4%** |

*Source: GSV Capital "2020 Vision, A History of the Future" 2016, National Center for Education Statistics, 2017*

**Broad Market in Transformation**

It is estimated that approximately $1.7 trillion is spent annually on educational services in the United States, with overall education spending growing at a 4% CAGR since 2010. Growth in this industry has been relatively stable for many decades, exhibiting a 4.2% CAGR since 1960.

More recently, technology-enabled products and services have been revolutionizing the education space and creating material shifts in spend allocation, driven largely by growing adoption of online programs and cloud-based learning tools. Academic institutions and employers are attracted to the increased flexibility and convenience that these products offer, as evidenced by an outsized 25% CAGR in online higher education spend from 2012 to 2017. Investment priorities among institutions include: personalized learning applications, digital content and curriculum, mobile devices, and network modernization. The chart included below

shows online post-secondary enrollment (students enrolled in at least one online course) in the U.S. in absolute numbers and as a percentage of total enrollment:

**Post-Secondary Education Online Course Enrollment Trends**



*Source: Distance Education Enrollment Report, Babson Survey Research Group, February 2017*

|  | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Enrollment | 16.6 | 16.9 | 17.3 | 17.5 | 17.8 | 18.2 | 19.1 | 20.4 | 21.0 | 21.0 | 20.9 | 20.7 | 20.5 | 20.3 |
| Online Course Enrollment | 1.6 | 2.0 | 2.3 | 3.2 | 3.5 | 3.9 | 4.6 | 5.0 | 5.3 | 5.4 | 5.4 | 5.6 | 5.8 | 6.0 |
| Online as % of Total Enrollment | 9.6% | 11.7% | 13.5% | 18.2% | 19.6% | 21.6% | 24.1% | 24.5% | 25.3% | 25.7% | 25.9% | 27.1% | 28.3% | 29.7% |

*Source: Distance Education Enrollment Report, Babson Survey Research Group, February 2017*

The competitive landscape is vast and some would argue overly crowded and prime for consolidation as the Ed Tech testing ground shakes out the winners and losers. The leading companies driving growth among customers, schools and students are largely still private, though increasingly well-funded by leading venture capital firms. **2U, Inc.** (TWOU), **Chegg, Inc.** (CHGG) and **Instructure** (INST), all have become public companies over the last several years, while many legacy education providers (content publishers) have been acquiring or internally developing technology-based products whose growth is expected to far outpace their traditional models. Significant growth in venture capital attention and dollars suggest many more companies will enter the public markets and allow investors to participate in the Ed Tech sector.

### Key Trends Driving Growth in EdTech

**Focus on Effectiveness:** Increased scrutiny on higher education placement rates and calls for continued reforms throughout the education system have placed a growing emphasis on delivering measurable learning outcomes. According to data provided by the National Center for Education Statistics, employment rates remain meaningfully below pre-recession levels on a relative basis, regardless of the level of education sought. While highly educated individuals (those with a Bachelor's degree or higher) have remained more resilient to negative employment trends overall, there appears to be a diminishing returns dynamic in relation to the rising costs of education under traditional schooling structures.

While post-education employment is just one data point on a vast scale of measurable outcomes, it points to inherent inefficiencies in the current education model. The rise of tech-driven solutions throughout the education ecosystem have created new opportunities for educators to deliver measurable improvement in learning outcomes, while also controlling ballooning cost structures. The idea that a costly education is inherently a "better" education is quickly becoming a thing of the past as new entrants have proven that we can optimize the learning process to achieve better outcomes across more highly focused and objective measurements. We have seen online programs and MOOCs (Massive Open Online Courses) address this issue head on, offering

◆ **Barrington Research**™                                                                *January 25, 2018*

alternative learning structures typically at lower cost to the student. MOOCs, in particular, as they have gained scale, business maturations, and relative acceptance within the broader education ecosystem, have shown that competitive models can offer compelling results in both platform enrollment and learning comprehension. Leaders in this space, which include the likes of **Coursera**, **EdX, Udacity,** and **Canvas Network (Instructure)** are beginning to reap the benefits of scale now that degree verification is become more widely accepted in today's workforce and platform users are reaching a critical mass at which business models begin to reach profitability.

**Tuition Fee Trends in the United States**



*Source: College Board, Annual Survey of Colleges. NCES, 2018*

**Broadening of the Learning Lifecycle**: Today's workforce is dynamic and dependent on a growing set of new technological trends. Continued relevance in the workforce requires a steady and continuous effort toward skill-based learning. The concept of a lifelong student requires the introduction of more flexible and highly targeted programs. Whether through formal degree programs delivered virtually, such as those delivered by **2U**, or delivery of individual courses or certificates, today's students require greater educational access in more flexible structures.

We have also witnessed an emergence of programs geared for modern skill sets that may not be addressed as effectively in more traditional learning institutions. Companies such as **Pluralsight**, **General Assembly**, and **Codeacademy** have found ways to address a growing need for IT and tech-based skills amidst a workforce that either has not had formal exposure to required skills previously, or lack access to relevant curriculums at traditional university settings. Whether originated for purposes of career advancement or general curiosity, tech-based learning platforms have allowed unprecedented access to a new and evolving landscape of educational content that extends well beyond the four-year institutional model.

**The Power of Big Data:** As in nearly every industry that "Big Data" touches, evolving capabilities in analytics has created a multitude of opportunities for improvement within the education space. A major application of advanced data analytics in education has been the concept of Adaptive Learning Companies such as **Knewton, ScootPad, SnapWiz,** and **DreamBox Learning** that have led the charge in this endeavor through the provision of software that analyzes student behavior and implements highly personalized and responsive strategies to improve individual outcomes. Adaptive Learning addresses major concerns that have simmered for decades regarding the rigidity of the nation's curriculum (i.e., Common Core Standards) and the one-size fits all approach to assessment by recognizing that not all students need take the same path to a common outcome. Adaptive Learning technologies help identify which methods of instruction

AR-C-1758

yield the best results for an individual and enable teachers to guide a diverse group of minds toward a unified goal. By harnessing the power of Big Data and predictive analytics, Adaptive Learning technologies allow teachers to present students with educational content or activities (lessons, quizzes, videos, etc.) in a manner that proactively responds to the student's identified strengths or weaknesses (typically characterized through periodic assessment). This sort of responsive analysis of lesson delivery enables publishers and other partners to evaluate content efficacy and create more effective learning materials and assessments, while allowing teachers to ensure adequate pacing and retention for a diverse classroom of students.

Another important trend in Big Data application is in student lifecycle management. Institutions now have an evolving capability of better understanding and predicting student behavior and can more proactively address major industry headaches such as student retention rates, sagging graduation rates, and assessing financial risks associated with tuition payment. Ed Tech has spawned a new generation of companies utilizes Predictive Analytics to identify correlations between student behavior and historical learning outcomes. This sort of active analysis of student behavior (whether through coursework completion, course selection, class engagement, etc.) can provide reasonable cues to teachers and administrative staff that may signal or forewarn of detrimental and often avoidable student results. Predictive analytics presents administrators with an opportunity to intervene with timely support strategies to ensure that students maintain an optimal path toward graduation and allows teachers to actively manage their course design to achieve better learning outcomes.

**Content and Collaboration:** A modern student body requires an equally modern tool set. Today's workforce relies heavily on digital tools, devices and computers to drive continual improvement, and the classroom is no different. According to surveys conducted in 2016 by the Pew Research Center, approximately 92% of adults between the ages of 18 to 29 own a smartphone. Ownership of other connected devices is equally high among young adults with 78% owning a laptop/computer, 51% owning a tablet computer, and 22% owning an e-reader. The wide domestic adoption and ubiquitous usage of personal computing devices throughout everyday life makes a clear case for broader utilization of technology in the classroom.

While still in the early stages of adoption (due largely to funding requirements and in some cases tech-aversion in the traditional school setting), computers and connected devices in the classroom are a major catalyst for the creation of new types of effective and compatible content aimed at education. The Center for Digital Education estimates that K-12 instututions are expected to spend $14 billion on technology in the 2017-2018 school year. Approximately $3.5 billion of that total is spent on delivering computing devices in the classroom. On a per student level, this digital device rollout remains in its early stages but is gaining pace rapidly. The digitization of study tools has created a significant shift in the way students consume educational content. The textbook industry was perhaps the first to feel the seismic shift of digitization as students sought content that was more compatible with the devices they were accustomed to in terms of media-consumption. Companies such as **Chegg** and **Rafter** have been at the forefront of digitized content and traditional textbook conversion, though additional toolsets are enabling teachers to create and collaborate on new content in a manner that has never been seen before.

Companies such as **LearnZillion** and **Course Hero** have created platforms that provide open-source and often peer-to-peer Open Educational Resources (OER). These platforms help create communities of students and educators that each play a role in building and maintaining a portfolio of educational content and resources. Teachers use the platform to discover new instructional ideas and methods or share effective teaching materials. Students can use the platform to share notes or flashcards within a certain subject area or topic. These platforms often operate as marketplaces, offering these materials on a per-document or subscription basis. The content provides a valuable platform from which the company may also offer auxiliary services. Large incumbent publishers such as **McGraw Hill** (in registration), **Houghton Mifflin** (HMHC) and **Pearson** (PSO), have all responded to this open-source movement in some way, often providing proprietary platforms, which allow educators to share information and study techniques within the confines of the publisher's license and IP agreements.

◆ **Barrington Research**™                                                                                                 *January 25, 2018*

| Company Name | Ticker | Trading / Ownership | | | | | Income Statement | | | | Price to Earnings (P/E) | | | Enterprise Value to EBITDA (EV/EBITDA) | | | Enterprise Value to Sales (EV/Sales) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Market Cap ($MM) | Enterprise Value ($MM) | Price ($) | 52-wk Price (Δ%) | ADTV $ Value ($'000) | 2017E Sales | Sales Growth Rate % | Gross Margin (%) | EBITDA Margin (%) | 2017E | 2018E | 2019E | 2017E | 2018E | 2019E | 2017E | 2018E | 2019E |
| **Tech-Driven Educational Services** | | | | | | | | | | | | | | | | | | | |
| * 2U, Inc. | TWOU | 3,804 | 3,601 | $ 72.84 | 112 | 25,905 | 285 | 37 | 80 | -6 | NA | NA | NA | 339.3x | 237.9x | 135.3x | 12.6x | 9.1x | 6.9x |
| Cambium Learning Group, Inc. | ABCD | 317 | 374 | $ 6.79 | 29 | 483 | NA | 5 | 69 | 30 | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| * Chegg, Inc. | CHGG | 1,816 | 1,613 | $ 16.75 | 127 | 14,051 | 252 | -16 | 67 | -3 | 65.3x | 37.6x | 27.1x | 35.8x | 21.7x | 16.0x | 6.4x | 5.5x | 4.4x |
| * Instructure, Inc. | INST | 1,012 | 946 | $ 34.00 | 53 | 6,825 | 156 | 51 | 71 | -31 | NA | NA | NA | NA | NA | NA | 6.0x | 4.7x | 3.7x |
| * K12, Inc. | LRN | 688 | 571 | $ 16.65 | 0 | 2,576 | 889 | 2 | 37 | 12 | 41.6x | 33.1x | 30.5x | 4.9x | 4.6x | 4.7x | 0.6x | 0.6x | 0.6x |
| **Group Mean** | | 1,528 | 1,421 | $29.41 | 64 | 9,968 | 396 | 16 | 65 | 0 | 53.5x | 35.3x | 28.8x | 126.7x | 88.1x | 52.0x | 6.4x | 5.0x | 3.9x |
| **Group Median** | | 1,012 | 946 | $16.75 | 53 | 6,825 | 269 | 5 | 69 | -3 | 53.5x | 35.3x | 28.8x | 35.8x | 21.7x | 16.0x | 6.2x | 5.1x | 4.1x |
| **Post-Secondary Education (Online/Hybrid)** | | | | | | | | | | | | | | | | | | | |
| * Adtalem Global Education, Inc. | ATGE | 2,818 | 2,674 | $ 46.45 | 41 | 26,437 | 1,810 | -2 | 48 | 17 | 16.6x | 16.6x | 14.7x | 8.4x | 9.0x | 8.3x | 1.5x | 1.5x | 1.5x |
| * American Public Education, Inc. | APEI | 414 | 248 | $ 25.45 | 5 | 1,563 | 298 | -5 | 54 | 18 | 23.0x | 23.2x | 22.0x | 4.7x | 4.9x | 4.8x | 0.8x | 0.8x | 0.8x |
| Aspen Group, Inc. | ASPU | 131 | 130 | $ 8.81 | 151 | 328 | 22 | 69 | 59 | -6 | NA | NA | 9.8x | NA | 146.3x | 7.3x | 6.0x | 3.2x | 2.2x |
| * Bridgepoint Education, Inc. | BPI | 243 | 31 | $ 8.32 | -25 | 2,359 | 483 | -6 | 57 | 6 | 13.6x | 16.8x | 16.3x | 1.1x | 1.1x | 0.8x | 0.1x | 0.1x | 0.1x |
| * Capella Education Co. | CPLA | 968 | 800 | $ 82.90 | -4 | 9,665 | 441 | 0 | 58 | 20 | 23.3x | 22.5x | 20.8x | 9.2x | 8.7x | 8.0x | 1.8x | 1.8x | 1.7x |
| Career Education Corp. | CECO | 864 | 688 | $ 12.50 | 25 | 3,103 | 595 | -17 | 68 | 3 | 50.0x | 15.4x | 11.8x | NA | NA | NA | 1.2x | 1.2x | 1.1x |
| * Grand Canyon Education, Inc. | LOPE | 4,499 | 4,222 | $ 93.49 | 63 | 20,657 | 971 | 12 | 59 | 34 | 24.0x | 22.8x | 20.8x | 12.4x | 11.5x | 10.4x | 4.3x | 4.0x | 3.7x |
| * Laureate Education, Inc. | LAUR | 3,005 | 5,939 | $ 16.04 | NA | 7,683 | 4,348 | -1 | 15 | 15 | NA | 21.8x | 15.0x | 7.7x | 7.1x | 6.7x | 1.4x | 1.3x | 1.3x |
| National American University Holdings, Inc. | NAUH | 31 | 34 | $ 1.29 | -41 | 36 | NA | -10 | 63 | -4 | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| Strayer Education, Inc. | STRA | 1,073 | 923 | $ 96.11 | 17 | 10,131 | 458 | 2 | 47 | 18 | 28.9x | 24.9x | 22.8x | 11.0x | 9.7x | 9.1x | 2.0x | 1.9x | 1.8x |
| **Group Mean** | | 2,152 | 2,780 | $51.73 | 13 | 9,627 | 1,925 | 1 | 46 | 16 | 26.4x | 23.2x | 19.5x | 10.4x | 9.4x | 8.7x | 2.6x | 2.4x | 2.3x |
| **Group Median** | | 2,039 | 2,572 | $54.77 | 17 | 8,907 | 971 | 0 | 53 | 17 | 26.4x | 22.8x | 20.8x | 11.0x | 9.7x | 9.1x | 2.0x | 1.9x | 1.8x |
| **Diversified Educational Services (Publishing/Digital/Services)** | | | | | | | | | | | | | | | | | | | |
| Barnes & Noble Education, Inc. | BNED | 342 | 366 | $ 7.29 | -31 | 3,660 | 2,183 | 4 | 22 | 5 | 11.6x | 10.9x | NA | 3.1x | 3.0x | NA | 0.2x | 0.2x | NA |
| Educational Development Corp. | EDUC | 89 | 105 | $ 21.75 | 135 | 262 | NA | 68 | 74 | 8 | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| Graham Holdings Co. | GHC | 3,306 | 2,879 | $591.25 | 13 | 8,598 | NA | -4 | 46 | 17 | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| Houghton Mifflin Harcourt Co. | HMHC | 1,073 | 1,632 | $ 8.70 | -18 | 7,814 | 1,394 | -3 | 40 | 13 | NA | NA | NA | 8.7x | 7.2x | 5.4x | 1.2x | 1.1x | 1.1x |
| John Wiley & Sons, Inc. | JW.A | 3,861 | 4,351 | $ 67.85 | 26 | 15,596 | 1,759 | 0 | 70 | 23 | 20.8x | 19.2x | 17.9x | 11.1x | 10.6x | 9.7x | 2.5x | 2.5x | 2.4x |
| * Rosetta Stone, Inc. | RST | 276 | 238 | $ 12.39 | 42 | 1,231 | 186 | -11 | 80 | 5 | NA | NA | NA | 21.6x | 16.6x | NA | 1.3x | 1.3x | NA |
| Scholastic Corp. | SCHL | 1,369 | 992 | $ 39.22 | -15 | 5,242 | 1,655 | 4 | 52 | 7 | 30.9x | 27.3x | 23.9x | 9.8x | 7.3x | 6.5x | 0.6x | 0.6x | 0.6x |
| School Specialty, Inc. | SCOO | 118 | 305 | $ 16.84 | 7 | 333 | NA | 6 | 35 | 7 | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| **Group Mean** | | 1,304 | 1,359 | $95.66 | 20 | 5,342 | 1,436 | 8 | 52 | 11 | 21.1x | 19.2x | 20.9x | 10.9x | 8.9x | 7.2x | 1.1x | 1.1x | 1.4x |
| **Group Median** | | 708 | 679 | $19.30 | 10 | 4,451 | 1,655 | 2 | 49 | 8 | 20.8x | 19.2x | 20.9x | 9.8x | 7.3x | 6.5x | 1.2x | 1.1x | 1.1x |
| **Technical Education** | | | | | | | | | | | | | | | | | | | |
| * Lincoln Educational Services Corp. | LINC | 49 | 51 | $ 1.99 | 0 | 43 | 262 | 2 | 51 | 1 | NA | 10.0x | NA | 12.9x | 3.2x | NA | 0.2x | 0.2x | NA |
| Universal Technical Institute, Inc. | UTI | 67 | -3 | $ 2.66 | -18 | 76 | 324 | -7 | 44 | 6 | NA | NA | NA | -0.2x | NA | -0.2x | 0.0x | 0.0x | 0.0x |
| **Group Mean** | | 58 | 24 | $ 2.33 | -9 | 59 | 293 | -2 | 48 | 3 | NA | 10.0x | NA | 6.3x | 3.2x | -0.2x | 0.1x | 0.1x | 0.0x |
| **Group Median** | | 58 | 24 | $ 2.33 | -9 | 59 | 293 | -2 | 48 | 3 | NA | 10.0x | NA | 6.3x | 3.2x | -0.2x | 0.1x | 0.1x | 0.0x |

*Source: Factset Research Systems and Barrington Research Investment Banking, January 25, 2018*
*All figures are in millions, unless otherwise specified*

◆ **Barrington Research**                                                                                            *January 25, 2018*

## 2U, Inc.
TWOU: NASDAQ

| | | | |
|---|---|---|---|
| Current Price: | $72.84 | Rating: | OUTPERFORM |
| Range (52 wk): | $75.80 - $32.77 | Risk: | Aggressive |
| Mkt Cap (mil): | $3,798 | Target: | $80 |

Alexander Paris, CFA
(312) 634-6352
aparis@brai.com

Chris Howe
(312) 634-6343
ch@brai.com



| FY: Dec | Adj. EPS | Prev | PE |
|---|---|---|---|
| 2016A | (0.10) | | NM |
| 2017E | (0.09) | | NM |
| 2018E | (0.12) | | NM |

**Company Description**

*2U, Inc. provides cloud-based software-as-a-service solutions for nonprofit colleges and universities to deliver education to qualified students. The company's cloud-based SaaS platform solutions include online campus, an online learning platform that enables its clients to offer educational content together with instructor-led classes in a live, intimate, and engaging setting through proprietary Web-based and mobile applications; and content management system, which enables its clients to author, review, and deploy asynchronous content into their online programs. Its cloud-based SaaS platform solutions also comprise application processing portal that automates the online application process for prospective students of its client's programs; and customer relationship management deployments, which serve as the data hub for scheduling, student acquisition, student application, faculty admissions review, enrollment and student support for each program. The company offers a suite of technology-enabled services, including content development, student acquisition, and state authorization services, as well as application advising, student and faculty support and in-program student field placements that support the lifecycle of a higher education program or course. 2U was founded by Christopher J. Paucek in April 2008 and is headquartered in Lanham, MD.*

**Q4/17 Preview; Raising Price Target to $80**

- We project that 2U, Inc. will report the financial results of its fourth quarter and year ended December 31 on or around Thursday, February 22, after the market close.

- **Q4/17 estimates/guidance:** Our estimates call for revenue of $85.1 million (+48.4% YOY), adjusted EBITDA of $12.1 million (14.2% margin) compared to adjusted EBITDA of $4.6 million (7.9% margin) last year, and adjusted EPS of $0.13 compared to $0.04 last year. The FactSet consensus calls for revenue of $85.1 million, adjusted EBITDA $12.2 million and adjusted EPS of $0.13. On its last conference call (November 8), management said it expects Q4/17 revenue in a range of $84.6-85.6 million, adjusted EBITDA in a range of $11.8-12.5 million and adjusted EPS in a range of $0.13-0.14.

- **Full-year 2017 estimates/guidance:** Our estimates call for revenue of $285.2 million (up 38.5% YOY), adjusted EBITDA of $10.8 million (vs. $4.5 million last year), and an adjusted net loss per share of $0.09, compared to an adjusted net loss per share of $0.10 last year. The FactSet consensus calls for revenue of $285.2 million, adjusted EBITDA of $10.7 million and an adjusted net loss per share of $0.10. Management's guidance calls for full-year 2017 revenue in a range of $284.7-285.7 million (+38.3-38.8% YOY); adjusted EBITDA in a range of $10.5-11.2 million, representing a margin of 4.0% at the midpoint compared to 2.2% last year; and an adjusted net loss per share in a range of $0.10-0.09.

- **Preliminary full-year 2018 guidance:** While the 2018 budget cycle is not complete, management provided a preliminary view into 2018 on its last conference call, which calls for revenue to increase 38-39% suggesting revenue of $395.0 million at the mid-point. Management said it expects adjusted EBITDA margins between 3.8% and 4.3%, suggesting adjusted EBITDA of $16.0 million, and an adjusted net loss margin between (1.9)% and (1.4)%, suggesting an adjusted net loss per share of $0.12, by our calculation.

- **New strategic partnership:** On January 22, 2U, Inc. and WeWork Companies announced a multi-year, global, exclusive partnership, in which WeWork will provide students in 2U-powered online graduate programs Global Access Memberships to WeWork's over 200 physical locations in more than 65 cities in 20 countries. In addition, 2U will license (a perpetual source code license) Flatiron School's Learn.co proprietary Learn.co technology, allowing 2U to integrate its technology into its online learning platform, for a total license fee of $13.2 million and an additional $1.3 million (integration software development services) upon achievement of certain milestones.

- **Reiterate OUTPERFORM investment rating:** At current levels, 2U's stock is trading at 9.1x our estimate of 2018 revenue, compared to an average of 4.8x for its Ed Tech peers (CHGG, INST) and 5.5x for its vertical-focused SaaS peer group (ELLI, HQY, WAGE, WDAY). We view this premium as warranted given that 2U's projected growth rate is much higher at 39%/39% in 2017/2018, compared to an average of 34%/23% for the Ed Tech peer group and 22%/16% for the vertical-focused SaaS peer group. Given 2U's superior growth rate, revenue growth visibility/predictability and the size of its potential market, which is enhanced by the recent acquisition of GetSmarter, we are reiterating our **OUTPERFORM** investment rating and raising our 12-month price target to $80 (from $70), which assumes a 10x multiple on our forward revenue estimate (2018E).

◆ **Barrington Research**™                                                                                                         *January 25, 2018*

## Chegg, Inc.
CHGG: NYSE

| | | | |
|---|---|---|---|
| Current Price: | $16.75 | Rating: | OUTPERFORM |
| Range (52 wk): | $17.16 - $6.84 | Risk: | Aggressive |
| Mkt Cap (mil): | $1,816 | Target | $19 |

Alexander Paris, CFA
(312) 634-6352
aparis@brai.com

Chris Howe
(312) 634-6343
ch@brai.com



| FY: Dec | Adj. EPS | PE |
|---|---|---|
| 2016A | 0.09 | NM |
| 2017E | 0.24 | 69.8 |
| 2018E | 0.46 | 36.3 |

**Company Description**

*Chegg, Inc. provides student-first connected learning platform, empowering students to take control of their education and help the students study, college admissions exams, accomplish their goals, get grades and test scores. The company offers an array of required and non-required scholastic materials including millions of textbooks in any format, access to online homework help and textbook solutions, course organization and scheduling, as well as college and university matching tools and scholarship connections. Chegg was founded by Osman Rashid and Aayush Phumbhra on July 29, 2005 and is headquartered in Santa Clara, CA..*

*\*Chegg Services includes Chegg Study, Chegg Tutors and Chegg Writing Skills, as well as Test Prep, Enrollment Services, Brand Partnerships and Careers (internship.com).*

*\*Required Materials includes eTextbook, Print Textbooks (as if commission based) and Ingram commissions.*

**Q4/17 Preview**

- Chegg will report the financial results of its fourth quarter and year ended December 31 on Monday, February 12, after the market close. A conference call will be conducted at 3:30 pm CT to discuss the results. The dial-in number is 877-407-4018.

- **Q4/17 estimates and guidance:** Our estimates call for revenue of $70.5 million (+11.8% YOY on a GAAP basis and +25.2% YOY on a proforma basis); adjusted EBITDA of $19.5 million (+40.3% YOY); and non-GAAP EPS of $0.13, up 30.0% from $0.10 last year. The FactSet consensus calls for revenue of $70.6 million, adjusted EBITDA of $19.7 million and non-GAAP EPS of $0.13. On its last conference call (October 30), management forecasted revenue in a range of $70-71 million; gross margins in a range of 69-71% (our estimate is 70.0%); and adjusted EBITDA of $19-20 million. Chegg Services revenue is expected in a range of $58-59 million (our estimate is $58.5 million), up 32.3% YOY at the mid-point.

- **2017 estimates and guidance:** Our estimates call for revenue of $252.1 million; adjusted EBITDA of $44.8 million, compared to $20.8 million in 2016; and non-GAAP EPS of $0.24, compared to a $0.09 in 2016. The FactSet consensus calls for revenue of $252.1 million, adjusted EBITDA of $45.1 million and non-GAAP EPS of $0.26. Management's guidance calls for revenue of $251-252 million (+26.4% YOY on a proforma basis) and adjusted EBITDA of $44-45 million (+112-116% YOY). Chegg Services revenue is expected in a range of $183-184 million (our estimate is $183.7 million), up 42% YOY at the mid-point.

- **2018 guidance:** Management's initial guidance for 2018 calls for total net revenue of $295 million (+17-18% YOY), Chegg Services revenue of $240 million (+30-31% YOY), gross margins of greater than 70%, above its prior target operating model outlook of 65%-plus; and adjusted EBITDA of $74 million (25% margin). Our estimates call for revenues of $295.0 million, adjusted EBITDA of $74.0 million and non-GAAP EPS of $0.46.

- **Recent acquisition:** On October 18, Chegg announced that it had acquired Cogeon GmbH, a German-based provider of adaptive math technology and developer of the math app, Math 42 (www.math-42.com). The acquisition allows for Chegg to offer self-guided and individualized math solutions to more students, extending its network into the high school market. The Cogeon technology applies not only to math but to every discipline in STEM. Chegg paid EUR 12.5 million (or approximately US $15 million) for Cogeon and will potentially pay additional payments of up to EUR 7.5 (in cash or stock at the discretion of Chegg) and EUR 3.2 million in restricted stock units over the next three years.

- **Reiterate OUTPERFORM investment rating:** With the sticky "Amazon Prime" like service offerings of Chegg Study and other value-added services still in the early innings, combined with a data funnel now spanning from middle-school through college, we believe there are still levers to pull that continue to make this an attractive story moving forward. The stock has nearly quadrupled from its late February 2016 low of $3.47 per share, the result of seven consecutive beat-and-raise quarters. At current levels, Chegg is trading at 5.5x our 2018 revenue estimate, a discount to its EdTech peers (6.0x) and a group of vertical focused SaaS companies (5.6x). As such, we are reiterating our **OUTPERFORM** investment rating and our 12-month price target of $19, suggesting approximately 14% potential upside from current levels.

❖ **Barrington** RESEARCH                                                                                                              *January 25, 2018*

**Instructure, Inc.**            Current Price:   $34.00             Rating      OUTPERFORM

INST: NYSE                       Range (52 wk):   $36.60 - $21.40    Risk:       Aggressive

                                 Mkt Cap (mil):   $964                Target      $41

Alexander Paris, CFA
(312) 634-6352
aparis@brai.com

Chris Howe
(312) 634-6343
ch@brai.com



| FY: Dec | EPS    | Prev. | PE |
|---------|--------|-------|----|
| 2016A   | (1.55) |       | NM |
| 2017E   | (1.19) |       | NM |
| 2018E   | (0.79) |       | NM |

**Company Description**

*Instructure, Inc. is a software-as-a-service technology company, which engages in making software. It also involves in providing cloud-based learning management platform for academic institutions and companies. The company was founded by Devlin Daley and Brian Whitmer in September, 2008 and is headquartered in Salt Lake City, UT.*

**Q4/17 Preview**

- Instructure, Inc. will report the financial results of its fourth quarter and year ended December 31 on Monday, February 12, after the market close. The dial-in number is (877) 681-3372 and the passcode is 9922149.

- **Q4/17 estimates and guidance:** Our estimates call for fourth quarter revenue of $41.2 million, up 30.7% from $31.6 million last year; an adjusted EBITDA loss of $7.1 million, compared to an adjusted EBITDA loss of $8.6 million last year; and a non-GAAP net loss per share of $0.29, compared to a non-GAAP net loss per share of $0.35 last year. The FactSet consensus calls for revenue of $41.4 million, an adjusted EBITDA loss of $6.8 million and a non-GAAP net loss per share of $0.28. Management's guidance (provided on October 30) calls for revenue in the range of $41.0-41.6 million, a non-GAAP net loss in the range of $8.8-8.2 million (our estimate is -$8.6 million) and a non-GAAP net loss per share in the range of $0.29-0.27.

- **Full-year 2017 estimates and guidance:** Our estimates call for 2017 revenue of $156.2 million (+40.9% YOY), non-GAAP net loss of $34.8 million (an improvement over a non-GAAP net loss of $43.2 million in 2016) and non-GAAP net loss per share of $1.19 (an improvement from -$1.55 in 2016). The FactSet consensus calls for revenue of $156.4 million, non-GAAP net loss of $35.2 million and non-GAAP net loss per share of $1.20. Management's full-year 2017 guidance calls for revenue of $156.0-156.9 million (+41-42%), a non-GAAP net loss of $35.6-35.0 million and a non-GAAP net loss per share of $1.21-1.19.

- **Long-range financial model:** Management said it is still committed to its longer-term model provided at the time of its IPO, which calls for $300-500 million in revenues in five to seven years (2020-2022). Over the same period, the non-GAAP gross margin should expand, with revenue growth, from 67% (in 2014) to 75% (it was 72% in Q2/17) and the non-GAAP operating margin should expand from -66% to a range of 20-25%. Leverage will come from Selling & Marketing expense, which should decline from 80% of revenue to 26-28% (sales quota efficiencies); Research & Development expense, which should decline from 48% of revenue to 15-17% (will moderate with revenue growth); and General & Administrative expense, which should decline from 25% of revenue to 9-10%.

- **Reiterate OUTPERFORM investment rating:** At current levels, Instructure's stock is trading at 4.5x our estimate of 2018 revenue, compared to an average of 6.3x for its Ed Tech peers (CHGG, CSOD, TWOU) and 6.1x for its vertical-focused SaaS peer group (ELLI, HQY, WAGE, WDAY). We view this discount as unwarranted given that Instructure's projected growth rate is much higher at 41%/28% in 2017/2018, compared to an average of 26%/20% for the Ed Tech peer group and 27%/19% for the vertical-focused SaaS peer group. As Instructure moves towards cash positive (2018E) and profitability (2020E), we would expect its multiple to expand. Assuming a multiple of 5.5x our 2018 revenue estimate, more in line with the peer groups, our price target is $41, suggesting approximatley 20% upside.

❖ **Barrington Research**™                                                                                                                 *January 25, 2018*

### K12 Inc.

LRN: NYSE

| | | | |
|---|---|---|---|
| Current Price: | $16.65 | Rating: | OUTPERFORM |
| Range (52 wk): | $21.18 - $15.07 | Risk: | Aggressive |
| Mkt Cap (mil): | $688 | Target: | $22 |

Alexander Paris, CFA
(312) 634-6352
aparis@brai.com

Chris Howe
(312) 634-6343
ch@brai.com



| FY: Jun | EPS | Prev. | PE |
|---|---|---|---|
| **2016A** | 0.44 | | 37.6 |
| **2017E** | 0.48 | | 34.5 |
| **2018E** | 0.53 | | 31.4 |

**Company Description**

*K12, Inc. engages in the provision of technology-based educational products and solutions to public school districts, public schools, virtual charter schools, private schools, and consumers. It offers online curriculum, software systems, and educational services designed to facilitate individualized learning for students primarily in kindergarten through 12th grade. It operates through the following line of business: Managed Public School Programs, Institutional, and Private Pay Schools and Other. The Institutional business provides educational products and services to school districts, public schools and other educational institutions that the company does not manage. The Private Pay Schools and Other business relates to the private schools for which it charge student tuition and make direct consumer sales. The company was founded by Ronald J. Packard in 2000 and is headquartered in Herndon, VA.*

**Q2/18 Preview**

- K12 Inc. will report the results of its fiscal second quarter ended December 31 on Thursday, January 25, after the market close. A conference call will be held at 4:00 pm CT. The dial-in number is (877) 407-4019.

- **Q2/18 estimates and guidance:** Our estimates call for second quarter revenues of $220.0 million, down 0.5% from $221.1 million last year; EBITDA of $33.4 million, down 9.7% from $37.0 million last year; adjusted operating income of $18.4 million, down 19.7% from $22.9 million last year; operating income of $13.4 million, down 26.8% from $18.3 million last year; and diluted earnings per share of $0.22, down 26.7% from $0.30 last year. Management expects revenue in the range of $217-223 million and adjusted operating income between $17-20 million. The FactSet consensus calls for revenues of $220.9 million, EBITDA of $36.9 million, adjusted operating income of $19.1 million, operating income of $17.2 million and diluted earnings per share of $0.25.

- **FY/18 guidance and estimates:** For the fiscal (June) year, management expects revenue between $890-910 million and adjusted operating income between $46-50 million. In terms of revenue per enrollment, management continues to see a positive overall per-pupil funding environment continuing through FY/18. However, its revenue per enrollment will be somewhat pressured by school mix, due to its indexing a bit more newer states with the lower average revenue per enrollment. Given the mix and current climate, management said it expects per-pupil funding levels will be flat to up 1% on average. Our estimates call for total revenues in FY/18 of $901.3 million (+1.4% YOY), adjusted EBITDA of $127.6 million (14.2% margin vs. 13.4% in FY/17), adjusted operating income of $47.0 million and diluted EPS of $0.48 (+9.1% YOY). The FactSet consensus calls for revenue of $899.0 million, adjusted EBITDA of $124.6 million, adjusted operating income of $45.0 million and diluted EPS of $0.50.

- **Balance sheet strong with over $10 per share in cash and receivables and zero debt:** As of September 30, 2017, cash and cash equivalents were $147.3 million, or $3.56 per share. Cash plus accounts receivable totaled $430.1 million, or $10.41 per share. Long-term debt was zero.

- **Free cash flow increasing:** As of September 30, on a trailing 12-month basis, cash flow from operations was $88.4 million. After capital expenditures of $49.7 million, free cash flow was $38.7 million. Capital expenditures are expected to be in the range of $43-47 million in FY/18, which will drive increasing free cash flow going forward. They will then taper down to the $40-45 million range in subsequent years.

- **Our view**: We were encouraged by the Fall term enrollment results, the second consecutive year of growth after three years of decline. The stock is currently trading at only 4.2x our estimate of FY/18 adjusted EBITDA, below its online-focused postsecondary education (6.9x) peer group. As such, we are reiterating our **OUTPERFORM** investment rating and our 12-month price target of $22, assuming a peer group multiple, as the current discount is unwarranted, in our opinion.

◆ **Barrington Research**™                                                                                                                                                     *January 25, 2018*

## Rosetta Stone Inc.

RST: NYSE

| | | | |
|---|---|---|---|
| Current Price: | $12.39 | Rating: | OUTPERFORM |
| Range (52 wk): | $13.67 - $7.41 | Risk: | Speculative |
| Mkt Cap (mil): | $276 | Target | $15 |

Alexander Paris, CFA
(312) 634-6352
aparis@brai.com

Chris Howe
(312) 634-6343
ch@brai.com



| FY: Dec | EPS | Prev. | PE |
|---|---|---|---|
| **2016A** | (1.25) | | NM |
| **2017E** | (0.46) | | NM |
| **2018E** | (0.22) | | NM |

**Company Description**

*Rosetta Stone, Inc. engages in the provision of technology based language learning solutions. It develops, markets, and sells language learning solutions consisting of software products, online services, and audio practice tools under the Rosetta Stone brand. It operates through the Enterprise and Education, Literacy and Consumer segments. The Enterprise and Education segment offers language-learning to educational institutions, corporations, and government agencies worldwide under a Software-as-a-Service. The Literacy segment offers literacy solutions through Software-as-a-Service model to educational institutions serving grades K through 12. The Consumer segment offers products to individuals and retail partners worldwide. The company was founded by Allen Stoltzfus and John Fairfield in 1992 and is headquartered in Arlington, VA.*

**Q4/17 Preview**

- We project that Rosetta Stone Inc. will report the financial results of its fourth quarter and year ended December 31, on or around Tuesday, March 13, after the market close.

- **Q4/17 estimates:** Our estimates call for revenue of $46.8 million (down 9.5% YOY); an adjusted EBITDA loss of $668,000, compared to adjusted EBITDA of $3.5 million last year; and a net loss of $6.4 million, or $0.29 per share, compared to a net loss of $5.6 million, or $0.25 per share, last year. The FactSet consensus (two estimates) calls for revenue of $46.4 million, an adjusted EBITDA loss of $0.7 million and a net loss of $6.2 million, or $0.28 per share.

- **2017 guidance:** For the full year, total consolidated revenues are expected in a range of $184-187 (down 4-5% YOY).
  - **Enterprise & Education** (E&E) segment revenues are expected at $68 million, down 6% from $72.1 million in 2016, with flat margins as it laps its restructuring;
  - **Literacy** (Lexia) segment revenues are expected to be slightly above $43 million, up approximately 26% from $34.1 million in 2016, on bookings growth in the range of 23-25% (suggesting $47-48 million); and
  - **Consumer** segment revenues are expected to be approximately $75 million (-15% YOY), primarily due to the continued shift to subscription sales. Consumer subscriptions are expected to represent 55% of the new units sold in 2017, compared to 26% in 2016. This continued shift to subscription sales directly reduces GAAP revenues and earnings (but not cash flow) during the transition period.

  Management expects a full-year GAAP net loss to be in a range of $10-12 million, compared to a net loss of $25.1 million in 2016, which includes a cash charge of approximately $1 million related to the headcount reduction of 60 employees. Adjusted EBITDA is expected to be approximately $10-12 million. The year-end cash balance is expected to be $44 million, up 21.6% from $36.2 million at the end of 2016.

- **2017 estimates:** For 2017, our estimates call for revenue of $186.6 million, adjusted EBITDA of $11.1 million and a GAAP net loss of $10.4 million, or $0.46 per share. The FactSet consensus calls for revenue of $186.2 million, adjusted EBITDA of $11.0 million and a GAAP net loss of $10.4 million, or $0.47 per share.

- **Valuation:** Our conservative sum-of-the-parts exercise values Rosetta Stone at $17.06 per share. Utilizing recent transaction data (PMV) and industry multiples for comparable publicly-traded businesses, we are using multiples of 1.5-2.0x on the E&E Language business (which yields $5.51 per share in value at the midpoint), 3.0-4.0x on Literacy ($8.50), and 0.3-0.5x on Consumer ($1.26) to our 2018 segment revenue estimates and, after adjusted for net cash ($1.80), we derive an enterprise value of $299.4 million at the mid-point of the multiple ranges.

- **Recommendation:** We remain supportive of management's transition strategy and believe the shares are undervalued at current levels. In consideration of the intrinsic value of its parts, continued strong growth of Lexia, cost savings initiatives and its healthy balance sheet (no long-term debt and nearly $2 per share in cash), we are reiterating our **OUTPERFORM** investment rating and our conservative $15 price target, which represents more than 20% potential upside from the current stock price.

◆ Barrington RESEARCH                                                                                                  *January 25, 2018*

**FOR IMPORTANT DISCLOSURE INFORMATION, PLEASE CONTACT:**

**Barrington Research Associates, Inc.**
ATTN: Disclosure Information
161 N. Clark Street, Suite 2950
Chicago, IL  60601

Phone:  (312) 634-6000

Please specify the issuer with respect to which you would like to receive information.

---

**EQUITY RATING SYSTEM:**

| | | |
|---|---|---|
| (1) | **OUTPERFORM** | Expected to outperform the market (S&P 500) over the next 12 months. Sound or improving company fundamentals. Potential exists for a near-term catalyst. Undervalued at current levels. |
| (2) | **MARKET PERFORM** | Expected to perform roughly in line with the market (S&P 500) over the next 12 months. Long-term potential exists, but no near-term catalyst apparent. Fairly valued at current levels. |
| (3) | **UNDERPERFORM** | Expected to underperform the market (S&P 500) over next 12 months. Company fundamentals may be deteriorating. Fully valued or over-valued at current levels |

**DISTRIBUTION OF RATINGS:** The following is a list of ratings for companies covered by Barrington Research Associates, Inc., as of December 31, 2017: The number of companies rated OUTPERFORM was 83 and represented 65% of all companies on the coverage list. The number of companies rated MARKET PERFORM was 43 and represented 34% of all companies on the coverage list. The number of companies rated UNDERPERFORM was 1 and represented 1% of all companies on the coverage list. Also, as of December 31, 2017, Barrington Research Associates, Inc. has provided investment banking services, within the last 12 months, to 20% (17 of 83) of the companies that had OUTPERFORM ratings, 5% (2 of 43) of the companies that had MARKET PERFORM ratings, and 0% (0 of 1) of the companies that had UNDERPERFORM ratings.

**Analyst Certification:** The following research analyst hereby certifies that his views about the companies and their securities expressed in this report accurately reflects his personal opinion: Alexander Paris, Jr., CFA, Chris Howe. The analysts also certify that no part of their compensation is directly or indirectly related to the specific recommendations or views contained in this report.

Research analysts, including those involved in the preparation of this report, received no direct compensation in connection with the firm's investment banking activities. Analyst compensation, which is made up of salary and bonus, is based upon numerous factors including stock price performance, quality of analysis, and investor client feedback, as well as the overall profitability of the firm, which is impacted by all of the firm's business activities and includes, among other things, institutional equity trading and investment banking services. Investment banking services, as defined under NASD Rule 2711, includes, among other things, acting as an underwriter in or as a member of the selling group in a securities underwriting. NASD Regulation have adopted rules that prohibit research analysts from trading in securities of covered companies during specified time periods before and after the publication of research reports.

Barrington Research Associates, Inc. is a full-service financial services firm that offers a wide variety of services and products to its clients. Investors should assume that Barrington Research is seeking or will seek investment banking or other business relationships with the companies under its research coverage.

◆ **Barrington RESEARCH**™                                                                 *January 25, 2018*

***Barrington Research Associates, Inc.***                          *Main: (312) 634-6000*
*161 N. Clark Street, Suite 2950*                                   *Trading: (800) 233-6205*
*Chicago, IL 60601*                                                 *Fax: (312) 634-6350*

**INVESTMENT RESEARCH**

| Name | Email | Phone |
|---|---|---|
| Vincent A. Colicchio, CFA | vac@brai.com | (312) 634-6362 |
| Matthew Gall | mgall@brai.com | (312) 634-6365 |
| James C. Goss, CFA | jcg@brai.com | (312) 634-6355 |
| Chris Howe | ch@brai.com | (312) 634-6343 |
| Alexander Paris, Jr., CFA | aparis@brai.com | (312) 634-6352 |
| Michael Petusky, CFA | mpetusky@brai.com | (312) 634-6320 |
| Gary Prestopino, CFA | gprestopino@brai.com | (312) 634-6369 |
| Patrick Sholl | psholl@brai.com | (312) 634-6391 |
| Milan Stanic (Editorial) | mstanic@brai.com | (312) 634-6000 |
| Kevin Steinke, CFA | ksteinke@brai.com | (312) 634-6392 |

**INSTITUTIONAL SALES**

| Name | Email | Phone |
|---|---|---|
| Julie Byrne | jbyrne@brai.com | (312) 634-6339 |
| Craig E. Christensen | cec@brai.com | (312) 634-6356 |
| Frank P. Clarke | fclarke@brai.com | (212) 878-3683 |
| Christopher Cottrell | cjpcottrell@brai.com | (312) 634-6382 |
| Angela Fabiano | afabiano@brai.com | (312) 634-6349 |
| Jim Fitzgerald | jfitzgerald@brai.com | (312) 634-6333 |
| Michael Hutchison | mh@brai.com | (312) 634-6354 |

**TRADING (800) 233-6205**

| Name | Email | Phone |
|---|---|---|
| Christopher Cottrell | cjpcottrell@brai.com | (312) 634-6382 |
| Michael Hutchison | mh@brai.com | (312) 634-6374 |

**INSTITUTIONAL EQUITY TRADING INSTRUCTIONS**

Barrington Research Associates, Inc. is a FINRA-registered broker/dealer and clears through National Financial (NFS) on a fully disclosed basis. For the convenience of our clients, we offer several ways for our clients to facilitate payment for our investment research services:

*TRADE WITH BARRINGTON RESEARCH – Orders may be placed with our trading desk at (800) 233-6205 or (312) 634-6374. Our traders are Michael Hutchison (Head Trader) and Christopher Cottrell. Their email addresses are mh@brai.com and cjpcottrell@brai.com. Our instant messenger address is brrrmh.*

*TRADE WITH ANY BROKER – Trades may also be "Stepped-In" to Barrington Research from trades executed at other brokers.*

*COMMISSION SHARING ARRANGEMENTS - Barrington has commission sharing agreements with numerous brokers on Wall Street. For a complete list of commission sharing programs in which Barrington Research participates, please contact your salesperson or our trading desk.*

The following list provides Barrington Research's trading, allocation and settlement ID's: NFS DTC Code (0226), Executing Broker Dealer (69449), NSCC Symbol (BRRR), Alert Acronym (BARRE); OASYS Acronym (BRRR).

If you have any further questions on trading, setting up accounts or related information, please call our trading department.

**ADDITIONAL INFORMATION ON COMPANIES MENTIONED IN THIS REPORT ARE AVAILABLE UPON REQUEST.**

The information contained herein has been obtained from sources believed to be reliable, but we do not guarantee its accuracy or completeness. The opinions and estimates reflect our best judgment as of the report date and are subject to change without notice. This report is intended for informational purposes only and does not constitute an offer or solicitation to buy or sell any securities. Barrington Research Associates, Inc., its affiliates, officers, analysts, or employees may, from time to time, have positions in any security referred to herein. Barrington Research Associates, Inc. may act as principal or as agent for both the buyer or the seller with the purchase or sale of any security mentioned in this report. Barrington Research Associates, Inc. may have provided, or may seek to provide, investment banking services to any company mentioned in this report. This report may not be reproduced in any form without prior written consent. © 2018 Barrington Research Associates, Inc. All rights reserved. Member FINRA/SIPC.