<u>PROJECT GAZELLE</u>

SURVEY OF SELECT EDUCATION SERVICE PROVIDER RELATIONSHIPS
WITH POST-SECONDARY INSTITUTIONS

*Through November 2017*

I.  Publically Available Agreements/Data

| # | Service Provider | Institution | Relationship | Term | Revenue Share | Source |
|---|---|---|---|---|---|---|
| 1. | 2U, Inc. | University of Southern California | Online graduate degree platforms, including admission processing, customer service and counseling, curriculum design, production and deployment, etc. | Varies per program | Marked as confidential | Agreement and amendment filed as SEC exhibit |
| 2. | 2U, Inc. | Cal – Berkeley | Online graduate program (Master of Information and Data Science) development and administration | 15 years (ending June 30, 2029) | **Per student fee based on number of FTE students: $39k Base Fee per student,** decreasing per student at certain enrollment thresholds, and automatically adjust for tuition increases | Agreement |
| 3. | Academic Partnerships, LLC | Augusta State University | Development and promotion of certain online degree programs | 1 year initial term, subsequently extended for 1 year terms (7/21/2011); **likely expired or amended** | **50% to 62.5%** of tuition, depending on the program costs | Agreement |

| # | Service Provider | Institution | Relationship | Term | Revenue Share | Source |
|---|---|---|---|---|---|---|
| 4. | Academic Partnerships, LLC | Arizona State University | Collaboration in development and promotion of certain online degree programs (nursing, master's in education) | Unknown | <u>Pre-April 2012</u>: **65%** of revenue for first 2,000 students **60%** of revenue collected beyond 2,000 students <br><br> <u>Post-April 2012</u>: **50%** of revenues | [Agreement](#) |
| 5. | Academic Partnerships, LLC | Boise State University | Development and promotion of certain online degree programs | 5 year initial term, automatically renewing for 3 year terms unless terminated | **45%** of revenues, decreases to **40%** when two additional degree programs are added | [Idaho Board of Education meeting minutes](#) (see page 121) |
| 6. | Academic Partnerships, LLC | University of Cincinnati | Development, maintenance, and marketing of online programs and transition of offline courses to online platform | 5 year initial term that may be renewed for a 3-year term | **40%** for masters of CSE **50%** for certain engineering undergrad programs | [Agreement](#) |
| 7. | Academic Partnerships, LLC | Eastern Michigan University | Marketing/promotion, recruiting, program development/support, academic support, student support, enrollment/application support | 5 year initial term, automatically renewing for 2 year terms unless terminated (commenced on 9/1/16) | **50%** of revenue per student, generally **47%** of revenue per nursing student | [Agreement](#) |

| # | Service Provider | Institution | Relationship | Term | Revenue Share | Source |
|---|---|---|---|---|---|---|
| 8. | Academic Partnerships, LLC | Lamar State University Port Arthur | Development and promotion of certain online degree programs | 7 year initial term, automatically renewing for one 5 year term (commenced on 10/1/2010) | **50%** of tuition and fees, for in-state, non-nursing students<br>**70%** of tuition of nursing students<br>**66 2/3%** of tuition of all out-of-state | Agreement |
| 9. | Academic Partnerships, LLC | Lamar University | Development and promotion of certain online degree programs | Unknown | **Varies based on program:**<br>**50%** of revenues for education, nursing MBA programs, and certain other masters programs<br>**40%** for certain non-nursing undergraduate programs | Agreement<br><br>Subsequent amendment |
| 10. | Academic Partnerships, LLC | Louisiana State University | Expanding flexible and affordable online degree and certificate offerings | 3 years (commenced on 2/1/2013); **likely renewed or expired** | **50%** of revenues, capped at $5.8m | Agreement<br><br>Southern University faculty minutes |
| 11. | Academic Partnerships, LLC | Stephen F. Austin University | Development and promotion of certain online degree programs | 5 year initial term, automatically renewing for 3 year terms unless terminated | **70%** of revenues | Agreement |

| # | Service Provider | Institution | Relationship | Term | Revenue Share | Source |
|---|---|---|---|---|---|---|
| | | | | (commenced on 5/13/11) | | |
| 12. | Academic Partnerships, LLC | Texas A&M University – Commerce | Development and promotion of certain online degree programs | 5 years (commenced on 9/23/2010); **likely renewed or expired** | **70-75%** of tuition and fees, depending on program and year | [Agreement](#) |
| 13. | Academic Partnerships, LLC | University of Florida West | Development and promotion of certain online degree programs | 5 year initial term, automatically renewing for 5 year terms unless terminated (5/27/2011) | **50%** of revenues | [Agreement](#) |
| 14. | Academic Partnerships, LLC | University of North Carolina – Wilmington | Development, maintenance, and marketing of online undergrad, graduate, and post-graduate coursework, and conversion of offline classes to online classes | 10 years, with each program launched under the MSA lasting 12 months, with the option to renew each program for 3 additional years | **50%** of tuition | [Agreement](#) |
| 15. | Academic Partnerships, LLC | University of South Carolina | Exclusive right to design and market certificate programs | 5 years | **50%** of tuition and fees where AP recruited student | [Board of trustees minutes](#) |
| 16. | Academic Partnerships, LLC | University of South Carolina | Full services agreement for online course development | 2-3 year initial term, extended recently to four 1 year terms | **40%** of tuition charged for any course | [Board of trustees minute](#) [Press release](#) |
| 17. | Academic Partnerships, LLC | University of Texas System | Master services agreement for all UT system institutions | 1 year initial term, with option | **50%**, generally, to be defined specifically in | [Agreement](#) |

| # | Service Provider | Institution | Relationship | Term | Revenue Share | Source |
|---|---|---|---|---|---|---|
| | | | | to renew 1-year terms | separate agreements | |
| 18. | Academic Partnerships, LLC | University of Texas – Arlington | Development and promotion of certain online degree programs | 7 years (commenced on February 7, 2008; extended to 2022) | **80%** of tuition originally, negotiated down to **36 – 49**% depending on program | Agreement |
| 19. | Academic Partnerships, LLC | University of Texas – Pan-American | Development and promotion of certain online degree programs (MPA, master's in education) | 5 years (commenced on 3/19/2012) | Per program: **50%** of tuition collected *or* % equal to the result of dividing $4,300 by total program tuition, whichever is greater | Agreement |
| 20. | Academic Partnerships, LLC | University of Texas – Tyler | Development and promotion of certain online degree programs | 5 year initial term, automatically renewing for 5 year terms unless terminated (commenced on 1/20/2012) | Per program: **50%** of tuition collected *or* % equal to the result of dividing $4,300 by total program tuition, whichever is greater | Agreement |
| 21. | Bisk | Michigan State University | Development, marketing, and support services for undergraduate, graduate, and certificate programs | 10 years | **Varies per program** (each calculated from gross revenues)**:** **50%** for supply chain mgmt certificate | Agreement |

| # | Service Provider | Institution | Relationship | Term | Revenue Share | Source |
|---|---|---|---|---|---|---|
| | | | | | **70%** for hospitality business certificate **65%** leadership certificate **50%-70%** depending on (i) source of enrollment (less to Bisk for MSU generated enrollment) and (ii) gross revenues (less to Bisk as revenues increase) | |
| 22. | Bisk | University of Florida | Creating, marketing, promoting, and delivering an online program to working professional and non-traditional learners | 7 years (commenced on 2/22/12) | **80%** of revenue | Agreement |
| 23. | Blackboard (Blackboard Consulting) | Alcorn State University | Business development for online courses | 2.5 years | **~$432k** single payment | Board minutes |
| 24. | Blackboard (Blackboard Consulting) | Southern Mississippi University | Course content hosting and design; marketing; business process improvement (e.g., course scheduling); financial modeling, etc. | 5 years | **$502k increasing to $532k** fixed annual payments, | Board minutes BlackBoard case study |
| 25. | Everspring | Auburn University | Market analysis, faculty support, instructional design, application preparation support, and student enrollment and retention support | 5 year initial term, option to renew for two 2-year periods (commenced on at least by | **Varies based on credit hours taught:** **50.0%** for ≤ 50k **47.5%** for 50-70k **45.0%** for 70-90k | Agreement |

| # | Service Provider | Institution | Relationship | Term | Revenue Share | Source |
|---|---|---|---|---|---|---|
| | | | | 2/1/17); **University may terminate for convenience with 30 days' notice** | **42.5%** for 90-110k  **40.0%** for >110k | |
| 26. | Kaplan | Purdue University | Technology support, help-desk functions, human resources support, admissions support, financial aid administration, marketing and advertising, back-office business functions, international student recruiting and certain test preparation services | 30 years, with a buyout option at 6 years | **Up to 12.5%** of revenues, assuming other expenses are paid first | [Kaplan 8-K] |
| 27. | Pearson | Arizona State University | Develop, provide, and promote online degree programs | 3.5 year initial term (ending August 2018), then two year term (ending August 2020) unless notice of cancellation is given 120 days before end of initial term | Varies based on volume of students and services offered, plus extra fees for certain programs:  **Max: 56.45%**  **Min: 33.00%** | [Pearson case study]  [News article] |
| 28. | Pearson | Northern Arizona University | Development of online undergraduate degree programs on a "competency based" model | 3 year initial term (commenced in January 2013) | **$875** per student enrolled | [News article] |
| 29. | Pearson | Washington State University | Online programs and services for the business school | 10 year initial term, option renewal of 10 years | **75-60%** | [Agreement] |

II. Relationships for Potential Further Review

| Service Provider | Institution | Relationship | Source |
|---|---|---|---|
| 2U, Inc. | Syracuse University | Online graduate degree platforms (communications, information studies, engineering and computer science, and business) | 2U website for information studies, communications, engineering, and business |
| 2U, Inc. | University of North Carolina | Online graduate degree platforms (MPA and MBA) | 2U website for MPA and MBA |
| 2U, Inc. | Rice University | Online MBA platform | Press release |
| Academic Partnerships, LLC | University of Arkansas System | Online graduate and undergraduate courses, global marketing and recruiting capabilities; each institution decides how it uses the services | Board minutes

Press release |
| Everspring | Kent State University | Online graduate/distance learning program development | Press release |
| Pearson | Indiana Wesleyan University | Digital content (e-textbooks, learning management system) and services (course design and development, on-demand online tutoring, and help desk/tech support) | Pearson case study |
| Pearson | Community College Preparatory Academy | Online curriculum, tutoring service, and mentoring services. | Pearson case study |
| Pearson | Texas Southmost College | Complete partnership for curriculum development and deployment | Pearson case study

TSC press release |
| Pearson | University of Hawaii System | Course content delivery systems | Press release |

| Service Provider | Institution | Relationship | Source |
|---|---|---|---|
| Pearson | Norwich University | Hosting and help desk services; relationship with Embanet spans more than one decade | [Pearson case study](#) <br><br> [Norwich press release](#) |
| Wiley | George Mason University | Market research, marketing, student enrollment and retention services, and tech support for graduate programs | [Press release](#) |
| Wiley | University of Delaware | Market research and marketing, enrollment and retention, instructional design, online course delivery, and assessment services | [UD press release](#) |
| Wiley | Winthrop University | All online graduate programs | [Press release](#) |