AZ CORPORATION COMMISSION
FILED

NOV 2 0 2014

FILE NO. -1966560-0

AZ Corp. Commission
04878064

**ARTICLES OF INCORPORATION**
**OF**
**GAZELLE UNIVERSITY**
An Arizona Nonprofit Corporation

### ARTICLE I
### NAME

The name of the corporation is GAZELLE UNIVERSITY (the "*Corporation*").

### ARTICLE II
### ORGANIZATION

(a) The Corporation is organized under, and may exercise all powers of a corporation organized under, the Arizona Nonprofit Corporation Act, A.R.S. §10-3101, et seq (the "*Act*").

(b) The Corporation is organized and operated exclusively for charitable, religious, education and scientific purposes within the meaning of Section 501(c)(3) of the Internal Revenue Code of 1986, as amended (the "*Code*") (or the corresponding provisions of any future United States internal revenue laws), and may engage in all forms of charitable, religious, education and scientific purposes within the meaning of said section.

### ARTICLE III
### CHARACTER OF AFFAIRS AND PURPOSES

(a) The primary purpose of this Corporation is to operate for general educational purposes (including, without limitation, the conferring of academic degrees, diplomas, honors or certificates) on one or more campuses in Maricopa County, Arizona, or elsewhere within or outside the State of Arizona or the United States of America.

(b) The specific purpose for which this Corporation is organized and intends actually to engage in this State, which shall not limit the character of the activities which this Corporation shall ultimately conduct, is to establish and/or acquire, and thereafter own and operate, a Christian university.

(c) The purposes of this Corporation will be exercised to carry out the Corporation's mission to prepare learners to become global citizens, critical thinkers, effective communicators and responsible leaders by providing an academically-challenging, values-based curriculum, from the context of a Christian heritage.

### ARTICLE IV
### PROPERTY; DISTRIBUTION OF EARNINGS AND ASSETS; CERTAIN ACTIVITIES

(a) No part of the net earnings or assets of the Corporation shall inure to the benefit of, or be distributable on dissolution or otherwise to, any trustee, officer, contributor or other private person or individual. No property of the Corporation shall be used or operated by

the Corporation or by any other person so as to benefit any trustee, officer, contributor, or any other person, through the distribution of profits, payment of excessive charges or compensation, or the more advantageous pursuit of his or her business profession.

**(b)** The foregoing provisions of Article IV, Section (a) above shall not (i) prevent the Corporation from paying reasonable compensation to trustees, officers, agents or subordinates of this Corporation for services rendered, or (ii) making payments and distributions in furtherance of the purposes of the Corporation set forth herein.

**(c)** Except to the extent allowable under Section 501(h) of the Code (or the corresponding provisions of any future United States internal revenue laws), no substantial part of the activities of the Corporation shall consist of carrying on propaganda or otherwise attempting to influence legislation, and the Corporation shall not participate in, or intervene in (including the publishing or distribution of statements), any political campaign on behalf of or in opposition to any candidate for public office. Notwithstanding any other provision of these Articles of Incorporation, the Corporation shall not carry on any activities not permitted to be carried on: (a) by a corporation exempt from Federal Income Tax under Section 501(c)(3) of the Code (or the corresponding provisions of any future United States internal revenue laws), or (b) by a corporation contributions to which are deductible under Section 170(c)(2) of the Code (or the corresponding provisions of any future United States internal revenue laws).

**(d)** The Corporation shall distribute its income for each tax year at such time and in such manner as not to become subject to the tax on undistributed income imposed by Section 4942 of the Code (or the corresponding provisions of any future United States internal revenue laws). Further, the Corporation shall not engage in any act of self-dealing as defined in Section 4941(c) of the Code, nor retain any excess business holdings as defined in Section 4943(c) of the Code, nor make any investments in such manner as to incur tax liability under Section 4944 of the Code, nor make any taxable expenditures as defined in Section 4945(d) of the Code (or, in each case, the corresponding provisions of any future United States internal revenue laws).

## ARTICLE V
## BOARD OF TRUSTEES

The powers of the Corporation shall be exercised by or under the authority of, and the affairs of the Corporation shall be managed under the direction of, a board of directors to be known as the Board of Trustees (the "*Board of Trustees*"). The Board of Trustees shall have the authority granted to a board of directors of a nonprofit corporation under the Act, and as further provided in the Articles of Incorporation and Bylaws of the Corporation, including the authority to authorize one or more members, delegates or other persons to exercise some or all of the powers which would otherwise be exercised by the Board of Trustees (and, to the extent so authorized, the authorized person or persons shall have the duties and responsibilities of the Trustees, and the Trustees shall be relieved to that extent from those duties and responsibilities). The members of the Board of Trustees (each, a "*Trustee*") shall be elected in accordance with procedures established in the Bylaws of the Corporation. The initial Board of Trustees shall consist of five (5) members. The names and addresses of the persons who are to serve as

members of the Board of Trustees until the first annual meeting of the Board of Trustees, or until their successors are elected and qualified, are:

| Brian Mueller | 3300 W. Camelback Rd. Phoenix, AZ 85017 |
| Don Andorfer | 3300 W. Camelback Rd. Phoenix, AZ 85017 |
| Will Gonzalez | 3300 W. Camelback Rd. Phoenix, AZ 85017 |
| Fred Miller, M.D. | 3300 W. Camelback Rd. Phoenix, AZ 85017 |
| Dr. Jim Rice | 3300 W. Camelback Rd. Phoenix, AZ 85017 |

The number of persons to serve on the Board of Trustees thereafter shall be fixed by the Bylaws of the Corporation.

## ARTICLE VI
## NO MEMBERS

The Corporation will not have members. Any action which would otherwise require approval by members shall require only the approval of the Board of Trustees. All rights which would otherwise vest in members shall vest in the Board of Trustees.

## ARTICLE VII
## LIMITATION OF LIABILITY

No member of the Board of Trustees of the Corporation shall be personally liable to the Corporation for money damages for any action taken or any failure to take any action as a Trustee, except liability for any of the following: (a) the amount of a financial benefit received by a Trustee to which the Trustee is not entitled, (b) an intentional infliction of harm on the Corporation, (c) a violation of A.R.S. §10-3833, or (d) an intentional violation of criminal law. If the Act is amended to authorize corporate action further eliminating or limiting the personal liability of directors of nonprofit corporations, then the liability of a Trustee of the Corporation shall be eliminated or limited to the fullest extent permitted by the Act, as so amended.

## ARTICLE VIII
## INDEMNIFICATION

The Corporation shall indemnify the Trustees and the officers of the Corporation against all liability, damage, and expenses arising from or in connection with service for, employment by, or other affiliation with the Corporation or other firms or entities to the maximum extent and under all circumstances permitted by law; provided that no indemnification shall be provided under this Article VIII to any such person if the Corporation is prohibited by the nonexclusive provisions of the Act or other applicable law as then in effect from paying such indemnification or, if in the opinion of counsel to the Corporation, payment of such indemnification would

subject the Corporation to imposition of excise taxes under the Code or would cause the Corporation to lose its exempt status from federal income taxation. The Board of Trustees may, in its discretion, provide similar indemnification to other employees or agents of the Corporation.

## ARTICLE IX
## DEDICATION OF CORPORATION PROPERTY; DISSOLUTION

The property of this Corporation is irrevocably dedicated to charitable purposes. Upon the dissolution or winding up of the Corporation, the Board of Trustees shall, after paying or making provision for the payment of all of the debts and liabilities of this Corporation, dispose of all of its assets exclusively for the purposes of the Corporation in such manner, or to such organizations organized and operated exclusively for charitable, educational, religious or scientific purposes as shall at the time qualify as an exempt organization or organizations under Section 501(c)(3) of the Code (or the corresponding provisions of any future United States internal revenue laws), as the Board of Trustees shall determine. Any such assets not disposed of as provided above shall be disposed of by the Superior Court of the county in which the principal office of the Corporation is then located, exclusively for such purpose or to such organization or organizations, as said Court shall determine, which are organized and operated exclusively for the purposes stated above.

## ARTICLE X
## KNOWN PLACE OF BUSINESS

The street address of the known place of business of the Corporation is 3300 W. Camelback Rd., Phoenix, AZ 85017.

## ARTICLE XI
## STATUTORY AGENT

The name and address of the statutory agent of the Corporation are:

Corporation Service Company
2338 W. Royal Palm Road, Suite J
Phoenix, AZ 85021

## ARTICLE XII
## INCORPORATOR

The name and address of the incorporator are:

Brian E. Mueller
3300 W. Camelback Rd.
Phoenix, AZ 85017

All powers, duties and responsibilities of the incorporator shall cease at the time of delivery of these Articles of Incorporation to the Arizona Corporation Commission.

## ARTICLE XIII

WEST\223837876.4                                4

### NON-DISCRIMINATION

The Corporation will not practice or permit discrimination on the basis of age, race, color, national origin, gender, disability or any other classification protected by applicable law in its programs or activities.

### ARTICLE XIV
### AMENDMENT OF ARTICLES OF INCORPORATION

Except as limited by the next sentence, the Corporation reserves the right from time to time to make any amendments to these Articles of Incorporation which may now or hereafter be authorized by law. The Corporation reserves the right from time to time to make any amendments to its corporate purposes and objects as contained in Article III hereof so that they may embrace any activity which may properly be engaged in by any organization which is described in Section 501(c)(3) of the Code (or the corresponding provisions of any future United States internal revenue laws), and contributions to which are deductible under Sections 170(c)(2), 2055(a)(2) and 2522(a)(2) of the Code (or the corresponding provisions of any future United States internal revenue laws), and all contributions to the Corporation are made subject to this provision unless otherwise specifically stated in writing at the time of making the contribution.

Executed this 18th day of November, 2014 by the incorporator.

Signed: _/s/ Brian Mueller_

Brian E. Mueller
(Print Name Here)

AR-F-0070

DO NOT WRITE ABOVE THIS LINE; RESERVED FOR ACC USE ONLY.

# STATUTORY AGENT ACCEPTANCE
*Please read Instructions M002I*

1. **ENTITY NAME** – give the **exact** name in Arizona of the corporation or LLC that has appointed the Statutory Agent (this must match exactly the name as listed on the document appointing the statutory agent, e.g., Articles of Organization or Article of Incorporation):
   Gazelle University

2. **STATUTORY AGENT NAME** – give the exact name of the Statutory Agent appointed by the entity listed in number 1 above (this will be *either* an individual or an entity). *NOTE* - the name must match **exactly** the statutory agent name as listed in the document that appoints the statutory agent (e.g. Articles of Incorporation or Articles of Organization), including any middle initial or suffix:
   Corporation Service Company

3. **STATUTORY AGENT SIGNATURE:**

   By the signature appearing below, the individual or entity named in number 2 above accepts the appointment as statutory agent for the entity named in number 1 above, and acknowledges that the appointment is effective until the appointing entity replaces the statutory agent or the statutory agent resigns, whichever occurs first.

   The person signing below declares and certifies *under penalty of perjury* that the information contained within this document together with any attachments is true and correct, and is submitted in compliance with Arizona law.

   Corporation Service Company
   By: [signature]   Gary Sherman   11/18/2014
   Signature         Printed Name    Date

   **REQUIRED** – check only one:

   | ☐ **Individual as statutory agent:** I am signing on behalf of myself as the individual (natural person) named as statutory agent. | ☒ **Entity as statutory agent:** I am signing on behalf of the entity named as statutory agent, and I am authorized to act for that entity. |

   | Filing Fee: none (regular processing) Expedited processing – not applicable. All fees are nonrefundable - see Instructions. | Mail: Arizona Corporation Commission - Corporate Filings Section 1300 W. Washington St., Phoenix, Arizona 85007 Fax: 602-542-4100 |

   Please be advised that A.C.C. forms reflect only the minimum provisions required by statute. You should seek private legal counsel for those matters that may pertain to the individual needs of your business.
   All documents filed with the Arizona Corporation Commission are public record and are open for public inspection.
   If you have questions after reading the Instructions, please call 602-542-3026 or (within Arizona only) 800-345-5819.

   M002.003
   Rev: 9/2014

   Arizona Corporation Commission – Corporations Division
   Page 1 of 1

AR-F-0071

DO NOT WRITE ABOVE THIS LINE; RESERVED FOR ACC USE ONLY.

# CERTIFICATE OF DISCLOSURE

*Read the Instructions C003i*

1. **ENTITY NAME** – give the exact name of the corporation in Arizona:

    Gazelle University

2. **A.C.C. FILE NUMBER** (if already incorporated or registered in AZ):_____
    Find the A.C.C. file number on the upper corner of filed documents OR on our website at: http://www.azcc.gov/Divisions/Corporations

3. **Check only one of the following to indicate the type of Certificate:**
    - [x] Initial (accompanies formation or registration documents)
    - [ ] Annual (credit unions and loan companies only)
    - [ ] Supplemental to COD filed _____ (supplements a previously-filed Certificate of Disclosure)

| 4. FELONY/JUDGMENT QUESTIONS : | | |
|---|---|---|
| Has any person (a) who is currently an officer, director, trustee, or incorporator, or (b) who controls or holds over ten per cent of the issued and outstanding common shares or ten per cent of any other proprietary, beneficial or membership interest in the corporation been: | | |
| 4.1 Convicted of a felony involving a transaction in securities, consumer fraud or antitrust in any state or federal jurisdiction within the seven year period immediately preceding the signing of this certificate? | ☐ Yes | ☒ No |
| 4.2 Convicted of a felony, the essential elements of which consisted of fraud, misrepresentation, theft by false pretenses or restraint of trade or monopoly in any state or federal jurisdiction within the seven-year period immediately preceding the signing of this certificate? | ☐ Yes | ☒ No |
| 4.3 Subject to an injunction, judgment, decree or permanent order of any state or federal court entered within the seven-year period immediately preceding the signing of this certificate, involving any of the following: <br> a. The violation of fraud or registration provisions of the securities laws of that jurisdiction; <br> b. The violation of the consumer fraud laws of that jurisdiction; <br> c. The violation of the antitrust or restraint of trade laws of that jurisdiction? | ☐ Yes | ☒ No |
| 4.4 If any of the answers to numbers 4.1, 4.2, or 4.3 are YES, you **MUST** complete and attach a Certificate of Disclosure Felony/Judgment Attachment form C004. | | |

### 5. BANKRUPTCY QUESTION:

| | | | |
|---|---|---|---|
| 5.1 | Has any person (a) who is currently an officer, director, trustee, incorporator, or (b) who controls or holds over twenty per cent of the issued and outstanding common shares or twenty per cent of any other proprietary, beneficial or membership interest in the corporation, served in any such capacity or held a twenty per cent interest in **any other corporation** (not the one filing this Certificate) on the bankruptcy or receivership **of the other corporation?** | ☐ Yes | ☒ No |
| 5.2 | If the answer to number 5.1 is YES, you MUST complete and attach a Certificate of Disclosure Bankruptcy Attachment form C005. | | |

**IMPORTANT:** If within 60 days of the delivery of this Certificate to the A.C.C. any person not included in this Certificate becomes an officer, director, trustee or person controlling or holding over ten per cent of the issued and outstanding shares or ten per cent of any other proprietary, beneficial or membership interest in the corporation, the corporation must submit a SUPPLEMENTAL Certificate providing information about that person, signed by all incorporators or by a duly elected and authorized officer.

### SIGNATURE REQUIREMENTS:

| | |
|---|---|
| Initial Certificate of Disclosure: | This Certificate must be signed by all Incorporators. If more space is needed, complete and attach an Incorporator Attachment form C084. |
| Foreign corporations: | This Certificate may be signed by a duly authorized officer or by the Chairman of the Board of Directors. |
| Credit Unions and Loan Companies: | This Certificate must be signed by any 2 officers or directors. |

Brian E. Mueller
**Name**

3300 W Camelback Rd
**Address 1**

**Address 2**

Phoenix | AZ | 85017
**City** | **State** | **Zip**

UNITED STATES
**Country**

**Name**

**Address 1**

**Address 2**

**City** | **State** | **Zip**
**Country**

**SIGNATURE – see Instructions C003I:**

By typing or entering my name and checking the box marked "I accept" below, I acknowledge *under penalty of perjury* that this document together with any attachments is submitted in compliance with Arizona law.

☒ I ACCEPT

*[signature: B. Mueller]*

**Signature**

Brian E. Mueller          11/20/2014
**Printed Name**                **Date**

**REQUIRED – check only one:**

- ☒ **Incorporator** – I am an Incorporator of the corporation submitting this Certificate.
- ☐ **Officer** – I am an officer of the corporation submitting this Certificate
- ☐ **Chairman of the Board of Directors** – I am the Chairman of the Board of Directors of the corporation submitting this Certificate.
- ☐ **Director** – I am a Director of the credit union or loan company submitting this Certificate.

**SIGNATURE – see Instructions C003I:**

By typing or entering my name and checking the box marked "I accept" below, I acknowledge *under penalty of perjury* that this document together with any attachments is submitted in compliance with Arizona law.

☐ I ACCEPT

**Signature**

**Printed Name**                **Date**

**REQUIRED – check only one:**

- ☐ **Incorporator** – I am an incorporator of the corporation submitting this Certificate.
- ☐ **Officer** – I am an officer of the corporation submitting this Certificate
- ☐ **Chairman of the Board of Directors** – I am the Chairman of the Board of Directors of the corporation submitting this Certificate.
- ☐ **Director** – I am a Director of the credit union or loan company submitting this Certificate.

| | |
|---|---|
| Filing Fee: None<br>All fees are nonrefundable – see Instructions. | Mail: Arizona Corporation Commission - Corporate Filings Section<br>1300 W. Washington St., Phoenix, Arizona 85007<br>Fax: 602-542-4100 |

Please be advised that A.C.C. forms reflect only the minimum provisions required by statute. You should seek private legal counsel for those matters that may pertain to the individual needs of your business.
All documents filed with the Arizona Corporation Commission are public record and are open for public inspection.
If you have questions after reading the Instructions, please call 602-542-3026 or (within Arizona only) 800-345-5819.

C003.001
Rev. 2010

Arizona Corporation Commission – Corporations Division
Page 2 of 2

AR-F-0073

MINUTES OF A MEETING
OF THE BOARD OF DIRECTORS OF
GAZELLE UNIVERSITY

JANUARY 6, 2015

A meeting of the Board of Directors (the "*Board*") of Gazelle University, an Arizona non-profit corporation (the "*Corporation*"), was held on January 6, 2015, pursuant to notice duly given, via teleconference. Brian Mueller, Dr. Jim Rice, Dr. Fred Miller, Will Gonzalez, and Don Andorfer, constituting all of the members of the Board, were present.

Also in attendance was Stan Meyer, Dan Bachus, and Brian Roberts. Mr. Mueller acted as Chairman of the meeting and Mr. Roberts served as Recording Secretary of the meeting.

**ORGANIZATIONAL MATTERS**

The Board began the meeting by discussing and reviewing various organizational matters relating to the establishment and governance of the Corporation. Following a review and discussion regarding various resolutions and organizational documents delivered to the Board in advance of the Meeting, the Board, upon a motion duly made and seconded, unanimously adopted, authorized and approved the following resolutions:

**Incorporation**

WHEREAS, the original articles of incorporation of the Corporation were filed with the Arizona Corporation Commission on the 20th day of November, 2014, and

NOW, THEREFORE, BE IT RESOLVED, that all actions heretofore taken on behalf of the Corporation by the Incorporator be, and they hereby are, ratified and affirmed; and

RESOLVED FURTHER, that a certified copy of the articles of incorporation be inserted by the Secretary of the Corporation in the minute book of the Corporation and kept at the principal office for the transaction of business of the Corporation.

**Agent for Service of Process**

RESOLVED, that Corporation Service Company, named as the initial agent for service of process in the Articles of Incorporation of the Corporation, is named as the Corporation's agent for service of process.

### Adoption of Bylaws

WHEREAS, it is deemed to be in the best interest of the Corporation that bylaws be adopted.

NOW, THEREFORE, BE IT RESOLVED, that the form of Bylaws attached hereto as <u>Exhibit A</u> be, and they hereby are, adopted as the Bylaws of the Corporation.

RESOLVED FURTHER, that the Secretary of the Corporation be, and hereby is, authorized and directed to execute a certificate as to the adoption of the Bylaws by these resolutions, to affix such certificate immediately following the last page thereof and to cause said Bylaws, together with such certificate, to be placed in the minute book of the Corporation; and

RESOLVED FURTHER, that the Secretary of the Corporation be, and hereby is, authorized and directed to cause a true and complete copy of said Bylaws, as amended from time to time, as now or hereafter in effect, similarly certified, to be kept at the principal office of the Corporation in Arizona.

### Election of Officers

Brian E. Mueller is hereby elected to serve as the President, Provost, CFO and Secretary until such time as such individual resigns or is replaced by a duly authorized action of the Board.

### Payment of Incorporation Expenses

RESOLVED, that each of the officers of the Corporation is authorized and directed to cause the Corporation to pay the expenses of its incorporation and organization.

### Establishment of Bank Accounts

RESOLVED, that any officer of the Corporation is authorized to:

a) Designate one or more banks, trust companies or other similar institutions as a depository of the funds, including, without limitation, cash and cash equivalents, of the Corporation;

b) Open, keep, and close general and special bank accounts, including general deposit accounts, payroll accounts, and working fund accounts, with any such depository;

c) Cause to be deposited in accounts with any such depository, such funds, including, without limitation, cash and cash equivalents, of the Corporation as such officers deem necessary or advisable, and to designate or change the designation of the officer or officers and agent or agents of the Corporation who will be authorized to make such deposits and to endorse checks, drafts, or other instruments for such deposits;

2

d) From time to time designate or change the designation of the officer or officers and agent or agents of the Corporation who will be authorized to sign or countersign checks, drafts or other orders for the payment of money issued in the name of the Corporation against any funds deposited in any of such accounts, and to revoke any such designation;

e) Authorize the use of facsimile signatures for the signing or countersigning of checks, drafts, or other orders for the payment of money, and to enter into such agreements as banks and trust companies customarily require as a condition for permitting the use of facsimile signatures;

f) Make such general and special rules and regulations with respect to such accounts as they may deem necessary or advisable; and

g) Complete, execute and/or certify any customary printed bank signature card forms to exercise the authority granted by this resolution.

RESOLVED FURTHER, that any form resolutions required by any such depository, which relate to the establishment of such accounts and the authorization of signatories with respect thereto and substantially incorporate the authorizations contained in these resolutions, are adopted and approved; and

RESOLVED FURTHER, that any such depository is entitled to rely on these resolutions, if they are certified by an officer of the Corporation, for all purposes until it shall have received written notice of the revocation or amendment of these resolutions by the Board.

### Exemptions from Federal and State Taxes

RESOLVED, that each of the officers of the Corporation is authorized to consult with legal counsel to ascertain the availability of exemptions from taxation under federal and state tax codes and, if such exemptions are available, the officers of the Corporation are, and each hereby is, authorized and directed to execute and file all necessary applications for exemptions from such taxes with the appropriate state and federal tax authorities, and to pay the necessary filing fees.

### Other Filings

RESOLVED, that each of the officers of the Corporation is authorized and directed to make such filings and applications, to execute and deliver such documents and instruments, and to do such acts and things as such officer deems necessary in order to obtain such licenses, authorizations and permits as are necessary or desirable for the Corporation's business, to fulfill such legal requirements as are applicable to the Corporation or its business or to complete the organization of the Corporation.

3

### Principal Office

RESOLVED, that the principal office for the transaction of business of the corporation shall be at 3300 W. Camelback Rd., Phoenix, Arizona 85017.

### Adoption of Accounting Year

WHEREAS, the adoption of an accounting year for the Corporation is deemed advisable.

NOW, THEREFORE, BE IT RESOLVED, that the first accounting year of the Corporation be, and it hereby is, fixed from the date of incorporation to June 30, 2015, and thereafter the accounting year of the Corporation is to end on June 30 of each year.

### Employer Identification Number Application

WHEREAS, it is deemed to be in the best interests of the Corporation that the Corporation apply for and obtain any necessary employer identification number with the Internal Revenue Service ("IRS") and any other identification numbers, permits or licenses required by law or deemed necessary or advisable.

NOW, THEREFORE, BE IT RESOLVED, that the officers of the Corporation be, and each of them hereby is, authorized, directed and empowered to prepare and file, or cause to be prepared and filed, appropriate applications to obtain an employer identification number with the IRS and any other identification numbers, permits or licenses required by law or deemed necessary or advisable for the conduct of the business of the Corporation; and

RESOLVED FURTHER, that such specific resolutions as may be required to have been adopted by the Board in connection with any of the actions authorized or permitted by the foregoing resolutions by any of the jurisdictions in which such actions are taken or applications filed be and the same hereby are adopted, and the Secretary or Assistant Secretary of the Corporation is hereby authorized to certify as to the adoption of any and all such resolutions.

### Qualification as Foreign Corporation

WHEREAS, the Company may, from time to time, transact business in other states and therefore will be required to qualify to transact business as a foreign corporation in such states.

RESOLVED, that the officers of the Company, and any of them, are each hereby authorized and directed to take all other necessary or appropriate actions, including the execution and filing of