

```
OGDEN  UT  84201-0029                In reply refer to: 4077967774
                                     Aug. 31, 2018  LTR 4168C   0
                                       47-2507725     000000  00
                                                             00023792
                                                         BODC: TE
```

GRAND CANYON UNIVERSITY
3300 W CAMELBACK RD
PHOENIX  AZ  85017-3030



011517

```
   Employer ID number:  47-2507725
    Form 990 required:  Yes
```

Dear Taxpayer:

We're responding to your request dated July 17, 2018, about your tax-exempt status.

We issued you a determination letter in November 2015, recognizing you as tax-exempt under Internal Revenue Code (IRC) Section 501(c)(3).

We also show you're not a private foundation as defined under IRC Section 509(a) because you're described in IRC Sections 509(a)(1) and 170(b)(1)(A)(ii).

Donors can deduct contributions they make to you as provided in IRC Section 170. You're also qualified to receive tax deductible bequests, legacies, devises, transfers, or gifts under IRC Sections 2055, 2106, and 2522.

In the heading of this letter, we indicated whether you must file an annual information return. If you're required to file a return, you must file one of the following by the 15th day of the 5th month after the end of your annual accounting period:

- Form 990, Return of Organization Exempt From Income Tax
- Form 990EZ, Short Form Return of Organization Exempt From Income Tax
- Form 990-N, Electronic Notice (e-Postcard) for Tax-Exempt Organizations Not Required to File Form 990 or Form 990-EZ
- Form 990-PF, Return of Private Foundation or Section 4947(a)(1) Trust Treated as Private Foundation

According to IRC Section 6033(j), if you don't file a required annual information return or notice for 3 consecutive years, we'll revoke your tax-exempt status on the due date of the 3rd required return or notice.

You can get IRS forms or publications you need from our website at www.irs.gov/forms-pubs or by calling 800-TAX-FORM (800-829-3676).

If you have questions, call 877-829-5500 between 8 a.m. and 5 p.m.,

AR-F-0612

```
                                                            4077967774
                                        Aug. 31, 2018  LTR 4168C    0
                                        47-2507725     000000  00
                                                              00023793
```

GRAND CANYON UNIVERSITY
3300 W CAMELBACK RD
PHOENIX  AZ  85017-3030

local time, Monday through Friday (Alaska and Hawaii follow Pacific time).

Thank you for your cooperation.

                                        Sincerely yours,

                                        *Stephen A. Martin* (signature)

                                        Stephen A. Martin
                                        Director, EO Rulings & Agreements