

GUIDELINES

# Shared Services Arrangements

Guidelines for Institutions and Peer Reviewers

## Introduction

The following information provides guidance to institutions and peer reviewers in determining and evaluating shared services arrangements involving institutions accredited by HLC. These guidelines explain the Criteria for Accreditation that will be primarily considered when shared services arrangements are evaluated. These guidelines were endorsed by HLC's Board of Trustees in November 2017.

In addition, the following information provides an overview of the review process for applications for Change of Control, Structure or Organization that include a shared services arrangement. Institutions should review HLC's policy INST.B.20.040, Change of Control Structure, or Organization, and the Change of Control, Structure or Organization Procedure.

Note: HLC's processes regarding the outsourcing of academics are addressed in HLC's Substantive Change processes regarding contractual and consortial arrangements. More information is available at hlcommission.org/change.

## Background of Shared Services Arrangements Subject to HLC Oversight

HLC adopted the policy on Change of Control, Structure or Organization in June 2009. This policy establishes that HLC oversight extends beyond transactions involving a merger or transfer of assets to other transactions that affect the structure or function of an institution, and that such transactions may require HLC approval. This policy also applies to certain transactions involving a shared services arrangement that require HLC approval.

A shared services relationship is a type of arrangement, typically governed by an agreement or contract, that seeks to shift certain operating functions and/or services of an institution of higher education, to another entity. That other entity may be a corporation legally affiliated with, or related to, the accredited institution, or the entity may be independent. A shared services arrangement, in certain instances, may be considered a form of outsourcing and need not be reciprocal. Shared services relationships may occur through a variety of different arrangements.

The **formation** or **renewal** of the following shared services arrangements must be reported to HLC, and some arrangements may require formal approval through HLC's Change of Control, Structure or Organization procedure. (Note: This procedure is being separately updated to reflect this guidance.) Effective November 3, 2017, an institution is expected to report to HLC that it intends to initiate or renew such a relationship, and should provide documentation as outlined in the Change of Control, Structure or Organization procedure (the institution must submit an executable version of the services agreement). HLC will review the submission to determine whether the proposed relationship affects the organization or functionality of the institution such that it requires a full review and approval under HLC's Change of Control, Structure or Organization policy.

Audience: Institutions and Peer Reviewers
Official HLC Guidelines
Published: November 2017 © Higher Learning Commission

Process: Change of Control, Structure or Organization
Contact: legalaffairs@hlcommission.org
Page 1

AR-G-0001