

230 South LaSalle Street, Suite 7-500
Chicago, IL 60604-1411
312.263.0456 | 800.621.7440
Fax: 312.263.7462 | hlcommission.org

January 24, 2018


VIA ELECTRONIC MAIL

Brian Mueller, President
Grand Canyon University
3300 W. Camelback Rd.
Phoenix, AZ 85017

Dear President Mueller:

Enclosed is the *Summary Report* ("the Report") for the Change of Control, Structure or Organization review, as requested by Grand Canyon University ("the University" or "the institution"). Under Higher Learning Commission ("HLC" or "the Commission") policy, the University should review the Report and prepare a written response, which should also clearly identify any errors of fact contained in the Report. The University must prepare and submit its response to the Commission, in accordance with the enclosed *Document and Submission Guidelines,* no later than **February 7, 2018**. A lack of response shall be interpreted as the University concurring with the findings presented in the Report.

The Commission's Board of Trustees ("the Board") makes the decision of whether to approve the extension of accreditation after the proposed transaction takes place. The institution's application for Change of Control, Structure, or Organization will be placed on the Board's agenda for the February 2018 meeting, pending receipt of the Final Determination from the U.S. Department of Education, as noted in the Report. The Board will receive the following information in preparation for its decision: the *Summary Report*, the institution's response to the Report (if any), and the University's application for Change of Control, Structure, or Organization. The University's historical file with the Commission, including: any previous team reports, institutional responses, action letters, and other related documents, will also be made available to the Board.

Please note that under Commission policy, the *Summary Report* does not contain a recommendation to the Board. The Board has the following decision options available, as it does with all applications for Change of Control, Structure, or Organization: to approve the extension of accreditation following the consummation of the transaction; to approve the extension of accreditation subject to certain conditions, as determined necessary by the Board; to deny the extension of accreditation following the transaction; or to approve the extension of accreditation following the transaction subject to a period of candidacy. The University should take the Board's options into consideration when preparing its response.

Thank you for your cooperation throughout this process.  If you have additional questions, please contact your HLC Staff Liaison, Dr. Linnea Stenson.

President Mueller, January 24, 2018      2

Sincerely,

Robert Rucker
Research and Advocacy Coordinator for Legal and Governmental Affairs


Enc:    Document and Submission Guidelines
        Summary Report

Cc:     Jennifer Lech, Senior Vice President of Academic Affairs and University Registrar, Grand
            Canyon University
        Sam Kerr, Adjunct Staff, Higher Learning Commission
        Linnea A. Stenson, Vice President for Accreditation Relations and Director of the AQIP
            Pathway, Higher Learning Commission



230 South LaSalle Street, Suite 7-500
Chicago, IL 60604-1411
312.263.0456 | 800.621.7440
Fax: 312.263.7462 | hlcommission.org

# Document and Submission Guidelines
## for Legal and Governmental Affairs

## Document Guidelines

All documents must be submitted in PDF format. Unless otherwise instructed, all documents within the submission should be individually bookmarked and named. The submission should also be indexed, made searchable, and should include internal links across the individual documents, as needed.

Documents should not contain links to **external** websites or files.

## Document Submission

Institutions should submit all materials electronically. Do not submit hard copies of materials or provide a separate email containing the materials to HLC unless directed to do so by HLC.

Upload the file to: https://www.hightail.com/u/HLC-LGA

In the subject line, please include the institution name and the subject of the item being uploaded (e.g., "Neverland University - Change of Control Application" or "Neverland University - Notice Report").

After selecting submit, allow the file to finish uploading before closing the browser window. The system will provide confirmation that the file uploaded and was sent to HLC. Staff will provide a separate acknowledgement  of receipt of the file upon request.

### SUMMARY REPORT TO THE BOARD OF TRUSTEES FOR CHANGE OF CONTROL, STRUCTURE OR ORGANIZATION AS REQUESTED BY GRAND CANYON UNIVERSITY

### January 23, 2018

### Explanation

### *Involved Parties*

**Party One:**     **Grand Canyon University**

Grand Canyon University ("GCU", "the University", or "the institution") is a private, Doctorate-level institution of higher education owned by Grand Canyon Education, Inc., which, as noted below, is a publicly traded corporation. On its website, GCU describes itself as a "regionally accredited, private Christian University."

As reported in GCU's most Institutional Update to HLC, GCU offers Associate's degrees in six program areas; Bachelor's degrees in 62 program areas; and Master's degrees in 43 program areas; these program areas are generally in the disciplines of business, education, liberal arts, and healthcare. GCU also offers doctoral programs in six program areas, including Business Administration (D.B.A.); Organizational Leadership (Ed.D.); and General Psychology (Ph.D.).

GCU has a main campus in Phoenix and 27 additional locations throughout Arizona where most of its degree and diploma programs are available. The University also has one additional location in Albuquerque, New Mexico. It does not have a branch campus. The University is approved for the Notification Program for Additional Locations. In addition, it has been approved for distance education courses and program. It has not been approved for correspondence education. It currently offers more than 100 of its degree programs in an on-line format.

GCU's reported enrollment on May 5, 2017, to the Commission in its Institutional Update, was 75,032 students, of which 14,542 were full-time and 30,953 were part-time undergraduates. Fall 2017 total enrollment is over 89,000 students. GCU was originally accredited as Grand Canyon College in 1968; it was acquired by private investors and converted to a private, for-profit institution in 2004. GCU's last Reaffirmation of Accreditation occurred in 2016-17. The institution is on the Standard Pathway.

**Party Two:**     **Grand Canyon Education, Inc.**

Grand Canyon Education ("GCE") is a Delaware Corporation and successor to Significant Education, which acquired the assets of Grand Canyon College in 2004. Grand Canyon University is a trade name for GCE. GCE is registered and authorized to do business in the State of Arizona and is in good standing. GCE became publicly traded on the Nasdaq in 2008 under the abbreviation LOPE; it is currently trading at approximately $91.65 per share with a 52-week high of $96.15 per share.

1

**Party Three:**     **Gazelle University**

Gazelle University ("Gazelle") is a private, non-profit corporation that has been incorporated in the State of Arizona and is an educational institution exempt from Federal taxation pursuant to Section 509(a)(1) of the Internal Revenue Code and eligible to receive tax-deductible contributions pursuant to Section 501(c)(3) of the Internal Revenue Code. Under Arizona law, the control and governance of Gazelle University's affairs and disposition of its funds are vested in its Board of Trustees. The transaction would not lead to any changes in the legal status or the governing documents of Gazelle, except that, upon closing, Gazelle would change its name to "Grand Canyon University" ("New GCU").

**Members of the Staff Conducting the Review**
*HLC Staff*
Samuel D. Kerr, Adjunct Staff
Linnea A. Stenson, Vice President for Accreditation Relations and Director of the AQIP
    Pathway

## Proposed Transaction

*Overview*

The Board of Trustees of Grand Canyon University and the Board of Directors of Grand Canyon Education, Inc., (which is the Delaware corporation within which the University is operated) have proposed to seek approval to reestablish the University as a traditional private, non-profit university by, in essence, "re-converting" from a for-profit school to a not-for-profit one. The University believes that the conversion would, among other things, enhance the value of a Grand Canyon University degree for both its current students and alumni and enhance the academic and intercollegiate and other activities available to its students, while, at the same time, solidifying and securing the institution's status and legacy as Arizona's (and the Southwest's) leading private institution for generations to come.

To effectuate the conversion, GCE ("the Seller" within the transaction) proposes to sell certain tangible and intangible assets to a new not-for-profit Arizona corporation named Gazelle University (which, as stated above, will become "New Grand Canyon University" or "New GCU" post transaction and is the "Buyer" within the transaction). These assets include: the institution's campus and related real property; certain personal property of the Seller including furniture, equipment, instruments, and other similar items; course content, syllabi and related intellectual property rights to materials and content used in the academic programs offered currently by GCU; records and contracts pertaining or related to the operation of GCU; all current rights of GCU to permits, franchises, approvals and licenses including accreditation; and certain other intellectual property including the name "Grand Canyon University" and trademarks, logos, licensing rights, and related intellectual property. The Asset Purchase Agreement identifies these assets as the "School Assets." The Buyer will also assume certain liabilities related to the ongoing operations of GCU. The Seller will retain certain assets, known in the purchase agreement as the "Service Assets," as well as certain liabilities, including liabilities related to taxes incurred prior to the closing date of the asset purchase, any indebtedness of Seller for money previously borrowed, and other related liabilities.

In exchange for these assets, Gazelle will pay a purchase price for the tangible assets of approximately $800 million consisting of the campus purchase price for the real estate and the remaining purchase price for the other non-campus School Assets. GCE and Gazelle had valuations performed by an independent appraiser to determine the fair market value and, thus, the purchase price of these assets. Gazelle will pay $1 for the intangible assets listed in the APA. GCE will remain in business after the transaction and will continue operating as a publicly-traded company. After the transaction, Gazelle will assume the operations of Grand Canyon University ("New GCU").

As noted, GCE will continue as a for-profit, publicly traded company. The company will perform, subject to and as outlined in a Master Services Agreement ("MSA"), various services for New GCU related to marketing, enrollment management, student counseling, document intake, curriculum design and development, accounting, human resources, technology, business analytics and other functions. It is anticipated that the relationship between the two corporations will be exclusive in that GCE will not be performing these services for any other educational entity, and New GCU will not contract for these services from any other educational service provider. While the Master Services Agreement ("MSA") provides GCE the ability to provide services to other educational entities after the first year of the MSA, although as previously reported by the GCU administration, it is not the intention of GCE to provide these services immediately to any other school. However, GCE has not ruled out the possibility that GCE will entertain that possibility in the future. Also, through the terms of the Master Services Agreement, New GCU can terminate the MSA agreement and contract with other educational service providers for these services if GCE is in breach of the MSA or at the end of the term of the agreement.

The MSA also outlines other key provisions of the relationship between New GCU and GCE. The MSA is a fifteen-year agreement unless otherwise agreed to by both parties; after the initial fifteen-year time period the MSA automatically renews for successive five-year periods unless either party moves to notify the other party of non-renewal. The agreement can only be terminated by either party for material breach or default after an opportunity to cure any breach. For services provided by GCE, New GCU will pay a fee to GCE, as a percentage of GCU's Adjusted Gross Revenue based on monthly reports of enrolled students and revenues. The MSA further provides for non-exclusive, non-transferable cross-licensing of intellectual property of each party necessary to facilitate the arrangement.

### *History Leading to the Transaction*

As previously noted, GCU was historically a small faith-based college. In the years before its conversion to a for-profit college in 2004 and transition to a publicly traded corporation in 2008, the college struggled financially. Since its conversion and subsequent IPO, the institution has been financially stable and has experienced regular increases in enrollment. Even in recent years when many for-profit colleges have seen enrollment decreases, decreased valuations, and declining stock prices (for publicly traded institutions), GCU has remained relatively impervious to these challenges.

Through 2015-2106, GCU sought to sell certain of its assets to a new non-profit entity formed for that purpose, which would have allowed the "new" university to become a not-for-profit institution. At that time, GCU came through the Higher Learning Commission's Change of Control, Structure or Organization process in February 2016, but HLC did not have clear guidelines to allow for a separate school and service corporation model. In November 2017, however, the HLC Board of Trustees endorsed new guidelines for shared services arrangements. These guidelines allow for a broader understanding of acceptable models for institutions to utilize for their operations and provide more clearly expectations for the specific Core Components that will have primary consideration for these arrangements. The HLC Board of Trustees also provided a broad outline of the quality assurance expectations for these shared services arrangements.

In response to these clarifications, the institution updated its original application in December 2017 and resubmitted that application for HLC consideration.

**State/Federal Review of the Proposed Transaction**

There is evidence that GCU notified the Arizona State Board for Private Postsecondary Education ("AZPPSE") of the impending transaction. According to the institution, AZPPSE will process any documentation in connection with the transaction pursuant to its rules and procedures, following action by HLC. Therefore, state pre-approval of the transaction is not required.

The University is also a participant in the National Council for State Authorization Reciprocity Agreements ("SARA"). Following the transaction, the University will secure approvals to continue its authorization.

GCU provided correspondence from the U.S. Internal Revenue Service confirming approval of the 501(c)(3) status of the new non-profit entity ("Gazelle University").

GCU submitted a pre-acquisition packet to the U.S. Department of Education on January 18, 2018, regarding this transaction. At the time of this report, HLC has not received a copy of the determination letter from the Department.

**Commission Review of the Transaction**

Grand Canyon University previously submitted an application for Change of Control, Structure or Organization, which was denied by the Higher Learning Commission Board of Trustees in February 2016. In response to the new guidelines endorsed by the HLC Board of Trustees, GCU has updated and resubmitted their application. For the original Change of Control, Structure or Organization review, HLC sent two peer reviewers, along with Dr. Linnea A. Stenson, Vice President for Accreditation Relation, and Karen Solinski, Executive Vice President for Legal and Governmental Affairs, on a fact-finding visit.

GCU also hosted its site visit related to its comprehensive evaluation for Reaffirmation of Accreditation in November 2016. In February 2017, the University received an Action letter

reaffirming its accreditation based on review of the team report by the Institutional Actions Council. Because of the proximity of these two in-depth visits, it was determined that another fact-finding visit for this application was unnecessary, and that the application, along with any additional contact by telephone, would be sufficient for review of this updated application.

**Analysis of the Approval Factors**

**1. Extension of the mission, educational programs, student body, and faculty that were in place when the Commission last conducted an on-site evaluation of the affiliated institution:**

- *Mission*: GCU's mission is as follows:

  > *Grand Canyon University prepares learners to become global citizens, critical thinkers, effective communicators, and responsible leaders by providing academically challenging, values-based curriculum from the context of our Christian heritage.*

  GCU notes in its application for Change of Control, Structure or Organization ("the Application") that the institution plans no changes in its mission, even though it may "update this Mission Statement from time to time as appropriate." The nature of the transaction is not such that changes in its mission are likely even if no changes in the mission statement are planned. The focus on STEM programs and enrollments, however, may effectively shift the mission. (See additional comments regarding student body below.)

- *Educational Programs*:

  GCU currently offers Bachelor's degrees in 62 program areas; and Master's degrees in 43 program areas. These program areas are generally in the disciplines of business, education, liberal arts, and health care. The institution also offers the Associate's and Doctorate degrees in limited disciplines. GCU has no plans to cut back on its current academic programming subsequent to the closing of the transaction nor would such cutbacks seem to be likely as a result of the transaction. GCU developed its current academic plans over the past few years and not specifically in conjunction with the transaction.

- *Student Body:*

  GCU reports in the application that as of Fall 2017, it has approximately 89,000 students with the majority of students, 70,000, enrolled on-line. In the application, the institution indicated that it planned for approximately 24,000 students on-ground by 2020 with 86,000 students on-line, which reflects a significant increase over 2017 enrollment. This is premised on GCU's belief that a not-for-profit university (in combination with its religious foundation) may attract more students than a for-profit university. The institution has a good track record of meeting its enrollment projections in the past and is likely to continue to meet them in the future.

AR-G-0017

It is not clear how selectivity of admissions will affect enrollment. GCU has historically not been a selective institution; however, its selectivity increased in 2015 as its acceptance rate decreased from 96% in 2014 to 85% in 2015. GCU has invested significantly in STEM programs, co-curricular activities, and related initiatives. Given that nearly half of the students currently enrolled are in STEM programs, with plans to increase that number to over 70% studying in STEM (as well as business) fields over the next five years, GCU may need a more careful evaluation of applicants, which could result in a more selective admission process. If GCU does become more selective, reaching these aggressive enrollment goals may become much more challenging. It may not be possible to become a more selective institution while anticipating the enrollment increases noted above, and the institution may at some point some need to reconcile its enrollment goals with other goals it has for increased selectivity and focus on STEM.

•*Faculty*:

GCU reports in its May 2017 Institutional Update that it has 353 full time faculty (on ground and online) and 4,430 part-time faculty. At the time of its original application, GCU stated that it planned to increase full-time faculty so that more students experience full-time faculty. At that time, GCU presented no specific detailed hiring plan for hiring specific numbers of faculty members, full-time or adjunct, as enrollment increases over the next five years.

During the visit related to the University's 2016 application, team interviews with faculty members noted limited faculty participation in establishing specific goals or plans for increased faculty hiring to meet enrollment goals. While the desire to remove the burden of "operational detail" from faculty through a robust academic operation infrastructure is compelling, strong governance structures may require that faculty take a more active role in some of these areas. The comprehensive review team report from 2017 clearly noted that faculty are responsible for academic matters (developing courses and programs) and that faculty work with instructional designers and use assessment data to revise curriculum and instruction.

As previously noted, plans to enhance institutional research in STEM disciplines and seek grant funding will require a core of faculty members with strong backgrounds in an institution with deep experience conducting research. While it is clear that such enhancing STEM field activities are consistent with GCU's mission and is addressed in its Strategic Plan, it did not appear at the time of the initial submission that GCU had such a faculty core that has strong previous experience at an R-1 or R-2 institution and it is unclear if any plans or progress has been made in this regard.

Nevertheless, there continues to appear to be good continuity in mission, academic programs, student enrollment, and faculty that will exist after the transaction takes place. However, as noted, some of the institution's plans may need revision going forward to assure that plans for enrollment, programs, and faculty are coherent.

**2. The ongoing continuation and maintenance of the institution historically affiliated with**

**the Commission with regard to its mission, objectives, outreach, scope, structure and related factors:**

With respect to the mission, as previously noted, "New GCU" will maintain the historic mission, principles, and objectives of GCU. With respect to marketing and institutional outreach to students and the community, the updated application notes that the change to not-for-profit status will provide enhanced opportunities students and families who prefer a nonprofit environment for their higher education experience; increased ability to apply for and receive grants; alleviate tax burdens and provide increased ability to receive funds for endowments; allow increased ability for students to participate in additional forms of financial aid; and allow GCU to have full voting member status in the NCAA. Thus, institutional representatives believe that the change will likely provide positive benefits for their outreach efforts.

While the University understands these possibilities by gaining not-for-profit status, GCU does not expect to shift its marketing plan in any significant manner. It does have a strong position in the community because of its tuition rate and other distinctive characteristics (e.g., its weekly Chapel services).

With respect to its structure, New GCU will be structured somewhat differently from the current institution in that it will no longer have shareholders nor will it conduct certain functions such as enrollment, marketing, counseling, and other tasks that will be performed by GCE as a services corporation. Its administrative structure and the governance structure of the Board of Directors will be very similar to its structures currently. While the updated application indicates that there should be little to no change in overall operations, GCU does plan to operate as a private, nonprofit university and should consider what that will mean to its institutional identity going forward (as discussed more fully below).

**3. Substantial likelihood that the institution, including the revised governance and management structure of the institution, will continue to meet the Commission's Eligibility Requirements and Criteria for Accreditation:**

**Assessment of Compliance with Eligibility Requirements after the Transaction**

**1. Jurisdiction of the Commission**
***The institution falls within the Commission's jurisdiction as defined in the Commission's Bylaws (Article III). The Commission extends accreditation and candidacy for accreditation to higher education institutions that are 1) incorporated in Arizona, Arkansas, Colorado, Illinois, Indiana, Iowa, Kansas, Michigan, Minnesota, Missouri, Nebraska, New Mexico, North Dakota, Ohio, Oklahoma, South Dakota, West Virginia, Wisconsin, and Wyoming, or operating under federal authority within these states, and 2) have substantial presence, as defined in Commission policy, within these states.***

GCU is a private, for-profit institution incorporated as GCE in the state of Delaware with its main campus located in Phoenix, Arizona. Following the consummation of the proposed transaction, New GCU will be incorporated in Arizona and will maintain its

main campus in Phoenix, Arizona. Therefore, New GCU will continue to fall within the jurisdiction of HLC.

This Eligibility Requirement will continue to be met after the transaction.

## 2. Legal Status
***The institution is appropriately authorized in each of the states, sovereign nations, or jurisdictions in which it operates to award degrees, offer educational programs, or conduct activities as an institution of higher education.  At least one of these jurisdictions must be in the HLC region.***

GCU is currently authorized by the Arizona State Board for Private Postsecondary Education ("AZPPSE"). The University provided evidence that it has notified AZPPSE regarding the change of ownership following that agency's requirements and that AZPPSE will not conduct a pre-transaction review process. If the application is approved by HLC, AZPPSE will conduct a review at that time.

The University is also a participant in the National Council for State Authorization Reciprocity Agreements ("SARA"), and following the transaction, the University will secure approvals to continue its authorization.

It is anticipated that this Eligibility Requirement will continue to be Met after the transaction.

## 3.  Governing Board
***The institution has an independent governing board that possesses and exercises the necessary legal power to establish and review the basic policies that govern the institution.***

Following the consummation of the transaction, Gazelle will acquire certain assets of GCE related to the provision of academic courses and programs. The current Board of Trustees of GCU will become the governing board of Gazelle and ultimately the governing board of the New GCU. Thus, after the transaction it will become the legally empowered governing board anticipated by this Eligibility Requirement. The Board will be self-perpetuating since it will select its own successors from nominations provided by a Board committee.

During the 2016 review of the proposed transaction, the Staff Summary Report noted the concerns were initially raised with respect to the scope of the authority of the Board of Trustees of New GCU to review and amend the Master Services Agreement (MSA) with GCE, to oversee the implementation of the arrangements with GCE, and to hire and fire the President of New GCU independent of GCE has not been definitively established.

In its updated materials in support of its revised application, GCU notes that the Board of Trustees participated in the negotiation and initial approval terms of the draft agreement (as it will be in effect on the date that it is signed). These actions were completed with the

assistance of outside corporate and regulatory counsel. As provided in the draft MSA, the Board of Trustees of New GCU will have the authority to review and amend the draft MSA. In fact, Section 18.2 of the draft MSA specifically provides that the parties will engage in additional negotiations to amend the MSA if the Board of Trustees of New GCU determines in good faith that the MSA may jeopardize the institution's accreditation, impair the institution's tax status, impair the institution's eligibility to participation in Title IV programs or if an amendment is otherwise required to comply with applicable law. Section 3.3 of the MSA also specifically allows the parties to delete or change Services via execution of a services addendum signed by both parties.

With respect to oversight of the MSA, Exhibit B contains a detailed description of the Services to be provided and also contains numerous instances where the Services to be performed are expressly subject to New GCU's oversight or authority. Finally, Section 5.4 of the MSA grants the Board of Trustees of New GCU the unilateral ability to audit GCE's performance under the MSA.

The Board of Trustees of New GCU will have appropriate authority over the President of New GCU. In that regard, Section 2 of the amended and restated bylaws of Gazelle (i.e., New GCU) grant authority to the Board of Trustees to hire and fire officers of the corporation, including the President of GCU. This authority is vested wholly in the Board of Trustees and is not limited in any fashion by the terms of the draft MSA or by the proposed transaction.

Further, all evidence submitted indicates that New GCU will otherwise have an independent governing board (i.e., the Board of Trustees) that possesses and exercises the necessary legal power to establish and review the basic policies that govern the institution.

Therefore, this Eligibility Requirement will continue to be Met after the transaction.

## 4.  Stability
*The institution demonstrates a history of stable operations and consistent control during the two years preceding the submission of the PIF.*

The evidence submitted indicates that the institution has continued to experience significant growth in enrollment and in academic programming. In addition, the institution has had stable operations and consistent control prior to submitting the updated application. Indications are that this stability will continue after the transaction.

This Eligibility Requirement will continue to be Met after the transaction.

## 5. Mission Statement
*The institution has a statement of mission approved by its governing board and appropriate for a degree-granting institution of higher education. The mission defines the nature and purpose of the higher learning provided by the institution and the students for whom it is intended.*

GCU's mission is as follows:

> *Grand Canyon University prepares learners to become global citizens, critical thinkers, effective communicators, and responsible leaders by providing academically challenging, values-based curriculum from the context of our Christian heritage.*

It is anticipated that the current mission of GCU, as articulated, will remain in effect following the consummation of the transaction. The mission statement appropriately defines principles that a higher education institution provides. The institution has noted its aim to serve a diverse group of learners both in Arizona and more broadly across the United States, and this mission statement reflects that aim.

This Eligibility Requirement will continue to be Met after the transaction.

**6. Educational Programs**
*The institution has educational programs that are appropriate for an institution of higher education. The Commission may decline to evaluate an institution for status with the Commission if the institution's mission or educational programs fall outside areas in which the Commission has demonstrated expertise or lacks appropriate standards for meaningful review.*

*In appropriate proportion, the institution's programs are degree-granting and involve coursework provided by the institution, establishing the institution's commitment to degree-granting higher education.*

*The institution has clearly articulated learning goals for its academic programs and has strategies for assessment in place.*

*The institution:*
- *maintains a minimum requirement for general education for all of its undergraduate programs whether through a traditional practice of distributed curricula (15 semester credits for AAS degrees, 24 for AS or AA degrees, and 30 for bachelor's degrees) or through integrated, embedded, interdisciplinary, or other accepted models that demonstrate a minimum requirement equivalent to the distributed model. Any exceptions are explained and justified.*

- *has a program of general education that is grounded in a philosophy or framework developed by the institution or adopted from an established framework. It imparts common knowledge and intellectual concepts to students and develops skills and attitudes that the institution believes every college-educated person should possess. The institution clearly and publicly articulates the purposes, content and intended learning outcomes of its general education program.*

- *conforms to commonly accepted minimum program length: 60 semester credits for associate's degrees, 120 semester credits for bachelor's degrees, and 30 semester credits beyond the bachelor's for master's degrees. Any exception to these minima must be explained and justified.*

- *meets the federal requirements for credit ascription described in the Commission's Federal Compliance Program.*

As indicated above, GCU currently offers Associate's degrees in six program areas, Bachelor's degrees in 62 program areas, Master's degrees in 38 program areas and four doctoral programs (Doctor of Business Administration (D.B.A.), Doctor of Nursing Practice (D.N.P.), Doctor of Education in Organizational Leadership (Ed.D.), and a Doctor of Philosophy in General Psychology (Ph.D.). These program areas are generally in the disciplines of business, education, liberal arts, and health care. As noted, the updated materials supporting GCU's 2017 application indicate that the institution has no plans to cut any current academic programs subsequent to the closing of the transaction. The institution maintains a program review process that drives curricular changes and it appears that process will continue following consummation of the transaction.

This Eligibility Requirement will continue to be Met after the transaction.

## 7. Information to the Public
*The institution makes public its statements of mission, vision, and values; full descriptions of its program requirements; its requirements for admission both to the institution and to particular programs or majors; its policies on acceptance of transfer credit, including how credit is applied to degree requirements; clear and accurate information on all student costs, including tuition, fees, training and incidentals, and its policy on refunds; its policies regarding good standing, probation, and dismissal; all residency requirements; and grievance and complaint procedures.*

*The institution portrays clearly and accurately to the public its accreditation status with national, specialized, and professional accreditation agencies as well as with the Higher Learning Commission, including a clear distinction between Candidate or Accredited status and an intention to seek status.*

GCU provides information about its mission, vision, and values on its website and various print materials, including catalogs and handbooks. Also available on its website and catalogs is information about its academic programs, courses, and admissions requirements. The website also appears to contain complete information about tuition, fees, and related financial information. Institutional policies can be downloaded from the website. GCU provides accurate information to its students about its accreditation status with the Commission and specialized accrediting agencies. All evidence indicates that the institution will continue to disseminate information to students and the public through these avenues after the transaction.

This Eligibility Requirement will continue to be Met after the transaction.

**8. Financial Capacity**
*The institution has the financial base to support its operations and sustain them in the future. It demonstrates a record of responsible fiscal management, including appropriate debt levels.*

*The institution:*

- *has a prepared budget for the current year and the capacity to compare it with budgets and actual results of previous years; and*

- *undergoes external financial audit by a certified public accountant or a public audit agency. For private institutions the audit is annual; for public institutions it is at least every two years. (Institutions under federal control are exempted provided that they have other reliable information to document the institution's fiscal resources and management.)*

The documentation provided by the institution within its application indicates that it maintains sufficient fiscal resources to support its programs and services regardless of modality. The updated application and financial model shows that New GCU net revenue in FY18 will be approximately $1.1B with total operating expenses of approximately $900M. Net income will be approximately $22M. The financial model shows net income increasing significantly over the next 5 years.

Grand Canyon University's ("New GCU" post transaction) current business plan and financial model through FY2024 show strong financial positions. The business plan is not anticipated to be greatly impacted as a result of the transaction. In fact, the institution maintains that certain aspects of the business plan could be greatly enhanced from the transaction. In that regard, New CGU's revenues would be more than sufficient to fund its projected expenses including the fees due under the MSA, as well as interest payments that would be required to be made on the note (in connection with the purchase agreement). The institution also maintains that New GCU should have sufficient cash flow to fund the capital expenditures it continues to make to its ground campus to accommodate up to 28,500 (as projected in FY2024) and any other improvements it plans to continually make to its online infrastructure after the first two years post transaction. (This is why the parties have agreed that New Grand Canyon University can request Grand Canyon Education to fund its capital expenditures during the first three years following the closing of the transaction.)

In addition, as a non-profit entity, New GCU will see significant tax savings. The updated application materials note that in 2017, Grand Canyon University paid approximately $100 million in federal and state income taxes and property taxes. Post transaction, this amount will decrease, freeing up cash resources to fund additional initiatives. In addition, as a nonprofit university, New GCU will be eligible to receive federal and state government grants and tax-deductible contributions that over time could significantly enhance its existing business plan and financial model. New GCU will also be positioned

to build an endowment. The institution has indicated that it will pursue these opportunities post transaction.

Based on the foregoing, New GCU does not expect the increased debt load to change how it funds its academic and other operations.

It is reasonable to conclude that given the institution's record of good financial management in the past, it is likely that its basic financial capacity will continue, as anticipated by this Eligibility Requirement. Therefore, this Eligibility Requirement will continue to be Met after the transaction.

## 9. Administration
*The institution has a Chief Executive Officer appointed by its governing board.*

*The institution has governance and administrative structures that enable it to carry out its operations.*

Some concerns were raised during the 2016 review of the University's application in connection with the role of the president both as the senior executive of GCE and GCU. Brian Mueller, currently the Chief Executive Officer of Grand Canyon Education and the President of Grand Canyon University, will remain as Chief Executive Officer of Grand Canyon Education and would become the President of New Grand Canyon University following the transaction. GCE has indicated that the majority of the current management team at GCE would remain in their current positions. Based on their current positions and roles, the remaining employees would be allocated between New GCU and GCE depending upon their current job function.

The members of Grand Canyon University's existing institutional Board of Trustees, including Mr. Mueller, would become members of the Board of Trustees of New GCU upon the close of the transaction. Mr. Mueller would also remain as one of five members of the board of directors of Grand Canyon Education. Aside from Mr. Mueller, there would be no overlap between the Board of Trustees of New Grand Canyon University and the board of directors of Grand Canyon Education.

At the time of the 2016 HLC notification to the institution regarding its application, the HLC Board of Trustees had not yet addressed in its rules and policies any standards, applicable to its institutions with respect to the entering into and performing of shared serves arrangements, similar to Draft Master Services Agreement. GCU was informed, in a letter dated November 17, 2017, that at its meeting on November 2-3, 2017, the HLC Board of Trustees adopted new guidelines related to the determination and evaluation of shared services arrangements. The new guidelines apply to the examination and approval of the GCU's 2017 application for Change of Control, Structure, or Organization. In that regard, the new guidelines address a dual appointment by stating that "the institution may have overlapping senior executive leadership [with the service provider] who may have voting or non-voting positions on the institution's board. This arrangement is appropriate provided that a majority of the board of each organization is independent and decisions

with respect to the appointment, hiring and retention of any overlapping executives are made by a majority of the independent directors of each institution."

GCE's Board of Directors is comprised of five members, four of which are independent members. Mr. Mueller, the Chief Executive Officer of GCE, is not independent. GCU currently has a separate institutional board of trustees comprised of five members and Brian Mueller, the President of GCU, is not independent. New GCU will be comprised on the same board members that currently exist at GCU. Therefore, it appears that this arrangement would comply with the HLC's new guidelines.

Moreover, to avoid any conflict of interest, or apparent conflict of interest, the draft Master Services Agreement provides that Mr. Mueller is specifically excluded from any direct role in overseeing the relationship between GCE and GCU in connection with any services provided by GCE. Likewise, New GCU's amended and restated bylaws will provide for the establishment of an "MSA Committee," comprised of members of New GCU's Board of Trustees who are also free of any conflicts of interest with respect to GCE, to oversee the relationship. As referenced above, the dispute resolution process set forth in Section 18.11 of the draft MSA places responsibility for New GCU in the hands of the MSA Committee.

Finally, as noted, other than Mr. Mueller, there is no overlap or other relationship between the boards of New GCU and GCE. As stated in their respective organizational documents, each board possesses the customary fiduciary duties to oversee and manage its respective entity.

This Eligibility Requirement will continue to be Met after the transaction.

### 10. Faculty and Other Academic Personnel
***The institution employs faculty and other academic personnel appropriately qualified and sufficient in number to support its academic programs.***

GCU maintains full-time faculty members for the on-ground campus and the on-line campus, as well as large a population of adjunct faculty from which to draw faculty members for a specific term or class. Based on the team report in connection with the 2017 comprehensive review team report, these faculty members appear appropriately qualified to teach assigned courses. These faculty members are teaching and participating in faculty responsibilities related to assessment of student learning, program review, and related faculty tasks. The faculty will transition to New GCU after the transaction closes. There is no evidence to suggest that New GCU will be unable to continue retaining qualified faculty moving forward.

Likewise, recent findings indicate that GCU has the needed support staff for effective, high-quality programs and student services, including those student services contemplated under the draft Master Services Agreement.

As the transaction proceeds, the University will need to transition faculty and staff from GCU to New GCU in an appropriate manner.

This Eligibility Requirement will continue to be Met after the transaction.

## 11. Learning Resources
***The institution owns or has secured access to the learning resources and support services necessary to support the learning expected of its students (research laboratories, libraries, performance spaces, clinical practice sites, museum collections, etc.).***

Based on the prior findings of the fact-finding team and the comprehensive review team, GCU maintains appropriate classrooms, science and program specialty labs, computer labs, library space, electronic and physical collections, faculty and staff offices and other spaces as appropriate for the on-ground or on-line campus and the various programs offered. As noted earlier, Gazelle ("New GCU" post transaction) will be purchasing most of the assets currently used by GCU to provide learning resources to students. These resources will continue to be available to students after the transaction. In the same fashion, resources made available to online students in the past, such as the institution's learning management system and related functions, will continue to be available to students through the draft Master Services Agreement with GCE. It should be noted that the ownership of the LMS would become problematic to New GCU in the event the relationship between New GCU and GCE ceased to exist.

This Eligibility Requirement will continue to be Met after the transaction.

## 12.  Student Support Services
***The institution makes available to its students support services appropriate for its mission, such as advising, academic records, financial aid, and placement.***

GCU offers a full-range of student support services related to advising, tutoring, financial aid, placement, records and similar services. The transaction contemplates a structure whereby many of New GCU's student support services will be provided by GCE under a Master Services Agreement (MSA). In fact, this relationship between GCE and New GCU will involve large-scale outsourcing by New GCU of many essential aspects of student services including, most importantly, student counseling and advising, admissions, and related functions for the entire institution.

During the 2016 HLC review of the proposed transaction, concerns were raised in connection with the large-scale outsourcing of student support services with a separate, corporate entity and whether there was sufficient evidence of how New GCU would assure, on a day-to-day basis, the quality of the services being provided by GCE and the appropriateness of those services for New GCU students.

Updated documentation from the institution in support of its revised application indicates that these concerns have been addressed. First, the Draft Master Services Agreement

(MSA) contains a comprehensive and detailed description of the support services to be provided. The performance standards built into the services descriptions in Exhibit B of the draft MSA, as well as the ongoing day-to-day contact between New GCU personnel and personnel of GCE that are responsible for providing the services, will allow the relevant personnel of New GCU to assess the quality of the Services being provided as they are being performed. Both New GCU and GCE will have identified designees to oversee any disputes (which disputes will ultimately be subject to mediation and binding arbitration under Section 18.11 of the draft MSA—if not sooner resolved). Moreover, as noted above, New GCU will have the authority under Section 5.4 of the Draft MSA to audit GCE's performance of the Services (including through use of an outside third party) at least twice per year and to take appropriate action, up to and including termination, if GCE is not in compliance with its obligations under the draft MSA.

Second, to assist in services monitoring (and the overall relationship under the draft MSA), a template was developed (i.e., New GCU/GCE Master Services Agreement Monitoring Table) outlining each of the services being provided by GCE, the schedule for meetings between personnel of the parties to monitor performance of each service, and the reports to be used by GCE to monitor its own performance—and for New GCU to likewise monitor GCE's performance all in accordance with the application service level agreements contained with the MSA.

Finally, Section 3.7 of the draft MSA provides that GCE must comply with all policies and standards of New GCU in connection with the performance of all services, which compliance will be a part of New GCU's performance monitoring and auditing.

This Eligibility Requirement will continue to be Met after the transaction.

## 13. Planning
***The institution demonstrates that it engages in planning with regard to its current and future business and academic operations.***

GCU has an appropriate strategic planning processes in place. The institution is currently operating under the 2020 Board-approved Strategic Plan. Goals in the Strategic Plan are categorized from the institution's mission statement into academic, co-curricular, and community. The goals appear to be realistic and centered on students. Every indication is that New GCU will ensure that strategic planning will continue to take place after the transaction closes.

This Eligibility Requirement will continue to be Met after the transaction.

## 14. Policies and Procedures
***The institution has appropriate policies and procedures for its students, administrators, faculty, and staff.***

There is sufficient evidence in the updated materials submitted by GCU in support of the updated application that GCU has detailed policies and procedures posted on its website

and available through the student or other portals. These policies also located in the University Policy Handbook, the Employee Handbook, the Faculty Handbook, and the Academic Catalog. Student policies cover a variety of subjects, including admissions, academic programs requirements, academic processes such as student name changes, evaluation of credit, financial services, and graduation requirements. Employee policies include conflict of interest, whistleblower, code of conduct, anti-fraud, and nepotism. As indicated previously, under the draft Master Services Agreement, GCE will be required to follow the policies and procedures of New GCU in carrying out GCE's responsibilities to provide certain student support services in support of GCU's mission.

This Eligibility Requirement will continue to be Met after the transaction.

### 15. Current Activity
***The institution has students enrolled in its degree programs. (To be granted initial accreditation, an institution must have graduated students from at least one degree program.)***

GCU currently enrolls approximately 89,000 students (Fall 2017) across its on-ground and on-line divisions. These students will become New GCU students after the transaction closes. GCU has previously granted numerous degrees to graduates. There are no changes contemplated in this activity as a result of or related to the transaction.

This Eligibility Requirement will continue to be Met after the transaction.

### 16. Integrity of Business and Academic Operations
***The institution has no record of inappropriate, unethical, and untruthful dealings with its students, with the business community, or with agencies of government. The institution complies with all legal requirements (in addition to authorization of academic programs) wherever it does business.***

There is no evidence of any recent unethical or illegal business dealings involving GCU. In 2008, GCU settled for approximately $5 million a whistleblower lawsuit about alleged incentive compensation. In 2012, a report from the U.S. Senate HELP Committee under Senator Tom Harkin criticized GCU and other for-profit institutions for aggressive marketing and recruiting tactics. However, the institution has generally not been the subject of the recent state or federal investigations or indictments related to violations of consumer protection laws committed by other for-profit entities nor have there been any formal findings of malfeasance or illegality related to GCU. GCU appears to take appropriate efforts to ensure it is knowledgeable about and follows its legal responsibilities. The New GCU will continue to have access to legal services through its relationship with GCE.

This Eligibility Requirement will continue to be Met after the transaction.

### 17. Consistency of Description Among Agencies

*The institution describes itself consistently to all accrediting and governmental agencies with regard to its mission, programs, governance, and finances.*

There is no evidence available to HLC indicating a history of inconsistent descriptions to accrediting and governmental agencies by GCU. GCU previously provided a communications plan to explain how the New GCU will go about explaining itself to the public. By letter to GCU dated November 17, 2017, HLC informed GCU that, at its meeting on November 2-3, 2017, the HLC Board adopted new guidelines related to the determination and evaluation of shared services arrangements (the "New Guidelines"). Part of those Guidelines address how institutions should describe shared services agreements to its constituencies. Every indication is that New GCU will satisfy these requirements.

This Eligibility Requirement will continue to be Met after the transaction.

## 18. Accreditation Record
*The institution has not had its accreditation revoked and has not voluntarily withdrawn under a show-cause order or been under a sanction with another accrediting agency recognized by CHEA or USDE within the five years preceding the initiation of the Eligibility Process.*

Evidence available to HLC indicates that GCU has a good record with accreditation. It has never been on a sanction or Show-Cause Order with HLC. In November 2016, the institution hosted a seven-member HLC team for a comprehensive review for reaffirmation of accreditation. That team found that GCU met all Criteria for Accreditation.

In addition, GCU maintains accreditation relationships with several professional or specialized accrediting agencies and currently appears to be in good standing with those agencies. (In early 2017, GCU accepted a reprimand from the Arizona State Board of Nursing, primarily regarding pass rates. GCU developed a correction plan. The censure did not effect GCU's ability to enroll or provide nursing education.) This situation is likely to continue after the transaction.

This Eligibility Requirement will continue to be Met after the transaction.

## 19. Good Faith and Planning to Achieve Accreditation
*The board has authorized the institution to seek affiliation with the Commission and indicated its intention, if affiliated with the Commission, to accept the Obligations of Affiliation.*

*The institution has a realistic plan for achieving accreditation with the Commission within the period of time set by Commission policy.*

- ***If the institution offers programs that require specialized accreditation or recognition in order for its students to be certified or sit for licensing examinations, it either has the appropriate accreditation or discloses publicly and clearly the consequences of the lack thereof. The institution always makes clear to students the distinction between regional and specialized or program accreditation and the relationships between licensure and the various types of accreditation.***

- ***If the institution is predominantly or solely a single-purpose institution in fields that require licensure for practice, it demonstrates that it is also accredited by or is actively in the process of applying to a recognized specialized accrediting agency for each field, if such agency exists.***

GCU is currently an HLC accredited institution; therefore, language in this Eligibility Requirement related to developing a plan for gaining accreditation does not apply. GCU is not a predominantly single-purpose institution. However, it does offer certain programs for which it does maintain specialized accreditation.

Currently, evidence available to HLC demonstrates that New GCU will continue to meet this Eligibility Requirement following consummation of the transaction.

**Assessment of Compliance with the Criteria for Accreditation after the Transaction**

**Criterion One. Mission**
The institution's mission is clear and articulated publicly; it guides the institution's operations.

**Core Components**

1.A.   The institution's mission is broadly understood within the institution and guides its operations.

1.B.   The mission is articulated publicly.

1.C.   The institution understands the relationship between its mission and the diversity of society.

1.D.   The institution's mission demonstrates commitment to the public good.

The GCU mission documents are clearly and publicly articulated in documents such as catalogs, handbooks, and the GCU website. GCU's mission statement recognizes the importance of preparing students to be global citizens and is tied to assessment efforts that look to student demonstrations of awareness of differences between people and cultures. The public good is well articulated through the many projects that GCU has undertaken in its surrounding community.

GCU states in the updated application documentation that it does not expect the mission to change when it becomes New GCU. However, as noted in the 2016 Staff Summary Report as well as Factor 1 of this report, the institution should be mindful that the work of teaching and learning may well change as the institution continues to increase STEM enrollments (up to 70% as planned). This change may require increased rigor in admissions which would raise the caliber of students being recruited and, in turn, correspond to a change in New GCU's student body. Also, given the planned increase in the number of graduate programs, the institution may experience a shift in focus.

Criterion One will continue to be Met by New GCU after the transaction.

**Criterion Two. Integrity: Ethical and Responsible Conduct**
The institution acts with integrity; its conduct is ethical and responsible.

**Core Components**

2.A.   The institution operates with integrity in its financial, academic, personnel, and auxiliary functions; it establishes and follows policies and processes for fair and ethical behavior on the part of its governing board, administration, faculty, and staff.

As noted by the fact-finding team in 2015, in connection with the prior application, as well as the team conducting the recent comprehensive evaluation, GCU has policies and procedures in place to assure transparency in information and compliance with federal requirements. The faculty and student handbooks contain information regarding expectations for ethical behavior. The amended and restated bylaws of the Board of Trustees detail the board's responsibilities. In that regard, the Board is responsible for hiring and engaging with the President, oversight of the institution's financial stability, oversight of the institution's academics, and delegating the day-to-day operation to the administration and faculty. A Conflict of Interest Policy requiring annual signatures ensures that Board members act in the best interests of the institution. Ethical policies also guide the work of the Board of Trustees.

Appropriate structures, policies, and processes are also in place to ensure financial integrity, including a Financial Aid Compliance Unit overseen by the Vice President of Student Aid Compliance. Various other internal departments and unit assist with financial integrity.

The University Policies Handbook and the Academic Catalogs cite to academic integrity policies and procedures. Academic honesty is viewed as a Code of Conduct issue and can be subject to the Internal Review Department. An Academic Compliance department deals with student behavior, originality of work, and appeals. Appropriate technological safeguards of secure login and password were noted by the comprehensive review team as being evident for the student portal and the LMS.

AR-G-0032

The prior Staff Summary Report noted that while the institution has policies and procedures, it remained unclear whether GCU and GCE undertook the work to split relevant policies between GCE and GCU based on the functions they will assume under the new structure. The Commission's new guidelines on shared services agreements, however, should inform that process. No evidence indicates that this work cannot be completed to the satisfaction of each entity either prior to or after the close of the transaction. Moreover, in recent communications with the HLC, the University has indicated that New GCU will adopt the polices and procedures currently in place for GCU. In addition, GCE employees will sign an annual statement in which they agree to follow the policies and procedures of New GCU in performing their respective roles under the draft Master Services Agreement.

This Core Component is currently Met and the evidence suggests that it will continue to be Met post transaction. If the HLC Board of Trustees approves the extension of accreditation, the six-month focused evaluation team can confirm that appropriate steps were taken in connection with the draft Master Shared Services Agreement.

2.B.    The institution presents itself clearly and completely to its students and to the public with regard to its programs, requirements, faculty and staff, costs to students, control, and accreditation relationships.

As found by the visiting team conducting the 2016 comprehensive review, the GCU website, University Policy Handbook, and Academic Catalog give public information aimed at students and parents. These sources state the mission of the University and the Christian heritage and identity of GCU. Degree requirements, program curriculum, and requirements for majors and minors are listed on the website and in the Academic Catalog. Contact information for its various departments including Student Disabilities Services, Human Resources, and Procurement are found on the website. The website also gives tuition costs, a Degree Plan Net Price Calculator that includes a Loan Repayment Calculator, the College Navigator, and the College Scorecard. A secure Parent Portal and/or Student Portal are used to ensure privacy of students' fiscal information. Therefore, the visiting team concluded that GCU presents itself clearly to its students and to the public.

In addition, it was also determined that GCU clearly states its accreditation status with the Higher Learning Commission, with specialized accreditation bodies, and with the State of Arizona agencies. These relationships, with contact information, are published in handbooks and are also available on program webpages. An institutional accreditation webpage includes the HLC Mark of Affiliation link. Moreover, a link to extensive consumer information is on the website banner. As such, there is sufficient evidence that GCU is cognizant of its responsibilities to present itself accurately to the public. The 2015 fact-finding team in connection with the previous application had expressed some concern regarding how the institution would present itself to the public post transaction. However, the Commission's new guidelines on shared services agreements should inform GCU in complying with that requirement. In its updated materials in

support of its revised application, the University has acknowledged that it will comply with the HLC's guidelines in this regard.

Therefore, there is no evidence indicating the University will present itself in any manner that would cause it to be out of compliance with this Core Component. This Core Component is currently Met and the evidence available to HLC suggests that it will continue to be Met post transaction.

2.C.     The governing board of the institution is sufficiently autonomous to make decisions in the best interest of the institution and to assure its integrity.

The Board of Trustees of Grand Canyon University currently derives its authority from the Board of Directors of Grand Canyon Education, Inc., a for-profit entity. The conversion to a nonprofit, private university (with GCE as a separate services company) will eliminate this structure. The University Board of Trustees membership will remain responsible for the oversight of the academic and financial decisions of the University; retain rights to hire, evaluate, and terminate the University President; and ensure adequate resources are available for its academic and co-curricular programs. In short, the GCE Board of Directors would have no oversight of New GCU.

As indicated above, the Board of Trustees amended and restated bylaws dictate independence from undue influence. Under these bylaws, the Board of Trustees has sufficient independence to ensure that it is free from undue influence on the part of donors, elected officials, supporters of athletics, GCE or its stockholders, and other external parties with personal or political interests when such influence would not be in the best interest of GCU. In addition, the Board of Trustees has authority to establish, review, and approve changes in GCU's conflict of interest policy, ethics policy for faculty and staff, and other policies necessary to ensure that GCU's governance and administrative structures promote effective leadership and support collaborative processes that enable GCU to fulfill its Mission.

Further, under the amended and restated bylaws, the Board of Trustees includes 80% "public" members. The Board of Trustees has authority to delegate day-to-day management of the institution to the executive leadership and day-to-day oversight of academic matters to the faculty. The Board of Trustees also has authority to review and approve the annual budget of GCU and to engage and dismiss the President of GCU. These same board members will serve as the non-profit corporate board.

As noted by the team conducting the 2016 comprehensive evaluation, the Board of Trustees Agendas and Minutes reflect priorities to preserve and enhance the University. The Board, during each meeting, reviews important academic priorities, new and revised programs, accreditation matters, and regulatory updates. Other items regularly reviewed include physical plant issues, operations, budgets, and items reflected in the Strategic Plan.

The 2016 Staff Summary Report in connection with this proposal expressed some concern over the Board's thought process in connection with its function under the new structure. That prior report also indicated that the New GCU Board of Trustees should (1) consider both increasing the size of the Board to a size more common among not-for-profit institutions where Trustees bring important development expertise and strong ties to the community (2) consider getting assistance with Board development from AGB or other associations. While these suggestions should guide the Board as it moves forward, there is no evidence that the Board is not now, or will be after the close of the transaction, sufficiently autonomous to make decisions in the best interest of the institution and to assure its integrity.

This Core Component is currently Met and the evidence available to HLC suggests that it will continue to be met post transaction. If the HLC Board of Trustees approves the extension of accreditation, the six-month focused evaluation team should confirm the plans of the Board in functioning as a non-profit board, engaging in board succession and expansion, engaging in board development, engaging in fundraising efforts, and developing and investing in an endowment.

2.D.    The institution is committed to freedom of expression and the pursuit of truth in teaching and learning.

During the 2015 fact-finding visit, an issue related to faculty engagement in curriculum arose. In that regard, HLC's communication to the University in March 2016 stated, "with regard to Core Component 2.D, while faculty do contribute to curricular development they appear to lack complete oversight of the curriculum."

During the comprehensive evaluation visit in late 2016, however, the team reported that interviews with administrators and over fifty faculty members indicated that faculty are not only involved in curricular development but also provide oversight of the curriculum. This visiting team also found that while GCU does not have a traditional Faculty Senate model, its 55-member Academic Affairs Committee (AAC) functions like one. Thirty-one of the AAC members are faculty members who are nominated and elected to the committee. New course proposals, new program proposals, and revisions of courses and programs due to assessment results are reviewed by each college's Program, Standards, and Evaluation Committee. Upon its approval, the AAC reviews the proposals and makes the curricular decision. Faculty oversight of the curriculum is evident at every step of the curriculum decision-making process. That visiting team concluded that sufficient evidence existed that this Core Component was Met.

Current information indicates that this Core Component will continue to be Met after the transaction.

2.E.    The institution's policies and procedures call for responsible acquisition, discovery and application of knowledge by its faculty, students, and staff.

23

As found by the 2015 fact-finding team, as well as the visiting team conducting the 2016 comprehensive evaluation visit, freedom of expression and pursuit of truth are encouraged at GCU through providing support for scholarship and conference participation and presentation, as well as publishing. Institutional Review Board policies and procedures are well established, appear current, and are registered with the Department of Health and Human Services. Training is provided to student and faculty researchers, as well as dissertation advisors. All evidence suggests that these practices will continue at New GCU.

Core Component 2.E. will continue to be Met after the transaction.

The evidence available to the Commission indicates that after the transaction, Criterion Two will be Met. If the Board of HLC approves the extension of accreditation, the six-month focused evaluation team should review New GCU in terms of ongoing compliance with the Core Components noted above.

### Criterion Three. Teaching and Learning: Quality, Resources, and Support

The institution provides high quality education, wherever and however its offerings are delivered.

### Core Components

3.A.    The institution's degree programs are appropriate to higher education.

The evidence available to HLC indicates that GCU offers a wide range of degree programs (both online and on ground) that are appropriate to higher education and coherent with its status as a higher education institution. Course descriptions in the current Academic Catalog affirm that the institution differentiates learning expectations between undergraduate courses at different levels, as well as between undergraduate and graduate courses. Degree program requirements and learning goals are the same across all delivery modes, as learning goals and benchmarks based on the same course design process for all learning modalities.

Further, curriculum design occurs in a "reverse" manner in which learning goals are first established for a program, and then courses and the curricular arc are developed. Learning objectives for undergraduate programs are also clearly articulated. This process helps GCU build strong curricular pathways for students. There is no evidence to suggest that New GCU would not continue these functions and processes after the transaction.

Core Component 3.A. will be met by the New GCU after the transaction.

3.B.    The institution demonstrates that the exercise of intellectual inquiry and the acquisition, application, and integration of broad learning and skills are integral to its educational programs.

The team conducting the comprehensive review in late 2016 found that GCU's general education program is appropriate for its undergraduate degree offerings and current

institutional mission. The team also found that General Education competencies are an integral part of the program design and development process. In addition, tables within the General Education Program Review indicate where benchmark information is obtained throughout the General Education curriculum.

The 2016 visiting team also noted that GCU programs involve students in the collection and analysis of information. The development process ensures that all programs are aligned with the critical thinking competency, and that these competencies are introduced, reinforced, and benchmarked in each program. Additionally, evidence suggested that the University recognizes human and cultural diversity through its mission documents, programs, and coursework. As stated in the Academic Catalog, graduates of GCU's bachelor's programs are able to apply empathy, identify ethnocentrism, and defend the reality that people are different with different perspectives on history, religion, value-systems, and many other aspects of life and living. Demographic data for the GCU student body affirmed a diverse student population which provides opportunities for students and faculty to experience learning in a diverse, multicultural and multinational setting.

The 2016 Staff Summary Report in connection with the review of the previous application expressed concerns with the lack an appropriate graduate culture and sufficient autonomy to select subject matter and supporting resources for graduate and upper division courses, the direction and approach for instruction in those courses, or even the textbooks they deem appropriate. However, the visiting team conducting the comprehensive review in late 2016 found that the GCU graduate culture provides a strong foundation for doctoral faculty and learners. According to the report of the vising team:

> The College of Doctoral Studies (CDS) grounds programs, degrees, and learners, all working in service of the creation of new knowledge and scholarship. The College supports faculty publishing and collaboration between students and faculty to create scholarship. Research and scholarship is valued by the institution as seen by master's and undergraduate programs that engage in research, the Center for Innovation, Research and Teaching, the Institutional Review Board, the Faculty Research Committee and other groups and initiatives that promote this community of academic inquiry. The institution demonstrates it has capacity and capability of delivering this proposed Ed.D. program given existing faculty (core and adjunct), highly structured program design coupled with systems that facilitate ongoing communication and support for student progression with the dissertation process. GCU demonstrates its attention to continuous improvement through ongoing data collection and analysis across all areas of the institution.

Given the information available, Core Component 3.A. will continue to be Met following the transaction.

3.C.    The institution has the faculty and staff needed for effective, high-quality

programs and student services.

As indicated in the 2016 Staff Summary Report (as well as the report of the visiting team in 2016), GCU has sufficient faculty and staff needed for effective high-quality programs and related services to students. All indications are that this will continue following the consummation of the proposed transaction. All employment conditions, contracts, and the composition of the faculty are expected to remain in place under the New GCU, except for changes in the ordinary course of business (unrelated to the transaction).

As previously noted under Eligibility Requirement #10, New GCU must demonstrate that it has made offers of employment contingent on approval by HLC and other bodies and that such offers have been accepted.

The evidence available to the Commission indicates that Core Component 3.C. will be Met by the New GCU after the transaction.

3.D.    The institution provides support for student learning and effective teaching.

The team conducting the comprehensive evaluation visit in 2016 found that GCU provides support for student learning and effective teaching. Evidence provided in the University's Assurance Filing was confirmed with comments the team heard from faculty, staff, and students throughout the site visit. Specific evidence included the provision of Graduation Teams for each student enrolled at GCU; sufficient resources to place students in appropriate courses; the provision of programs with robust support in course and program design and development; as well as a number of other programs and services for students.

As explained in Eligibility Requirement #12, the prior Staff Summary Report issued in early 2016 raised concerns about the manner in which New GCU would be able to provide oversight of outsourced services under the draft Master Services Agreement. However, Exhibit B to the draft MSA contains a comprehensive and detailed description of the services to be provided. Further, the performance standards built into the services descriptions, as well as the ongoing day-to-day contact between New GCU personnel and personnel of GCE who are responsible for providing the services, will allow the relevant personnel of New GCU to be able to assess the quality of the services being provided. Both GCU and GCE will identify personnel to oversee any disputes (which disputes will ultimately be subject to mediation and binding arbitration under Section 18.11 if not sooner resolved).

Also, under Section 5.4 of the draft MSA, New GCU has the authority to audit GCE's performance of the Services (including through use of an outside third party) at least twice per year and to take appropriate action, up to and including termination, if GCE is not in compliance with its obligations.

As stated earlier, to assist in the monitoring of the services and the overall GCU/GCE relationship, the parties have developed a template—New GCU/GCE Master Services Agreement Monitoring Table. This table outlines each of the Services being provided by GCE, the schedule for meetings between personnel of the parties to monitor performance,

and the reports to be used for GCE to monitor its own performance (and for New GCU to monitor GCE's performance) in accordance with the application service level agreements. Finally, Section 3.7 of the draft MSA provides that GCE must comply with all policies and standards of New GCU in connection with the performance of the Services, which compliance will be a part of New GCU's performance monitoring and auditing.

Based on the evidence available to HLC, Core Component 3.D. will be Met by New GCU after the transaction.

3.E.     The institution fulfills the claims it makes for an enriched educational environment.

As previously noted in the 2016 Staff Summary Report, GCU offers an enhanced education environment. Campus co-curricular programs provide for the intellectual, physical, professional, and spiritual needs of students. The University supplies collaborative space for students to work together. Construction on campus (while a common 'complaint' from students, staff and faculty alike) is adding to the physical plant of the campus in terms of residence halls, increased choices for dining, and extra-curricular activities for students. Although it is clear that the ground campus is currently at capacity, much of the new construction is in anticipation of the expected enrollment growth for the ground campus (as reflected in the updated enrollment projections).

The evidence available to the Commission indicates that GCU is responsive to student needs. Students readily cited co-curricular opportunities, learning communities, academic and social clubs, collaborative experiential learning, student engagement through student government, leadership opportunities, the honors college, study abroad opportunities, and so on as providing multiple and varied ways for them to be involved on campus.

Based on the information available, Core Component 3.E. will continue to be Met after the transaction.

The evidence available to the Commission indicates that after the transaction New GCU would meet Criterion 3.

**Criterion Four. Teaching and Learning: Evaluation and Improvement**
The institution demonstrates responsibility for the quality of its educational programs, learning environments, and support services, and it evaluates their effectiveness for student learning through processes designed to promote continuous improvement.

**Core Components**

4.A.     The institution demonstrates responsibility for the quality of its educational programs.

As noted in the 2016 Staff Summary Report, GCU takes its responsibilities regarding the quality of educational programs seriously. The University has clear course and program development processes, as well as extensive assessment processes. Many of the programs at GCU have received specialized accreditation to help validate the quality of those programs. Regardless of modality, specific courses share the same syllabi and requirements for completion. However, the report noted that it was not entirely clear that faculty had sufficient control over these educational programs.

The visiting team conducting the comprehensive evaluation in late 2016 confirmed that GCU's faculty committee structure and culture provided the foundation for ongoing review and analysis of key data and feedback systems that ensure faculty engagement with the assessment process and oversight of educational programs.

The evidence available to the Commission suggests that Core Component 4.A. will be Met by New GCU after the transaction.

4.B.    The institution demonstrates a commitment to educational achievement and improvement through ongoing assessment of student learning.

The 2016 Staff Summary Report expressed the concern that while faculty have fully embraced the GCU assessment model, it was unclear how faculty improve curriculum in any significant way if they did not have a strong contribution to make toward curriculum development and assessment of student learning.

The visiting team conducting the comprehensive evaluation visit in late 2016 confirmed that the assessment process is guided by GCU's three level Assessment Model. The Model is comprised of the core includes student self-assessment, course-level formative assessment, and programmatic benchmark assessment that informs how well program outcomes and mission-critical competencies are being met. The second level focuses on identifying students who need additional resources and help. Assessments and dashboards track retention, persistence, and graduation rates, faculty end-of-course surveys, faculty early alerts, mid-term assessments, satisfactory academic progress, and others. The third level connects internal learning outcome data with external benchmarks such as standardized exams like the Collegiate Learning Assessment, National Survey of Student Engagement, CPA exam, and many others. The visiting team further reviewed data from each assessment level which indicated that there was sufficient attention to dashboards, management of data, a clearly defined assessment process, and alignment among course, program, and institution desired outcomes.

The 2016 comprehensive evaluation team further noted that faculty members provided several examples of a faculty-driven assessment process grounded in appropriate outcomes/objectives/competencies, and that GCU involved various internal entities such as instructional designers and key committees in the analysis and evaluation of data and action plans. GCU also utilizes an action plan rubric as a means of reinforcing best practices.

Evidence further indicated that assessment activities are embedded in the culture as evidenced by the listing of committees, meeting frequency, and related assessment responsibilities. Moreover, GCU incorporates direct and indirect measures for assessing programs as well as benchmark assessments representing student learning at various points throughout their program. GCU recently completed the HLC Assessment Academy, which the visiting team found to be indicative of the institution's commitment to institutional effectiveness. The visiting team also confirmed that faculty are fully involved and committed to the role of assessment in improving student learning.

The evidence available to the Commission suggests that Core Component 4.B. will be Met by New GCU after the transaction.

4.C.     The institution demonstrates a commitment to educational improvement through ongoing attention to retention, persistence, and completion rates in its degree and certificate programs.

The visiting team conducting the comprehensive review in late 2016 found that retention and completion data are incorporated in program reviews where the data are compared with similar programs within the College and also compared with national standards (when available). Faculty have developed project initiatives as a result of analyzing these data. Additionally, GCU separates data into different student groups which further informs the institution concerning trends with traditional and nontraditional students, and on ground and online students. Data are presented via the quarterly Academic Metrics and Trends Report.

The 2016 comprehensive evaluation team report confirmed the active use of information on student retention and progression in their campus-wide committees, such as with University Leadership, Academic Leadership Team Meetings, Provost Assessment Summit, Traditional and Nontraditional Process Management Meetings, Institutional Effectiveness, Definitions Group, Program, Standards & Evaluation Committees, and Program Review Peer Panels.

The information available to HLC suggests that Core Component 4.C. will be Met following the transaction.

GCU has in place, effective processes for creating courses and programs, conducting annual program assessment, and regular program reviews. Therefore, evidence available to the Commission indicates that, after the transaction, Criterion Four will be Met.

**Criterion Five. Resources, Planning, and Institutional Effectiveness**
The institution's resources, structures, and processes are sufficient to fulfill its mission, improve the quality of its educational offerings, and respond to future challenges and opportunities. The institution plans for the future.

**Core Components**

5.A.     The institution's resource base supports its current educational programs and its

plans for maintaining and strengthening their quality in the future.

Under the terms of the purchase agreement, New GCU will take over a modern campus once the transaction is consummated. As referenced above, the University will have well-qualified faculty and there are plans for increasing the presence of full-time members within faculty ranks.

As noted previously, one resource that will not continue to be owned by GCU will be the platform for the Learning Management System (LMS). That platform will be owned by GCE after the transaction. The draft Master Services Agreement provides the opportunity for New GCU to work with GCE for improvements in or changes to the LMS. Yet, without this asset, which is an essential resource for any institution, but particularly for an institution with a large population of on-line students, New GCU will not be in control of this software system. It is possible that lack of internal control over the University's LMS may present issues down the road.

In addition, the financial resources of New GCU will undoubtedly become more complex after the transaction. Currently, GCE is operating under the trade name GCU and has a strong financial position. The corporation has good revenue and cash flow with growing enrollment and limited debt. As a result of the transaction, New GCU will incur a large debt and will take on a large sum of interest from over the thirty years of financing. The entire transaction will be approximately $1.5 billion.

In its supporting documentation, the institution anticipates that, over the next several years, it will have more than sufficient revenues for debt service and for operations including payment of the shared services fee to GCE. The underlying assumptions for the institution's projections include significant year-over-year growth in on-line enrollments (76,198 students in FY 2018 to 92,510 students in FY21). The total enrollment projection for FY24 is 138,319 students.

As mentioned in the 2016 Staff Summary Report, the institution is confident that the transaction will not threaten the financial sustainability of New GCU. First, the business model the institution has developed in the past few years is strong and will continue in New GCU. This model is built on keeping tuition low and costs under control. While some modest increases in tuition at New GCU might be necessary, the institution intends to keep tuition very affordable so that enrollments, particularly new enrollments, will remain strong. The University also has been able to maintain its costs at an affordable level even and will continue to work to this end after the transaction. In addition, New GCU will have funds for continuing and new capital expenditures so that it will still have money available for capital projects that might be necessary to expand and improve the institution and the students' learning experience.

Second, the parties have attempted to minimize financial risk to New GCU by establishing certain arrangements related to the services agreement. GCE is essentially in the position of having to front the time of its personnel and their services until GCE is paid down the road by GCU. Since the services fee is tied to Adjusted Gross Revenue, if

enrollments decline, the fee to GCE declines. Thus, under the services agreement, GCE has a strong incentive to perform at a high level to ensure that New GCU continues to do well.

Finally, payment to GCE is subordinate to payments related to the debt service. Thus, GCE bears a substantial amount of the risk in this arrangement in that it may be paid last, or not at all, if New GCU becomes financially at risk in the future. The parties have developed a strong business and financial model (and with successes in the past) and it is likely continued success will occur in the future.

Evidence available to HLC indicates that Core Component 5.A. will likely be Met by New GCU after the transaction. However, as suggested in the 2016 Staff Summary Report, the six-month focused visit team should review implementation of the proposed financial arrangements and also should consider how HLC should monitor these arrangements in the future.

5.B.   The institution's governance and administrative structures promote effective leadership and support collaborative processes that enable the institution to fulfill its mission.

As mentioned previously, the Board of Trustees of GCU will become the Board of Trustees for New GCU. Evidence currently available indicates that the Board of Trustees is knowledgeable about GCU and its operations. The Board exercises oversight of the financial and academic priorities of the University in meeting its legal and fiduciary responsibility.

The Board of Trustees derives its legal authority from the University's bylaws, which govern the financial and academic oversight of GCU. In addition to financial and academic oversight, including approving the budget, the Board of Trustees has authority to establish, review, and approve changes to GCU's conflict of interest policy, ethics policy for Faculty and staff, and other policies necessary to ensure GCU's governance and administrative structures promote effective leadership, support collaborative processes, and enable GCU to fulfill its Mission. The same will be true with New GCU.

The organizational structure provided in the updated application documentation suggests a strong organization with appropriate lines of authority. This structure includes a President, Chief Financial Officer, and Provost who have appropriate credentials and experience to hold their positions. There will be a separation of some leadership under the terms of the transaction, as mentioned above. As noted in the 2016 Staff Summary Report, this process will need careful attention to effectuate a smooth transition.

As noted in the 2016 peer review team's comprehensive evaluation report, several key committees are responsible to carry out faculty work (e.g., the Rank and Term Tenure Committee, General Education Committee, University Assessment Committee). The Academic Affairs Council includes administrators, faculty, and students who together make decisions about academic matters.

The University's updated application also identifies the student government committees that represent student interests and also avenues for input in institutional decision-making.

The evidence available to the Commission indicates that Core Component 5.B will likely be Met by New GCU after the transaction. However, the six-month focused visit team should review progress in the organizational structure of New GCU's to gauge the status of the institution after the split of a number of administrators and staff between GCU and GCE.

5.C.    The institution engages in systematic and integrated planning.

As noted previously, GCU has appropriate strategic planning processes in place. The University is currently operating under the 2020 Board-approved Strategic Plan. Again, goals in the Strategic Plan are categorized from the institution's mission statement into three areas: academic, co-curricular, and community. The goals appear to be realistic and centered on students.

As noted by the peer review team conducting the 2016 comprehensive evaluation, there is sufficient evidence of environmental scanning and review of emerging trends in higher education that may impact the institution. Moreover, as previously mentioned, the strategic plan identifies a goal that 70% of the traditional students and 50% of the non-traditional students will major in STEM and Business programs. This goal was established in response to the vision of the city of Phoenix and their economic development plans to grow in these areas. GCU sees as part of its role the education of the local work force.

While the Strategic Plan is developed by the leadership team, the peer review team noted that the plan is shared extensively with campus constituencies and external stakeholders for input and critique. Faculty play a role in setting the measures of progress for the Strategic Plan, including academic programs and assessment. Faculty also provide suggestions for new initiatives that have been incorporated into the strategic plan. Staffing and budget models used allow the university to quickly make adjustments in the number of sections and courses offered.

A concern raised in the 2016 Staff Summary Report centered around whether New GCU had a master plan for all aspects of the transaction, including changes that will need to take place at the University subsequent to the transaction, as well as whether faculty and other internal groups were sufficiently involved in the planning efforts the University had conducted at the time of the 2016 review. In its updated 2017 application, the University provided an updated comprehensive timeline of the activities that are required to be completed prior to final approval of the application. The University also provided updated foundational documents and final draft agreements that will be executed once approval was received.

With respect to internal constituent engagement, the University provided updated information to include the following:

- Operation Process Meetings: focus on nontraditional operations (one held for Peoria location and one held for the Tempe location) and one focuses on the traditional campus operations. During these meetings, Executive Leadership, Deans, directors, and managers' report out on University initiatives and the agenda is generally set by department leaders and managers. Items covered in nontraditional meetings include compliance assessment, marketing updates, academic updates, and student enrollment and retention updates. The traditional Process Meetings cover similar items; however, there is a significant student affairs component related to housing, spiritual life, and student engagement.

- University Leadership Meetings: a bi-weekly meeting in which approximately 50 University academic and operational leaders gather to discuss important items of University business. All leadership can place items on the agenda and many items focus on initiatives affecting multiple academic and operational departments. This includes accreditation, state compliance, human resource policies and initiatives, alumni updates, additional support needs as surfaced in process meetings described below, and data analysis. Items discussed include GCU's charitable support including volunteer opportunities, scholarship programs, and partnerships. By discussing these initiatives with all leaders, collaborative efforts can see more significant accomplishments.

- Academic Leadership Team Meetings: A bi-weekly meeting of academic Vice Presidents and Deans to review academic affairs data and progress on initiatives, examine best practices among colleges, assign smaller committee work, discuss academic matters, set the strategic direction, and outline the components of the Strategic Plan for which academic affairs is responsible.

- Student Body President: The President meets with the Student Body President at least monthly to gather feedback from the student leaders.

Additionally, the University listed approximately 30 additional meetings (including meetings with the Board, administration, faculty, and staff) in which these constituents could give feedback concerning the strategic initiatives of the institution, including the proposed transaction.

The evidence currently available to the Commission indicates that after the transaction, Core Component 5.C will be Met.

5.D.    The institution works systematically to improve its performance.

As noted by the peer review team conducting the 2016 comprehensive evaluation, there is sufficient evidence of numerous tracking systems that generate substantial data to describe and monitor institutional performance in instruction, service, and operations. The institution is data driven and reviews its performance on daily, weekly, bi-weekly, monthly, term, and annual bases. The University has staff who analyze and synthesize the data into reports to be used by operational units on a regular schedule. Moreover, this

data permits the institution to provide oversight of the student experience in and out of the classroom, to identify areas requiring attention, and to respond to those needs quickly. The peer review team also noted an institutional culture of continuous improvement.

The 2016 Staff Summary Report noted some concern that after the transaction, New GCU would the lack a master plan for the transaction that is aligned with the University's goals, including specific implementation details for changes in the University that will occur as a result of the transaction, and providing for determination in the future of whether implementation has occurred successfully, and the University's goals have been met. As noted within this report, however, current evidence indicates that there is an institutional master plan that addresses these concerns.

Based on the evidence available to the Commission, it appears that Core Component 5.C will be Met following the transaction.

Overall, the available evidence suggests that Criterion Five will be Met after the closing of the transaction.

## 4. Sufficiency of financial support for the transaction.

The terms of the transaction have changed since the first application was submitted in 2015. In summary, at that time, basic terms set forth in the prior Asset Purchase Agreement required Gazelle to acquire approximately $950 million in municipal bond financing. Of that $950 million, approximately $850 million was required for the asset purchase with the additional $100 million set aside for capital expenditures (also included from these numbers was a $90 million debt reserve). The intent of the parties at that time was to structure the transaction as follows: $710 million of tax exempt debt fixed at 6.5% for 30 years; $240 million of tax exempt debt fixed at 5.75% for 10 years with a 30-year amortization schedule; and interest-only payments for the first few years of the loan until 2021 at which time New GCU would begin paying payments on principle. At or prior to the point of conversion there will be no other debt attached to Gazelle.

The transaction terms were fundamentally changed since the submittal of that initial application. In that regard, pursuant to IRS requirements, all of the key terms set forth in the revised transaction are based on fair market values. Under the terms of the updated Asset Purchase Agreement, Gazelle would acquire from GCE:

- the real property that constitutes the Grand Canyon University campus and all appurtenances, improvements, certain personal property and certain intangible property;
- certain intangible property identified in the Asset Purchase Agreement, includes certain:
  - contracts (as identified in the Agreement);
  - intellectual property rights, including the name "Grand Canyon University" (identified as the "Intellectual Property Assets" in the Agreement);

- syllabi and resource material and content for the graduate degree, undergraduate degree and other programs of study (the "Course Materials");
- intellectual property rights in the Course Materials; and
- other assets and rights of Seller

in each case, relating to the operation of Grand Canyon University as an accredited institution of higher education.

GCE would retain any cash or cash equivalents and intellectual property rights other than the "Intellectual Property Assets" (as defined in the Asset Purchase Agreement) and other assets related to the continued operation of Seller. Gazelle would also assume the liabilities and obligations of GCE related to the real and personal property and the assumed contracts identified above, as well as certain current liabilities relating to the operation of the University but no other liabilities. In that regard, GCE would remain responsible for, among other things, liabilities in respect of the operation of the institution prior to the closing, including employment, regulatory and litigation related matters, as well as all pre-closing tax liabilities. GCE would remain responsible for, among other things, liabilities with respect to the operation of the institution prior to the closing, including employment, regulatory, and litigation related matters, as well as all pre-closing tax liabilities.

Gazelle would pay to GCE a purchase price of approximately $800 million for the tangible assets identified in the Asset Purchase Agreement and $1 for the intangible assets (also identified in the Agreement). Again, the purchase price for the tangible assets is based on appraisals at fair market value. Gazelle would pay the purchase price by delivery of a senior secured note pursuant to the terms of the Credit Agreement. GCE will serve as the lender. The Senior Credit Facility will evidence Gazelle's payment obligation to GCE in connection with the Purchase Price (as defined in the Asset Purchase Agreement).

Following closing, Gazelle and GCE would agree that, during the period beginning on the Closing Date and ending on the last Business Day of the third full Fiscal Year of Borrower following the Closing Date (the "CapEx Funding Period"), Gazelle has the right, subject to the conditions herein, to require GCE to fund the capital expenditures of Gazelle to be made during the CapEx Funding Period as set forth on a scheduled to be attached to the loan documentation (such capital expenditures to be funded by Lender, the "Qualified CapEx" and such schedule, the "Approved CapEx Budget"). For the avoidance of doubt, GCE will have no obligation to fund any capital expenditures that are not set forth and reflected in the Approved CapEx Budget, as the same may be amended from time to time by mutual written agreement of Gazelle and GCE. Gazelle will provide to GCE written notice of the required funding of any Qualified CapEx not less than thirty (30) Business Days prior to the date of payment therefor. The amount of any Qualified CapEx funded by GCE during the CapEx Funding Period will be recorded as an increase in the principal amount due and payable by Gazelle under the Senior Credit Facility as of the date of such funding and repayment thereof will be subject to all of the terms and conditions, including maturity date, of the Senior Credit Facility and related loan documentation. The interest rate is anticipated to be 6%. The Senior Credit Facility will terminate and all amounts outstanding thereunder, plus accrued and unpaid interest, will be due and payable in full seven (7) years after the Closing Date.

In order to relieve New GCU of any unnecessary financial burdens post-transaction, certain provisions were included in the transaction documents, including, but not limited to, the option of having GCE fund the capital expenditures of Gazelle to be made during the "CapEx Funding Period," as set above; a revenue share arrangement to reduce Gazelle's financial risk related to the outsourced relationship with GCE; and no requirement that Gazelle be required to pay cash upfront for the tangible assets to be purchased but instead entering into a seven-year interest only credit agreement with GCE for a principal amount equal to the fair market value of assets being transferred.

As described above, the transaction has been reduced from what was previously described as a highly complex transaction to a reasonably straightforward transaction with a number of provisions that are favorable to Gazelle ("New GCU") that are designed to ensure New GCU's financial stability after the transaction closes and for the foreseeable future. It is important to note GCU's strong financial history under its current leadership and the impressive track record the leadership team has created in making strong financial decisions that have involved varying levels of risk but, nevertheless, have resulted in positive outcomes for the institution. All evidence suggests that there is sufficient financial support for the transaction.

**5. Previous experience in higher education, qualifications, and resources of the new owners, Board members or other individuals who play a key role in the institution or related entities subsequent to the transaction.**

Once the transaction has closed, the GCE stockholders will continue to retain ownership in the remaining publicly traded company, but any such ownership interests in GCU will be null and void. Grand Canyon University will continue to be operated by its existing Board of Trustees following the transaction; likewise, the current management staff will continue to serve in their roles thus bring a solid background in higher education as well as a thorough understanding of GCU and its goals. The existing shared governance structure will also continue at the University going forward.

**Conclusion**

The proposed transaction is one in which GCE (doing business under the trade name, GCU) will sell certain tangible and intangible assets to a new not-for-profit corporation ("Gazelle University") that will continue the academic work of the current GCU. GCE will remain a for-profit entity and will serve as a shared services corporation and will provide a number of services to New GCU. The University's application regarding this transaction appears to meet the approval factors for a Change of Control, Structure or Organization, and the Master Services Agreement between GCU and GCE appears to meet HLC's expectations as set forth in the Commission's Guidelines on Shared Services Arrangements.

However, while the University provided evidence that state pre-approvals are not required, including those related to its participation in SARA, the University has not provided a Final Determination from the U.S. Department of Education. Under HLC policy, the University must provide a copy of the Department's determination related to its pre-acquisition packet, and a separate letter to HLC stating that it accepts any conditions imposed by the Department, if

applicable.

As previously noted, if the HLC Board of Trustees approves the extension of accreditation following the transaction, New GCU will host a focused evaluation within six months to review the appropriateness of the approval of the application as well as whether the University is meeting any specific commitments it made in its Change of Control, Structure or Organization application, with specific focus on the University's compliance with Eligibility Requirement #10 and Core Components 2.A, 2.C, 3.C, 5.A, and 5.B.