![Grand Canyon University letterhead]

**GRAND CANYON UNIVERSITY**

3300 West Camelback Road | Phoenix, Arizona 85017 | 602.639.7500 | Toll Free 800.800.9776 | www.gcu.edu

January 18, 2018

Michael J. Frola
Director
Multi-Regional and Foreign Schools Participation Division
U.S. Department of Education
830 First Street NE, 7th Floor
Washington, DC  20202

      Re:  Grand Canyon University (OPEID ▮▮▮▮▮) Request for Pre-Acquisition Review of a Proposed Change in Ownership

Dear Mr. Frola:

Enclosed are documents for your review in connection with Grand Canyon University's ("GCU" or the "University") proposed change of control. As contemplated, this transaction would involve the following:

- The parties to the transaction would be Grand Canyon Education, Inc., a Delaware corporation within which the University is currently operated ("GCE"), and Gazelle University, an Arizona nonprofit corporation qualified as a 501(c)(3) organization ("New GCU").  New GCU is structured as a subsidiary of a parent 501(c)(3) entity named the Grand Canyon University Foundation.

- GCE would sell to New GCU the academic-related assets, real estate and associated intangibles related to GCU which together would be sufficient for New GCU to achieve status as a Higher Learning Commission ("HLC")-accredited institution. The purchase price for the transferred real property that constitutes the Grand Canyon University campus (campus land, dormitories, classrooms, parking garages, athletic facilities) would be determined following receipt of third party appraisals and subsequent negotiation, and would be paid in the form of a long-term note from New GCU to GCE subject to customary commercial credit terms. The purchase price will correspond to the fair market value of the real estate plus $1 for the academic and intangible assets. GCU's current faculty, academic leadership and related staff would become employed by New GCU and New GCU would be governed by the current institutional board of trustees of GCU. GCE would retain all other employees and assets necessary to perform the third-party services contemplated by the sale, including an office complex where most services-related personnel are currently located.  At closing, New GCU would change its name to "Grand Canyon University."

- GCE and New GCU would enter into a long-term master services agreement pursuant to which GCE would provide identified technological, marketing, promotional, financial aid

**FIND YOUR PURPOSE**



**GRAND CANYON UNIVERSITY**

3300 West Camelback Road | Phoenix, Arizona 85017 | 602.639.7500 | Toll Free 800.800.9776 | www.gcu.edu

and other support services to New GCU in return for an agreed upon share of New GCU's tuition and fee revenue. The revenue share between the two entities remains subject to completion of a transfer pricing study and subsequent negotiation, but is expected to be comparable to other shared services arrangements currently in use in the higher education marketplace and to reflect the level of services that GCE would be providing to New GCU. The terms of the master services agreement would comply with the HLC's recently adopted guidelines on shared services arrangements as well as the Department's guidance on "bundled services" agreements and requirements for "third party servicer" contracts.

On January 18, 2018, GCU submitted electronic documents requesting a preacquisition review of the proposed transaction. The attached documents should provide almost all of the materials necessary to constitute a "materially complete" application for GCU, as defined in 34 C.F.R. § 600.20(g)(2). We appreciate the Case Team's willingness to begin its preacquisition review based on these documents, which are quite substantial. We understand that the Department requires a broader range of documents in connection with such non-profit transactions and therefore we have attached the following:

- Signature page for the University's application;
- Audited financial statements of the University for the two most recently completed fiscal years that are prepared in accordance with Generally Accepted Accounting Principles ("GAAP") and audited in accordance with Generally Accepted Government Auditing Standards ("GAGAS"), which have previously been submitted and reviewed by the Department through the e-Z Audit application;
- The University's most recent catalog can be accessed directly at https://www.gcu.edu/academics/academic-policies.php;
- The University's policy manual can be accessed directly at https://www.gcu.edu/Documents/University-Handbooks/University-Policy-Handbook-010818.pdf;
- The University's legal authorization;
- The University's most recent statement of accreditation;
- A chart showing the current and proposed post-transaction structure for GCU;
- Articles of incorporation for New GCU;
- By-laws for New GCU;
- The 501(c)(3) determination letter from the Internal Revenue Service for New GCU;
- Articles of Incorporation for Grand Canyon University Foundation;
- By-laws for Grand Canyon University Foundation;
- The 501(c)(3) determination letter from the Internal Revenue Service for Grand Canyon University Foundation;
- A list of members of the respective boards for GCE, New GCU and the Grand Canyon University Foundation;
- The draft Asset Purchase Agreement for the proposed transaction, which has been negotiated and is substantially complete;

**FIND YOUR PURPOSE**

AR-J-0002



- The draft Credit Agreement between GCE and New GCU to finance the asset purchase, which has been negotiated and is substantially complete;
- The draft Master Services Agreement governing the shared services arrangement between GCE and New GCU, which has been negotiated and is substantially complete; and
- A list of proposed executives for New GCU post-transaction.
- In addition, audited financial statements of Grand Canyon University Foundation for the two most recently completed fiscal years that are prepared in accordance with GAAP and audited in accordance with GAGAS will be filed within the next few days;

**Background and Reasons for the Proposed Transaction**

GCU was founded in Prescott, Arizona in 1949 as a traditional, private, non-profit college under the name Grand Canyon College and moved to its existing campus in Phoenix, Arizona in 1951. Established as a Baptist-affiliated institution with a strong emphasis on religious studies, the school initially focused on offering bachelor's degree programs in education. The college obtained regional accreditation in 1968 from the Commission on Institutions of Higher Education, North Central Association of Colleges and Schools, the predecessor to the Higher Learning Commission ("HLC"), and began offering nursing programs and master's degree programs in education and business in the 1980s. In 1989, it achieved university status and became Grand Canyon University. In early 2000, it discontinued its Baptist affiliation and became an interdenominational Christian university.

By late 2003, the University was over $20 million in debt and teetering on the verge of insolvency. Without a significant donor base, the University's only alternative to bankruptcy was to sell the school to a group of investors who quickly implemented a new business plan that included selling and leasing back the campus and instituting online programs designed for working adults.

During the period between 2004 and mid-2008, GCU continued to focus on its financial stability and growth primarily through online education while the ground campus continued to lose money and ground campus enrollment remained stagnant. Then, in June 2008, during the process leading to the University's initial public offering in November 2008, the school hired a new management team led by President Brian Mueller and Executive Vice President Dr. Stan Meyer. This team had extensive experience operating another publicly traded education company with a large online student population as well as in the area of campus-based, private, Christian education.

Beginning in 2009, the management team turned the focus of Grand Canyon University to reinvigorating its ground campus and creating a university that, in many respects, is indistinguishable from the traditional private nonprofit universities with which it competes. Since repurchasing the campus in 2009, the University has nearly doubled the campus footprint to over 270 acres and has invested over $1 billion in educational infrastructure including new classrooms, dormitories, technology, and athletic and parking facilities. For the fall of 2017, the University has approximately 19,000 students enrolled on its ground campus and an additional

AR-J-0003



approximately 67,000 non-traditional students attending online. The growth has been accomplished with tuition rates that are comparable to tuition rates for in-state students at state universities and that are often 1/3 the rates charged by private nonprofit universities. The painstaking re-engineering of the University has made a private, Christian education possible for many who previously could only dream of such an opportunity.

Despite Grand Canyon University's indisputable success, and its strong belief that such success is poised to continue, the University's Board of Trustees believes that it is in the best interest of the University's students, faculty and staff, and community to return to its historic not-for-profit status. Its current classification as a for-profit university puts the University at a significant disadvantage against other universities with which it competes academically and athletically, and handicaps the University's ability to continue to offer very low tuition rates to its students. To solve these and related issues, the Board of Trustees and administration of GCU and the Board of Directors of GCE, have proposed, by the transaction described herein, to re-establish the University as a traditional private non-profit University.

We hope it is self-evident that this transaction is not in the least intended to "evade" the regulations applicable to proprietary institutions, as is sometimes alleged. The University's Title IV revenue percentage under the "90/10 Rule" has consistently been far below the 90 percent threshold. Moreover, none of its programs had failing rates under the Gainful Employment Rule, which we believe confirms that University's commitment to hold down tuition, and therefore student borrowing, as well as to deliver high quality programs.

**Other Parties**

Gazelle University (referred to herein as "New GCU") is a private, non-profit corporation that has been incorporated in the State of Arizona and is an educational institution exempt from Federal taxation pursuant to Section 509(a)(1) of the Internal Revenue Code and eligible to receive tax-deductible contributions pursuant to Section 501(c)(3) of the Internal Revenue Code. Under Arizona law, the control and governance of New GCU's affairs and disposition of its funds are vested in its Board of Trustees. The transaction would not lead to any changes in the legal status or the governing documents of New GCU, except that, upon closing of the transaction, Gazelle University would change its legal name to "Grand Canyon University."

Grand Canyon University Foundation ("GCUF") is a private, non-profit corporation that has been incorporated in the State of Arizona since 2010 and is exempt from Federal taxation pursuant to Section 509(a)(1) of the Internal Revenue Code and eligible to receive tax-deductible contributions pursuant to Section 501(c)(3) of the Internal Revenue Code. GCUF is the sole member of New GCU and serves as its nonprofit parent. Historically, one of GCUF's main activities has been organizing the "Run to Fight Children's Cancer," a local fundraising event that involves significant volunteer staff time and thousands of participants and spectators. GCUF is now completing the financial audits for its fiscal years ended December 31, 2015 and December 31, 2016, which will be provided to the Department in the near future. The Board members of GCUF and New GCU are identical and all of the members are long-standing

members of the Board of Trustees of Grand Canyon University. Upon the closing of the transaction, with the exception of Brian Mueller, there will be no overlapping board members, officers or employees of New GCU and GCUF on the one hand and GCE on the other hand. New GCU and GCUF will have no affiliation with, and will be completely autonomous from, GCE upon the closing of the transaction.

GCE is incorporated in the State of Delaware and is a publicly-traded tax-paying business corporation. It is expected that, upon the closing of the transaction, it would continue as a publicly-traded corporation operating pursuant to its existing certificate of incorporation and bylaws. Upon the closing of the transaction, with the exception of Brian Mueller, there will be no overlapping board members, officers or employees of GCE on the one hand and New GCU and GCUF on the other hand. GCE will have no affiliation with, and will be completely autonomous from, New GCU and GCUF upon the closing of the transaction.

**The Transaction**

Subject to receipt of required approvals and satisfaction of other closing conditions, the parties anticipate the closing of the proposed transaction to occur on or about April 1, 2018. As discussed in the Asset Purchase Agreement, GCE would sell, and New GCU would employ all academic-related staff and purchase all assets necessary to operate GCU as an HLC-accredited institution of higher education, including:

- the real property that constitutes the Grand Canyon University campus and all appurtenances, improvements, certain personal property and certain intangible property related thereto (collectively, the "Property");
- certain intangible property identified in the Asset Purchase Agreement, which shall include certain:
    - contracts, including faculty contracts and student relationships (the "Assumed Contracts");
    - intellectual property rights, including the name "Grand Canyon University" (the "Intellectual Property Assets");
    - syllabi and resource material and content for the graduate degree, undergraduate degree and other programs of study (the "Course Materials");
    - intellectual property rights in the Course Materials; and
    - other assets and rights of Seller

GCE is structured as a single corporate entity and currently operates GCU within that entity. Following the closing of the anticipated transaction, New GCU would operate the university as the Level 1 owner. GCUF, as the parent nonprofit corporation of New GCU, would be the Level 2 owner and the entity level at which New GCU would report its financial statements.

New GCU will finance the purchase of these assets through a Credit Agreement with GCE that provides for (a) a maturity date of seven years following the closing, (b) a market interest rate, (c) payments of interest-only, and (d) other market standard terms. Under the proposed Credit

GRAND CANYON UNIVERSITY

3300 West Camelback Road   |   Phoenix, Arizona 85017   |   602.639.7500   |   Toll Free 800.800.9776   |   www.gcu.edu

Agreement, New GCU has the ability to request that GCE fund budgeted capital expenditures for the first three years following closing, which amounts, if funded, would be added to the principal balance due.

At closing, New GCU would enter into the Master Services Agreement with GCE. This service company relationship is a model that has been used at institutions throughout the country, including in a recent transaction approved by the Department involving a newly created online university within a high profile state university system which adopted a similar service agreement in conjunction with a purchase of assets from a for-profit education company.

Consistent with HLC accreditation principles and industry practices, GCE would provide certain technological, marketing, promotional, development, financial aid and/or support services to New GCU. These services fit within the bundled service provider discussion in the Dear Colleague Letter GEN-11-05 (March 17, 2011) ("March 2011 DCL"). Any persons involved with recruitment or financial aid providing services to New GCU will not be paid incentive compensation in compliance with 34 C.F.R. § 668.14(b)(22) consistent with the March 2011 DCL. As contemplated by the DCL, GCE will be independently owned and operated from New GCU, both as a corporate matter and as a decision-maker with regard to the institution, which the Department states it views as a significant safeguard from abuses it has observed. Importantly, New GCU would retain all decision-making authority related to the admission and enrollment of students, and control of faculty and academic matters, as well as over campus life, finance and operations departments, strategic educational alliances, public safety, athletics, and advancement and fundraising. In addition to separate governance, New GCU will also have numerous tools incorporated into the Master Services Agreement with which it will be able to exercise oversight over GCE's provision of services (including rights to audit service quality levels).

The majority of the current corporate management team at GCE would remain in their current positions at GCE, while the academic leadership and administration of GCU, including the Provost, college deans and faculty, would transfer to, and become employed by, New GCU. Based on their current positions and roles, the remaining employees of GCE would be allocated between New GCU and GCE depending upon their current job function. Aside from Mr. Mueller, there would be no overlap between the management and employees of New GCU and the management and employees of GCE. However, in an effort to promote stability in the leadership of the organizations, Mr. Mueller, who has served as the Chief Executive Officer of GCE since 2008 and as the President of GCU since 2012, would, upon the closing of the transaction, remain as Chief Executive Officer of GCE and would become the President of New GCU as is desired by the respective Boards. Upon the closing, Mr. Mueller will be compensated by GCE and New GCU in manner reflecting his respective role at each entity.

At the closing, the members of GCU's existing institutional Board of Trustees would become the members of the Board of Trustees of New GCU. Mr. Mueller would also remain as one of five members of the board of directors of GCE. Aside from Mr. Mueller, there would be no overlap between the Board of Trustees of New GCU and the board of directors of GCE. The five

FIND YOUR PURPOSE

AR-J-0006

GRAND CANYON UNIVERSITY

3300 West Camelback Road | Phoenix, Arizona 85017 | 602.639.7500 | Toll Free 800.800.9776 | www.gcu.edu

members of the New GCU Board of Trustees would be Will Gonzalez, Dr. Fred Miller, Dr. Jim Rice, Don Andorfer, and Brian Mueller.

**Requested guidance**

GCU has been candid and transparent in providing the information about the transaction and GCE has publicly disclosed the details of the proposed transaction in its Securities and Exchange Commission filings[1]. We hope this information is helpful and can assist the Department in responding to a critical question related to this transaction.

As described, GCE will be organized and operated independently from New GCU (and its ownership structure) from an ownership and corporate perspective. In this regard, it is important to note that both New GCU and its parent, GCUF, are nonprofit corporations that have no equity owners. GCE will be a bundled service provider to New GCU and be providing such services, including those related to recruitment or financial aid, in exchange for a share of tuition revenue at market rates. This arrangement is consistent with HLC's new guidelines on shared services agreements, including HLC's standards for representatives of the shared service provider having a role in management or on a governing board of a client institution.[2] Importantly, GCE will not pay persons involved in such services with improper incentive compensation. Also, New GCU will, at all times, control admissions to the University and all academic matters related to the University. While New GCU is confident that this arrangement is consistent with the intent of the March 2011 DCL and prohibitions on the payment of improper incentive compensation, we respectfully request written confirmation from the Department in its pre-acquisition response letter that our conclusion is in fact correct. Specifically, New GCU would appreciate a statement from the Department confirming that the transactions and proposed relationships described in this letter and as set forth in the documents provided to the Department would not create or give rise to any prohibited "affiliation" between GCE and New GCU that could render payments under the Master Services Agreement improper under the Higher Education Act as interpreted by the Department in the March 11, 2011 DCL. As this matter of critical importance going forward, we request the opportunity to discuss the issue with the Department so there are no misunderstandings and so that any guidance provided will be definitive.

**Other Matters in the E-App**

In addition to the proposed transaction, we have also requested that the Department add some additional programs to GCU's ECAR at the certificate credential level. In response to the strong demand for computer programmers in Arizona, GCU has decided to offer three intensive, 16-credit, undergraduate certificate programs: Undergraduate Certificate of Completion in Java Programming, Undergraduate Certificate of Completion in PHP, and Undergraduate Certificate of Completion in Cybersecurity Foundations. Currently, GCU offers Bachelor's Degree

---

[1] See https://www.sec.gov/Archives/edgar/data/1434588/000119312518003723/d520011d8k.htm.
[2] Attached please find a copy of the new HLC standards governing this type of shared services arrangement and a chart setting forth how the proposed structure complies with those standards.

programs in these subject areas and the certificate programs are built from those Bachelor's program courses. GCU will offer these programs at an affordable tuition rate of $8,000 – roughly 30 % below the national average for bootcamp-style programs.[3] Given the typically high salaries for computer programmers, GCU believes these programs will be an attractive way of addressing a true labor need in Arizona and the country. In addition, all of the credits earned in these courses will be fully transferable to GCU's bachelor's program.

We are currently in the process of obtaining state approvals for these programs and expect such approval within thirty (30) days. Once received, we will provide this approval to the Department. Please note that our accrediting agency, HLC, does not require a separate approval for these certificate programs since they are derived from our currently accredited higher level programs. As such, we would appreciate the Department's willingness to include these programs as a part of this application, and provide its approval when the official state approval is received.

On behalf of the students, faculty and staff of GCU, we appreciate your consideration of our application and request your approval of the transaction contemplated hereby.

Sincerely,


Brian E. Mueller
President
Grand Canyon University

Attachments

---

[3] According to the 2017 Coding Bootcamp Market Size Report published by Coursereport.com, the tuition of comparable programs averages $11,400.

AR-J-0008