GRAND CANYON UNIVERSITY

3300 West Camelback Road  |  Phoenix, Arizona 85017  |  602.639.7500  |  Toll Free 800.800.9776  |  **www.gcu.edu**

July 10, 2018

Michael J. Frola
Division Director
Multi-Regional and Foreign School Participation Division
Federal Student Aid
U.S. Department of Education
400 Maryland Ave., S.W.
Washington, DC 20202-2110

> Attn:   Shein Dossa

Dear Mr. Frola:

This letter is to confirm that the transaction by which Grand Canyon University (GCU) has become a 501(c)(3) non-profit institution closed effective as of July 1, 2018. We have also worked with Ms. Arthur of the Case Team to make certain updates to the electronic Application for Approval to Participate in the Federal Student Aid programs since that date.

As requested in your letter dated July 3, 2018, we are timely submitting (and in some cases resubmitting) the following items in support of our application:

- **Request 2:** A copy of GCU's state license from the Arizona State Board for Private Postsecondary Education (AZ SBPPE) that was in effect the day before the change of ownership and authorized GCU to provide a program of postsecondary education in Arizona;
- **Request 3:** A copy of GCU's accrediting approval from the Higher Learning Commission (HLC) that was in effect the day before the change of ownership and granted GCU accreditation status, including approval of the nondegree programs it offers;
- **Requests 4 and 5:** Audited financial statements for the two most recently completed fiscal years for both the institution and the new owner were submitted through ezAudit in January 2018, so we have not repeated them here, but if you need a hard copy please let us know;
- **Request 7:** Approval of the change of ownership from the AZ SBPPE;
- **Request 8:** Approval of the change of ownership from HLC; and
- **Request 9:** Based on the University's low cohort default rates, we believe we are exempt from the requirement to submit a default management plan, but we are providing a copy of the default management plan we follow for your records.

We believe these are all of the documents necessary for the Department to issue a Temporary Provisional Program Participation Agreement, and we ask that the Department issue its TPPPA soon. We are gathering the additional documents requested in your July 3rd letter to be submitted no later than August 31, 2018, in accordance with the deadline described in 34 C.F.R. § 600.20(h)(2)(iii).

Finally, we wanted to provide an update regarding Questions 11 and 12 on the electronic application. GCU has hired a new Chief Financial Officer and Mr. Brian Roberts is currently serving as the interim fiscal officer until she assumes her position. Ms. Junette C. West is scheduled to begin at GCU as the permanent Vice President of Business and Finance on September 1, 2018. Ms. West, a GCU graduate, has over 30 years' experience in corporate accounting and finance, and has served in a chief financial officer role at several large companies. We will update our electronic application when Ms. West officially begins her role at GCU in September.

Thank you for your courtesies throughout this process. If you have any questions regarding this subject or the University's plans going forward, please feel free to contact me at ████████ or via email at ████████████████.

Sincerely,

Brian Mueller
President
Grand Canyon University

Encs.

cc:     Donna Mangold, U.S. Department of Education, Office of General Counsel

2



**GRAND CANYON UNIVERSITY**

3300 West Camelback Road  |  Phoenix, Arizona 85017  |  602.639.7500  |  Toll Free 800.800.9776  |  **www.gcu.edu**

July 2, 2018

Teri Stanfill
Executive Director
Arizona State Board for Private Postsecondary Education
1740 West Adams, Suite 3008
Phoenix, AZ 85007

Dear Ms. Stanfill,

On behalf of the students, faculty, staff, and Board of Trustees, we are writing to notify you of the successful closing of the transaction by which Grand Canyon University has become a 501(c)(3) non-profit institution, effective as of July 1, 2018. After discussion with all parties, internally as well as with the external attorneys contracted to assist in completing the transaction, we can confirm again that there have been no material changes in the terms of the transaction as presented in our change of control application to the Arizona State Board of Private Postsecondary Education and approved April 26, 2018. Please let us know if AZPPSE would like to receive copies of the final agreements as of the close of the transaction.

We believe we have embarked on a new chapter of the Grand Canyon University history, ensuring the legacy of the University for generations of students to come. We appreciate the guidance of AZPPSE throughout this change of control process and we look forward to our continued relationship with the Board and Board Staff.

If you have any questions regarding this subject or the University's plans going forward, please feel free to contact me at , or via email at .

Sincerely,

Brian Mueller
President
Grand Canyon University



# Arizona State Board for Private Postsecondary Education

April 27, 2018
Via email ████████████
████████████████

Mr. Brian Mueller
Grand Canyon University
3300 West Camelback Road
Phoenix, AZ 85017

RE:     Supplemental License Application for a Change of Ownership and Control

Dear Mr. Mueller:

At the April 26, 2018 meeting of the Arizona State Board for Private Postsecondary
Education (Board), the Board determined by a vote of 6 (yes) to 0 (no) to approve the
Application for a Supplemental License for a Change of Ownership submitted for
Grand Canyon University.

This approval will become effective upon the subsequent closing of the transaction.

Upon receipt of the documents verifying the closing of the transaction, a letter
acknowledging the non-profit status of Grand Canyon University and all institutional
files will be updated.

The Board wishes Grand Canyon University continued success.

Please contact me if you have any questions.

Sincerely,

Teri Stanfill
Executive Director

TS:t

1400 WEST
WASHINGTON
ROOM 260

PHOENIX,
ARIZONA
85007

Phone:
602-542-5709

Fax:
602-542-1253

Website:
www.azppse.gov

AR-J-0021



# STATE OF ARIZONA
## 2018

### STATE BOARD FOR PRIVATE POSTSECONDARY EDUCATION
**1740 W. ADAMS STREET, ROOM 3008 in PHOENIX, AZ 85007**

HEREBY GRANTS A REGULAR ACCREDITED VOCATIONAL AND DEGREE PROGRAM LICENSE AVD-0D1091 AND LEGALLY AUTHORIZES FOR THE PERIOD OF

April 01, 2010 - June 30, 2018

**Grand Canyon University**
**3300 W Camelback Rd**
**Phoenix, AZ 85017-3030**

TO OFFER THE FOLLOWING POSTSECONDARY PROGRAMS:

**Degree Programs**
Master of Science in Executive Fire Service Leadership
Master of Science in Nursing: Public Health
Master of Education in Early Childhood Education (ITL)
Master of Education in Secondary Education - ARL
Master of Science in Organizational Leadership and Entrepreneurship
Master of Education in Elementary Education (ITL)
Master of Education in Special Education - Nevada ARL
Master of Education in Special Education (ITL)
Master of Science in Christian Counseling of Substance Use and Addictive Disorders
Master of Science in Health Care Administration
Masters of Science in Health Care Informatics
Master of Public Health
Master of Education in School Counseling (K-12)
Master of Education in Early Childhood Education - Nevada ARL
Master of Education in Early Childhood and Early Childhood Special Education (ITL)
Master of Education in Elementary Education - Nevada ARL
Master of Science in Nursing
Master of Science in Nursing: Family Nurse Practitioner (Revision & Transitional)
Master of Business Administration
Associate of Arts with an Emphasis in Business
Doctor of Business Administration
Associate of Arts with an Emphasis in Christian Studies
Associate of Arts with an Emphasis in Education
Doctor of Education in Teaching and Learning



In witness whereof, the State Board has caused this License to be signed by its duly authorized officers.

*Trish Leonard*

**Chairman**

*Teri Stanfield*

**Executive Director**

A.R.S. § 32-3001 et. seq.



# STATE OF ARIZONA
## 2018

### STATE BOARD FOR PRIVATE POSTSECONDARY EDUCATION
**1740 W. ADAMS STREET, ROOM 3008 in PHOENIX, AZ 85007**

HEREBY GRANTS A REGULAR ACCREDITED VOCATIONAL AND DEGREE PROGRAM LICENSE AVD-0D1091 AND LEGALLY AUTHORIZES FOR THE PERIOD OF

April 01, 2010 - June 30, 2018

**Grand Canyon University**
**3300 W Camelback Rd**
**Phoenix, AZ 85017-3030**

TO OFFER THE FOLLOWING POSTSECONDARY PROGRAMS:

Doctor of Philosophy in General Psychology
Associate of Arts with an Emphasis in General Studies
Associate of Arts with an Emphasis in Health Care Administration
Associate of Arts with an Emphasis in Justice Studies
Master of Science in Marriage and Family Therapy
Doctor of Education in Organizational Leadership
Doctor of Education Teaching and Learning
Doctor of Philosophy Counselor Education and Supervison, Ph.D.
Master of Science in Professional Counseling
Master of Science in Christian Counseling
Master of Divinity
Certificate of Advanced Studies in Addiction
Bachelor of Science in Accounting
Bachelor of Arts in Advertising and Graphic Design
Bachelor of Arts in Advertising and Public Relations
Bachelor of Science in Applied Business Analytics
Bachelor of Science in Applied Business Information Systems
Bachelor of Science in Applied Management
Bachelor of Science in Athletic Training
Bachelor of Science in Behavioral Health Science
Bachelor of Science in Biochemistry and Molecular Biology
Bachelor of Science in Business Administration
Bachelor of Science in Business Analytics
Bachelor of Science in Business for Secondary Education
Bachelor of Science in Business Information Systems



In witness whereof, the State Board has caused this License to be signed by its duly authorized officers.

_Trish Leonard_
**Chairman**

_Sue Stanfine_
**Executive Director**

A.R.S. § 32-3001 et. seq.



# STATE OF ARIZONA
## 2018

### STATE BOARD FOR PRIVATE POSTSECONDARY EDUCATION
**1740 W. ADAMS STREET, ROOM 3008 in PHOENIX, AZ 85007**

HEREBY GRANTS A REGULAR ACCREDITED VOCATIONAL AND DEGREE PROGRAM LICENSE AVD-0D1091 AND LEGALLY AUTHORIZES FOR THE PERIOD OF

April 01, 2010 - June 30, 2018

**Grand Canyon University**
**3300 W Camelback Rd**
**Phoenix, AZ 85017-3030**

TO OFFER THE FOLLOWING POSTSECONDARY PROGRAMS:

Bachelor of Science in Business Management
Bachelor of Science in Chemistry
Bachelor of Arts in Christian Studies
Bachelor of Arts in Communication
Bachelor of Science in Computer Programming (Residential/Online)
Bachelor of Science in Corporate Fitness and Wellness
Bachelor of Science in Counseling
Bachelor of Arts in Dance
Bachelor of Arts in Dance Education
Bachelor of Arts in Digital Design
Bachelor of Arts in Digital Film
Bachelor of Science in Early Childhood and Early Childhood Special Education
Bachelor of Science in Early Childhood Education (ITL)
Bachelor of Science in Early Childhood Education (NITL)
Bachelor of Science in Educational Studies
Bachelor of Science in Elementary Education
Bachelor of Science in Elementary Education and Special Education
Bachelor of Science in Emergency Management
Bachelor of Arts in English
Bachelor of Arts in English for Secondary Education
Bachelor of Arts in English Literature
Bachelor of Science in Entrepreneurial Studies
Bachelor of Science in Environmental Science
Bachelor of Science in Exercise Science
Bachelor of Science in Finance and Economics



In witness whereof, the State Board has caused this License to be signed by its duly authorized officers.

*Trish Leonard*
**Chairman**

*Sue Stanfire*
**Executive Director**

A.R.S. § 32-3001 et. seq.



# STATE OF ARIZONA
## 2018

### STATE BOARD FOR PRIVATE POSTSECONDARY EDUCATION
**1740 W. ADAMS STREET, ROOM 3008 in PHOENIX, AZ 85007**

HEREBY GRANTS A REGULAR ACCREDITED
VOCATIONAL AND DEGREE PROGRAM LICENSE AVD-
0D1091 AND LEGALLY AUTHORIZES FOR THE PERIOD
OF

April 01, 2010 - June 30, 2018

**Grand Canyon University
3300 W Camelback Rd
Phoenix, AZ 85017-3030**

TO OFFER THE FOLLOWING POSTSECONDARY PROGRAMS:

Bachelor of Science Forensic Science
Bachelor of Arts in Government
Bachelor of Science in Health Care Administration
Bachelor of Science in Health Sciences: Professional Development and Advanced Patient Care
Bachelor of Arts in History
Bachelor of Arts in History for Secondary Education
Bachelor of Science in Hospitality Management
Bachelor of Science in Information Technology
Bachelor of Arts in Interdisciplinary Studies
Bachelor of Science in Justice Studies
Bachelor of Science in Management Information Systems
Bachelor of Science in Nursing (RN-BSN)
Bachelor of Science in Marketing and Advertising
Bachelor of Science in Math for Secondary Education
Bachelor of Arts in Music
Bachelor of Science in Physical Education
Bachelor of Science in Psychology
Bachelor of Science in Public Safety Administration
Bachelor of Science in Public Safety and Emergency Management
Bachelor of Science in Secondary Education
Bachelor of Science in Sociology
Bachelor of Arts in Spanish
Bachelor of Science in Sports Management
Bachelor of Arts in Theater Education
Bachelor of Arts in Theatre and Drama



In witness whereof, the State Board has caused this
License to be signed by its duly authorized officers.

*Trish Leonard*

**Chairman**

*Lee Stanfire*

**Executive Director**

A.R.S. § 32-3001 et. seq.



# STATE OF ARIZONA
## 2018

### STATE BOARD FOR PRIVATE POSTSECONDARY EDUCATION
**1740 W. ADAMS STREET, ROOM 3008 in PHOENIX, AZ 85007**

HEREBY GRANTS A REGULAR ACCREDITED VOCATIONAL AND DEGREE PROGRAM LICENSE AVD-0D1091 AND LEGALLY AUTHORIZES FOR THE PERIOD OF

April 01, 2010 - June 30, 2018

**Grand Canyon University
3300 W Camelback Rd
Phoenix, AZ 85017-3030**

TO OFFER THE FOLLOWING POSTSECONDARY PROGRAMS:

Bachelor of Arts in Worship Arts
Bachelor of Science in Nursing (Pre-Licensure)
Bachelor of Science in Biology for Secondary Education
Bachelor of Science in Biology
Bachelor of Science in Biomedical Engineering
Bachelor of Science in Chemistry for Secondary Education
Bachelor of Science in Computer Science
Bachelor of Science in Electrical Engineering
Bachelor of Science in Electrical Engineering Technology
Bachelor of Science in Engineering
Bachelor of Science in Environmental Biology
Bachelor of Science in Human Biology
Bachelor of Liberal Studies
Bachelor of Science in Mathematics
Bachelor of Science in Organizational Sociology
Bachelor of Science in Mathematics for Engineering
Bachelor of Science in Mechanical Engineering
Bachelor of Science in Mechanical Engineering Technology
Bachelor of Arts in Philosophy
Bachelor of Arts in Political Science
Bachelor of Science in Recreation
Bachelor of Arts in Music Education - Choral
Bachelor of Arts in Music Education - Instrumental
Post-Master of Science in Counseling: Addiction Counseling
Post-Master of Science in Counseling: Childhood and Adolescence Disorders Certificate



In witness whereof, the State Board has caused this License to be signed by its duly authorized officers.

*Trish Leonard*

**Chairman**

*Sue Stanfire*

**Executive Director**

A.R.S. § 32-3001 et. seq.



# STATE OF ARIZONA
## 2018

### STATE BOARD FOR PRIVATE POSTSECONDARY EDUCATION
**1740 W. ADAMS STREET, ROOM 3008 in PHOENIX, AZ 85007**

HEREBY GRANTS A REGULAR ACCREDITED VOCATIONAL AND DEGREE PROGRAM LICENSE AVD-0D1091 AND LEGALLY AUTHORIZES FOR THE PERIOD OF

April 01, 2010 - June 30, 2018

**Grand Canyon University**
**3300 W Camelback Rd**
**Phoenix, AZ 85017-3030**

TO OFFER THE FOLLOWING POSTSECONDARY PROGRAMS:

Post-Master of Science in Counseling: Marriage and Family Therapy Certificate
Post-Master of Science in Counseling: Trauma Certificate
Undergraduate Certificate of Completion in Cybersecurity Foundations
Graduate Certificate of Completion in Forensic Psychology
Graduate Certificate of Completion in GeroPsychology
Graduate Certificate of Completion in Health Psychology
Graduate Certificate of Completion in Human Factors Psychology
Graduate Certificate of Completion in Industrial and Organizational Psychology
Undergraduate Certificate of Completion in Java Programming
Graduate Certificate of Completion in Life Coaching
Graduate Certificate of Completion in Mental Health and Wellness
Undergraduate Certificate of Completion in PHP
Graduate Certificate of Completion in Biblical Foundations
Graduate Certificate of Completion in Christian Theology
Graduate Certificate of Completion in Global Ministry
Graduate Certificate of Completion in Ministry Education
Post-Master of Arts in Theology: Introductory Biblical Languages Certificate
Graduate Certificate of Completion in Reading for Elementary Educators
Graduate Certificate of Completion in Reading for Secondary Educators
Graduate Certificate of Completion in Teaching English to Speakers of Other Languages (TESOL) - LA/NV/AZ
Graduate Certificate of Completion in Worship Leadership
Post-Master of Science in Nursing: Nursing Education Certificate
Post-Master of Science in Nursing: Adult Clinical Nurse Specialist Program
Master of Education in Curriculum and Instruction: Reading



In witness whereof, the State Board has caused this License to be signed by its duly authorized officers.

_Trick Leonard_
**Chairman**

_Eric Stanfire_
**Executive Director**

**A.R.S. § 32-3001 et. seq.**



# STATE OF ARIZONA
## 2018

### STATE BOARD FOR PRIVATE POSTSECONDARY EDUCATION
**1740 W. ADAMS STREET, ROOM 3008 in PHOENIX, AZ 85007**

HEREBY GRANTS A REGULAR ACCREDITED VOCATIONAL AND DEGREE PROGRAM LICENSE AVD-0D1091 AND LEGALLY AUTHORIZES FOR THE PERIOD OF

April 01, 2010 - June 30, 2018

**Grand Canyon University
3300 W Camelback Rd
Phoenix, AZ 85017-3030**

TO OFFER THE FOLLOWING POSTSECONDARY PROGRAMS:

Master of Education In Educational Leadership
Education Specialist in K -12 Leadership
Master of Education in Secondary Education (NITL)
Post-Baccalaureate Certificate in Accounting
Master of Arts in Autism Spectrum Disorders
Master of Arts in Curriculum and Instruction
Master of Education in Early Childhood Education (NITL)
Master of Arts in Gifted Education
Master of Science in Instructional Technology
Master of Arts in Reading
Master of Education in Teaching English to Speakers of Other Languages
Master of Arts in Teaching English to Speakers of Other Languages
Master of Education in Early Childhood and Early Childhood Special Education (NITL)
Master of Science in Accounting
Master of Science in Biology
Master of Science in Chemistry
Master of Arts in Communication with an Emphasis in Education
Master of Science Cybersecurity
Master of Arts in English with an Emphasis in Education
Master of Science in Mental Health and Wellness
Master of Arts in History with an Emphasis in Education
Master of Science in Information Technology Management
Master of Science in Math
Master of Science in Sociology with an Emphasis in Education
Master of Arts in Teaching



In witness whereof, the State Board has caused this License to be signed by its duly authorized officers.

_Trish Leonard_
**Chairman**

_Eric Stanfire_
**Executive Director**

A.R.S. § 32-3001 et. seq.



# STATE OF ARIZONA
## 2018

### STATE BOARD FOR PRIVATE POSTSECONDARY EDUCATION
**1740 W. ADAMS STREET, ROOM 3008 in PHOENIX, AZ 85007**

HEREBY GRANTS A REGULAR ACCREDITED VOCATIONAL AND DEGREE PROGRAM LICENSE AVD-0D1091 AND LEGALLY AUTHORIZES FOR THE PERIOD OF

April 01, 2010 - June 30, 2018

**Grand Canyon University**
**3300 W Camelback Rd**
**Phoenix, AZ 85017-3030**

TO OFFER THE FOLLOWING POSTSECONDARY PROGRAMS:

Master of Science in Addiction Counseling
Master of Education in Educational Administration
Doctor of Nursing Practice
Master of Science in Nursing with and Emphasis in Nursing Education
Master of Science in Nursing: Health Care Informatics
Master of Science in Nursing: Nursing Leadership in Healthcare Systems
Master of Science in Psychology
Post-Masters of Science in Nursing: Family Nurse Practitioner Certificate
Master of Science in Business Analytics
Master of Arts in Christian Leadership
Master of Arts in Christian Ministry
Master of Science in Criminal Justice
Master of Education in Curriculum and Instruction: Technology
Master of Science in Leadership
Master of Public Administration
Master of Education in Secondary Education (ITL)
Master of Education in Special Education for Certified Special Educators
Master of Arts in Urban Ministry
Master of Arts in Youth and Family Ministry
Master of Education in Elementary Education (NITL)
Master of Education in Special Education (NITL)
Post-Master of Science in Nursing Adult Clinical Nurse Specialist with Education Focus Certificate

**Vocational Programs**



In witness whereof, the State Board has caused this License to be signed by its duly authorized officers.

_____
**Chairman**

_____
**Executive Director**

A.R.S. § 32-3001 et. seq.



# STATE OF ARIZONA
## 2018

### STATE BOARD FOR PRIVATE POSTSECONDARY EDUCATION
**1740 W. ADAMS STREET, ROOM 3008 in PHOENIX, AZ 85007**

HEREBY GRANTS A REGULAR ACCREDITED VOCATIONAL AND DEGREE PROGRAM LICENSE AVD-0D1091 AND LEGALLY AUTHORIZES FOR THE PERIOD OF

April 01, 2010 - June 30, 2018

**Grand Canyon University
3300 W Camelback Rd
Phoenix, AZ 85017-3030**

TO OFFER THE FOLLOWING POSTSECONDARY PROGRAMS:



In witness whereof, the State Board has caused this License to be signed by its duly authorized officers.

*Trish Leonard*

**Chairman**

*Sue Stanfine*

**Executive Director**

A.R.S. § 32-3001 et. seq.



## *Arizona State Board for Private Postsecondary Education*

June 29, 2018

Mr. Scott Campbell
Grand Canyon University
3300 W Camelback Road
Phoenix, AZ 85017

Dear Mr. Campbell:

The *Arizona State Board for Private Postsecondary Education* ("Board") has completed the Administrative Completeness and Substantive Review of the "Supplemental Application for a Degree Program" based upon substantive changes to the currently licensed program. The Board approves the Supplemental Applications for the following revised programs:

### MASTER OF EDUCATION IN SPECIAL EDUCATION (ITL)
**44 SEMESTER CREDIT HOURS**

### MASER OF EDUCATION IN SPECIAL EDUCATION (NITL)
**36 SEMESTER CREDIT HOURS**

On Behalf of the *Arizona State Board for Private Postsecondary Education,* please accept our best wishes for your continued success

Sincerely,

Kimm Darling
Program Manager - Licensing

1740 WEST
ADAMS ST,
SUITE 3008
PHOENIX
ARIZONA
85007
PHONE:
602-542-5709
FAX:
602-542-1253
WEBSITE:
WWW.PPSE.AZ.GOV



# *Arizona State Board for Private Postsecondary Education*

June 29, 2018

Mr. Scott Campbell
Grand Canyon University
3300 W. Camelback Road
Phoenix, AZ 85017

Dear Mr. Campbell:

The ***Arizona State Board for Private Postsecondary Education*** ("State Board") has completed the Administrative Completeness and Substantive Review of the "Supplemental License Application for a New Degree Programs".

This letter is official notification that licensure for ***Grand Canyon University – Phoenix*** will include the following new degree programs:

**UNDERGRADUATE CERTIFICATE OF COMPLETION IN**
**C#.NET PROGRAMMING**
**16 SEMESTER CREDIT HOURS**

**BACHELOR OF SCIENCE IN CYBERSECURITY**
**120 SEMESTER CREDIT HOURS**

**BACHELOR OF SCIENCE IN HEALTH INFORMATION**
**MANAGEMENT**
**120 SEMESTER CREDIT HOURS**

**BACHELOR OF SCIENCE IN NURTRITIONAL SCIENCES**
**120 SEMESTER CREDIT HOURS**

**BACHELOR OF SCIENCE IN SUPPLY CHAIN AND LOGISTICS**
**MANAGEMENT**
**120 SEMESTER CREDIT HOURS**

1740 WEST
ADAMS ST,
SUITE 3008
PHOENIX
ARIZONA
85007
PHONE:
602-542-5709
FAX:
602-542-1253
WEBSITE:
WWW.PPSE.AZ.GOV

**MASTER OF EDUCATION IN SCHOOL COUNSELING (ITL)**
**60 SEMSETER CREDIT HOURS**

**MASTER OF SCIENCE IN LEADERSHIP WITH AN EMPHASIS IN**
**HOMELAND SECURITY AND EMERGENCY MANGEMENT**
**34 SEMESTER CREDIT HOURS**

On behalf of the *Arizona State Board for Private Postsecondary Education*, please accept our best wishes for your continued success.

Sincerely,

Kimm Darling
Program Manager-Licensing



## *Arizona State Board for Private Postsecondary Education*

June 29, 2018

Mr. Scott Campbell
Grand Canyon University
3300 W. Camelback Road
Phoenix, AZ 85017

Dear Mr. Campbell:

The *Arizona State Board for Private Postsecondary Education* ("State Board") has completed the Administrative Completeness and Substantive Review of the "Supplemental License Application for a New Degree Programs".

This letter is official notification that licensure for *Grand Canyon University – Phoenix* will include the following new degree programs:

**BACHELOR OF SCIENCE IN ELEMENTARY EDUCATION**
**WITH AN EMPHASIS IN TEACHING READING**
**120 SEMESTER CREDIT HOURS**

**BACHELOR OF SCIENCE IN HOMELAND SECURITY**
**AND EMERGENCY MANAGEMENT**
**120 SEMESTER CREDIT HOURS**

**MASTER OF ARTS IN READING EDUCATION K-12**
**32 SEMESTER CREDIT HOURS**

On behalf of the *Arizona State Board for Private Postsecondary Education*, please accept our best wishes for your continued success.

Sincerely,

Kimm Darling
Program Manager-Licensing

1740 WEST
ADAMS ST,
SUITE 3008
PHOENIX
ARIZONA
85007
PHONE:
602-542-5709
FAX:
602-542-1253
WEBSITE:
WWW.PPSE.AZ.GOV



GRAND CANYON UNIVERSITY

3300 West Camelback Road  |  Phoenix, Arizona 85017  |  602.639.7500  |  Toll Free 800.800.9776  |  www.gcu.edu

July 2, 2018

Robert Rucker
Research and Advocacy Coordinator for Legal and Governmental Affairs
The Higher Learning Commission
230 South LaSalle Street Suite 7-500
Chicago, IL  60604

Dear Mr. Rucker,

On behalf of the students, faculty, staff, and Board of Trustees, we are writing to notify you of the successful closing of the transaction by which Grand Canyon University has become a 501(c)(3) non-profit institution, effective as of July 1, 2018. After discussion with all parties, internally as well as with the external attorneys contracted to assist in completing the transaction, we can confirm again that there have been no material changes in the terms of the transaction as presented in our change of control application to the Commission and approved pursuant to the Commission's letter of June 20, 2018.  Please let us know if the Commission would like to receive copies of the final agreements as of the close of the transaction.

We believe we have embarked on a new chapter of the Grand Canyon University history, ensuring the legacy of the University for generations of students to come. We appreciate the guidance of the Commission throughout this comprehensive review process and we look forward to our continued relationship with the Commission and our peer institutions.

If you have any questions regarding this subject or the University's plans going forward, please feel free to contact me at ▮▮▮▮▮▮▮, or via email at ▮▮▮▮▮▮▮▮▮▮.

Sincerely,

Brian Mueller
President
Grand Canyon University



HIGHER LEARNING COMMISSION

230 South LaSalle Street, Suite 7-500
Chicago, IL 60604-1411
312.263.0456 | 800.621.7440
Fax: 312.263.7462 | hlcommission.org

June 20, 2018

VIA ELECTRONIC MAIL

Brian Mueller, President
Grand Canyon University
3300 W. Camelback Rd.
Phoenix, AZ 85017

Dear President Mueller:

This letter is formal notification of action taken by the Higher Learning Commission (HLC or "the Commission") Board of Trustees ("the Board") concerning Grand Canyon University ("the Institution"). Through action taken via mail ballot on June 11, 2018, the Board voted to reaffirm the extension of accreditation related to its approval of the Institution's application for Change of Control, Structure, or Organization wherein Gazelle University acquires certain assets of Grand Canyon Education, Inc., including certain assets of Grand Canyon University.

In taking this action, the Board affirms that the Institution is subject to the same terms and requirements outlined in the Board's original action taken in February 2018. The Institution is maintained on the Standard Pathway with its next comprehensive evaluation (Year 4) in 2020-21.

In addition, it should be noted that the tax status of a corporation (whether it is for-profit, not-for-profit, or public benefit) is a matter of law to be determined by the appropriate governmental agency. Therefore, HLC has made no independent determination through this action, or its prior action, as to the tax status of Grand Canyon University. Further, the U.S. Department of Education, not HLC, makes all determinations as to any institution's continued eligibility to participate in Title IV student financial aid programs.

Please send the Commission written notice of the closing date within 24 hours after the transaction has closed. You are also obligated to notify the Commission prior to closing if any of the material terms of this transaction have changed or appear likely to change. By Commission policy the closing must take place within no more than thirty days from the date of the Board's approval. If there is any delay such that the transaction cannot close within this time frame, you must notify the Commission as soon as possible.

On behalf of the Board of Trustees, I thank you and your associates for your cooperation. Please contact your HLC Staff Liaison, Dr. Linnea Stenson, if you have questions about any of the information in this letter.

Sincerely,

Barbara Gellman-Danley
President


**HIGHER LEARNING COMMISSION**

# Statement of Accreditation Status

*as of July 5, 2018*

## Grand Canyon University

3300 W. Camelback Rd.

Phoenix, AZ 85017-1097

(602) 639-7500

www.gcu.edu

*\*Previous names: Grand Canyon College to Grand Canyon University (1989)*

The information on this page describes the accreditation relationship between this institution and the Higher Learning Commission. General information about the Commission and the accreditation process is provided at the end of this document. In addition, links to definitions are provided for many of the terms used.

## Accreditation Information

Current status: Accredited

- Public Statement

Candidacy date(s):          06/21/1961 - 03/26/1968
Accreditation granted:      03/27/1968

Most recent reaffirmation of accreditation: 2016 - 2017

  • Action Letter (PDF)

Next reaffirmation of accreditation: 2020 - 2021

# Upcoming or In-Progress Reviews

| Date | Event | Description |
| --- | --- | --- |
| 2018 - 2019: | Focused Visit | |
| 2020 - 2021: | Comprehensive Evaluation | |
| 2026 - 2027: | Comprehensive Evaluation | |

# Most Recent History with the Commission

| Date | Event | Description |
| --- | --- | --- |
| 02/28/2017: | Comprehensive Evaluation | Continue Accreditation |
| 05/16/2016: | Monitoring, Non-financial Indicator | Interim Report Requested - Delaying the report until November will enable the institution to provide additional enrollment data disaggregated to the program level that would not be available in August. |
| 02/28/2008: | Focused Evaluations - Institution's Request | M to D, new D's program |
| 09/10/2007: | Comprehensive Evaluations - Continued Accreditation | |

# General Institutional Information

*This section provides brief, general information about the institution's organization and scope. The information is self-reported by the institution through the annual Institutional Update to the Commission. Additional information can be found at nces.ed.gov/collegenavigator/ or on the institution's web site noted above.*

Control: Private NFP

Degree programs (number in each category): Associates (6), Bachelors (69), Masters (55), Specialist (1), Doctoral (6)

Certificate programs (number offered): 22

Off-Campus Activities (This listing was last updated: 03/07/2018; the information may not be current.) The institution's accreditation includes courses and programs at:

| Location | Campuses | Additional Locations |
|---|---|---|
| In-State: | None. | Estrella Mountain Community College - Avondale, AZ; Estrella Mountain Community College - Buckeye - Buckeye, AZ; Chandler-Gilbert Community College - Chandler, AZ; Glendale Community College - Glendale, AZ; Abrazo Phoenix / West Valley Hospital - Goodyear, AZ; Mesa Community College - Mesa, AZ; AT Still University - Mesa, AZ; Mountain Vista Medical Center - Mesa, AZ; AT Still GCU Center - Mesa , AZ; Mesa Community College - Red Mountain Campus - Mesa, AZ; St. Joseph Hospital - Phoenix, AZ; Phoenix Children's Hospital - Phoenix, AZ; Mayo Clinic Hospital - Phoenix, AZ; Scottsdale Lincoln North Mountain - Phoenix, AZ; Phoenix VA Hospital - Phoenix, AZ; Yavapai Community College - Prescott, AZ; Scottsdale Healthcare - Shea - Scottsdale, AZ; Scottsdale Healthcare - Osborn - Scottsdale, AZ; Pima-Salt River High School - Scottsdale, AZ; GCU Scottsdale - Scottsdale, AZ; Scottsdale Community College - Scottsdale, AZ; Banner Boswell - Sun City, AZ; GCU Boswell - Sun City, AZ; GCU Tempe - Tempe, AZ; Kyrene School District Office - Tempe, AZ; GCU Tucson - Tucson, AZ; |
| Out-of-State: | None. | GCU Albuquerque - Albuquerque, NM; |
| Out-of-U.S.: | None. | None. |

# Grand Canyon University Default Prevention and Management Plan

By Elise Williams
Default Aversion Manager
Updated 2-27-18

GCU Default Prevention and Management Plan

# Table of Contents

1.  Overview..................................................................................................................5

Default Prevention and Management Activities ...........................................................5

Benefits of Adopting a Default Prevention and Management Plan..............................6

Consequences of Default for Borrowers .....................................................................6

Consequences of Default for Schools..........................................................................7

2.  Early Stages of Enrollment......................................................................................8

Entrance Counseling ....................................................................................................8

Financial Literacy .........................................................................................................8

  Student Services Counselor.......................................................................................9

  Net Price Calculator & Repayment Counseling .........................................................9

  Education on the Loan Awarding Process...................................................................9

  Online Net Price Calculator........................................................................................9

  Required Financial Literacy Coursework....................................................................9

  Destination GCU.......................................................................................................10

  Explore Teach...........................................................................................................10

  Contact information for delinquency and default prevention assistance ...................10

  GCU.edu....................................................................................................................10

Early Identification and Counseling for Students at-Risk...........................................10

  At-Risk Reporting......................................................................................................11

  GCU Graduation Team..............................................................................................11

Communication across Campus..................................................................................11

  Timely and Accurate Enrollment Reporting .........................**Error! Bookmark not defined.**

  SAP Reporting...........................................................................................................11

  Task Force.................................................................................................................11

Default Prevention and Retention Staff.......................................................................12

3.  Late Stages of Enrollment.....................................................................................12

Loan Repayment Emails.............................................................................................12

Hard Copy Letters.......................................................................................................13

Loan Repayment Calls................................................................................................13

Monthly Operations Report and Review.....................................................................13

Exit Counseling ..........................................................................................................13

Withdrawals.................................................................................................................14

  Offer Reenrollment ...................................................................................................14

  Career Impact Center ...............................................................................................15

  State Licensing Preparation Classes ...................................**Error! Bookmark not defined.**

AR-J-0041

GCU Default Prevention and Management Plan

Grad Rates .................................................................**Error! Bookmark not defined.**

Timely and Accurate Enrollment Reporting.................................................................15

4.   After Students Leave School.................................................................15

NSLDS Date Entered Repayment (DER) Report .................................................................15

DELQ01 (NSLDS Delinquent Borrower Report) .................................................................16

SCHPR1 (NSLDS School Portfolio Report).................................................................16

TIVAS Reports.................................................................16

Early Stage Delinquency Assistance (ESDA) .................................................................17

Grace Emails .................................................................17

Demographic Data Requests .................................................................17

Late Stage Delinquency Assistance (LSDA).................................................................17

Weekly Goals and CDR Re-Forecast.................................................................18

Late Stage Goals .................................................................18

Maintain Contact with Former Students.................................................................18

Skip Tracing.................................................................19

Student Portal and Student Email .................................................................19

Loan Record Detail Report (LRDR) Data Review .................................................................19

Analyze Defaulted Loan Data to Identify Defaulter Characteristics .................................................................19

5.   Enhanced Entrance and Exit Counseling .................................................................20

Prospective Student Award Letter Video.................................................................21

Regular Student Services Counselors Meetings .................................................................21

6.   Tools and Activities for Schools .................................................................21

Where do I begin?.................................................................21

Default Prevention Resource Information Page .................................................................21

ECDR Appeals System.................................................................22

Loan Counseling .................................................................22

TIVA Counselor Conversations.................................................................22

Financial Aid ToolKit.................................................................23

Repayment Estimator .................................................................23

Enrollment Reporting and Data Accuracy.................................................................23

Default Prevention.................................................................23

TIVA Trainings.................................................................24

Default Best Practice Group.................................................................24

General Connections/Publications.................................................................24

Studentaid.ed.gov.................................................................25

FSA Handbook .................................................................25

AR-J-0042

GCU Default Prevention and Management Plan

Common Manual ...................................................................................................................25

U.S. Dept of Education Default Prevention and Management Team ....................................25

Help Desk ............................................................................................................................25

FSA Conferences ................................................................................................................25

AR-J-0043

# 1.   Overview

The following information documents the Grand Canyon University (GCU) Default Prevention and Management Plan. GCU is not required by the Department of Education to have such a plan, but based on recommendations from the Department; the University has put one in place.

The purpose of the GCU Default Prevention and Management Plan is to:

1. Educate prospective, current, and past students on financial literacy and responsible borrowing.
2. Educate borrowers who have entered into repayment on repayment obligations and repayment options.
3. Act as a liaison between borrowers and lenders.
4. Work in conjunction with other GCU personnel to promote financial literacy, responsible borrowing and prevent defaults.
5. Ensure that GCU meets and exceeds cohort default rate goals set by the university, remaining at or below the national average when compared against other schools of like characteristics.

The GCU plan follows the Department's sample plan, outlining current practices and recommended Default prevention and management activities.

## Default Prevention and Management Activities

**Department Guidelines:**
Schools participating in the FFEL or Direct Loan programs for the first time, or schools participating in the FFEL or Direct Loan programs that have undergone a change of ownership that resulted in a change in control are required to use a default prevention and management plan to participate in the Title IV Programs (34 CFR 668.14(b)(15). For such schools, implementation of the nine Default Prevention and Management Activities listed below will satisfy that requirement. Schools required to adopt a default prevention and management plan have the option to submit their own plans to the Department in lieu of adopting this Default Prevention and Management Plan. However, all schools are required to follow regulatory guidance including: entrance counseling and exit counseling for borrowers, reporting timely and accurate enrollment information to the U.S. Department of Education (the Department), and sharing satisfactory academic progress information across campus. In addition to these regulatory requirements, schools that are not required to use a default prevention and management plan should strongly consider implementing some or all of the non-regulatory measures in this plan. Additionally, many of the activities that you apply to your school's FFEL and DL borrowers may be successfully applied to your school's Perkins loan borrowers.

**GCU Response:**
The GCU plan includes current strategies as well as the Department's nine recommended Default Prevention and Management Activities can be referenced easily through the table of contents and are listed below:

- Entrance Counseling
- Financial Literacy for Borrowers
- Communication Across Campus

---

GCU Default Prevention and Management Plan

- Exit Counseling
- Timely and Accurate Enrollment Reporting
- NSLDS Date Entered Repayment (DER) Report
- Late Stage Delinquency Assistance (LSDA)
- Loan Record Detail Report (LRDR) Data Review
- Analyze Defaulted Loan Data to Identify Defaulter Characteristics

Execution of GCU's Plan has dropped the three-year official Cohort Default Rate from 19.9% to 8.5% in five years. GCU expects that the 2015 CDR will report at 6.5%.

| Fiscal Year | Rate Type | Rate |
|-------------|-----------|------|
| 2015 | Expected DRAFT | 6.5% |
| 2014 | 3YR Official | 8.5% |
| 2013 | 3YR Official | 9.2% |
| 2012 | 3YR Official | 10.3% |
| 2011 | 3YR Official | 15.7% |
| 2010 | 3YR Official | 19.9% |

## Benefits of Adopting a Default Prevention and Management Plan

**Department Guidelines:**
The activities in the Default Prevention and Management Plan should promote student and school success by increasing retention and reducing delinquency and default.  Schools and students receive benefits when schools implement the activities, techniques, and tools outlined in this plan.  Schools benefit by avoiding any limitations on participation in the loan programs due to excessive cohort default rates (CDRs).  Students benefit by having continued access to Title IV student financial assistance programs, learning good debt management practices, and establishing a healthy credit history.  Schools that are actively committed to promoting student success help their students learn, graduate, obtain employment, and demonstrate financial responsibility through repayment of the funds borrowed to finance their education.

**GCU Response:**
GCU recognizes these benefits and recently shared these advantages with first-time borrowers as we no longer are required to hold disbursements for 30 days. Additionally, we can generate one disbursement in a payment period, rather than two. These changes were implemented in the 2017/2018 academic year and help students manage their educational expenses with ease.

## Consequences of Default for Borrowers

**Department Guidelines:**
Borrowers have serious consequences if they default on a student loan. Stafford loans are considered in default after 270 days without payment.  At the time of default, no additional Title IV aid can be awarded. Outstanding interest is capitalized and collection fees may be added to the borrower's outstanding balance, increasing the amount of the borrower's debt. Defaulted loans are also reported to credit bureaus, which may cause borrowers to sustain long-term damage to their credit rating.  Defaulters may also face difficulty in securing mortgages or car loans, may have their wages garnished, or their federal income tax refunds and other federal payments seized.  Until the default is resolved, collection efforts continue and the defaulter will be ineligible for additional federal student aid.

GCU Default Prevention and Management Plan

**GCU Response:**
GCU recognizes how these consequences can negatively affect borrowers and include this information in targeted email and hard copy campaigns directed to students who are approaching default. In addition, we offer this information through verbal counseling offered through our phone communications.

## Consequences of Default for Schools

**Department Guidelines:**
Schools may face serious consequences due to high CDRs. Consequences include the loss of participation in the FFEL, Direct Loan, and/or Pell Grant programs.  Schools may also be provisionally certified.  Effective, easy-to-implement tools that reduce defaults, promote student and school success, help preserve the integrity of the loan programs, and reduce costs to taxpayers are available to schools.

**GCU Response:**
GCU recognizes this and has implemented tools and processes that promote default prevention. This is supported by our CDR that continues to decrease, dropping from nearly 20% in fiscal year 2010 to what we estimate at 6.2% in fiscal year 2015.

AR-J-0046

GCU Default Prevention and Management Plan

# 2.   Early Stages of Enrollment

## Entrance Counseling

**Department Guidelines:**
The Department recommends that every school implement a default prevention and management plan.  Schools and borrowers benefit when schools incorporate default prevention and management activities into their operations.  Schools can undertake these required and recommended activities that make up a default prevention and management plan as early as during student enrollment in order to reduce the incidence of default.

**GCU Response:**
GCU understands the importance of this regulatory guidance. Prior to receiving financial aid, each borrower must go through Grand Canyon University's entrance counseling. In this online counseling session, borrowers learn about the following:

- What a Direct Loan is and how the loan process works
- How to manage educational expenses
- Other financial resources to consider to help pay for education
- Rights and responsibilities as a borrower

Students are directed to complete their on-line entrance counseling via the Direct Loan Serving Website (studentloans.gov/myDirectLoan).

## Financial Literacy

**Department Guidelines:**
The Department recommends that schools provide borrowers with information concerning the income potential of occupations relevant to their course of study, counseling at various stages of enrollment, interactive tools to manage debt, repayment options, and school contact information.  Schools can offer this information through a variety of media such as counseling, classes, publications, e-tutorials, electronic newsletters to email accounts, adding the information to award letters, or using a combination of methods.  To help students manage their debt, some schools are limiting access of credit card companies to their campuses.  Schools should also provide borrowers with entrance counseling material and the following resources, at minimum, at enrollment and following graduation or withdrawal:

- Estimate of required monthly payments on the borrower's loan balance,
- Calculators to help estimate and manage debt,
- Loan servicer contact information,
- Contact information for delinquency and default prevention assistance on campus,
- Introduction to NSLDS for Students,
- *Repaying Your Student Loans* publication.

**GCU Response:**
GCU values the Department's recommendation on financial literacy. The university goes above and beyond the recommendation regarding credit card companies on campus as no credit card

---

AR-J-0047

companies are allowed on campus. In addition, GCU offers financial literacy education in the following ways:

## Student Services Counselor

Every GCU student is assigned a student services counselor (SSC). This counselor pairs finance counseling with academic counseling.  The SSC is responsible for counseling students on the different ways a student can pay for their education.  They stress the importance of seeking all means of payment such as scholarships and employer reimbursement.  They inform the student of federal financial aid, explaining the difference between grants and loans. If a student wants Title IV aid, the SSC advises the student to consider only borrowing what is needed to cover institutional charges.

## Net Price Calculator & Repayment Counseling

When the SSC advises the student on his budget, he is required to run a borrower's financials through our enhanced Net Price Calculator and counsel him on his expected student loan debt. The use of the Net Price Calculator is monitored weekly and as of January 2017, 100% of new online students have received a copy of their Net Price Calculator.

The SSC will open the Net Price Calculator and review the budget with the student. The purpose of the calculator is to calculate an estimated amount that students will pay - after grant aid and scholarships but before student loans - to attend GCU in a given year. The calculator will identify an unmet need and suggest loan amounts. The calculator gives an estimated monthly repayment amount which helps the student visualize budgeting requirements post-graduation. The SSC asks the student for verbal agreement of the requested amount to award. The purpose of this counseling session is to limit awarding the maximum amount of loans allowed when it is not needed.

## Education on the Loan Awarding Process

SSCs instruct students regarding the loan awarding process. They educate the student about completing an entrance interview and the master promissory note which will provide them with information concerning the loan and the repayment of the loan. Awarding information is sent to the Office of Financial Aid and the award is based on the amount requested by the student. SSCs engage in responsible borrowing discussions prior to the disbursements occurring and continue their advisement by informing the student about the right to cancel or return any funds in excess of their institutional charges. Additionally, they inform the student that if they received loans and only wanted to accept the grants, loans can be returned in full. Furthermore, SSCs inform their students that if they under borrower they can apply for additional funds within the same academic year.

## Online Net Price Calculator

GCU developed an enhanced Online Net Price calculator that can be used by prospective and current students. The purpose of the calculator is to calculate an estimated amount that students will pay – both before and after grant aid and scholarships - to attend GCU for all years within the program.  The calculator also allows the student to see what his monthly payments will be based on the total amount of loans disbursed.

## Required Financial Literacy Coursework

Each freshman undergraduate student who attends our ground campus is required to take UNV103, UNV107, or UNV108. In this course it explains what it means to use credit wisely, it

AR-J-0048

helps students evaluate personal financial decisions, and instructs students on how to utilize financial literacy principles to make financial decisions.

## Destination GCU

Members of the Student Operations Department assist regularly in financial literacy and responsible borrowing education. GCU prospective undergraduate, graduate and post-graduate students are invited to a Destination GCU: Prospective New Student Orientation. During these events, various breakout sessions are offered including: Financial Aid Overview and Responsible Borrowing: Utilizing Grants and Scholarships- leaving school with as little debt as possible.

## Explore Teach

Team members in the Default Aversion Department participate in an annual week-long event targeted at students pursuing careers in education. During these events, presentations are made regarding responsible borrowing topics which are specific to teachers, such as budgeting, TEACH grant requirements, Teacher Loan Forgiveness, and Public Service Loan Forgiveness.

## Contact information for delinquency and default prevention assistance

GCU offers an inbound call assistance for prospective, current, and past students with questions regarding student loan repayment options. The phone number published on our website is 602.639.6777.

## GCU.edu

GCU has a financial literacy webpage that is available to prospective, current, and past students. The page has a glossary of terms that reviews topics on financial aid, scholarships, and repayment. It also has a Frequently Ask Questions section which details NSLDS and loan servicer information.  The website also holds financial aid forms. The page directs students to the Department of Education website, studentaid.ed.gov, to learn more about budgeting, borrowing and repayment. At studentaid.ed.gov students can gain access to repayment calculators and the most current information the Department has to offer on repayment.

Additionally, the GCU website has an easy-to-watch video on how to read an award letter and information on tax information for students and consumer information.

## Early Identification and Counseling for Students at-Risk

**Department Guidelines:**
Students at-risk generally refers to borrowers who withdraw prematurely from their educational programs, borrowers who do not meet standards of satisfactory academic progress or both. Counseling at-risk borrowers should focus on the causes of withdrawal or unsatisfactory academic progress and solutions to resolve these matters.  The end result of working with at-risk students will be more borrowers completing their educational programs, equating to a higher retention rate for the school and lower numbers of defaulted borrowers.

**GCU Response:**
GCU recognizes the importance of early identification of at-risk students. GCU has the following Processes in place to assist with at-risk students:

## At-Risk Reporting

GCU runs regular reports to identify at-risk students. For our ground campus, reports are run at midterm to identify students who are failing or close to failing coursework. We work directly with students to help them identify the issue and promote the GCU Learning Lounge as a resource on campus for tutoring.  For our online campus, we have a policy that if a student fails a course, we unregister the student from his current course and re-enroll him in the failed course to ensure he will be successful in his coursework.  If the student fails that course a 2nd time, he will be administratively withdrawn.

## GCU Graduation Team

GCU assigns a "graduation team" for each student which provides high quality support in a timely manner. A "graduation team" can include members of the university counseling team, student services team and/or faculty members. Student Services Counselors proactively counsel their assigned students on acceptable academic progress, educate students on University policies, and provide resources to students to complete their program of study in a timely manner.

## Communication across Campus

**Department Guidelines:**

Communication of information relevant to the prevention and management of defaults must be a school-wide effort and should not be the responsibility of only a single office.  While communicating certain information across campus is mandatory, communicating additional information is highly recommended.  To promote success, school officials should examine their communication procedures for effectiveness and inclusiveness.  Information regarding borrowers' academic progress and enrollment status should be components of the information received by all relevant offices across campus including the offices that disburse funds and authorize payments.  Accurate and timely communication among school entities and the Department not only ensures the right aid is getting to the right student, but such communication will help schools comply with regulations regarding the school's standards of administrative capabilities, accurate and timely reporting of borrowers' enrollment status, and satisfactory academic progress.

**GCU Response:**

GCU recognizes the importance of cross-campus communication and does the following to promote inclusiveness:

## SAP Reporting

Satisfactory Academic Progress (SAP) is evaluated at the end of every semester for all registered traditional undergraduate students and at the completion of every payment period for Online undergraduate and graduate students who attend Grand Canyon University. All students are required to maintain satisfactory academic progress toward the completion of their degree in order to maintain their eligibility for all institutional, state, and federal financial aid awards. Students are counseled on the financial aid ramifications of not meeting SAP.

## Task Force

GCU has created a task force, led by the Default Manager, which includes departments from across the campus. These include the Office of Financial Aid, Student Operations, Curriculum

Design and Development, College of Business, Strategic Educational Alliances, and Business Analytics. The varying departments work together to ensure that responsible borrowing, budgeting and repayment techniques are being taught across the campus in various methods and modalities.

## Default Prevention and Retention Staff

**Department Guidelines:**
Having dedicated default prevention and management staff has proven invaluable for many schools. The Department recommends dedicated staff because they are in an excellent position to establish working relationships with borrowers from early in the students' experience through repayment. Many schools are also dedicating staff to student retention activities, a key to school and student success as well as default reduction. Where resources are limited, the Department recommends combining these two functions, as they are similar in nature. An emphasis on both will particularly benefit at-risk borrowers.

**GCU Response:**
GCU appreciates that the Department recognizes the need for dedicated staff to help manage the default rate and promote repayment. GCU has created the Default Management Team, also known as the Student Loan Assistance Department. This team was created in an effort to prevent students from defaulting on federal student loans. The goal of the team is to keep that rate low by helping students understand their repayment & postponement options so they can successfully manage their student loan debt & keep repaying their loans. The team is made up of full-time leadership and part-time student loan assistance representatives.

# 3.    Late Stages of Enrollment

**Department Guidelines:**
During the later stages of enrollment and after students have left school, there are many default prevention and management activities that will help reduce defaults and help ensure borrower and school success.

**GCU Response:**
GCU includes the following preventative measures for students who are no longer in school:

## Loan Repayment Emails
The Default Management Team sends weekly emails regarding loan repayment and default. The email communication is specific to the borrower and targets populations based on their stage of delinquency. The notification indicates their delinquency status, identifies their servicer, and offers information on repayment, postponement, rehabilitation and consolidation depending on the borrower status. These emails are sent weekly via GCU marketing software. Below is a matrix of the contacts:

| Targeted Borrower |
| --- |
| Borrowers 60-90 Days Past Due |
| Borrowers 91-120 Days Past Due |
| Borrowers 121-240 Days Past Due |
| Borrowers 240-360 Days Past Due |
| Borrowers with Defaulted Student Loans |

AR-J-0051

## Hard Copy Letters

The Default Management Team targets specific borrowers and sends hard copy letters for those approaching default as well as those whom have been reported as deceased. Below is a matrix of those contacts:

| Targeted Borrower | Frequency |
|---|---|
| Borrowers who have been reported as deceased | 1x/month |
| Borrowers who will default in 30 days | 1x/month |
| Borrowers who will have a claim paid in 45 days | 1x/month |

## Loan Repayment Calls

Student Loan Education Advisors contact delinquent borrowers by phone on a routine basis. The goal is to attempt a phone contact to all borrowers 75 days past due or greater at least once a week. The frequency of contacts may go up or down based on the success of the calls. If the borrower does not answer the phone, the advisor is responsible for leaving a message on the borrower's voicemail or with the party that answers the phone.

For each borrower that the advisor speaks to, the call representative is responsible to:

- Ask if the Borrower is planning to reenroll, if eligible for re-enrollment.
- Ask if the Borrower can make a payment.
- Ask the Borrower on specifics to his financial situation so that the advisor can recommend an appropriate repayment solution.
- Review the servicer website and/or NSLDS and advise Borrower of all loans in his portfolio.
- Review Forbearance and Deferment options if repayment is not an option.
- Review Rehabilitation options if the borrower is in a default status.
- Review Consolidation options if none of the above is an option.
- Discuss Forgiveness, Cancelation and Discharge options if the borrower qualifies.
- Transfer the borrower to his servicer.

## Monthly Operations Report and Review

To evaluate the effectiveness of these campaigns, a monthly operations report is created. The report details the variance to the goal for the three cohort years being worked. The report reviews the success rate of each campaign: calls, emails and hard copy letters and drills down into what created an account to move from a delinquent to a current status. It takes this information to make needed adjustments to the next month's workflow.

## Exit Counseling

### Department Guidelines:

Regulations require that schools provide exit counseling. Exit counseling is an effective way to prevent defaults and is often the last opportunity that borrowers have to work with someone at school regarding their loans. In-depth counseling that focuses on fully explaining repayment plans and choices that fit the borrowers' needs is essential. Exit counseling is the opportunity to clear up any misconceptions students may have about their loan obligations and re-emphasize the consequences of default. Schools should take full advantage of this opportunity to work with

their students.  A large percentage of borrowers in delinquency either did not have the benefit of receiving this information or did not receive it timely.  Thorough exit counseling is a cornerstone of default prevention and is mandatory.  (Section V  Enhanced Entrance and Exit Counseling)

**GCU Response:**
GCU follows the Department's regulations requiring Exit Counseling. Students are mailed Exit Interview Paperwork from the Office of Financial Aid immediately after a borrower graduates or withdraws. Students are also given instructions to complete the online exit interview located on the NSLDS site (www.nslds.ed.gov/nslds_SA/ - Exit Interview).

## Withdrawals

**Department Guidelines:**
Many borrowers who default on their loans are borrowers who withdrew from school prior to completing their academic programs.  These borrowers, at the highest risk of default, can often be identified while still on campus.  Early identification and timely intervention can improve student retention and reduce the number of defaulted loans.  In addition to fulfilling the regulatory requirement to provide exit counseling to students, schools should attempt to work with students even after they have left school by encouraging them to complete their programs of study and helping them resolve the issue(s) that prompted their withdrawal.  Consider offering job placement services for a limited timeframe to students who have withdrawn.  In addition to providing a valuable service, schools can take advantage of the borrower's return to campus to provide counseling.  Note that an employed borrower, even one earning less than if he/she had completed school, is better able to make loan payments than an unemployed borrower.

**GCU Response:**
GCU appreciates the Department's recommendation that the school should ensure that the students who are admitted can benefit from their educations.  GCU believes that completion of one's degree is integral to his educational journey, in addition to the fact that completing one's education and finding satisfactory employment is key to the ability to repay student loans. To assist in these measures, we do the following:

## Offer Reenrollment

GCU believes that completion of one's degree is integral to his educational journey. Therefore personnel from around the campus work with students who have withdrawn and are eligible to re-enroll.

Each college has a process in place to identify students who are no longer attending and work toward re-entry with that student. University counselors as well as student services counselors have specialized outreach campaigns targeting this population. They talk with the student to understand the reason for withdrawal and then work toward ensuring opportunities for successful completion. This may mean the counselor requests a tutor for a student that is struggling in a subject or offers a different modality of learning, for example online classes, if balancing work and school was the reason for withdrawal.

In addition to these efforts, Default call representatives are required to offer reenrollment to delinquent borrowers who show that they are good candidates for returning to school. Examples of non-eligible borrowers are those who have an outstanding balance on their account or received below average grades.

GCU Default Prevention and Management Plan

**Career Impact Center**
GCU has a Career Impact Center that helps current students and alumni with employment. Students can contact the Career Services department directly at CareerServices@gcu.edu for assistance with professional development from one of GCU's career coaches. This includes resume reviews, mock interviews, cover letters, etc. GCU's Career Services department also offers assistance with using our online tools to research careers and help find full-time, part-time, and internship opportunities that are best suited to the student's degree.

## Timely and Accurate Enrollment Reporting

**Department Guidelines:**
Timely and accurate enrollment reporting to the Secretary or the guarantor as appropriate is required by regulation and promotes school and student success. There is a direct correlation between late or inaccurate enrollment reporting and loan defaults.

This school activity ensures that borrowers receive their full grace period, and further ensures that contacts from the loan servicer such as correspondence and telephone calls occur in the appropriate timing and sequence. The servicer's contacts are designed to increase the likelihood that borrowers will satisfy loan obligations. Timely and accurate reporting of changes in enrollment status is required of all schools. Adhering to a monthly schedule of reporting changes in enrollment status will help with data accuracy and is recommended. (Section VI Tools)

**GCU Response:**
GCU understands the importance of timely and accurate enrollment reporting and the negative effects of not meeting this standard. As stated above, GCU submits enrollment reporting monthly. This electronic process is reported through the Clearinghouse and results are recorded in the National Student Loan Data System.

# 4.    After Students Leave School

**Department Guidelines:**
There are simple and effective default prevention and management activities for schools that will help borrowers during repayment. In addition, there are activities to help schools correct data and improve prevention and management practices and initiatives.

**GCU Response:**
GCU recognizes that accurate data improves default prevention measures. GCU uses the following reports to assist in record management.

## NSLDS Date Entered Repayment (DER) Report

**Department Guidelines:**
The DER Report is available to schools upon request from NSLDS. The Department recommends that on a bi-monthly basis schools compare their DER Report to their institutional records, and make any necessary corrections to their borrowers' status using NSLDS Enrollment Reporting. Schools should not assume that a borrower's DER is correct, as it is subject to change. Lenders can change a student's enrollment status based on data from the Clearinghouse or a student's request. Likewise, a school can update enrollment information

AR-J-0054

based on information it receives from the student or another reliable source.  Reviewing the DER Report will result in more accurate data, assuring that borrowers enter repayment in the correct cohort year and that schools receive accurate cohort default rates (CDRs).  (Section VI Tools)

**GCU Response:**
GCU appreciates the Department's recommendation to utilize the DER report to manage the delinquent borrowers; however, GCU has been successful in delinquent borrower management by using a combination of the tools and reports below:

## LoanTracker
LoanTracker is an ECMC proprietary web-hosted software that provides detailed delinquent borrower information through use of NSLDS and Servicer reports. GCU contracts with ECMC for use of this tool. LoanTracker tracks the default prevention activity and the loan status for each borrower in real time. By simplifying analytics, LoanTracker enables administrators to focus their efforts on students who are most at risk of default. LoanTracker has reporting capabilities which details repayment trends, postponement trends and forecasts CDR rates.

## DELQ01 (NSLDS Delinquent Borrower Report)
The Department of Education developed a National Student Loan Data System report that provides delinquency information reported to NSLDS by the federal loan servicers. The servicers are required to update NSLDS weekly.  This information is downloaded from NSLDS weekly and imported into our Default Management Tool so that we can determine who should be worked when.

## SCHPR1 (NSLDS School Portfolio Report)
The Department of Education developed a National Student Loan Data System report that provides loan status and loan balance information reported to NSLDS by the federal loan servicers. The servicers are required to update NSLDS weekly.  This information is downloaded from NSLDS weekly and imported into our Default Management Tool so that we can determine who is in a 'cured' or non-workable status and who is in a delinquent or workable status.

## TIVAS Reports
GCU has set up contracts with the Title IV Additional Serving (TIVAS) companies that enables the servicers to import their delinquent borrower data into our student loan database tool.  The data that is received provides the most up-to-date information on loan status and delinquency. Data Integrity Checks are completed each Monday to ensure these reports are received.

| Servicer | Frequency | Day Imported |
|---|---|---|
| Nelnet | 1x/week | Monday |
| Great Lakes | 1x/week | Monday |
| Fed Loan | 1x/week | Monday |
| Navient | 1x/week | Monday |
| TG | 1x/week | Tuesday |

AR-J-0055

GCU Default Prevention and Management Plan

## Early Stage Delinquency Assistance (ESDA)

**Department Guidelines:**
ESDA begins at the time of separation or early in the grace period.  ESDA is a highly focused effort by lenders, guarantors, and schools to assist particular borrowers to prepare for entry into loan repayment.  Certain borrowers, such as those who have failed to complete their academic program, or borrowers who share specific characteristics or academic or related experiences, may be more likely to encounter difficulties initiating and maintaining on-time loan repayment. ESDA activities afford lenders, guarantors, and schools an opportunity to provide focused, enhanced loan counseling, borrower education, and personal support during the grace period, and in so doing help decrease the chances of later loan default.  In addition to ESDA, schools should utilize default aversion assistance offered by guarantors and similar assistance from the Direct Loan Servicer for borrowers who are at least 60 days delinquent.

**GCU Response:**
GCU understands the importance of contacting borrowers in the early stage of delinquency. To assist in early intervention efforts we do the following:

### Grace Emails
The Default Management Team sends grace emails to all borrowers entering repayment within one month. These emails identify the borrower's servicer, offer repayment option counseling and ask for current demographic data.  When demographic data is received it is routinely updated in GCU's student loan repayment database. When calls are received asking for counseling, Student Loan Assistants will answer questions and then transfer the call to the borrower's servicer so that the student can work directly with his TIVA to set up payment arrangements.

### Demographic Data Requests
The Default Management Team responds to weekly hard copy requests from servicers asking for current demographic information for students in their portfolio. A member of the team will look up each student individually, complete the form with the information on file and then submit it back to the TIVA whether that be through fax or phone call.

## Late Stage Delinquency Assistance (LSDA)

**Department Guidelines:**
Though guarantors and the Direct Loan Servicer are extremely effective in working with borrowers throughout repayment, they lose touch with some borrowers.  Schools can often help to re-establish this critical communication during the late stages of delinquency, serving as a liaison between delinquent borrowers and staff experienced in borrower assistance.  LSDA techniques enable schools to rescue severely delinquent borrowers, those who are more than 240 but less than 361 days delinquent, from default.

AR-J-0056

GCU Default Prevention and Management Plan

LSDA can be successfully implemented with a minimal investment of time and staff.  Even for a large school, the number of borrowers in this delinquent group is generally small.  Several telephone calls a month lets the most delinquent borrowers know that they have options, and that help is available.  (Section VI  Tools)

**GCU Response:**
GCU recognizes the urgency of reaching borrowers who are in late stage delinquency. In addition to the above mentioned communication campaigns including calls, targeted emails and hard copy letters, the school sets the following goals to assist in late-stage delinquency efforts:

## Weekly Goals and CDR Re-Forecast
GCU works the three most current open cohort years. Each Monday, the number of defaulted borrowers compared to the number of borrowers who can default are reviewed. The detail is matched to the annual CDR goals, which are set at the start of the fiscal year.  Weekly goals to move borrowers from a delinquency status to a current status are set and the annual CDR is re-forecasted.  The communication campaign strategy will be adjusted based on the needs to meet the team. This is completed for the two most current open fiscal years.

## Late Stage Goals
Each Monday "late-stage" goals are set for the team. These goals target borrowers who are 240 days past due to 360 days past due and are critically nearing default. Goals are set based on our annual CDR goal. Daily statistics, as well as an end of week-wrap up, are sent to the team in an email and posted on our department whiteboard.

## Maintain Contact with Former Students

**Department Guidelines:**
Schools find that all of the practices and strategies mentioned previously are much easier to employ if they are able to reach and keep in contact with their former students after they have left campus.  By collecting ample reference information including cell phone numbers, e-mail addresses, and numbers and names of a variety of family members such as grandparents and cousins, schools have the resources to maintain contact with former students.  Allowing borrowers to continue to use school e-mail accounts after they have left campus is not only a convenience to borrowers, but also a quick, easy, and effective method of contacting them after they have left school. One of the best methods schools can employ to avert defaults is to work with borrowers during every stage of repayment. Work with lenders, guaranty agencies, and servicers to identify delinquent and hard to reach borrowers, or those who have not been contacted at all to assist them with their repayment options and obligations.  Contacting borrowers is an essential activity upon which successful default prevention and management can be built.  Contact from the school may be the only effective technique to save a borrower from the negative consequences of default.

**GCU Response:**
GCU recognizes that maintaining contact with former students is key when trying to reach them with repayment guidance. In addition to the activities listed above, GCU has the following opportunities for maintaining contact:

AR-J-0057

## Skip Tracing
GCU uses the TIVA Skip Tracing efforts and imports new demographic data weekly into our student loan management system. Additionally, the Default Management Team conducts a quarterly skip tracing sweep and pushes all new data received into the schools system of record into the Default Management Team's student loan management system.

## Student Portal and GCU Email
GCU students are given a student email and access to a student portal. This email and student portal access is not disconnected at time of withdrawal and can be used to communicate with the university. The student portal gives the past student access to a myriad of educational items including his class schedule, grades, and financial information.

## Loan Record Detail Report (LRDR) Data Review

**Department Guidelines:**
Although an aggressive and proactive approach to default prevention and management is a must for all schools, school responsibilities do not end with prevention plans, initiatives, and strategies.  Schools, borrowers, and the loan programs in general all benefit from a thorough examination of the draft and official CDR data to ensure that the rates are accurate and include the correct borrowers and loans.  Upon receiving their rates, schools should examine their LRDR, the report containing all the data that comprises the CDR calculation.  The Department recommends that all schools review their LRDR regardless of their CDR.  It is the school's responsibility to challenge incorrect data reflected in their draft CDR, or request an adjustment, or submit an appeal of inaccurate data as reflected in their official CDR.  (Section VI  Tools)

**GCU Response:**
GCU agrees with the Department regarding the value of the LRDR.  The Department of Education releases draft Cohort Default Rates (CDR) every 12 months. Upon receiving the CDRs, GCU examines their Loan Record Detail Report (LRDR) regardless of the rate. This report contains all the data that comprises the CDR calculation.  The Default Manager is trained to identify challenges of incorrect data reflected in his draft CDR and requests adjustments and/or submits an appeal of inaccurate data as reflected in their official CDR.  These adjustments are followed through until the case is closed with the Department.

## Analyze Defaulted Loan Data to Identify Defaulter Characteristics

**Department Guidelines:**
No matter how effective and far-reaching a default prevention and management plan is, some borrowers default.  A major part of any plan is to periodically review progress in preventing defaults.  One element of this review is a comprehensive analysis of defaulters.  Schools should gather information to discern who is defaulting and why. Schools can then use this information to improve their default prevention and management practices and initiatives.  Internal data includes key information such as high school attended, program of study, demographics, grades, etc.  Reviewing the LRDR also provides key data about borrowers that can assist in determining common characteristics among defaulters.  Causes for defaults can include, but are not limited to, absent or incomplete internal procedures, practices, and communication, particular programs and course requirements or structure, and ineffective counseling.  Frequent examination of defaulter characteristics coupled with an assessment of default prevention and management successes and shortcomings provide valuable information.  Schools promote

AR-J-0058

GCU Default Prevention and Management Plan

success by taking preventive measures to correct ineffective practices thereby preventing current and future borrowers from experiencing the same difficulties that plagued past defaulters.  One solution to preventing future defaults lies in understanding what caused past defaults.

**GCU Response:**
GCU appreciates the recommendation from the Department to review data and identify default characteristics. Upon receipt of each LRDR, the data is sent to the GCU Business Analytics Team for analysis and is used to review the programs with the highest defaults, modality of student, initial GPA, etc.

# 5.   Enhanced Entrance and Exit Counseling

**Department Guidelines:**
In addition to complying with the applicable requirements in 34 CFR 682.604, 34 CFR 685.304, 34 CFR 668.165 and 34 CFR 668 Subpart D, the Department recommends that entrance and exit counseling also include the following:

**Requests for Borrower Information**
- During entrance and exit counseling, obtain information from borrowers regarding references and family members beyond those requested on the loan application, and ask for cell phone numbers and email addresses for borrowers and for family members;
- During exit counseling, obtain updated information from borrowers including their addresses, cell phone numbers, email addresses, and addresses of their references and various family members.

**Information about Repaying the Loan**
- Estimated balance of loan(s) when the borrower completes the program;
- Interest rate on the borrower's loan(s);
- Name, address and telephone number for the borrower's lender;
- During exit counseling, provide a sample loan repayment schedule based on the borrower's total loan indebtedness;
- Estimated monthly income that the borrower can reasonably expect to receive in his or her first year of employment based on the education received at your school;
- Estimated date of the borrower's first scheduled payment.

**Reminders about Personal Financial Management and Title IV Loans**
- Schools should provide financial literacy resources to borrowers at enrollment, throughout attendance, and following graduation or withdrawal;
- Students should borrow only what is needed and can cancel or return any funds in excess of what is needed;
- Borrowers must inform their lenders immediately of any change of name, address, telephone number, or social security number;
- If a borrower is unable to make a scheduled payment, he or she should contact the lender before the payment's due date to discuss a change in repayment plan or other repayment options;
- General information should be provided about:
  - Repayment options; and

AR-J-0059

  ○ The sale of loans by lenders and the use by lenders of outside contractors to service loans.

**GCU Response:**
GCU appreciates these recommendations and does the following to enhance entrance and exit counseling:

## Prospective Student Award Letter Video
GCU recognizes that Prospective Student Award Letters can be confusing for some and strives to be transparent as possible when talking about awards. The video reminds students about the risks of incurring too much loan debt, talks about how to use scholarship dollars and what to consider regarding housing.

## Regular Student Services Counselors Meetings
Each student is assigned a personal Student Services Counselor (SSC). The SSC is a unique combined academic and finance counseling role created to provide complete and comprehensive support to help meet the goals of each individual student. SSCs serve as a single point of contact for students. All SSCs meet regularly with students and educate them on all aspects of Grand Canyon University programs in a transparent manner to include academic standards, graduation requirements, state specific requirements, costs, payment options, responsible borrowing, classroom participation, attendance requirements, and classroom assistance to include counseling students on Grand Canyon University resources, testing and assessment requirements, tuition payment policies and procedures.

SSCs are expected to provide full disclosure and transparency regarding the short- and long-term implications of a student's decisions. SSCs project a professional, positive image and are knowledgeable of all policies related to admission, graduation, academic standards, compliance, payment options, responsible borrowing, program knowledge and other related regulatory considerations.

# 6. Tools and Activities for Schools

## Where do I begin?

**Department Guidelines:**
These recommended tools for schools ensure data accuracy and employ effective loan counseling and default prevention and management techniques to aid students and schools.

 • FSA Assessments for Default Prevention and Management
http://www.ifap.ed.gov/qamodule/DefaultManagement/DefaultManagement.html

**GCU Response:**
GCU also utilizes the following as go-to resources for starting Default Prevention practices:

## Default Prevention Resource Information Page
The Default Prevention Resource Information Page on ifap at
https://ifap.ed.gov/DefaultPreventionResourceInfo/index.html is the starting place for Default Prevention efforts.  This page houses The Cohort Default Rate guide and eCDR information

---

which is used frequently by the GCU Default Management Team.

## ECDR Appeals System

The home page for the eCDR Appeals is found on https://ecdrappeals.ed.gov/ecdra/index.html and is the Default Management Team's primary resource for training on the eCDR Appeals application, a web-based application that allows schools to submit Incorrect Data Challenges (IDC), Uncorrected Data Adjustment (UDA), New Data Adjustment (NDA), and Loan Servicing Appeals (LSA) during the cohort default rate appeal cycles.

## Loan Counseling

**Department Guidelines:**

The Department recommends these sources when needing information on loan counseling:

- Students and Counselors
  http://www.studentaid.ed.gov
- *The Student Guide* and NSLDS for Students
  http://www.studentaid.ed.gov
- How much will it cost?
  http://nces.ed.gov/ipeds/cool/
  http://www.dlssonline.com/tools/search.asp  (for Direct Loan Borrowers)
- How will I pay for it?
  http://studentaid.ed.gov/students/publications/student_guide/index.html
- Will I make enough money in my chosen occupation to repay student loans I receive?
  http://www.bls.gov/search/ooh.asp?ct=OOH
  http://data.bls.gov/PDQ/outside.jsp?survey=nc
- Repaying Your Student Loans
  http://www.studentaid.ed.gov/students/publications/repaying_loans/index.html
- Ombudsman Office
  http://www.ombudsman.ed.gov
- Ensuring Student Loan Repayment Best Practices for Schools
  http://www.ifap.ed.gov/eannouncements/0119stuhbkbestprectice.html
- SFA Assessments for Schools
  http://www.ifap.ed.gov/IFAPWebApp/qualityassurance/SFAAssessment.jsp
- Mapping Your Future
  http://www.mapping-your-future.org
- Jump Start Coalition for Personal Financial Literacy
  http://www.jumpstart.org

**GCU Response:**

In addition to the above resources, GCU utilizes the following for education on loan counseling services:

## TIVA Counselor Conversations

Student Loan Assistants will stay on the line with borrowers at times to listen to the loan counseling efforts made by the Servicer Call Representatives. This assists the team by giving them a fuller understanding of counseling strategies used by the TIVAs. This information can be used by the GCU Call Representative to improve his individual communications that he has with

AR-J-0061

the borrower.

## Financial Aid ToolKit

GCU will utilize information presented in the Financial Aid ToolKit found on https://financialaidtoolkit.ed.gov/tk/. The information on this site gives information on financial aid basics, conducting outreach, and expanding training. It also provides resources that we have used to improve financial literacy education with our students.

## Repayment Estimator

The repayment estimator found on https://studentloans.gov/myDirectLoan/mobile/repayment/repaymentEstimator.action is a tool offered by the Department of Education. It is utilized by the Default Management Team when counseling borrowers on repayment, educating borrowers on budgeting, and training and refreshing staff members. The tool allows one to enter actual or forecasted loan data, household data, and income data to estimate repayment plans under the many repayment options ED offers.

# Enrollment Reporting and Data Accuracy

**Department Guidelines:**
The Department also recommends the following resources for enrollment reporting and data accuracy:

- *NSLDS Enrollment Reporting Guide*, formerly SSCR User's Guide
  http://www.ifap.ed.gov/nsldsmaterials/010904NSLDSEnrollRepGuide.html
- NSLDS Date Entered Repayment Report, School Repayment Information Loan Detail Report, and Enrollment Reporting Summary Report
  https://www.nsldsfap.ed.gov
- NSLDS Reports, requesting and formatting questions
  https://www.nsldsfap.ed.gov Reports Tab
- NSLDS User ID
- CPS/WAN Technical Support 1-800-330-5947
- NSLDS Customer Support 1-800-999-8219
- *Cohort Default Rate Guide* for information on challenges, adjustments, and appeals
  http://ifap.ed.gov/DefaultManagement/DefaultManagement.html

**GCU Response:**
GCU uses the above resources when there are questions regarding enrollment reporting and data accuracy.

# Default Prevention

**Department Guidelines:**
The Department also recommends the following resources for default prevention:

- FSA Assessments
  http://www.ifap.ed.gov/qamodule/DefaultManagement/DefaultManagement.html

AR-J-0062

- Ensuring Student Loan Repayment Best Practices
  http://www.ifap.ed.gov/eannouncements/0119stuhbkbestprectice.html
- NSLDS Reports and Exit Counseling
  https://www.nsldsfap.ed.gov
- NSLDS Reports, requesting and formatting questions
  https://www.nsldsfap.ed.gov Reports Tab
- NSLDS User ID
- CPS/WAN Technical Support 1-800-330-5947
- NSLDS Customer Support 1-800-999-8219
- *Late Stage Delinquency Assistance (LSDA) Guide*:
- For Direct Loan Schools,
- Direct Loan Servicing/Schools website, accessed via COD website
  http://www.cod.ed.gov
- For FFEL Schools,
- Default Prevention Strategies
  http://www.ifap.ed.gov/qamodule/DefaultManagement/DefaultManagement.html or
  contact your guaranty agency

**GCU Response:**
GCU also uses the following resources for default prevention:

## TIVA Trainings
The federal servicers will offer routine trainings on Default Prevention topics. Members of the
GCU Default Management Team and personnel from the GCU's Office of Financial Aid will
attend these trainings for refreshers on default management topics and to hear ideas from
others in the industry.

## Default Best Practice Group
GCU is part of a Default Best Practice Group which is a compilation of default management
specialists from various colleges and universities. The group is on a distribution list and
members reach out regularly to answer questions and share ideas with default management
strategies. In addition the group has quarterly meetings to formally discuss agenda items.

## General Connections/Publications

**Department Guidelines:**
The Department also recommends the following resources for general connections and
publications:

- Information for Financial aid Professionals (IFAP) Library with publications, training,
  tools, references, laws, etc.
  http://www.ifap.ed.gov
- The Office of Federal Student Aid
  http://www.ed.gov/about/offices/list/fsa/index.html
- *The Student Guide*
  http://www.studentaid.ed.gov
- NSLDS
  https://www.nsldsfap.ed.gov or https://www.nsldsfap.ed.gov/secure/logon.asp

AR-J-0063

GCU Default Prevention and Management Plan

- ED Pubs, the Department of Education Online Publication Ordering System, helps you identify and order free publications from the Department.  Examples of resources available at ED Pubs include the following:
- *Repaying Your Student Loans* (in English and Spanish)
- *The Student Guide*
- *Getting Ready to Pay for College*
- *Counselors and Mentors Handbook*
  www.edpubs.org
- 1-877-4ED-Pubs or edpubs@inet.ed.gov

**GCU Response:**
GCU utilizes the above recommendations, but also frequents the additional publications when looking for default information:

## Studentaid.ed.gov
Studentaid.ed.gov is a website geared toward financial aid offered by the Department of Education. It is utilized by the Default Management Team as a resource in training staff, confirming understanding and referring students.

## FSA Handbook
The Federal Student Aid Handbook is a resource the Default Management Team will use when there are questions regarding financial aid. Found on
https://ifap.ed.gov/ifap/byAwardYear.jsp?type=fsahandbook

## Common Manual
The electronic Common Manual found on https://commonmanual.org/electronic-common-manual-ecm/ is a cooperative effort by the nation's guarantors that participate in the federal student aid programs. The manual is used by the Default Management Team when questions arise regarding grace, postponements and specifics to loan repayment.

## U.S. Dept of Education Default Prevention and Management Team

**Department Guidelines:**
The Department also recommends if you require any assistance creating a default prevention and management plan at your school, or to discuss any part of this document, please contact: fsa.schools.default.management@ed.gov or 202 377-4259.

**GCU Response:**
GCU appreciates the Department's assistance. In addition to the above contact information, the Default Management team also utilizes the following resources offered by the Department:

## Help Desk
The Default Management Team will also contact the helpdesk at
DefaultPreventionAssistance@ed.gov.

## FSA Conferences
In addition, to utilizing the help desk, personnel from the Office of Financial Aid attend annual Federal Student Aid Conferences to get the most up-to-date information on recommendations

AR-J-0064

GCU Default Prevention and Management Plan

from ED on Default Management. When needed, the Default Management Team will pull information from https://fsaconferences.ed.gov/ and utilize it for training and process recommendations.

AR-J-0065