

**GRAND CANYON UNIVERSITY**

3300 West Camelback Road | Phoenix, Arizona 85017 | 602.639.7500 | Toll Free 800.800.9776 | www.gcu.edu

August 31, 2018

Via Hand-Delivery

Michael J. Frola
Division Director
Multi-Regional and Foreign School Participation Division
Federal Student Aid
U.S. Department of Education
830 First Street, NE
Union Center Plaza, Mail Stop 5340
Washington, DC 20202

Attn:   Jamal Steward

Dear Mr. Frola:

This letter is to complete our submission in connection with the transaction by which Grand Canyon University (GCU) was acquired by a 501(c)(3) nonprofit owner, effective as of July 1, 2018. Thank you for your efforts to issue and arrange the Secretary's counter-signature on the Temporary Provisional Program Participation Agreement that is now in force.

This letter follows our submission dated July 10, 2018, in which we provided responsive documents to a number of the requests outlined in your July 3, 2018 letter. As requested in your July 3 letter and August 24 follow up email from Donna Mangold, we are timely submitting the requested documents on a USB external drive with the related manifest that also identifies the types of files.

We believe these documents are fully responsive to your July 3 request. All of the attachments are summarized below in the order as listed in your letter. For the sake of completeness, we are also listing (but not attaching) the documents that we filed with our July 10 submission. All of the enclosed documents are final and there are no "draft" documents of any sort in any category as referenced in your letter.

As referenced in Ms. Mangold's August 24 email, we have highlighted certain materials as exempt from disclosure under the Freedom of Information Act. Documents that include such material highlighted as exempt are identified on the document manifest included in the submission. We will provide the follow-up written statement explaining the ground for exemption by September 15, 2018, as requested. In addition, the Department should be aware that Grand Canyon Education, Inc. (GCE or the Seller), in connection with the filing of its Quarterly Report on Form 10-Q for the quarter ending September 30, 2018, which GCE expects to file in early November 2018, will be filing as exhibits to its 10-Q copies of the Asset Purchase Agreement, Credit Agreement and Master Services Agreement between GCE and GCU,

as well as a copy of an amendment to GCE's existing credit agreement between GCE and Bank of America. In this regard, we are informed that GCE expects to redact, and seek confidential treatment from the Securities and Exchange Commission with respect to, certain provisions of the Master Services Agreement that relate to the scope, performance standards and pricing of the services covered by the agreement. We believe those redactions will be consistent with the information marked for redaction in the attachment to this letter.

We have also encrypted the files that contain Personally Identifiable Information in the attachments to this letter where appropriate, and as identified on the manifest. The password to these files will be emailed separately.

At the outset, we also note that GCU is including the audited same-day balance sheet as of July 1, 2018 prepared in accordance with GAAP and audited in accordance with GAGAS. This balance sheet demonstrates that the University is in a very strong financial position and passes both of the financial tests set forth at 34 C.F.R. 668.15(b)(8)(i)(B) and (C). The balance sheet shows a positive acid test ratio of 1.09:1, including cash of more than $138 million. It also shows positive unrestricted net assets of more than $361 million, based in large part on the transfer of the valuable campus assets to the nonprofit owner. Because the University has a long history of strong composite scores and passes both of the balance sheet tests that the Department applies to nonprofit institutions in connection with transactions of this sort, we believe that there is no basis to require a letter of credit. We hope that we can speak soon to confirm your calculations and conclusions from your financial review.

The documents responsive to your Requests 1-16 are summarized below.

- **Request 1 (provided on July 10)**: Complete E-App. As reported in our July 10th letter, GCU has hired a new Vice President of Business and Finance, Ms. Junette C. West, who assumed her position at GCU on August 27, 2018. Please let us know if you would like us to update our E-App with this information;

- **Request 2 (provided on July 10):** A copy of GCU's state license from the Arizona State Board for Private Postsecondary Education (AZ SBPPE) that was in effect the day before the change of ownership and authorized GCU to provide a program of postsecondary education in Arizona;

- **Request 3 (provided on July 10):** A copy of GCU's accrediting approval from the Higher Learning Commission (HLC) that was in effect the day before the change of ownership and granted GCU accreditation status, including approval of the nondegree programs it offers;

- **Requests 4 and 5 (provided on July 10, and available in ezAudit):** Audited financial statements for the two most recently completed fiscal years for both the institution and the new owner;

- **Request 6**: Audited "same day" balance sheet as of July 1, 2018 – attached and discussed above;

- **Request 7 (provided on July 10):** Approval of the change of ownership from the AZ SBPPE;

- **Request 8 (provided on July 10):** Approval of the change of ownership from HLC;

AR-J-0067

- **Request 9 (provided on July 10):** The University's default management plan;

- **Request 10:** A copy of the final agreement by which the change was consummated, including schedules, appendices, and exhibits, and all related agreements. We have also attached the closing index. Please note that our USB drive includes every document listed on the closing index without exception.

- **Request 11:** All agreements relating to acquisition financing -- attached. We note that the acquisition of GCU was financed solely through the issuance by GCU of a seller note to GCE. The note is governed by the Credit Agreement between GCU and GCE, which agreement is based on customary commercial terms and modeled on GCE's existing credit agreement with Bank of America.

- **Request 12:** A copy of the master services agreement and exhibits – attached.

- **Request 13:** All valuations relating to the transaction, including all schedules, exhibits, and appendices. There were five such valuations -- attached and listed below:
    - Kotzin Valuation Partners intangible asset valuation
    - Hurd and Associates Real Property Valuation of Residence Halls, Land and Arena
    - RP Valuation Group Real Property Valuation of Classrooms and other Campus Buildings
    - Johnson Valuation Personal Property Valuation
    - Deloitte Transfer Pricing Study

- **Request 14:** All agreements between GCU and its nonprofit ownership entity and (1) the seller or any related entity, (2) any entity that is owned by employees, officers, and/or board members/trustees of the seller, or (3) any entity that is owned by employees, officers, or board members/trustees of GCU and its ownership entity – attached and listed below:
    - Facility use agreement covering the use of campus office space by certain GCE employees. This document is related to the master services agreement and is included in Request 12 above.
    - While not specifically called for by this request, we have included in this folder the employment agreement between GCU and GCU president, Brian Mueller, as well as the amended employment agreement between Mr. Mueller and GCE, for which he serves as chief executive officer. Based on the clear separation between GCE and GCU, there are no other documents responsive to this request;

- **Request 15:** Evidence that compensation paid to officers and other highly compensated employees of GCU and its owner entity is at market rates. We have attached a compensation study performed by Customized HR Solutions, LLC, demonstrating that all of the covered individuals are being compensated at market rates.

- **Request 16:** Board minutes or resolutions of the nonprofit ownership entity reflecting the approval of the transaction, including the approval of the asset purchase agreement, the credit agreement, the master services agreement, and related agreements. See the attached board of trustee minutes, which address all of these agreements. Based on the clear separation between GCE and GCU, including the total distinction in the membership of their two boards, we do not

AR-J-0068

AR-J-0069

consider these entities to be affiliated and we do not consider any of these to be a "related party agreement."

We believe GCU has provided a complete application that automatically extends the duration of its TPPPA and should enable the Department to issue the Provisional Program Participation Agreement. We also ask that the Department specifically confirm that GCU hereby qualifies for Title IV purposes as a 501(c)(3), nonprofit institution. In addition, as we stated in our initial application letter dated January 18, 2018 and several times since then, we would appreciate your review and confirmation that there is no "affiliation" between the Seller and GCU or the nonprofit entity that owns GCU that would affect the validity of the payment arrangements under the master services agreement. Also, as we discussed with the Department, we would appreciate your review and confirmation that revenue sharing arrangements that are not based on tuition and fees would not implicate the incentive compensation rules.

Thank you for your courtesies throughout this process. If you have any questions regarding this subject or the University's plans going forward, please feel free to contact me at ▮▮▮▮▮ or via email at ▮▮▮▮▮.

Sincerely,

*[signature]*

Brian Mueller
President
Grand Canyon University

cc: Donna Mangold, U.S. Department of Education, Office of General Counsel