

3300 West Camelback Road | Phoenix, Arizona 85017 | 602.639.7500 | Toll Free 800.800.9776 | www.gcu.edu

January 8, 2020

Michael J. Frola
Director, Multi-Regional and Foreign Schools Participation Division
U.S. Department of Education
400 Maryland Ave. S.W.
Washington, D.C. 20202

Dear Mr. Frola:

On behalf of the hundreds of thousands of GCU students, faculty, staff and alumni across the country, we want to thank you for meeting with us on December 16, 2019. While we continue to disagree with the Department's position regarding the University's nonprofit status for Title IV, HEA purposes, and are reserving our rights to challenge the Department's decision, we are setting forth several proposals below in response to the Department's November 6, 2019 letter. Our objective remains to meet the Department's standards for recognition as a nonprofit institution for Title IV, HEA purposes and our hope is that we can work cooperatively with the Department to achieve this objective.

From the beginning when we first met with the Department in September 2014, we have attempted to be as transparent as possible about our intentions in returning the University to its historical, nonprofit status. The University has been structured as a nonprofit institution for 56 of its 70-year history and we have consistently reinforced to the Department that the purpose of the nonprofit transaction was to preserve the long-term legacy of the institution and afford GCU's students and faculty all of the benefits of, and full recognition as, a member of the academy.

During our brief time together, we were able to share that since completing the University's conversion back to its historical nonprofit status, GCU has continued to freeze its tuition for the 12th straight year, generated ▮▮▮▮▮ in cash from operating activities, invested ▮▮▮▮▮ into the University's educational infrastructure, and repaid $100 million on its outstanding line of credit. GCU closed its first fiscal year of operations with ▮▮▮▮▮ in cash and generated a composite score of ▮▮. In addition, we shared that the University believes that it will be capable of self-funding all of its future capital expenditures which are expected to total ▮▮▮▮▮ over the next 5 years to meet the projected student growth. GCU is receiving overwhelming support from its many constituents and has very few critics. The few critics it has, though, predicted that GCU would struggle financially as a result of the transaction, but the financial results we came to share obviously prove that those predictions were wrong. GCU also has continued its strong record of regulatory compliance by far exceeding the Department's regulatory requirements, including:

FIND YOUR PURPOSE

- achieving a 5.6% cohort default for the Department's most recent calculation for 2016 (well below the national average of 10.1%);
- continuing its declining reliance on Title IV financial aid with a 90/10 calculation of 70.05% in 2018; and
- having no failing programs under the gainful employment rules.

Furthermore, GCU continues to receive stellar reviews from independent, third party experts in higher education with 13 different accrediting and regulatory bodies having visited and fully evaluated GCU's operations over the last 5 years with no findings and either full approval or a recommendation of full approval.

As we discussed, the major challenges in higher education today are that university education is too expensive, students are taking on too much debt, bachelor's degrees are taking too long to complete, and programs are not targeted enough toward current careers. During our one-hour meeting, we were able to share how GCU has addressed all of these issues with the following results:

- GCU students graduate with less debt on average ($18,750 according to the latest College Scorecard data) than at public and private nonprofit universities ($28,650 according to 2017 data from the Institute for College Access & Success);
- 40% of GCU's traditional campus graduates are completing in 3 years;
- 75.3% of campus students are studying in high-demand STEM + Business programs;
- approximately 50% of online students are studying at the Masters or Doctoral level; and
- GCU has frozen its traditional campus tuition for 12 years with less than 1% annual increases for online programs.

We were hopeful at our meeting that the presentation of the University's many positive accomplishments over the last 18 months might cause the Department to pause in recommending changes to a structure that is clearly working for thousands of students and their families while far exceeding the Department's regulatory standards. We believe that the prior approval of GCU's structure by HLC and AZPPSE, combined with these positive results, prove that the transaction was well structured and that the University is well positioned to continue operating in a manner that serves its educational purpose. It was therefore disappointing to hear at the end of our meeting that the Department considered these results to be irrelevant and that, instead, the University should focus its attention on the issues outlined in the Department's November 6 letter.

In accordance with your directive, we met and discussed potential changes to the structure of our service agreement with Grand Canyon Education (GCE). At a special meeting of the Board of Trustees held December 23, 2019, we approved a proposal that was presented to GCE for consideration. The GCE Board of Directors met on December 26, 2019 to consider our proposal and, while accepting most of the terms of our proposal, countered with some clarifications and a counter-proposal. The Board of Trustees met on January 7, 2020 to consider GCE's response and adopt a revised counterproposal that was ultimately accepted by the GCE Board of Directors. As a result of these negotiations, we are pleased to present the revised terms set forth in the negotiated term sheet and Amended and Restated Master Services Agreement, both of

FIND YOUR PURPOSE

which are attached hereto on <u>Exhibit A</u>. The effectiveness of these changes have been approved by both Boards and are contingent upon an updated transfer pricing study that ensures these terms are at or below fair market standards and the acknowledgement that these changes will satisfy the Department's requirements for recognizing GCU as a nonprofit institution for Title IV, HEA purposes. We will provide the Department with a copy of the transfer pricing study as soon as it is available. We believe these changes satisfactorily address the issues outlined in the Department's November 6 letter.

We ask that the Department confirm that these changes will meet the Department's requirements and allow the University to be properly recognized as a nonprofit institution for Title IV, HEA purposes. We also ask that the Department confirm that GCE is, and at all times has been, an "unaffiliated third party" for purposes of the Department's regulations. Upon receipt of the Department's confirmation of these two positions, and the completion of the updated transfer pricing study, the parties will execute an amended service agreement based on these terms and provide a copy to the Department.

Given the urgency of this matter to the University, we respectfully request that the Department respond by January 24, 2020.

Sincerely,
On behalf of the Board of Trustees of Grand Canyon University

*Will Gonzalez*

Will Gonzalez
Chairman, Board of Trustees

FIND YOUR PURPOSE

**Exhibit A**

**Revised Terms**

[Attached]