**Dennis M. Cariello**

| | |
|---|---|
| **From:** | Dennis M. Cariello |
| **Sent:** | Tuesday, June 19, 2018 7:37 PM |
| **To:** | Mangold, Donna |
| **Subject:** | RE: GCU |

Donna,

I'm trying to get you answers here (as I understand it, Deloitte expects to finishing fairly close to the closing) - but would you just rather talk with Deloitte? I know this stuff is complex and it may be easier to just have Deloitte walk through it with the relevant Department folks.

Also, what role does this information play in the Department's analysis? Are there thresholds we should be aware of - or is the Department looking at this in a broader context?

Thanks again,

Dennis


-----Original Message-----
From: Mangold, Donna [mailto:Donna.Mangold@ed.gov]
Sent: Tuesday, June 19, 2018 2:09 PM
To: Dennis M. Cariello
Subject: RE: GCU

Dennis,

I don't think there is anything we need walking through on right now -- but it might help if we had a few extra documents/info:

1. Has Deloitte finalized its report?
2. The trial balances referenced in footnote 36 of Deloitte's report.
3. In the Deloitte report, what trial balance costs were deemed to be paid by which entity (Gazelle or GCE)?

Thanks,
Donna


-----Original Message-----
From: Dennis M. Cariello [mailto:dennis.cariello@hmbr.com]
Sent: Tuesday, June 19, 2018 1:40 PM
To: Mangold, Donna
Subject: Re: GCU

First - thank you for this. I won't forward given the other note.

Is there anything I can do to help walk folks through it? I think we believe this is pretty close to Purdue Kaplan (president Daniels has said they lifted our documents, for example).

Is there a particular issue that is a sticking point?

Thanks,

Dennis

Sent from my iPhone

> On Jun 19, 2018, at 11:41 AM, Mangold, Donna <Donna.Mangold@ed.gov> wrote:
>
> Dennis,
>
> GCU is still under review by FSA staff and DPE. After that review, the proposed transaction has to go to FSA leadership for review. This is a complex transaction that is taking significant effort to review and analyze - as it is unlike any prior nonprofit conversion. As you know -- even limited to the matters in which you and your firm are involved -- the FSA staff and DPE have competing demands on their time not only on a daily basis, but on an hourly basis. And that is in a routine week, let alone in a week that brings unexpected events in a transaction that was reviewed previously. We can't give you an ETA at this point.
>
> Donna
> (responded to you only -- because of my "unexpected events" comment).
>
> -----Original Message-----
> From: Dennis M. Cariello [mailto:dennis.cariello@hmbr.com]
> Sent: Tuesday, June 19, 2018 8:20 AM
> To: Mangold, Donna
> Cc: Jonathon C. Glass
> Subject: GCU
>
> Donna,
>
> I hope all is well. Jonathan and I have board meetings this week with our respective clients and we just wanted to get a status update (and an ETA) for the preacq response letter. We just need to let the boards know the most up-to-date information.
>
> And I really appreciate your work on all of this. I know you are swamped.
>
> Thanks
>
> Dennis
> 646-415-4471
>
> Sent from my iPhone
>
> _____ > This email has

been scanned by the Symantec Email Security.cloud service.
> For more information please visit http://www.symanteccloud.com > _____
_____
>
> _____ > This email has been scanned by the Symantec Email Security.cloud service.
> For more information please visit http://www.symanteccloud.com > _____
_____

_____
This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com _____
_____

_____
This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com _____
_____

_____
This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com _____
_____