Dennis M. Cariello

| | |
|---|---|
| **From:** | Dennis M. Cariello |
| **Sent:** | Wednesday, June 27, 2018 12:13 PM |
| **To:** | Mangold, Donna; Frola, Michael |
| **Cc:** | Jonathon C. Glass (jglass@cooley.com) |
| **Subject:** | RE: GCU |

Thanks for this. Jonathan and I just left you a voicemail. Can we speak later today? I understand the difficulty with the letter, but even hearing orally the direction the Department is headed would be somewhat helpful.

Let me know what works.

And as always, thanks.

Dennis

**Dennis M. Cariello**
Shareholder



| | |
|---|---|
| **E-MAIL** | DENNIS.CARIELLO@HMBR.COM |
| **MAIN** | 212.422.4900 |
| **DIRECT** | 212.422.4909 |
| **MOBILE** | 646.415.4471 |
| **FAX** | 312.946.9818 |

40 BROAD STREET • 7TH FLOOR • NEW YORK, NY 10004
WWW.HMBR.COM

**Visit our Higher Education Blog**: www.higheredlawblog.com

NOTICE OF CONFIDENTIALITY: This e-mail message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution of any kind is strictly prohibited. If you are not the intended recipient, contact the sender via reply e-mail and destroy all copies of the original message.

---

**From:** Mangold, Donna [mailto:Donna.Mangold@ed.gov]
**Sent:** Wednesday, June 27, 2018 11:58 AM
**To:** Dennis M. Cariello; Frola, Michael
**Cc:** Jonathon C. Glass (jglass@cooley.com)
**Subject:** RE: GCU

Thanks for the study. I don't have an estimate for the pre-acq response, but will try to check in with you again tomorrow or Friday.

---

**From:** Dennis M. Cariello [mailto:dennis.cariello@hmbr.com]
**Sent:** Tuesday, June 26, 2018 12:06 PM
**To:** Mangold, Donna; Frola, Michael
**Cc:** Jonathon C. Glass (jglass@cooley.com)
**Subject:** GCU

Donna,

As requested, attached is the transfer pricing study from Deloitte. Please let me know if you have any questions or would like to discuss this further.

While I have you – any word on an ETS on the pre-acquisition review?

Thanks,

Dennis

AR-J-0131