Glass, Jonathon

---

**From:** Glass, Jonathon
**Sent:** Thursday, December 13, 2018 9:22 AM
**To:** Mangold, Donna
**Subject:** RE: Grand Canyon

Thanks. Not too sure how to interpret near the top of the pile, but we will do our best.

From every quarter of the Dept, we are certainly hearing that folks are somewhere between busy and besieged w cases.

In addition to advising clients on the timing, part of our difficulty is advising them w any specificity on the standards the Dept is employing to apply those critical few words in the definition of NFP institution. Hopefully – some day when time allows – we can get a better understanding of that as well.

Regards, and looking forward to talking substance some day soon.

Jonathon C. Glass
Cooley LLP
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC  20004-2400
+1 202 776 2691 office
+1 202 842 7899 fax
+1 202 415 3302 mobile
jglass@cooley.com

www.cooley.com

www.ed.cooley.com

---

**From:** Mangold, Donna <Donna.Mangold@ed.gov>
**Sent:** Monday, December 10, 2018 3:33 PM
**To:** Glass, Jonathon <jglass@cooley.com>
**Subject:** RE: Grand Canyon

Jonathon, It is near the top of the pile, but the problem is that we all get interrupted multiple times a day for some other transaction demanding to be reviewed. Or to give status updates. Or to answer hypothetical questions about structures, which we will no longer be doing. I am not saying that GCU is jumping the line, but we are getting bombarded from a number of schools/counsel each day (including other schools being represented by your firm), and professional courtesy compels some response to each of those inquiries. As a result, we are not able to move as expeditiously as schools/counsel would like us to do in completing individual reviews. But we are moving with diligence.

**From:** Glass, Jonathon [mailto:jglass@cooley.com]
**Sent:** Friday, December 07, 2018 7:40 AM
**To:** Mangold, Donna
**Subject:** FW: Grand Canyon

Donna: I am building off of this email exchange to steer into our own conversation (without John P) re another university -- Grand Canyon.

I imagine your statement below pretty well sums up the current status of ED's review of multiple transaction-related applications, including Grand Canyon, so it seems appropriate to steer this into a separate conversation. Of course, I should begin with the main question of every day: Whether you think you are near the end on the Grand Canyon review?

I hope Grand Canyon is one of those applications that is at the top of the pile, and the conclusion is in sight. I don't think we are jumping the line on this one, since the application was filed in January, so it has been 11 months.

Even though Grand Canyon obviously can operate under its TPPPA, the inability to bring this to a conclusion is damaging. On top of that, we cannot even be sure what is the issue or what standards ED is applying to determine if an institution qualifies as NFP for Title IV purposes.

Grand Canyon expects to reach out soon for a meeting w the Secretary or her appointees to see if there is a way to bring this to a conclusion, and we wanted to let you know that in advance.

FYI, the University is continuing to build out its offerings like other "traditional" universities, and expects to receive specialized accreditation for its theology program soon. We will send you that letter when we receive it.

Jonathon C. Glass
Cooley LLP
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC  20004-2400
+1 202 776 2691 office
+1 202 842 7899 fax
+1 202 415 3302 mobile
jglass@cooley.com

www.cooley.com

_____

Redacted – related to non-GCU/GCE matter

Redacted – related to non-GCU/GCE matter

original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.