**OPE ID:** ▓▓▓▓▓▓         **School Name:**    Grand Canyon University
Your Change of Ownership                          3300 West Camelback Road
application has been submitted.                    Phoenix, AZ

# Electronic Application

## Section A. Please answer these general questions.

1. Tell us why you are submitting the application.
   Change of Ownership
   New Program Level Offering (Undergraduate Certificate)
   Preacquisition Review

2. What is the name of your institution?
   Grand Canyon University

3a. Do you have another name such as trade name or d/b/a name under which you legally do business as a postsecondary educational institution?
   No

3b. During the past four years, have you had another name that you have not previously reported to the Department of Education?
   No

4. Check here if you are an institution resulting from a merger in the past four years that you have not previously reported to the Department of Education, and give the OPE ID numbers of the former (pre-merger) institutions.

5. What is your 8-digit OPE ID number?
   00107400

6a. What is your 9-digit Tax Identification Number (TIN) assigned by the IRS?
   203356009

6b. What is your 9-digit DUNS number?
   074450750

7. What was your most recently completed award year?
   Beginning Date: 07/01/2016
   Ending date: 06/30/2017

8. What is your current award year?
   Beginning Date: 07/01/2017
   Ending date: 06/30/2018

9. Does your institution have a website (or home page) on the Internet?
   www.gcu.edu

10. Who is your chief executive officer (CEO)/president/chancellor?

| | |
|---|---|
| **Name** | Mr. Brian E. Mueller |
| **Job title** | President & CEO |
| **Business address** | 3300 West Camelback Road Phoenix, AZ 85017-3030 |
| **Telephone number** | ▓▓▓▓▓▓▓▓ |
| **Fax number** | ▓▓▓▓▓▓▓▓ |
| **E-mail address** | ▓▓▓▓▓▓▓▓ |

11. Who is chief your fiscal officer/financial officer?

| | |
|---|---|
| **Name** | Mr. Daniel E. Bachus |
| **Job title** | Chief Financial Officer |
| **Business address** | 3300 West Camelback Road<br>Phoenix, AZ 85017-3030 |
| **Telephone number** | |
| **Fax number** | |
| **E-mail address** | |

12. Who is your chief financial aid director?

| | |
|---|---|
| **Name** | Ms Christine Linderson |
| **Job title** | Vice President of Student Financial Aid |
| **Business address** | 3300 West Camelback Road<br>Phoenix, AZ 85017-3030 |
| **Telephone number** | |
| **Fax number** | |
| **E-mail address** | |

13. To whom do you wish us to send all ongoing correspondence and publications concerning federal student financial aid?

   **X** Check here if this is the same person as in Question 12.

14. Whom should we contact if we have questions about information in this form?

   **X** Check here if this is the same person as in Question 12.

## Section B. Please tell us about your accreditation and state authorization to provide postsecondary education.

15. What is your accrediting agency?

| Accreditor Abbreviation | Name of Accreditor | Year Last Accredited | Number of Years | Primary Accreditor | Institution-wide/ Programmatic | End Date |
|---|---|---|---|---|---|---|
| NCACHE | North Central Assoc of Colleges and Schools, the Higher Learning Commission | 2017 | 10 | Yes | Institution-wide | |

16. **X** Check here if you do **not** offer a flight program.

   If you offer a flight program, provide your certification number from the U.S. Federal Aviation Administration (FAA).

   Number          Date FAA certification expires

17. What state agencies authorize or license you to provide postsecondary educational programs? (For this question, do not include educational programs that are provided at "distance learning" sites.

   a.  Check here if you are a public institution and do **not** provide at least 50% of an educational program outside your state.

   b.  Check here if you are a public institution and you **do** provide at least 50% of an educational program outside your state and list (for each state other than your "home" state) each state agency that licenses you, or otherwise provides you with legal authority, to provide postsecondary educational programs.

c. **X** Check here if you are a private institution and list each state agency that licenses you, or otherwise provides you with legal authority, to provide postsecondary educational programs.

d. Check here if you or your programs are not required to be authorized or licensed by a state agency.

| Name and Address of Agency | Telephone/ Fax | E-mail Address | End Date |
|---|---|---|---|
| AZ State Board for Private Postsecondary Education<br>1  40 W. Adams<br>3 d Floor<br>Phoenix, AZ 85007-2900 | 602) 542-5709<br>602) 542  1253 | t  ri.stanfill@azppse.gov | |
| New Mexico Higher Education Department<br>2048 Galisteo Street<br>Sante Fe, NM 87505-2100 | 505) 476-8400<br>505) 476-8453 | | |

## Section C. Please describe your institutional control and structure.

18. Check your type of institutional structure.

> Public institution

> **X**   Private nonprofit 501(c)(3) institution

> For-profit institution

> Foreign institution (check one)

> > Public institution

> > Private non-profit institution

> > For-profit institution

19. Check here if this is a request for initial certification.

For all other institutions, since you were last certified to participate in federal student financial aid programs, has your institutional structure changed?

Yes

If yes, give the date of change.

04/01/2018

20. Check here if you have a board of trustees.

Check here if you have a board of directors.

Check here if you have more than 10 on your board, list only the board's executive committee, and provide the name of a contact person in Question 21.

| Name | End Date |
|---|---|
| Mr. Brian E. Mueller | |
| Mr. David Johnson | 04/01/2018 |
| Mr. Jack Henry | 04/01/2018 |
| Mr. Kevin Warren | 04/01/2018 |
| Ms Sara R. Dial | 04/01/2018 |
| Mr. Willfred Gonzales | |
| Mr. Fred Miller | |
| Mr. James Rice | |
| Mr. Donald Andorfer | |

21. If you provide only the board's executive committee in Question 20, tell us who is the appropriate person to

contact for further information about your board (for example, the board's recording secretary)?

**X** Check here if this is the same person as in Question 10.

## Section D only applies to proprietary schools and not-for-profit institutions with a change in control.

## Section E. Please provide the following information for each educational program that you are requesting be eligible to participate in federal student financial aid programs.

26. Please check each box that describes the educational programs that you provide as of the date you submit this application or that you will provide during the current award year. **Provide information only on programs that you wish to be eligible for federal student financial aid.** (You may check more than one box.)

    a.    associate degree programs
    b. **X** bachelor's degree programs
    c. **X** master's and/or doctoral degree programs
    d. **X** first professional degree programs
        Measure by direct assessment instead of clock or credit hours
    e. **X** graduate or professional programs
        - do not lead to a post-baccalaureate degree

        - are at least 10 weeks, and

        - provide at least 8 semester or trimester credit hours, 12 quarter credit hours, or 300 clock hours of instruction.

        - prepare students for gainful employment in a recognized occupation.

    f.    two-academic-year transfer programs
    g. **X** undergraduate programs that
        - lead to a certificate or other recognized educational credential,

        - prepare students for gainful employment in a recognized occupation,

        - are at least 15 weeks, and

        - provide at least 16 semester or trimester credit hours, 24 quarter credit hours, or 600 clock hours of instruction.

    h.    undergraduate programs that
        - lead to a certificate or other recognized educational credential,

        - prepare students for gainful employment in a recognized occupation,

        - are at least 10 weeks, and

        - provide at least 8 semester or trimester credit hours, 12 quarter credit hours, or 300 clock hours of instruction.

        **AND**
        - require an enrolling regular student to have an associate degree or higher degree.

    i.   undergraduate programs that

- lead to a certificate or other recognized educational credential,

- prepare students for gainful employement in a recognized occupation.

- are at least 10 weeks, and

- provide at least 300 but not more than 599 clock hours of instruction.

- do not exceed by more than 50% the minimum number of clock hours established by the state for such training programs, and

- have been provided for at least one year.

    j.  **X** Post-baccalaureate teacher certification program necessary to become a teacher in an elementary or secondary school in that state. Please refer to the *glossary* for more information about this program type.

    k.  Comprehensive Transition and Postsecondary Program (for students with intellectual disabilities - please refer to 34 C.F.R. 668.231 for information about the requirements of this program)

        Check here if you award an associate degree, bachelor's degree, or higher degree to all your students who successfully complete each of your programs.

27. Based on the boxes checked in Question26, and your institution type, please provide the following information for the educational programs that you wish to be eligible for federal student financial aid.

27a. Associate degree programs.

| Institution's Program Name | CIP Code | Date First Provided | # of weeks | Clock hours | Credit hours | Type | Disapproval/ End Date |
|---|---|---|---|---|---|---|---|
| Associate of Arts with an Emphasis in Education | 13.0101 | 04/26/2011 | 104 | 900 | 60 | Semester | 08/17/2015 |
| Associate of Arts with an Emphasis in Christian Studies | 38.0203 | 04/26/2011 | 104 | 900 | 60 | Semester | 08/17/2015 |
| Associate of Arts with an Emphasis in Justice Studies | 43.0107 | 04/26/2011 | 104 | 900 | 60 | Semester | 08/17/2015 |
| Associate of Arts with an Emphasis in Healthcare Administration | 51.0701 | 04/26/2011 | 104 | 900 | 60 | Semester | 08/17/2015 |
| Associate of Arts with an Emphasis in Business | 52.0201 | 04/26/2011 | 104 | 900 | 60 | Semester | 08/17/2015 |

27b.Bachelor's degree programs.

| Institution's Program Name | CIP Code | Date First Provided | # of weeks | Clock hours | Credit hours | Type | Disapproval/ End Date |
|---|---|---|---|---|---|---|---|
| Bachelor of Science in Environmental Biology | 03.0104 | 09/01/1986 | 208 | 1800 | 20 | Semester | 08/17/2015 |
| Bachelor of Science in Environmental Science | 03.0104 | 08/29/2016 | 208 | 1800 | 20 | Semester | |
| Bachelor of Arts in Communications | 09 0101 | 08/07/2001 | 208 | 1800 | 20 | Semester | |
| Bachelor of Arts in Advertising and Public | 09 0903 | 05/25/2015 | 208 | 1800 | 120 | Semester | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Relations - Emphasis in Adv Design | | | | | | | |
| Bachelor of Science in Management Information Systems | 11.0101 | 05/01/2014 | 208 | 1800 | 120 | Semester | 10/03/2016 |
| Bachelor of Science in Applied Business Information Systems | 11.0101 | 01/04/2016 | 208 | 1800 | 120 | Semester | |
| Bachelor of Science in Business Information Systems | 11.0101 | 01/04/2016 | 208 | 1920 | 120 | Semester | |
| Bachelor of Science in Information Technology | 11.0103 | 05/01/2014 | 208 | 1800 | 120 | Semester | |
| Bachelor of Science in Information Technology with Emphasis in Cyber Security | 11.0103 | 01/25/2016 | 208 | 1800 | 120 | Semester | |
| Bachelor of Science in Information Technology Emphasis in Technology Innovation | 11.0103 | 08/25/2014 | 208 | 2460 | 128 | Semester | 05/17/2017 |
| Bachelor of Science in Information Technology with an Emphasis in Health IT | 11.0103 | 08/25/2014 | 208 | 2460 | 128 | Semester | 05/17/2017 |
| Bachelor of Science in Information Technology with Emphasis in Business Ent. | 11.0103 | 08/25/2014 | 208 | 2370 | 128 | Semester | 05/17/2017 |
| Bachelor of Science in Computer Programming | 11.0201 | 08/24/2015 | 208 | 1800 | 120 | Semester | |
| Bachelor of Science in Computer Science with Emphasis in Big Data Analytics | 11.0701 | 08/25/2014 | 208 | 2370 | 128 | Semester | |
| Bachelor of Science in Computer Science with Emphasis in Game and Simulation Dev | 11.0701 | 08/24/2014 | 208 | 2430 | 128 | Semester | |
| Bachelor of Science in Computer Science with Emphasis in Bus Entrepreneurship | 11.0701 | 01/04/2016 | 208 | 2370 | 128 | Semester | |
| Bachelor of Science in Elementary Education & Special Education (Dual Major) | 13.1001 | 10/01/2009 | 233 | 1800 | 120 | Semester | |
| Bachelor of Science in Early Childhood Education and Early Childhood Special Ed | 13.1015 | 03/20/2017 | 233 | 1800 | 120 | Semester | |
| Bachelor of Science in Elementary Education Emphasis in English | 13.1202 | 07/31/2006 | 233 | 1800 | 120 | Semester | |
| Bachelor of Science in Elementary Education Emphasis in Science | 13.1202 | 08/22/2006 | 233 | 1800 | 120 | Semester | |
| Bachelor of Science in Elementary Education with Emphasis in Christian Education | 13.1202 | 03/20/2017 | 233 | 1800 | 120 | Semester | |
| Bachelor of Science in Elementary Education | 13.1202 | 08/03/2015 | 233 | 1800 | 120 | Semester | |
| Bachelor of Science in Elementary Ed with Emphasis in English as Second Language | 13.1202 | 08/03/2015 | 233 | 1800 | 120 | Semester | |
| Bachelor of Science in Elementary Education Emphasis in Math | 13.1202 | 08/22/2006 | 233 | 1800 | 120 | Semester | |
| Bachelor of Science in Secondary Education Emphasis in Business Education | 13.1205 | 08/15/2007 | 233 | 1800 | 120 | Semester | |
| Bachelor of Science in Mathematics for Secondary Teachers | 13.1205 | 09/01/1994 | 233 | 1800 | 120 | Semester | |
| Bachelor of Science in Chemistry for Secondary Education | 13.1205 | 08/24/2015 | 233 | 1800 | 128 | Semester | |
| Bachelor of Arts in English for Secondary Education | 13.1205 | 08/03/2015 | 233 | 1800 | 120 | Semester | |
| | | | | | | | |

AR-L-0006

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Bachelor of Science in Social Studies for Secondary Teachers | 13.1205 | 09/01/2007 | 208 | 1800 | 120 | Semester | 08/17/2015 |
| Bachelor of Science in Biology for Secondary Teacher Education | 13.1205 | 09/01/1998 | 233 | 1800 | 125 | Semester | |
| Bachelor of Science in Secondary Education Emphasis in Social Studies | 13.1205 | 07/31/2007 | 208 | 1800 | 120 | Semester | |
| Bachelor of Science in Secondary Education Emphasis in English | 13.1205 | 07/16/2008 | 233 | 1800 | 120 | Semester | |
| Bachelor of Science in Secondary Education Emphasis in Math | 13.1205 | 09/01/2000 | 233 | 1800 | 120 | Semester | |
| Bachelor of Science in Secondary Education Emphasis in Physical Education | 13.1205 | 09/01/2000 | 233 | 1890 | 120 | Semester | |
| Bachelor of Science in Early Childhood Education | 13.1210 | 07/31/2007 | 233 | 1800 | 120 | Semester | |
| Bachelor of Science in Elementary Education Emphasis Early Childhood | 13.1210 | 07/31/2007 | 208 | 1800 | 120 | Semester | 10/18/2016 |
| Bachelor of Arts in Art for Secondary Teachers | 13.1302 | 09/01/2005 | 208 | 1800 | 120 | Semester | 08/17/2015 |
| Bachelor of Arts in Music Education - Instrumental | | 13.1312 | 05/20/2011 | 208 | 1965 | 131 | Semester | |
| Bachelor of Arts in Music Education - Choral:Piano | | 13.1312 | 06/16/2015 | 233 | 2190 | 138 | Semester | |
| Bachelor of Arts in Music Education | | 13.1312 | 09/01/2010 | 208 | 1800 | 120 | Semester | |
| Bachelor of Science in Music for Secondary Teachers | | 13.1312 | 09/01/2006 | 208 | 1800 | 120 | Semester | 08/17/2015 |
| Bachelor of Arts in Music Education - Choral:Voice | | 13.1312 | 06/16/2015 | 233 | 2190 | 138 | Semester | |
| Bachelor of Arts in Music Education - Instrumental: Piano | | 13.1312 | 06/19/2015 | 233 | 2190 | 138 | Semester | |
| Bachelor of Arts in Music Education-Instrumental:Brass,Woodwd,Percussion,Strings | | 13.1312 | 06/16/2015 | 233 | 2190 | 138 | Semester | |
| Bachelor of Science in Secondary Education Emphasis in Biology | | 13.1322 | 09/01/2000 | 208 | 1800 | 120 | Semester | 10/18/2016 |
| Bachelor of Science in Secondary Education Emphasis in Chemistry | | 13.1323 | 09/01/2000 | 208 | 1800 | 120 | Semester | 10/18/2016 |
| Bachelor of Arts in Dance Education | | 13.1324 | 05/03/2010 | 233 | 1800 | 120 | Semester | |
| Bachelor of Science in Engineering | | 14.0101 | 04/25/2016 | 208 | 2340 | 128 | Semester | |
| Bachelor of Science in Engineering with Emphasis in Robotics | | 14.0101 | 04/25/2016 | 208 | 2340 | 128 | Semester | |
| Bachelor of Science in Biomedical Engineering | | 14.0501 | 08/24/2015 | 208 | 2400 | 128 | Semester | |
| Bachelor of Science in Electrical Engineering | | 14.1001 | 08/24/2015 | 208 | 2460 | 128 | Semester | |
| Bachelor of Science in Mechanical Engineering | | 14.1901 | 08/24/2015 | 208 | 2460 | 128 | Semester | |
| Bachelor of Science in Electrical Engineering Technology | | 15.0399 | 08/29/2016 | 208 | 2340 | 128 | Semester | |
| Bachelor of Science in Mechanical Engineering Technology | | 15.0805 | 08/29/2016 | 208 | 2340 | 128 | Semester | |

AR-L-0007

1/19/2018                      Electronic Application

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Bachelor of Arts in Spanish | 16.0905 | 08/27/2017 | 208 | 800 | 120 | Semester | |
| Bachelor of Arts in English with an Emphasis in Professional Writing | 23.1303 | 04/25/2016 | 208 | 1800 | 120 | Semester | |
| Bachelor of Arts in English Literature | 23.1401 | 09/01/1949 | 208 | 1800 | 120 | Semester | |
| Bachelor of Science in Biology with an Emphasis in Pre-Medicine | 26.0101 | 06/15/2007 | 208 | 2190 | 120 | Semester | |
| Bachelor of Science in Biology with an Emphasis in Pre-Physician Assistant | 26.0101 | 06/15/2007 | 208 | 2160 | 120 | Semester | |
| Bachelor of Science in Exercise Science with an Emphasis in Pre-Physical Therapy | 26.0101 | 01/04/2010 | 208 | 2130 | 120 | Semester | 10/18/2016 |
| Bachelor of Science in Biology with an Emphasis in Pre-Pharmacy | 26.0101 | 06/15/2007 | 208 | 2130 | 120 | Semester | |
| Bachelor of Science in Biology with an Emphasis in Pre-Physical Therapy | 26.0101 | 09/03/2007 | 208 | 2130 | 120 | Semester | |
| Bachelor of Arts in Biochemistry | 26.0202 | 09/01/1996 | 208 | 1800 | 120 | Semester | 08/17/2015 |
| Bachelor of Science in Biochemistry and Molecular Biology | 26.0210 | 08/29/2016 | 208 | 1800 | 120 | Semester | |
| Bachelor of Science in Exercise Science with an Emphasis in Athletic Coaching | 26.0908 | 01/04/2010 | 208 | 1800 | 120 | Semester | 10/18/2016 |
| Bachelor of Science in Mathematics | 27.0101 | 09/01/1953 | 208 | 1800 | 120 | Semester | 08/17/2015 |
| Bachelor of Science in Mathematics for Engineers | 27.9999 | 09/01/1994 | 208 | 1800 | 120 | Semester | 08/17/2015 |
| Bachelor of Science in Sports Management | 31.0504 | 04/05/2010 | 208 | 1800 | 120 | Semester | |
| Bachelor of Science in Exercise Science with an Emphasis in Health Education | 31.0505 | 01/04/2010 | 208 | 1890 | 120 | Semester | |
| Bachelor of Science in Exercise Science with an Emphasis in Sports Performance | 31.0505 | 08/24/2015 | 208 | 1890 | 120 | Semester | |
| Bachelor of Science in Exercise Science with an Emphasis in Physical Education | 31.0505 | 01/04/2010 | 208 | 1950 | 120 | Semester | |
| Bachelor of Arts in Christian Studies | 39.0401 | 07/11/2003 | 208 | 1800 | 120 | Semester | |
| Bachelor of Arts in Christian Studies with Emphasis in Philosophy | 39.0401 | 08/26/2016 | 208 | 1800 | 120 | Semester | |
| Bachelor of Arts in Christian Studies with Emphasis in Global Ministry | 39.0401 | 08/29/2016 | 208 | 1800 | 120 | Semester | |
| Bachelor of Arts in Christian Studies with Emphasis in Worship Leadership | 39.0401 | 01/26/2015 | 208 | 1800 | 120 | Semester | |
| Bachelor of Arts in Christian Studies with an Emphasis in Youth Ministry | 39.0401 | 06/08/2005 | 208 | 1800 | 120 | Semester | |
| Bachelor of Arts in Christian Studies with an Emphasis in Biblical Studies | 39.0401 | 08/23/2006 | 208 | 1800 | 120 | Semester | |
| Bachelor of Science in Chemistry | 40.0501 | 09/01/1963 | 208 | 1800 | 120 | Semester | 08/17/2015 |
| Bachelor of Science in Forensic Science | 43.0106 | 01/03/2011 | 208 | 2220 | 120 | Semester | |
| Bachelor of Science in Justice Studies | 43.0107 | 09/01/1994 | 208 | 1800 | 120 | Semester | |
| Bachelor of Science in Public Safety & Emergency Management | 43.0302 | 09/25/2009 | 208 | 1800 | 20 | Semester | |
| Bachelor of Science in Psychology with an Emphasis in Performance and Sports Psy | 44.0000 | 07/01/2016 | 208 | 1800 | 120 | Semester | |

AR-L-0008

1/19/2018                                  Electronic Application

| Bachelor of Science in Psychology | 44.0000 | 09/01/1963 | 208 | 1800 | 120 | Semester | |
| Bachelor of Science in Educational Studies (Non IR) | 44.0201 | 08/25/2014 | 208 | 1800 | 120 | Semester | |
| Bachelor of Science in Sociology with Emphasis in Social Work | 44.0701 | 01/25/2016 | 208 | 1800 | 120 | Semester | |
| Bachelor of Science in Sociology | 44.0701 | 09/01/1949 | 208 | 1800 | 120 | Semester | |
| Bachelor of Arts in Political Science | 45.1001 | 09/01/1998 | 208 | 1800 | 120 | Semester | 08/17/2015 |
| Bachelor of Arts in Government with an Emphasis in Legal Studies | 45.1099 | 01/26/2015 | 208 | 1800 | 120 | Semester | |
| Bachelor of Arts in Government with an Emphasis in State and Local Public Policy | 45.1099 | 01/26/2015 | 208 | 1800 | 120 | Semester | |
| Bachelor of Arts in Digital Design with an Emphasis in Animation | 50.0102 | 05/20/2011 | 208 | 1800 | 120 | Semester | |
| Bachelor of Arts in Digital Design with an Emphasis in Web Design | 50.0102 | 05/20/2011 | 208 | 1800 | 120 | Semester | |
| Bachelor of Arts in Dance | 50.0301 | 08/01/2015 | 208 | 1800 | 120 | Semester | |
| Bachelor of Arts in Graphic Design | 50.0409 | 09/01/1992 | 208 | 1800 | 120 | Semester | 08/17/2015 |
| Bachelor of Arts in Advertising and Graphic Design | 50.0409 | 04/17/2017 | 208 | 1800 | 120 | Semester | |
| Bachelor of Arts in Theatre and Drama | 50.0501 | 09/01/2010 | 208 | 1800 | 120 | Semester | |
| Bachelor of Arts in Theatre Education | 50.0501 | 05/03/2010 | 233 | 1815 | 120 | Semester | |
| Bachelor of Arts in Digital Film with an Emphasis in Production | 50.0602 | 04/20/2010 | 208 | 1800 | 120 | Semester | |
| Bachelor of Arts in Digital Film with an Emphasis in Screenwriting | 50.0602 | 04/01/2010 | 208 | 1800 | 120 | Semester | |
| Bachelor of Arts in Music with an Emphasis in Piano Performance | 50.0901 | 01/28/2010 | 208 | 1920 | 120 | Semester | |
| Bachelor of Arts in Music with an Emphasis in Voice Performance | 50.0901 | 01/28/2010 | 208 | 1920 | 120 | Semester | |
| Bachelor of Arts in Music with an Emphasis in Piano | 50.0901 | 01/04/2010 | 208 | 1800 | 120 | Semester | 12/01/2017 |
| Bachelor of Arts in Music with an Emphasis in Voice | 50.0901 | 01/04/2010 | 208 | 1800 | 120 | Semester | 12/01/2017 |
| Bachelor of Arts in Music with an Emphasis in Instrumental Performance | 50.0901 | 08/25/2014 | 208 | 1920 | 120 | Semester | |
| Bachelor of Arts in Applied Music | 50.0901 | 09/01/1994 | 208 | 1800 | 120 | Semester | 08/17/2015 |
| Bachelor of Arts in Worship Arts with an Emphasis in Digital Media | 50.1001 | 08/25/2014 | 208 | 1800 | 120 | Semester | |
| Bachelor of Arts in Worship Arts with an Emphasis in Worship Ministry | 50.1001 | 08/25/2014 | 208 | 1800 | 120 | Semester | |
| Bachelor of Arts in Worship Arts with Emphasis in Media and Production Ministry | 50.1001 | 08/28/2017 | 208 | 1800 | 120 | Semester | |
| Bachelor of Arts in Worship Arts with an Emphasis in Worship Production | 50.1001 | 08/25/2014 | 208 | 1800 | 120 | Semester | |
| Bachelor of Arts in Worship Arts with an Emphasis in Worship Management | 50.1001 | 08/25/2014 | 208 | 1800 | 120 | Semester | |
| | | | | | | | |

AR-L-0009

Electronic Application

| | | | | | | |
|---|---|---|---|---|---|---|
| Bachelor of Science in Health Care Administration | 51.0702 | 08/31/2009 | 208 | 1800 | 120 | Semester |
| Bachelor of Science in Athletic Training | 51.0913 | 09/01/1995 | 208 | 1980 | 120 | Semester |
| Bachelor of Science in Health Science in Prof Development & Adv Patient Care | 51.1099 | 07/13/2007 | 208 | 1800 | 120 | Semester |
| Bachelor of Science in Counseling with an Emphasis in Addiction, Chemical | 51.1501 | 11/14/2007 | 233 | 1800 | 120 | Semester |
| Bachelor of Science in Behavioral Health Science | 51.1502 | 04/25/2016 | 208 | 1800 | 120 | Semester |
| Bachelor of Science in Behavioral Health Science with Emphasis in Family Dynamic | 51.1502 | 04/26/2016 | 208 | 1800 | 120 | Semester |
| Bachelor of Science in Behavioral Health Science with an Emphasis in Trauma | 51.1502 | 04/27/2016 | 208 | 1800 | 120 | Semester |
| Bachelor of Science in Health Science Emphasis in Childhood & Adolescence Disord | 51.1502 | 04/28/2016 | 208 | 1800 | 120 | Semester |
| Bachelor of Science in Nursing (RN to BSN) | 51.3801 | 09/01/1998 | 177 | 1800 | 120 | Semester |
| Bachelor of Science in Nursing (Pre-Licensure) | 51.3801 | 01/06/2005 | 208 | 1845 | 123 | Semester |
| Bachelor of Science in Business for Secondary Education | 52.0101 | 08/03/2015 | 233 | 1800 | 120 | Semester |
| Bachelor of Science in Business Administration | 52.0201 | 09/01/1994 | 208 | 1800 | 120 | Semester |
| Bachelor of Science in Business Management with an Emphasis in Tennis Management | 52.0201 | 08/24/2015 | 208 | 2040 | 120 | Semester |
| Bachelor of Science in Business Management | 52.0201 | 01/20/2011 | 208 | 1800 | 120 | Semester |
| Bachelor of Science in Applied Management | 52.0201 | 01/03/1996 | 208 | 1800 | 120 | Semester |
| Bachelor of Science in Business Management with an Emphasis in Golf Management | 52.0201 | 08/24/2015 | 208 | 2040 | 120 | Semester |
| Bachelor of Science in Business Administration:Emphasis in Business Intelligence | 2.0201 | 05/01/2010 | 208 | 1800 | 120 | Semester |
| Bachelor of Science in Accounting | 52.0301 | 12/15/2004 | 208 | 1800 | 120 | Semester |
| Bachelor of Science in Entrepreneurial Studies | 52.0701 | 10/04/2006 | 208 | 1800 | 120 | Semester |
| Bachelor of Science in Finance and Economics | 52.0801 | 08/15/2008 | 208 | 1800 | 120 | Semester |
| Bachelor of Science in Hospitality Management | 52.0901 | 04/27/2015 | 208 | 1800 | 20 | Semester |
| Bachelor of Science in Public Safety Administration | 52.1099 | 09/25/2009 | 208 | 1800 | 120 | Semester 10/18/2016 |
| Bachelor of Science in Applied Business Analytics | 52.1301 | 01/04/2016 | 208 | 1800 | 120 | Semester |
| Bachelor of Science in Business Analytics | 52.1301 | 07/01/2018 | 208 | 1800 | 120 | Semester |
| Bachelor of Science in Marketing | 52.1401 | 09/01/1987 | 208 | 1800 | 120 | Semester |
| Bachelor of Science in Marketing and Advertising | 52.1401 | 07/01/2018 | 208 | 1800 | 120 | Semester |
| Bachelor of Arts in History | 54.0101 | 09/01/1949 | 208 | 1800 | 120 | Semester |
| Bachelor of Arts in History for Secondary Education | 54.0101 | 07/07/2014 | 233 | 1800 | 120 | Semester |

| | | | | | |
|---|---|---|---|---|---|
| Bachelor of Arts in History with an Emphasis in Public History | 54.0101 | 07/07/2014 | 208 | 1800 | 120 | Semester | |

27c.Master's and/or doctoral degree programs.

| Institution's Program Name | CIP Code | Date First Provided | # of weeks | Clock hours | Credit hours | Type | Disapproval/ End Date |
|---|---|---|---|---|---|---|---|
| Master of Arts in Communication with Emphasis in Education | 09.0100 | 10/19/2017 | 76 | 510 | 34 | Semester | |
| Master of Science in Information Technology Management | 11.0101 | 05/13/2016 | 76 | 510 | 34 | Semester | |
| Master of Science in Health Care Informatics | 11.0103 | 05/13/2010 | 104 | 720 | 48 | Semester | |
| Master of Science in Nursing with an Emphasis in Health Care Informatics | 11.0103 | 06/30/2011 | 80 | 570 | 36 | Semester | |
| Master of Science in Cyber Security | 11.1003 | 08/28/2017 | 6 | 510 | 34 | Semester | |
| Master of Arts in Teaching with an Emphasis in Professional Learning Communities | 13.0101 | 08/09/2009 | 76 | 510 | 34 | Semester | 05/17/2017 |
| Master of Arts in Teaching with an Emphasis in Teacher Leadership | 13.0101 | 08/06/2009 | 76 | 510 | 34 | Semester | 05/17/2017 |
| Master of Arts in Curriculum and Instruction | 13.0101 | 08/20/2015 | 74 | 480 | 32 | Semester | |
| Master of Education in Curriculum & Instruction: Reading Emphasis in Elementary | 13.0301 | 08/06/2009 | 76 | 510 | 34 | Semester | 12/01/2017 |
| Master of Education in Curriculum & Instruction: Reading Emphasis in Second Ed | 13.0301 | 08/08/2009 | 76 | 510 | 34 | Semester | 12/01/2017 |
| Master of Education in Curriculum & Instruction: Technology | 13.0301 | 03/03/2003 | 84 | 570 | 38 | Semester | |
| Doctor of Education in Organizational Leadership: Behavioral Health | 13.0401 | 06/16/2009 | 167 | 900 | 60 | Semester | |
| Doctor of Education in Organizational Leadership: Organizational Development | 13.0401 | 06/16/2009 | 167 | 900 | 60 | Semester | |
| Master of Education in Educational Administration | 13.0401 | 03/03/2003 | 106 | 540 | 36 | Semester | |
| Doctor of Education in Organizational Leadership Emphasis in Instr. Leadership | 13.0401 | 08/24/2009 | 167 | 900 | 60 | Semester | |
| Doctor of Education in Organizational Leadership w/Emphasis in Effective Schools | 13.0401 | 08/24/2009 | 167 | 915 | 60 | Semester | |
| Doctor of Education in Organizational Leadership w/Emphasis in Health Care Admin | 13.0401 | 09/05/2013 | 167 | 900 | 60 | Semester | |
| | | | | | | | |

AR-L-0011

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Doctor of Education in Organizational Leadership | 3.0401 | 05/05/2008 | 167 | 915 | 61 | Semester | |
| Doctor of Education in Organizational Leadership: Special Education | 13.0401 | 09/01/2013 | 167 | 900 | 60 | Semester | |
| Doctor of Education in Organizational Leadership: K-12 Leadership | 13.0401 | 05/04/2008 | 167 | 900 | 60 | Semester | |
| Doctor of Education in Organizational Leadership: Christian Ministry | 13.0401 | 09/01/2012 | 167 | 900 | 60 | Semester | |
| Doctor of Education in Organizational Leadership: Higher Education Leadership | 13.0401 | 06/16/2009 | 167 | 900 | 60 | Semester | |
| Master of Education in Educational Leadership (Non-IR) | 13.0404 | 08/31/2004 | 68 | 450 | 30 | Semester | |
| Master of Science in Instructional Technology | 13.0501 | 05/13/2016 | 68 | 480 | 32 | Semester | |
| Master of Education in Special Education for Certified Special Educators | 13.1001 | 03/16/2005 | 84 | 570 | 38 | Semester | |
| Master of Education in Special Education (Non-IR) | 13.1001 | 03/08/2003 | 86 | 585 | 39 | Semester | |
| Master of Education in Special Education - NV | 13.1001 | 07/01/2017 | 129 | 705 | 47 | Semester | |
| Master of Education in Special Education (IR) | 13.1001 | 09/01/1996 | 127 | 705 | 47 | Semester | |
| Master of Arts in Autism Spectrum Disorders | 13.1013 | 11/20/2014 | 72 | 480 | 32 | Semester | |
| Doctor of Education in Teaching and Learning with Emphasis in Adult Learning | 13.1201 | 07/13/2017 | 166 | 900 | 60 | Semester | |
| Master of Education in Elementary Education (IR) | 13.1202 | 09/28/2005 | 127 | 705 | 47 | Semester | 09/01/2015 |
| Master of Education in Elementary Education (Non-IR) | 13.1202 | 10/27/2005 | 86 | 585 | 39 | Semester | 09/01/2015 |
| Master of Education in Elementary Education - ARL/NV | 13.1202 | 07/01/2017 | 143 | 795 | 53 | Semester | |
| Master of Education in Elementary Education - Non IR | 13.1202 | 08/16/2015 | 86 | 585 | 39 | Semester | |
| Master of Education in Elementary Education - IR | 13.1202 | 08/16/2015 | 127 | 705 | 47 | Semester | |
| Master of Education in Secondary Education (IR) | 13.1205 | 09/01/1990 | 122 | 720 | 48 | Semester | |
| Master of Education in Secondary STEM Education - ARL/NV | 13.1205 | 07/01/2017 | 121 | 660 | 44 | Semester | |
| Master of Education in Secondary Humanities Education - ARL/NV | 13.1205 | 07/01/2017 | 121 | 660 | 44 | Semester | |
| Master of Education in Secondary Education - IR | 13.1205 | 08/06/2016 | 109 | 570 | 38 | Semester | |
| Master of Education in Secondary | 13.1205 | 08/06/2015 | 68 | 450 | 30 | Semester | |

AR-L-0012

| Education - Non IR | | | | | | | |
|---|---|---|---|---|---|---|---|
| Master of Education in Secondary Education (Non-IR) | 13.1205 | 10/27/2005 | 80 | 540 | 36 | Semester | 12/01/2017 |
| Education Specialist in K-12 Leadership | 13.1206 | 05/01/2014 | 82 | 450 | 30 | Semester | |
| Master of Arts in Gifted Education | 13.1206 | 08/20/2015 | 72 | 480 | 32 | Semester | |
| Master of Education in Early Childhood Education (Non-IR) | 13.1210 | 09/02/2010 | 72 | 480 | 32 | Semester | |
| Master of Education in Early Childhood Education (IR) | 13.1210 | 09/02/2010 | 114 | 660 | 44 | Semester | |
| Master of Education in Early Childhood Education & Early Childhood Special Ed | 13.1210 | 03/16/2017 | 106 | 224 | 53 | S mester | |
| Master of Education in Early Childhood Education - NV | 13.1210 | 08/07/2017 | 126 | 750 | 50 | Semester | |
| Master of Education in Early Childhood Education & Early Childhood Special Ed | 13.1210 | 03/16/2017 | 74 | 104 | 33 | S mester | |
| Master of Arts in English with Emphasis in Education | 13.1305 | 10/19/2017 | 76 | 510 | 34 | Semester | |
| Master of Science in Mathematics with Emphasis in Education | 13.1311 | 10/19/2017 | 76 | 510 | 34 | Semester | |
| Master of Arts in Reading with an Emphasis in Elementary Education | 13.1315 | 11/06/2014 | 72 | 480 | 32 | Semester | |
| Master of Arts in Reading with an Emphasis in Secondary Education | 13.1315 | 11/06/2014 | 72 | 480 | 32 | Semester | |
| Master of Science in Sociology with Emphasis in Education | 13.1317 | 10/19/2017 | 76 | 510 | 34 | Semester | |
| Master of Science in Biology with Emphasis in Education | 13.1322 | 01/18/2018 | 76 | 510 | 34 | Semester | |
| Master of Science in Chemistry with Emphasis in Education | 13.1323 | 01/18/2018 | 76 | 510 | 34 | Semester | |
| Master of Arts in History with Emphasis in Education | 13.1328 | 10/19/2017 | 76 | 510 | 34 | Semester | |
| Master of Education in Teaching English to Speakers of Other Languages | 13.1401 | 10/27/2005 | 76 | 510 | 34 | Semester | 05/17/2017 |
| Master of Arts in Teaching English to Speakers of Other Languages | 13.1401 | 08/20/2015 | 72 | 480 | 32 | Semester | |
| Masters of Arts in Christian Ministry | 39.0401 | 09/01/2016 | 84 | 570 | 38 | Semester | |
| Master of Arts in Christian Studies with an Emphasis in Pastoral Ministry | 39.0401 | 09/03/2009 | 84 | 570 | 38 | Semester | |
| Master of Arts in Christian Studies with an Emphasis in Youth Ministry | 39.0401 | 09/03/2009 | 84 | 570 | 38 | Semester | |
| Master of Arts in Urban Ministry | 39.0401 | 09/01/2016 | 84 | 570 | 38 | Semester | |
| Master of Arts in Youth and Family Ministry | 39.0401 | 09/01/2016 | 84 | 570 | 38 | Semester | |
| Master of Arts in Christian Leadership | 39.0401 | 09/01/2016 | 84 | 570 | 38 | Semester | |
| | | | | | | | |

AR-L-0013

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Master of Arts in Christian Studies with an Emphasis in Urban Ministry | 39.0401 | 09/03/2009 | 84 | 570 | 38 | Semester | |
| Master of Arts in Christian Studies with an Emphasis in Christian Leadership | 39.0401 | 09/03/2009 | 84 | 570 | 38 | Semester | |
| Master of Divinity | 39.0602 | 07/01/2017 | 80 | 1230 | 82 | Semester | |
| Doctor of Philosophy in General Psychology with an Emphasis in Cognition & Instr | 42.0101 | 01/13/2011 | 167 | 900 | 60 | S mester | |
| Doctor of Philosophy in General Psychology with an Emphasis in Industrial & Org | 42.0101 | 01/13/2011 | 167 | 900 | 60 | S mester | |
| Doctor of Philosophy in General Psychology: Emphasis in Int Tech, Learning, Psyc | 42.0101 | 01/13/2011 | 167 | 900 | 60 | S mester | |
| Doctor of Philosophy in General Psychology: Emphasis in Performance Psychology | 42.0101 | 01/13/2011 | 167 | 900 | 60 | S mester | |
| Master of Science in Psychology with an Emphasis in General Psychology | 42.9999 | 01/13/2010 | 84 | 540 | 36 | Semester | |
| Master of Science in Psychology with Emphasis in Human Factors | 42.9999 | 12/03/2015 | 84 | 540 | 36 | Semester | |
| Master of Science in Psychology with Emphasis in Life Coaching | 42.9999 | 12/03/2015 | 84 | 540 | 36 | Semester | |
| Master of Science in Psychology with Emphasis in Health Psychology | 42.9999 | 12/03/2015 | 84 | 540 | 36 | Semester | |
| Master of Science in Psychology with an Emphasis in Industrial & Organ Psych | 42.9999 | 01/13/2010 | 84 | 540 | 36 | S mester | |
| Master of Science in Psychology with Emphasis in Forensic Psychology | 42.9999 | 12/03/2015 | 84 | 540 | 36 | Semester | |
| Master of Science in Psychology with Emphasis in GeroPsychology | 42.9999 | 12/03/2015 | 84 | 540 | 36 | Semester | |
| Master of Science in Criminal Justice with an Emphasis in Law Enforcement | 43.0104 | 01/04/2010 | 88 | 600 | 40 | Semester | |
| Master of Science in Criminal Justice with an Emphasis in Legal Studies | 43.0104 | 07/31/2009 | 88 | 600 | 40 | Semester | |
| Master of Science in Criminal Justice with Emphasis in Legal Studies | 43.0104 | 07/01/2017 | 84 | 570 | 38 | Semester | |
| Master of Science in Criminal Justice with Emphasis in Law Enforcement | 43.0104 | 07/01/2017 | 84 | 570 | 38 | Semester | |
| Master of Public Administration with an Emphasis in Government and Policy | 44.0401 | 04/29/2010 | 84 | 570 | 38 | Semester | |
| Master of Public Administration with an Emphasis in Health Care Management | 44.0401 | 04/29/2010 | 84 | 570 | 38 | S mester | |
| Master of Science in Health Care Administration | 51.0702 | 03/11/2010 | 104 | 720 | 48 | Semester | |
| Master of Science in Addiction Counseling | 51.1501 | 03/11/2010 | 134 | 540 | 36 | Semester | |

AR-L-0014

Electronic Application

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Master of Science in Addiction/Professional Counseling (Dual Major) | 51.1501 | 05/01/2014 | 196 | 1035 | 69 | S mester | 08/1 | /2015 |
| Master of Science in Addiction Counseling - Ohio | 51.1501 | 04/01/2016 | 170 | 705 | 47 | Semester | | |
| Master of Science in Marriage and Family Therapy | 51.1505 | 09/01/2009 | 181 | 900 | 60 | Semester | 08/17/2015 | |
| Master of Science in Christian Counseling | 51.1505 | 04/03/2014 | 254 | 1110 | 74 | Semester | | |
| Master of Science in Christian Counseling - NV | 51.1505 | 03/09/2017 | 236 | 1125 | 75 | Semester | | |
| Master of Science in Christian Counseling of Substance Use & Addictive Disorders | 51.1505 | 04/03/2014 | 170 | 720 | 48 | S mester | | |
| Master of Science in Professional Counseling | 51.1508 | 11/14/2007 | 218 | 930 | 62 | Semester | | |
| Doctor of Philosophy in Counselor Education and Supervision | 51.1508 | 09/27/2017 | 194 | 930 | 62 | Semester | | |
| Master of Science in Professional Counseling - FL | 51.1508 | 03/09/2017 | 218 | 930 | 62 | Semester | | |
| Master of Science in Professional Counseling - NV | 51.1508 | 03/09/2017 | 234 | 945 | 63 | Semester | | |
| Master of Science in Professional Counseling:Childhood&Adolesc Disorders | 51.1508 | 01/07/2016 | 254 | 1110 | 74 | S mester | | |
| Master of Science in Professional Counseling:Marriage and Family Therapy | 51.1508 | 01/07/2016 | 254 | 1110 | 74 | S mester | | |
| Master of Science in Professional Counseling with Emphasis in Trauma | 51.1508 | 01/07/2016 | 254 | 1110 | 74 | Semester | | |
| Master of Science in Mental Health & Wellness Emphasis in Christian Ministry | 51.1599 | 05/20/2016 | 76 | 510 | 34 | S mester | | |
| Master of Science in Mental Health & Wellness with Emphasis in Family Dynamics | 51.1599 | 05/20/2016 | 76 | 510 | 34 | S mester | | |
| Master of Science in Mental Health and Wellness | 51.1599 | 05/20/2016 | 76 | 510 | 34 | Semester | | |
| Master of Science in Mental Health &Wellness with Emphasis in Prevention | 51.1599 | 05/20/2016 | 76 | 510 | 34 | Semester | | |
| Master of Science in Mental Health with Emphasis in Grief Bereavement | 51.1599 | 05/20/2016 | 76 | 510 | 34 | Semester | | |
| Master of Science in Mental Health & Wellness with Emp in Com Mental Health Adm | 51.1599 | 05/20/2016 | 76 | 510 | 34 | S mester | | |
| Master of Public Health | 51.2201 | 05/13/2010 | 16 | 720 | 48 | Semester | | |
| Master of Public Health | 51.2201 | 07/01/2017 | 24 | 720 | 48 | Semester | | |
| Master of Science in Nursing with an | 51.3801 | 01/05/2005 | 8 | 540 | 3 | Semester | | |

AR-L-0015

1/19/2018               Electronic Application

| Program | Code | Date | | | | | |
|---|---|---|---|---|---|---|---|
| Emphasis in Nursing Education | | | | | | | |
| Master of Business Administration & Master of Science in Nursing: Nursing Leader | 51.3802 | 01/17/2006 | 144 | 990 | 66 | S mester | |
| Master of Science in Nursing with an Emphasis in Leadership in Health Care Syst | 51.3802 | 07/13/2003 | 88 | 540 | 36 | S mester | |
| Master of Science in Nursing: Family Nurse Practitioner | 51.3805 | 07/17/2003 | 156 | 795 | 53 | Semester | |
| Master of Science in Nursing: Family Nurse Practitioner | 51.3805 | 07/01/2017 | 148 | 1245 | 53 | Semester | |
| Master of Science in Nursing with an Emphasis in Public Health | 51.3811 | 06/02/2011 | 96 | 600 | 40 | Semester | |
| Master of Science in Nursing: Adult Clinical Nurse Specialist | 51.3813 | 02/01/2005 | 128 | 720 | 48 | Semester | 2/01/2017 |
| Master of Science in Nursing: Adult Clinical Nurse Specialist-Adult Gerontology | 51.3813 | 01/06/2016 | 166 | 720 | 48 | S mester | |
| Master of Science in Nursing: Acute Care Nurse Practitioner | 51.3814 | 04/29/2010 | 152 | 795 | 53 | Semester | 12/01/2017 |
| Master of Science in Nursing: Acute Care Nurse Practitioner-Adult Gerontology | 51.3814 | 01/09/2016 | 148 | 1245 | 53 | S mester | |
| Post-Master of Science in Nursing: Acute Care Nurse Practitioner - Adult Geron. | 51.3814 | 07/01/2017 | 116 | 1005 | 37 | S mester | |
| Doctoral of Nursing Practice | 51.3818 | 05/01/2014 | 12 | 540 | 36 | Semester | |
| Doctor of Nursing Practice with Emphasis in Educational Leadership | 51.3818 | 03/02/2017 | 132 | 675 | 45 | Semester | |
| Doctor of Business Administration with an Emphasis in Management | 52.0201 | 01/13/2011 | 167 | 900 | 60 | Semester | |
| Master of Business Administration with an Emphasis in Health Systems Management | 52.0201 | 05/14/2004 | 120 | 810 | 54 | S mester | |
| Doctor of Business Administration with Emphasis in Marketing | 52.0201 | 12/15/2016 | 167 | 600 | 60 | Semester | |
| Doctor of Business Administration with Emphasis in Data Analytics | 52.0201 | 12/15/2016 | 167 | 900 | 60 | Semester | |
| Master of Science in Business Analytics | 52.0201 | 04/01/2016 | 4 | 570 | 38 | Semester | |
| Master of Business Administration with an Emphasis in Sports Business | 52.0201 | 04/09/2015 | 120 | 810 | 54 | Semester | |
| Master of Business Administration with an Emphasis in Project Management | 52.0201 | 10/02/2014 | 120 | 810 | 54 | Semester | |
| Master of Business Administration with an Emphasis in Strategic Human Resource M | 52.0201 | 01/14/2010 | 120 | 810 | 54 | S mester | |
| Master of Science in Leadership with an Emphasis in Disaster Prep & Exec Fire | 52.0201 | 10/06/2009 | 84 | 570 | 38 | Semester | |
| | | | | | | | |

AR-L-0016

| | | | | | | |
|---|---|---|---|---|---|---|
| Master of Science in Leadership | 52.0201 | 03/03/2003 | 84 | 570 | 38 | Semester | |
| Master of Business Administration with an Emphasis in Marketing | 52.0201 | 05/14/2004 | 120 | 810 | 54 | Semester | |
| Master of Business Administration with an Emphasis in Finance | 52.0201 | 01/16/2006 | 120 | 810 | 54 | Semester | |
| Master of Business Administration with an Emphasis in Leadership | 52.0201 | 05/14/2004 | 120 | 810 | 54 | Semester | |
| Master of Business Administration & Master of Science in Leadership | 52.0201 | 01/16/2006 | 144 | 990 | 66 | Semester | |
| Master of Business Administration with an Emphasis in Accounting | 52.0201 | 05/14/2004 | 120 | 810 | 54 | Semester | |
| Master of Business Administration | 52.0201 | 09/01/1992 | 00 | 690 | 46 | Semester | |
| Executive Master of Business Administration | 52.0201 | 08/29/2006 | 52 | 585 | 39 | Semester | 08/17/2015 |
| Master of Science in Accounting | 52.0301 | 04/29/2010 | 6 | 510 | 34 | Semester | |
| Master of Science in Organizational Leadership and Entrepreneurship | 52.1401 | 01/15/2015 | 100 | 690 | 46 | Semester | |

27d. First Professional degree programs.

| Institution's Program Name | CIP Code | Date First Provided | # of weeks | Clock hours | Credit hours | Type | Disapproval/ End Date |
|---|---|---|---|---|---|---|---|
| Master of Divinity | 39.0602 | 10/16/2014 | 72 | 1350 | 90 | Semester | |
| Master of Divinity with an Emphasis in Global Ministry | 39.0602 | 10/16/2014 | 172 | 1350 | 90 | Semester | |
| Master of Divinity with an Emphasis in Worship Leadership | 39.0602 | 10/16/2014 | 172 | 1350 | 90 | Semester | |

27e. Non-degree graduate programs.

| Institution's Program Name | CIP Code | Date First Provided | # of weeks | Clock hours | Credit hours | Type | Disapproval/ End Date |
|---|---|---|---|---|---|---|---|
| Graduate Certificate of Completion in Elementary Education Teacher Preparation | 13.1202 | 11/19/2015 | 34 | 225 | 15 | Semester | |
| Graduate Certificate of Completion in Secondary Education Teacher Preparation | 13.1205 | 11/19/2015 | 34 | 225 | 15 | Semester | |
| Graduate Certificate of Completion in Reading for Elementary Educators | 13.1315 | 10/20/2016 | 40 | 270 | 18 | Semester | |
| Graduate Certificate of Completion in Reading for Secondary Educators | 13.1315 | 10/20/2016 | 40 | 270 | 18 | Semester | |
| Certificate of Completion in English as a Second Language | 13.1401 | 08/01/2014 | 36 | 240 | 16 | Semester | 05/17/2017 |
| Graduate Certificate of Completion in | 13.1401 | 01/19/2017 | 40 | 270 | 8 | Semester | |

AR-L-0017

1/19/2018                                    Electronic Application

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Teaching English to Speakers of Other Lang | | | | | | | |
| Graduate Certificate of Completion in Teaching Eng to Speakers of Other Lang-NV | 13.1401 | 01/19/2017 | 28 | 180 | 12 | Semester | |
| Graduate Certificate of Completion in Ministry Education | 39.0201 | 01/11/2018 | 40 | 270 | 18 | Semester | |
| Graduate Certificate of Completion in Christian Theology | 39.0201 | 04/21/2016 | 40 | 270 | 18 | Semester | |
| Graduate Certificate of Completion in Biblical Foundations | 39.0201 | 04/21/2016 | 40 | 270 | 18 | Semester | |
| Graduate Certificate of Completion in Worship Leadership | 39.0201 | 04/21/2016 | 40 | 270 | 18 | Semester | |
| Post-Master of Arts in Theology: Introductory Biblical Languages Certificate | 39.0201 | 04/21/2016 | 40 | 270 | 18 | Semester | |
| Graduate Certificate of Completion Global Ministry | 39.0201 | 04/21/2016 | 40 | 270 | 18 | Semester | |
| Graduate Certificate of Completion in Forensic Psychology | 42.9999 | 01/21/2016 | 36 | 240 | 16 | Semester | |
| Graduate Certificate of Completion in Gero Psychology | 42.9999 | 01/21/2016 | 36 | 240 | 16 | Semester | |
| Graduate Certificate of Completion in Human Factors Psychology | 42.9999 | 01/21/2016 | 36 | 240 | 16 | Semester | |
| Graduate Certificate of Completion in Industrial and Organizational Psychology | 42.9999 | 01/05/2016 | 36 | 240 | 16 | Semester | |
| Graduate Certificate of Completion in Life Coaching | 42.9999 | 01/21/2016 | 36 | 240 | 16 | Semester | |
| Graduate Certificate of Completion in Health Psychology | 42.9999 | 01/21/2016 | 36 | 240 | 16 | Semester | |
| Post Master of Science in Counseling: Marriage & Family Therapy Certificate | 51.1508 | 01/21/2016 | 44 | 225 | 15 | Semester | |
| Post-Master of Science in Counseling: Addiction Counseling Certificate | 51.1508 | 10/20/2016 | 44 | 225 | 15 | Semester | |
| Post Master of Science in Counseling: Trauma Certificate | 51.1508 | 01/21/2016 | 44 | 225 | 15 | Semester | |
| Post Master of Science in Counseling:Childhood & Adolescence Disorders Cert | 51.1508 | 01/21/2016 | 44 | 225 | 15 | Semester | |
| Graduate Certificate of Completion in Mental Health and Wellness:Mntl Health Adm | 51.1599 | 08/17/2017 | 36 | 240 | 16 | Semester | |
| Post-Master of Science in Nursing: Nursing Education Certificate | 51.3801 | 08/31/2009 | 52 | 300 | 20 | Semester | |
| Post-Master of Science in Nursing: Family Nurse Practitioner Certificate | 51.3805 | 09/03/2009 | 140 | 555 | 37 | Semester | |
| Post-Master of Science in Nursing: Family Nurse Practitioner | 51.3805 | 07/01/2017 | 116 | 1005 | 37 | Semester | |

AR-L-0018

Electronic Application

| Post-Master of Science in Nursing: Adult Clinical Nurse Specialist Certificate | 51.3813 | 09/03/2009 | 72 | 435 | 29 | Semester | 08/17/2015 |
| Post-Master of Science in Nursing: Clinical Nurse Specialist - Adult Gerontology | 51.3813 | 05/01/2014 | 96 | 480 | 32 | Semester | 10/18/2016 |
| Post-Master of Science in Nursing: Acute Care Nurse Practitioner Cert | 51.3814 | 10/07/2010 | 104 | 510 | 34 | Semester | 10/18/2016 |
| Post-Master of Science in Nursing: Acute Care Nurse Practitioner - Adult Ger. | 51.3814 | 05/01/2014 | 140 | 555 | 37 | Semester | |

27f.Two academic year transfer degree programs.

27g. Undergraduate non-degree programs.

| Institutio 's P og a   Na  e | CIP Code | Date First Provided | # of weeks | Clock hours | Credit hours | Type | Full Credit | Disapproval/ End Date |
|---|---|---|---|---|---|---|---|---|
| Undergraduate Certificate of Completion in Java Programming | 11.0201 | 05/01/2018 | 16 | 240 | 16 | Semester | Yes | |
| Undergraduate Certificate of Completion in PHP | 11.0201 | 05/01/2018 | 16 | 240 | 16 | Semester | Yes | |
| Undergraduate Certificate of Completion in Cybersecurity Foundations | 11.1003 | 05/01/2018 | 16 | 240 | 16 | Semester | Yes | |

27h. Short-term undergraduate non-degree programs.

27i. Comprehensive Transition and Post secondary programs.

28. Do you contract with an organization or ineligible institution (such as internship, externships, practicum in nursing, midwifery, medical technician, etc.) to provide more than 25% of any educational program?
No

## Section F. Please tell us about your locations.

29. What is your principal location?

Grand Canyon University

3300 West Camelback Road
Phoenix, AZ 85017-3030

County:   MARICOPA

30. Provide the following information for your locations (other than your principal location) at which you provide educational programs to students whom you wish to participate in federal student financial aid programs.

| OPE ID | Location Name and Address | County | DUNS | Disapproval/ Closure Date | Receive Mailings | Other Address |
|---|---|---|---|---|---|---|

Electronic Application

| | | | | |
|---|---|---|---|---|
| 00107405 | Grand Canyon University - St. J seph's Hospital and Medical Center 350 West Thomas Road P oenix, AZ 85013-4496 | MARICOPA | | No |
| 00107407 | Grand Canyon University - Scottsdale Healthcare 9 03 E. Shea Boulevard Scottsdale, AZ 85260-6709 | MARICOPA | 03/16/2017 | No |
| 00107408 | Grand Canyon University - Scottsdale Healthcare - Osborn 7 00 East Osborn Road S ottsdale, AZ 85251-6432 | MARICOPA | 03/16/2017 | No |
| 00107409 | Grand Canyon University - Scottsdale L ncoln North Mountain 9 02 North 2nd Street P oenix, AZ 85020-2462 | MARICOPA | 03/16/2017 | No |
| 00107411 | Grand Canyon University - Phoenix Maricopa Health 2 01 East Roosevelt Street P oenix, AZ 85008-4973 | MARICOPA | 05/25/2016 | No |
| 00107412 | Grand Canyon University - Mesa BDMC 6 44 East Baywood Avenue Mesa, AZ 85206-1747 | MARICOPA | 05/25/2016 | No |
| 00107413 | Grand Canyon University - Phoenix BGS 1 11 East McDowell Road P oenix, AZ 85006-2612 | MARICOPA | 05/25/2016 | No |
| 00107414 | Grand Canyon University - Chandler Med Cntr 4 5 South Dobson Road Chandler, AZ 85224-5605 | MARICOPA | 05/25/2016 | No |
| 00107416 | Grand Canyon University - Glendale - Banner Thunderbird 5555 West Thunderbird Road G endale, AZ 85306-4622 | MARICOPA | 05/25/2016 | No |
| 00107417 | Grand Canyon University - Phoenix J L DV 1 829 North 27th Avenue P oenix, AZ 85027-4001 | MARICOPA | 05/25/2016 | No |
| 00107418 | Grand Canyon University - Phoenix Mayo 5 77 East Mayo Boulevard Phoenix, AZ 85054-4502 | MARICOPA | 03/16/2017 | No |
| 00107419 | Grand Canyon University - Phoenix Children Hosp 1 19 East Thomas Road Phoenix, AZ 85016-7710 | MARICOPA | 03/16/2017 | No |
| 00107420 | Grand Canyon University - Sun City S n Health (Banner Boswell) 1 484 West Thunderbird Boulevard S n City, AZ 85351-3004 | MARICOPA | | No |

1/19/2018                                     Electronic Application

| 00107421 | Grand Canyon University - Tucson St J seph 3 0 West Wilmot Road Tucson, AZ 85711-2678 | MARICOPA | | 05/25/2016 | No |
|---|---|---|---|---|---|
| 00107422 | Grand Canyon University - Casa Grande Med Center 1 00 East Florence Boulevard Casa Grande, AZ 85122-5303 | MARICOPA | | 05/25/2016 | No |
| 00107423 | Grand Canyon University - Gilbert Banner 1 00 North Higley Road G lbert, AZ 85234-1604 | MARICOPA | | 05/25/2016 | No |
| 00107424 | Grand Canyon University - Gilbert Mercy 3 55 South Val Vista Road G lbert, AZ 85297-7323 | MARICOPA | | 05/25/2016 | No |
| 00107425 | Grand Canyon University - Mesa Community College 1 33 West Southern Avenue Mesa, AZ 85202-4822 | MARICOPA | | | No |
| 00107426 | Grand Canyon University - Banner E trella 9201 West Thomas Road P oenix, AZ 85037-3332 | MARICOPA | | 05/25/2016 | No |
| 00107427 | Grand Canyon University - Phoenix VA Healthcare 6 0 East Indian School Road P oenix, AZ 85012-1839 | MARICOPA | | | No |
| 00107428 | Grand Canyon University - Tempe GCU 1 50 West Grove Parkway T mpe, AZ 85283-4475 | MARICOPA | | 03/16/2017 | No |
| 00107429 | Grand Canyon University - Tempe St. Luke Hospital 1 00 South Mill Avenue T mpe, AZ 85281-6699 | MARICOPA | | 05/25/2016 | No |
| 00107430 | Grand Canyon University - Tucson Medical Center 5 99-5301 East Grant Road T cson, AZ 85712-2805 | PIMA | | 03/16/2017 | No |
| 00107431 | Grand Canyon University - Banner Desert 1 00 South Dobson Road Mesa, AZ 85202-4707 | MARICOPA | | 05/25/2016 | No |
| 00107432 | Grand Canyon University - Avondale Estrella Mountain Community College 3 00 North Dysart Road Avondale, AZ 85392-1010 | MARICOPA | | | No |
| 00107433 | G and Canyon University - Mesa AT Still | MARICOPA | | 03/16/2017 | No |

1/19/2018                                         Electronic Application

| | | | | | |
|---|---|---|---|---|---|
| | 845 East Still Circle<br>Mesa, AZ 85206-3618 | | | | |
| 00107434 | Grand Canyon University - Peoria<br>Public Safety<br>8 51 West Cinnabar Avenue<br>Peoria, AZ 85345-2701 | MARICOPA | | 05/25/2016 | No |
| 00107435 | Grand Canyon University - Abrazo<br>Phoenix West Valley Hospital<br>13677 West McDowell Rd<br>Goodyear<br>Arizona, AZ 85395-2635 | MARICOPA | | 03/16/2016 | No |
| 00107436 | Grand Canyon University - Cochise<br>Community College<br>9 1 N. Colombo Avenue<br>S erra Vista, AZ 85635-2317 | COCHISE | | 05/25/2016 | No |
| 00107437 | Grand Canyon University -<br>A buquerque<br>6 00 Jefferson NE<br>A buquerque, NM 87109-4394 | BERNALILLO | | | No |
| 00107438 | Grand Canyon University - Mountain<br>V sta Medical Center<br>1 01 S. Crimson Road<br>Mesa, AZ 85209-0000 | MARICOPA | | 03/16/2017 | No |
| 00107439 | Grand Canyon University - Pima Salt<br>R ver High School<br>4 27 N. Country Club Drive<br>Scottsdale, AZ 85256-2915 | MARICOPA | | | No |
| 00107440 | Grand Canyon University - Yavapai<br>Community College<br>1 00 E. Sheldon Street<br>P escott, AZ 86301-0000 | YAVAPAI | | 08/01/2017 | No |
| 00107441 | Grand Canyon University - Tucson<br>3500 N. Campbell Avenue<br>Tucson, AZ 85719-0000 | PIMA | | | No |
| 00107442 | Grand Canyon University -<br>Chandler/Gilbert Community College<br>2 26 E. Pecos Road<br>Chandler, AZ 85225-0000 | MARICOPA | | 05/17/2017 | No |
| 00107443 | Grand Canyon University - Estrella<br>Community College<br>9 2 E, Eason<br>Buckeye, AZ 85326-0000 | MARICOPA | | 05/17/2017 | No |
| 00107444 | Grand Canyon University - Glendale<br>Community College<br>6 00 W. Olive<br>Glendale, AZ 85302-0000 | MARICOPA | | 05/17/2017 | No |
| 00107445 | Grand Canyon University - Scottsdale<br>9201 E. Mountainview<br>Scottsdale, AZ 85258-6709 | MARICOPA | | | No |
| 00107446 | Grand Canyon University - Kyrene<br>School District | MARICOPA | | | No |

1/19/2018                                    Electronic Application

| 8700 S. Kyrene Road |
| Tempe, AZ 85284-0000 |

## Section G. Please tell us about your tele/corr courses, your students enrolled under ability-to-benefit provisions, and your incarcerated students.

31.  Are any of your programs offered in whole or part by correspondence or telecommunications?
     Yes

32 a.  For the most recently completed award year, were more than 50% of your courses taught by means of correspondence?

**Note:** If a course is offered through traditional methods and through correspondence, then that course should be counted under other methods and correspondence. Therefore, the same course might be counted more than once.

     No

32 b.  For the most recently completed award year, were 50% or more of your regular students enrolled in correspondence courses?

     No

33.  During the most recently completed award year, were 50% or more of your regular students ability-to-benefit students?

**Note:** Do not include students who are being educated at your institution under a specific contract with federal, state, or local governments for training purposes (such as most contracts under the Job Training Partnership Act).

     No

34.  During the most recently completed award year, were 25% or more of your regular students incarcerated?
     No

## Section H. Please complete this section if this is an initial application *or* you were certified but you have a change in your ownership *or* structure *or* you are seeking reinstatement.

Check here if this is **not** an initial application or a change in ownership or structure or for reinstatement or for addition of a Title IV program.

35. Tell us why you are completing this section.

This is an initial application. Tell us on what date you were both legally authorized to provide and began continuously providing the educational training program for which you are seeking eligibility.

01/18/1985 **Note:** If you are a for-profit institution or if you offer a program of less than one academic year, you must have been in existence for at least two years to be eligible to participate in federal student financial aid programs.

If you are an institution *without* prior history, answer Questions 36, 37, and 38.

If you are an institution *with* prior history (for example, you have been in operation for one or two years), answer **all** the questions in this section.

You are an institution with a change in your ownership.

You are an institution that converted to a not-for-profit institution. Answer Questions 36, 37, and 38.

You are an institution that converted to a for-profit institution. Answer Questions 36, 37, and 38.

You are an institution resulting from a merger in the past four years. Answer Question 36, 37, and 38 about the newly founded institution, then go to Section I.

You are an institution seeking reinstatement. Answer all the questions in this section.

36. How many full-time equivalent (FTE) financial aid staff members do you have?

Administrative, counselors, and other professionals

FTE
Clerical
FTE

37. Indicate all of the federal student financial aid programs in which you are seeking approval to participate.

**X**  Federal Pell Grant Program

**X**  Federal Perkins Loan Program

**X**  Federal Supplement Educational Opportunity Grant (FSEOG) Program

**Federal Work-Study (FWS) Program**

**X**  Federal Work-Study-regular or general

Job Location and Development (JLD)

Private-Sector Employment

**Federal Family Education Loan (FFEL) Program**

Federal Stafford Loan Program

subsidized

unsubsidized

Federal PLUS Loan Program (parent loans)

**William D. Ford Federal Direct Loan Program (Direct Loan Program)**

Federal Direct Loan Program

**X**  subsidized

**X**  unsubsidized

**X**  Federal Direct PLUS Loan Program (parent loans)

38. Do you anticipate an increase of 10% or more in your student body in the next award year?

How many regular students do you estimate would be eligible to receive federal student financial aid for the remainder of the current award year and each of the next two award years if you become eligible to participate in federal student financial aid programs?

Estimated number for the remainder of the current award year

Estimated number for the next award year

Estimated number for the award year following the next award year

## Section I. If you are a foreign institution, please complete this section (this includes foreign graduate medical schools).

## Section J. Please tell us about your third-party servicers, (which includes your Ability to Benefit Testers.)

Check here if you do **not** contract with a third-party or outside servicer.

58. If you contract with any third-party servicer or outside party to perform any function related to federal student financial aid programs, provide the following information about each servicer.

| Servicer Name and Address | Contact Name and Title | Telephone/ Fax | E-mail | Services Offered | End Date |
|---|---|---|---|---|---|
| Conserve- | Craig Harris | | | Performing Loan | |

| | | | | |
|---|---|---|---|---|
| Continental Service Group 200 Crosskeys Office Park Fairport, NY 14450 | Regional Director of Business Development | | | Collection |
| ECMC Solutions Corp 1 Imation Place, building 2 Oakdale, MN 55128 | Karin Byrd Client Relations Director - Solutions | (651) 325-3553 | nvickery@ecmc.org | Other |
| ECSI d/b/a Heartland Campus Sol. 100 Global Drive #800 Warrendale, PA 15086 | Ryan Bruner | (724) 719-3902 (724) 933-3364 | Ryan.Bruner@e-hps.com | Performing Loan Servicing, Performing Loan Collection |
| Grand Canyon Education, Inc. 2600 W. Camelback Road Phoenix, AZ 85017 | Danel E. Bachus Chief Financial Officer | ████ | | Authorizing Financial Aid, Disbursing Financial Aid, Performing Needs Analysis, Counseling/Providing Information for Students |
| National Student Clearinghouse 2300 Dulles Station Boulevard Herndon, VA 20171 | Mr. Richard Torres President | | | Other |
| Williams & Fudge, Inc. 300 Chatham Avenue Rock Hill, SC 29730 | Mr. Clay Mahan Assoicate VP Sales | | | Performing Loan Collection |

58b. Please identify your Ability To Benefit Tester(s).
        Combined English Language Skills Assessment(CELSA)
        Wonderlic Basic Skills Test (WBST)
        Spanish Wonderlic Basic Skills Test (Spanish WBST)
        ACCUPLACER

## Section K. Please assure us of your administrative capability and your financial responsibility.

59. Do you have a system of internal checks and balances for administering federal student financial aid that meets federal regulations? (See 34 CFR 668.16.)
        Yes

60. Do you divide the functions of determining student awards and disbursing funds that result from those award decisions? (See 34 CFR 668.16.)

    Yes

61. Do you have procedures that ensure frequent, periodic reconciliation of fiscal office and financial aid office award data? (See 34 CFR 668.14, 668.16, 668.24, 674.19, 675.19, 676.19, and 690.81.)

    Yes

62. Do you have a system to identify and resolve discrepancies in information you receive from various sources about a student's application for financial aid? (See 34 CFR 668.16.)

    Yes

63. Do you have a policy that meets federal regulations for requiring satisfactory academic progress for recipients of federal student financial aid? (See 34 CFR 668.16 and 668.34.)

    Yes

64. Do you have procedures that ensure that your requests for federal cash do not exceed the amount of funds you need immediately to make aid disbursements to students? (See 34 CFR 668.163.)

    Yes

65. Do you have a policy that meets federal regulations for refunding Title IV funds when a student withdraws from classes? (See 34 CFR 668.22.)

    Yes

66a. Have you submitted your required annual financial statement audits to us on time? (For initial applicants, have you established a process to ensure that you submit your required annual financial statement audit to us on time?) (See 34 CFR 668.23.)

    Yes

66b. Have you submitted your required annual federal student financial aid compliance audits to us on time? (For initial applicants, have you established a process to ensure that you submit your required annual federal student financial aid compliance audit to us on time?) (See 34 CFR 668.23.)

    Yes

67. Do you use the electronic processes required by the Secretary? (See 34 CFR 668.16.)

    Yes

68. Do you have a process to insure you obtain the necessary approvals from the Department for expanding or re-establishing your institutional eligibility, (such as changes of ownership resulting in a change of control, excluded changes in ownership, or adding new locations in certain circumstances), and that you notify us within 10 days about other important changes (such as changing your name, address or official)? (See 34 CFR 600.10, 600.20 and 600.21)

    Yes

69. Use this area if you need extra space to tell us about any unusual circumstances or to provide additional explanations about your application.

    Regarding Question 1, this is a pre-acquisition application for a change of ownership/conversion transaction that has not yet occurred, but is anticipated to occur on April 1, 2018. We would appreciate the Department's efforts to process this application in 30 days even though closing is not expected until April 1, so that we can provide the Department¿s preacquisition review letter to the Higher Learning Commission before it meets to decide on our HLC application on February 22, 2018. Regarding Questions 2-3, while the institution will continue to operate under the name of Grand Canyon University, please note that Gazelle University has been formed to effect the transaction. Regarding Question 11, upon completion of the transaction the institution will name a new Chief Financial Officer. Regarding Section D, we would like to provide basic information about the non-profit ownership structure after the conversion. The new Level 1 owner will be Gazelle University (EIN 47-2507725) a 501(c)(3) nonprofit organization. The sole and controlling member of Gazelle University will be the Grand Canyon University Foundation (EIN 90-0615520), which is also a 501(c)(3) nonprofit organization. We are providing the audited financial statements of Grand Canyon Foundation under separate cover for the Department's consideration with this application. Regarding Question 25, the current board members would be replaced after the transaction closes. Regarding Question 26 g. Please note we are requesting approval to offer Undergraduate Certificate programs. Three programs have been added to

Question 27. These do not need accreditor approval. State approval will be provided shortly. Regarding Question 35, the application would not save the response that this is an application for a conversion to a nonprofit institution. Regarding Question 36, the application would not save the response that the institution has 2 FTE financial aid administrative, counselors, and other professionals, and 0 FTE financial aid clerical personnel. The financial aid function has been outsourced to GCE with GCU personnel providing oversight on the financial aid function. Regarding Question 37, the TEACH grant financial aid program is not listed as an available program; however the institution is currently and will want to continue participation in this program. Regarding Question 38, the application would not save the following responses: the institution does not anticipate an increase of 10% or more in the student population in the next award year, and it anticipates 74,485 eligible students in the remainder of the current award year, 81,473 year for the next award year and 87,646 for the award year following the next award year. Regarding Question 70, the application would not save the deletion of all contacts currently listed.

70.  Provide the following information for any person or firm outside your institution that you wish to designate as your agent to represent you in matters related to this application.

| Name | Job Title | Business Address | Telephone Number | Fax Number | Email Address |
|------|-----------|------------------|------------------|------------|---------------|
| Ms Christine Linderson | | 3300 West Camelback Road Phoenix, AZ 85017-3030 | | | |

71. Reporting of Foreign Gifts, Contracts and Rela

## Section L. Please have the appropriate person in authority review, sign, and date this document.

Date
01/18/2018

Name of President/CEO/Chancellor

| | |
|---|---|
| **Name** | Mr. Brian E. Mueller |
| **Job title** | |
| **Business address** | 3300 West Camelback Road Phoenix, AZ 85017-3030 |
| **Telephone number** | |
| **Fax number** | |
| **E-mail address** | |

## Section M. Please include copies of appropriate documents as part of your application.

Because Grand Canyon University has been designated as a Private, Nonprofit institution on this application, and because this application is for Change of Ownership and New Program Level Offering (Undergraduate Certificate), the following documents must be submitted in order to complete this application.

- Signature Page (Print Section L and sign it.)
- Current letter of accreditation and any attachments. (Please note: certificate is not sufficient.) The letter must list approvals of the non-degree programs.
- 501(c)(3) designation from the IRS
- Valid state license or other authorization

AR-L-0027

- Audited financial statements for the two most recently completed fiscal years that are prepared in accordance with Generally Accepted Accounting Principles (GAAP) and audited in accordance with Generally Accepted Government Auditing Standards (GAGAS).
- Audited financial statements of the institution's new owner's two most recently completed fiscal years that are prepared in accordance with Generally Accepted Accounting Principles (GAAP) and audited in accordance with Generally Accepted Government Auditing Standards (GAGAS) or equivalent information for that owner that is acceptable to the Secretary.
- Same day balance sheet, audited in accordance with GAGAS, showing the financial condition of the institution after the change in ownership.
  **Note:** Financial statements and same day balance sheet are to be submitted via eZ-audit. To access eZ-audit, you must register to receive a username and password. Registration instructions are posted on the eZ-Audit site.
- Default management plan: *Either*

  **X** The default management plan recommended by the Secretary of Education (check this box, do not include the plan); *or*

  A default management plan other than the plan recommended by the Secretary (enclose a copy of the plan).

  The institution is exempt under 487(a)(14)(C) of the HEA from providing a default management plan.

The Department will contact you if additional documentation is needed.

Send the signature page (Section L) and copies of required supporting documents to us. Regular mail/commercial overnight mail:

    U.S. Department of Education, FSA
    School Eligibility Channel
    Integrated Partner Management
    830 First Street, NE
    Washington, DC 20202-5402

AR-L-0028