**Mangold, Donna**

| | |
|---|---|
| **From:** | Mangold, Donna |
| **Sent:** | Thursday, June 28, 2018 2:01 PM |
| **To:** | Dennis M. Cariello |
| **Cc:** | Jonathon C. Glass (jglass@cooley.com) |
| **Subject:** | RE: Any way we can talk this morning |

Dennis and Jonathon,

Sorry for my delay in responding. I was in meetings/calls all morning, and then realized my outlook hadn't updated since I rebooted my computer at 8:30. We can't give any directional guidance yet, although I can advise that the proposed transaction is under review by leadership. The goal is to get back to you for a preliminary conversation on Monday. I am on vacation beginning on Saturday, so someone else will reach out.

**From:** Dennis M. Cariello [mailto:dennis.cariello@hmbr.com]
**Sent:** Thursday, June 28, 2018 8:42 AM
**To:** Mangold, Donna
**Cc:** Jonathon C. Glass (jglass@cooley.com)
**Subject:** Any way we can talk this morning

Donna,

Jonathan and I both have board meetings where we would like to give the board the best possible information as to the direction the Department is headed (even if not in an written form). Is there any way you can give us some directional guidance on the issues we've discuss (including post-closing conditions, if any, and guidance on the affiliate rule).

The board has an important decision to make regarding the plan to close on July 1. We would greatly appreciate speaking with you so we can have the most up-to-date information for them.

Thanks,
Dennis

Dennis M. Cariello
Shareholder

 HOGAN MARREN
BABBO & ROSE, LTD

| | |
|---|---|
| **E-MAIL** | DENNIS.CARIELLO@HMBR.COM |
| **MAIN** | 212.422.4900 |
| **DIRECT** | 212.422.4909 |
| **MOBILE** | 646.415.4471 |
| **FAX** | 312.946.9818 |

40 BROAD STREET • 7TH FLOOR • NEW YORK, NY 10004
WWW.HMBR.COM

**Visit our Higher Education Blog:** www.higheredlawblog.com

NOTICE OF CONFIDENTIALITY: This e-mail message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution of any kind is strictly prohibited. If you are not the intended recipient, contact the sender via reply e-mail and destroy all copies of the original message.

---

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

---