GCU
®
December 16, 2019





GCU Video

# Purpose of Conversion

- Preserve long-term legacy of Grand Canyon University
  - Founded 70 years ago (56 years (80%) as a nonprofit institution)
  - 2004 – 2018: Converted to for-profit in order to raise funds to preserve and grow University
  - 2008 – 2019: Invested approximately $1.5 billion into University / froze tuition / never paid a dividend
  - Stable financial model – no need for additional access to public market funding
- Provide students and faculty with access to benefits as full member of the academy
  - Participation in academy and academic governance opportunities
  - Grant writing
  - Research opportunities
  - Philanthropic donations
  - NCAA governance and voting privileges
- Support financial structure of University
  - Keep tuition affordable for all - tuition frozen for traditional campus 12 straight years – no planned tuition increases
  - Continued investment in educational infrastructure – additional $500M planned over next 5 years
  - Maximizes opportunities for continued investment in community

# Conversion Timeline

- September 19, 2014 – Meeting at ED with Dr. Ted Mitchell and Jeff Appel - were supportive and understood this was done to preserve long-term legacy of GCU / not to avoid regulation
- November 20, 2014 – GCU incorporates as Arizona Nonprofit
- November 9, 2015 – IRS grants 501(c)(3), tax-exempt status to GCU
- December 31, 2015 – GCU submits pre-acquisition review application with ED
- March 2, 2016 – HLC denies GCU conversion / GCU withdraws ED pre-acquisition application
- July 13, 2017 – Meeting at ED with Jim Manning – explained desire to convert in order to preserve long-term legacy of GCU / not to avoid regulation
- January 18, 2018 – GCU submits pre-acquisition review application with ED
- February 22, 2018 – HLC approves GCU conversion transaction
- April 26, 2018 – Arizona approves GCU conversion transaction
- July 1, 2018 – GCU closes acquisition / conversion to nonprofit
- August 31, 2018 – IRS reaffirms recognition of GCU as tax-exempt under IRC 501(c)(3)
- August 31, 2018 – GCU files complete, post-closing application with ED
- November 6, 2019 – ED approves GCU conversion transaction / denies nonprofit recognition

# Positive Impact Since Closing

GCU academic leadership has been welcomed in various settings as a full member of the academy. Examples include:

- Grants totaling more than $5 million – one to support graduate studies in Theology and one to aid in diabetes research
- Active discussions for donations with foundations and large bio-tech firms of significant equipment for nursing, science, engineering students such as high fidelity manikins and machine shop equipment estimated at nearly $1 million dollars.
- Philanthropic donations totaling approximately $1 million
- University Library secured scholarly resources that were only available as a nonprofit institution
- Scholarships for faculty and administrative leaders in GCU College of Theology to attend the Future Pastors Conference and participate in the Acton Institute – providing opportunities for training, dialogue and networking
- Continued participation with Alpha Chi National College Honors Society, which passed a bylaw in 2018 prohibiting for-profit institutions from inclusion
- Participation as voting member of NCAA Division I Presidential Forum (President Mueller)
- Participation as voting member of NCAA Division I Council (Athletic Director Jamie Boggs)

# Positive Financial Results Since Closing

- Over [redacted] in cash on hand at June 30, 2019
- Increased net assets by [redacted] to [redacted] and generated [redacted] in cash from operating activities in first fiscal year of operations since closing
- 1.6 composite score as a nonprofit institution as of June 30, 2019
- Invested [redacted] million in capital improvements between July 1, 2018 and October 31, 2019 utilizing line of credit
- Voluntarily prepaid [redacted] million on its debt in Fall 2019
- Own 270 acre campus in heart of Phoenix – paid $361.6 million less than fair market value
  - Acquired over $1.2 billion in net assets at a cost of $876.6 million
  - Over 650,000 square feet of classroom, laboratory and research facilities
  - 24 residence halls totaling more than 4 million square feet housing 13,000 students
  - 93,000 square foot library and student union
  - 7 parking garages
  - Over 500,000 square feet of facilities supporting student performance and activities, including theatre, club sports, intramurals, and 21 NCAA Division I athletic programs
  - GCU Residence Halls rated No. 7 out of 1,370 schools by niche.com
  - GCU Campus rated No. 16 out of 1,408 schools by niche.com
- Capable of self-funding future planned campus expansion estimated at [redacted] over next 5 years
  - 400,000 square feet of classroom, research and laboratory facilities
  - 1-2 new residence halls per year
  - Additional real estate acquisitions to support campus expansion

# Accreditation and Partnerships

- Over the last 5 years, over 60 professionals representing 13 accrediting and regulatory bodies have visited and fully evaluated GCU's campus, programs, faculty, and learning outcomes and granted or recommended full approval with no findings
  - HLC, NMBON, AZBON, CCNE, ATS, AZDVS, SAA, ACBSP, CAATE, AAQEP, CAE-CD, ABET, AZ SARA, NCAA
- GCU Advisory Boards
  - 18 GCU Advisory Boards with over 400 members representing over 320 organizations
  - Advise Colleges and Academic Leadership on program development, curriculum and learning outcomes
- Partner Schools
  - 3,389 partner schools in the Canyon Christian School Consortium (CCSC) – alliance participant program with goals to reduce the overall cost of private Christian education, increase enrollment for faith-based high schools and offers discounts on GCU programs, professional development and training
  - 6,875 partner schools in Participants in Learning, Leading and Serving (PLLS) – participant program designed to benefit teachers, students, parents and leadership of public district schools through alliance scholarships, GCU program discounts, professional development, and grants
  - 440 partner schools in the Canyon Educational Participants (CEP) – participant program designed to benefit the teachers, students, parents and leadership of public charter schools and educational organizations
  - 141 partners in the Alliance Program for Homeschool Achievement (ALPHA) – participant program offering support services and opportunities to enhance the educational experiences of home school co-ops and families through alliance scholarships, GCU program discounts, professional development and grants
  - Trained 126 Superintendents from partner schools

# Challenges in Higher Education

- University education is too expensive
- Students are taking on too much debt
- Bachelor's degrees are taking too long to complete
- Programs are not targeted enough toward current careers

# GCU Responses

- GCU students graduate with less debt on average $18,750 (according to the latest College Scorecard data) than at public and private nonprofit universities ($28,650 according to 2017 data from the Institute for College Access & Success)
- 40% of GCU's traditional campus graduates complete in 3 years
- 75.3% of campus students studying in high-demand STEM + Business programs
- Approximately 50% of online students studying at Masters or Doctoral level
- Affordable Tuition – traditional campus tuition frozen for 12 years with less than 1% annual increases for online programs

# Tuition Rates from 2008 to 2019

| | Increase rate |
|---|---|
| GCU TRADITIONAL | 0% |
| GCU ONLINE | 9% |
| Private non-profit | 25% |
| Public 4 year | 35% |
| Public 2 year | 33% |

College Board Trends in College Pricing Resource Library

# GCU Quality Students & Outcomes

- GCU Traditional Campus – Fall 2019
  - 9 Colleges
  - 230 degree, emphases and certificate programs
  - More than 20,500 students attending 270 acre Phoenix campus
  - Diverse student body – 27% Hispanic, 6% African American, total of 47% students of color, estimate approx. 400 DACA students
  - Average incoming GPA for fully admitted students increased from 2.75 to 3.5 between 2008 and 2019
  - Honors College has grown to 2,300 students with average incoming GPA greater than 4.1
  - Over 200 Honors College and CSET undergraduate research projects
  - 75.3% of students studying in rigorous STEM+Business programs
  - Nearly 900 students studying in Engineering programs that were launched in 2015
  - Average class size of 26.6
  - 3,267 graduates in 2018-19 year
- GCU Online Campus – Fall 2019
  - 84,081 working adult students attending online
  - Approximately 50% of students studying at the Masters or Doctoral Level
  - 100% of first 7 undergraduate courses taught by full-time faculty
  - Average class size of 10.5
  - 22,227 graduates in 2018-19 year

# Regulatory Compliance

Student photos

GCU continues to operate well within all Department of Education regulatory standards.

- Cohort Default Rate – continuous decline over many years from 10.3% for 2012 cohort to 5.6% for most recent 2016 cohort. Well below national average of 10.1%
- 90/10 Calculation – continuous decline over many years from 80.3% in 2012 to 70.05% in 2018. Well below 90% requirement
- Gainful Employment – no failing programs

GCU has made clear from the beginning that it has no regulatory concerns and that it was not converting to nonprofit to avoid regulation.

GCU

# GCU 5 Point Plan

- Job Creation
  - GCU employs over 7,500 people
- Business Creation
  - University has established 10 new businesses which employ over 400 people
  - Canyon Ventures – 28 new businesses incubating in 120,000 s.f. innovation center
- Safe Neighborhoods
  - $1.6 million partnership over 8 years with City of Phoenix Police Department
  - Total crime down 12% (property and violent) in last 12 months
- Neighborhood Home Improvement
  - Partnership with Habitat for Humanity
  - $2 million raised since 2015 from faculty and staff
  - 270 homes improved through 23,000 volunteer hours from students, faculty and staff – goal of 800 homes
  - Home values have increased 302% since 2011 in the 85017 zip code
- Neighborhood Education Improvement
  - Learning Lounge & SIS serve more than 4,600 K-12 students with over 54,000 visits and over 130,000 hours of study since 2013
  - 325 Full-Tuition Students Inspiring Students (SIS) scholarships awarded to neighborhood Title I high school seniors since 2016
    - 2019 Awardees had an average incoming GPA of 4.1
    - Spring 2019: First 2 graduates (graduated in 3 years)
    - 53 projected to graduate by Spring 2020

# Issues with ED Decision

- Decision ignores extensive diligence and negotiation by GCU Board of Trustees
  - Fully independent and autonomous Board of Trustees negotiated and led acquisition on behalf of GCU
  - Experienced legal and financial advisors (Gallagher & Kennedy, Cooley, Wells Fargo, Deloitte, 3rd Party Valuations)
  - Extensive negotiation on terms of transaction – terms of MSA, Promissory Note and Acquisition Cost
  - Focus on Barclays Report to GCE Board was irrelevant and wrong – GCU decision was independent of GCE rationale
- Department analysis of transaction is flawed
  - Fails to recognize independent, autonomous Boards
  - Fails to recognize breadth and experience of GCU leadership
  - Misinterprets Deloitte Transfer Pricing Study, Valuation Reports and Financial Models
  - Misinterprets IRS statutes, private letter rulings and tax decisions
- Ignores other third party approvals
  - Approved by HLC after extensive review and site visit
  - Approved by AZPPSE after extensive review
  - Grant of tax exempt 501(c)(3) status by IRS was done after full review of structure through iterative process
- Fails to recognize significant accomplishments at GCU
  - Complete turnaround of a University on the verge of closing
  - Lack of higher education institutions in Arizona – GCU is one of only 4 major universities in the State of Arizona
  - GCU generates more than $1 Billion economic impact for State of Arizona on an annual basis
  - GCU has invested $1.5 Billion into higher education infrastructure since 2008 with plans for $560 Million over next 5 years
  - All of this has been accomplished while keeping tuition affordable and higher education accessible to all socio-economic classes
- Department has consistently refused to communicate with GCU
  - GCU sought guidance and support for transaction from ED starting more than 5 years ago
  - GCU repeatedly sought ED guidance over 6 months between January 2018 filing of application and July 2018 closing
  - GCU repeatedly sought ED feedback between closing in July 2018 and ED decision in November 2019

GCU

# GCU Ask

- Recognize GCU's Nonprofit Status for Title IV, HEA purposes
  - GCU structure with outside service provider is consistent with 100s of other universities
  - Returns GCU to its historical status as a nonprofit institution of higher education (56 of 70 years as a nonprofit)
- Withdraw position that GCU not accurately refer to itself as a Nonprofit institution
  - IRS: "State law governs nonprofit status, which is determined by an organization's articles of incorporation or trust documents. Federal law governs tax-exempt status."
  - Arizona: GCU is recognized as a nonprofit organization through its filed Articles of Incorporation in the State of Arizona
  - IRS: GCU is recognized by the IRS as a tax exempt organization under IRC Section 501(c)(3)
  - Referring to GCU as something other than a nonprofit organization would be inaccurate
- Department of Education Campus Visit to GCU