

# GRAND CANYON UNIVERSITY

3300 West Camelback Road  |  Phoenix, Arizona 85017  |  602.639.7500  |  Toll Free 800.800.9776  |  www.gcu.edu

December 17, 2014

Secretary Arne Duncan
United States Department of Education
400 Maryland Avenue, SW
Washington, DC 20202

Dear Secretary Duncan,

Thank you for taking the time to call and speak with me this week. Also, thank you again for inviting us to participate in the White House College Opportunity Summit, which provided a terrific platform to launch the new GCU STEM Pathways program with local high schools in Phoenix. This program is a further extension of the many public-private partnerships, such as the GCU Learning Lounge, that have been developed between GCU and the City of Phoenix to ensure that the best high school students, regardless of their socio-economic background, have access to an affordable, high-quality college education.

I hope that you will take me up on my offer to visit our campus the next time you are in Phoenix. Our beautiful campus is now home to approximately 11,000 of the best and brightest students throughout Arizona and the Southwest, with roughly 50% studying in STEM programs, and an incoming average GPA of over 3.50 for fully-admitted freshmen in fall 2014.

I also look forward to working with your team as we continue to explore a conversion back to non-profit status. In that regard, we sincerely appreciated the meeting with Under Secretary Ted Mitchell and Deputy Under Secretary Jeff Appel this past September and their willingness to support us in this endeavor.

I have enclosed more information about GCU and, as always, please feel free to contact me any time on my cell phone at ████████████ or by email at ████████████████ if I can provide any further information or answer any questions that you may have.

I will also follow up on your offer to meet in Washington, DC and will reach out to your office to schedule an appointment. Thank you again for your time this week and I look forward to continuing our discussion in the near future.

Sincerely,

Brian Mueller
President
Grand Canyon University

FIND YOUR PURPOSE