**Smith, Kathleen**

| | |
|---|---|
| **From:** | Smith, Kathleen |
| **Sent:** | Sunday, June 24, 2018 12:00 PM |
| **To:** | Minor, Robin |
| **Subject:** | RE: Grand Canyon University |

I am actually in the office now if you want to chat OR I will call you tomorrow morning...I leave for the airport about 10

**From:** Minor, Robin
**Sent:** Sunday, June 24, 2018 11:59 AM
**To:** Smith, Kathleen
**Subject:** Re: Grand Canyon University

Yes, just let me know when you're free.

On Jun 23, 2018, at 9:28 PM, Smith, Kathleen <Kathleen.Smith@ed.gov> wrote:

> Hi. Can you walk me through this on mo day. I thought this was old and done. Thanks.
>
> Enjoy your weekend
>
> Sent from my iPhone
>
> On Jun 22, 2018, at 1:25 PM, Minor, Robin <Robin.Minor@ed.gov> wrote:
>
>> The team, along with OGC have completed the analysis of the GCU CIO that includes the conversion from for profit to nonprofit. They have concluded that for title IV purposes GCU would still be considered a for profit institution after the CIO. I have attached a document which provides the results of the analysis. However I felt it would be easier to have a meeting so that they could explain the transaction and address any questions you have. I am copying Linda to see if that can be scheduled on next Wednesday upon Kathleen's return. Dennis Cariello had originally indicated that they would complete the CIO transaction July 1st, however, did not pressure Donna Mangold too much last week when she told him she did not have an ETA on issuance of the letter yet.
>> Robin S. Minor
>> Chief Compliance Officer
>> Federal Student Aid
>> U.S. Department of Education
>> (202)377-3717