**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Grand Canyon University,<br><br>                    Plaintiff,<br><br>v.<br><br>Miguel Cardona, *et al*,<br><br>                    Defendants. | No. 2:21-cv-00177-SRB<br><br>**[Proposed] Order Granting Plaintiff's Motion to Supplement the Record and Take Judicial Notice** |

**[Proposed] Order**

Having considered Plaintiff Grand Canyon University's Motion to Supplement the Record and Take Judicial Notices, and for good cause shown therein, IT IS HEREBY ORDERED that the Motion is GRANTED.

It is ORDERED that:

1. The administrative record shall be supplemented with the Declaration of Jason Eberhardt, attached as Exhibit A to Plaintiff's Motion.

2. The administrative record shall be supplemented with the April 5, 2022 report from the Government Accountability Office, attached as Exhibit B to Plaintiff's Motion.

3. The Court shall take judicial notice of the April 5, 2022 report from the Government Accountability Office, attached as Exhibit B to Plaintiff's Motion.

IT IS SO ORDERED on this _____ day of May, 2022.

Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
(602) 530-8000

1