**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Grand Canyon University,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Miguel Cardona, *et al*,<br><br>　　　　　Defendants. | No. 2:21-cv-00177-SRB<br><br>**[Proposed] Order Granting Plaintiff's Motion to File Select Exhibits Under Seal** |

**[Proposed] Order Granting Motion to File Select Exhibits Under Seal**

Having considered Plaintiff Grand Canyon University's Motion to File Select Exhibits Under Seal pursuant to LRCiv 5.6, and for good cause shown therein,

IT IS HEREBY ORDERED that the Motion is GRANTED and the unredacted copies of the following Exhibits to GCU's Motion for Summary Judgment (ECF Doc. 59) shall be filed under seal: ECF Doc. Nos. 59-6, 59-8, 59-9, 59-10, 59-11, 59-12, 59-13, 59-14, 59-15, 59-16, 59-18, 59-19, 59-20, 59-21, 59-27, 59-28, 59-37, 59-39, 59-40, 59-42, 59-43, 59-58, 59-59, 59-62.

IT IS SO ORDERED on this _____ day of _____, 2022.

Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
(602) 530-8000