BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Director, Federal Programs Branch

EMILY NESTLER
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street NW
Washington, D.C. 20005
Telephone: (202) 305-0167
E-mail: emily.b.nestler@usdoj.gov

*Counsel for Defendants*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Grand Canyon University,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>Miguel Cardona, in his official capacity as Secretary of Education, *et al.*,<br><br>　　　　　Defendants. | No. 2:21-cv-177-SRB<br><br>**Defendants' Response to Plaintiff's Motion to File Select Exhibits Under Seal** |

Upon reviewing Plaintiff's Motion to File Select Exhibits Under Seal (ECF No. 64), Defendants do not oppose that motion.

Dated: May 31, 2022　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　BRIAN M. BOYNTON
　　　　　　　　　　　　　　　　　Principal Deputy Assistant Attorney General

　　　　　　　　　　　　　　　　　MARCIA BERMAN
　　　　　　　　　　　　　　　　　Assistant Branch Director
　　　　　　　　　　　　　　　　　Federal Programs Branch

*/s/ Emily Nestler*
EMILY NESTLER
Trial Attorney (DC Bar No. 973886)
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street NW
Washington, D.C. 20005
Telephone: (202) 305-0167
E-mail: emily.b.nestler@usdoj.gov

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 31, 2022, I electronically transmitted the foregoing to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants for this matter.

/s/ *Emily Nestler*
EMILY NESTLER