**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Grand Canyon University, | No. CV-21-00177-PHX-SRB |
| Plaintiff, | **ORDER** |
| v. | |
| Miguel Cardona, et al., | |
| Defendants. | |

The Court has considered Plaintiff Grand Canyon University's Motion to File Select Exhibits Under Seal pursuant to LRCiv 5.6, and for good cause shown therein,

IT IS HEREBY ORDERED that the Motion is GRANTED and the unredacted copies of the following Exhibits to GCU's Motion for Summary Judgment (ECF Doc. 59) shall be filed under seal: ECF Doc. Nos. 59-6, 59-8, 59-9, 59-10, 59-11, 59-12, 59-13, 59-14, 59-15, 59-16, 59-18, 59-19, 59-20, 59-21, 59-27, 59-28, 59-37, 59-39, 59-40, 59-42, 59-43, 59-58, 59-59, 59-62.

Dated this 9th day of June, 2022.

Susan R. Bolton
United States District Judge