**Index of Additional Administrative Record Excerpts
in Support of Defendants' Cross-Motion for Summary Judgment
and Response to Plaintiff's Motion for Summary Judgment**

Defendants submit the following additional excerpts from the Administrative Record in support of their Cross-Motion for Summary Judgment and Response to Plaintiff's Motion for Summary judgment.

This list comprises only excerpts that have not already been filed in connection with Plaintiff's Motion. While Defendants rely on many of the same record excerpts that were appended to Plaintiff's motion, Defendants have not resubmitted the voluminous sections of the administrative record that were filed by Plaintiff because they are already before the Court.

Numbers 8-10 on this list have been filed separately under seal, in accordance with LRCiv. 5.6.

| Number | AR Range | Document Description |
|---|---|---|
| 1. | AR-J-0009-0012 | Letter from Donna S. Mangold to Dennis Johnson & Jonathon Glass, with attachment (May 17, 2018) |
| 2. | AR-J-0097-0098 | Email correspondence between Dennis Cariello and Donna Mangold (Feb. 15-16, 2018) |
| 3. | AR-J-0099 | Email from Donna Mangold to Dennis M. Cariello (Feb. 16, 2018) |
| 4. | AR-J-0100-0105 | Email correspondence between Donna Mangold and Dennis Cariello (May 18-Apr. 30, 2018) |

| 5. | AR-J-0106 | Email from Dennis Cariello to Donna Mangold (May 18, 2018) |
|---|---|---|
| 6. | AR-J-0156-0157 | Letter from Donna Mangold to Dennis Cariello & Jonathon Glass (Sept. 10, 2018) |
| 7. | AR-J-0352-0356 | Email correspondence between Department of Education and Grand Canyon University (Nov. 12-Nov. 14, 2020) |
| 8. | AR-E-0001-0014 | GCU Board Minutes and accompanying Presentation (July 26, 2017)* |
| 9. | AR-E-0091-0101 | GCU Board Minutes and accompanying Presentation (October 26, 2017)* |
| 10. | AR-F-0001-0606 | Gazelle University's IRS Form 1023 Application (October 8, 2015)* |

\* Indicates filed under seal.