# Exhibit 2

Dennis M. Cariello

| | |
|---|---|
| **From:** | Dennis M. Cariello |
| **Sent:** | Friday, February 16, 2018 9:35 AM |
| **To:** | Mangold, Donna |
| **Subject:** | RE: Request for confirmation re Grand Canyon University |

Thanks.

Dennis

**From:** Mangold, Donna [mailto:Donna.Mangold@ed.gov]
**Sent:** Friday, February 16, 2018 9:34 AM
**To:** Dennis M. Cariello
**Subject:** RE: Request for confirmation re Grand Canyon University

Dennis – got your vm.  Let me catch up with Mike and I will get back to you.

**From:** Dennis M. Cariello [mailto:dennis.cariello@hmbr.com]
**Sent:** Thursday, February 15, 2018 11:20 AM
**To:** Frola, Michael
**Cc:** Mangold, Donna
**Subject:** Request for confirmation re Grand Canyon University

Mike,

Thanks again for talking with me yesterday.  As I explained, I was hoping the Department could send an email to me, in my role as counsel to Grand Canyon University, explaining where we are in the process and confirming a few rudimentary points about the Department's typical process.  I fully recognize that the Department has not completed its review of the transaction and has made no decisions about the transaction or any conditions the Department would place on the transaction if approved.  I'm really just looking for a high level description of the process, how it relates to Title IV eligibility and confirmation that the DOE has the request and it is in process.

As explained to you, I plan on giving this to HLC so they have written confirmation that the application is in process and of the general preacquisition review process and how the DOE handles changes of control.

Below is a draft of such an email.  Please let me know if you have any questions.  This can be sent to me in an email.  It also can be whomever is the Department staffer that is reviewing the application (it need not be from a high-level person like yourself).  If you can sent this to me by 2/19 that would beextraordinarily helpful, as I need to get it to HLC by 2/21.

Thanks,

Dennis

*****
Dear Dennis

This email will confirm that the Department of Education is currently reviewing a pre-acquisition review request filed by Grand Canyon University (GCU).  The pre-acquisition review process is wholly advisory for the school and is not required by the Department.  GCU's eligibility to disburse Title IV funds is unaffected by the filing of the request or by the review process.

As is the case with every other transaction the Department reviews, if the school goes forward with the proposed transaction, GCU will need to file a materially complete application with the Department within 10 business days after the closing.  34 CFR 600.20(g).  The Department will then issue a Temporary Provisional Program Participation Agreement (TPPPA) to continue the school's Title IV eligibility on a temporary basis while the Department reviews the formal application.  The School must then file a same-day audited balance sheet [[and certain other state and accreditor approvals]] by the end of the month following the month of the closing to maintain the TPPPA.

This is a description of the typical process for a pre-acquisition review and change in ownership, which also applies to GCU.  The Department has not completed its review of the GCU request and this email is not intended to indicate the ultimate outcome of that review.

Sincerely,
DOE Representative

Dennis M. Cariello

Shareholder



| | |
|---|---|
| **E-MAIL** | DENNIS.CARIELLO@HMBR.COM |
| **MAIN** | 212.422.4900 |
| **DIRECT** | 212.422.4909 |
| **MOBILE** | 646.415.4471 |
| **FAX** | 312.946.9818 |

40 BROAD STREET • 7TH FLOOR • NEW YORK, NY 10004
WWW.HMBR.COM

**Visit our Higher Education Blog**: www.higheredlawblog.com
NOTICE OF CONFIDENTIALITY: This e-mail message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution of any kind is strictly prohibited. If you are not the intended recipient, contact the sender via reply e-mail and destroy all copies of the original message.

_____
This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com
_____

_____
This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com
_____

_____
This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com
_____