# Exhibit 3

**Mangold, Donna**

| | |
|---|---|
| **From:** | Mangold, Donna |
| **Sent:** | Friday, February 16, 2018 4:40 PM |
| **To:** | Dennis M. Cariello |
| **Subject:** | Grand Canyon |

Dennis,

This email will confirm that the Department of Education is currently reviewing a pre-acquisition review request filed by Grand Canyon University (GCU) for GCU's requested change of ownership and conversion to nonprofit status. The pre-acquisition review is not required by the Department's regulations, and is conducted as a courtesy to schools. An institution's eligibility to disburse Title IV funds is unaffected by the filing of the request or by the pre-acquisition review process.

If GCU goes forward with the proposed transaction, GCU will need to file a materially complete application with the Department within 10 business days after the closing to continue its participation in Title IV programs. 34 CFR 600.20(g). The Department will then issue a Temporary Provisional Program Participation Agreement (TPPPA) to continue the school's Title IV eligibility on a temporary basis while the Department reviews the formal application. To maintain the TPPPA while the Department continues its review, the regulations require the school to file a same-day audited balance sheet, as well as state and accreditor approvals, by the end of the month following the month of the closing to maintain the TPPPA. The Department's continuing review includes a review of the state and accreditor approvals. This review period also includes a continuing review of the transactional documents, and any other documents that the Department may request to assess the change of ownership and/or nonprofit conversion.

This is a description of the typical process for a pre-acquisition review and change in ownership, which also applies to GCU. The Department has not completed its preacquisition review of the GCU request and this email is not intended to indicate the outcome of that review, or to indicate when that review will be completed.


Donna S. Mangold
Attorney
Office of General Counsel
Division of Postsecondary Education
U.S. Department of Education
400 Maryland Avenue, S.W.
Room 6E108
Washington, D.C.  20202-2110
202-453-6710