# Exhibit 4

**Dennis M. Cariello**

| | |
|---|---|
| **From:** | Dennis M. Cariello |
| **Sent:** | Friday, May 18, 2018 12:35 PM |
| **To:** | Mangold, Donna; Glass, Jonathon |
| **Cc:** | Frola, Michael |
| **Subject:** | RE: Update on GCU and Checking in |

Ask and ye shall receive.  (DMC Host) 877-211-3621,7239089# , (Participant) 877-211-3621,723908#

I will send an invite just to have the time on my calendar.  If anyone else needs to be on feel free to send it to them.

Thanks,
Dennis

**Dennis M. Cariello**
Shareholder


HOGAN MARREN BABBO & ROSE, LTD

| | |
|---|---|
| **E-MAIL** | DENNIS.CARIELLO@HMBR.COM |
| **MAIN** | 212.422.4900 |
| **DIRECT** | 212.422.4909 |
| **MOBILE** | 646.415.4471 |
| **FAX** | 312.946.9818 |

40 BROAD STREET • 7TH FLOOR •  NEW YORK, NY 10004
WWW.HMBR.COM

Visit our Higher Education Blog: www.higheredlawblog.com
NOTICE OF CONFIDENTIALITY: This e-mail message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution of any kind is strictly prohibited. If you are not the intended recipient, contact the sender via reply e-mail and destroy all copies of the original message.

**From:** Mangold, Donna [mailto:Donna.Mangold@ed.gov]
**Sent:** Friday, May 18, 2018 12:33 PM
**To:** Dennis M. Cariello; Glass, Jonathon
**Cc:** Frola, Michael
**Subject:** RE: Update on GCU and Checking in

We can do 9:30 – do you have a call-in?

**From:** Dennis M. Cariello [mailto:dennis.cariello@hmbr.com]
**Sent:** Thursday, May 17, 2018 5:23 PM
**To:** Mangold, Donna; Glass, Jonathon
**Cc:** Frola, Michael
**Subject:** RE: Update on GCU and Checking in

Thanks

**Dennis M. Cariello**
Shareholder

HOGAN MARREN BABBO & ROSE, LTD

| | |
|---|---|
| **E-MAIL** | DENNIS.CARIELLO@HMBR.COM |
| **MAIN** | 212.422.4900 |
| **DIRECT** | 212.422.4909 |
| **MOBILE** | 646.415.4471 |
| **FAX** | 312.946.9818 |

40 BROAD STREET • 7TH FLOOR •  NEW YORK, NY 10004
WWW.HMBR.COM

Visit our Higher Education Blog: www.higheredlawblog.com
NOTICE OF CONFIDENTIALITY: This e-mail message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution of any kind is strictly prohibited. If you are not the intended recipient, contact the sender via reply e-mail and destroy all copies of the original message.

**From:** Mangold, Donna [mailto:Donna.Mangold@ed.gov]
**Sent:** Thursday, May 17, 2018 5:20 PM
**To:** Dennis M. Cariello; Glass, Jonathon
**Cc:** Frola, Michael
**Subject:** RE: Update on GCU and Checking in

Let me check with Mike and we will get back to you.

**From:** Dennis M. Cariello [mailto:dennis.cariello@hmbr.com]
**Sent:** Thursday, May 17, 2018 4:45 PM
**To:** Mangold, Donna; Glass, Jonathon
**Cc:** Frola, Michael
**Subject:** RE: Update on GCU and Checking in

Thanks so much Donna.  We will review.  Do you have time Monday for a call?  We want to talk with you about a few items (some of which we flagged previsouly, some of which are new) – and we can discuss questions we have with the request then as well.

How do you look in the morning on Monday?

Dennis

Dennis M. Cariello
Shareholder



| | |
|---|---|
| **E-MAIL** | DENNIS.CARIELLO@HMBR.COM |
| **MAIN** | 212.422.4900 |
| **DIRECT** | 212.422.4909 |
| **MOBILE** | 646.415.4471 |
| **FAX** | 312.946.9818 |

40 BROAD STREET • 7TH FLOOR • NEW YORK, NY 10004
WWW.HMBR.COM

**Visit our Higher Education Blog**: www.higheredlawblog.com
NOTICE OF CONFIDENTIALITY: This e-mail message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution of any kind is strictly prohibited. If you are not the intended recipient, contact the sender via reply e-mail and destroy all copies of the original message.

**From:** Mangold, Donna [mailto:Donna.Mangold@ed.gov]
**Sent:** Thursday, May 17, 2018 4:33 PM
**To:** Glass, Jonathon; Dennis M. Cariello
**Cc:** Frola, Michael
**Subject:** RE: Update on GCU and Checking in

Jonathon and Dennis – I have attached a letter with our document requests (sorry, the morning got away from me).

Donna

**From:** Glass, Jonathon [mailto:jglass@cooley.com]
**Sent:** Thursday, May 17, 2018 7:47 AM
**To:** Mangold, Donna; Dennis M. Cariello
**Cc:** Frola, Michael
**Subject:** RE: Update on GCU and Checking in

Sounds good.   Thanks.
Jonathon C. Glass
Cooley LLP
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC  20004-2400
+1 202 776 2691 office
+1 202 842 7899 fax
+1 202 415 3302 mobile
jglass@cooley.com

www.cooley.com

www.ed.cooley.com

**From:** Mangold, Donna <Donna.Mangold@ed.gov>
**Sent:** Wednesday, May 16, 2018 5:07 PM

**To:** Glass, Jonathon <jglass@cooley.com>; Dennis M. Cariello <dennis.cariello@hmbr.com>
**Cc:** Frola, Michael <Michael.Frola@ed.gov>
**Subject:** RE: Update on GCU and Checking in

Hi Jonathon, will have something back to you tomorrow morning.

Let me talk with Mike about times for a call.

---

**From:** Glass, Jonathon [mailto:jglass@cooley.com]
**Sent:** Wednesday, May 16, 2018 12:22 PM
**To:** Mangold, Donna; Dennis M. Cariello
**Cc:** Frola, Michael
**Subject:** RE: Update on GCU and Checking in

Hi Donna and Mike:   This is to check back in on your timing to prepare your list.   Hopefully today or tomorrow?

It would also be helpful for us to get a call on your calendar so that we can plan to respond to your points and continue the conversation, in order to meet a host of other transactional and regulatory (esp HLC) deadlines.  Thanks for your attention.

**Jonathon C. Glass**
Cooley LLP
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC  20004-2400
+1 202 776 2691 office
+1 202 842 7899 fax
+1 202 415 3302 mobile
jglass@cooley.com

www.cooley.com

www.ed.cooley.com

---

**From:** Mangold, Donna <Donna.Mangold@ed.gov>
**Sent:** Friday, May 11, 2018 8:35 AM
**To:** Glass, Jonathon <jglass@cooley.com>; Dennis M. Cariello <dennis.cariello@hmbr.com>
**Cc:** Frola, Michael <Michael.Frola@ed.gov>
**Subject:** RE: Update on GCU and Checking in

Dennis and Jonathon,

We are still reviewing the materials you have provided, and are assembling a list of more information/documents that are needed.  We will aim to get that list to you by mid-next week, and then let's have a call if you want early the next week.  A call now would be premature because we are still reviewing.

Donna

---

**From:** Glass, Jonathon [mailto:jglass@cooley.com]
**Sent:** Friday, May 11, 2018 6:48 AM
**To:** Dennis M. Cariello
**Cc:** Mangold, Donna; Frola, Michael
**Subject:** Re: Update on GCU and Checking in

Look forward to it.   I can be flexible on Monday for whatever time works for the group.

Jonathon Glass.
Sent from my mobile -- please forgive typos.

On May 10, 2018, at 10:19 PM, Dennis M. Cariello <dennis.cariello@hmbr.com> wrote:

> Donna & Mike,
>
> I hope all is well.  I wanted to check in and see if we could have a call on Monday.  Not sure of Jonathan's schedule, but morning is best for me: I am free except for between 9:30-10:00, 1:00-3:00 and 4:00-5:00.
>
> Thanks,
>
> Dennis
>
> **Dennis M. Cariello**
> Shareholder
>
> <image001.jpg>

| | |
|---|---|
| E-MAIL | DENNIS.CARIELLO@HMBR.COM |
| MAIN | 212.422.4900 |
| DIRECT | 212.422.4909 |
| MOBILE | 646.415.4471 |
| FAX | 312.946.9818 |

40 BROAD STREET • 7TH FLOOR • NEW YORK, NY 10004
WWW.HMBR.COM

**Visit our Higher Education Blog**: www.higheredlawblog.com
NOTICE OF CONFIDENTIALITY: This e-mail message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution of any kind is strictly prohibited. If you are not the intended recipient, contact the sender via reply e-mail and destroy all copies of the original message.

---

**From:** Dennis M. Cariello
**Sent:** Thursday, May 3, 2018 5:10 PM
**To:** 'Mangold, Donna'; Frola, Michael
**Cc:** Jonathon C. Glass (jglass@cooley.com)
**Subject:** RE: Update on GCU and Checking in

Sounds good.  Hope the meetings went well and everyone is properly managed. : )

Dennis

Dennis M. Cariello
Shareholder

<image001.jpg>

| | |
|---|---|
| E-MAIL | DENNIS.CARIELLO@HMBR.COM |
| MAIN | 212.422.4900 |
| DIRECT | 212.422.4909 |
| MOBILE | 646.415.4471 |
| FAX | 312.946.9818 |

40 BROAD STREET • 7TH FLOOR • NEW YORK, NY 10004
WWW.HMBR.COM

**Visit our Higher Education Blog**: www.higheredlawblog.com
NOTICE OF CONFIDENTIALITY: This e-mail message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution of any kind is strictly prohibited. If you are not the intended recipient, contact the sender via reply e-mail and destroy all copies of the original message.

---

**From:** Mangold, Donna [mailto:Donna.Mangold@ed.gov]
**Sent:** Thursday, May 3, 2018 5:07 PM
**To:** Dennis M. Cariello; Frola, Michael
**Cc:** Jonathon C. Glass (jglass@cooley.com)
**Subject:** RE: Update on GCU and Checking in

This was the FSA managers' meeting week, so Mike and I need next week to check in with the GCU team.  Bug me again late next week for a time to talk early the following week.

---

**From:** Dennis M. Cariello [mailto:dennis.cariello@hmbr.com]
**Sent:** Thursday, May 03, 2018 4:54 PM
**To:** Mangold, Donna; Frola, Michael
**Cc:** Jonathon C. Glass (jglass@cooley.com)
**Subject:** RE: Update on GCU and Checking in

Donna – just following up (an making sure you got the AZ approval that was attached to the email below).  Let me know if you have time next week to catch up with me and Jonathan.

Thanks,
Dennis
646-415-4471

---

**From:** Dennis M. Cariello
**Sent:** Monday, April 30, 2018 11:42 AM
**To:** 'Mangold, Donna'; Frola, Michael
**Cc:** Jonathon C. Glass (jglass@cooley.com)
**Subject:** Update on GCU and Checking in

Donna & Mike,

AR-J-0103

I hope all is well.  Attached please find the approval of the proposed Change in Ownership for Grand Canyon University from the Arizona Board of Private Postsecondary Education.  Jonathan and I also wanted to see if you had some time this week to connect to answer any questions you might have and to discuss with you some of the outstanding issues with the change in control.

Thanks as always for your work on this.  Let us know a good day/time.

Thanks,
Dennis

**Dennis M. Cariello**
Shareholder

<image001.jpg>

| | |
|---|---|
| **E-MAIL** | DENNIS.CARIELLO@HMBR.COM |
| **MAIN** | 212.422.4900 |
| **DIRECT** | 212.422.4909 |
| **MOBILE** | 646.415.4471 |
| **FAX** | 312.946.9818 |

40 BROAD STREET • 7TH FLOOR • NEW YORK, NY 10004
WWW.HMBR.COM

**Visit our Higher Education Blog**: www.higheredlawblog.com

NOTICE OF CONFIDENTIALITY: This e-mail message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution of any kind is strictly prohibited. If you are not the intended recipient, contact the sender via reply e-mail and destroy all copies of the original message.

---

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

---

---

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

---

---

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

---

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

---

---

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com
_____

_____
This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com
_____

_____
This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com
_____

_____
This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com
_____

_____
This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com
_____