# Exhibit 6



UNITED STATES DEPARTMENT OF EDUCATION

OFFICE OF THE GENERAL COUNSEL

September 10, 2018

Dennis M. Cariello, Esquire
Hogan Marren Babbo & Rose, Ltd.
40 Broad Street
7th Floor
New York, NY 10004

Jonathon C. Glass, Esquire
Cooley LLP
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC  20004-2400

Re:   Post-closing Review of a Change in Ownership – Grand Canyon University

Dear Dennis and Jonathon:

As you know, the Department was in the process of its preacquisition review of the proposed change of ownership and conversion to nonprofit status of Grand Canyon University ("GCU") when the transaction closed on July 1, 2018, so no preacquisition response letter was issued.  The Department will issue a decision letter on the change in ownership and conversion to nonprofit status once it has an opportunity to complete its review and analysis of all of documents and information, including the documents provided in response to the Department's May 17, 2018 and July 2, 2018 requests.  We may be requesting additional documents and information as we conduct our review.

In that regard, please provide the Department with a narrative explaining how this new structure and servicing arrangement warrants recognizing the institution's conversion to nonprofit status for purposes of the Title IV programs, with the identification of supporting documentation.  If the documents have already been submitted they do not need to be submitted again, but please clearly identify the documents upon which your clients rely.  In particular, please address the impact of the Master Services Agreement (and any ancillary agreements) on GCU's requested nonprofit status.  To the extent that GCU relies on the service provider survey chart Dennis sent to me on May 18, 2018, and to the extent the information is available to you or your clients, please identify any service providers (other than in regard to the Kaplan) that are affiliates, owners, or former owners of the institution (including related persons and entities), and

Dennis M. Cariello, Esquire
Jonathon C. Glass, Esquire
September 10, 2018
Page Two

indicate whether any of the servicing agreements were entered into in conjunction with a change in ownership transaction.  Please also address the multiple positions to be held by Mr. Mueller and/or other executive-level employees of the buyer, the seller, or the institution.

      Please provide this narrative to us no later than October 1, 2018.

      Sincerely,

*Donna S. Mangold*

Donna S. Mangold