# Exhibit 7

**Mangold, Donna**

| | |
|---|---|
| **From:** | Mangold, Donna |
| **Sent:** | Saturday, November 14, 2020 5:19 PM |
| **To:** | Brian Roberts |
| **Cc:** | Eldred, Jane; Frola, Michael |
| **Subject:** | RE: Question - Regarding CIO for Grand Canyon |

Thanks Brian, and confirming that I am able to open the document.

**From:** Brian Roberts <Brian.Roberts@gcu.edu>
**Sent:** Saturday, November 14, 2020 1:04 PM
**To:** Mangold, Donna <Donna.Mangold@ed.gov>
**Cc:** Eldred, Jane <Jane.Eldred@ed.gov>; Frola, Michael <Michael.Frola@ed.gov>
**Subject:** RE: Question - Regarding CIO for Grand Canyon

Hi Donna – please confirm you received this. I noticed that the attached email I got from Deloitte has a warning message, so hopefully this gets through to you and doesn't get hung up in the system. Attached is the redline from Deloitte with the comparison of the 2019 and 2018 studies. To be clear, I was not suggesting in any way that you ignore the August 2019 study. I was simply attempting to answer the question about the final 2018 study and provide context for why the August 2019 study was prepared and why we didn't consider it the final study relating to the 2018 MSA. Deloitte's work has all been done on an objective basis and I'm happy to pass along anything you need from them for your review. Hopefully the redline helps. As always, please let me know if you need anything else. I'm available all weekend. Thanks, -Brian

**From:** Mangold, Donna <Donna.Mangold@ed.gov>
**Sent:** Friday, November 13, 2020 3:57 PM
**To:** Brian Roberts <Brian.Roberts@gcu.edu>
**Cc:** Eldred, Jane <Jane.Eldred@ed.gov>; Frola, Michael <Michael.Frola@ed.gov>
**Subject:** [Not Virus Scanned] FW: Question - Regarding CIO for Grand Canyon

Brian,

Jane sent me your response on the different Deloitte studies.  "Appendix B – August 2019 Study" to the 2020 Study differs from the document that we received post-closing in more ways than are identified by Deloitte in Mr. Nehoray's message.  The document provided to us in August 2018 is attached.  At a very basic level, the study that you just sent us (Appendix B -- the August 2019 Study) is 38 pages, the 2018 Study (the one we received post closing) is 39 pages.  I can't tell if the elimination of Table 12 in the August 2019 Study impacts the pagination.  In addition, the 2018 Study has additional tables:  13-15.  Even a spot check of footnotes at the end is different.   We need some further clarity here, because the 2020 Study identifies the August 2019 Study as the "Original Analysis" – but you say below that "GCU never considered the work done by Deloitte in 2019 to be a final study because it was unrelated to any actual agreement between GCU and GCE."    So when the 2020 Study refers to the "Original Analysis" it appears that it is referring to the hypothetical analysis

(based on your description of it) that was done in August 2019, rather than the 2018 Study. Because the August 2019 Study is not identical to the 2018 Study (based on some very quick spot checks) we cannot simply interpret every reference in the 2020 Study to the "Original Analysis" to mean the 2018 Study.   You seem to be saying that we should ignore the August 2019 Study because no changes were made to the MSA, but given the 2020 Study's references to and reliance on facts in the "Original Analysis," we can't do that.

None of this might make any material difference in the analysis, and the changes might not be substantive, but it would be helpful if Deloitte prepares a redline of the 2019 Study so that we can more easily identify changes from the 2018 Study.

Thanks in advance for your help in clarifying this.

Donna

---

**From:** Brian Roberts <Brian.Roberts@gcu.edu>
**Sent:** Friday, November 13, 2020 3:59 PM
**To:** Eldred, Jane <Jane.Eldred@ed.gov>
**Subject:** RE: Question - Regarding CIO for Grand Canyon

Hi Jane – attached is an email from Deloitte with a copy of Appendix B.

Note that the 2018 Study is the final study for the original MSA that was signed on July 1, 2018 and is still in effect today. As we waited for a response from the Department in 2019, we asked Deloitte to review their study based on potential adjustments to the fee structure that we were considering. To be clear though, no changes were made to the MSA, so we never considered the work done by Deloitte in 2019 to be a final study because it was unrelated to any actual agreement between GCU and GCE.

Please let me know if you have any other questions. I'm available all weekend if necessary. Thanks, -Brian

---

**From:** Eldred, Jane <Jane.Eldred@ed.gov>
**Sent:** Thursday, November 12, 2020 7:48 PM
**To:** Brian Roberts <Brian.Roberts@gcu.edu>
**Subject:** RE: Question - Regarding CIO for Grand Canyon

Hi Brian,

Thanks for the information. While the Department did have the agreement, it was not clear from the Deloitte report which MSA they were referring since it was not referenced as the Amended and Restated Agreement so I appreciate receiving this clarification from Deloitte so we are certain.

Also, I have some additional questions about the April 29, 2020 Deloitte Pricing Study ("2020 Study"):

In late August 2018, GCU provided the Department with a document titled "Deloitte Transfer Pricing Report for the fiscal year ended December 31, 2018" ("2018 Study").  Although the document itself is not dated, the pdf submitted to the Department is identified as "Deloitte TP Study (Confidential Version for ED) 082918 (2)."  But the 2020 Study includes a coversheet for Appendix B with the title "FY 2017 EPS Analysis Grand Canyon University TP Report August

19, 2019 – Original Analysis."  This "Original Analysis" was not attached to the 2020 Study but is noted as being "Available Upon Request."

It appears from the Executive Summary of the 2020 Study that following the 2018 Study, Deloitte did "two analyses" using the actual financials – one for 2018 and one for 2019 – and that some sort of report was issued on August 19, 2019.  However, about a week later, GCU counsel confirmed to OGC that the "Deloitte TPS study for the year ended 12/31/18, as submitted post-closing (and ending on page 39), was the final." This is the document that GCU submitted to the Department in August 2018.

Please explain this apparent discrepancy, and if there was another Deloitte study done in August 2019 – please provide it to us. If the term "Original Analysis" in the 2020 Study is intended to refer the 2018 Study, and the FY 2018 Analysis and the FY 2019 Analysis were performed to test the analysis of the 2018 Study – please confirm that.  (See Executive Summary 1.1).  In any event, we need Appendix B provided to us in its entirety, including any 2019 report.

Thank you for your assistance,
Jane

Jane Eldred
Case Manager
Multi-Regional and Foreign Schools Participation Division
Federal Student Aid
Financial Square, 32 Old Slip, 25th Floor
New York, NY  10005
(646) 428-3753

Federal Student Aid | PROUD SPONSOR of the AMERICAN MIND
An OFFICE of the U.S. DEPARTMENT of EDUCATION

---

**From:** Brian Roberts <Brian.Roberts@gcu.edu>
**Sent:** Thursday, November 12, 2020 8:30 PM
**To:** Eldred, Jane <Jane.Eldred@ed.gov>
**Subject:** RE: Question - Regarding CIO for Grand Canyon

Hi Jane – attached is an email from Deloitte with a copy of Appendix A to their April 29, 2020 transfer pricing study. I also want to note that it's the same version of the Amended and Restated Master Services Agreement that was provided to the Department on January 8, 2020 in a letter to Mr. Frola from GCU's Board of Trustees Chairman Will Gonzalez.

I'm confused about your last question when you ask: "Also, if the MSA referred to in the Deloitte Study turns out to be the Amended and Restated Agreement was there ever a period of time when the original MSA was in effect for purposes of the Deloitte April 29, 2020 study?  Presumably the original MSA was signed during 2018 and could be included as part of its review in that manner."

Can you please clarify your question?

Thanks, -Brian

---

**From:** Trish Leonard <Trish.Leonard@gcu.edu>
**Sent:** Thursday, November 12, 2020 2:05 PM

**To:** Eldred, Jane <Jane.Eldred@ed.gov>
**Cc:** Brian Roberts <Brian.Roberts@gcu.edu>
**Subject:** RE: Question - Regarding CIO for Grand Canyon

Hello, thank you for your email. Brain Roberts is your contact for this issue. He is added to this email. His contact information is:

**Brian M. Roberts**
**Chief Administrative Officer & General Counsel**
_____
**Grand Canyon University**
3300 W. Camelback Road
Phoenix, AZ  85017
T 602.639.8127
M 602.653.0248
brian.roberts@gcu.edu

Best Regards,
Trish Leonard
Vice President – SFA Compliance
602-639-6498 D
602-739-4831 C
602-589-2997 F

**From:** Eldred, Jane <Jane.Eldred@ed.gov>
**Sent:** Thursday, November 12, 2020 1:21 PM
**To:** Trish Leonard <Trish.Leonard@gcu.edu>
**Subject:** Question - Regarding CIO for Grand Canyon

Hello Trish,

I am hopeful that you can assist with an answer to a question regarding the Deloitte Transfer Pricing Study that was submitted to the Department as part of documentation for the Change in Ownership and Conversion to Non-Profit Status.

In the study that is dated April 29, 2020 prepared by Deloitte, there are a number of times that Deloitte refers to the Master Services Agreement (MSA) and the Department is not clear if they are referring to the original Master Services Agreement or the Amended and Restated Master Services Agreement.  Footnote 2 appears to refer to the agreement to be the "new Master Services Agreement" being in effect for FY 2019, and it speaks to "Pre execution of the MSA" and "post execution of the MSA" refers to the beginning of FY 2019.

Can you please clarify if the MSA they are referring to here is the Amended and Restated Master Services Agreement or is this the original Master Services Agreement?  There is no Appendix A provided with  our copy of the Transfer Pricing Study and Appendix A is evidently the Master Services Agreement that Deloitte appears to have reviewed for this study.

Also, if the MSA referred to in the Deloitte Study turns out to be the Amended and Restated Agreement was there ever a period of time when the original MSA was in effect for purposes of the Deloitte April 29, 2020 study? Presumably the original MSA was signed during 2018 and could be included as part of its review in that manner.

Thanks,
Jane

Jane Eldred
Case Manager

Multi-Regional and Foreign Schools Participation Division
Federal Student Aid
Financial Square, 32 Old Slip, 25th Floor
New York, NY 10005
(646) 428-3753

Federal Student Aid
An OFFICE of the U.S. DEPARTMENT of EDUCATION | PROUD SPONSOR of the AMERICAN MIND™

---

This message is private and confidential. If you have received it in error, please
notify the sender and remove it from your system.