BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Director, Federal Programs Branch

EMILY NESTLER
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street NW
Washington, D.C. 20005
Telephone: (202) 305-0167
E-mail: emily.b.nestler@usdoj.gov

*Counsel for Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Grand Canyon University,

        Plaintiffs,

      v.

Miguel Cardona, in his official capacity as
Secretary of Education, *et al.*,

        Defendants.

No. 2:21-cv-177-SRB

**Defendants' Motion and
Supporting Memorandum to File
Select Exhibits Under Seal**

Pursuant to LRCiv. 5.6, Defendants respectfully request that the Court enter an order sealing select exhibits, which exhibits are submitted in support of Defendants' Motion for Summary Judgment and Response to Plaintiff's Motion for Summary Judgment filed on this same date. Counsel for Defendants has conferred with counsel for Plaintiff, and Plaintiff has confirmed that it consents to this motion. Defendants' request is made upon the following information and grounds:

On May 16, 2022, Plaintiff filed a motion to seal select exhibits that were attached to its Motion for summary judgment. ECF No. 64. In Plaintiff's Motion to Seal, it argued that certain information should be sealed because it "contain[s] competitively sensitive information" that "primarily consists of economic valuations and related documents that contain GCU's financial operations metrics." ECF No. 64 at 1. Plaintiff argued that "[t]he Subject Documents contain the type of confidential and competitively sensitive information that courts have deemed to warrant protection and should therefore be sealed." *Id.* at 2. Defendants took no position on Plaintiff's argument and did not oppose Plaintiff's motion to seal, ECF No. 69, which the Court granted on June 10, 2022. ECF No. 71.

In accordance with Plaintiff's prior representations, Defendants have identified three exhibits to be submitted in support of their cross-motion for summary judgment that appear to contain the same or similar information about GCU to that which has already been sealed in this case. Those exhibits include: (1) GCU Board Minutes and accompanying presentations (from July 26, 2017 and October 26, 20170); and (2) Gazelle University's IRS Form 1023 Application packet (dated October 8, 2015). These documents were submitted to the Department of Education by GCU in connection with its application to participate in the Department's Title IV programs under the Higher Education Act and, thus, are part of the Administrative Record in this case.

Defendants take no position on the sensitivity of Plaintiff's documents or as to whether Plaintiff has important interests in maintaining the confidentiality of that information. However, in light of Plaintiff's prior assertions in its Motion to Seal, and the Court's grant of that motion, Defendants are cognizant of Plaintiff's concerns as previously recognized by the

Court. Accordingly, on June 30, 2022, Defendants' counsel sent an email to counsel for

Plaintiff's and offered to file the select exhibits under seal, subject to the following protocols:

1. Because Defendants are not in a position to know what specific information Plaintiff considers confidential from the three documents at issue, Defendants will file the three documents under seal in their entirety;

2. Within twelve (12) days, Plaintiff will file redacted versions of those documents on the docket, based on Plaintiff's determination as to which parts of those documents should be kept confidential.

Plaintiff has agreed to this schedule and approach.

Accordingly, Defendants respectfully request that the Court grant their motion to seal,

and order Plaintiff's to file redacted versions of those documents on the docket within twelve

(12) days.

Dated: June 30, 2022                     Respectfully submitted,

                                         BRIAN M. BOYNTON
                                         Principal Deputy Assistant Attorney General

                                         MARCIA BERMAN
                                         Assistant Branch Director
                                         Federal Programs Branch

                                         /s/ Emily Nestler
                                         EMILY NESTLER
                                         Trial Attorney (DC Bar No. 973886)
                                         Civil Division, Federal Programs Branch
                                         U.S. Department of Justice
                                         1100 L Street NW
                                         Washington, D.C. 20005
                                         Telephone: (202) 305-0167
                                         E-mail: emily.b.nestler@usdoj.gov

                                         *Counsel for Defendants*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on June 30, 2022, I electronically transmitted the foregoing to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants for this matter.

/s/ *Emily Nestler*

EMILY NESTLER

4