# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Grand Canyon University,

          Plaintiffs,

      v.

Miguel Cardona, in his official capacity as
Secretary of Education, *et al.*,

          Defendants.

No. 2:21-cv-177-SRB

**[Proposed] Order Granting Defendants' Motion to File Select Exhibits Under Seal**

**[Proposed] Order Granting Defendants' Motion to File Select Exhibits Under Seal**

Having considered Defendants' Motion to File Select Exhibits Under Seal, and for good cause shown therein, IT IS HEREBY ORDERED that the Motion is GRANTED.

It is ORDERED that:

1. The lodged documents shall be filed under seal; and

2. Within twelve (12) days, Plaintiff will file redacted versions of those documents on the docket, based on Plaintiff's determination as to which parts of those documents should be kept confidential.

        IT IS SO ORDERED on this ____ day of July, 2022.

 

_____
Susan R. Bolton
United States District Judge