**Index of Exhibits to Reply in Support of its Motion for Summary Judgment and Opposition to Defendants' Cross-Motion for Summary Judgement and Response to Defendant's Statement of Facts**

| Number | AR Range | Document Description |
|---|---|---|
| 1. | N/A | Index of Exhibits |
| 2. | J-0344-0346 | Letter from Undersecretary Mitchell to Congresswoman DeLauro (September 9, 2015) |
| 3. | J-0352-0356 | Donna Mangold email string with Brian Roberts (November 12 to November 14, 2021) |
| 4. | L-0058-0072 | Letter to Secretary Devos (August 14, 2020) |
| 5. | M-0004-0036 | Master Services Agreement by and between University of Southern California and 2tor, Inc. |