**Jacob Shorter**

| | |
|---|---|
| **From:** | Jacob Shorter |
| **Sent:** | Friday, August 14, 2020 5:26 PM |
| **To:** | DeVos, Betsy; Rubinstein, Reed |
| **Cc:** | Steven Gombos; Brian Roberts |
| **Subject:** | Grand Canyon University -- nonprofit status |
| **Attachments:** | 2020.08.14 - Letter to Sec. DeVos + attachments.pdf |

Secretary DeVos:

Our law firm represents Grand Canyon University in regard to the Department's November 6, 2019 decision denying the University nonprofit status. Please find attached a letter concerning that matter.

Jacob Shorter
Gombos Leyton P.C.
11350 Random Hills Road, Suite 400
Fairfax, VA 22030
703.934.9829 (direct)
703.934.2660 (main)

Steven M. Gombos



## GOMBOS | LEYTON PC
### ATTORNEYS

703-934-9831 Direct
sgombos@glpclaw.com

11350 Random Hills Road | Suite 400 | Fairfax, Virginia 22030
703.934.2660 Main | 703.934.9840 Fax | www.glpclaw.com

August 14, 2020

**By Overnight Delivery and Email**

The Honorable Betsy DeVos
Secretary
U.S. Department of Education
400 Maryland Avenue SW
Washington D.C. 20202

Dear Secretary DeVos:

Our law firm represents Grand Canyon University in regard to the Department's November 6, 2019 decision denying the University nonprofit status for purposes of the Title IV, HEA programs. We think career staff made that mistaken decision based on an unlawful approach to nonprofit conversion laid down by the prior administration. And related to that point, we are writing to ensure that you are aware of two matters.

First, the House Committee on Education and Labor has asked the University to provide documents and communications related to its nonprofit conversion and the Department's subsequent refusal to recognize the University's nonprofit status. Enclosed is a copy of the cover letter the University recently sent with its first production of documents to the Committee.

Second, I am also enclosing a letter our firm sent to Michael Frola, Director of the Multi-Regional and Foreign School Participation Division. As explained in the letter, my client has addressed the concerns the Department raised in its letter decision refusing to recognize the University's nonprofit status. In fact, you may already know that Grand Canyon University, nearly seven months ago, agreed to make proposed amendments to its transaction with Grand Canyon Education (the University's former owner), addressing the concerns the Department raised in its decision letter. At the Department's request, my client also submitted new, independent valuation reports in early May, which confirm the transaction's enormous benefit to the University and its students.

The Honorable Betsy DeVos
August 14, 2020
Page 2

In short, the University has resolved the concerns the Department raised in its decision letter. So we are asking the Department to join the Internal Revenue Service, the State of Arizona, and the Higher Learning Commission, in recognizing the University's nonprofit status.

As a practical legal matter, Grand Canyon University is a nonprofit entity, and it is operating under all of the restrictions that status imposes regardless whether the Department recognizes it. As our letter to the Committee on Education and Labor explains, the University's nonprofit status best illustrates who the University is today. Nonprofit status puts the University on an equal footing with other major universities, in that it opens up the world of philanthropic giving, ensures its students and faculty have the same access to research opportunities and grants as other universities, allows it to participate in NCAA governance at the Division I level, and better enables it to continue to freeze tuition while growing the University.

More specifically than that general request, we are asking the Department to formally respond to our letter to Mr. Frola no later than August 28, 2020. As the letter explains in some detail, the Department's decision denying the University nonprofit status exceeds the agency's lawful authority and causes the University continued harm.

Moreover, despite the University's many attempts to work with the Department to gain nonprofit recognition, we are troubled that the Department, to date, has shown little interest in working with the University to resolve the issue. Indeed, given the success the University has had providing a high-quality education at affordable prices, including freezing on-campus tuition for the last 12 years, at a time when the cost of higher education is growing faster than nearly any other good or service, the Department's unwillingness to work with the University to gain recognition of its nonprofit status is a major concern.

If the Department is unwilling to work with the University, it leaves the University with only one option to preserve its rights. As our letter to Mr. Frola explains, if the Department does not respond by August 28, 2020, the University feels that the Department will have left it with no other option than to file suit to challenge the Department's decision letter and, astoundingly, force the Department to at a minimum communicate with the University.

It has been the University's goal to work with the Department to resolve this issue and avoid litigation. That remains the University's goal.



The Honorable Betsy DeVos
August 14, 2020
Page 3

Please reach out to me if the Department shares that goal.

Respectfully,

Steven M. Gombos

Enclosures as stated

C:    Reed Rubinstein (Acting ED General Counsel)
      Brian Mueller (GCU President)
      Brian Roberts (GCU General Counsel)



Steven M. Gombos

703-934-9831 Direct
sgombos@glpclaw.com

# GOMBOS | LEYTON PC
## ATTORNEYS

11350 Random Hills Road | Suite 400 | Fairfax, Virginia 22030
703.934.2660 Main | 703.934.9840 Fax | www.glpclaw.com

August 4, 2020

**_Via Overnight Delivery_**

Tylease Alli, Chief Clerk
Committee on Education and Labor
U.S. House of Representatives
2176 Rayburn HOB
Washington, DC 20515-6100

Re:   Grand Canyon University

Dear Ms. Alli:

As we have communicated previously, our Firm represents Grand Canyon University ("GCU" or "University") in regard to the Committee's May 19, 2020 request for documents and information in connection with GCU's 2018 application to the U.S. Department of Education for approval of a change of control ("Request").

The Committee's stated interest in GCU's application is focused on the underlying change of control transaction in which, effective July 1, 2018, the University's assets were transferred from its former owner (Grand Canyon Education, Inc.) to GCU, an Arizona nonprofit corporation with tax-exempt status under Section 501(c)(3) of the Internal Revenue Code (the "Transaction").

We are pleased to have the opportunity to explain the Transaction to the Committee. First, however, in order to understand the Transaction, it is critical that you understand more about GCU, its history and its tremendous results both before and after the Transaction. The University has hosted many prominent individuals to visit its campus over the years to meet its students, faculty and staff, and the University would like to extend that invitation to all members of the Committee so that they can see the University's campus first hand and visit with the thousands of students, faculty and staff that have made GCU such a vibrant institution of higher education.

Ms. Tylease Alli
August 4, 2020
Page 2 of 11

**GCU History**

The University was a nonprofit institution from 1949 to 2004, when it found itself $20 million in debt and about to close its doors. Without donors or tax subsidies available to keep the University afloat, it instead converted to a for-profit model in order to attract the necessary investment to continue the University's mission. In 2008, GCU completed a public offering to raise additional capital to further its investment in robust, state-of-the art technology to deliver high-quality education online to working adults and to begin the redevelopment of its historic campus in the heart of Phoenix.

From 2008 to 2018, all profits ($1.2 billion) generated by GCU were reinvested back into the University with the development of new classrooms, laboratories, residence halls, student amenities, athletic facilities and advanced technologies (including a state-of-the-art online learning platform). As a result, while GCU was legally a for-profit organization that paid millions of dollars every year in taxes to federal, state and local governments, GCU was still operating in practice as a nonprofit organization, with all profits reinvested back into supporting its educational mission.

Put another way, and this is important, because all profits were reinvested back into the University and no dividends were paid to shareholders, no GCU student tuition dollars ever went to shareholders. Investors understood that they would get a return on their investment only if the institution was successful and that could be reflected in the increased stock price.

**Addressing the Problems of Higher Education**

Higher education is under more scrutiny than any time in the history of the United States -- and for good reasons.

- It's too expensive, leading to student loan debt that has surpassed $1.5 trillion (more than credit card debt). Tuition costs have increased more than any other good or service in the entire U.S. economy since 1978.

- It takes too long to complete, leaving many parents to wonder if the huge investments necessary to send their child to college are worth it.

- It has become more about prestige and rankings for universities than it is about ensuring graduates achieve the learning outcomes, skills and experiences that lead to good-paying jobs.

- It is not accessible for many lower socioeconomic classes of Americans.



AR-L-0063

Ms. Tylease Alli
August 4, 2020
Page 3 of 11

**Grand Canyon University has found a way to address all of those challenges**, which is why it has become one of the fastest growing and most innovative institutions in the country. GCU, which was founded in 1949, was on the verge of bankruptcy in 2004. Yet, in the last 10 years, the University has experienced a remarkable transformation by relying on two pillars of American society: the free market system and our Christian mission to help those who are less fortunate.

The University has utilized a financial model that, instead of relying on state taxpayer dollars, used initial capital from the public markets to grow and invest more than $1 billion into its academic infrastructure. It also pledged to keep tuition affordable and has frozen tuition on its Phoenix campus for 12 straight years, which is unheard of in higher education. As a result, **GCU graduates take on less debt** (an average of $18,750) than the average graduate at public and private nonprofit universities ($28,650 according to the Institute for College Access and Success).

By making higher education affordable to all socioeconomic classes of Americans, the University also has fostered a diverse student body on its Phoenix campus with 46% students of color, including 29% Hispanic and 6% Black.

As GCU has gotten lumped into various conversations and political debates about educational models over the years, **GCU simply asks that it be judged as any institution should – by its results and its impact on students** – rather than assumptions or stereotypes based on political ideologies. Here are the facts related to GCU's results:

## Affordability

**Tuition**: GCU has made private Christian education affordable to all socioeconomic classes of Americans by offering generous institutional scholarships that put the University's average cost of tuition at $8,600 per year -- **two-thirds less than many private universities and on par with most state universities**. This amount does not include Pell grants, loans or non-institutional scholarships a student may also qualify for.

GCU also has been able to **freeze tuition** costs on its traditional campus for **12 straight years**, with only minimal 1% or less tuition increases for the online campus.



**Room and board**: GCU's average room and board costs ($8,038) are well below the national averages for public four-year schools ($11,510) and private four-year universities ($12,990), according to the College Board.

**Parking**: GCU has six parking garages on campus, providing short walks to residence halls and classrooms, yet students pay on average only $126 per year in parking fees – substantially below national norms.

**Books**: GCU's digital content initiative provides significant savings to students off standard list prices by providing all course materials such as textbooks, software, video, simulations, library resources and educational technology products digitally through its learning management system.

**Time to completion**: 40% of GCU's traditional campus graduates have been able to complete their degree in under four years, saving money on tuition and allowing them to enter the workforce sooner.

## Academic Infrastructure

GCU has **invested over $1 billion** into academic infrastructure and technologies on the Phoenix campus during the past 10 years **without passing those costs on to students** through increases in tuition, which has been frozen on the Phoenix campus for 12 straight years. GCU's modern new campus is ranked No. 19 among 1,417 colleges in the U.S. by niche.com, while its residence halls rank No. 6 out of 1,384 colleges.

Through the past seven years, the University has also doubled the amount of academic programs it offers through its nine colleges, adding offerings in high job growth fields such as engineering, computer science, data analytics, cybersecurity and hospitality.

## Quality and Growing Student Body

Enrollment has soared in the past 12 years at GCU.

- **Traditional campus**: The student body on Phoenix's campus has grown from less than 1,000 traditional students in 2008 to roughly 24,000 today.

- **Online**: Enrollment in GCU's online programs has quadrupled since 2008, surpassing 85,000 students today.



AR-L-0065

Ms. Tylease Alli
August 4, 2020
Page 5 of 11

While enrollment has grown, so has the quality of students.

- **Traditional campus**: The average incoming GPAs for traditional students on the Phoenix campus has increased from 2.7 to 3.5, while GCU's Honors College now has more than 2,500 students with an average incoming GPA of 4.1. The minimum admissions requirement at GCU is a 3.0 GPA.
- **Online**: On the online campus, roughly half of the student body is studying in graduate programs at the masters and doctoral levels.

### GCU's Strong Record of Regulatory Compliance

GCU excels in metrics measured by the U.S. Department of Education.

- **Loan default rate**: GCU's most recent draft cohort default rate sits at 5.6 percent, which is very low for a university with a large online student population, who by federal law are often allowed to borrow more than the cost of their education to help pay for living expenses. GCU's default rate is nearly twice as low as the national average of 10.1%.
- **90/10**: At 71.5% (and dropping), GCU sits well below the mandate on the amount of money an institution can receive from federal aid and well below other universities who serve large numbers of working adult students.
- **Gainful employment**: No GCU programs failed the gainful employment regulations previously put forth by the federal government.

GCU has a strong record of regulatory compliance. Over the last five years, for example, over 60 professionals representing 13 accrediting and regulatory bodies have visited and fully evaluated GCU's campus, programs, faculty and learning outcomes, and granted or recommended full approval with no findings.

### Christian Mission

**In the Community...**

As part of its Christian mission, GCU provides both financial support and thousands of volunteer hours at nonprofit agencies such as the St. Mary's Food Bank, Central Arizona Homeless Shelter, St. Vincent de Paul, Arizona State Veteran Home



Ms. Tylease Alli
August 4, 2020
Page 6 of 11

and Phoenix Rescue Mission. More broadly, the University has invested heavily into its diverse inner-city neighborhood by implementing a five-point plan to help transform one of the most impoverished communities in the City of Phoenix.

- **Safety**: In an effort to reduce crime in the diverse inner-city neighborhood that surrounds GCU, the University is in the midst of an 11-year $2.2 million partnership with the Phoenix Police Department to pay for officers' overtime and increase police presence. Property and violent crime is down 20% through the first seven years of the partnership.

- **Home values**: GCU launched the largest Habitat for Humanity partnership in the country in which $3 million has been raised and 25,000 volunteer hours contributed to renovations at more than 300 homes in its community. Home values have increased 302% in the 85017 zip code since 2011.

- **K-12 education**: GCU's groundbreaking Learning Lounge program has provided free tutoring and mentoring to more than 4,500 K-12 students at 150 neighboring schools since 2013.

- **Scholarships**: As part of the Learning Lounge program, GCU has awarded 361 full-tuition scholarships to low-income students who sought that academic assistance. Those recipients are now paying it forward as college students by mentoring the next generation of K-12 students behind them.

- **Jobs**: In addition to the 13,000+ jobs GCU has created on its campus, the University has also launched 11 new business enterprises that provide management opportunities for recent graduates and employment opportunities for current students and local residents. Those enterprises employ roughly 450 people. Revenues from the enterprises are reinvested to help GCU's efforts to hold the line on tuition.

Individually, each element of GCU's five-point plan is innovative. Together, they can be transformative.

**And on campus...**

GCU's Christian mission is reflected throughout its curriculum and campus.

- **Chapel**: Between 5,000-7,000 students voluntarily attend Chapel service every Monday morning in GCU Arena. Other weekly worship services and



> Bible studies are part of an interdenominational Christian atmosphere that thrives on servant leadership.

- **Spiritual formation**: More than 1,000 GCU students each year receive ongoing training in spiritual formation, community building and student engagement to serve in leadership positions as Life Leaders, Resident Assistants and in Student Affairs.

- **Faith integration**: A 2017 University-wide faith integration survey found that almost 85% of traditional campus students and almost 87% of online students had a positive perception of faith integration at GCU.

- **Community outreach**: Thousands of GCU students serve residents of GCU's local community, not only off campus, but also on campus through a variety of activities including, most notably, GCU's campus-based Learning Lounge where local K-12 students can receive free one-on-one tutoring with GCU students.

### Return to Nonprofit Status

In early 2018, the Board of Trustees of GCU determined that the best way to ensure the long-term legacy of the University would be to return it to its nonprofit roots. With a stable financial model, GCU converted back to its historical nonprofit status in order to provide students and faculty with recognition as a full member of the academy, with all of its rights and privileges, including grant writing, research opportunities, philanthropic donations, and governance and voting privileges with various academic and athletic organizations. GCU successfully reverted back to its nonprofit status in July of 2018 by purchasing the real property comprising the GCU campus as well as tangible and intangible academic-related assets (including the GCU name) from Grand Canyon Education (GCE) for $870 million. That transaction was approved by GCU's accrediting body (Higher Learning Commission) and state regulator (Arizona State Board for Private Postsecondary Education), while the Internal Revenue Service gave approval for GCU to operate as a 501(c)(3) tax-exempt educational institution.

GCU's nonprofit status best illustrates who the University is today and puts it on an equal footing with other major universities in that it opens up the world of philanthropic giving, ensures its students and faculty have the same access to research opportunities and grants as other universities, allows it to participate in NCAA governance at the Division I level and better enables it to continue to freeze tuition while growing the University.



Ms. Tylease Alli
August 4, 2020
Page 8 of 11

Grand Canyon Education, meanwhile, now operates as an education services company that provides support for GCU and 24 other universities, with plans to add more university partners in the future.

### Department of Education Refuses to Recognize GCU's Nonprofit Status

Despite all of the foregoing, the Department of Education refuses to recognize GCU's status as a nonprofit institution of higher education. GCU is already recognized as a nonprofit by the Internal Revenue Service, the State of Arizona, the Higher Learning Commission, the NCAA and all other recognized governing bodies. In a departure from its own prior practice, however, and despite recently approving similar transactions, the Department is the only organization that does not recognize GCU's nonprofit status. It is our understanding that until at least mid-2016 the Department accepted IRS and state approval as conclusively establishing nonprofit status. Indeed, the Department still follows essentially the same practice for foreign schools. If the Department recognizes a foreign tax authority as determining nonprofit status using criteria similar to the IRS, then the Department automatically accepts that foreign tax authority's determination of nonprofit educational status for purposes of the Title IV programs. See 75 Fed. Reg. 42,190, 42,192 (July 20, 2010); see also 34 C.F.R. § 600.2 (foreign nonprofit definition). Under the same standard the Department should recognize GCU's nonprofit status.

The Department of Education has approved similar transactions including, for example, Purdue Global, and similar transactions are in the works, including a nearly identical transaction that was recently announced between the University of Arizona and Zovio.

The Department of Education failed to recognize the massive efforts GCU undertook to analyze and plan the Transaction, to establish and support GCU's status as a nonprofit organization, and to ensure that, if consummated, the Transaction and GCU's resulting status would benefit GCU and its students, faculty, staff and alumni. These efforts included engaging an independent tax advisor (PwC) and an independent legal advisor (Nixon Peabody LLP) to guide GCU and its Board of Trustees through the 501(c)(3) application process, as well as an independent financial advisor (Wells Fargo Securities, LLC), an independent tax advisor (Deloitte LLP), two independent law firms (Gallagher & Kennedy and Cooley LLP), independent real estate advisors, independent appraisers and others to guide GCU and its Board of Trustees through the Transaction process. The Department of Education also failed to describe the extent to which GCU sought to engage with the Department of Education over several years regarding the Transaction.



Ms. Tylease Alli
August 4, 2020
Page 9 of 11

GCU made extensive efforts to advise the Department of Education in advance of its intention to proceed with the Transaction and to keep the Department of Education well-informed regarding the details of, and the proposed timetable for, the Transaction, including promptly responding to multiple additional requests for information and offering to make its representatives available for meetings and consultations, to which the Department of Education did not respond. As a result, the Department of Education's letter announcing its decision to deny GCU recognition as a nonprofit institution includes errors that easily could have been avoided, ignored information provided by GCU, and, among other things, failed to credit the extensive and substantive review of the Transaction conducted by various third parties, including GCU's accreditor, the Higher Learning Commission, the IRS, and the State of Arizona. In particular, with respect to GCU's nonprofit status, the Department of Education chose to substitute its own judgment regarding the application of the relevant tax law for that of the IRS – the United States federal agency responsible for administering and interpreting the Internal Revenue Code.

The Department of Education's decision disregarded the extensive engagement between GCU and the IRS, including GCU's 501(c)(3) application which detailed the "structure and planned operations" of the University. Furthermore, in contrast with the Department of Education's refusal to speak with GCU, during the period when GCU's 501(c)(3) application was under review and thereafter in connection with further efforts to structure the relationship between GCE and GCU, GCU and its tax advisors engaged in multiple discussions with IRS staff and modified various elements of the deal structure (including, in particular, various aspects of GCU's governance structure) to satisfy IRS requests.

GCU strongly believes that the Department of Education's refusal to recognize GCU as a nonprofit educational institution cannot be supported on the merits.

### Committee Request for Information

Through conversations with the House Education and Labor Committee's counsel, Kia Hamadanchy, we confirmed that the Committee will accept a rolling production of documents and information in response to the Request. The documents accompanying this letter reflect submissions GCU made to the Department of Education in January 2018 and a follow-up submission to the Department in May 2018. These documents consist of GCU's request for the Department's pre-acquisition review of the transaction and supplemental information sent in response to the Department's request for additional information. These documents are responsive to item number 1 on the



AR-L-0070

Ms. Tylease Alli
August 4, 2020
Page 10 of 11

Request ("Please provide all correspondence and communication between GCU and the Department regarding this transaction"). Subsequent productions will also include further communications between GCU and the Department.

Because the January and May 2018 submissions relate to the request for pre-acquisition review, supporting documents such as the asset purchase agreement, master services agreement, and credit agreement are not in final form as of the date they were initially shared with the Department.

The documents the Committee has requested contain various categories of information that GCU and its partners regard as confidential, including, but not limited to: trade secrets, sensitive competitive and financial information, as well as personally identifying information subject to various federal and state privacy laws. (We have not produced documents containing attorney-client privilege, and any inadvertent disclosure of such material does not constitute a waiver of the attorney-client privilege.) Mr. Hamadanchy has confirmed that the Committee will provide GCU with advance notice before it discloses any documents produced to any third party or to the public. Committee counsel also confirmed that GCU would have the opportunity to discuss the possible redaction of any sensitive material prior to any potential redisclosure. To that end we have highlighted portions of some of the documents in our production to indicate the sensitive information which GCU would request the Committee withhold from redisclosure.

### In Summary

By any measure, GCU has become a resounding American success story. Its transformation from an institution on the verge of bankruptcy to one of the largest and most innovative universities in the country in just 10 years has not followed a traditional path. Innovation never does.

In any other industry, officials would be lining up to learn more about an organization that had found a way to solve the growing problems that are challenging its very existence -- especially one as resistant to change as higher education. Individually, that has occurred, as more than 30 universities have visited GCU in the past few years to learn more about its approach to higher education. In addition, independent third-party experts in higher education from 13 different accrediting and regulatory bodies have visited over the past five years and given GCU stellar reviews after evaluating the University's operations. Leaders of the U.S. Department of Education and Democratic members of the Committee, on the other hand, have declined repeated invitations to



Ms. Tylease Alli
August 4, 2020
Page 11 of 11

learn more firsthand about GCU. Again, though, GCU invites all members of the Committee to visit its campus to meet the University's students, faculty and staff.

If students are getting a high-quality education at affordable rates, graduating with less debt and paying back their loans at very high rates, while the University is exceeding all regulatory measures and also transforming its surrounding community… those are metrics and a financial model that should be celebrated in an industry that is increasingly becoming too expensive and out of reach for many Americans.

Very truly yours,

Steven M. Gombos
Stephen T. Chema

c:  Kia Hamadanchy
The Honorable Virginia Foxx, Ranking Member, Committee on Education and Labor
Brian Roberts (GCU general counsel)