IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Grand Canyon University,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Phil Rosenfelt, et al.,<br><br>　　　　Defendants. | **NO. CV-21-00177-PHX-SRB**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's Order filed December 1, 2022, which granted the Cross-Motion for Summary Judgment (Doc. 74), judgment is hereby entered and this case is now closed.

　　　　　　　　　　　　　　　　　　Debra D. Lucas
　　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

December 1, 2022

　　　　　　　　　　　　　　　　s/ S. Strong
　　　　　　　　　　　　　By　　Deputy Clerk