Kevin E. O'Malley (006420)
Hannah H. Porter (029842)
Gallagher & Kennedy
2575 E. Camelback Road, Suite 1100
Phoenix, Arizona 85016
Telephone: 602.530.8000
Facsimile: 602.530.8500
Email: kevin.omalley@gknet.com
Email: hannah.porter@gknet.com

Steven M. Gombos (*pro hac vice*)
Virginia State Bar No. 30788
David A. Obuchowicz (*pro hac vice*)
Virginia State Bar No. 82483
Gombos Leyton, PC
11350 Random Hills Road, Suite 400
Fairfax, Virginia 22030
Telephone: 703.934.2660
Facsimile: 703.934.9840
Email: sgombos@glpclaw.com
Email: dobuchowicz@glpclaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Grand Canyon University,<br>　　　　　　　　　Plaintiff,<br>v.<br><br>Miguel Cardona, *et al*,<br><br><br>　　　　　　　Defendants. | No. 2:21-cv-00177-SRB<br><br>**Plaintiff's Notice of Appeal** |

Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
(602) 530-8000

Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
(602) 530-8000

1    Notice is hereby given that Plaintiff Grand Canyon University appeals to the United

2    States Court of Appeals for the Ninth Circuit from this Court's December 1, 2022 order

3    (ECF Dkt. 96) denying Plaintiff's Motion for Summary Judgment and granting Defendants

4    Department of Education and Miguel Cardona's Cross-Motion for Summary Judgment, as

5    well as this Court's March 3, 2022 order (ECF Dkt. 55) granting in part and denying in part

6    Plaintiff's Motion to Complete the Administrative Record and Take Limited Discovery.

7

8    Dated this January 30, 2023.

9

10

11    Respectfully submitted,

12

13    /s/Steven M. Gombos
Steven M. Gombos
David A. Obuchowicz

14    GOMBOS LEYTON, P.C.
11350 Random Hills Road, Suite 400

15    Fairfax, VA 22030

16

17    Kevin E. O'Malley
Hannah H. Porter

18    GALLAGHER & KENNEDY
2575 E. Camelback Road, Suite 1100

19    Phoenix, Arizona 85016

20    *Counsel for Plaintiff*

21

22

23

24

25

26

1

1

**Certificate of Service**

2

3
    I certify that on January 30, 2023, I electronically filed this document using the Court's CM/ECF system.

4

5
                               */s/ Steven M. Gombos*

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26