UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 31 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| GRAND CANYON UNIVERSITY,<br><br>    Plaintiff - Appellant,<br><br> v.<br><br>MIGUEL A. CARDONA, in his official capacity as Secretary of the United States Department of Education and U.S. DEPARTMENT OF EDUCATION,<br><br>    Defendants - Appellees. | No. 23-15124<br><br>D.C. No. 2:21-cv-00177-SRB<br>U.S. District Court for Arizona, Phoenix<br><br>**MANDATE** |

The judgment of this Court, entered November 08, 2024, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

            FOR THE COURT:

            MOLLY C. DWYER
            CLERK OF COURT