# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Grand Canyon University, | No. CV-21-00177-PHX-SRB |
| Plaintiff, | **ORDER** |
| v. | |
| Phil Rosenfelt, et al., | |
| Defendants. | |

      On December 31, 2024, the Court of Appeals filed its Mandate making final its Opinion reversing the judgment and directing this Court to set aside the Department's denials and to remand to the Department for further proceedings.

      IT IS ORDERED that Plaintiff Grand Canyon University lodge a proposed form of order within 14 days from the date of this Order.

      Dated this 22nd day of January, 2025.

_____
Susan R. Bolton
United States District Judge