# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Grand Canyon University, | No. CV-21-00177-PHX-SRB |
| Plaintiff, | **ORDER** |
| v. | |
| Denise L. Carter, in her official capacity as Acting Secretary of Education,[1] et al., | |
| Defendants. | |

On November 11, 2024, the Court of Appeals published its Opinion reversing this Court's grant of summary judgment in favor of Defendants and remanding the matter to this Court. This Court was instructed "to set aside the Department's denials and to remand to the Department for further proceedings consistent with [the Court of Appeals'] decision." *Grand Canyon U. v. Cardona*, 121 F.4th 717, 727 (9th Cir. 2024). After the issuance of the Mandate, this Court directed Plaintiff to lodge a proposed form of Order. (Doc. 111, 1/22/25 Order at 1.) The Proposed Order was lodged on February 5, 2025. (Doc. 112.) Defendants responded in opposition and proposed a different Order. (Doc. 113.) Plaintiff filed a Reply in support of its proposed Order. (Doc. 114.)

Plaintiff's proposed Order contains nine orders including orders to the parties and orders to the Defendants. (*See* Doc. 112.) The proposed Order goes well beyond

---

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Denise L. Carter, in her official capacity as Acting Secretary of Education is substituted for Miguel Cardona.

the instructions of the Court of Appeals and is justified in part in Plaintiff's Reply by requesting this Court to consider matters outside the record including news articles published in 2024. (Doc. 114 at 3.) The Court finds that the specific instructions contained in Plaintiff's proposed Order exceed what the Court of Appeals has instructed and that this is not one of the rare circumstances where specific instructions are appropriate.

Dated this 28th day of February, 2025.

_____
Susan R. Bolton
United States District Judge