IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Grand Canyon University,<br><br>          Plaintiff,<br><br>v.<br><br>Denise L. Carter, in her official capacity as Acting Secretary of Education,[1] et al.,<br><br>          Defendants. | No. CV-21-00177-PHX-SRB<br><br>**ORDER** |

The Court of Appeals having issued its Opinion reversing this Court's Judgment entered on December 1, 2022 (Doc. 110) and remanding this case with instructions,

IT IS ORDERED reversing this Court's grant of summary judgment to Defendants and vacating the Judgment entered December 1, 2022.

IT IS FURTHER ORDERED setting aside the Department of Education's denials of Plaintiff's application to be recognized as a non-profit institution.

. . .

. . .

. . .

. . .

---

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Denise L. Carter, in her official capacity as Acting Secretary of Education is substituted for Miguel Cardona.

IT IS FURTHER ORDERED remanding this matter to the Department of Education for further proceedings consistent with the opinion of the Court of Appeals in *Grand Canyon U. v Cardona*, 112 F.4th 717 (9th Cir. 2024).

Dated this 28th day of February, 2025.

_____
Susan R. Bolton
United States District Judge